# EXHIBIT 3

U.S. Patent No. 11,530,454 (the "'454 Patent")
Exemplary Infringement by NeoGenomics Laboratories, Inc.

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| 1[preamble]. A method for preparing a plasma sample of a subject having cancer or suspected of having cancer useful for detecting one or more single nucleotide variant (SNV) mutations in the plasma sample, the method comprising: | To the extent the preamble is considered a claim limitation, this limitation is met by Inivata's Accused Products including RaDaR.<br><br>For example, Inivata's Accused Products comprise methods for preparing a plasma sample of a subject having cancer or suspected of having cancer useful for detecting one or more single nucleotide variant (SNV) mutations in the plasma sample.<br><br>For example, Inivata's website (https://www.inivata.com/our-publications/, Exhibit 7 at p.1) includes a page titled "Our Publications," which lists a publication by Lipsyc-Sharf et al., *Circulating Tumor DNA and Late Recurrence in High-Risk Hormone Receptor-Positive, Human Epidermal Growth Factor Receptor 2-Negative Breast Cancer*, 40 J. CLINICAL ONCOLOGY 2408 (2022) (hereinafter "Lipsyc-Sharf") (Exhibit 8).<br><br>Lipsyc-Sharf, Exhibit 8, states, for example, that RaDaR is used with "patients with high-risk [hormone receptor-positive breast cancers] at least 5 years after diagnosis." Lipsyc-Sharf at 2409.<br><br>Inivata's website at Exhibit 5 (https://www.inivata.com/radar-residual-disease-and-recurrence/) states that "[t]he RaDaR assay . . . tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity[.]" |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | The RaDaR™ assay is built on Inivata's proven InVision® liquid biopsy platform technology. This next-generation sequencing platform incorporates built-in controls and error-correction for highly sensitive and specific variant detection.<br><br>RaDaR™ is a personalized assay that tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity, allowing both detection of residual disease following curative intent or definitive treatment and early detection of relapse.<br><br>Exhibit 5.<br><br>Lipsyc-Sharf, Exhibit 8 contains the figure below showing a plasma sample is used with the RaDaR assay: |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | 
Exhibit 8 at Appx. 1. |
| 1[a] performing whole exome sequencing or whole genome sequencing on a tumor sample of the subject to | Inivata's Accused Products meet this limitation.

For example, Inivata's Accused Products perform whole exome sequencing or whole genome sequencing on a tumor sample of the subject to identify a plurality of tumor-specific SNV mutations.

Lipsyc-Sharf, Exhibit 8 contains the figure below showing the RaDaR performs whole exome sequencing to detect somatic variants for patients: |

