# EXHIBIT 4

**U.S. Patent No. 11,519,035 (the "'035 Patent")**
**Exemplary Infringement by Inivata, Inc. and Inivata Ltd.**

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| 1[preamble]. A method for amplifying and sequencing DNA, comprising: | To the extent the preamble is considered a claim limitation, this limitation is met by Inivata's Accused Products including RaDaR$^{TM}$.<br><br>For example, Inivata's RaDaR assay comprises methods for amplifying and sequencing DNA.<br><br>For example, Inivata's website (https://www.inivata.com/radar-residual-disease-and-recurrence/, Exhibit 5) states "The RaDaR™ assay is built on Inivata's proven InVision® liquid biopsy platform technology. This next-generation sequencing platform incorporates built-in controls and error-correction for highly sensitive and specific variant detection. RaDaR™ is a personalized assay that tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity, allowing both detection of residual disease following curative intent or definitive treatment and early detection of relapse."<br><br>For example, Inivata's website (https://www.inivata.com/radar-residual-disease-and-recurrence/, Exhibit 5) includes a page titled "Publications and Posters," which includes a poster presentation presented at an AACR conference by Heider at al. titled, "Sensitive detection of ctDNA in early-stage non-small cell lung cancer patients with a personalized sequencing assay" (herein after "Heider"), which states "RaDaR$^{TM}$ is a highly sensitive personalised sequencing ctDNA assay. Tumor-specific variants are first identified by exome sequencing of tumor tissue, followed by multiplex PCR and high-depth next generation sequencing to track low levels of ctDNA in patient plasma."<br><br>For example Heider, Exhibit 6, contains the following figure showing that RaDaR includes amplifying and sequencing DNA: |

