# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br> Defendant. | C.A. No. 1:23-cv-629 |

## PLAINTIFF NATERA'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Natera, Inc. ("Natera"), by and through undersigned counsel, respectfully moves for a Preliminary Injunction Order to enjoin Defendant NeoGeonomics Laboratories, Inc. ("NeoGenomics") and its privies, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those acting or attempting to act in concert with NeoGenomics, from:

1. Infringing any asserted claim of U.S. Patent No. 11,530,454 ("the '454 Patent") and U.S. Patent No. 11,519,035 ("the '035 Patent");

2. Making, using, importing, offering for sale, and/or selling (a) the accused RaDaR™ assay ("the Accused Assay"), or (b) any assay or product not more than colorably different from the Accused Assay whose manufacture, use, importation, offer for sale, or sale would infringe any asserted claim of the '454 Patent or the '035 Patent; and

3. Promoting, advertising, marketing, servicing, distributing, or supplying the above Accused Assay so as to induce others' infringement.

1

Plaintiff respectfully requests that the Court grant this Motion for Preliminary Injunction Order for the reasons given in the accompanying Memorandum of Law. Pursuant to Local Rule 65.1(b), Natera respectfully requests leave to present oral argument in support of this Motion.

Natera's Motion for a Preliminary Injunction is supported by the contemporaneously filed (1) Declaration of Dr. Michael L. Metzker dated July 29, 2023; (2) Declaration of Anup Malani, Ph.D. dated July 31, 2023; and (3) Declaration of Solomon Moshkevich dated July 28, 2023. A Proposed Order is attached.

Respectfully submitted this 31st day of July, 2023.

By: */s/ Robert C. Van Arnam*
N.C. Bar No. 28838
Attorney for Plaintiff
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4055
Fax: (919) 981-4300
Email: rvanarnam@williamsmullen.com

Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
ashores@williamsmullen.com

Kevin P.B. Johnson*
Victoria F. Maroulis*
QUINN EMANUEL URQUHART
  &amp; SULLIVAN, LLP
555 Twin Dolphin Shores, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Andrew M. Holmes*
Sam S. Stake*
QUINN EMANUEL URQUHART
  &amp; SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
drewholmes@quinnemanuel.com
samstake@quinnemanuel.com

Sandra Haberny, Ph.D.*
QUINN EMANUEL URQUHART
  &amp; SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
sandrahaberny@quinnemanuel.com

*Counsel for Plaintiff Natera, Inc.*

*\*Special Appearance under Local Civil Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: July 31, 2023

                By:    */s/ Robert C. Van Arnam*
                        Robert C. Van Arnam
                        N.C. Bar No. 28838
                        WILLIAMS MULLEN
                        301 Fayetteville Street, Suite 1700
                        Raleigh, NC 27601
                        Tel:  (919) 981-4000
                        rvanarnam@williamsmullen.com

                        *Counsel for Plaintiff Natera, Inc.*