# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATERA, INC.,

      Plaintiff,

    v.

NEOGENOMICS LABORATORIES, INC.,

      Defendant.

C.A. No. 1:23-CV-629

## PLAINTIFF'S NOTICE OF SUBMISSION OF
## ADDITIONAL EXHIBITS TO DECLARATION OF ANUP MALANI, Ph.D

PLEASE TAKE NOTICE that Plaintiff Natera, Inc., by counsel, submits additional

exhibits (attached hereto) to the Declaration of Anup Malani, Ph.D. (Doc. 7) in support of

its Motion for Preliminary Injunction (Doc 5).

Respectfully submitted this 31st day of July, 2023.

By: */s/ Robert C. Van Arnam*
N.C. Bar No. 28838
Attorney for Plaintiff
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4055
Fax: (919) 981-4300
Email: rvanarnam@williamsmullen.com

Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
ashores@williamsmullen.com

Kevin P.B. Johnson*
Victoria F. Maroulis*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
555 Twin Dolphin Shores, 5th Floor
Redwood Shores, CA  94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Andrew M. Holmes*
Sam S. Stake*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
drewholmes@quinnemanuel.com
samstake@quinnemanuel.com

Sandra Haberny, Ph.D.*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
sandrahaberny@quinnemanuel.com

*Counsel for Plaintiff Natera, Inc.*
*Special Appearance under Local Civil Rule 83.1(d)*

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: July 31, 2023

By:  */s/ Robert C. Van Arnam*
Robert C. Van Arnam
N.C. Bar No. 28838
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Tel: (919) 981-4000
rvanarnam@williamsmullen.com

*Counsel for Plaintiff Natera, Inc.*