# EXHIBIT 50

# The Return on R&D Versus Capital Expenditures in Pharmaceutical and Chemical Industries

Ping-Hung Hsieh, Chandra S. Mishra, and David H. Gobeli

*Abstract*—**The impact of research and development (R&D) on firm performance is generally agreed to be positive, but the nature and extent of this impact share little agreement in the previous research. Using an improved, time series, cross-sectional regression model that accounts for both contemporaneous and firm-specific serial correlation, as well as the feedback between firm profitability and investments, our study compares the rate of return from a dollar investment on R&D to a dollar investment on fixed assets in pharmaceutical and chemical industries.**

**We find positive associations of R&D intensity and all variables of firm performance (net margin, operating margin, sales growth, and market value). We find that an investment in R&D earns an operating margin return much higher than the industry cost of capital. We also find that the effect of an investment in R&D on the firm's market value is about twice as much the effect of an investment in fixed assets. These findings have implications for corporate investment strategies, indicating that additional R&D investment is more likely to provide a firm with a unique and sustainable competitive advantage.**

*Index Terms*—**Capital expenditures, corporate strategy, firm performance, market value, net margin, operating margin, parks regression, research and development (R&D), resource-based theory, sales growth, Tobin's $Q$.**

## I. INTRODUCTION

**B**ASED ON BOTH common sense and, most recently, published research, there appears to be a consensus that investing in research and development (R&D) does make a difference. However, it is difficult to extend the consensus to what kind of difference R&D actually makes. This is unfortunate, since the contribution of R&D is very relevant to U.S. industry, which now funds almost three-fourths of R&D done in the U.S. [28]. In particular, R&D investment in pharmaceutical and chemical industries has been growing at an annual rate in excess of 10% [9], [14], and the increased rate of investment on R&D has been an important part of a firm's competitive strategy.

The consensus on R&D impact is clouded by different findings from different researchers who examine various measures such as after tax profits, operating profits, sales revenues, and Tobin's $Q$. They also work across different levels of data aggregation, including composites across industries, specific industries, and individual firms. However, studies [19], [20], [22],

[23], [30]–[32], [38], [40] generally found evidence that R&D exerts a positive influence on subsequent profits.

In this paper, we examine the empirical relationships between R&D spending level and four measures of company performance for actual firms in pharmaceutical and chemical industries. In particular, we shall focus on whether or not R&D earns an above average rate of return compared to capital expenditures and other fixed asset investments. We use an improved methodology that accounts for firm-specific (unobservable quality) serial and contemporaneous correlation effects, as well as the feedback effects between firm profitability and R&D.

We find positive associations of R&D intensity and all variables of firm performance (net margin, operating margin, sales growth, and Tobin's $Q$). The average rate of return from R&D investment to operating margin is 19% higher than the industry cost of capital (9% to 11% as estimated in earlier studies [16], [17]), whereas the average rate of return from fixed asset investment is only 4%, suggesting that an investment in R&D earns above average rate of return. We also find that the effect of an investment in R&D on the firm's market value is about twice as much the effect of an investment in fixed assets. These findings have implications for corporate investment strategies, indicating that additional R&D investment is likely to provide a greater competitive advantage and market value than the same additional level of investment in fixed assets.

Furthermore, the earlier studies on the effectiveness of R&D and new drug introductions in pharmaceutical and chemical industries had mixed findings. Our results are consistent with Statman [43] who found a 15%–20% return on R&D for pharmaceuticals in the mid 1950s and early 1960s, although Statman reported that in 1970s the return on pharmaceutical R&D declined to 10% because of a lack of drug innovation. Our results are consistent with an increase in drug innovation in 1980s and 1990s. Our results are also consistent with the 1993 Office of Technology Assesment (OTA) study [41], which claims that new drug introductions earn a significant net present value. However, we do not interpret our finding to mean that there is no competition in the prescription drug market or there are excess profits in the drug industry. Our results only suggest that an investment in R&D earn an above average rate of return and provide a firm a unique and sustainable competitive advantage. These results are different from those of Grabowski and Vernon [16], [17], which claim that the return on R&D for pharmaceuticals is close to the industry cost of capital, suggesting that there is no above-average rate of return for investment in R&D.

We restricted our study to those firms for which a comprehensive data set was available to avoid estimation difficulty.

Manuscript received June 6, 2001; revised May 15, 2002. Review of this manuscript was arranged by Department Editor R. Balachandra.

P.-H. Hsieh and D. H. Gobeli are with the College of Business, Oregon State University, Corvallis, OR 97331-2603 USA (e-mail: Hsiehph@bus.orst.edu).

C. S. Mishra is with the Crummer Graduate School of Business, Rollins College, Winter Park, FL 32789 USA.

Digital Object Identifier 10.1109/TEM.2003.810828

0018-9391/03$17.00 © 2003 IEEE

Our sample consists of 22 years of complete records of R&D expenses, operating income, sales, assets, and market value over the 1975–1996 period, which includes 39 firms in pharmaceutical and chemical industries, totaling 858 observations. We avoided other industries, where only a few firms with complete data were available, to avoid any survivorship bias.

We begin with the conceptual framework and literature review, then present the methodology and research design, followed by a discussion of the results. The conclusions summarize our findings.

## II. CONCEPTUAL FRAMEWORK

### A. R&D and Sustainable Competitive Advantage

From a general corporate strategy perspective, Porter [39] suggests that investments in operational effectiveness may be required to maintain competitive parity, but this will not lead to a sustainable competitive advantage. He concludes that a company must establish a difference it can preserve; this difference requires developing a different set of activities than those of rivals, rather than competing on how efficiently similar activities are performed. We build on this argument by suggesting that investment in R&D is one way to develop a unique strategy with related unique activities. In contrast, investments in fixed assets will not provide a competitive advantage, since similar fixed assets and capabilities may be available to competitors.

Another common strategic perspective is the resource-based theory of the firm [3], [10], [18], [25], a variation on the strategic fit model of Porter [39]. This model explains how effective management of resources can lead to a sustainable competitive advantage, if resources are heterogeneously distributed among firms in an industry, and these differences continue over time. The firm's sustainable competitive advantage is enhanced when these resources are valuable, nontradable, difficult to imitate, and lack viable substitutes. These are the very attributes that R&D programs would normally provide (and to a greater degree than investments in fixed assets), thus building the technological foundation for sustainable competitive advantage. Combining a unique set of resources with a unique set of activities through R&D provides two building blocks of "technology equity," leading directly to sustainable competitive advantage [13].