3

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| identify a plurality of tumor-specific SNV mutations; | <br>FIG A1. RaDaR assay workflow. Used with permission from Inivata, Inc.[38] cfDNA, cell-free DNA; CHIP, clonal hematopoiesis of indeterminate potential; ctDNA, circulating tumor DNA.<br><br>Exhibit 8 at Appx. 1.<br><br>For example, the supplemental table of Lipsyc-Sharf, Exhibit 8, is a table showing RaDaR's whole exome sequencing metrics. |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Supplemental Table 1: Whole Exome Sequencing Metrics | | | | | | | | | | | | | |
| 2 | Project | Patient | Accession | Tumor | Reads M | Usable PCT | Usable Reads | Dup PCT | Aligned PCT | On Target PCT | Coverage | Panel | Total Variants | SNVs |
| 3 | DFCI_Brea | ONC100192 | 30005249 | 3E+09 | 197.29 | 75.111 | 148.1864919 | 18.904 | 99.777 | 92.755 | 100 | 30005249P | 20 | 18 |
| 4 | DFCI_Brea | ONC102380 | 30005235 | 3E+09 | 1355.55 | 11.274 | 152.824707 | 85.032 | 99.506 | 75.073 | 81 | 30005235P | 50 | 42 |
| 5 | DFCI_Brea | ONC105156 | 30005216 | 3E+09 | 201.72 | 77.363 | 156.0566436 | 17.287 | 99.711 | 93.699 | 115 | 30005216P | 36 | 32 |
| 6 | DFCI_Brea | ONC109055 | 30005256 | 3E+09 | 194.97 | 72.316 | 140.9945052 | 20.366 | 99.651 | 91.089 | 94 | 30005256P | 40 | 40 |
| 7 | DFCI_Brea | ONC109732 | 30005187 | 3E+09 | 280.14 | 77.619 | 217.4418666 | 16.513 | 99.803 | 93.001 | 159 | 30005187P | 17 | 16 |
| 8 | DFCI_Brea | ONC110363 | 30005241 | 3E+09 | 215.69 | 77.096 | 166.2883624 | 16.708 | 99.692 | 92.764 | 119 | 30005241P | 16 | 13 |
| 9 | DFCI_Brea | ONC112670 | 30005184 | 3E+09 | 264.6 | 76.496 | 202.408416 | 17.794 | 99.805 | 93.118 | 148 | 30005184P | 28 | 28 |
| 10 | DFCI_Brea | ONC113898 | 30005172 | 3E+09 | 235.16 | 80.086 | 188.3302376 | 14.123 | 99.778 | 93.369 | 138 | 30005172P | 18 | 11 |
| 11 | DFCI_Brea | ONC114585 | 30005182 | 3E+09 | 252.6 | 77.499 | 195.762474 | 16.779 | 99.782 | 93.214 | 141 | 30005182P | 19 | 19 |
| 12 | DFCI_Brea | ONC119801 | 30005237 | 3E+09 | 276.67 | 63.403 | 175.4170801 | 29.648 | 99.612 | 90.404 | 113 | 30005237P | 29 | 29 |
| 13 | DFCI_Brea | ONC120069 | 30005266 | 3E+09 | 241.77 | 66.333 | 160.3732941 | 27.541 | 99.659 | 91.797 | 114 | 30005266P | 13 | 9 |
| 14 | DFCI_Brea | ONC120664 | 30005176 | 3E+09 | 206.3 | 83.496 | 172.252248 | 10.409 | 99.818 | 93.215 | 131 | 30005176P | 17 | 14 |
| 15 | DFCI_Brea | ONC123954 | 30005240 | 3E+09 | 364.24 | 73.499 | 267.7127576 | 21.019 | 99.818 | 93.072 | 202 | 30005240P | 21 | 19 |
| 16 | DFCI_Brea | ONC124159 | 30005263 | 3E+09 | 275.02 | 77.818 | 214.0150636 | 15.367 | 99.767 | 92.041 | 160 | 30005263P | 12 | 12 |