1

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | Heider, Exhibit 6, at 1. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | For example, Inivata's website (https://www.inivata.com/our-publications/, Exhibit 7 at p. 1) contains a page titled "Our Publications," which lists a publication by Lipsyc-Sharf et al., *Circulating Tumor DNA and Late Recurrence in High-Risk Hormone Receptor-Positive, Human Epidermal Growth Factor Receptor 2-Negative Breast Cancer*, 40 J. CLINICAL ONCOLOGY 2408 (2022) (hereinafter "Lipsyc-Sharf").<br><br>Lipsyc-Sharf, Exhibit 8, contains the figure below showing the RaDaR assay includes amplifying and sequencing DNA, comprising:<br><br><br>**FIG A1.** RaDaR assay workflow. Used with permission from Inivata, Inc.[38] cfDNA, cell-free DNA; CHIP, clonal hematopoiesis of indeterminate potential; ctDNA, circulating tumor DNA.<br><br>Lipsyc-Sharf, Exhibit 8, at Appx. 1. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| 1[a]: tagging isolated cell free DNA with one or more universal tail adaptors to generate tagged products, wherein the isolated cell-free DNA is isolated from a blood sample collected from a subject who is not a pregnant woman; … | Inivata's Accused Products meet this limitation.<br><br>For example, Inivata's RaDaR assay includes tagging isolated cell free DNA with one or more universal tail adaptors to generate tagged products.<br><br>Inivata's website (https://www.inivata.com/radar-residual-disease-and-recurrence/, Exhibit 5) states that the RaDar assay "is built on Inivata's proven InVision® liquid biopsy technology."<br><br>**The RaDaR™ assay is built on Inivata's proven InVision® liquid biopsy platform technology. This next-generation sequencing platform incorporates built-in controls and error-correction for highly sensitive and specific variant detection.**<br><br>RaDaR™ is a personalized assay that tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity, allowing both detection of residual disease following curative intent or definitive treatment and early detection of relapse.<br><br>*See* Exhibit 5, Inivata's website at https://www.inivata.com/radar-residual-disease-and-recurrence/.<br><br>Inivata's website (https://www.inivata.com/our-publications/, Exhibit 13 at p. 4) includes a page titled "Our Publications," which lists a publication by Gale, *et al.*, PLoS One (2018) 13(3):e0194630 ("Gale") that describes the InVision liquid biopsy platform technology (used in the RaDaR assay). |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | Gale, Exhibit 9, discloses, " The development of next generation sequencing (NGS) has allowed for a broader application of ctDNA analysis. In 2012, Forshew et al. developed TAm-Seq technology, or tagged amplicon deep sequencing which, for the first time, enabled interrogation of 6 genes across a large genomic region spanning 5995 bases to detect low frequency mutations in cell-free DNA…Since this time, other NGS technologies have been implemented for analysis of ctDNA, including the use of hybrid capture and the introduction of panel assays that use molecular barcodes to enable error suppression…Here we describe the development of the InVision liquid biopsy platform which utilizes enhanced TAm-Seq (eTAm-Seq™) technology for the identification of low frequency mutations in ctDNA. The assay has been expanded to target hotspots and entire coding regions from 35 cancer-related genes, utilizing a primer design strategy that allows for amplification of highly fragmented DNA, typical of ctDNA. The calling algorithm has been revised, and in addition to improved detection of single nucleotide variants (SNVs) and short insertions/deletions (indels), it also identifies copy number variants (CNVs)." Gale, Exhibit 9, at 3 (emphasis added). |
| | Gale, Exhibit 9, also discloses, "Library preparation using eTAm-Seq technology. eTAm-Seq technology is based on methods previously described . . . with an optimized assay workflow utilizing multiplex PCR to enable high-throughput library preparation without the use of microfluidics. Next generation sequencing libraries were prepared using a two-step multiplex PCR amplification process incorporating replicate and patient-specific barcodes and Illumina sequencing adaptors." Gale, Exhibit 9, at 4 (emphasis added). |
| | Reference [25] of Gale, Exhibit 9 lists a publication by Forshew et al., *Noninvasive identification and monitoring of cancer mutations by targeted deep sequencing of plasma DNA*, SCIENCE TRANSLATIONAL MEDICINE 4:136ra68 (2012) ("Forshew", Exhibit 16). Forshew, Exhibit 16 illustrates that common tail sequences (i.e., CS1 and CS2) are added to each end of a target sequence in a pre-amplification step via PCR to generate a tagged product, as reproduced in the figure below. One of ordinary skill in the art would have understood that an adaptor with a common tail sequence is a universal tail adaptor. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | 

Exhibit 16, Forshew at Figure S1 (annotated).

Forshew, Exhibit 16, discloses "Target-specific primers were synthesised with common adaptor sequences at their 5' ends (CS1 and CS2).  These were used during the preamplification and single-plex stages to amplify the selected regions.  Sequencing platform-specific adaptors and unique sample barcodes were attached during an additional round of PCR.  The barcoding primers consist of Illumina sequencer adaptors (PE1 and PE2) at their 3' end, a unique 10 base barcode, and the common CS1 and CS2.  Permutations of the universal tags and the sequencing adaptors enabled construction of bidirectional barcoded sequencing libraries.  Using custom |

6

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | sequencing primers directed to the two tag sequences, sequence reads representing both strands of the amplicon pool were obtained from a single-end run. Both combinations were used in order to barcode and read amplicons in both directions. All samples were then pooled, cleaned, and then sequenced." Forshew, Exhibit 16, Supplementary Material at 5 (emphasis added).<br><br>Inivata's RaDaR assay also includes isolating cell-free DNA from a blood sample.<br><br>For example, Lipsyc-Sharf, Exhibit 8, states, "Blood samples were collected prospectively, spun, and stored at –80°C as plasma and buffy coat. Four milliliter of plasma and 2 mL of buffy coat samples were sent in batches to Inivata Inc. DNA was extracted from buffy coat, and circulating cell-free DNA was extracted from plasma as previously described. . . RaDaR assays were applied retrospectively in a research setting to identify plasma ctDNA (Appendix 1 and Appendix Figs A1 and A2, online only)." Lipsyc-Sharf, Exhibit 8, at 2410.<br><br>For example, Lipsyc-Sharf, Exhibit 8, contains the figure below showing the RaDaR includes a blood draw, thereby isolating cell-free DNA from a blood sample: |