### B. Definition of the Key Independent Variables: R&D Intensity and Capital Expenditures

The research framework was developed from the variables frequently mentioned in the literature. R&D intensity, measured as the percentage of revenues budgeted to R&D—including exploratory research, modifying or improving current products, development of new products and processes, and operating costs of pilot facilities—is the primary driver variable. Several studies in the past have used this specification of R&D intensity to study the R&D–performance relationship (e.g., [17], [24], [29], [34], [38]). This specification of R&D intensity is supported by the empirical fact that the R&D-to-sales ratio is approximately constant over firm size [8], [23], [30].

Similarly, the capital expenditures variable is measured by the budgeted capital expenditures divided by sales, a measure commonly used in the finance literature (e.g., [43]).

### C. Definition of the Performance Variables

The following four performance variables are of most interest:
1) *net margin*—net income as a percentage of sales;
2) *operating margin*—sales minus cost of goods sold, selling expenses, general and administrative expenses, as a percentage of sales;
3) *sales growth*—the percentage change in sales from one period to the next;
4) *Tobin's Q*—the ratio of the market value of the firm to the replacement value of total assets.

The first three measures are based on accounting or historical information whereas the Tobin's $Q$ measure is based on stock market and accounting information.

In examining the rate of return from R&D activity, Jaffe [28] estimates that the return from a dollar investment on R&D is three times more than a dollar investment on a fixed asset. Grabowski and Mueller [15] show that firms in research-intensive industries earned an average after-tax return of 15%–20% on R&D investment over the 1959–1966 period. However, Morbey [35] found little correlation between R&D intensity and annual percentage growth in net margin for the all-industry composite, or the industry level. He also found that increasing net margin does not lead to increased allocations for R&D in most industries.

As a dependent variable, net margin has significant limitations that operating margin does not. For example, since net margin is after interest expense, the greater the financial leverage, the greater the interest expense, and the lower the net margin. Financial leverage, thus, can distort the contribution of R&D on net margin. The operating margin is, however, not affected by financial leverage, making it a more appropriate measure for capturing R&D contribution to firm performance. In our study, we compare associations of net margin and operating margin with R&D and capital expenditures.

In the pharmaceutical and chemical industries specifically, Gabrowski and Vernon [16], [17] found that the average after-tax return from new drug introduction in the 1970s was around 9%–11%, in line with the industry's cost of capital, and that the variation in the return is highly skewed, with only the top 30 drugs covering mean R&D costs on a fully allocated basis. However, Statman [43] estimates that operating margin return to pharmaceutical R&D declined from 20% in the mid-1950s to 10% in the late 1970s because of lack of drug innovation. Bailey [2] estimates that operating margin return to pharmaceutical R&D also dropped, from over 30% in the pre-1962 period to less than 15% in the post-1962 period.

Scherer [42] found that the firm's R&D activity works positively on its profits by facilitating the growth of sales. Morbey [35] also found a strong association between R&D spending and subsequent sales growth. Brenner and Rushton [7] show that high sales growth companies invest in R&D much more consistently than companies with low sales growth in the chemicals

Case 1:23-cv-00629-CCE-JLW    Document 8-10    Filed 07/31/23    Page 3 of 11

industry. Later research by Dugal and Morbey [11] show those companies that invest heavily in R&D continue to grow, while those with modest investments suffer a sales decline. We, thus, compare the association between R&D investment and sales growth to the association between capital investment and sales growth.

Unlike accounting measures of performance, Tobin's $Q$ is a forward-looking measure and reflects the stock market's assessment of the future cash flow potential of the firm. It, thus, measures the long-run performance of a firm. Griliches [21] shows a positive relation between R&D and Tobin's $Q$. He estimates that a dollar of R&D investment adds about two dollars to the market value of the firm. However, Erickson and Jacobson [12] disagree, suggesting that R&D does not increase the market value or the operating margin of the firm more than the other types of capital investments or expenditures. Connolly and Hirschey [9] and Mishra and Gobeli [33] also indicate that R&D contributes to Tobin's $Q$. Bharadwaj, Bharadwaj and Konsynski [5] demonstrates the positive association between investment on information technology (IT) and Tobin's $Q$. We, thus, compare the contribution of R&D and capital expenditures to Tobin's $Q$ in pharmaceutical and chemical industries.

We use an approximation of Tobin's $Q$, the ratio of the market value of the firm to the book value of total assets (suggested by [8], [38]). Several other studies have used this approximation (see, for example, [34]) and found a 96.6% correlation with the measures developed by alternative theoretical algorithms. We also use an alternative definition of Tobin's $Q$, the market value of equity to the book value of equity [8]; the results are very similar, as will be reported here.

## III. DATA AND METHODOLOGY

### A. Sample

A sample of 39 firms with 22 years of complete records for R&D expenses, operating income, sales, and assets (totaling 858 observations) in the pharmaceutical and chemical industries during the 1975–1996 period, was retrieved from the Compustat data set to explore the R&D-performance relationship. Due to the lag structure of the two-stage regression model, the data from 1982 to 1996 (a total of 585 observations) are used in the second stage. We consider only the firms with no missing values for all variables over the entire study period in order to avoid estimation difficulty; therefore, there is a possibility of survivorship bias in that we may observe only unusually high-performance firms.

However, the median R&D spending in our sample is about 3%, and the median net margin is about 7%, which are not different from results obtained in earlier studies. For example, Lev and Sougiannis [30] studied 28 pharmaceuticals and chemicals firms over the 1975–1991 period; the average R&D spending in their sample was 2.9% of sales. Similarly, the average R&D spending for the same industry in Morbey's [35] study was 2.9% of sales, and the average net margin was 11.4% (our sample has a lower average net margin, however). Table I provides the summary statistics for the sample between 1982 and 1996. Therefore, survivorship bias does not appear to be an issue.

We also examined two sub-periods: 1982–1989 and 1990–1996. The performance of R&D is not much different from the overall period, which we will discuss later in Section IV, thus suggesting less possibility of a survivorship bias.

### B. Regression Models

In assessing the impact of R&D expenditures on the four dependent measures of corporate performance, we used four different regression models. The first three are based on previous research, and serve as benchmarks for comparison with the fourth model. This fourth model, proposed in this paper, is a significant improvement upon the earlier models.