| 17 | DFCI_Brea | ONC125115 | 30005268 | 3E+09 | 407.95 | 75.005 | 305.9828975 | 19.644 | 99.86 | 93.297 | 234 | 30005268P | 24 | 19 |
| 18 | DFCI_Brea | ONC125694 | 30005183 | 3E+09 | 341.91 | 67.41 | 230.481531 | 27.273 | 99.715 | 92.854 | 173 | 30005183P | 50 | 45 |
| 19 | DFCI_Brea | ONC127118 | 30005217 | 3E+09 | 406.37 | 70.69 | 287.262953 | 23.667 | 99.818 | 92.598 | 218 | 30005217P | 48 | 45 |
| 20 | DFCI_Brea | ONC127154 | 30005225 | 3E+09 | 427.27 | 72.465 | 309.6212055 | 22.659 | 99.873 | 93.668 | 228 | 30005225P | 43 | 40 |
| 21 | DFCI_Brea | ONC127410 | 30005254 | 3E+09 | 223.04 | 74.39 | 165.919456 | 19.933 | 99.674 | 93.154 | 121 | 30005254P | 27 | 25 |
| 22 | DFCI_Brea | ONC127559 | 30005252 | 3E+09 | 319.28 | 75.633 | 241.4810424 | 18.952 | 99.857 | 93.319 | 179 | 30005252P | 39 | 38 |
| 23 | DFCI_Brea | ONC129158 | 30005188 | 3E+09 | 407.65 | 76.199 | 310.6252235 | 18.599 | 99.884 | 93.575 | 243 | 30005188P | 31 | 29 |
| 24 | DFCI_Brea | ONC129398 | 30005261 | 3E+09 | 235.63 | 77.698 | 183.0797974 | 14.182 | 99.613 | 90.83 | 140 | 30005261P | 45 | 41 |
| 25 | DFCI_Brea | ONC130111 | 30005243 | 3E+09 | 360.52 | 73.957 | 266.6297764 | 20.84 | 99.789 | 93.472 | 205 | 30005243P | 29 | 28 |
| 26 | DFCI_Brea | ONC13031 | 30005269 | 3E+09 | 343.41 | 69.559 | 238.8725619 | 25.206 | 99.776 | 93.087 | 170 | 30005269P | 48 | 48 |
| 27 | DFCI_Brea | ONC131232 | 30005250 | 3E+09 | 387.31 | 75.17 | 291.140927 | 18.486 | 99.854 | 92.201 | 228 | 30005250P | 45 | 38 |
| 28 | DFCI_Brea | ONC132607 | 30005233 | 3E+09 | 400.91 | 73.142 | 293.2335922 | 20.514 | 99.869 | 91.911 | 222 | 30005233P | 48 | 48 |
| 29 | DFCI_Brea | ONC132921 | 30005212 | 3E+09 | 208.36 | 71.302 | 148.5648472 | 21.772 | 99.534 | 91.533 | 107 | 30005212P | 16 | 16 |
| 30 | DFCI_Brea | ONC13314 | 30005230 | 3E+09 | 309.83 | 66.125 | 204.8750875 | 28.043 | 99.785 | 91.99 | 149 | 30005230P | 51 | 43 |
| 31 | DFCI_Brea | ONC134863 | 30005191 | 3E+09 | 494.18 | 70.555 | 348.668699 | 23.738 | 99.821 | 92.519 | 269 | 30005191P | 15 | 12 |
| 32 | DFCI_Brea | ONC135623 | 30005236 | 3E+09 | 326.84 | 74.424 | 243.2474016 | 19.542 | 99.827 | 92.519 | 192 | 30005236P | 48 | 41 |
| 33 | DFCI_Brea | ONC136592 | 30005189 | 3E+09 | 348.59 | 58.885 | 205.2672215 | 34.823 | 99.731 | 90.485 | 144 | 30005189P | 48 | 46 |
| 34 | DFCI_Brea | ONC139563 | 30005224 | 3E+09 | 342.41 | 72.635 | 248.7095035 | 21.112 | 99.802 | 92.108 | 189 | 30005224P | 30 | 28 |
| 35 | DFCI_Brea | ONC139617 | 30005215 | 3E+09 | 453.22 | 70.995 | 321.763539 | 23.669 | 99.816 | 92.972 | 247 | 30005215P | 35 | 33 |
| 36 | DFCI_Brea | ONC140001 | 30005218 | 3E+09 | 401.75 | 68.061 | 273.4350675 | 26.472 | 99.782 | 92.642 | 195 | 30005218P | 50 | 47 |