7

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| |  FIG A1. RaDaR assay workflow. Used with permission from Inivata, Inc.[38] cfDNA, cell-free DNA; CHIP, clonal hematopoiesis of indeterminate potential; ctDNA, circulating tumor DNA.<br><br>Lipsyc-Sharf, Exhibit 8, at Appx. 1.<br><br>For example, Heider, Exhibit 6, states, "RaDaR™ is a highly sensitive personalised sequencing ctDNA assay. Tumor-specific variants are first identified by exome sequencing of tumor tissue, followed by multiplex PCR and high-depth next generation sequencing to track low levels of ctDNA in patient plasma." Heider, Exhibit 6, at 1.<br><br>For example, Heider, Exhibit 6, contains the following figure showing that RaDaR includes a blood draw, thereby isolating cell-free DNA from a blood sample: |

8

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | 

Heider, Exhibit 6, at 1. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | For example, Inivata's RaDaR assay also includes cell-free DNA isolated from a blood sample collected from a subject who is not a pregnant woman.<br><br>For example, a publication by Flach et al., *Liquid BIOpsy for MiNimal RESidual DiSease Detection in Head and Neck Squamous Cell Carcinoma (LIONESS)—a personalised circulating tumour DNA analysis in head and neck squamous cell carcinoma*, BRITISH J. CANCER (2022) (https://doi.org/10.1038/s41416-022-01716-7) (hereinafter "Flach") states, "Seventeen patients with resectable disease at the time of diagnosis were recruited into the LIONESS study and underwent longitudinal blood sampling. 103 serial plasma samples were assessed for evidence of ctDNA (Supplementary Table 3). <u>All 17 patients had blood samples taken before surgery. The median age of the study participants was 63 years (range 48–78 years), and the majority (76.5%) were male</u>, as is typical of HNSCC patients. In our cohort, all patients had either Stage III or IVa-b disease. 2/17 patients had recurrent disease and/or a second primary cancer of the head and neck at diagnosis/enrolment. . . The RaDaR™ assay demonstrated 95% sensitivity at 0.001% median VAF and 100% specificity in analytical validation studies (Supplementary Methods) and was used to analyse serial pre- and post-operative plasma samples for evidence of minimal residual disease and recurrence (Fig. 1). Personalised panels were designed with between 34 and 52 somatic variants (median 48). Tumour specific variants were detected as ctDNA pre-operatively in 100% of patients." Flach, Exhibit 10, at 1188 (emphasis added). |
| 1[b]: amplifying the tagged products one or more times to generate final amplification products, wherein one of the amplification steps comprises targeted amplification of a plurality of single | Inivata's Accused Products meet this limitation.<br><br>For example, Inivata's RaDaR assay includes amplifying the tagged products one or more times to generate final amplification products, wherein one of the amplification steps comprises targeted amplification of a plurality of single nucleotide polymorphism (SNP) loci in a single reaction volume.<br><br>For example, Lipsyc-Sharf, Exhibit 8, states that RaDaR's workflow has a "Multiplex PCR and Sequencing" step. Specifically, "[a]fter primer panel qualification and DNA extraction, RaDaR multiplex PCR was performed on cfDNA from plasma alongside a buffy coat DNA control sample[.]" Lipsyc-Sharf, Exhibit 8, at Appx. 1.<br><br>For example, Inivata's website (https://www.inivata.com/radar-residual-disease-and-recurrence/, Exhibit 5) also states that RaDar "tracks a set of up to 48 tumor-specific variants." |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| nucleotide polymorphism (SNP) loci in a single reaction volume, wherein one of the amplifying steps introduces a barcode and one or more sequencing tags; and … | The RaDaR™ assay is built on Inivata's proven InVision® liquid biopsy platform technology. This next-generation sequencing platform incorporates built-in controls and error-correction for highly sensitive and specific variant detection.