Expanding on [1] and [12], we developed four alternative regression models in estimating the impact of R&D on a firm's performance measures. For all models, the instrumental variable (IV) method is performed on the R&D intensity variable in the first stage regression to control for the feedback between firm profitability and R&D intensity. The R&D intensity ($RDC_{it}$) for firm $i$ at time $t$ is regressed on the instrumental variables including total assets ($SIZE_{it}$ on log scale), Tobin's $Q$ ($Q_{it}$), leverage ($LEV_{it}$), and time-lagged operating margin ($OM_{i,t-1}$ and $OM_{i,t-2}$). That is

$$RDC_{it} = \varpi_0 + \varpi_1 \log(SIZE_{it}) + \varpi_2 Q_{it}$$
$$+ \varpi_3 LEV_{it} + \varpi_4 OM_{i,t-1} + \varpi_5 OM_{i,t-2} + \varepsilon_{it} \quad (1)$$

where $\varepsilon_{it}$ is independent and identically distributed (i.i.d.) normal random error with the mean zero and constant variance. The fitted values of $RDC_{it}$ are then used in the model in the second stage. The definition of the variables used in both stages of regression can be found in Table I.

The generic form of the second stage regression model can be expressed as the following:

$$Y_{it} = \alpha_0 + \alpha_1 SIZE_{i,t-1} + \alpha_2 PPI_{i,t} + \sum_k \beta_k RDC_{i,t-k} + \mu_{it}$$
$$(2)$$

where company index $i = 1, 2, \ldots, 39$ (companies), time index $t = 1982, 1983, \ldots, 1996$ (years), and lag $k = 0, 1, \ldots, 5$. Four different performance measures are considered for the dependent variable ($Y_{it}$): net margin, operating margin, sales growth, and Tobin's $Q$. Each of them is then regressed on total assets ($SIZE_{i,t-1}$) of firm $i$ in year $t-1$ deflated by net sales, percent change in producer price index ($PPI_{i,t}$) from year $t-1$ to year $t$, and the fitted values (RDC) of R&D intensity from the first stage of the regression model. To estimate the effect of capital expenditures (CE) on the four performance measures, we repeat the above analysis with the variable RDC replaced by the variable CE.

### C. Differences in Regression Models

Different assumptions on the error component $\mu_{it}$ are made leading to four different models. The first model, IV/OLS, assumes the usual i.i.d. normal random error, i.e., an ordinary least squares model. The i.i.d. assumption is certainly not realistic given the data under consideration. However, its parameter estimation algorithm can be easily found in any standard statistical package and its result can be used as a benchmark for

Case 1:23-cv-00629-CCE-JLW  Document 8-10  Filed 07/31/23  Page 4 of 11

TABLE I
SUMMARY STATISTICS

| | Mean | Median | Standard Deviation | Variance | Minimum | Maximum | #Obs |
|---|---|---|---|---|---|---|---|
| **a. 1982 - 1989** | | | | | | | |
| Net Margin | 0.0696 | 0.0622 | 0.0489 | 0.0024 | -0.1129 | 0.3048 | 312 |
| Operating Margin | 0.2037 | 0.1745 | 0.0827 | 0.0068 | 0.0673 | 0.4875 | 312 |
| Sales Growth | 0.0786 | 0.0686 | 0.1382 | 0.0191 | -0.3525 | 1.4982 | 312 |
| Tobin's Q | 1.3619 | 1.1659 | 0.6465 | 0.4179 | 0.4686 | 4.6012 | 312 |
| R&D Intensity | 0.0450 | 0.0340 | 0.0309 | 0.0010 | 0.0011 | 0.1450 | 312 |
| Capital Expenditures | 0.0633 | 0.0592 | 0.0312 | 0.0010 | 0.0102 | 0.2210 | 312 |
| Leverage | 0.2208 | 0.2200 | 0.1033 | 0.0107 | 0.0389 | 0.6926 | 312 |
| Assets (Log) | 6.1822 | 6.6253 | 1.6354 | 2.6747 | 2.4485 | 9.6179 | 312 |
| Size (Lag 1) | 0.3367 | 0.3100 | 0.1602 | 0.0257 | 0.0867 | 0.9741 | 312 |
| **b. 1990 - 1996** | | | | | | | |
| Net Margin | 0.0799 | 0.0726 | 0.0574 | 0.0033 | -0.0899 | 0.2532 | 273 |
| Operating Margin | 0.2360 | 0.2001 | 0.1058 | 0.0112 | 0.0818 | 0.5470 | 273 |
| Sales Growth | 0.0745 | 0.0717 | 0.1844 | 0.0340 | -0.5346 | 1.7106 | 273 |
| Tobin's Q | 1.7921 | 1.5751 | 1.0021 | 1.0042 | 0.4578 | 6.8628 | 273 |
| R&D Intensity | 0.0533 | 0.0351 | 0.0422 | 0.0018 | 0.0014 | 0.1815 | 273 |
| Capital Expenditures | 0.0692 | 0.0642 | 0.0351 | 0.0012 | 0.0110 | 0.2373 | 273 |
| Leverage | 0.2239 | 0.2202 | 0.1029 | 0.0106 | 0.0073 | 0.6422 | 273 |
| Assets (Log) | 6.7759 | 7.1773 | 1.5348 | 2.3555 | 3.0381 | 9.5820 | 273 |
| Size (Lag 1) | 0.3636 | 0.3198 | 0.2131 | 0.0454 | 0.1197 | 1.7600 | 273 |
| **c. 1982 - 1996** | | | | | | | |
| Net Margin | 0.0744 | 0.0659 | 0.0532 | 0.0028 | -0.1129 | 0.3048 | 585 |
| Operating Margin | 0.2188 | 0.1889 | 0.0955 | 0.0091 | 0.0673 | 0.5470 | 585 |
| Sales Growth | 0.0767 | 0.0708 | 0.1613 | 0.0260 | -0.5346 | 1.7106 | 585 |
| Tobin's Q | 1.5627 | 1.2997 | 0.8581 | 0.7364 | 0.4578 | 6.8628 | 585 |
| R&D Intensity | 0.0488 | 0.0346 | 0.0368 | 0.0014 | 0.0011 | 0.1815 | 585 |
| Capital Expenditures | 0.0660 | 0.0610 | 0.0332 | 0.0011 | 0.0102 | 0.2373 | 585 |
| Leverage | 0.2222 | 0.2202 | 0.1030 | 0.0106 | 0.0073 | 0.6926 | 585 |
| Assets (Log) | 6.4592 | 6.7606 | 1.6153 | 2.6093 | 2.4485 | 9.6179 | 585 |
| Size (Lag 1) | 0.3493 | 0.3152 | 0.1871 | 0.0350 | 0.0867 | 1.7600 | 585 |