Exhibit 8, Supplementary Table 1.

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| 1[b] performing targeted multiplex amplification to amplify 10 to 500 target loci each encompassing a different tumor-specific SNV mutation from cell-free DNA isolated from plasma sample of the subject or DNA derived therefrom to obtain amplicons having a length of 50-150 bases, wherein the target loci are amplified together in the same reaction volume; and | Inivata's Accused Products meet this limitation.<br><br>For example, Inivata's Accused Products perform targeted multiplex amplification to amplify 10 to 500 target loci each encompassing a different tumor-specific SNV mutation from cell-free DNA isolated from plasma sample of the subject or DNA derived therefrom to obtain amplicons having a length of 50-150 bases, wherein the target loci are amplified together in the same reaction volume.<br><br>For example, Lipsyc-Sharf, Exhibit 8, states that RaDaR's workflow has a "Multiplex PCR and Sequencing" step. Specifically, "[a]fter primer panel qualification and DNA extraction, RaDaR multiplex PCR was performed on cfDNA from plasma alongside a buffy coat DNA control sample[.]" Lipsyc-Sharf at Appx. 1.<br><br>For example, Inivata's website at Exhibit 5 (https://www.inivata.com/radar-residual-disease-and-recurrence/) also states that RaDar "tracks a set of up to 48 tumor-specific variants."<br><br>The RaDaR™ assay is built on Inivata's proven InVision® liquid biopsy platform technology. This next-generation sequencing platform incorporates built-in controls and error-correction for highly sensitive and specific variant detection.<br><br>RaDaR™ is a personalized assay that tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity, allowing both detection of residual disease following curative intent or definitive treatment and early detection of relapse.<br><br>Exhibit 5. |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | Inivata's website (https://www.inivata.com/our-publications/, Exhibit 13 at p.4) includes a page titled "Our Publications," which lists a publication by Gale, *et al.*, PLoS One (2018) 13(3):e0194630 ("Gale"), Exhibit 9, that describes the InVision liquid biopsy platform technology.<br><br>Gale, Exhibit 9, discloses, for example, that the InVision "panel was designed optimizing primers for amplification of fragmented DNA with amplicon sizes ranging from 72bp-154bp." Gale at p. 4.<br><br>For example, a publication by Flach et al., *Liquid BIOpsy for MiNimal RESidual DiSease Detection in Head and Neck Squamous Cell Carcinoma (LIONESS)—a personalised circulating tumour DNA analysis in head and neck squamous cell carcinoma*, BRITISH J. CANCER (2022) (https://doi.org/10.1038/s41416-022-01716-7) (hereinafter "Flach") states, "RaDaR$^{TM}$ is a personalised ctDNA assay built on the InVision® platform [43], which <u>utilises multiplex PCR and targeted NGS. Somatic variants identified in the tumour tissue by WES were prioritised using proprietary algorithms to build a patient-specific primer panel of up to 48 primer pairs capturing at least one somatic variant</u> (Supplementary Table 2). The personalised primer panel was manufactured (IDT, Coralville, IA) and combined with a fixed primer panel of 21 common population-specific SNPs for quality control purposes during the NGS testing. . . Following primer panel qualification, RaDaR$^{TM}$ assays were performed on cfDNA from plasma aliquots alongside a buffy coat DNA control sample, which was used for identification and removal of germline variants, the removal of variants due to clonal haematopoiesis of indeterminate potential (CHIP) from the analysis, and as a positive amplification control. <u>Multiplex PCR was performed with input concentrations ranging from 1452 to 20,000 amplifiable copies per sample</u>, as measured by droplet digital PCR, with a median value of 14,550 copies" Flach, Exhibit 10, at 1187 (emphasis added).<br><br>Lipsyc-Sharf, Exhibit 8 contains the figure below showing the RaDaR assay uses cell-free DNA isolated from plasma sample to obtain amplicons in the same reaction volume: |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | 

FIG A1. RaDaR assay workflow. Used with permission from Inivata, Inc.[38] cfDNA, cell-free DNA; CHIP, clonal hematopoiesis of indeterminate potential; ctDNA, circulating tumor DNA.

Exhibit 8 at Appx. 1.

In addition, Gale, Exhibit 9, discloses, for example, that the Accused Products use "eTAm-Seq technology" which "utiliz[es] multiplex PCR to enable high-throughput library preparation." Gale at p. 4. Thus, the target loci are simultaneously amplified.