<br><br>RaDaR™ is a personalized assay that tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity, allowing both detection of residual disease following curative intent or definitive treatment and early detection of relapse.<br><br>*See* Exhibit 5, Inivata's website at https://www.inivata.com/radar-residual-disease-and-recurrence/.<br><br>Gale, Exhibit 9, discloses, for example, that the InVision "panel was designed optimizing primers for amplification of fragmented DNA with amplicon sizes ranging from 72bp-154bp." Gale, Exhibit 9, at 4.<br><br>For example, Flach, Exhibit 10, states "RaDaR™ is a personalised ctDNA assay built on the InVision® platform [43], which utilises multiplex PCR and targeted NGS. Somatic variants identified in the tumour tissue by WES were prioritised using proprietary algorithms to build a patient-specific primer panel of up to 48 primer pairs capturing at least one somatic variant (Supplementary Table 2). The personalised primer panel was manufactured (IDT, Coralville, IA) and combined with a fixed primer panel of 21 common population-specific SNPs for quality control purposes during the NGS testing." Flach, Exhibit 10, at 1187. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | For example, Flach, Exhibit 10, states, "Following primer panel qualification, RaDaR[TM] assays were performed on cfDNA from plasma aliquots alongside a buffy coat DNA control sample, which was used for identification and removal of germline variants, the removal of variants due to clonal haematopoiesis of indeterminate potential (CHIP) from the analysis, and as a positive amplification control. Multiplex PCR was performed with input concentrations ranging from 1452 to 20,000 amplifiable copies per sample, as measured by droplet digital PCR, with a median value of 14,550 copies." Flach, Exhibit 10, at 1187.<br><br>Inivata's website includes a page titled "Publications and Posters," which includes a poster presentation presented at an AACR conference by Gale at al. titled, "Analytical performance and validation of an enhanced TAm-Seq™ circulating tumor DNA sequencing assay" (herein after "Gale (2016)", Exhibit 15), showing that the RaDaR™ assay uses multiplex PCR, which amplifies multiple targets in a single reaction volume.<br><br><br>Fig. 2A. Overview of the eTAm-Seq assay. Adapted from Forshew et al.; Sci Trans Med; 2012;4(136):136ra68. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | In addition, for example, Inivata's website (https://www.inivata.com/our-publications/, Exhibit 7 at p. 3) includes a page titled "Our Publications," which lists a poster presentation presented at the AACR 2020 conference by Marsico et. al., entitled "Analytical development of the RaDaR$^{TM}$ assay, a highly sensitive and specific assay for the monitoring of minimal residual disease" (hereinafter "Marsico").<br><br>Marsico, Exhibit 11, discloses RaDaR includes amplifying the tagged products one or more times to generate final amplification products, wherein one of the amplification steps comprises targeted amplification of a plurality of single nucleotide polymorphism (SNP) loci in a single reaction volume. Marsico includes a figure showing that targeted multiplex amplification occurs in the same reaction volume using a patient-specific primer-pool covering 48 variants:<br><br> |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|



Confirm variant are present in tumor DNA. Subtract leukocyte signal (germline/CHIP)

Marsico, Exhibit 11.

For example, Gale, Exhibit 9, describes the eTAm-Seq technology used in the RaDaR assay.