| VARIABLE | DEFINITION | LABEL |
|---|---|---|
| Assets | Assets – total/liabilities and stockholder's equity | — |
| Size | Total Assets / Sales | SIZE |
| Net Margin | Net Income / Sales | NM |
| Operating Margin | Operating Income before Depreciation and R&D/ Sales | OM |
| Sales Growth | (Sales in the current year / Sales in the previous year) - 1 | SG |
| Tobin's Q | (Market Value of Equity + Total Debt) / Total Assets | Q |
| R&D Intensity | R&D Expense / Sales | RDC |
| Capital Expenditures | Capital Expenditures / Sales | CE |
| Leverage | Total Debt / Total Assets | LEV |
| Producer Price Index (PPI) | Monthly PPI, seasonally adjusted, 1982=100 | PPI |

more complex model [5], [30], [44], [46]. The second model, IV/AC, considers the error term $\mu_{it}$ as being autocorrelated, i.e., $\mu_{it} = \rho\mu_{i,t-1} + \varepsilon_{it}$, where $\varepsilon_{it}$ is i.i.d. normal random error with mean 0 and variance $\sigma^2 = \sigma_{ii}$ for all firms. Erickson and Jacobson [12] considers a variation of this model to incorporate the dependent structure of the data. The third model, IV/AC/HET, expands on IV/AC by allowing a firm-specific autocorrelation parameter $\rho_i$ with heteroscedasticity of variance $\sigma_{ii}$.

The fourth model (IV/AC/HET/CON) accounts for a firm-specific autocorrelation $\rho_i$, heteroscedasticity $\sigma_{ii}$, and contemporaneous correlation $\sigma_{ij}$ between firms $i$ and $j$. It was developed by Parks [37] to deal with some common problems such as heteroscedasticity, serial, and contemporaneous correlations

that occur in time-series cross-sectional data. It is a common technique for the analysis of longitudinal data, particularly in the field of political science (e.g., [26], [36]). The parameters in the proposed model can be estimated by the procedure in [37].

In contrast to the proposed IV/AC/HET/CON model, the IV/AC model assumes that the impact ($\rho$) of prior unobservable factors ($\mu_{i,t-1}$) is the same across all firms, i.e., $\rho = \rho_{ii}$ for all firms, whereas the proposed model assumes the prior impact varies from firm to firm as represented by the parameter $\rho_i$. The IV/AC/HET and the proposed models both allow the variation ($\sigma_{ii}$) of unobservable factors to be different for each firm while the first two models permit only homoscedastic variation ($\sigma = \sigma_{ii}$) across all firms. Although both the IV/AC/HET and the proposed models control for the endogeneity or firm-spe-

Case 1:23-cv-00629-CCE-JLW     Document 8-10     Filed 07/31/23     Page 5 of 11

cific effects ($\rho_i$ and $\sigma_{ii}$) of the unobservable factors, only the proposed model captures the correlation ($\sigma_{ij}$) between two firms $i$ and $j$.

### D. Strengths and Limitations of the Proposed Model

The proposed IV/AC/HET/CON model is the most general model of the four. It captures firm-specific autocorrelation as well as contemporaneous correlation between two firms, and, thus, explains more variation in the data than do the other three models. Furthermore, the standard deviations of parameter estimates under the IV/AC/HET/CON model are generally smaller than those under the alternative models. For example, in our current study, we find that the standard deviations under the proposed model can be two to five times smaller than those under the IV/AC model. Hence, the proposed model can be an improvement over earlier models, and should provide more precise estimates of R&D impact on corporate performance measures.

One of the major shortcomings of our proposed model is that the number of parameters is usually large and a large sample is required to provide reliable estimates. In our sample of 39 firms, 39 firm-specific autocorrelation parameters ($\rho_i$), 39 firm-specific heteroscedasticity parameters ($\sigma_{ii}$), and 741 contemporaneous correlation parameters ($\sigma_{ij}$) need to be estimated. It is also argued by [4] that the model works better only if the number of firms is larger than the length of time, or the parameters cannot be estimated.

### IV. Results

We compare the effect of R&D versus the effect of capital expenditures on four firm performance measures. R&D intensity makes a difference for all four performance measures. We have organized the results around the relation between R&D intensity and each of the four performance variables: operating margin, net margin, sales growth, and market value. We report the results using the IV/AC/HET/CON model in Fig. 1 and Tables II–IV. In each table, we report the performance effects of R&D investment and capital expenditures between 1982 and 1996, and the two subperiods, 1982–1989 and 1990–1996. For each performance variable, we also estimate the internal rate of return over a five-year period. We report a five-year period since the effects after five years are not statistically significant.

### A. Effect on Operating Margin

Table II presents the results for operating income effects. A dollar investment on R&D appears to have a significant operating margin improvement of $2.40 over five years (the average annual rate of return is 19%), while a dollar investment on fixed assets over the same period yields only $1.28 (the average annual rate of return is 5%). We also find that the increase in operating margin return is minimal in 1990–1996 when compared to 1982–1989, which suggests that, after control for inflation rates or price effects in our regressions, the operating margin return to pharmaceuticals and chemical firms is not higher in the 1990s than that in the 1980s. In all cases, the return from R&D is better than the estimates of the industry cost of capital (9% to 11% as reported in [16]). However, the return on capital expenditures lags the industry cost of capital.



Fig. 1. Cumulative R&D ($r$) and capital expenditures ($c$) effects on performance measures: net margin, operating margin, sales growth, and market value (Tobin's $Q$). (a) Operating Margin. (b) Net Margin. (c) Sales Growth. (d) Tobin's $Q$.

Furthermore, we find a gradual rate of operating margin return from R&D investment as well as from capital expenditures (see Fig. 1). For example, for a $1 investment on R&D at year 0, the cumulative returns after two and five years are $1.28 and $2.40, respectively, whereas for $1 investment on fixed assets at year 0, the cumulative returns after two and five years are $0.55 and $1.28, respectively.