In addition, for example, Inivata's website (https://www.inivata.com/our-publications/, Exhibit 7 at p. 3) includes a page titled "Our Publications," which lists a poster presentation presented at the AACR 2020 |

8

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | conference by Marsico et. al., entitled "Analytical development of the RaDaR assay, a highly sensitive and specific assay for the monitoring of minimal residual disease" (hereinafter "Marsico") (Exhibit 11).<br><br>Marsico also shows that the targeted multiplex amplification occurs in the same reaction volume using a patient-specific primer-pool covering 48 variants:<br><br> |

9

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | [Figure showing workflow: Blood draw → Plasma cell-free DNA and Buffy coat DNA → Patient-specific primer panel → Modified InVision® platform → High-depth sequencing. Steps 4-6: Panel QC, NGS testing of patient samples, Sequencing analysis, QC, calling. Confirm variant are present in tumor DNA. Subtract leukocyte signal (germline/CHIP)] |
| 1[c] sequencing the amplicons to obtain sequence reads, and detecting one or more of the tumor-specific SNV mutations present in the cell-free DNA from the sequence reads | Inivata's Accused Products meet this limitation.<br><br>For example, Inivata's Accused Products sequence amplicons to obtain sequence reads, and detecting one or more of the tumor-specific SNV mutations present in the cell-free DNA from the sequence reads, wherein the sequencing has a depth of read of at least 50,000 per target locus.<br><br>Lipsyc-Sharf, Exhibit 8, contains the figure below showing the RaDaR assay performs high depth sequencing to confirm variants in tumor DNA obtained from the plasma cell-free DNA: |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| wherein the sequencing has a depth of read of at least 50,000 per target locus. | <br>FIG A1. RaDaR assay workflow. Used with permission from Inivata, Inc.[38] cfDNA, cell-free DNA; CHIP, clonal hematopoiesis of indeterminate potential; ctDNA, circulating tumor DNA.<br><br>Exhibit 8 at Appx. 1.<br><br>For example, Lipsyc-Sharf, Exhibit 8, states that "RaDaR is a personalized next generation sequencing (NGS) assay[,]" "[m]ultiplex polymerase chain reaction (PCR) and NGS were used to assess tumor variants in cfDNA[,]" and "[a]fter multiplex PCR, reaction-specific index barcode sequences were . . . sequences using the NovaSeq 6000 system (Illumina Inc.)." Exhibit 8 at Appx. 1.<br><br>See Gale, Exhibit 9, at p. 1, Introduction: "We have developed the InVision™ liquid biopsy platform which utilizes enhanced TAm-Seq™ (eTAm-Seq™) technology, an amplicon-based next generation sequencing |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | method for the identification of clinically-relevant somatic alterations at low frequency in ctDNA across a panel of 35 cancer-related genes."

In addition, For example, Inivata's website (https://www.inivata.com/our-publications/, Exhibit 14 at p. 2) includes a page titled "Our Publications," which lists a poster presented at the AACR 2021 Conference by Cutts et. al, entitled "Molecular Residual Disease detection in early stage breast cancer with a personalized sequencing approach" (hereinafter "Cutts") (Exhibit 12).

Cutts, Exhibit 12, provides that, as part of RaDaR assay workflow, "cell free DNA was extracted from 147 plasma samples (median volume 4ml, range 0.5-5ml) and sequenced with RaDaR assays, with 10-61 varuants (median 41) per panel, to 100,000x per locus."

- Cell free DNA was extracted from 147 plasma samples (median volume 4ml, range 0.5-5ml) and sequenced with RaDaR™ assays, with 10-61 variants (median 41) per panel, to 100,000x per locus. A matched single timepoint buffy coat was sequenced to verify removal of germline SNPs and any potential clonal hematopoiesis (CHIP). A proprietary algorithm was used to identify ctDNA. Droplet digital PCR (ddPCR) was performed as previously described[1,2].

Marisco, Exhibit 11, provides that the sequencing method of RaDaR uses "Illumina NovaSeq flow cell with read depth > 100,000 reads per locus." |

| '454 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | **Methods**<br>- Sequencing: Illumina NovaSeq flow cell with read depth > 100,000 reads per locus. Processing with proprietary pipeline.<br>- Performance: RaDaR™ assay assessed using samples from cancer patients and cell-line dilutions.<br>- Statistical analysis: sample calling proprietary algorithm; sensitivity and specificity analysis; variants sub-subsetting performed by bootstrapping.<br><br>Exhibit 11. |