Gale, Exhibit 9, discloses, " The development of next generation sequencing (NGS) has allowed for a broader application of ctDNA analysis. In 2012, Forshew et al. developed TAm-Seq technology, or tagged amplicon deep sequencing which, for the first time, enabled interrogation of 6 genes across a large genomic region spanning 5995 bases to detect low frequency mutations in cell-free DNA…Since this time, other NGS technologies have been implemented for analysis of ctDNA, including the use of hybrid capture and the introduction of panel assays that use molecular barcodes to enable error suppression…Here we describe the development of the InVision liquid biopsy platform which utilizes enhanced TAm-Seq (eTAm-Seq[TM]) technology for the identification of low frequency mutations in ctDNA. The assay has been expanded to target

14

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | hotspots and entire coding regions from 35 cancer-related genes, utilizing a primer design strategy that allows for amplification of highly fragmented DNA, typical of ctDNA. The calling algorithm has been revised, and in addition to improved detection of single nucleotide variants (SNVs) and short insertions/deletions (indels), it also identifies copy number variants (CNVs)." Gale, Exhibit 9, at 3. <br><br> Forshew, Exhibit 16 illustrates in the "preamplification" stage in the figure below a first round of PCR amplifying the tagged products one or more times to generate final amplification products, wherein one of the amplification steps comprises targeted amplification of a plurality of single nucleotide polymorphism (SNP) loci in a single reaction volume. Moreover, as shown in "sequence adaptor & barcode attachment" stage of the same figure, Forshew illustrates in an additional round of PCR introducing a barcode and one or more sequencing tags. |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | <br><br>Exhibit 16, Forshew at Figure S1 (annotated).<br><br>Forshew, Exhibit 16, summarizes its PCR strategy and primer design as follows: "Target-specific primers were synthesised with common adaptor sequences at their 5' ends (CS1 and CS2). These were used during the preamplification and single-plex stages to amplify the selected regions. Sequencing platform-specific adaptors and unique sample barcodes were attached during an additional round of PCR. The barcoding primers consist of Illumina sequencer adaptors (PE1 and PE2) at their 3' end, a unique 10 base barcode, and the common CS1 and CS2. Permutations of the universal tags and the sequencing adaptors enabled construction of bidirectional |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | barcoded sequencing libraries. Using custom sequencing primers directed to the two tag sequences, sequence reads representing both strands of the amplicon pool were obtained from a single-end run. Both combinations were used in order to barcode and read amplicons in both directions. All samples were then pooled, cleaned, and then sequenced." Forshew, Exhibit 16, Supplementary Material at 5 (emphasis added). |
| 1[c]: sequencing the plurality of SNP loci on the cell free DNA by conducting massively parallel sequencing on the final amplification products, wherein the plurality of SNP loci comprises 25-2,000 loci associated with cancer. | Inivata's Accused Products meet this limitation.<br><br>For example, Inivata's RaDaR assay includes sequencing the plurality of SNP loci on the cell free DNA by conducting massively parallel sequencing on the final amplification products, wherein the plurality of SNP loci comprises 25-2,000 loci associated with cancer.<br><br>Inivata's website (https://www.inivata.com/radar-residual-disease-and-recurrence/, Exhibit 5) states that "[t]he RaDaR assay . . . tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity[.]" |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
|  | The RaDaR™ assay is built on Inivata's proven **InVision®** liquid biopsy platform technology. This next-generation sequencing platform incorporates built-in controls and error-correction for highly sensitive and specific variant detection.

RaDaR™ is a personalized assay that tracks a set of up to 48 tumor-specific variants in a patient using a liquid biopsy with exceptional sensitivity, allowing both detection of residual disease following curative intent or definitive treatment and early detection of relapse.

*See* Exhibit 5, Inivata website at https://www.inivata.com/radar-residual-disease-and-recurrence/.

For example, Flach, Exhibit 10, states, "RaDaR$^{TM}$ is a personalised ctDNA assay built on the InVision® platform [43], which utilises multiplex PCR and targeted NGS. Somatic variants identified in the tumour tissue by WES were prioritised using proprietary algorithms to build a patient-specific primer panel of up to 48 primer pairs capturing at least one somatic variant (Supplementary Table 2). The personalised primer panel was manufactured (IDT, Coralville, IA) and combined with a fixed primer panel of 21 common population-specific SNPs for quality control purposes during the NGS testing." Flach, Exhibit 10, at 1187.