### B. Effect on Net Margin

Table III presents the results for net income effects. A dollar investment on R&D appears to have a modest net margin improvement of $1.27 over five years (the average annual rate of return is 5%), while a dollar investment on fixed assets over the same period yields only $0.38 (the average annual rate of return is −20%). We also find that the 1990–1996 net margin return is not much better than the return in 1982–1989, which suggests that, after control for inflation rates or price effects in our regressions, the net margin return to pharmaceuticals and chemical firms is not higher in the 1990s than that in the 1980s.

Furthermore, we find a gradual rate of net margin return from R&D investment as well as from capital expenditures (see Fig. 1). For example, for $1 investment on R&D at year 0, the cumulative returns after two and five years are $1.01 and $1.27, respectively, whereas for $1 investment on fixed assets at year

Case 1:23-cv-00629-CCE-JLW Document 8-10 Filed 07/31/23 Page 6 of 11

TABLE II
CUMULATIVE EFFECTS OF R&D AND CAPITAL EXPENDITURES ON OPERATING MARGIN

| | | 1982 - 1989 | | 1990 - 1996 | | 1982 – 1996 | |
|---|---|---|---|---|---|---|---|
| | | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate |
| R&D Effect | $\beta_1$ | 0.462 (0.116) | 0.462 | 0.704 (0.159) | 0.704 | 0.726 (0.039) | 0.726 |
| | $\beta_2$ | 0.473 (0.087) | 0.935 | 0.868 (0.177) | 1.572 | 0.552 (0.033) | 1.278 |
| | $\beta_3$ | 0.361 (0.096) | 1.296 | 0.291 (0.122) | 1.863 | 0.312 (0.037) | 1.590 |
| | $\beta_4$ | 0.407 (0.118) | 1.703 | 0.465 (0.123) | 2.328 | 0.442 (0.037) | 2.031 |
| | $\beta_5$ | 0.505 (0.126) | 2.208 | 0.255 (0.110) | 2.583 | 0.367 (0.037) | 2.398 |
| Capital Expenditures Effect | $\beta_1$ | 0.411 (0.029) | 0.411 | 0.333 (0.106) | 0.333 | 0.157 (0.026) | 0.157 |
| | $\beta_2$ | 0.610 (0.018) | 1.020 | 0.280 (0.108) | 0.613 | 0.395 (0.028) | 0.552 |
| | $\beta_3$ | 0.442 (0.058) | 1.462 | 0.466 (0.113) | 1.078 | 0.240 (0.026) | 0.791 |
| | $\beta_4$ | 0.341 (0.045) | 1.804 | 0.659 (0.093) | 1.737 | 0.294 (0.027) | 1.085 |
| | $\beta_5$ | 0.041 (0.036) | 1.845 | 0.599 (0.059) | 2.336 | 0.193 (0.026) | 1.278 |

0 the cumulative returns after two and five years are $0.04 and $0.38, respectively.

### C. Effect on Sales Growth

Table IV presents the results for sales growth effects. A dollar investment on R&D appears to have a significant sales growth improvement of 2.94% over five years, while a dollar investment on fixed assets over the same period reduces sales growth by 1.55%. We also find that the increase in sales growth is not much different in 1990–1996 than that in 1982–1989, suggesting that the investment effects of R&D or capital expenditures on sales growth is similar over the two subperiods.

Furthermore, we find a gradual rate of growth in sales with R&D investment, but a gradual decline with investments on capital expenditures, clearly suggesting an increase in market share and competitive advantage with the investments on R&D (see Fig. 1). For example, for a $1 investment on R&D at year 0, the cumulative sales growths after two and five years are 1.59% and 2.94%, respectively, whereas for $1 investment on fixed assets at year 0 the cumulative sales growth after two and five years are −0.35% and −1.55%, respectively.

### D. Effect on Market Value

Table V presents the results for market value effects. We report the effects of R&D and capital expenditures on Tobin's $Q$, the ratio of the market value to the book value of the firm.

A dollar investment on R&D appears to have a significant improvement in the market value of the firm (Tobin's $Q$) relative to the book value of total assets, i.e., 12.25 times over five years (an average increase of two-and-half-times the book value increase), while a dollar investment on fixed assets over the same period increases market value by 5.53 times the book value (an average increase of 1.10 times the book value). The effect of R&D on market value is, thus, twice as much the effect of capital expenditures.

We find that the increase in market value is much better in 1990–1996 than in 1982–1989, which could be due to the overall stock market level in 1990s being higher than the level in 1980s. In our regressions, we have controlled for price effects (inflation rates), but the level of stock market is also influenced by other factors such as technology revolutions and stock market institutional developments.

Furthermore, we find an initial rapid increase and a final decline in market value from R&D investment, whereas there is a gradual increase in market value from capital expenditures (see Fig. 1). For example, for $1 investment on R&D at year 0, the cumulative Tobin's $Q$ after two and five years are 11.55 and 12.25 times the book value of assets, respectively, whereas for $1 investment on fixed assets at year 0, the cumulative value after two and five years are 2.23 and 5.53 times, respectively.

The initial rapid increase in the market value from investment on R&D is consistent with the investment on R&D providing a sustainable competitive advantage to the firm. The result also suggests that the stock market places a greater value initially on