For example, Flach, Exhibit 10, states, "Following primer panel qualification, RaDaR$^{TM}$ assays were performed on cfDNA from plasma aliquots alongside a buffy coat DNA control sample, which was used for identification and removal of germline variants, the removal of variants due to clonal haematopoiesis of indeterminate |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | potential (CHIP) from the analysis, and as a positive amplification control. Multiplex PCR was performed with input concentrations ranging from 1452 to 20,000 amplifiable copies per sample, as measured by droplet digital PCR, with a median value of 14,550 copies." Flach, Exhibit 10, at 1187.<br><br>For example, Flach, Exhibit 10, states, "RaDaR$^{TM}$ libraries were sequenced using the Nova-Seq 6000 system (Illumina Inc., San Diego, USA) and sequencing data analysed in a multistep process: fastq files were demultiplexed using bcl2fastq, reads were then aligned using the *bwa mem* alignment software and processed using proprietary software to identify primer pairs and count mutant and reference bases." Flach, Exhibit 10, at 1187.<br><br>Lipsyc-Sharf, Exhibit 8, contains the figure below showing the RaDaR assay includes sequencing the plurality of SNP loci on the cell free DNA by conducting massively parallel sequencing on the final amplification products, wherein the plurality of SNP loci comprises 25-2,000 loci associated with cancer: |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | 

**FIG A1.** RaDaR assay workflow. Used with permission from Inivata, Inc.[38] cfDNA, cell-free DNA; CHIP, clonal hematopoiesis of indeterminate potential; ctDNA, circulating tumor DNA.

Lipsyc-Sharf, Exhibit 8, at Appx. 1.

For example, Lipsyc-Sharf, Exhibit 8, states that "RaDaR is a personalized next generation sequencing (NGS) assay[,]" "[m]ultiplex polymerase chain reaction (PCR) and NGS were used to assess tumor variants in cfDNA[,]" and "[a]fter multiplex PCR, reaction-specific index barcode sequences were . . . sequences using the NovaSeq 6000 system (Illumina Inc.)." Lipsyc-Sharf, Exhibit 8, at Appx. 1.

For example, Gale, Exhibit 9, describes the InVision liquid biopsy platform technology used in the RaDaR assay, which includes eTAm-Seq technology to sequence a plurality of SNP loci on the cell free DNA by |

| '035 Patent Claim Language | Infringement Support for RaDaR |
|---|---|
| | conducting massively parallel sequencing. Gale discloses, "Library preparation using eTAm-Seq technology. eTAm-Seq technology is based on methods previously described [22, 25,26], with an optimized assay workflow utilizing <u>multiplex PCR to enable high-throughput library preparation</u> without the use of microfluidics. <u>Next generation sequencing libraries were prepared using a two-step multiplex PCR amplification</u> process incorporating replicate and patient-specific barcodes and Illumina sequencing adaptors." Gale, Exhibit 9, at 4 (emphasis added).<br><br>For example, Inivata's website (https://www.inivata.com/our-publications/, Exhibit 14 at p. 2) includes a page titled "Our Publications," which lists a poster presented at the AACR 2021 Conference by Cutts et. al, entitled "Molecular Residual Disease detection in early stage breast cancer with a personalized sequencing approach" (hereinafter "Cutts").<br><br>Cutts, Exhibit 12, provides that, as part of RaDaR assay workflow, "cell free DNA was extracted from 147 plasma samples (median volume 4ml, range 0.5-5ml) and sequenced with RaDaR assays, with 10-61 variants (median 41) per panel, to 100,000x per locus."<br><br>- Cell free DNA was extracted from 147 plasma samples (median volume 4ml, range 0.5-5ml) and sequenced with RaDaR™ assays, with 10-61 variants (median 41) per panel, to 100,000x per locus. A matched single timepoint buffy coat was sequenced to verify removal of germline SNPs and any potential clonal hematopoiesis (CHIP). A proprietary algorithm was used to identify ctDNA. Droplet digital PCR (ddPCR) was performed as previously described[1,2].<br><br>Cutts, Exhibit 12. |