TABLE III
CUMULATIVE EFFECTS OF R&D AND CAPITAL EXPENDITURES ON NET MARGIN

| | | 1982 - 1989 | | 1990 - 1996 | | 1982 – 1996 | |
|---|---|---|---|---|---|---|---|
| | | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate |
| R&D Effect | $\beta_1$ | 0.218 (0.179) | 0.218 | 0.459 (0.116) | 0.459 | 0.637 (0.032) | 0.637 |
| | $\beta_2$ | 0.430 (0.132) | 0.648 | 0.269 (0.122) | 0.728 | 0.372 (0.032) | 1.009 |
| | $\beta_3$ | 0.045 (0.122) | 0.692 | 0.033 (0.137) | 0.761 | -0.010 (0.048) | 0.999 |
| | $\beta_4$ | 0.061 (0.180) | 0.753 | 0.102 (0.072) | 0.863 | -0.013 (0.055) | 0.986 |
| | $\beta_5$ | 0.461 (0.159) | 1.214 | 0.474 (0.087) | 1.338 | 0.281 (0.052) | 1.267 |
| Capital Expenditures Effect | $\beta_1$ | -0.140 (0.073) | -0.140 | -0.024 (0.129) | -0.024 | -0.113 (0.044) | -0.113 |
| | $\beta_2$ | 0.372 (0.064) | 0.233 | 0.105 (0.154) | 0.081 | 0.151 (0.045) | 0.038 |
| | $\beta_3$ | 0.236 (0.081) | 0.469 | 0.355 (0.109) | 0.436 | 0.165 (0.040) | 0.203 |
| | $\beta_4$ | 0.145 (0.066) | 0.614 | 0.344 (0.090) | 0.780 | 0.182 (0.044) | 0.385 |
| | $\beta_5$ | -0.244 (0.070) | 0.370 | 0.505 (0.083) | 1.285 | -0.009 (0.045) | 0.376 |

TABLE IV
CUMULATIVE EFFECTS OF R&D AND CAPITAL EXPENDITURES ON SALES GROWTH

| | | 1982 - 1989 | | 1990 - 1996 | | 1982 – 1996 | |
|---|---|---|---|---|---|---|---|
| | | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate |
| R&D Effect | $\beta_1$ | 0.457 (0.122) | 0.457 | 0.195 (0.238) | 0.195 | 0.749 (0.078) | 0.749 |
| | $\beta_2$ | -0.987 (0.103) | -0.530 | 0.944 (0.414) | 1.139 | 0.840 (0.098) | 1.589 |
| | $\beta_3$ | 0.935 (0.176) | 0.405 | 0.095 (0.469) | 1.234 | -0.072 (0.100) | 1.516 |
| | $\beta_4$ | 1.685 (0.165) | 2.090 | -1.075 (0.591) | 0.159 | 0.624 (0.112) | 2.140 |
| | $\beta_5$ | 1.611 (0.199) | 3.701 | 3.175 (0.662) | 3.334 | 0.802 (0.117) | 2.942 |
| Capital Expenditures Effect | $\beta_1$ | -0.422 (0.146) | -0.422 | -0.752 (0.821) | -0.752 | -0.618 (0.004) | -0.618 |
| | $\beta_2$ | -0.269 (0.144) | -0.692 | 1.772 (0.582) | 1.020 | 0.273 (0.006) | -0.345 |
| | $\beta_3$ | -1.034 (0.136) | -1.726 | -3.054 (0.600) | -2.033 | -1.007 (0.004) | -1.352 |
| | $\beta_4$ | -0.676 (0.188) | -2.402 | 2.872 (0.450) | 0.839 | 0.064 (0.004) | -1.288 |
| | $\beta_5$ | -0.969 (0.209) | -3.370 | -0.994 (0.413) | -0.156 | -0.263 (0.004) | -1.551 |

an investment on R&D. The investment on capital expenditures or fixed assets, however, does not provide such a competitive advantage.

Case 1:23-cv-00629-CCE-JLW    Document 8-10    Filed 07/31/23    Page 8 of 11

TABLE V
CUMULATIVE EFFECTS OF R&D AND CAPITAL EXPENDITURES ON MARKET VALUE (TOBIN'S $Q$)

| | | 1982 - 1989 | | 1990 - 1996 | | 1982 – 1996 | |
|---|---|---|---|---|---|---|---|
| | | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate | Estimate | Cumulative Estimate |
| **R&D Effect** | $\beta_1$ | 3.938 (0.271) | 3.938 | 5.738 (0.790) | 5.738 | 4.857 (0.060) | 4.857 |
| | $\beta_2$ | 0.968 (0.218) | 4.907 | 14.269 (1.240) | 20.007 | 6.697 (0.067) | 11.554 |
| | $\beta_3$ | 0.716 (0.233) | 5.623 | 3.251 (1.062) | 23.258 | 3.918 (0.078) | 15.472 |
| | $\beta_4$ | 3.780 (0.254) | 9.403 | -3.809 (0.973) | 19.448 | 1.118 (0.074) | 16.590 |
| | $\beta_5$ | -2.880 (0.463) | 6.523 | -7.714 (1.361) | 11.735 | -4.342 (0.074) | 12.249 |
| **Capital Expenditures Effect** | $\beta_1$ | 3.252 (0.307) | 3.252 | 5.056 (0.600) | 5.056 | 2.825 (0.200) | 2.925 |
| | $\beta_2$ | 0.978 (0.195) | 4.231 | 0.446 (0.949) | 5.502 | -0.706 (0.225) | 2.218 |
| | $\beta_3$ | 1.161 (0.200) | 5.391 | -1.783 (1.045) | 5.719 | -0.756 (0.229) | 1.462 |
| | $\beta_4$ | 0.923 (0.193) | 6.314 | 2.530 (0.707) | 6.249 | 0.183 (0.214) | 1.645 |
| | $\beta_5$ | 2.384 (0.406) | 8.698 | 7.678 (0.645) | 13.928 | 3.883 (0.209) | 5.529 |

## V. CONCLUSION

With an improved methodology, controlling for both contemporaneous and firm-specific serial correlation, as well as the feedback between firm profitability and investments, we compare the rate of return from a dollar investment on R&D to a dollar investment on fixed assets in pharmaceutical and chemical industries.

We find positive associations of R&D intensity and all variables of firm performance (net margin, operating margin, sales growth, and Tobin's $Q$). The average rate of return from R&D investment to operating margin is 19%, much higher than the industry cost of capital (9% to 11%), whereas the average rate of return from fixed asset investment is only 4%. We also find that the effect of an investment in R&D on the firm's market value is about twice as much the effect of an investment in fixed assets.

Our results are different from those of Grabowski and Vernon [16], [17] who claim that the return on R&D for pharmaceuticals is close to the industry cost of capital, suggesting that there is no above-average rate of return for investments on R&D. However, Grabowski and Vernon used estimates of sales and cash flows as well as the estimates of R&D costs over the product life cycle periods of new drugs. We used actual corporate financial data and stock market data to investigate the effectiveness of the R&D programs.

In their studies, Grabowski and Vernon [16], [17] found that the performance of new drugs introduced during the latter half of 1970s and in the 1980s was much better than those introduced in the early 1970s, suggesting that there was an upward trend in the performance of R&D, which was because of, according to the authors, a result of drug prices rising at a higher rate than the inflation rate. We find no significant differences in performance of R&D in the 1990s versus the 1980s, after controlling for inflation.

Our results are, however, consistent with Statman [43] who found a 15%–20% return on R&D for pharmaceuticals in the mid 1950s and early 1960s, although Staman [43] reported that in 1970s, the return on pharmaceutical R&D declined to 10% because of lack of drug innovation. Our results are consistent with an increase in drug innovation in 1980s and 1990s. Our results are also consistent with a 1993 OTA study [41], which estimated the net present value of new drug introductions in 1981–1983 at 60% higher than the net present value estimated in [17]. Our study reports an internal rate of return of 19%, which is also about 60% higher than the internal rate of return of 12% estimated in [17]. However, we do not interpret our finding to mean that there is no competition in the prescription drug market or that there are excess profits in the drug industry. Our results only suggest that investments in R&D earn an above-average rate of return, and provide a greater level of competitive advantage, when compared to capital expenditures or investments in fixed assets. However, further study is warranted in other industries with various levels of research-intensity to verify and extend these findings.

Our results are also supported by two important theories: Porter's model (a unique set of activities provide competitive advantage) and the resource-based theory of the firm (unique resources provide competitive advantage). Since R&D provides

Case 1:23-cv-00629-CCE-JLW     Document 8-10     Filed 07/31/23     Page 9 of 11

these two fundamental building blocks of sustainable competitive advantage to a greater degree than we could expect from fixed assets, the marginal contribution to competitive advantage from R&D investments is likely to be higher than the marginal return from investments in fixed assets. So, we believe these research results show that incremental investments in R&D are the more viable way to drive corporate uniqueness, and, hence, sustainable competitive advantage and market value, over the long term.

## REFERENCES

[1] T. W. Anderson and C. Hsiao, "Formulation and estimation of dynamic models using panel data," *J. Econometrics*, vol. 18, pp. 47–82, Jan. 1982.

[2] M. N. Baily, "Research development costs and returns: The U. S. pharmaceutical industry," *J. Pol. Econ.*, p. <AUTHOR: PAGES?>, Jan./Feb. 1972.

[3] J. Barney, "Firm resources and sustained competitive advantage," *J. Manage.*, vol. 17, no. 1, pp. 99–120, 1991.

[4] N. Beck and J. N. Katz, "What to do (and not to do) with time-series cross-section data," *Amer. Pol. Sci. Rev.*, vol. 89, pp. 634–647, Sept. 1995.

[5] A. S. Bharadwaj, S. G. Bharadwaj, and B. R. Konsynski, "Information technology effects on firm performance as measured by Tobin's $Q$," *Manage. Sci.*, vol. 45, pp. 1008–1024, June 1999.

[6] B. Branch, "Research and development activity and profitability: A distributed lag analysis," *J. Pol. Econ.*, vol. 82, pp. 999–1011, 1974.

[7] M. S. Brenner and B. M. Rushton, "Sales Growth and R&D in the Chemical Industry," *Res. Technol. Manage.*, vol. 32, pp. 8–15, Mar./Apr. 1989.

[8] K. H. Chung and S. W. Pruitt, "A simple approximation of Tobin's $Q$," *Fin. Manage.*, vol. 23, pp. 70–74, 1994.

[9] R. A. Connolly and M. Hirschey, "R&D, market structure, and profits: A value-based approach," *Rev. Econ. Stat.*, vol. 66, pp. 682–686, Nov. 1984.

[10] I. Dierickx and K. Cool, "Asset stock accumulation and sustainability of competitive advantage," *Manage. Sci.*, vol. 35, no. 12, pp. 1504–1511, 1989.

[11] S. S. Dugal and G. K. Morbey, "Revisiting corporate R&D spending during a recession," *Res. Technol. Manage.*, vol. 38, pp. 23–27, July/Aug. 1995.

[12] G. Erickson and R. Jacobson, "Gaining comparative advantage through discretionary expenditures: The returns to R&D and advertising," *Manage. Sci.*, vol. 38, pp. 1264–1279, Sept. 1992.

[13] D. H. Gobeli, C. S. Mishra, and H. F. Koenig, "Strategic value of technology and brand equity for multinational firms," in *Valuation of Intangible Assets in Global Operations*, F. J. Contractor, Ed. Westport, CT: Quorum, 2001, pp. 321–333.

[14] H. Grabowski, "An analysis of U. S. international competitiveness in pharmaceuticals," *Manag. Decision Econ.*, pp. 27–33, 1989.

[15] H. Grabowski and D. Mueller, "Industrial research and development, intangible capital stocks, and firm profit rates," *Bell J. Econ.*, vol. 9, pp. 328–343, Autumn 1978.

[16] H. Grabowski and J. Vernon, "A new look at the returns and risks to pharmaceutical R&D," *Manage. Sci.*, vol. 36, pp. 804–821, July 1990.

[17] ——, "Returns to R&D on new drug untroductions in the 1980s," *J. Health Econ.*, vol. 13, pp. 383–406, 1994.

[18] R. M. Grant, "The resource-based theory of competitive advantage: Implications for strategy formulation," *Calif. Manage. Rev.*, pp. 114–135, Spring 1991.

[19] S. B. Graves, "Institutional ownership and corporate R&D in the computer industry," *Acad. Manage. J*, vol. 31, pp. 417–428, 1988.

[20] Z. Griliches, "Research cost and social returns: Hybrid corn and related inovations," *J. Pol. Econ.*, vol. 66, pp. 419–431, 1958.

[21] ——, "Issues in assessing the contribution of research and development to productivity growth," *Bell J. Econ.*, vol. 10, pp. 92–116, 1979.

[22] ——, "Market value, R&D, and patents," *Econ. Lett.*, vol. 7, pp. 183–187, 1981.

[23] ——, "Econometric results and measurement issues," in *Handbook of the Economics of Innovation and Technological Change*, P. Stoneman, Ed. Cambridge, MA: Blackwell, 1995, pp. 52–89.

[24] ——, *R&D and Productivity: The Econometric Evidence*. Chicago, IL: Univ. Chicago Press, 1998.

[25] R. Hall, "The strategic analysis of intangible resources," *Strat. Manage. J.*, vol. 13, pp. 137–144, 1992.

[26] A. M. Hicks and D. H. Swank, "Politics, institutions, and welfare spending in industrialized democracies, 1960–82," *Amer. Pol. Sci. Rev.*, vol. 86, pp. 658–674, Sept. 1992.

[27] C. P. Himmelberg and B. C. Petersen, "R&D and internal finance: A panel study of small firms in high-tech industries," *Rev. Econ. Stat.*, vol. 76, pp. 38–51, 1994.

[28] A. B. Jaffe, "Technological opportunity and spillovers of R&D: Evidence from firms' patents, profits, and market value," *Amer. Econ. Rev.*, vol. 76, pp. 984–1001, Dec. 1986.

[29] J. E. Jankowski, "R&D: Foundation for innovation," *Res. Technol. Manage.*, vol. 41, pp. 14–20, Mar./Apr. 1998.

[30] B. Lev and T. Sougiannis, "The capitalization, amortization, and value-relevance of R&D," *J. Account. Econ.*, vol. 21, pp. 107–138, 1996.

[31] E. Mansfield, *Industrial Research and Technological Innovation: An Econometric Analysis*. New York: Norton, 1968.

[32] ——, "Basic research and productivity increase in manufacturing," *Amer. Econ. Rev.*, vol. 70, pp. 863–873, 1980.

[33] J. R. Minasian, "The economics of research and development," in *The Rate and Direction of Inventive Activity: Economic and SocialFactors*, R. R. Nelson, Ed. Princeton: Princeton Univ. Press, 1962, pp. 93–142.

[34] C. Mishra and D. Gobeli, "Managerial incentives, internalization, and market valuation of multinational firms," *J. Int. Bus. Stud.*, vol. 29, pp. 583–597, 1998.

[35] G. K. Morbey, "R&D: Its relationship to company performance," *J. Prod. Innov. Manage.*, vol. 5, pp. 191–200, 1988.

[36] F. C. Pampel, "Relative cohort size and fertility: The socio-political context of the easterlin effect," *Amer. Sociol. Rev.*, vol. 58, pp. 496–513, August 1993.

[37] R. W. Parks, "Efficient estimation of a system of regression equations when disturbances are both correlated," *J. Amer. Stat. Assoc.*, vol. 62, pp. 500–509, June 1967.

[38] S. B. Perfect and K. W. Wiles, "Alternative constructions of Tobin's $Q$: An empirical examination," *J. Empir. Fin.*, vol. 1, pp. 313–341, 1994.

[39] M. E. Porter, "What is strategy," *Harv. Bus. Rev.*, pp. 61–78, Nov.-Dec. 1996.

[40] D. Ravenscraft and F. M. Scherer, "The lag structure of returns to research and development," *Appl. Econ.*, vol. 14, pp. 603–620, 1982.

[41] A. M. Sapienza, "Setting the record straight: The office of technology assessment report—Pharmaceutical R&D costs, risks, and rewards," *Drug Develop. Res.*, vol. 30, no. 2, pp. 56–60, Oct. 1993.

[42] F. M. Scherer, "Corporate inventive output, profit and growth," *J. Pol. Econ.*, vol. 73, pp. 290–297, 1965.

[43] M. Statman, "Competition in the pharmaceutical industry: The declining profitability of drug innovation," in *Proc. Amer. Enterprise Institute for Public Policy Research*, Washington, DC, 1983.

[44] T. Terwiesch, C. Loch, and Niederkofler, "When product development performance makes a difference: A statistical analysis in the …**<AUTHOR: PLEASE PROVIDE FULL ARTICLE TITLE.>**," *J. Prod. Innov. Manage.*, vol. 15, pp. 3–15, Jan. 1998.

[45] S. Vogt, "The cash flow/investment relationship: Evidence from U. S. manufacturing firms," *Fin. Manage.*, vol. 23, pp. 3–20, 1994.

[46] R. Wakasugi and F. Koyata, "R&D, firm size and innovation outputs: Are Japanese firms efficient in product development," *J. Prod. Innov. Manage.*, vol. 14, pp. 381–390, Sept. 1997.

**Ping-Hung Hsieh <AUTHOR: PLEASE PROVIDE PHOTO. WE ACCEPT EITHER HARDCOPY OR TIFF (220 DPI) FILES.>** received the Ph.D. degree in statistics and management science from the University of Michigan Business School, Ann Arbor, in 1997.

He is currently an Assistant Professor of quantitative methods at Oregon State University, Corvallis. His research interests include the fields of extreme value analysis and Bayesian modeling with application to risk management and strategic planning. His papers have appeared in the *Journal of Risk and Insurance, Risk Analysis, Journal of Forecasting*, and the *Journal of Marketing Research*.

Dr. Hsieh is a member of the American Statistical Association and the Institute of Mathematical Statistics.

**Chandra Mishra <AUTHOR: PLEASE PROVIDE PHOTO. WE ACCEPT EITHER HARDCOPY OR TIFF (220 DPI) FILES.>** is a Professor of Finance with the Crummer Graduate School of Business, Rollins College, Winter Park, FL. His areas of teaching include corporate finance, mergers and acquisitions, venture capital, new venture finance, and international corporate finance. He is the Editor of the *Journal of Small Business Management* and serves on the board of advisors for the *Journal of Private Equity*. His papers have appeared in *Financial Management*, *Journal of International Business Studies*, *Entrepreneurship Theory and Practice*, *Quarterly Review of Finance and Economics*, *Review of Financial Economics*, and *Journal of Private Equity*.

Dr. Mishra is a member of the Financial Management Association, the Academy of International Business, and the International Council of Small Business.

**Dave Gobeli <AUTHOR: PLEASE PROVIDE PHOTO. WE ACCEPT EITHER HARDCOPY OR TIFF (220 DPI) FILES.>** received the M.S.E.E. and Ph.D. degrees in management from the University of Minnesota, Twin Cities.

He has 15 years experience, during which he held several engineering and management positions at **<AUTHOR: COMPANY LOCATIONS?>** Honeywell and Medtronic. His research interests, which have focused on the management of innovation, have appeared in such publications as the IEEE TRANSACTIONS ON ENGINEERING MANAGEMENT, *California Management Review*, *Sloan Management Review*, *Journal of International Business Studies*, and the *Journal of Private Equity*. He has also been active in the development of new academic programs focusing on entrepreneurship and innovation.

View publication stats