# EXHIBIT 58 con't



**Wage (price of labor)**

Supply, $S_1$

$S_2$

1. An increase in labor supply . . . .

$W_1$

$W_2$

2. . . . reduces the wage . . .

Demand

0 $L_1$ $L_2$ **Quantity of Labor**

3. . . . and raises employment.

**FIGURE 5**

**A Shift in Labor Supply**
When labor supply increases from $S_1$ to $S_2$, perhaps because of an immigration wave of new workers, the equilibrium wage falls from $W_1$ to $W_2$. At this lower wage, firms hire more labor, so employment rises from $L_1$ to $L_2$. The change in the wage reflects a change in the value of the marginal product of labor: With more workers, the added output from an extra worker is smaller.

different kinds of workers. A wave of immigration may lower wages in those labor markets in which the new immigrants seek work, but it could have the opposite effect in other labor markets. For example, if the new immigrants look for jobs as apple pickers, the supply of apple pickers increases and the wage of apple pickers declines. But suppose the new immigrants are physicians who use some of their income to buy apples. In this case, the wave of immigration increases the *supply* of physicians but increases the *demand* for apples and thus apple pickers. As a result, the wages of physicians decline, and the wages of apple pickers rise. The linkages among various markets—sometimes called *general equilibrium effects*—make analyzing the full effect of immigration more complex than it first appears.

## 18-3b Shifts in Labor Demand

Now suppose that an increase in the popularity of apples causes their price to rise. This price increase does not change the marginal product of labor for any given number of workers, but it does raise the *value* of the marginal product. With a higher price for apples, hiring more apple pickers is now profitable. As Figure 6 shows, when the demand for labor shifts to the right from $D_1$ to $D_2$, the equilibrium wage rises from $W_1$ to $W_2$ and equilibrium employment rises from $L_1$ to $L_2$. Once again, the wage and the value of the marginal product of labor move together.

This analysis shows that prosperity for firms in an industry is often linked to prosperity for workers in that industry. When the price of apples rises, apple producers make greater profit and apple pickers earn higher wages. When the price of apples falls, apple producers earn smaller profit and apple pickers earn lower wages. This lesson is well known to workers in industries with highly volatile prices. Workers in oil fields, for instance, know from experience that their earnings are closely linked to the world price of crude oil.

From these examples, you should now have a good understanding of how wages are set in competitive labor markets. Labor supply and labor demand together determine the equilibrium wage, and shifts in the supply or demand curve

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

## The Economics of Immigration



*Here is an interview with Pia Orrenius, a senior economist at the Federal Reserve Bank of Dallas who studies immigration.*

*Q: What can you tell us about the size of the immigrant population in the United States?*

A: Immigrants make up about 13.3 percent of the overall population, which means about 42 million foreign-born live in the United States. The commonly accepted 2014 estimate for the unauthorized portion of the foreign-born population is 11.3 million. Immigrants come from all parts of the world, but we've seen big changes in their origins. In the 1950s and 1960s, 75 percent of immigrants were from Europe. Today, over 80 percent are from Latin America and Asia. Inflows are also much larger today, with 1 million to 2 million newcomers entering each year, although levels were significantly depressed in the aftermath of the Great Recession of 2007–2009, when the housing bust led to a significant decline in illegal immigration.

What's interesting about the United States is how our economy has been able to absorb immigrants and put them to work. U.S. immigrants are much more likely to be working compared with immigrants in other developed countries. This is partly because we don't set high entry-level wages or have cumbersome hiring and firing rules. In this type of flexible system, there are more job openings. Workers have more opportunities. Of course, entry-level wages are also lower, but immigrants at least get their foot in the door.

Being in the workforce allows immigrants to interact with the rest of society. They learn the language faster, pay taxes and become stakeholders.

*Q: Where do immigrants fit into the U.S. economy?*

A: U.S. immigrants are diverse in economic terms. We rely on them to fill both high- and low-skilled jobs. Some immigrants do medium-skilled work, but more than anything else they're found on the low and the high ends of the education distribution.

The economic effects of immigration are positive, but the fiscal impact depends on the group. We have a very important group of high-skilled immigrants. We rely on them to fill high-level jobs in health and STEM [science, technology, engineering, and mathematics] occupations. Each year, over one-third of Ph.D.s in science and engineering are awarded to students who were born abroad. Moreover, research shows that foreign-born workers in STEM fields are more innovative and entrepreneurial than their U.S.-born counterparts, which boosts productivity growth.

High-skilled immigration also contributes positively to government finances. People tend to focus on undocumented or low-skilled immigrants when discussing immigration and often do not recognize the tremendous contributions of high-skilled immigrants.

---

### FIGURE 6

**A Shift in Labor Demand**
When labor demand increases from $D_1$ to $D_2$, perhaps because of an increase in the price of the firm's output, the equilibrium wage rises from $W_1$ to $W_2$ and employment rises from $L_1$ to $L_2$. The change in the wage reflects a change in the value of the marginal product of labor: With a higher output price, the added output from an extra worker is more valuable.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

*Q: What about the low-skilled immigration?*

A: With low-skilled immigration, the economic benefits of the added labor, such as lower prices for consumers and higher returns to capital, have to be balanced against the fiscal impact, which is likely negative. The fiscal impact is the difference between what families contribute in taxes and what they use up in the form of publicly provided services.

What makes the fiscal issue more difficult is the distribution of the burden. The federal government reaps much of the revenue from immigrants who work and pay employment taxes. State and local governments realize less of that benefit and have to pay more of the costs associated with low-skilled immigration—usually education and health expenses.

*Q: Does it matter whether the immigration is legal or not?*

A: Illegal immigration has helped fuel the U.S. economy for many years. Five percent of the U.S. workforce is made up of unauthorized workers—the outcome of decades of robust labor demand and, until recently, lax enforcement. Nevertheless, from an economic and fiscal perspective, it makes more sense to differentiate among immigrants of various



Pia Orrenius

COURTESY OF FEDERAL RESERVE BANK OF DALLAS, SOUTHWEST ECONOMY, MARCH/APRIL 2006

skill levels than it does to focus on legal status.

The economic benefits of low-skilled immigrants aren't typically going to depend on how they entered the United States. Unauthorized immigrants may pay less in taxes, but they're also ineligible for most public programs. Lacking legal status doesn't mean these immigrants have a worse fiscal impact. In fact, a low-skilled unauthorized immigrant likely creates less fiscal burden than a low-skilled legal immigrant because the undocumented get almost no government benefits.

*Q: How does immigration affect jobs and earnings for the native-born population?*

A: Labor economists have looked long and hard at this question, namely how immigration has affected the wages of Americans, particularly the low-skilled who lack a high school degree. One reason we worry about this is that the real wages of less-educated U.S. men have been falling since the late 1970s.

The studies tend to show that little of the decline is due to immigration. The consensus seems to be that wages overall are about 1 to 3 percent lower today as a result of immigration, although some scholars find larger effects for low-skilled workers. Still, labor economists think it's a bit of a puzzle that they haven't been able to systematically identify larger adverse wage effects.

The reason may be the way the economy is constantly adjusting to the inflow of immigrants. On a geographical basis, for example, a large influx of immigrants into an area tends to encourage an inflow of physical capital or a change in technology or production processes which puts new workers to use. So you have an increase in labor supply, but you also have an increase in labor demand, and the wage effects are ameliorated. ■

**Source:** This interview, updated for this edition by Dr. Orrenius, was originally published in *Southwest Economy*, March/April 2006.

for labor cause the equilibrium wage to change. At the same time, profit maximization by the firms that demand labor ensures that the equilibrium wage always equals the value of the marginal product of labor.

**CASE STUDY**

### PRODUCTIVITY AND WAGES

One of the *Ten Principles of Economics* in Chapter 1 is that our standard of living depends on our ability to produce goods and services. We can now see how this principle works in the market for labor. In particular, our analysis of labor demand shows that wages equal productivity as measured by the value of the marginal product of labor. Put simply, highly productive workers are highly paid, and less productive workers are less highly paid.

This lesson is key to understanding why workers today are better off than workers in previous generations. Table 2 presents some data on growth in productivity and growth in real wages (that is, wages adjusted for inflation). From 1960 to 2015, productivity as measured by output per hour of work grew about 2.0 percent per year. Real wages grew at 1.8 percent—almost the same rate. With a growth rate of 2 percent per year, productivity and real wages double about every 35 years.

Productivity growth varies over time. Table 2 also shows the data for three shorter periods that economists have identified as having very different

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## TABLE 2

**Productivity and Wage Growth in the United States**

| Time Period | Growth Rate of Productivity | Growth Rate of Real Wages |
|---|---|---|
| 1960–2015 | 2.0% | 1.8% |
| 1960–1973 | 2.7 | 2.7 |
| 1973–1995 | 1.4 | 1.2 |
| 1995–2015 | 2.1 | 1.8 |

Source: Bureau of Labor Statistics.

productivity experiences. Around 1973, the U.S. economy experienced a significant slowdown in productivity growth that lasted until 1995. The cause of this productivity slowdown is yet to be fully explained, but the link between productivity and real wages is exactly as standard theory predicts. The slowdown in productivity growth from 2.7 to 1.4 percent per year coincided with a slowdown in real wage growth from 2.7 to 1.2 percent per year.

Productivity growth picked up again about 1995, and many observers hailed the arrival of the "new economy." This productivity acceleration is most often attributed to the spread of computers and information technology. As theory predicts, growth in real wages picked up as well. From 1995 to 2015, productivity grew by 2.1 percent per year and real wages grew by 1.8 percent per year.

The bottom line: Both theory and history confirm the close connection between productivity and real wages. ●

 *How does immigration of workers affect labor supply, labor demand, the marginal product of labor, and the equilibrium wage?*

## FYI

### Monopsony

On the preceding pages, we built our analysis of the labor market with the tools of supply and demand. In doing so, we assumed that the labor market was competitive. That is, we assumed that there were many buyers and sellers of labor, so each buyer or seller had a negligible effect on the wage.

Yet that assumption doesn't always apply. Imagine that the labor market in a small town is dominated by a single, large employer. That employer can exert a large influence on the going wage, and it can use its market power to alter the outcome in the labor market. Such a market in which there is a single buyer is called a *monopsony*.

A monopsony (a market with one buyer) is in many ways similar to a monopoly (a market with one seller). Recall from Chapter 15 that a monopoly firm produces less of the good than would a competitive firm; by reducing the quantity offered for sale, the monopoly firm moves along the product's demand curve, raising the price and also its profit.



Similarly, a monopsony firm in a labor market hires fewer workers than would a competitive firm; by reducing the number of jobs available, the monopsony firm moves along the labor supply curve, reducing the wage it pays and raising its profit. Thus, both monopolists and monopsonists reduce economic activity in a market below the socially optimal level. In both cases, the existence of market power distorts the outcome and causes deadweight losses.

This book does not present the formal model of monopsony because monopsonies are rare. In most labor markets, workers have many possible employers, and firms compete with one another to attract workers. In this case, the model of supply and demand is the best one to use. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 18-4 The Other Factors of Production: Land and Capital

We have seen how firms decide how much labor to hire and how these decisions determine workers' wages. At the same time that firms are hiring workers, they are also deciding about other inputs to production. For example, our apple-producing firm might have to choose the size of its apple orchard and the number of ladders for its apple pickers. We can think of the firm's factors of production as falling into three categories: labor, land, and capital.

The meaning of the terms *labor* and *land* is clear, but the definition of *capital* is somewhat tricky. Economists use the term **capital** to refer to the stock of equipment and structures used for production. That is, the economy's capital represents the accumulation of goods produced in the past that are being used in the present to produce new goods and services. For our apple firm, the capital stock includes the ladders used to climb the trees, the trucks used to transport the apples, the buildings used to store the apples, and even the trees themselves.

**capital**
the equipment and structures used to produce goods and services

### 18-4a Equilibrium in the Markets for Land and Capital

What determines how much the owners of land and capital earn for their contribution to the production process? Before answering this question, we need to distinguish between two prices: the purchase price and the rental price. The *purchase price* of land or capital is the price a person pays to own that factor of production indefinitely. The *rental price* is the price a person pays to use that factor for a limited period of time. It is important to keep this distinction in mind because, as we will see, these prices are determined by somewhat different economic forces.

Having defined these terms, we can now apply the theory of factor demand that we developed for the labor market to the markets for land and capital. Because the wage is the rental price of labor, much of what we have learned about wage determination applies also to the rental prices of land and capital. As Figure 7 illustrates,



Supply and demand determine the compensation paid to the owners of land, as shown in panel (a), and the compensation paid to the owners of capital, as shown in panel (b). The demand for each factor, in turn, depends on the value of the marginal product of that factor.

**FIGURE 7**

**The Markets for Land and Capital**



(a) The Market for Land

Rental Price of Land — Supply — Demand — *P* — 0 — *Q* — Quantity of Land

(b) The Market for Capital

Rental Price of Capital — Supply — Demand — *P* — 0 — *Q* — Quantity of Capital

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the rental price of land, shown in panel (a), and the rental price of capital, shown in panel (b), are determined by supply and demand. Moreover, the demand for land and capital is determined just like the demand for labor. That is, when our apple-producing firm is deciding how much land and how many ladders to rent, it follows the same logic as when deciding how many workers to hire. For both land and capital, the firm increases the quantity hired until the value of the factor's marginal product equals the factor's price. Thus, the demand curve for each factor reflects the marginal productivity of that factor.

We can now explain how much income goes to labor, how much goes to landowners, and how much goes to the owners of capital. As long as the firms using the factors of production are competitive and profit-maximizing, each factor's rental price must equal the value of the marginal product for that factor. *Labor, land, and capital each earn the value of their marginal contribution to the production process.*

Now consider the purchase price of land and capital. The rental price and the purchase price are related: Buyers are willing to pay more for a piece of land or capital if it produces a valuable stream of rental income. And as we have just seen, the equilibrium rental income at any point in time equals the value of that factor's marginal product. Therefore, the equilibrium purchase price of a piece of land or capital depends on both the current value of the marginal product and the value of the marginal product expected to prevail in the future.

## FYI

### What Is Capital Income?

Labor income is an easy concept to understand: It is the paycheck that workers get from their employers. The income earned by capital, however, is less obvious.

In our analysis, we have been implicitly assuming that households own the economy's stock of capital—ladders, drill presses, warehouses, and so on—and rent it to the firms that use it. Capital income, in this case, is the rent that households receive for the use of their capital. This assumption simplified our analysis of how capital owners are compensated, but it is not entirely realistic. In fact, firms usually own the capital they use, and therefore, they receive the earnings from this capital.

These earnings from capital, however, are paid to households eventually in a variety of forms. Some of the earnings are paid in the form of interest to those households that have lent money to firms. Bondholders and bank depositors are two examples of recipients of interest. Thus, when you receive interest on your bank account, that income is part of the economy's capital income.

In addition, some of the earnings from capital are paid to households in the form of dividends. Dividends are payments by a firm to the firm's stockholders. A stockholder is a person who has bought a share in

the ownership of the firm and, therefore, is entitled to a portion of the firm's profits.



A firm does not have to pay out all its earnings to households in the form of interest and dividends. Instead, it can retain some earnings within the firm and use these earnings to buy additional capital. Unlike dividends, these retained earnings do not yield a direct cash payment to the firm's stockholders, but the stockholders benefit from them nonetheless. Because retained earnings increase the amount of capital the firm owns, they tend to increase future earnings and, thereby, the value of the firm's stock.

These institutional details are interesting and important, but they do not alter our conclusion about the income earned by the owners of capital. Capital is paid according to the value of its marginal product, regardless of whether this income is transmitted to households in the form of interest or dividends or whether it is kept within firms as retained earnings. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 18-4b **Linkages among the Factors of Production**

We have seen that the price paid for any factor of production—labor, land, or capital—equals the value of the marginal product of that factor. The marginal product of any factor, in turn, depends on the quantity of that factor that is available. Because of diminishing marginal product, a factor in abundant supply has a low marginal product and thus a low price, and a factor in scarce supply has a high marginal product and a high price. As a result, when the supply of a factor falls, its equilibrium price rises.

When the supply of any factor changes, however, the effects are not limited to the market for that factor. In most situations, factors of production are used together in a way that makes the productivity of each factor depend on the quantities of the other factors available for use in the production process. Therefore, when some event changes the supply of any one factor of production, it will typically affect not only the earnings of that factor but also the earnings of all the other factors as well.

For example, suppose a hurricane destroys many of the ladders that workers use to pick apples from the orchards. What happens to the earnings of the various factors of production? Most obviously, when the supply of ladders falls, the equilibrium rental price of ladders rises. Those owners who were lucky enough to avoid damage to their ladders now earn a higher return when they rent out their ladders to the firms that produce apples.

Yet the effects of this event do not stop at the ladder market. Because there are fewer ladders with which to work, the workers who pick apples have a smaller marginal product. Thus, the reduction in the supply of ladders reduces the demand for the labor of apple pickers, and this shift in demand causes the equilibrium wage to fall.

This story shows a general lesson: *An event that changes the supply of any factor of production can alter the earnings of all the factors*. The change in earnings of any factor can be found by analyzing the impact of the event on the value of the marginal product of that factor.

**CASE STUDY**

### THE ECONOMICS OF THE BLACK DEATH

In 14th-century Europe, the bubonic plague wiped out about one-third of the population within a few years. This event, called the *Black Death*, provides a grisly natural experiment to test the theory of factor markets that we have just developed. Consider the effects of the Black Death on those who were lucky enough to survive. What do you think happened to the wages earned by workers and the rents earned by landowners?

To answer this question, let's examine the effects of a reduced population on the marginal product of labor and the marginal product of land. With a smaller supply of workers, the marginal product of labor rises. (This is diminishing marginal product working in reverse.) Thus, we would expect the Black Death to raise wages.

Because land and labor are used together in production, a smaller supply of workers also affects the market for land, the other major factor of production in medieval Europe. With fewer workers available to farm the land, an additional unit of land produced less additional output. In other words, the marginal product of land fell. Thus, we would expect the Black Death to lower rents.

In fact, both predictions are consistent with the historical evidence. Wages approximately doubled during this period, and rents declined 50 percent or more.



*Workers who survived the plague were lucky in more ways than one.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

The Black Death led to economic prosperity for the peasant classes and reduced incomes for the landed classes. ●

**QuickQuiz**  *What determines the income of the owners of land and capital? • How would an increase in the quantity of capital affect the incomes of those who already own capital? How would it affect the incomes of workers?*

# 18-5 Conclusion

This chapter has explained how labor, land, and capital are compensated for the roles they play in the production process. The theory developed here is called the *neoclassical theory of distribution*. According to the neoclassical theory, the amount paid to each factor of production depends on the supply and demand for that factor. The demand, in turn, depends on that particular factor's marginal productivity. In equilibrium, each factor of production earns the value of its marginal contribution to the production of goods and services.

The neoclassical theory of distribution is widely accepted. Most economists begin with the neoclassical theory when trying to explain how the U.S. economy's $16 trillion of income is distributed among the economy's various members. In the following two chapters, we consider the distribution of income in more detail. As you will see, the neoclassical theory provides the framework for this discussion.

Even at this point, you can use the theory to answer the question that began this chapter: Why are computer programmers paid more than gas station attendants? It is because programmers can produce a good of greater market value than can gas station attendants. People are willing to pay dearly for a good computer game, but they are willing to pay little to have their gas pumped and their windshield washed. The wages of these workers reflect the market prices of the goods they produce. If people suddenly got tired of using computers and decided to spend more time driving, the prices of these goods would change, and so would the equilibrium wages of these two groups of workers.

## CHAPTER QuickQuiz

1. Approximately what percentage of U.S. national income is paid to workers, as opposed to owners of capital and land?
   a. 25 percent
   b. 45 percent
   c. 65 percent
   d. 85 percent

2. If firms are competitive and profit-maximizing, the demand curve for labor is determined by
   a. the opportunity cost of workers' time.
   b. the value of the marginal product of labor.
   c. offsetting income and substitution effects.
   d. the value of the marginal product of capital.

3. A bakery operating in competitive markets sells its output for $20 per cake and hires labor at $10 per hour. To maximize profit, it should hire labor until the marginal product of labor is
   a. 1/2 cake per hour.
   b. 2 cakes per hour.
   c. 10 cakes per hour.
   d. 15 cakes per hour.

4. A technological advance that increases the marginal product of labor shifts the labor- _____ curve to the _____.
   a. demand, left
   b. demand, right
   c. supply, left
   d. supply, right

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

5. Around 1973, the U.S. economy experienced a significant _____ in productivity growth, coupled with a(n) _____ in the growth of real wages.
   a. acceleration, acceleration
   b. acceleration, slowdown
   c. slowdown, acceleration
   d. slowdown, slowdown

6. A storm destroys several factories, thereby reducing the stock of capital. What effect does this event have on factor markets?
   a. Wages and the rental price of capital both rise.
   b. Wages and the rental price of capital both fall.
   c. Wages rise and the rental price of capital falls.
   d. Wages fall and the rental price of capital rises.

## SUMMARY

- The economy's income is distributed in the markets for the factors of production. The three most important factors of production are labor, land, and capital.
- The demand for factors, such as labor, is a derived demand that comes from firms that use the factors to produce goods and services. Competitive, profit-maximizing firms hire each factor up to the point at which the value of the factor's marginal product equals its price.
- The supply of labor arises from individuals' trade-off between work and leisure. An upward-sloping labor-supply curve means that people respond to an increase in the wage by working more hours and enjoying less leisure.
- The price paid to each factor adjusts to balance the supply and demand for that factor. Because factor demand reflects the value of the marginal product of that factor, in equilibrium each factor is compensated according to its marginal contribution to the production of goods and services.
- Because factors of production are used together, the marginal product of any one factor depends on the quantities of all factors that are available. As a result, a change in the supply of one factor alters the equilibrium earnings of all the factors.

## KEY CONCEPTS

actors o  production, p. 362
production function, p. 364

marginal product of labor, p. 364
diminishing marginal product, p. 364

value of the marginal product, p. 365
capital, p. 375

## QUESTIONS FOR REVIEW

1. Explain how a firm's production function is related to its marginal product of labor, how a firm's marginal product of labor is related to the value of its marginal product, and how a firm's value of marginal product is related to its demand for labor.

2. Give two examples of events that could shift the demand for labor, and explain why they do so.

3. Give two examples of events that could shift the supply of labor, and explain why they do so.

4. Explain how the wage can adjust to balance the supply and demand for labor while simultaneously equaling the value of the marginal product of labor.

5. If the population of the United States suddenly grew because of a large wave of immigration, what would happen to wages? What would happen to the rents earned by the owners of land and capital?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## PROBLEMS AND APPLICATIONS

1.  Suppose that the president proposes a new law aimed at reducing healthcare costs: All Americans are required to eat one apple daily.
    a.  How would this apple-a-day law affect the demand and equilibrium price of apples?
    b.  How would the law affect the marginal product and the value of the marginal product of apple pickers?
    c.  How would the law affect the demand and equilibrium wage for apple pickers?

2.  Show the effect of each of the following events on the market for labor in the computer manufacturing industry.
    a.  Congress buys personal computers for all U.S. college students.
    b.  More college students major in engineering and computer science.
    c.  Computer firms build new manufacturing plants.

3.  Suppose that labor is the only input used by a perfectly competitive firm. The firm's production function is as follows:

| Days of Labor | Units of Output |
|---|---|
| 0 days | 0 units |
| 1 | 7 |
| 2 | 13 |
| 3 | 19 |
| 4 | 25 |
| 5 | 28 |
| 6 | 29 |
| 7 | 29 |

    a.  Calculate the marginal product for each additional worker.
    b.  Each unit of output sells for $10. Calculate the value of the marginal product of each worker.
    c.  Compute the demand schedule showing the number of workers hired for all wages from zero to $100 a day.
    d.  Graph the firm's demand curve.
    e.  What happens to this demand curve if the price of output rises from $10 to $12 per unit?

4.  Smiling Cow Dairy can sell all the milk it wants for $4 a gallon, and it can rent all the robots it wants to milk the cows at a capital rental price of $100 a day. It faces the following production schedule:

| Number of Robots | Total Product |
|---|---|
| 0 | 0 gallons |
| 1 | 50 |
| 2 | 85 |
| 3 | 115 |
| 4 | 140 |
| 5 | 150 |
| 6 | 155 |

    a.  In what kind of market structure does the firm sell its output? How can you tell?
    b.  In what kind of market structure does the firm rent robots? How can you tell?
    c.  Calculate the marginal product and the value of the marginal product for each additional robot.
    d.  How many robots should the firm rent? Explain.

5.  The nation of Ectenia has 20 competitive apple orchards, all of which sell apples at the world price of $2 per apple. The following equations describe the production function and the marginal product of labor in each orchard:

$$Q = 100L - L^2$$
$$MPL = 100 - 2L,$$

    where $Q$ is the number of apples produced in a day, $L$ is the number of workers, and $MPL$ is the marginal product of labor.
    a.  What is each orchard's labor demand as a function of the daily wage $W$? What is the market's labor demand?
    b.  Ectenia has 200 workers who supply their labor inelastically. Solve for the wage $W$. How many workers does each orchard hire? How much profit does each orchard owner make?
    c.  Calculate what happens to the income of workers and orchard owners if the world price doubles to $4 per apple.
    d.  Now suppose the price is back at $2 per apple, but a hurricane destroys half the orchards. Calculate how the hurricane affects the income of each worker and of each remaining orchard owner. What happens to the income of Ectenia as a whole?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

6. Your enterprising uncle opens a sandwich shop that employs 7 people. The employees are paid $12 per hour, and a sandwich sells for $6. If your uncle is maximizing his profit, what is the value of the marginal product of the last worker he hired? What is that worker's marginal product?

7. Leadbelly Co. sells pencils in a perfectly competitive product market and hires workers in a perfectly competitive labor market. Assume that the market wage rate for workers is $150 per day.
   a. What rule should Leadbelly follow to hire the profit-maximizing amount of labor?
   b. At the profit-maximizing level of output, the marginal product of the last worker hired is 30 boxes of pencils per day. Calculate the price of a box of pencils.
   c. Draw a diagram of the labor market for pencil workers (as in Figure 4 of this chapter) next to a diagram of the labor supply and demand for Leadbelly Co. (as in Figure 3). Label the equilibrium wage and quantity of labor for both the market and the firm. How are these diagrams related?
   d. Suppose some pencil workers switch to jobs in the growing computer industry. On the side-by-side diagrams from part (c), show how this change affects the equilibrium wage and quantity of labor for both the pencil market and for Leadbelly. How does this change affect the marginal product of labor at Leadbelly?

8. Policymakers sometimes propose laws requiring firms to give workers certain fringe benefits, such as health insurance or paid parental leave. Let's consider the effects of such a policy on the labor market.
   a. Suppose that a law required firms to give each worker $3 of fringe benefits for every hour that the worker is employed by the firm. How does this law affect the marginal profit that a firm earns from each worker at a given cash wage? How does the law affect the demand curve for labor? Draw your answer on a graph with the cash wage on the vertical axis.
   b. If there is no change in labor supply, how would this law affect employment and wages?
   c. Why might the labor-supply curve shift in response to this law? Would this shift in labor supply raise or lower the impact of the law on wages and employment?

   d. As discussed in Chapter 6, the wages of some workers, particularly the unskilled and inexperienced, are kept above the equilibrium level by minimum-wage laws. What effect would a fringe-benefit mandate have for these workers?

9. Some economists believe that the U.S. economy as a whole can be modeled with the following production function, called the *Cobb–Douglas production function*:

$$Y = AK^{1/3}L^{2/3},$$

where $Y$ is the amount of output, $K$ is the amount of capital, $L$ is the amount of labor, and $A$ is a parameter that measures the state of technology. For this production function, the marginal product of labor is

$$MPL = (2/3) A(K/L)^{1/3}.$$

Suppose that the price of output $P$ is 2, $A$ is 3, $K$ is 1,000,000, and $L$ is 1,000. The labor market is competitive, so labor is paid the value of its marginal product.
   a. Calculate the amount of output produced $Y$ and the dollar value of output $PY$.
   b. Calculate the wage $W$ and the real wage $W/P$. (Note: The wage is labor compensation measured in dollars, whereas the real wage is labor compensation measured in units of output.)
   c. Calculate the labor share (the fraction of the value of output that is paid to labor), which is $(WL)/(PY)$.
   d. Calculate what happens to output $Y$, the wage $W$, the real wage $W/P$, and the labor share $(WL)/(PY)$ in each of the following scenarios:
      i. Inflation increases $P$ from 2 to 3.
      ii. Technological progress increases $A$ from 3 to 9.
      iii. Capital accumulation increases $K$ from 1,000,000 to 8,000,000.
      iv. A plague decreases $L$ from 1,000 to 125.
   e. Despite many changes in the U.S. economy over time, the labor share has been relatively stable. Is this observation consistent with the Cobb–Douglas production function? Explain.

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203


Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203
Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 13 of 468

# Earnings and Discrimination

I n the United States today, the typical physician earns about $200,000 a year, the typical police officer about $60,000, and the typical fast-food cook about $20,000. These examples illustrate the large differences in earnings in our economy. These differences explain why some people live in mansions, ride in limousines, and vacation on the French Riviera, while other people live in small apartments, ride the bus, and vacation in their own backyards.

Why do earnings vary so much from person to person? Chapter 18, which developed the basic neoclassical theory of the labor market, offers an answer to this question. There we saw that wages are governed by labor supply and labor demand. Labor demand, in turn, reflects the marginal productivity of labor. In equilibrium, each worker is paid the value of her marginal contribution to the economy's production of goods and services.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02

This theory of the labor market, though widely accepted by economists, is only the beginning of the story. To understand the wide variation in earnings that we observe, we must go beyond this general framework and examine more precisely what determines the supply and demand for different types of labor. That is our goal in this chapter.

# 19-1 Some Determinants of Equilibrium Wages

Workers differ from one another in many ways, as do jobs. In this section, we consider how the characteristics of workers and jobs affect labor supply, labor demand, and equilibrium wages.



ROBERT MANKOFF/ THE NEW YORKER COLLECTION/ WWW.CARTOONBANK.COM

*"On the one hand, I know I could make more money if I left public service for the private sector, but, on the other hand, I couldn't chop off heads."*

**compensating differential**
a difference in wages that arises to offset the non-monetary characteristics of different jobs

### 19-1a Compensating Differentials
When a worker is deciding whether to take a job, the wage is only one of many job attributes that the worker takes into account. Some jobs are easy, fun, and safe, while others are hard, dull, and dangerous. The better the job as gauged by these nonmonetary characteristics, the more people there are who are willing to do the job at any given wage. In other words, the supply of labor for easy, fun, and safe jobs is greater than the supply of labor for hard, dull, and dangerous jobs. As a result, "good" jobs will tend to have lower equilibrium wages than "bad" ones.

For example, imagine you are looking for a summer job in a local beach community. Two kinds of jobs are available. You can take a job as a beach-badge checker, or you can take a job as a garbage collector. The beach-badge checkers take leisurely strolls along the beach during the day and check to make sure the tourists have bought the required beach permits. The garbage collectors wake up before dawn to drive dirty, noisy trucks around town to pick up garbage. Which job would you want? If the two jobs paid the same wage, most people would prefer the badge-checker job. To induce people to become garbage collectors, the town has to offer higher wages to garbage collectors than to beach-badge checkers.

Economists use the term **compensating differential** to refer to a difference in wages that arises from nonmonetary characteristics of different jobs. Compensating differentials are prevalent in the economy. Here are some examples:

- Coal miners are paid more than other workers with similar levels of education. Their higher wage compensates them for the dirty and dangerous nature of coal mining, as well as the long-term health problems that coal miners experience.
- Workers who work the night shift at factories are paid more than similar workers who work the day shift. The higher wage compensates them for having to work at night and sleep during the day, a lifestyle that most people find undesirable.
- Professors are paid less than lawyers and doctors, who have similar amounts of education. The higher wages of lawyers and doctors compensate them for missing out on the great intellectual and personal satisfaction that professors' jobs offer. (Indeed, teaching economics is so much fun that it is surprising economics professors are paid anything at all!)

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 19-1b  Human Capital

As we discussed in the previous chapter, the word *capital* usually refers to an economy's stock of equipment and structures. The capital stock includes the farmer's tractor, the manufacturer's factory, and the teacher's chalkboard. The essence of capital is that it is a factor of production that itself has been produced.

There is another type of capital that, while less tangible than physical capital, is just as important to the economy's production. **Human capital** is the accumulation of investments in people. The most important type of human capital is education. Like all forms of capital, education represents an expenditure of resources at one time to raise productivity in the future. But unlike an investment in other forms of capital, an investment in education is tied to a specific person, and this linkage is what makes it human capital.

Not surprisingly, workers with more human capital earn more on average than those with less human capital. College graduates in the United States, for example, earn almost twice as much as those with only a high school diploma. This large difference has been documented in many countries around the world. It tends to be even larger in less developed countries, where educated workers are in scarce supply.

From the perspective of supply and demand it is easy to see why education raises wages. Firms—the demanders of labor—are willing to pay more for highly educated workers because these workers have higher marginal products. Workers—the suppliers of labor—are willing to pay the cost of becoming educated only if there is a reward for doing so. In essence, the difference in wages between highly educated workers and less educated workers may be considered a compensating differential for the cost of becoming educated.

**human capital**
the accumulation of investments in people, such as education and on-the-job training

**CASE STUDY**

**THE INCREASING VALUE OF SKILLS**

"The rich get richer, and the poor get poorer." Like many adages, this one is not always true, but it has been in recent years. Many studies have documented that the earnings gap between workers with high skills and workers with low skills has increased over the past several decades.

Table 1 presents data on the average earnings of college graduates and of high school graduates without any additional education. These data show the increase in the financial reward from education. In 1974, a man on average earned 42 percent more with a college degree than without one; by 2014, this figure had risen to 81 percent. For a woman, the reward for attending college rose from a 35 percent increase in earnings in 1974 to a 71 percent increase in 2014. The incentive to stay in school is as great today as it has ever been.

Why has the gap in earnings between skilled and unskilled workers widened in recent years? No one knows for sure, but economists have proposed two hypotheses to explain this trend. Both hypotheses suggest that the demand for skilled labor has risen over time relative to the demand for unskilled labor. The shift in demand has led to a corresponding change in the wages of both groups, which in turn has led to greater inequality.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 16 of 468

## TABLE 1

**Average Annual Earnings by Educational Attainment**
College graduates have always earned more than workers without the benefit of college, but the salary gap has grown even larger over the past few decades.

|  | 1974 | 2014 |
|---|---|---|
| **Men** | | |
| High school, no college | $52,521 | $46,688 |
| College graduates | $74,801 | $84,567 |
| Percent extra for college grads | +42% | +81% |
| **Women** | | |
| High school, no college | $30,185 | $34,394 |
| College graduates | $40,831 | $58,894 |
| Percent extra for college grads | +35% | +71% |

Note: Earnings data are adjusted for inflation and are expressed in 2014 dollars. Data apply to full-time, year-round workers age 18 and over. Data for college graduates exclude workers with additional schooling beyond college, such as a master's degree or Ph.D.

Source: U.S. Census Bureau and author's calculations.

The first hypothesis is that international trade has altered the relative demand for skilled and unskilled labor. In recent years, the amount of trade with other countries has increased substantially. As a percentage of total U.S. production of goods and services, imports have risen from 8 percent in 1974 to 17 percent in 2014, and exports have risen from 8 percent in 1974 to 14 percent in 2014. Because unskilled labor is plentiful and cheap in many foreign countries, the United States tends to import goods produced with unskilled labor and export goods produced with skilled labor. Thus, when international trade expands, the domestic demand for skilled labor rises and the domestic demand for unskilled labor falls.

The second hypothesis is that changes in technology have altered the relative demand for skilled and unskilled labor. Consider, for instance, the introduction of computers. Computers raise the demand for the skilled workers who can use them and reduce the demand for the unskilled workers whose jobs are replaced by them. For example, many companies now rely more on computer databases, and less on filing cabinets, to keep business records. This change raises the demand for computer programmers and reduces the demand for filing clerks. Thus, as more firms use computers, the demand for skilled labor rises and the demand for unskilled labor falls. Economists call this phenomenon *skill-biased technological change*.

Economists debate the importance of trade, technology, and other forces on the changing distribution of wages. There is likely not a single answer as to why income inequality has increased. Increasing international trade and skill-biased technological change may share responsibility for the changes we have observed in recent decades. In the next chapter, we discuss the issue of increasing inequality in more detail. ●



## ASK THE EXPERTS

### Inequality and Skills

"One of the leading reasons for rising U.S. income inequality over the past three decades is that technological change has affected workers with some skill sets differently than others."

**What do economists say?**

4% disagree — 8% uncertain

88% agree

Source: IGM Economic Experts Panel, January 24, 2012.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

# Schooling as a Public Investment



*An economist makes the case for increased spending.*

## Throw More Money at Education

**By Noah Smith**

It's become almost conventional wisdom that throwing more money at public education doesn't produce results. But what if conventional wisdom is wrong?

A new paper from economists C. Kirabo Jackson, Rucker Johnson and Claudia Persico suggests that it is. To disentangle correlation from causation, they look at periods from 1955 through 1985 when courts ordered governments to spend more on schools, from kindergarten through 12th grade. They then track how students in those areas did, up through 2011. The result is a very detailed long-term picture of the effect of spending more money on education.

The economists find that spending works. Specifically, they find that a 10 percent increase in spending, on average, leads children to complete 0.27 more years of school, to make wages that are 7.25 percent higher and to have a substantially reduced chance of falling into poverty. These are long-term, durable results. Conclusion: throwing money at the problem works.

Here's the hitch: The authors find that the benefits of increased spending are much stronger for poor kids than for wealthier ones. So if you, like me, are in the upper portion of the U.S. income distribution, you may be reading this and thinking: "Why should I be paying more for some poor kid to be educated?" After all, why should one person pay the cost while another reaps the benefits?

Well, let me try to answer that. There are several good reasons.

First, if you're an upper-income American, you probably do derive some direct benefit. When poor Americans become better workers, it doesn't just boost their wages. It also boosts the profitability of the companies where they work. If you own stock in such a company (and I hope you do), the value of those shares will go up if American worker productivity increases.

There might be even bigger, though less direct, effects from having a more-educated populace. The more industries can use U.S. workers instead of Chinese workers, the more industries will base their production in the U.S. This will feed local economies, boosting the profits of stores and other service businesses. That also feeds into your stock portfolio.

If you own your own business, you might need to hire some low-income people. If those people are better readers, better at doing simple math, more efficient at everyday tasks, and just more productive in general, that cuts down on the time and money you need to spend fixing their mistakes.

Next, having more educated poor people makes for a better civil society. Suppose you live in, say, Chicago, or some other city that hasn't enjoyed as big a drop in crime as New York or Los Angeles. I bet you don't enjoy having to worry about driving or walking through unsafe neighborhoods. I also bet you would like to walk around downtown without fear of getting mugged. It might also be nice not to have to live behind the isolating walls of a gated community.

One way to reduce crime, of course, is to pay for more police and increase incarceration rates. But another way is to improve education. Economists Lance Lochner and Enrico Moretti found in 2003 that education decreases crime. An educated populace is a well-socialized populace. There is also the fact that better education leads to higher wages for poor people, reducing the incentive for them to engage in crime.

At the risk of sounding grandiose, let me go even further: Education is really the difference between a cohesive society and a collection of people who happen to live next to each other. This was understood well by Fukuzawa Yukichi, Japan's version of Ben Franklin. After Japan opened up to the West in the mid-1800s, Fukuzawa volunteered for Japan's first diplomatic mission to the U.S. He returned convinced that universal education was the key to transforming Japan into the equal of the Western nations. His ideas were influential, and Japan to this day has one of the world's best education systems.

Detractors of our public education system point out that the U.S. already spends as much on public education as many other developed countries—5.5 percent of gross domestic product, compared with only 3.5 percent in Japan, 4.9 percent in Canada, 5 percent in South Korea and 5.9 percent in Finland. Many view increased education spending as a giveaway to powerful and greedy teachers' unions.

But maybe the U.S. spends more because it *needs* to spend more. The U.S. has more inequality and more poor people than those countries. Just as some countries naturally need to spend more on health care than others, the U.S. might naturally need more education spending.

The argument for more education spending, of course, isn't at odds with the need to make our schools more efficient. Education-reform movements such as charter schools—which are also effective mainly for poor kids—don't clash with the idea of higher spending. We can do both, and each may help the other.

So this is one problem the U.S. really should consider throwing more money at. ■

*Mr. Smith is an economics professor at Stony Brook University.*

**Source:** *Bloomberg View*, January 23, 2015.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 19-1c Ability, Effort, and Chance

Why do major league baseball players get paid more than minor league players? Certainly, the higher wage is not a compensating differential. Playing in the major leagues is not a less pleasant job than playing in the minor leagues; in fact, the opposite is true. The major leagues do not require more years of schooling or more experience. To a large extent, players in the major leagues earn more because they have greater natural ability.

Natural ability is important for workers in all occupations. Because of heredity and upbringing, people differ in their physical and mental attributes. Some people are strong, others weak. Some people are smart, others less so. Some people are outgoing, others awkward in social situations. These and many other personal characteristics determine how productive workers are and, therefore, play a role in determining the wages they earn.

Closely related to ability is effort. Some people work hard; others are lazy. We should not be surprised to find that those who work hard are more productive and earn higher wages. To some extent, firms reward hard work directly by paying people based on what they produce. Salespeople, for instance, are often paid a percentage of the sales they make. At other times, hard work is rewarded less directly in the form of a higher annual salary or a bonus.

Chance also plays a role in determining wages. If a person attended a trade school to learn how to repair televisions with vacuum tubes and then found this skill made obsolete by the invention of solid-state electronics, she would end up earning a low wage compared to others with similar years of training. The low wage of this worker is due to chance—a phenomenon that economists recognize but do not shed much light on.

How important are ability, effort, and chance in determining wages? It is hard to say because these factors are difficult to measure. But indirect evidence suggests that they are very important. When labor economists study wages, they relate a worker's wage to those variables that can be measured, such as years of schooling, years of experience, age, and job characteristics. All of these measured variables affect a worker's wage as theory predicts, but they account for less than half of the variation in wages in our economy. Because so much of the variation in wages is left unexplained, omitted variables—including ability, effort, and chance— must play an important role.

**CASE STUDY**

**THE BENEFITS OF BEAUTY**

People differ in many ways, one of which is physical attractiveness. The actress Emma Stone, for instance, is a beautiful woman. In part for this reason, her movies attract large audiences. Not surprisingly, the large audiences mean a large income for Ms. Stone.

How prevalent are the economic benefits of beauty? Labor economists Daniel Hamermesh and Jeff Biddle tried to answer this question in a study published in the December 1994 issue of the *American Economic Review.* Hamermesh and Biddle examined data from surveys of individuals in the United States and Canada. The interviewers who conducted the survey were asked to rate each respondent's physical appearance. Hamermesh and Biddle then examined how much the wages of the respondents depended on the standard determinants—education, experience, and so on—and how much they depended on physical appearance.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Hamermesh and Biddle found that beauty pays. People who are deemed more attractive than average earn 5 percent more than people of average looks, and people of average looks earn 5 to 10 percent more than people considered less attractive than average. Similar results were found for men and women.

What explains these differences in wages? There are several ways to interpret the "beauty premium."

One interpretation is that good looks are a type of innate ability determining productivity and wages. Some people are born with the physical attributes of a movie star; other people are not. Good looks are useful in any job in which workers present themselves to the public—such as acting, sales, and waiting on tables. In this case, an attractive worker is more valuable to the firm than an unattractive worker. The firm's willingness to pay more to attractive workers reflects its customers' preferences.

A second interpretation is that reported beauty is an indirect measure of other types of ability. How attractive a person appears depends on more than just heredity. It also depends on dress, hairstyle, personal demeanor, and other attributes that a person can control. Perhaps a person who successfully projects an attractive image in a survey interview is more likely to be an intelligent person who succeeds at other tasks as well.

A third interpretation is that the beauty premium is a type of discrimination, a topic to which we return later. ●



*Good looks pay.*

### 19-1d An Alternative View of Education: Signaling

Earlier we discussed the human-capital view of education, according to which schooling raises workers' wages because it makes them more productive. Although this view is widely accepted, some economists have proposed an alternative theory, which emphasizes that firms use educational attainment as a way of sorting between high-ability and low-ability workers. According to this alternative view, when people earn a college degree, for instance, they do not become more productive, but they do *signal* their high ability to prospective employers. Because it is easier for high-ability people to earn a college degree than it is for low-ability people, more high-ability people get college degrees. As a result, it is rational for firms to interpret a college degree as a signal of ability.

The signaling theory of education is similar to the signaling theory of advertising discussed in Chapter 16. In the signaling theory of advertising, the advertisement itself contains no real information, but the firm signals the quality of its product to consumers by its willingness to spend money on advertising. In the signaling theory of education, schooling has no real productivity benefit, but the worker signals her innate productivity to employers by her willingness to spend years at school. In both cases, an action is being taken not for its intrinsic benefit but because the willingness to take that action conveys private information to someone observing it.

Thus, we now have two views of education: the human-capital theory and the signaling theory. Both views can explain why more educated workers tend to earn more than less educated ones. According to the human-capital view, education makes workers more productive; according to the signaling view, education is correlated with natural ability. But the two views have radically different predictions for the effects of policies that aim to increase educational attainment. According to the human-capital view, increasing educational levels for all workers would raise all workers' productivity and thereby their wages. According to

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the signaling view, education does not enhance productivity, so raising all workers' educational levels would not affect wages.

Most likely, the truth lies somewhere between these two extremes. The benefits of education are probably a combination of the productivity-enhancing effects of human capital and the productivity-revealing effects of signaling. The relative size of these two effects is an open question.

### 19-1e  The Superstar Phenomenon

Although most actors earn little and often take jobs as waiters to support themselves, Robert Downey, Jr., earns millions of dollars for each film he makes. Similarly, while most people who play tennis do it as a hobby, Maria Sharapova earns millions on the pro tour. Downey and Sharapova are superstars in their fields, and their great public appeal is reflected in astronomical incomes.

Why do Downey and Sharapova earn so much? It is not surprising that incomes differ within occupations. Good carpenters earn more than mediocre carpenters, and good plumbers earn more than mediocre plumbers. People vary in ability and effort, and these differences lead to differences in income. Yet the best carpenters and plumbers do not earn the many millions that are common among the best actors and athletes. What explains the difference?

To understand the tremendous incomes of Downey and Sharapova, we must examine the special features of the markets in which they sell their services. Superstars arise in markets that have two characteristics:

- Every customer in the market wants to enjoy the good supplied by the best producer.
- The good is produced with a technology that makes it possible for the best producer to supply every customer at low cost.

If Robert Downey, Jr., is the best actor around, then everyone will want to see his next movie; seeing twice as many movies by an actor half as talented is not a good substitute. Moreover, it is *possible* for everyone to enjoy a performance by Robert Downey, Jr. Because it is easy to make multiple copies of a film, Downey can provide his service to millions of people simultaneously. Similarly, because tennis matches are broadcast on television, millions of fans can enjoy the extraordinary athletic skills of Maria Sharapova.

We can now see why there are no superstar carpenters and plumbers. Other things being equal, everyone prefers to employ the best carpenter, but a carpenter, unlike a movie actor, can provide her services to only a limited number of customers. Although the best carpenter will be able to command a somewhat higher wage than the average carpenter, the average carpenter will still be able to earn a good living.

### 19-1f  Above-Equilibrium Wages: Minimum-Wage Laws, Unions, and Efficiency Wages

Most analyses of wage differences among workers are based on the equilibrium model of the labor market—that is, wages are assumed to adjust to balance labor supply and labor demand. But this assumption does not always apply. For some workers, wages are set above the level that brings supply and demand into equilibrium. Let's consider three reasons this might be so.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

One reason for above-equilibrium wages is minimum-wage laws, as we first saw in Chapter 6. Most workers in the economy are not affected by these laws because their equilibrium wages are well above the legal minimum. But for some workers, especially the least skilled and experienced, minimum-wage laws raise wages above the level they would earn in an unregulated labor market.

A second reason that wages might rise above their equilibrium level is the market power of labor unions. A **union** is a worker association that bargains with employers over wages and working conditions. Unions often raise wages above the level that would prevail in their absence, perhaps because they can threaten to withhold labor from the firm by calling a **strike.** Studies suggest that union workers earn about 10 to 20 percent more than similar, nonunion workers.

A third reason for above-equilibrium wages is based on the theory of **efficiency wages.** This theory holds that a firm can find it profitable to pay high wages because doing so increases the productivity of its workers. In particular, high wages may reduce worker turnover, increase worker effort, and raise the quality of workers who apply for jobs at the firm. If this theory is correct, then some firms may choose to pay their workers more than they would normally earn.

Above-equilibrium wages, whether caused by minimum-wage laws, unions, or efficiency wages, have similar effects on the labor market. In particular, pushing a wage above the equilibrium level raises the quantity of labor supplied and reduces the quantity of labor demanded. The result is a surplus of labor, or unemployment. The study of unemployment and the public policies aimed to deal with it is usually considered a topic within macroeconomics, so it goes beyond the scope of this chapter. But it would be a mistake to ignore these issues completely when analyzing earnings. Although most wage differences can be understood while maintaining the assumption of equilibrium in the labor market, above-equilibrium wages play a role in some cases.

**union**
a worker association that bargains with employers over wages and working conditions

**strike**
the organized withdrawal of labor from a firm by a union

**efficiency wages**
above-equilibrium wages paid by firms to increase worker productivity

**QuickQuiz** *Define* compensating differential *and give an example.* • *Give two reasons why more educated workers earn more than less educated workers.*

# 19-2 The Economics of Discrimination

Another source of differences in wages is discrimination. **Discrimination** occurs when the marketplace offers different opportunities to similar individuals who differ only by race, ethnic group, sex, age, or other personal characteristics. Discrimination reflects some people's prejudice against certain groups in society. Discrimination is an emotionally charged topic that often generates heated debate, but economists try to study the topic objectively to separate myth from reality.

**discrimination**
the offering of different opportunities to similar individuals who differ only by race, ethnic group, sex, age, or other personal characteristics

### 19-2a Measuring Labor-Market Discrimination

How much does discrimination in labor markets affect the earnings of different groups of workers? This question is important, but answering it is not easy.

There is no doubt that different groups of workers earn substantially different wages, as Table 2 demonstrates. The median black man in the United States is paid 20 percent less than the median white man, and the median black woman is paid 17 percent less than the median white woman. The differences by sex are also significant. The median white woman is paid 21 percent less than the median white man, and the median black woman is paid 18 percent less than the median

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## TABLE 2

**Median Annual Earnings by Race and Sex**

| | White | Black | Percent by Which Earnings Are Lower for Black Workers |
|---|---|---|---|
| Men | $51,022 | $40,719 | 20% |
| Women | $40,439 | $33,533 | 17% |
| Percent by Which Earnings Are Lower for Women Workers | 21% | 18% | |

Note: Earnings data are for the year 2014 and apply to full-time, year-round workers aged 14 and over. Individuals who report more than one race are excluded from these data.

Source: U.S. Census Bureau.

black man. Taken at face value, these differentials look like evidence that employers discriminate against blacks and women.

Yet there is a potential problem with this inference. Even in a labor market free of discrimination, different people have different wages. People differ in the amount of human capital they have and in the kinds of work they are able and willing to do. The wage differences we observe in an economy are, to some extent, attributable to the determinants of equilibrium wages we discussed in the preceding section. Simply observing differences in wages among broad groups—whites and blacks, men and women—does not prove that employers discriminate.

Consider, for example, the role of human capital. In 2014, among men aged 25 and older, 32 percent of the white population had a college degree, compared with 20 percent of the black population. Among women aged 25 and older, 32 percent of the white population had a college degree, compared with 24 percent of the black population. Thus, at least some of the difference between the wages of whites and the wages of blacks can be traced to differences in educational attainment.

Moreover, human capital may be more important in explaining wage differentials than years of schooling suggest. Historically, public schools in predominantly black areas have been of lower quality—as measured by expenditure, class size, and so on—than public schools in predominantly white areas. If we could measure the quality as well as the quantity of education, the differences in human capital among these groups would appear even larger.

Human capital acquired in the form of job experience can also help explain wage differences. In particular, women are more likely to interrupt their careers to raise children. Among the population aged 25 to 44 (when many people have children at home), only about 75 percent of women are in the labor force, compared to about 90 percent of men. As a result, female workers, especially at older ages, tend to have less job experience than male workers.

Yet another source of wage differences is compensating differentials. Men and women do not always choose the same type of work, and this fact may help explain some of the earnings differential between men and women. For example, women are more likely to be secretaries, and men are more likely to be truck

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

drivers. The relative wages of secretaries and truck drivers depend in part on the working conditions of each job. Because these nonmonetary aspects are hard to measure, it is difficult to gauge the practical importance of compensating differentials in explaining the wage differences that we observe.

In the end, the study of wage differences among groups does not establish any clear conclusion about the prevalence of discrimination in U.S. labor markets. Most economists believe that some of the observed wage differentials are attributable to discrimination, but there is no consensus about how much. The only conclusion about which economists are in consensus is a negative one: Because the differences in average wages among groups in part reflect differences in human capital and job characteristics, they do not by themselves say anything about how much discrimination there is in the labor market.

Of course, differences in human capital among groups of workers may also reflect a kind of discrimination. The less rigorous curriculums historically offered to female students, for instance, can be considered a discriminatory practice. Similarly, the inferior schools historically available to black students may be traced to prejudice on the part of city councils and school boards. But this kind of discrimination occurs long before the worker enters the labor market. In this case, the disease is political, even if the symptom is economic.

### IS EMILY MORE EMPLOYABLE THAN LAKISHA?

**CASE STUDY**  Although measuring the extent of discrimination from labor-market outcomes is hard, some compelling evidence for the existence of such discrimination comes from a creative "field experiment." Economists Marianne Bertrand and Sendhil Mullainathan answered more than 1,300 help-wanted ads run in Boston and Chicago newspapers by sending in nearly 5,000 fake résumés. Half of the résumés had names that were common in the African-American community, such as Lakisha Washington or Jamal Jones. The other half had names that were more common among the white population, such as Emily Walsh and Greg Baker. Otherwise, the résumés were similar. The results of this experiment were published in the *American Economic Review* in September 2004.

The researchers found large differences in how employers responded to the two groups of résumés. Job applicants with white names received about 50 percent more calls from interested employers than applicants with African-American names. The study found that this discrimination occurred for all types of employers, including those who claimed to be an "Equal Opportunity Employer" in their help-wanted ads. The researchers concluded that "racial discrimination is still a prominent feature of the labor market." ●

## 19-2b  Discrimination by Employers

Let's now turn from measurement to the economic forces that lie behind discrimination in labor markets. If one group in society receives a lower wage than another group, even after controlling for human capital and job characteristics, who is to blame for this differential?

The answer is not obvious. It might seem natural to blame employers for discriminatory wage differences. After all, employers make the hiring decisions that determine labor demand and wages. If some groups of workers earn lower wages than they should, then it seems that employers are responsible. Yet many economists are skeptical of this easy answer. They believe that competitive, market

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

economies provide a natural antidote to employer discrimination. That antidote is called the profit motive.

Imagine an economy in which workers are differentiated by their hair color. Blondes and brunettes have the same skills, experience, and work ethic. Yet because of discrimination, employers prefer to hire workers with brunette hair. Thus, the demand for blondes is lower than it otherwise would be. As a result, blondes earn a lower wage than brunettes.

How long can this wage differential persist? In this economy, there is an easy way for a firm to beat out its competitors: It can hire blonde workers. By hiring blondes, a firm pays lower wages and thus has lower costs than firms that hire brunettes. Over time, more and more "blonde" firms enter the market to take advantage of this cost advantage. The existing "brunette" firms have higher costs and, therefore, begin to lose money when faced with the new competitors. These losses induce the brunette firms to go out of business. Eventually, the entry of blonde firms and the exit of brunette firms cause the demand for blonde workers to rise and the demand for brunette workers to fall. This process continues until the wage differential disappears.

Put simply, business owners who care only about making money are at an advantage when competing against those who also care about discriminating. As a result, firms that do not discriminate tend to replace those that do. In this way, competitive markets have a natural remedy for employer discrimination.

**CASE STUDY**

### SEGREGATED STREETCARS AND THE PROFIT MOTIVE

In the early 20th century, streetcars in many southern cities were segregated by race. White passengers sat in the front of the streetcars, and black passengers sat in the back. What do you suppose caused and maintained this discriminatory practice? And how was this practice viewed by the firms that ran the streetcars?

In a 1986 article in the *Journal of Economic History*, economic historian Jennifer Roback looked at these questions. Roback found that the segregation of races on streetcars was the result of laws that required such segregation. Before these laws were passed, racial discrimination in seating was rare. It was far more common to segregate smokers and nonsmokers.

Moreover, the firms that ran the streetcars often opposed the laws requiring racial segregation. Providing separate seating for different races raised the firms' costs and reduced their profits. One railroad company manager complained to the city council that, under the segregation laws, "the company has to haul around a good deal of empty space."

Here is how Roback describes the situation in one southern city:

> The railroad company did not initiate the segregation policy and was not at all eager to abide by it. State legislation, public agitation, and a threat to arrest the president of the railroad were all required to induce them to separate the races on their cars. . . . There is no indication that the management was motivated by belief in civil rights or racial equality. The evidence indicates their primary motives were economic; separation was costly. . . . Officials of the company may or may not have disliked blacks, but they were not willing to forgo the profits necessary to indulge such prejudice.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The story of southern streetcars illustrates a general lesson: Business owners are usually more interested in making profits than in discriminating against a particular group. When firms engage in discriminatory practices, the ultimate source of the discrimination often lies not with the firms themselves but elsewhere. In this particular case, the streetcar companies segregated whites and blacks because discriminatory laws, which the companies opposed, required them to do so. ●

## 19-2c Discrimination by Customers and Governments

The profit motive is a strong force acting to eliminate discriminatory wage differentials, but there are limits to its corrective abilities. Two important limiting factors are customer preferences and government policies.

To see how customer preferences for discrimination can affect wages, consider again our imaginary economy with blondes and brunettes. Suppose that restaurant owners discriminate against blondes when hiring waiters. As a result, blonde waiters earn lower wages than brunette waiters. In this case, a restaurant can open up with blonde waiters and charge lower prices. If customers care only about the quality and price of their meals, the discriminatory firms will be driven out of business, and the wage differential will disappear.

On the other hand, it is possible that customers prefer being served by brunette waiters. If this discriminatory preference is strong, the entry of blonde restaurants need not succeed in eliminating the wage differential between brunettes and blondes. That is, if customers have discriminatory preferences, a competitive market is consistent with a discriminatory wage differential. An economy with such discrimination would contain two types of restaurants. Blonde restaurants would hire blondes, have lower costs, and charge lower prices. Brunette restaurants would hire brunettes, have higher costs, and charge higher prices. Customers who did not care about the hair color of their waiters would be attracted to the lower prices at the blonde restaurants. Bigoted customers would go to the brunette restaurants and would pay for their discriminatory preference in the form of higher prices.

Another way for discrimination to persist in competitive markets is for the government to mandate discriminatory practices. If, for instance, the government passed a law stating that blondes could wash dishes in restaurants but could not work as waiters, then a wage differential could persist in a competitive market. The example of segregated streetcars in the previous case study is one example of government-mandated discrimination. Similarly, before South Africa abandoned its formal policy of racial segregation called apartheid in 1990, blacks were prohibited from working in some jobs. Discriminatory governments pass such laws to suppress the normal equalizing force of free and competitive markets.

To sum up: *Competitive markets contain a natural remedy for employer discrimination. The entry of firms that care only about profit tends to eliminate discriminatory wage differentials. These wage differentials persist in competitive markets only when customers are willing to pay to maintain the discriminatory practice or when the government mandates it.*

**DISCRIMINATION IN SPORTS**

**CASE STUDY**

As we have seen, measuring discrimination is often difficult. To determine whether one group of workers is discriminated against, a researcher must correct for differences in the productivity between that group and other workers in the economy. Yet in most firms, it is

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

difficult to measure a particular worker's contribution to the production of goods and services.

One type of firm in which such measurements are easier is the sports team. Professional teams have many objective measures of productivity. In baseball, for instance, we can measure a player's batting average, the frequency of home runs, the number of stolen bases, and so on.

Studies of sports teams suggest that racial discrimination has, in fact, been common and that much of the blame lies with customers. One study, published in the *Journal of Labor Economics* in 1988, examined the salaries of basketball players and found that black players earned 20 percent less than white players of comparable ability. The study also found that attendance at basketball games was larger for teams with a greater proportion of white players. One interpretation of these facts is that, at least at the time of the study, customer discrimination made black players less profitable than white players for team owners. In the presence of such customer discrimination, a discriminatory wage gap can persist, even if team owners care only about profit.

A similar situation once existed for baseball players. A study using data from the late 1960s showed that black players earned less than comparable white players. Moreover, fewer fans attended games pitched by blacks than games pitched by whites, even though black pitchers had better records than white pitchers. Studies of more recent salaries in baseball, however, have found no evidence of discriminatory wage differentials.

Another study, published in the *Quarterly Journal of Economics* in 1990, examined the market prices of old baseball cards. This study found similar evidence of discrimination. The cards of black hitters sold for 10 percent less than the cards of comparable white hitters, and the cards of black pitchers sold for 13 percent less than the cards of comparable white pitchers. These results suggest customer discrimination among baseball fans. ●

**QuickQuiz** *Why is it hard to establish whether a group of workers is being discriminated against? • Explain how profit-maximizing firms tend to eliminate discriminatory wage differentials. • How might a discriminatory wage differential persist?*

## 19-3 Conclusion

In competitive markets, workers earn a wage equal to the value of their marginal contribution to the production of goods and services. There are, however, many things that affect the value of the marginal product. Firms pay more for workers who are more talented, more diligent, more experienced, and more educated because these workers are more productive. Firms pay less to those workers against whom customers discriminate because these workers contribute less to revenue.

The theory of the labor market we have developed in the last two chapters explains why some workers earn higher wages than other workers. The theory does not say that the resulting distribution of income is equal, fair, or desirable in any way. That is the topic we take up in Chapter 20.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## CHAPTER QuickQuiz

1. Ted leaves his job as a high school math teacher and returns to school to study the latest developments in computer programming, after which he takes a higher-paying job at a software firm. This is an example of
   a. a compensating differential.
   b. human capital.
   c. signaling.
   d. efficiency wages.

2. Marshall and Lily work at a local department store. Marshall, who greets customers as they arrive, is paid less than Lily, who cleans the bathrooms. This is an example of
   a. a compensating differential.
   b. human capital.
   c. signaling.
   d. efficiency wages.

3. Barney runs a small manufacturing company. He pays his employees about twice as much as other firms in the area, even though he could pay less and still recruit all the workers he wants. He believes that higher wages make his workers more loyal and hard-working. This is an example of
   a. a compensating differential.
   b. human capital.
   c. signaling.
   d. efficiency wages.

4. A business consulting firm hires Robin because she was a math major in college. Her new job does not require any of the mathematics she learned, but the firm believes that anyone who can graduate with a math degree must be very smart. This is an example of
   a. a compensating differential.
   b. human capital.
   c. signaling.
   d. efficiency wages.

5. Measuring to what extent discrimination affects labor market outcomes is difficult because
   a. data on wages are crucial but not readily available.
   b. firms misreport the wages they pay to hide discriminatory practices.
   c. workers differ in their attributes and the types of jobs they have.
   d. the same minimum-wage law applies to workers in all groups.

6. The forces of competition in markets with free entry and exit tend to eliminate wage differentials that arise from discrimination by
   a. employers.
   b. customers.
   c. government.
   d. all of the above.

## SUMMARY

- Workers earn different wages for many reasons. One reason is that wage differentials play a role compensating workers for job attributes. Other things being equal, workers in hard, unpleasant jobs are paid more than workers in easy, pleasant jobs.
- Workers with more human capital are paid more than workers with less human capital. The return to accumulating human capital is high and has increased over the past several decades.
- Although years of education, experience, and job characteristics affect earnings as theory predicts, much variation in earnings cannot be explained by things that economists can easily measure. The unexplained variation in earnings is largely attributable to natural ability, effort, and chance.

- Some economists have suggested that more educated workers earn higher wages not because education raises productivity but because workers with high natural ability use education as a way to signal their high ability to employers. If this signaling theory is correct, then increasing the educational attainment of all workers would not raise the overall level of wages.
- Wages are sometimes pushed above the level that brings supply and demand into balance. Three explanations of above-equilibrium wages are minimum-wage laws, unions, and efficiency wages.
- Some differences in earnings are attributable to discrimination based on race, sex, or other factors. Measuring the amount of discrimination is difficult, however, because one must correct for differences in human capital and job characteristics.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

- Competitive markets tend to limit the impact of discrimination on wages. If the wages of a group of workers are lower than those of another group for reasons not related to marginal productivity, then nondiscriminatory firms will be more profitable than discriminatory firms. Profit-maximizing behavior, therefore, can reduce discriminatory wage differentials. Discrimination persists in competitive markets, however, if customers are willing to pay more to discriminatory firms or if the government passes laws requiring firms to discriminate.

## KEY CONCEPTS

compensating differential, p. 384
human capital, p. 385

union, p. 391
strike, p. 391

efficiency wages, p. 391
discrimination, p. 391

## QUESTIONS FOR REVIEW

1. Why are coal miners paid more than other workers with similar amounts of education?

2. In what sense is education a type of capital?

3. How might education raise a worker's wage without raising the worker's productivity?

4. What conditions lead to highly compensated superstars? Would you expect to see superstars in dentistry? In music? Explain.

5. Give three reasons a worker's wage might be above the level that balances supply and demand.

6. What difficulties arise in deciding whether a group of workers has a lower wage because of discrimination?

7. Do the forces of economic competition tend to exacerbate or ameliorate discrimination based on race?

8. Give an example of how discrimination might persist in a competitive market.

## PROBLEMS AND APPLICATIONS

1. College students sometimes work as summer interns for private firms or the government. Many of these positions pay little or nothing.
   a. What is the opportunity cost of taking such a job?
   b. Explain why students are willing to take these jobs.
   c. If you were to compare the earnings later in life of workers who had worked as interns and those who had taken summer jobs that paid more, what would you expect to find?

2. As explained in Chapter 6, a minimum-wage law distorts the market for low-wage labor. To reduce this distortion, some economists advocate a two-tiered minimum-wage system, with a regular minimum wage for adult workers and a lower, "subminimum" wage for teenage workers. Give two reasons a single minimum wage might distort the labor market for teenage workers more than it would the market for adult workers.

3. A basic finding of labor economics is that workers who have more experience in the labor force are paid more than workers who have less experience (holding constant the amount of formal education). Why might this be so? Some studies have also found that experience at the same job (called *job tenure*) has an extra positive influence on wages. Explain why this might occur.

4. At some colleges and universities, economics professors receive higher salaries than professors in some other fields.
   a. Why might this be true?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

b. Some other colleges and universities have a policy of paying equal salaries to professors in all fields. At some of these schools, economics professors have lighter teaching loads than professors in some other fields. What role do the differences in teaching loads play?

5. Imagine that someone offered you a choice: You could spend four years studying at the world's best university, but you would have to keep your attendance there a secret. Or you could be awarded an official degree from the world's best university, but you couldn't actually attend. Which choice do you think would enhance your future earnings more? What does your answer say about the debate over signaling versus human capital in the role of education?

6. When recording devices were first invented more than 100 years ago, musicians could suddenly supply their music to large audiences at low cost. How do you suppose this development affected the income of the best musicians? How do you suppose it affected the income of average musicians?

7. A current debate in education is whether teachers should be paid on a standard pay scale based solely upon their years of training and teaching experience,

or whether part of their salary should be based upon their performance (called "merit pay").
   a. Why might merit pay be desirable?
   b. Who might be opposed to a system of merit pay?
   c. What is a potential challenge of merit pay?
   d. A related issue: Why might a school district decide to pay teachers significantly more than the salaries offered by surrounding districts?

8. When Alan Greenspan (who would later become chairman of the Federal Reserve) ran an economic consulting firm in the 1960s, he primarily hired female economists. He once told the *New York Times*, "I always valued men and women equally, and I found that because others did not, good women economists were cheaper than men." Is Greenspan's behavior profit-maximizing? Is it admirable or despicable? If more employers were like Greenspan, what would happen to the wage differential between men and women? Why might other economic consulting firms at the time not have followed Greenspan's business strategy?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 31 of 468

# Income Inequality and Poverty

The great British Prime Minister Winston Churchill once summarized alternative economic systems as follows: "The inherent vice of capitalism is the unequal sharing of blessings. The inherent virtue of socialism is the equal sharing of miseries." Churchill's quip draws attention to two important facts. First, nations that use market mechanisms to allocate resources usually achieve greater prosperity than those that do not. This is the result of Adam Smith's invisible hand in action. Second, the prosperity that market economies produce is not shared equally. Incomes can differ greatly between those at the top and those at the bottom of the economic ladder. The gap between rich and poor is a fascinating and important topic of study—for the comfortable rich, for the struggling poor, and for the aspiring and worried middle class.



Copyright 2019 Cengage Learning. All Rights Reserved.

From the previous two chapters, you should have some understanding about why different people have different incomes. A person's earnings depend on the supply and demand for that person's labor, which in turn depend on natural ability, human capital, compensating differentials, discrimination, and so on. Because labor earnings make up about two-thirds of the total income in the U.S. economy, the factors that determine wages are also largely responsible for determining how the economy's total income is distributed among the various members of society. In other words, they determine who is rich and who is poor.

In this chapter, we discuss the distribution of income—a topic that raises some fundamental questions about the role of economic policy. One of the *Ten Principles of Economics* introduced in Chapter 1 is that governments can sometimes improve market outcomes. This possibility is particularly important when considering the distribution of income. The invisible hand of the marketplace allocates resources efficiently but does not necessarily allocate them fairly. As a result, many economists—though not all—believe that the government should redistribute income to achieve greater equality. In doing so, however, the government runs into another of the *Ten Principles of Economics*: People face trade-offs. When the government enacts policies to make the distribution of income more equal, it distorts incentives, alters behavior, and makes the allocation of resources less efficient.

Our discussion of the distribution of income proceeds in three steps. First, we assess how much inequality there is in our society. Second, we consider some different views about the role that government should play in altering the distribution of income. Third, we discuss various public policies aimed at helping society's poorest members.

# 20-1  The Measurement of Inequality

We begin our study of the distribution of income by addressing four questions of measurement:

- How much inequality is there in our society?
- How many people live in poverty?
- What problems arise in measuring the amount of inequality?
- How often do people move between income classes?

These measurement questions are the natural starting point from which to discuss public policies aimed at changing the distribution of income.

### 20-1a  U.S. Income Inequality

Imagine that you lined up all the families in the economy according to their annual income. Then you divided the families into five equal groups, called *quintiles*. Table 1 shows the income ranges for each quintile, as well as for the top 5 percent. You can use this table to find where your family lies in the income distribution.

For examining differences in the income distribution over time, economists find it useful to present the income data as in Table 2. This table shows the share of total income that each group of families received in selected years. In 2014, the bottom quintile received 3.6 percent of all income and the top quintile received 48.9 percent of all income. In other words, even though all the quintiles include the same number of families, the top quintile has more than thirteen times as much income as the bottom quintile.



*"As far as I'm concerned, they can do what they want with the minimum wage, just as long as they keep their hands off the maximum wage."*

ROBERT MANKOFF / THE NEW YORKER COLLECTION/ WWW.CARTOONBANK.COM

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

| Group | Annual Family Income |
|-------|---------------------|
| Bottom Quintile | $29,100 and below |
| Second Quintile | $29,101–$52,697 |
| Middle Quintile | $52,698–$82,032 |
| Fourth Quintile | $82,033–$129,006 |
| Top Quintile | $129,007 and above |
| Top 5 percent | $230,030 and above |

**TABLE 1**

**The Distribution of Income in the United States: 2014**

Source: U.S. Bureau of the Census.

| Year | Bottom Quintile | Second Quintile | Middle Quintile | Fourth Quintile | Top Quintile | Top 5% |
|------|----------------|-----------------|-----------------|-----------------|--------------|--------|
| 2014 | 3.6% | 9.2% | 15.1% | 23.2% | 48.9% | 20.8% |
| 2010 | 3.8 | 9.4 | 15.4 | 23.5 | 47.9 | 20.0 |
| 2000 | 4.3 | 9.8 | 15.4 | 22.7 | 47.7 | 21.1 |
| 1990 | 4.6 | 10.8 | 16.6 | 23.8 | 44.3 | 17.4 |
| 1980 | 5.3 | 11.6 | 17.6 | 24.4 | 41.1 | 14.6 |
| 1970 | 5.4 | 12.2 | 17.6 | 23.8 | 40.9 | 15.6 |
| 1960 | 4.8 | 12.2 | 17.8 | 24.0 | 41.3 | 15.9 |
| 1950 | 4.5 | 12.0 | 17.4 | 23.4 | 42.7 | 17.3 |
| 1935 | 4.1 | 9.2 | 14.1 | 20.9 | 51.7 | 26.5 |

**TABLE 2**

**Income Inequality in the United States**
This table shows the percentage of total before-tax income received by families in each fifth of the income distribution and by those families in the top 5 percent.

Source: U.S. Bureau of the Census.

The last column in the table shows the share of total income received by the very richest families. In 2014, the top 5 percent of families received 20.8 percent of all income, which was greater than the total income of the poorest 40 percent.

Table 2 also shows the distribution of income in various years beginning in 1935. At first glance, the distribution of income appears to have been remarkably stable over time. Throughout the past several decades, the bottom quintile has received about 4 to 5 percent of income, while the top quintile has received about 40 to 50 percent of income. Closer inspection of the table reveals some trends in the degree of inequality. From 1935 to 1970, the distribution gradually became more equal. The share of the bottom quintile rose from 4.1 to 5.4 percent, and the share of the top quintile fell from 51.7 to 40.9 percent. In more recent years, this trend has reversed itself. From 1970 to 2014, the share of the bottom quintile fell from 5.4 to 3.6 percent, and the share of the top quintile rose from 40.9 to 48.9 percent.

In Chapter 19, we discussed some explanations for this recent rise in inequality. Increases in international trade with low-wage countries and changes in technology have tended to reduce the demand for unskilled labor and raise the demand for skilled labor. As a result, the wages of unskilled workers have fallen relative to the wages of skilled workers, and this change in relative wages has increased inequality in family incomes.

### 20-1b Inequality around the World

How does the amount of inequality in the United States compare to that in other countries? This question is interesting, but answering it is problematic. For some

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

countries, data are not available. Even when they are, not every country collects data in the same way; for example, some countries collect data on individual incomes, whereas other countries collect data on family incomes, and still others collect data on expenditure and use it as a crude measure of income. As a result, whenever we find a difference between two countries, we can never be sure whether it reflects a true difference in the economies or merely a difference in the way data are collected.

With this warning in mind, consider Figure 1, which compares inequality in twenty major countries. The inequality measure used here is the *quintile ratio*, which is the income of the richest quintile divided by the income of the poorest quintile. The most equality is found in Sweden, where the top quintile receives 3.7 times as much income as the bottom quintile. The least equality is found in South Africa, where the top group receives 28.5 times as much income as the bottom group. All countries have significant disparities between rich and poor, but the degree of inequality varies substantially around the world.

When countries are ranked by inequality, the United States ends up with more inequality than the typical country. The United States has substantially greater income disparity than most other economically advanced countries, such as Japan and Germany. But it has a more equal income distribution than some developing countries, such as South Africa and Brazil. The United States has about the same degree of inequality as China, the world's most populous nation.



**FIGURE 1**

**Inequality around the World**

This figure shows the ratio of the income of the richest quintile to the income of the poorest quintile. Among these nations, Sweden and Pakistan have the most equal distribution of economic well-being, while South Africa and Brazil have the least equal.

Source: *Human Development Report 2015.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 03-200-203

## IN THE NEWS

# A Worldwide View of the Income Distribution



*A global perspective reveals some good news about inequality.*

### Income Inequality Is Not Rising Globally. It's Falling.

**By Tyler Cowen**

Income inequality has surged as a political and economic issue, but the numbers don't show that inequality is rising from a global perspective. Yes, the problem has become more acute within most individual nations, yet income inequality for the world as a whole has been falling for most of the last 20 years. It's a fact that hasn't been noted often enough.

The finding comes from a recent investigation by Christoph Lakner, a consultant at the World Bank, and Branko Milanovic, senior scholar at the Luxembourg Income Study Center. And while such a framing may sound startling at first, it should be intuitive upon reflection. The economic surges of China, India and some other nations have been among the most egalitarian developments in history.

Of course, no one should use this observation as an excuse to stop helping the less fortunate. But it can help us see that higher income inequality is not always the most relevant problem, even for strict egalitarians. Policies on immigration and free trade, for example, sometimes increase inequality within a nation, yet can make the world a better place and often decrease inequality on the planet as a whole.

International trade has drastically reduced poverty within developing nations, as evidenced by the export-led growth of China and other countries. Yet contrary to what many economists had promised, there is now good evidence that the rise of Chinese exports has held down the wages of some parts of the American middle class. This was demonstrated in a recent paper by the economists David H. Autor of the Massachusetts Institute of Technology, David Dorn of the Center for Monetary and Financial Studies in Madrid, and Gordon H. Hanson of the University of California, San Diego.

At the same time, Chinese economic growth has probably raised incomes of the top 1 percent in the United States, through exports that have increased the value of companies whose shares are often held by wealthy Americans. So while Chinese growth has added to income inequality in the United States, it has also increased prosperity and income equality globally.

The evidence also suggests that immigration of low-skilled workers to the United States has a modestly negative effect on the wages of American workers without a high school diploma, as shown, for instance, in research by George Borjas, a Harvard economics professor. Yet that same immigration greatly benefits those who move to wealthy countries like the United States. (It probably also helps top American earners, who can hire household and child-care workers at cheaper prices.) Again, income inequality within the nation may rise but global inequality probably declines, especially if the new arrivals send money back home.

From a narrowly nationalist point of view, these developments may not be auspicious for the United States. But that narrow viewpoint is the main problem. We have evolved a political debate where essentially nationalistic concerns have been hiding behind the gentler cloak of egalitarianism. To clear up this confusion, one recommendation would be to preface all discussions of inequality with a reminder that global inequality has been falling and that, in this regard, the world is headed in a fundamentally better direction.

The message from groups like Occupy Wall Street has been that inequality is up and that capitalism is failing us. A more correct and nuanced message is this: Although significant economic problems remain, we have been living in equalizing times for the world—a change that has been largely for the good. That may not make for convincing sloganeering, but it's the truth.

A common view is that high and rising inequality within nations brings political trouble, maybe through violence or even revolution. So one might argue that a nationalistic perspective is important. But it's hardly obvious that such predictions of political turmoil are true, especially for aging societies like the United States that are showing falling rates of crime.

Furthermore, public policy can adjust to accommodate some egalitarian concerns. We can improve our educational system, for example.

Still, to the extent that political worry about rising domestic inequality is justified, it suggests yet another reframing. If our domestic politics can't handle changes in income distribution, maybe the problem isn't that capitalism is fundamentally flawed but rather that our political institutions are inflexible. Our politics need not collapse under the pressure of a world that, over all, is becoming wealthier and fairer. ■

*Tyler Cowen is professor of economics at George Mason University.*

**Source:** *New York Times, July 20, 2014.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 20-1c  The Poverty Rate

**poverty rate**
the percentage of the population whose family income falls below an absolute level called the poverty line

**poverty line**
an absolute level of income set by the federal government for each family size below which a family is deemed to be in poverty

A commonly used gauge of the distribution of income is the poverty rate. The **poverty rate** is the percentage of the population whose family income falls below an absolute level called the **poverty line**. The poverty line is set by the federal government at roughly three times the cost of providing an adequate diet. This line depends on family size and is adjusted every year to account for changes in the level of prices.

To get some idea about what the poverty rate tells us, consider the data for 2014. In that year, the median family in the United States had an income of $66,632, and the poverty line for a family of four was $24,230. The poverty rate was 14.8 percent. In other words, 14.8 percent of the U.S. population were members of families with incomes below the poverty line for their family size.

Figure 2 shows the poverty rate since 1959, when the official data begin. You can see that the poverty rate fell from 22.4 percent in 1959 to a low of 11.1 percent in 1973. This decline is not surprising, as average income in the economy (adjusted for inflation) rose more than 50 percent during this period. Because the poverty line is an absolute rather than a relative standard, more families are pushed above the poverty line as economic growth pushes the entire income distribution upward. As John F. Kennedy once put it, a rising tide lifts all boats.

Since the early 1970s, however, the economy's rising tide has left some boats behind. Despite continued growth in average income, the poverty rate has not declined below the level reached in 1973. This lack of progress in reducing poverty in recent decades is closely related to the increasing inequality we saw in Table 2. Although economic growth has raised the income of the typical family, the increase in inequality has prevented the poorest families from sharing in this greater economic prosperity.

Poverty is an economic malady that affects all groups within the population, but it does not affect all groups with equal frequency. Table 3 shows the poverty rates for several groups, and it reveals three striking facts:

- Poverty is correlated with race. Blacks and Hispanics are more than twice as likely to live in poverty as whites.



**FIGURE 2**

**The Poverty Rate**
The poverty rate measures the percentage of the population with incomes below an absolute level called the poverty line.

Percent of the Population below Poverty Line

Source: U.S. Bureau of the Census.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

| Group | Poverty Rate |
|---|---|
| All persons | 14.8% |
| White, not Hispanic | 10.1 |
| Black | 26.2 |
| Hispanic | 23.6 |
| Asian | 12.0 |
| Children (under age 18) | 21.1 |
| Elderly (over age 64) | 10.0 |
| Married-couple families | 6.2 |
| Female household, no spouse present | 33.1 |

**TABLE 3**

**Who Is Poor?**
This table shows that the poverty rate varies greatly among different groups within the population.

Source: U.S. Bureau of the Census. Data are for 2014.

- Poverty is correlated with age. Children are more likely than average to be members of poor families, and the elderly are less likely than average to be poor.
- Poverty is correlated with family composition. Families headed by a single mother are about five times as likely to live in poverty as families headed by a married couple.

These three facts have described American society for many years, and they show which people are most likely to be poor. These effects also work together: Almost half the children in black and Hispanic female-headed households live in poverty.

## 20-1d  Problems in Measuring Inequality

Although data on the income distribution and the poverty rate give us some idea about the degree of inequality in our society, interpreting these data is not always straightforward. The data are based on households' annual incomes. What people care about, however, is not their incomes but their ability to maintain a good standard of living. For at least three reasons, data on the income distribution and the poverty rate give an incomplete picture of inequality in living standards.

**In-Kind Transfers**   Measurements of the distribution of income and the poverty rate are based on families' *monetary* income. Through various government programs, however, the poor receive many nonmonetary items, including free food, housing vouchers, and medical services. Transfers given to the poor in the form of goods and services rather than cash are called **in-kind transfers**. Standard measurements of the degree of inequality do not include these in-kind transfers.

Because in-kind transfers are received mostly by the poorest members of society, the failure to include in-kind transfers as part of income greatly affects the measured poverty rate. According to a study by the Census Bureau, if in-kind transfers were included in income at their market value, the number of families in poverty would be about 10 percent lower than the standard data indicate.

**The Economic Life Cycle**   Incomes vary predictably over people's lives. A young worker, especially one in school, has a low income. Income rises as the worker gains maturity and experience, peaks at around age 50, and then falls sharply when the worker retires at around age 65. This regular pattern of income variation is called the **life cycle**.

**in-kind transfers**
transfers to the poor given in the form of goods and services rather than cash

**life cycle**
the regular pattern of income variation over a person's life

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Because people can borrow and save to smooth out life cycle changes in income, their standard of living in any year depends more on lifetime income than on that year's income. The young often borrow, perhaps to go to school or to buy a house, and then repay these loans later when their incomes rise. People have their highest saving rates when they are middle-aged. Because people can save in anticipation of retirement, the large declines in incomes at retirement need not lead to similar declines in the standard of living. This normal life cycle pattern causes inequality in the distribution of annual income, but it does not necessarily represent true inequality in living standards.

**Transitory versus Permanent Income**   Incomes vary over people's lives not only because of predictable life cycle variation but also because of random and transitory forces. One year a frost kills off the Florida orange crop, and Florida orange growers see their incomes fall temporarily. At the same time, the Florida frost drives up the price of oranges, and California orange growers see their incomes temporarily rise. The next year the reverse might happen.

**permanent income**
a person's normal income

Just as people can borrow and save to smooth out life cycle variation in income, they can also borrow and save to smooth out transitory variation in income. To the extent that a family saves in good years and borrows (or depletes its savings) in bad years, transitory changes in income need not affect its standard of living. A family's ability to buy goods and services depends largely on its **permanent income**, which is its normal, or average, income.

To gauge inequality of living standards, the distribution of permanent income is more relevant than the distribution of annual income. Many economists believe that people base their consumption on their permanent income; as a result, inequality in consumption is one gauge of inequality of permanent income. Because permanent income and consumption are less affected by transitory changes in income, they are more equally distributed than is current income.



**ALTERNATIVE MEASURES OF INEQUALITY**

**CASE STUDY**   A 2008 study by Michael Cox and Richard Alm of the Federal Reserve Bank of Dallas shows how different measures of inequality lead to dramatically different results. Cox and Alm compared American households in the top fifth of the income distribution to those in the bottom fifth to see how far apart they are.

According to Cox and Alm, the richest fifth of U.S. households in 2006 had an average income of $149,963, while the poorest fifth had an average income of $9,974. Thus, the top group had about 15 times as much income as the bottom group.

The gap between rich and poor shrinks a bit if taxes are taken into account. Because the tax system is progressive, the top group paid a higher percentage of its income in taxes than did the bottom group. Cox and Alm found that the richest fifth had 14 times as much after-tax income as the poorest fifth.

The gap shrinks more if one looks at consumption rather than income. Households having an unusually good year are more likely to be in the top group and are likely to save a high fraction of their incomes. Households having an unusually bad year are more likely to be in the bottom group and are more likely to consume out of their savings. According to Cox and Alm, the consumption of the richest fifth was only 3.9 times as much as the consumption of the poorest fifth.

The consumption gap becomes smaller still if one corrects for differences in the number of people in the household. Because larger families are more likely to have

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

two earners, they are more likely to find themselves near the top of the income distribution. But they also have more mouths to feed. Cox and Alm reported that households in the top fifth had an average of 3.1 people, while those in the bottom fifth had an average of 1.7 people. As a result, consumption per person in the richest fifth of households was only 2.1 times consumption per person in the poorest fifth.

These data show that inequality in material standards of living is much smaller than inequality in annual income. ●

### 20-1e  Economic Mobility

People sometimes speak of "the rich" and "the poor" as if these groups consisted of the same families year after year. But this is not at all the case. Economic mobility, the movement of people between income classes, is significant in the U.S. economy. Movements up the income ladder can be due to good luck or hard work, and movements down the ladder can be due to bad luck or laziness. Some of this mobility reflects transitory variation in income, while some reflects more persistent changes in income.

Because family income changes over time, temporary poverty is more common than the poverty rate suggests, but persistent poverty is less common. In a typical 10-year period, about one in four families falls below the poverty line in at least one year. Yet fewer than 3 percent of families are poor for 8 or more years. Because it is likely that the temporarily poor and the persistently poor face different problems, policies that aim to combat poverty need to distinguish between these groups.

Another way to gauge economic mobility is the persistence of economic success from generation to generation. Economists who have studied this topic find that having an above-average income carries over from parents to children, but the persistence is far from perfect, indicating substantial mobility among income classes. If a father earns 20 percent above his generation's average income, his son will most likely earn 8 percent above his generation's average income. There is only a small correlation between the income of a grandfather and the income of his grandson.

One result of this intergenerational economic mobility is that the U.S. economy is filled with self-made millionaires (as well as with heirs who have squandered the fortunes they inherited). According to one study, about four out of five millionaires made their money on their own, often by starting and building a business or by climbing the corporate ladder. Only one in five millionaires inherited his fortune.

**Quick Quiz**  *What does the poverty rate measure? • Describe three potential problems in interpreting the measured poverty rate.*

# 20-2  The Political Philosophy of Redistributing Income

We have just seen how the economy's income is distributed and have considered some of the problems in interpreting measured inequality. This discussion was *positive* in the sense that it merely described the world as it is. We now turn to the *normative* question facing policymakers: What should the government do about economic inequality?

This question is not just about economics. Economic analysis alone cannot tell us whether policymakers should try to make our society more egalitarian. Our views on this question are, to a large extent, a matter of political philosophy. Yet

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

because the government's role in redistributing income is central to so many debates over economic policy, let's digress from economic science to consider a bit of political philosophy.

### 20-2a Utilitarianism

**utilitarianism**
the political philosophy according to which the government should choose policies to maximize the total utility of everyone in society

**utility**
a measure of happiness or satisfaction

A prominent school of thought in political philosophy is **utilitarianism**. The founders of utilitarianism are the English philosophers Jeremy Bentham (1748–1832) and John Stuart Mill (1806–1873). To a large extent, the goal of utilitarians is to apply the logic of individual decision making to questions concerning morality and public policy.

The starting point of utilitarianism is the notion of **utility**—the level of happiness or satisfaction that a person receives from his circumstances. Utility is a measure of well-being and, according to utilitarians, is the ultimate objective of all public and private actions. The proper goal of the government, they claim, is to maximize the sum of utility achieved by everyone in society.

The utilitarian case for redistributing income is based on the assumption of *diminishing marginal utility*. It seems reasonable that an extra dollar of income provides a poor person with more additional utility than an extra dollar would provide to a rich person. In other words, as a person's income rises, the extra well-being derived from an additional dollar of income falls. This plausible assumption, together with the utilitarian goal of maximizing total utility, implies that the government should try to achieve a more equal distribution of income.

The argument is simple. Imagine that Peter and Paul are the same, except that Peter earns $80,000 and Paul earns $20,000. In this case, taking a dollar from Peter to pay Paul will reduce Peter's utility and raise Paul's utility. But because of diminishing marginal utility, Peter's utility falls by less than Paul's utility rises. Thus, this redistribution of income raises total utility, which is the utilitarian's objective.

At first, this utilitarian argument might seem to imply that the government should continue to redistribute income until everyone in society has exactly the same income. Indeed, that would be the case if the total amount of income—$100,000 in our example—were fixed. But in fact, it is not. Utilitarians reject complete equalization of incomes because they accept one of the *Ten Principles of Economics* presented in Chapter 1: People respond to incentives.

To take from Peter to pay Paul, the government must pursue policies that redistribute income. The U.S. federal income tax and welfare system are examples. Under these policies, people with high incomes pay high taxes, and people with low incomes receive income transfers. These income transfers are phased out: As a person earns more, he receives less from the government. Yet when Peter faces a higher income tax rate and Paul faces a system of phased-out transfers, both have less incentive to work hard, because each gets to keep only a fraction of any additional earnings. As they both work less, society's income falls, and so does total utility. The utilitarian government has to balance the gains from greater equality against the losses from distorted incentives. To maximize total utility, therefore, the government stops short of making society fully egalitarian.

A famous parable sheds light on the utilitarian's logic. Imagine that Peter and Paul are thirsty travelers trapped at different places in the desert. Peter's oasis has a lot of water; Paul's has only a little. If the government could transfer water from one oasis to the other without cost, it would maximize total utility from water by equalizing the amount in the two places. But suppose that the government has only a leaky bucket. As it tries to move water from one place to the other, some of

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the water is lost in transit. In this case, a utilitarian government might still try to move some water from Peter to Paul, depending on the size of Paul's thirst and the size of the bucket's leak. But with only a leaky bucket at its disposal, a utilitarian government will stop short of trying to reach complete equality.

## 20-2b Liberalism

A second way of thinking about inequality might be called **liberalism**. Philosopher John Rawls develops this view in his book *A Theory of Justice*. This book was first published in 1971, and it quickly became a classic in political philosophy.

Rawls begins with the premise that a society's institutions, laws, and policies should be just. He then takes up the natural question: How can we, the members of society, ever agree on what justice means? It might seem that every person's point of view is inevitably based on his particular circumstances—whether he is talented or less talented, diligent or lazy, educated or less educated, born to a wealthy family or a poor one. Could we ever *objectively* determine what a just society would look like?

To answer this question, Rawls proposes the following thought experiment. Imagine that before any of us is born, we all get together in the beforelife (the pre-birth version of the afterlife) for a meeting to design the rules that will govern society. At this point, we are all ignorant about the station in life each of us will end up filling. In Rawls's words, we are sitting in an "original position" behind a "veil of ignorance." In this original position, Rawls argues, we can choose a just set of rules for society because we must consider how those rules will affect every person. As Rawls puts it, "Since all are similarly situated and no one is able to design principles to favor his particular conditions, the principles of justice are the result of fair agreement or bargain." Designing public policies and institutions in this way allows us to be objective about what policies are just.

Rawls then considers what public policy designed behind this veil of ignorance would try to achieve. In particular, he considers what income distribution a person would consider fair if that person did not know whether he would end up at the top, bottom, or middle of the distribution. Rawls argues that a person in the original position would be chiefly concerned about the possibility of being at the *bottom* of the income distribution. In designing public policies, therefore, we should aim to raise the welfare of the worst-off person in society. That is, rather than maximizing the sum of everyone's utility, as a utilitarian would do, Rawls would strive to maximize the minimum utility. Rawls's rule is called the **maximin criterion**.

Because the maximin criterion emphasizes the least fortunate person in society, it justifies public policies aimed at equalizing the distribution of income. By transferring income from the rich to the poor, society raises the well-being of the least fortunate. The maximin criterion would not, however, lead to a completely egalitarian society. If the government promised to equalize incomes completely, people would have no incentive to work hard, society's total income would fall substantially, and the least fortunate person would be worse off. Thus, the maximin criterion still allows disparities in income because such disparities can improve incentives and thereby raise society's ability to help the poor. Nonetheless, because Rawls's philosophy puts weight on only the least fortunate members of society, it calls for more income redistribution than does utilitarianism.

Rawls's views are controversial, but the thought experiment he proposes has much appeal. In particular, this thought experiment allows us to consider the redistribution of income as a form of **social insurance**. That is, from the

**liberalism**
the political philosophy according to which the government should choose policies deemed just, as evaluated by an impartial observer behind a "veil of ignorance"

**maximin criterion**
the claim that the government should aim to maximize the well-being of the worst-off person in society

**social insurance**
government policy aimed at protecting people against the risk of adverse events

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

perspective of the original position behind the veil of ignorance, income redistribution is like an insurance policy. Homeowners buy fire insurance to protect themselves from the risk of their house burning down. Similarly, when we as a society choose policies that tax the rich to supplement the incomes of the poor, we are all insuring ourselves against the possibility that we might have been members of poor families. Because people generally dislike risk, we should be happy to have been born into a society that provides us this insurance.

It is not at all clear, however, that rational people behind the veil of ignorance would truly be so risk averse that they would follow the maximin criterion. Indeed, because a person in the original position might end up anywhere in the distribution of outcomes, he might treat all possible outcomes equally when designing public policies. In this case, the best policy behind the veil of ignorance would be to maximize the average utility of members of society, and the resulting notion of justice would be more utilitarian than Rawlsian.

### 20-2c Libertarianism

**libertarianism**
the political philosophy according to which the government should punish crimes and enforce voluntary agreements but not redistribute income

A third view of inequality is called **libertarianism**. The two views we have considered so far—utilitarianism and liberalism—both view the total income of society as a shared resource that a social planner can freely redistribute to achieve some social goal. By contrast, libertarians argue that society itself earns no income—only individual members of society earn income. According to libertarians, the government should not take from some individuals and give to others to achieve any particular distribution of income.

For instance, philosopher Robert Nozick writes the following in his famous 1974 book *Anarchy, State, and Utopia*:

> We are not in the position of children who have been given portions of pie by someone who now makes last minute adjustments to rectify careless cutting. There is no *central* distribution, no person or group entitled to control all the resources, jointly deciding how they are to be doled out. What each person gets, he gets from others who give to him in exchange for something, or as a gift. In a free society, diverse persons control different resources, and new holdings arise out of the voluntary exchanges and actions of persons.

Whereas utilitarians and liberals try to judge what amount of inequality is desirable in a society, Nozick denies the validity of this very question.

The libertarian alternative to evaluating economic *outcomes* is to evaluate the *process* by which these outcomes arise. When the distribution of income is achieved unfairly—for instance, when one person steals from another—the government has the right and duty to remedy the problem. But as long as the process determining the distribution of income is just, the resulting distribution is fair, no matter how unequal.

Nozick criticizes Rawls's liberalism by drawing an analogy between the distribution of income in society and the distribution of grades in a course. Suppose you were asked to judge the fairness of the grades in the economics course you are now taking. Would you imagine yourself behind a veil of ignorance and choose a grade distribution without knowing the talents and efforts of each student? Or would you ensure that the process of assigning grades to students is fair without regard for whether the resulting distribution is equal or unequal? For the case of grades at least, the libertarian emphasis on process over outcomes is compelling.

Libertarians conclude that equality of opportunities is more important than equality of incomes. They believe that the government should enforce individual

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

rights to ensure that everyone has the same opportunity to use his talents and achieve success. Once these rules of the game are established, the government has no reason to alter the resulting distribution of income.

**QuickQuiz** *Petra earns more than Paula. Someone proposes taxing Petra to supplement Paula's income. How would a utilitarian, a liberal, and a libertarian each evaluate this proposal?*

# 20-3 Policies to Reduce Poverty

As we have just seen, political philosophers hold various views about what role the government should take in altering the distribution of income. Political debate among the larger population of voters reflects a similar disagreement. Despite these continuing debates, most people believe that, at the very least, the government should try to help those most in need. According to a popular metaphor, the government should provide a "safety net" to prevent any citizen from falling too far.

Poverty is one of the most difficult problems that policymakers face. Poor families are more likely than the overall population to experience homelessness, drug dependence, health problems, teenage pregnancy, illiteracy, unemployment, and low educational attainment. Members of poor families are more likely both to commit crimes and to be victims of crimes. Although it is hard to separate the causes of poverty from the effects, there is no doubt that poverty is associated with various economic and social ills.

Suppose that you were a policymaker in the government and your goal was to reduce the number of people living in poverty. How would you achieve this goal? Here we examine some of the policy options that you might consider. Each of these options helps some people escape poverty, but none of them is perfect, and deciding upon the best combination to use is not easy.

### 20-3a Minimum-Wage Laws

Laws setting a minimum wage that employers can pay workers are a perennial source of debate. Advocates view the minimum wage as a way of helping the working poor without any cost to the government. Critics view it as hurting those it is intended to help.

The minimum wage is easily understood using the tools of supply and demand, as we first saw in Chapter 6. For workers with low levels of skill and experience, a high minimum wage forces the wage above the level that balances supply and demand. It therefore raises the cost of labor to firms and reduces the quantity of labor that those firms demand. The result is higher unemployment among those groups of workers affected by the minimum wage. Those workers who remain employed benefit from a higher wage, but those who might have been employed at a lower wage are worse off.

The magnitude of these effects depends crucially on the elasticity of labor demand. Advocates of a high minimum wage argue that the demand for unskilled labor is relatively inelastic so that a high minimum wage depresses employment only slightly. Critics of the minimum wage argue that labor demand is more elastic, especially in the long run when firms can adjust employment and production more fully. They also note that many minimum-wage workers are teenagers from middle-class families so that a high minimum wage is imperfectly targeted as a policy for helping the poor.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 20-3b Welfare

**welfare**
government programs
that supplement the
incomes of the needy

One way for the government to raise the living standards of the poor is to supplement their incomes. The primary way the government does this is through the welfare system. **Welfare** is a broad term that encompasses various government programs. Temporary Assistance for Needy Families (TANF) is a program that assists families with children and no adult able to support the family. In a typical family receiving such assistance, the father is absent and the mother is at home raising small children. Another welfare program is Supplemental Security Income (SSI), which provides assistance to the poor who are sick or disabled. Note that for both of these welfare programs, a poor person cannot qualify for assistance simply by having a low income. He must also establish some additional "need," such as small children or a disability.

A common criticism of welfare programs is that they create incentives for people to become "needy." For example, these programs may encourage families to break up, for many families qualify for financial assistance only if the father is absent. The programs may also encourage illegitimate births, for many poor, single women qualify for assistance only if they have children. Because poor, single mothers are such a large part of the poverty problem and because welfare programs seem to raise the number of poor, single mothers, critics of the welfare system assert that these policies exacerbate the very problems they are supposed to cure. As a result of these arguments, the welfare system was revised in a 1996 law that limited the amount of time recipients could stay on welfare.

How severe are these potential problems with the welfare system? No one knows for sure. Proponents of the welfare system point out that being a poor, single mother on welfare is a difficult existence at best, and they do not believe that many people would choose such a life if it were not thrust upon them. Moreover, trends over time do not support the view that the decline of the two-parent family is largely a symptom of the welfare system, as the system's critics sometimes claim. Since the early 1970s, welfare benefits (adjusted for inflation) have declined, yet the percentage of children living with only one parent has risen.

### 20-3c Negative Income Tax

Whenever the government chooses a system to collect taxes, it affects the distribution of income. This is clearly true in the case of a progressive income tax, whereby high-income families pay a larger percentage of their income in taxes than do low-income families. As we discussed in Chapter 12, equity across income groups is an important goal in the design of a tax system.

**negative income tax**
a tax system that
collects revenue from
high-income households
and gives subsidies to
low-income households

Many economists have advocated supplementing the income of the poor using a **negative income tax**. According to this policy, every family would report its income to the government. High-income families would pay a tax based on their incomes. Low-income families would receive a subsidy. In other words, they would "pay" a "negative tax."

For example, suppose the government used the following formula to compute a family's tax liability:

$$\text{Taxes owed} = (\tfrac{1}{3} \text{ of income}) - \$10{,}000.$$

In this case, a family that earned \$60,000 would pay \$10,000 in taxes, and a family that earned \$90,000 would pay \$20,000 in taxes. A family that earned \$30,000 would owe nothing. And a family that earned \$15,000 would "owe" −\$5,000. In other words, the government would send this family a check for \$5,000.

Under a negative income tax, poor families would receive financial assistance without having to demonstrate need. The only qualification required to receive

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

assistance would be a low income. Depending on one's point of view, this feature can be either an advantage or a disadvantage. On the one hand, a negative income tax does not encourage illegitimate births and the breakup of families, as critics of the welfare system believe current policy does. On the other hand, a negative income tax would subsidize not only the unfortunate but also those who are simply lazy and, in some people's eyes, undeserving of government support.

One actual tax provision that works much like a negative income tax is the Earned Income Tax Credit (EITC). This credit allows poor working families to receive income tax refunds greater than the taxes they paid during the year. Because the EITC applies only to the working poor, it does not discourage recipients from working, as other antipoverty programs may. For the same reason, however, it also does not help alleviate poverty due to unemployment, sickness, or other inability to work.

### 20-3d In-Kind Transfers

Another way to help the poor is to provide them directly with some of the goods and services they need to raise their living standards. For example, charities provide the needy with food, clothing, shelter, and toys at Christmas. The government gives poor families food through the Supplemental Nutrition Assistance Program, or SNAP. This program, which replaced a similar one called food stamps, gives low-income families a plastic card, like a debit card, that can be used to buy food at stores. The government also gives many poor people healthcare through a program called Medicaid.

Is it better to help the poor with these in-kind transfers or with direct cash payments? There is no clear answer.

Advocates of in-kind transfers argue that such transfers ensure that the poor get what they need most. Among the poorest members of society, alcohol and drug addiction is more common than it is in society as a whole. By providing the poor with food and shelter, society can be more confident that it is not helping to support such addictions. This is one reason in-kind transfers are more politically popular than cash payments to the poor.

Advocates of cash payments, on the other hand, argue that in-kind transfers are inefficient and disrespectful. The government does not know what goods and services the poor need most. Many of the poor are ordinary people down on their luck. Despite their misfortune, they are in the best position to decide how to raise their own living standards. Rather than giving the poor in-kind transfers of goods and services that they may not want, it may be better to give them cash and allow them to buy what they think they need most.

### 20-3e Antipoverty Programs and Work Incentives

Many policies aimed at helping the poor can have the unintended effect of discouraging the poor from escaping poverty on their own. To see why, consider the following example. Suppose that a family needs an income of $20,000 to maintain a reasonable standard of living. And suppose that, out of concern for the poor, the government promises to guarantee every family that income. Whatever a family earns, the government makes up the difference between that income and $20,000. What effect would you expect this policy to have?

The incentive effects of this policy are obvious: Any person who would make under $20,000 by working has little incentive to find and keep a job. For every dollar that the person would earn, the government would reduce the income supplement by a dollar. In effect, the government taxes 100 percent of additional earnings. An effective marginal tax rate of 100 percent is surely a policy with a large deadweight loss.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

### International Differences in Income Redistribution

*Many nations have more generous social safety nets than the United States, but they also have very different tax systems.*

#### Combating Inequality May Require Broader Tax

**By Eduardo Porter**

Rarely have we experienced such a confluence of arguments in favor of raising taxes on the rich. After a hard-won re-election fought mainly over taxes and spending, President Obama arguably has a mandate from voters to tap the wealthy to address our budget woes.

[*Author's note*: Shortly after this article was written, President Obama did indeed sign into law an increase in taxes on high incomes. These higher tax rates went into effect in 2013.]…

Yet while raising more taxes from the winners in the globalized economy is a start, and may help us dig out of our immediate fiscal hole, it is unlikely to be enough to address our long-term needs. The experience of many other developed countries suggests that paying for a government that could help the poor and the middle class cope in our brave new globalized world will require more money from the middle class itself.

Many Americans may find this hard to believe, but the United States already has one of the most progressive tax systems in the developed world, according to several studies, raising proportionately more revenue from the wealthy than other advanced countries do. Taxes on American households do more to redistribute resources and reduce inequality than the tax codes of most other rich nations.

But taxation provides only half the picture of public finance. Despite the progressivity of our taxes, according to a study of public finances across the industrial countries in the Organization for Economic Cooperation and Development, we also have one of the least effective governments at combating income inequality. There is one main reason: our tax code does not raise enough money.

This paradox underscores two crucial lessons we could learn from the experience of our peers around the globe. The first is that the government's success at combating income inequality is determined less by the progressivity of either the tax code or the benefits than by the amount of tax revenue that the government can spend on programs that benefit the middle class and the poor.

The second is that very progressive tax codes are not very effective at raising money. The corollary—suggested by Peter Lindert of the University of California, Davis in his



2004 book *Growing Public*—is that insisting on highly progressive taxes that draw most revenue from the rich may result in more inequality than if we relied on a flatter, more "regressive" tax schedule to raise money from everybody and pay for a government that could help every American family attain a decent standard of living.

Consider government aid for families. According to the O.E.C.D. study, our Temporary Assistance for Needy Families is the most progressive program of cash benefits for families among 22 advanced countries, accurately targeted to serve the poor.

But American family cash benefits are the least effective at reducing inequality. The reason is that they are so meager. The entire budget for cash assistance for families in the United States amounts to one-tenth of 1 percent of the nation's economic output. The average across the O.E.C.D. nations is 11 times bigger. Even including tax breaks and direct government services, we spend a much smaller share of our economic output on family assistance than almost any other advanced nation.

The adverse effects of this high effective tax rate can persist over time. A person discouraged from working loses the on-the-job training that a job might offer. In addition, his children miss the lessons learned by observing a parent with a full-time job, and this may adversely affect their own ability to find and hold a job.

The antipoverty program we have been discussing is hypothetical, but it is not as unrealistic as it might first appear. Welfare, Medicaid, SNAP, and the EITC are all programs aimed at helping the poor, and they are all tied to family income. As a family's income rises, the family becomes ineligible for these programs. When all these programs are taken together, it is common for families to face effective marginal tax rates that are very high. Sometimes the effective marginal tax rates even exceed 100 percent so that poor families are worse off when they earn more. By trying to help the poor, the government discourages those families from

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The same pattern can be found across a range of government programs. The reason is always the same: their relatively small size. Over all, government cash benefits in the United States—including pensions, disability, unemployment insurance and the like—contribute about 10 percent to household income, on average, according to the study. The average across industrial nations is twice that.

Our budget reveals a core philosophical difference with other advanced countries. In the big-government social democracies like those of Western Europe, government is expected to guarantee a set of universal public services—from health care to child care to pensions—that are considered basic rights of citizenry. To pay for this minimum welfare package, everybody is expected to contribute proportionally into the pot.

Government in the United States has a different goal. Benefits are narrower. Social Security and Medicare follow a universal service template, but only for older Americans. Other social spending is aimed carefully to benefit the poor. Financed through a more progressive tax code, it looks more like charity than a universal right. On top of that, our philosophical stance virtually ensures a small government.

Progressive taxes make it hard to raise money because they distort people's behavior. They encourage taxpayers to reduce their tax liability rather than to increase their pretax income. High corporate taxes encourage companies to avoid them. High taxes on capital income also encourage avoidance and capital flight. High income tax rates on top earners can discourage work and investment, too. So trying to raise a lot of money with our progressive tax code would probably not achieve the goal and could damage economic growth.

Big-government social democracies, by contrast, rely on flatter taxes to finance their public spending, like gas taxes and value-added taxes on consumption. The Nordic countries, for instance, have very low tax rates on capital income relative to income from work. And they have relatively high taxes on consumption. In Denmark, consumption tax revenue amounts to about 11 percent of the nation's economy. In the United States, sales taxes and excise taxes on cigarettes and other items amount to roughly 4 percent.

Liberal Democrats have long opposed them because they fall much more heavily on the poor, who spend a larger share of their incomes than the rich. But these taxes have one big positive feature: they are difficult to avoid and produce fewer disincentives to work or invest. That means they can be used to raise much more revenue.

Public finances are under strain today on both sides of the Atlantic, as governments struggle to cope with our long global recession and the aging of the baby boom generation. In Southern Europe, the pressure to pare back universal welfare systems is intense. In the United States, political leaders on both sides of the partisan divide have realized that even our relatively meager package of social goods cannot be sustained with our slim tax take.

But the United States has one option that most of Europe's flailing economies do not. Its tax revenue is so low, comparatively, that it has more space to raise it. A more efficient, flatter tax schedule would allow us to do so without hindering economic activity.

Bruce Bartlett, a tax expert who served in the administrations of Ronald Reagan and George H. W. Bush, told me last week that he thought federal tax revenue could increase to 22 percent of the nation's economic output, well above its historical average of 18.5 percent, without causing economic harm. If President Obama tries to go down this road, however, he may have to build a flatter tax code.

"We should reform the tax system, no question," William Gale, a tax policy expert at the Brookings Institution and co-director of the nonpartisan Tax Policy Center, wrote in an e-mail. "We are going to need to move beyond the current set of tax instruments to raise the needed revenues—a VAT and/or a carbon tax seem like the obvious ways to go." And Mr. Bartlett also pointed out: "We can't get all the revenue we need from the rich. Eventually, everyone will have to pay more." ■

**Source:** *New York Times*, November 28, 2012.

working. According to critics of antipoverty programs, these programs alter work attitudes and create a "culture of poverty."

It might seem that there is an easy solution to this problem: Reduce benefits to poor families more gradually as their incomes rise. For example, if a poor family loses 30 cents of benefits for every dollar it earns, then it faces an effective marginal tax rate of 30 percent. This effective tax reduces work effort to some extent, but it does not eliminate the incentive to work completely.

The problem with this solution is that it greatly increases the cost of programs to combat poverty. If benefits are phased out gradually as a poor family's income rises, then families just above the poverty level will also be eligible for substantial benefits. The more gradual the phase-out, the more families are eligible, and the more the program costs. Thus, policymakers face a trade-off between burdening

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the poor with high effective marginal tax rates and burdening taxpayers with costly programs to reduce poverty.

There are various other ways to reduce the work disincentive of antipoverty programs. One is to require any person collecting benefits to accept a government-provided job—a system sometimes called *workfare*. Another possibility is to provide benefits for only a limited period of time. This route was taken in the 1996 welfare reform bill, which imposed a 5-year lifetime limit on welfare recipients. When President Clinton signed the bill, he explained his policy as follows: "Welfare should be a second chance, not a way of life."

**QuickQuiz**   *List three policies aimed at helping the poor, and discuss the pros and cons of each.*

## 20-4 Conclusion

People have long reflected on the distribution of income in society. Plato, the ancient Greek philosopher, concluded that in an ideal society the income of the richest person would be no more than four times the income of the poorest person. Although the measurement of inequality is difficult, it is clear that our society has much more inequality than Plato recommended.

One of the *Ten Principles of Economics* discussed in Chapter 1 is that governments can sometimes improve market outcomes. There is little consensus, however, about how this principle should be applied to the distribution of income. Philosophers and policymakers today do not agree on how much income inequality is desirable, or even whether public policy should aim to alter the distribution of income. Much of public debate reflects this disagreement. Whenever taxes are raised, for instance, lawmakers argue over how much of the tax hike should fall on the rich, the middle class, and the poor.

Another of the *Ten Principles of Economics* is that people face trade-offs. This principle is important to keep in mind when thinking about economic inequality. Policies that penalize the successful and reward the unsuccessful reduce the incentive to succeed. Thus, policymakers face a trade-off between equality and efficiency. The more equally the pie is divided, the smaller the pie becomes. This is the one lesson concerning the distribution of income about which almost everyone agrees.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## CHAPTER QuickQuiz

1. In the United States today, the poorest fifth of the population earns about _____ percent of all income, while the richest fifth earns about _____ percent.
   a. 2, 70
   b. 4, 50
   c. 6, 35
   d. 8, 25

2. When income inequality is compared across nations, one finds that the United States is
   a. the most equal nation in the world.
   b. more equal than most nations but not the most equal.
   c. less equal than most nations but not the least equal.
   d. the least equal nation in the world.

3. A utilitarian believes that the redistribution of income from the rich to the poor is worthwhile as long as
   a. the worst-off members of society benefit from it.
   b. those contributing to the system are in favor of it.
   c. each person's income, after taxes and transfers, reflects his marginal product.
   d. the distortionary effect on work incentives is not too large.

4. Rawls's thought experiment of the "original position" behind the "veil of ignorance" is meant to draw attention to the fact that
   a. most of the poor do not know how to find better jobs and escape poverty.
   b. the station of life each of us was born into is largely a matter of luck.
   c. the rich have so much money that they don't know how to spend it all.
   d. outcomes are efficient only if everyone begins with equal opportunity.

5. A negative income tax is a policy under which
   a. individuals with low income get transfers from the government.
   b. the government raises tax revenue without distorting incentives.
   c. everyone pays less than under a conventional income tax.
   d. some taxpayers are on the wrong side of the Laffer curve.

6. If the benefits from an antipoverty program are phased out as an individual's income increases, then the program will
   a. encourage greater work effort from the poor.
   b. lead to an excess supply of labor among unskilled workers.
   c. increase the effective marginal tax rate that the poor face.
   d. cost the government more than a program that benefits everyone.

## SUMMARY

- Data on the distribution of income show a wide disparity in U.S. society. The richest fifth of families earns more than twelve times as much income as the poorest fifth.
- Because in-kind transfers, the economic life cycle, transitory income, and economic mobility are so important for understanding variation in income, it is difficult to gauge the degree of inequality in our society using data on the distribution of income in a single year. When these other factors are taken into account, they tend to suggest that economic well-being is more equally distributed than is annual income.
- Political philosophers differ in their views about the role of government in altering the distribution of income. Utilitarians (such as John Stuart Mill) would choose the distribution of income that maximizes the sum of utility of everyone in society. Liberals (such as John Rawls) would determine the distribution of income as if we were behind a "veil of ignorance" that prevented us from knowing our stations in life. Libertarians (such as Robert Nozick) would have the government enforce individual rights to ensure a fair process but then would not be concerned about inequality in the resulting distribution of income.
- Various policies aim to help the poor—minimum-wage laws, welfare, negative income taxes, and in-kind transfers. While these policies help alleviate poverty, they also have unintended side effects. Because financial assistance declines as income rises, the poor often face very high effective marginal tax rates, which discourage poor families from escaping poverty on their own.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## KEY CONCEPTS

poverty rate, p. 406
poverty line, p. 406
in-kind transfers, p. 407
life cycle, p. 407
permanent income, p. 408

utilitarianism, p. 410
utility, p. 410
liberalism, p. 411
maximin criterion, p. 411
social insurance, p. 411

libertarianism, p. 412
welfare, p. 414
negative income tax, p. 414

## QUESTIONS FOR REVIEW

1. Does the richest fifth of the U.S. population earn closer to three, six, or twelve times the income of the poorest fifth?

2. What has happened to the income share of the richest fifth of the U.S. population over the past 40 years?

3. What groups in the U.S. population are most likely to live in poverty?

4. When gauging the amount of inequality, why do transitory and life cycle variations in income cause difficulties?

5. How would a utilitarian, a liberal, and a libertarian each determine how much income inequality is permissible?

6. What are the pros and cons of in-kind (rather than cash) transfers to the poor?

7. Describe how antipoverty programs can discourage the poor from working. How might you reduce this disincentive? What are the disadvantages of your proposed policy?

## PROBLEMS AND APPLICATIONS

1. Table 2 shows that income inequality in the United States has increased since 1970. Some factors contributing to this increase were discussed in Chapter 19. What are they?

2. Table 3 shows that the percentage of children in families with income below the poverty line far exceeds the percentage of the elderly in such families. How might the allocation of government money across different social programs have contributed to this phenomenon?

3. This chapter discusses the importance of economic mobility.
   a. What policies might the government pursue to increase economic mobility *within* a generation?
   b. What policies might the government pursue to increase economic mobility *across* generations?
   c. Do you think we should reduce spending on current welfare programs to increase spending on programs that enhance economic mobility? What are some of the advantages and disadvantages of doing so?

4. Consider two communities. In one community, ten families have incomes of $100,000 each and ten families have incomes of $20,000 each. In the other community, ten families have incomes of $200,000 each and ten families have incomes of $22,000 each.
   a. In which community is the distribution of income more unequal? In which community is the problem of poverty likely to be worse?
   b. Which distribution of income would Rawls prefer? Explain.
   c. Which distribution of income do you prefer? Explain.
   d. Why might someone have the opposite preference?

5. This chapter uses the analogy of a "leaky bucket" to explain one constraint on the redistribution of income.
   a. What elements of the U.S. system for redistributing income create the leaks in the bucket? Be specific.
   b. Do you think that Republicans or Democrats generally believe that the bucket used for redistributing income is leakier? How does that belief affect their views about the amount of income redistribution that the government should undertake?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW     Document 9-1     Filed 07/31/23     Page 51 of 468

6. Suppose there are two possible income distributions in a society of ten people. In the first distribution, nine people have incomes of $30,000 and one person has an income of $10,000. In the second distribution, all ten people have incomes of $25,000.
   a. If the society had the first income distribution, what would be the utilitarian argument for redistributing income?
   b. Which income distribution would Rawls consider more equitable? Explain.
   c. Which income distribution would Nozick consider more equitable? Explain.

7. The poverty rate would be substantially lower if the market value of in-kind transfers were added to family income. The largest in-kind transfer is Medicaid, the government health program for the poor. Let's say the program costs $10,000 per recipient family.
   a. If the government gave each recipient family a $10,000 check instead of enrolling them in the Medicaid program, do you think that most of these families would spend that money to purchase health insurance? Why? (Recall that the poverty level for a family of four is about $23,000.)
   b. How does your answer to part (a) affect your view about whether we should determine the poverty rate by valuing in-kind transfers at the price the government pays for them? Explain.

   c. How does your answer to part (a) affect your view about whether we should provide assistance to the poor in the form of cash transfers or in-kind transfers? Explain.

8. Consider two of the income security programs in the United States: Temporary Assistance for Needy Families (TANF) and the Earned Income Tax Credit (EITC).
   a. When a woman with children and very low income earns an extra dollar, she receives less in TANF benefits. What do you think is the effect of this feature of TANF on the labor supply of low-income women? Explain.
   b. The EITC provides greater benefits as low-income workers earn more income (up to a point). What do you think is the effect of this program on the labor supply of low-income individuals? Explain.
   c. What are the disadvantages of eliminating TANF and allocating the savings to the EITC?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW     Document 9-1     Filed 07/31/23     Page 52 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW     Document 9-1     Filed 07/31/23     Page 53 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200- 3

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 55 of 468

# The Theory of Consumer Choice

**W**hen you walk into a store, you are confronted with thousands of goods that you might buy. Because your financial resources are limited, however, you cannot buy everything that you want. You therefore consider the prices of the various goods offered for sale and buy a bundle of goods that, given your resources, best suits your needs and desires.

In this chapter, we develop a theory that describes how consumers make decisions about what to buy. Thus far in this book, we have summarized consumers' decisions with the demand curve. As we have seen, the demand curve for a good



Copyright 2018 Cengage Learning. All Rights Reserved.

reflects consumers' willingness to pay for that good. When the price rises, consumers are willing to pay for fewer units, so the quantity demanded falls. We now look more deeply at the decisions that lie behind the demand curve. The theory of consumer choice presented in this chapter provides a more complete understanding of demand, just as the theory of the competitive firm in Chapter 14 provides a more complete understanding of supply.

One of the *Ten Principles of Economics* discussed in Chapter 1 is that people face trade-offs. The theory of consumer choice examines the trade-offs that people face as consumers. When a consumer buys more of one good, she can afford less of other goods. When she spends more time enjoying leisure and less time working, she has lower income and therefore lower consumption. When she spends more of her income in the present and saves less of it, she reduces the amount she will be able to consume in the future. The theory of consumer choice examines how consumers facing these trade-offs make decisions and how they respond to changes in their environment.

After developing the basic theory of consumer choice, we apply it to three questions about household decisions. In particular, we ask:

- Do all demand curves slope downward?
- How do wages affect labor supply?
- How do interest rates affect household saving?

At first, these questions might seem unrelated. But as we will see, we can use the theory of consumer choice to address each of them.

## 21-1   The Budget Constraint: What the Consumer Can Afford

Most people would like to increase the quantity or quality of the goods they consume—to take longer vacations, drive fancier cars, or eat at better restaurants. People consume less than they desire because their spending is *constrained*, or limited, by their income. We begin our study of consumer choice by examining this link between income and spending.

To keep things simple, we examine the decision facing a consumer who buys only two goods: pizza and Pepsi. Of course, real people buy thousands of different kinds of goods. Assuming there are only two goods greatly simplifies the problem without altering the basic insights about consumer choice.

We first consider how the consumer's income constrains the amount she spends on pizza and Pepsi. Suppose the consumer has an income of $1,000 per month and spends her entire income on pizza and Pepsi. The price of a pizza is $10, and the price of a liter of Pepsi is $2.

The table in Figure 1 shows some of the many combinations of pizza and Pepsi that the consumer can buy. The first row in the table shows that if the consumer spends all her income on pizza, she can eat 100 pizzas during the month, but she would not be able to buy any Pepsi at all. The second row shows another possible consumption bundle: 90 pizzas and 50 liters of Pepsi. And so on. Each consumption bundle in the table costs exactly $1,000.

The graph in Figure 1 illustrates the consumption bundles that the consumer can choose. The vertical axis measures the number of liters of Pepsi, and the horizontal axis measures the number of pizzas. Three points are marked on this

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

The budget constraint shows the various bundles of goods that the consumer can buy for a given income. Here the consumer buys bundles of pizza and Pepsi. The table and graph show what the consumer can afford if her income is $1,000, the price of pizza is $10, and the price of Pepsi is $2.

| Number of Pizzas | Liters of Pepsi | Spending on Pizza | Spending on Pepsi | Total Spending |
|---|---|---|---|---|
| 100 | 0 | $1,000 | $ 0 | $1,000 |
| 90 | 50 | 900 | 100 | 1,000 |
| 80 | 100 | 800 | 200 | 1,000 |
| 70 | 150 | 700 | 300 | 1,000 |
| 60 | 200 | 600 | 400 | 1,000 |
| 50 | 250 | 500 | 500 | 1,000 |
| 40 | 300 | 400 | 600 | 1,000 |
| 30 | 350 | 300 | 700 | 1,000 |
| 20 | 400 | 200 | 800 | 1,000 |
| 10 | 450 | 100 | 900 | 1,000 |
| 0 | 500 | 0 | 1,000 | 1,000 |



**FIGURE 1**

**The Consumer's Budget Constraint**

figure. At point A, the consumer buys no Pepsi and consumes 100 pizzas. At point B, the consumer buys no pizza and consumes 500 liters of Pepsi. At point C, the consumer buys 50 pizzas and 250 liters of Pepsi. Point C, which is exactly at the middle of the line from A to B, is the point at which the consumer spends an equal amount ($500) on pizza and Pepsi. These are only three of the many combinations of pizza and Pepsi that the consumer can choose. All the points on the line from A to B are possible. This line, called the **budget constraint**, shows the consumption bundles that the consumer can afford. In this case, it shows the trade-off between pizza and Pepsi that the consumer faces.

The slope of the budget constraint measures the rate at which the consumer can trade one good for the other. Recall that the slope between two points is calculated as the change in the vertical distance divided by the change in the horizontal distance ("rise over run"). From point A to point B, the vertical distance is 500 liters, and the horizontal distance is 100 pizzas. Thus, the slope is 5 liters per pizza. (Actually, because the budget constraint slopes downward, the slope is a negative number. But for our purposes we can ignore the minus sign.)

Notice that the slope of the budget constraint equals the *relative price* of the two goods—the price of one good compared to the price of the other. A pizza costs five times as much as a liter of Pepsi, so the opportunity cost of a pizza is 5 liters of Pepsi. The budget constraint's slope of 5 reflects the trade-off the market is offering the consumer: 1 pizza for 5 liters of Pepsi.

**budget constraint**
the limit on the consumption bundles that a consumer can afford

**QuickQuiz** *Draw the budget constraint for a person with income of $1,000 if the price of Pepsi is $5 and the price of pizza is $10. What is the slope of this budget constraint?*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 21-2   Preferences: What the Consumer Wants

Our goal in this chapter is to understand how consumers make choices. The budget constraint is one piece of the analysis: It shows the combinations of goods the consumer can afford given her income and the prices of the goods. The consumer's choices, however, depend not only on her budget constraint but also on her preferences regarding the two goods. Therefore, the consumer's preferences are the next piece of our analysis.

### 21-2a   Representing Preferences with Indifference Curves

The consumer's preferences allow her to choose among different bundles of pizza and Pepsi. If you offer the consumer two different bundles, she chooses the bundle that best suits her tastes. If the two bundles suit her tastes equally well, we say that the consumer is *indifferent* between the two bundles.

Just as we have represented the consumer's budget constraint graphically, we can also represent her preferences graphically. We do this with indifference curves. An **indifference curve** shows the various bundles of consumption that make the consumer equally happy. In this case, the indifference curves show the combinations of pizza and Pepsi with which the consumer is equally satisfied.

Figure 2 shows two of the consumer's many indifference curves. The consumer is indifferent among combinations A, B, and C because they are all on the same curve. Not surprisingly, if the consumer's consumption of pizza is reduced, say, from point A to point B, consumption of Pepsi must increase to keep her equally happy. If consumption of pizza is reduced again, from point B to point C, the amount of Pepsi consumed must increase yet again.

The slope at any point on an indifference curve equals the rate at which the consumer is willing to substitute one good for the other. This rate is called the **marginal rate of substitution** (*MRS*). In this case, the marginal rate of substitution measures how much Pepsi the consumer requires to be compensated for a one-unit reduction in pizza consumption. Notice that because the indifference curves are not straight lines, the marginal rate of substitution is not the same at all points on a given indifference curve. The rate at which a consumer is willing to trade one good for the other depends on the amounts of the goods she is already consuming. In other words, the rate at which a consumer is willing to trade pizza

**indifference curve**
a curve that shows consumption bundles that give the consumer the same level of satisfaction

**marginal rate of substitution**
the rate at which a consumer is willing to trade one good for another



## FIGURE 2

### The Consumer's Preferences

The consumer's preferences are represented with indifference curves, which show the combinations of pizza and Pepsi that make the consumer equally satisfied. Because the consumer prefers more of a good, points on a higher indifference curve ($I_2$) are preferred to points on a lower indifference curve ($I_1$). The marginal rate of substitution (*MRS*) shows the rate at which the consumer is willing to trade Pepsi for pizza. It measures the quantity of Pepsi the consumer must be given in exchange for 1 pizza.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

for Pepsi depends on whether she is hungrier or thirstier, which in turn depends on her current consumption of pizza and Pepsi.

The consumer is equally happy at all points on any given indifference curve, but she prefers some indifference curves to others. Because she prefers more consumption to less, higher indifference curves are preferred to lower ones. In Figure 2, any point on curve $I_2$ is preferred to any point on curve $I_1$.

A consumer's set of indifference curves gives a complete ranking of the consumer's preferences. That is, we can use the indifference curves to rank any two bundles of goods. For example, the indifference curves tell us that point D is preferred to point A because point D is on a higher indifference curve than point A. (That conclusion may be obvious, however, because point D offers the consumer both more pizza and more Pepsi.) The indifference curves also tell us that point D is preferred to point C because point D is on a higher indifference curve. Even though point D has less Pepsi than point C, it has more than enough extra pizza to make the consumer prefer it. By seeing which point is on the higher indifference curve, we can use the set of indifference curves to rank any combination of pizza and Pepsi.

### 21-2b Four Properties of Indifference Curves

Because indifference curves represent a consumer's preferences, they have certain properties that reflect those preferences. Here we consider four properties that describe most indifference curves:

- *Property 1: Higher indifference curves are preferred to lower ones.* People usually prefer to consume more rather than less. This preference for greater quantities is reflected in the indifference curves. As Figure 2 shows, higher indifference curves represent larger quantities of goods than lower indifference curves. Thus, the consumer prefers being on higher indifference curves.
- *Property 2: Indifference curves are downward-sloping.* The slope of an indifference curve reflects the rate at which the consumer is willing to substitute one good for the other. In most cases, the consumer likes both goods. Therefore, if the quantity of one good is reduced, the quantity of the other good must increase for the consumer to be equally happy. For this reason, most indifference curves slope downward.
- *Property 3: Indifference curves do not cross.* To see why this is true, suppose that two indifference curves did cross, as in Figure 3. Then, because point A



**Quantity of Pepsi**

**Quantity of Pizza**

### FIGURE 3

**The Impossibility of Intersecting Indifference Curves**
A situation like this can never happen. According to these indifference curves, the consumer would be equally satisfied at points A, B, and C, even though point C has more of both goods than point A.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-201

is on the same indifference curve as point B, the two points would make the consumer equally happy. In addition, because point B is on the same indifference curve as point C, these two points would make the consumer equally happy. But these conclusions imply that points A and C would also make the consumer equally happy, even though point C has more of both goods. This contradicts our assumption that the consumer always prefers more of both goods to less. Thus, indifference curves cannot cross.

- *Property 4: Indifference curves are bowed inward.* The slope of an indifference curve is the marginal rate of substitution—the rate at which the consumer is willing to trade off one good for the other. The marginal rate of substitution (*MRS*) usually depends on the amount of each good the consumer is currently consuming. In particular, because people are more willing to trade away goods that they have in abundance and less willing to trade away goods of which they have little, the indifference curves are bowed inward toward the graph's origin. As an example, consider Figure 4. At point A, because the consumer has a lot of Pepsi and only a little pizza, she is very hungry but not very thirsty. To induce the consumer to give up 1 pizza, she has to be given 6 liters of Pepsi: The *MRS* is 6 liters per pizza. By contrast, at point B, the consumer has little Pepsi and a lot of pizza, so she is very thirsty but not very hungry. At this point, she would be willing to give up 1 pizza to get 1 liter of Pepsi: The *MRS* is 1 liter per pizza. Thus, the bowed shape of the indifference curve reflects the consumer's greater willingness to give up a good that she already has a lot of.

### 21-2c Two Extreme Examples of Indifference Curves

The shape of an indifference curve reveals the consumer's willingness to trade one good for the other. When the goods are easy to substitute for each other, the indifference curves are less bowed; when the goods are hard to substitute, the



## FIGURE 4

**Bowed Indifference Curves**

Indifference curves are usually bowed inward. This shape implies that the marginal rate of substitution (*MRS*) depends on the quantity of the two goods the consumer is currently consuming. At point A, the consumer has little pizza and much Pepsi, so she requires a lot of extra Pepsi to induce her to give up one of the pizzas: The *MRS* is 6 liters of Pepsi per pizza. At point B, the consumer has much pizza and little Pepsi, so she requires only a little extra Pepsi to induce her to give up one of the pizzas: The *MRS* is 1 liter of Pepsi per pizza.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

indifference curves are very bowed. To see why this is true, let's consider the extreme cases.

**Perfect Substitutes**   Suppose that someone offered you bundles of nickels and dimes. How would you rank the different bundles?

Most likely, you would care only about the total monetary value of each bundle. If so, you would always be willing to trade 2 nickels for 1 dime. Your marginal rate of substitution between nickels and dimes would be a fixed number: $MRS = 2$, regardless of the number of nickels and dimes in the bundle.

We can represent your preferences for nickels and dimes with the indifference curves in panel (a) of Figure 5. Because the marginal rate of substitution is constant, the indifference curves are straight lines. In this extreme case of straight indifference curves, we say that the two goods are **perfect substitutes**.

**Perfect Complements**   Suppose now that someone offered you bundles of shoes. Some of the shoes fit your left foot, others your right foot. How would you rank these different bundles?

In this case, you might care only about the number of pairs of shoes. In other words, you would judge a bundle based on the number of pairs you could assemble from it. A bundle of 5 left shoes and 7 right shoes yields only 5 pairs. Getting 1 more right shoe has no value if there is no left shoe to go with it.

We can represent your preferences for right and left shoes with the indifference curves in panel (b) of Figure 5. In this case, a bundle with 5 left shoes and 5 right shoes is just as good as a bundle with 5 left shoes and 7 right shoes. It is also just as good as a bundle with 7 left shoes and 5 right shoes. The indifference curves, therefore, are right angles. In this extreme case of right-angle indifference curves, we say that the two goods are **perfect complements**.

**perfect substitutes**
two goods with straight-line indifference curves

**perfect complements**
two goods with right-angle indifference curves

When two goods are easily substitutable, such as nickels and dimes, the indifference curves are straight lines, as shown in panel (a). When two goods are strongly complementary, such as left shoes and right shoes, the indifference curves are right angles, as shown in panel (b).

**FIGURE 5**

**Perfect Substitutes and Perfect Complements**



(a) Perfect Substitutes



(b) Perfect Complements

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

In the real world, of course, most goods are neither perfect substitutes (like nickels and dimes) nor perfect complements (like right shoes and left shoes). More typically, the indifference curves are bowed inward, but not so bowed that they become right angles.

**QuickQuiz**   *Draw some indifference curves for pizza and Pepsi. Explain the four properties of these indifference curves.*

## 21-3 Optimization: What the Consumer Chooses

The goal of this chapter is to understand how a consumer makes choices. We have the two pieces necessary for this analysis: the consumer's budget constraint (how much she can afford to spend) and the consumer's preferences (what she wants to spend it on). Now we put these two pieces together and consider the consumer's decision about what to buy.

### 21-3a The Consumer's Optimal Choices

Once again, consider our pizza and Pepsi example. The consumer would like to end up with the best possible combination of pizza and Pepsi for her—that is, the combination on her highest possible indifference curve. But the consumer must also end up on or below her budget constraint, which measures the total resources available to her.

Figure 6 shows the consumer's budget constraint and three of her many indifference curves. The highest indifference curve that the consumer can reach ($I_2$ in the figure) is the one that just barely touches her budget constraint. The point at which this indifference curve and the budget constraint touch is called the *optimum*. The consumer would prefer point A, but she cannot afford that point because it lies above her budget constraint. The consumer can afford point B, but that point is on a lower indifference curve and, therefore, provides the consumer less satisfaction. The optimum represents the best combination of pizza and Pepsi available to the consumer.

### FIGURE 6

**The Consumer's Optimum**
The consumer chooses the point on her budget constraint that lies on the highest indifference curve. At this point, called the optimum, the marginal rate of substitution equals the relative price of the two goods. Here the highest indifference curve the consumer can reach is $I_2$. The consumer prefers point A, which lies on indifference curve $I_3$, but she cannot afford this bundle of pizza and Pepsi. By contrast, point B is affordable, but because it lies on a lower indifference curve, the consumer does not prefer it.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Notice that, at the optimum, the slope of the indifference curve equals the slope of the budget constraint. We say that the indifference curve is *tangent* to the budget constraint. The slope of the indifference curve is the marginal rate of substitution between pizza and Pepsi, and the slope of the budget constraint is the relative price of pizza and Pepsi. Thus, *the consumer chooses consumption of the two goods so that the marginal rate of substitution equals the relative price.*

In Chapter 7, we saw how market prices reflect the marginal value that consumers place on goods. This analysis of consumer choice shows the same result in another way. In making her consumption choices, the consumer takes the relative price of the two goods as given and then chooses an optimum at which her marginal rate of substitution equals this relative price. The relative price is the rate at which the *market* is willing to trade one good for the other, whereas the marginal rate of substitution is the rate at which the *consumer* is willing to trade one good for the other. At the consumer's optimum, the consumer's valuation of the

---

**FYI**

## Utility: An Alternative Way to Describe Preferences and Optimization



We have used indifference curves to represent the consumer's preferences. Another common way to represent preferences is with the concept of *utility*. Utility is an abstract measure of the satisfaction or happiness that a consumer receives from a bundle of goods. Economists say that a consumer prefers one bundle of goods to another if one provides more utility than the other.

Indifference curves and utility are closely related. Because the consumer prefers points on higher indifference curves, bundles of goods on higher indifference curves provide higher utility. Because the consumer is equally happy with all points on the same indifference curve, all these bundles provide the same utility. You can think of an indifference curve as an "equal-utility" curve.

The *marginal utility* of any good is the increase in utility that the consumer gets from an additional unit of that good. Most goods are assumed to exhibit *diminishing marginal utility*: The more of the good the consumer already has, the lower the marginal utility provided by an extra unit of that good.

The marginal rate of substitution between two goods depends on their marginal utilities. For example, if the marginal utility of good X is twice the marginal utility of good Y, then a person would need 2 units of good Y to compensate for losing 1 unit of good X, and the *MRS* equals 2. More generally, the marginal rate of substitution (and thus the slope of the indifference curve) equals the marginal utility of one good divided by the marginal utility of the other good.

Utility analysis provides another way to describe consumer optimization. Recall that, at the consumer's optimum, the marginal rate of substitution equals the ratio of prices. That is,

$$MRS = P_X/P_Y.$$

Because the marginal rate of substitution equals the ratio of marginal utilities, we can write this condition for optimization as

$$MU_X/MU_Y = P_X/P_Y.$$

Now rearrange this expression to become

$$MU_X/P_X = MU_Y/P_Y.$$

This equation has a simple interpretation: At the optimum, the marginal utility per dollar spent on good X equals the marginal utility per dollar spent on good Y. If this equality did not hold, the consumer could increase utility by spending less on the good that provided lower marginal utility per dollar and more on the good that provided higher marginal utility per dollar.

When economists discuss the theory of consumer choice, they sometimes express the theory using different words. One economist might say that the goal of the consumer is to maximize utility. Another economist might say that the goal of the consumer is to end up on the highest possible indifference curve. The first economist would conclude that at the consumer's optimum, the marginal utility per dollar is the same for all goods, whereas the second would conclude that the indifference curve is tangent to the budget constraint. In essence, these are two ways of saying the same thing. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

two goods (as measured by the marginal rate of substitution) equals the market's valuation (as measured by the relative price). As a result of this consumer optimization, market prices of different goods reflect the value that consumers place on those goods.

### 21-3b How Changes in Income Affect the Consumer's Choices

Now that we have seen how the consumer makes a consumption decision, let's examine how this decision responds to changes in the consumer's income. To be specific, suppose that income increases. With higher income, the consumer can afford more of both goods. The increase in income, therefore, shifts the budget constraint outward, as in Figure 7. Because the relative price of the two goods has not changed, the slope of the new budget constraint is the same as the slope of the initial budget constraint. That is, an increase in income leads to a parallel shift in the budget constraint.

The expanded budget constraint allows the consumer to choose a better combination of pizza and Pepsi, one that is on a higher indifference curve. Given the shift in the budget constraint and the consumer's preferences as represented by her indifference curves, the consumer's optimum moves from the point labeled "initial optimum" to the point labeled "new optimum."

Notice that, in Figure 7, the consumer chooses to consume more Pepsi and more pizza. The logic of the model does not require increased consumption of both goods in response to increased income, but this situation is the most common. As you may recall from Chapter 4, if a consumer wants more of a good when her income rises, economists call it a **normal good**. The indifference curves in Figure 7 are drawn under the assumption that both pizza and Pepsi are normal goods.

**normal good**
a good for which an increase in income raises the quantity demanded



### FIGURE 7

**An Increase in Income**
When the consumer's income rises, the budget constraint shifts outward. If both goods are normal goods, the consumer responds to the increase in income by buying more of both of them. Here the consumer buys more pizza and more Pepsi.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 8**

**An Inferior Good**

A good is inferior if the consumer buys less of it when her income rises. Here Pepsi is an inferior good: When the consumer's income increases and the budget constraint shifts outward, the consumer buys more pizza but less Pepsi.

Figure 8 shows an example in which an increase in income induces the consumer to buy more pizza but less Pepsi. If a consumer buys less of a good when her income rises, economists call it an **inferior good**. Figure 8 is drawn under the assumption that pizza is a normal good and Pepsi is an inferior good.

Although most goods in the world are normal goods, there are some inferior goods as well. An example is bus rides. As income increases, consumers are more likely to own cars or take taxis and less likely to ride the bus. Bus rides, therefore, are an inferior good.

**inferior good**
a good for which an increase in income reduces the quantity demanded

### 21-3c How Changes in Prices Affect the Consumer's Choices

Let's now use this model of consumer choice to consider how a change in the price of one of the goods alters the consumer's choices. Suppose, in particular, that the price of Pepsi falls from $2 to $1 per liter. It is no surprise that the lower price expands the consumer's set of buying opportunities. In other words, a fall in the price of any good shifts the budget constraint outward.

Figure 9 considers more specifically how the fall in price affects the budget constraint. If the consumer spends her entire $1,000 income on pizza, then the price of Pepsi is irrelevant. Thus, point A in the figure stays the same. Yet if the consumer spends her entire income of $1,000 on Pepsi, she can now buy 1,000 liters rather than only 500. Thus, the endpoint of the budget constraint moves from point B to point D.

Notice that in this case the outward shift in the budget constraint changes its slope. (This differs from what happened previously when prices stayed the same but the consumer's income changed.) As we have discussed, the slope of the budget constraint reflects the relative price of pizza and Pepsi. Because the price of Pepsi has fallen to $1 from $2, while the price of pizza has remained $10, the consumer can now trade a pizza for 10 rather than 5 liters of Pepsi. As a result, the new budget constraint has a steeper slope.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## FIGURE 9

**A Change in Price**

When the price of Pepsi falls, the consumer's budget constraint shifts outward and changes slope. The consumer moves from the initial optimum to the new optimum, which changes her purchases of both pizza and Pepsi. In this case, the quantity of Pepsi consumed rises, and the quantity of pizza consumed falls.

How such a change in the budget constraint alters the consumption of both goods depends on the consumer's preferences. For the indifference curves drawn in this figure, the consumer buys more Pepsi and less pizza.

### 21-3d  Income and Substitution Effects

The impact of a change in the price of a good on consumption can be decomposed into two effects: an **income effect** and a **substitution effect**. To see what these two effects are, consider how our consumer might respond when she learns that the price of Pepsi has fallen. She might reason in the following ways:

**income effect**

the change in consumption that results when a price change moves the consumer to a higher or lower indifference curve

- "Great news! Now that Pepsi is cheaper, my income has greater purchasing power. I am, in effect, richer than I was. Because I am richer, I can buy both more pizza and more Pepsi." (This is the income effect.)
- "Now that the price of Pepsi has fallen, I get more liters of Pepsi for every pizza that I give up. Because pizza is now relatively more expensive, I should buy less pizza and more Pepsi." (This is the substitution effect.)

**substitution effect**

the change in consumption that results when a price change moves the consumer along a given indifference curve to a point with a new marginal rate of substitution

Which statement do you find more compelling?

In fact, both of these statements make sense. The decrease in the price of Pepsi makes the consumer better off. If pizza and Pepsi are both normal goods, the consumer will want to spread this improvement in her purchasing power over both goods. This income effect tends to make the consumer buy more pizza and more Pepsi. Yet at the same time, consumption of Pepsi has become less expensive relative to consumption of pizza. This substitution effect tends to make the consumer choose less pizza and more Pepsi.

Now consider the result of these two effects working at the same time. The consumer certainly buys more Pepsi because the income and substitution effects both act to increase purchases of Pepsi. But for pizza, the income and substitution effects work in opposite directions. As a result, whether the consumer buys more

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

| Good | Income Effect | Substitution Effect | Total Effect | TABLE 1 |
|------|--------------|--------------------|--------------|---------|
| Pepsi | Consumer is richer, so she buys more Pepsi. | Pepsi is relatively cheaper, so consumer buys more Pepsi. | Income and substitution effects act in the same direction, so consumer buys more Pepsi. | **Income and Substitution Effects When the Price of Pepsi Falls** |
| Pizza | Consumer is richer, so she buys more pizza. | Pizza is relatively more expensive, so consumer buys less pizza. | Income and substitution effects act in opposite directions, so the total effect on pizza consumption is ambiguous. | |

or less pizza is not clear. The outcome could go either way, depending on the sizes of the income and substitution effects. Table 1 summarizes these conclusions.

We can interpret the income and substitution effects using indifference curves. *The income effect is the change in consumption that results from the movement to a new indifference curve. The substitution effect is the change in consumption that results from moving to a new point on the same indifference curve with a different marginal rate of substitution.*

Figure 10 shows graphically how to decompose the change in the consumer's decision into the income effect and the substitution effect. When the price of Pepsi falls, the consumer moves from the initial optimum, point A, to the new optimum, point C. We can view this change as occurring in two steps. First, the consumer moves *along* the initial indifference curve, $I_1$, from point A to point B. The consumer



**FIGURE 10**

**Income and Substitution Effects**
The effect of a change in price can be broken down into an income effect and a substitution effect. The substitution effect—the movement along an indifference curve to a point with a different marginal rate of substitution—is shown here as the change from point A to point B along indifference curve $I_1$. The income effect—the shift to a higher indifference curve—is shown here as the change from point B on indifference curve $I_1$ to point C on indifference curve $I_2$.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

is equally happy at these two points, but at point B, the marginal rate of substitution reflects the new relative price. (The dashed line through point B is parallel to the new budget constraint and thus reflects the new relative price.) Next, the consumer *shifts* to the higher indifference curve, $I_2$, by moving from point B to point C. Even though point B and point C are on different indifference curves, they have the same marginal rate of substitution. That is, the slope of the indifference curve $I_1$ at point B equals the slope of the indifference curve $I_2$ at point C.

The consumer never actually chooses point B, but this hypothetical point is useful to clarify the two effects that determine the consumer's decision. Notice that the change from point A to point B represents a pure change in the marginal rate of substitution without any change in the consumer's welfare. Similarly, the change from point B to point C represents a pure change in welfare without any change in the marginal rate of substitution. Thus, the movement from A to B shows the substitution effect, and the movement from B to C shows the income effect.

### 21-3e  Deriving the Demand Curve

We have just seen how changes in the price of a good alter the consumer's budget constraint and, therefore, the quantities of the two goods that she chooses to buy. The demand curve for any good reflects these consumption decisions. Recall that a demand curve shows the quantity demanded of a good for any given price. We can view a consumer's demand curve as a summary of the optimal decisions that arise from her budget constraint and indifference curves.

For example, Figure 11 considers the demand for Pepsi. Panel (a) shows that when the price of a liter falls from $2 to $1, the consumer's budget constraint shifts outward. Because of both income and substitution effects, the consumer increases her purchases of Pepsi from 250 to 750 liters. Panel (b) shows the demand curve



**FIGURE 11**

**Deriving the Demand Curve**

Panel (a) shows that when the price of Pepsi falls from $2 to $1, the consumer's optimum moves from point A to point B, and the quantity of Pepsi consumed rises from 250 to 750 liters. The demand curve in panel (b) reflects this relationship between the price and the quantity demanded.

**(a) The Consumer's Optimum**

**(b) The Demand Curve for Pepsi**

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

that results from this consumer's decisions. In this way, the theory of consumer choice provides the theoretical foundation for the consumer's demand curve.

It may be comforting to know that the demand curve arises naturally from the theory of consumer choice, but this exercise by itself does not justify developing the theory. There is no need for a rigorous, analytic framework just to establish that people respond to changes in prices. The theory of consumer choice is, however, useful in studying various decisions that people make as they go about their lives, as we see in the next section.

**QuickQuiz** *Draw a budget constraint and indifference curves for pizza and Pepsi. Show what happens to the budget constraint and the consumer's optimum when the price of pizza rises. In your diagram, decompose the change into an income effect and a substitution effect.*

# 21-4 Three Applications

Now that we have developed the basic theory of consumer choice, let's use it to shed light on three questions about how the economy works. These three questions might at first seem unrelated. But because each question involves household decision making, we can address it with the model of consumer behavior we have just developed.

### 21-4a Do All Demand Curves Slope Downward?

Normally, when the price of a good rises, people buy less of it. This typical behavior, called the *law of demand*, is reflected in the downward slope of the demand curve.

As a matter of economic theory, however, demand curves can sometimes slope upward. In other words, consumers can sometimes violate the law of demand and buy *more* of a good when the price rises. To see how this can happen, consider Figure 12. In this example, the consumer buys two goods—meat and potatoes.



**FIGURE 12**

**A Giffen Good**
In this example, when the price of potatoes rises, the consumer's optimum shifts from point C to point E. In this case, the consumer responds to a higher price of potatoes by buying less meat and more potatoes.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Initially, the consumer's budget constraint is the line from point A to point B. The optimum is point C. When the price of potatoes rises, the budget constraint shifts inward and is now the line from point A to point D. The optimum is now point E. Notice that a rise in the price of potatoes has led the consumer to buy a larger quantity of potatoes.

Why is the consumer responding in this strange way? In this example, potatoes are a strongly inferior good; that is, potatoes are a good that a person buys a lot less of when her income rises and a lot more of when her income falls. In Figure 12, the increase in the price of potatoes makes the consumer poorer; that is, the higher price puts her on a lower indifference curve. Because she is poorer and potatoes are an inferior good, the income effect makes her want to buy less meat and more potatoes. At the same time, because the potatoes have become more expensive relative to meat, the substitution effect makes the consumer want to buy more meat and fewer potatoes. If the income effect is much larger than the substitution effect, as it is in this example, the consumer responds to the higher price of potatoes by buying less meat and more potatoes.

**Giffen good**

a good for which an increase in the price raises the quantity demanded

Economists use the term **Giffen good** to describe a good that violates the law of demand. (The term is named for economist Robert Giffen, who first noted this possibility.) In this example, potatoes are a Giffen good. Giffen goods are inferior goods for which the income effect dominates the substitution effect. Therefore, they have demand curves that slope upward.

**CASE STUDY**

**THE SEARCH FOR GIFFEN GOODS**

Have any actual Giffen goods ever been observed? Some historians suggest that potatoes were a Giffen good during the Irish potato famine of the 19th century. Potatoes were such a large part of people's diet that when the price of potatoes rose, the change had a large income effect. People responded to their reduced living standard by cutting back on the luxury of meat and buying more of the staple food of potatoes. Thus, it is argued that a higher price of potatoes actually raised the quantity of potatoes demanded.

A study by Robert Jensen and Nolan Miller, published in the *American Economic Review* in 2008, produced similar but more concrete evidence for the existence of Giffen goods. These two economists conducted a field experiment for five months in the Chinese province of Hunan. They gave randomly selected households vouchers that subsidized the purchase of rice, a staple in local diets, and used surveys to measure how consumption of rice responded to changes in the price. They found strong evidence that poor households exhibited Giffen behavior. Lowering the price of rice with the subsidy voucher caused households to reduce their consumption of rice, and removing the subsidy had the opposite effect. Jensen and Miller wrote, "To the best of our knowledge, this is the first rigorous empirical evidence of Giffen behavior."

Thus, the theory of consumer choice allows demand curves to slope upward, and sometimes that strange phenomenon actually occurs. As a result, the law of demand we first saw in Chapter 4 is not completely reliable. It is safe to say, however, that Giffen goods are very rare. ●

## 21-4b  How Do Wages Affect Labor Supply?

So far, we have used the theory of consumer choice to analyze how a person allocates income between two goods. We can apply the same theory to analyze how a person allocates time. People spend some of their time enjoying leisure and

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

some of it working so they can afford to buy consumption goods. The essence of the time-allocation problem is the trade-off between leisure and consumption.

Consider the decision facing Kayla, a freelance software designer. Kayla is awake for 100 hours per week. She spends some of this time enjoying leisure—playing *Minecraft*, watching *The Bachelor* on television, and reading this textbook. She spends the rest of this time at her computer developing software. For every hour she works developing software, she earns $50, which she spends on consumption goods—food, clothing, and music downloads. Her hourly wage of $50 reflects the trade-off Kayla faces between leisure and consumption. For every hour of leisure she gives up, she works one more hour and gets $50 of consumption.

Figure 13 shows Kayla's budget constraint. If she spends all 100 hours enjoying leisure, she has no consumption. If she spends all 100 hours working, she earns a weekly consumption of $5,000 but has no time for leisure. If she works a 40-hour week, she enjoys 60 hours of leisure and has weekly consumption of $2,000.

Figure 13 uses indifference curves to represent Kayla's preferences for consumption and leisure. Here consumption and leisure are the two "goods" between which Kayla is choosing. Because Kayla always prefers more leisure and more consumption, she prefers points on higher indifference curves to points on lower ones. At a wage of $50 per hour, Kayla chooses a combination of consumption and leisure represented by the point labeled "optimum." This is the point on the budget constraint that is on the highest possible indifference curve, $I_2$.

Now consider what happens when Kayla's wage increases from $50 to $60 per hour. Figure 14 illustrates two possible outcomes. In each case, the budget constraint, shown in the left graphs, shifts outward from $BC_1$ to $BC_2$. In the process, the budget constraint becomes steeper, reflecting the change in relative price: At the higher wage, Kayla earns more consumption for every hour of leisure that she gives up.

Kayla's preferences, as represented by her indifference curves, determine how her choice regarding consumption and leisure responds to the higher wage. In both panels, consumption rises. Yet the response of leisure to the change in the



FIGURE **13**

**The Work-Leisure Decision**
This figure shows Kayla's budget constraint for deciding how much to work, her indifference curves for consumption and leisure, and her optimum.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 03-200-203

## FIGURE 14

**An Increase in the Wage**

The two panels of this figure show how a person might respond to an increase in the wage. The graphs on the left show the consumer's initial budget constraint, $BC_1$, and new budget constraint, $BC_2$, as well as the consumer's optimal choices over consumption and leisure. The graphs on the right show the resulting labor-supply curve. Because hours worked equal total hours available minus hours of leisure, any change in leisure implies an opposite change in the quantity of labor supplied. In panel (a), when the wage rises, consumption rises and leisure falls, resulting in a labor-supply curve that slopes upward. In panel (b), when the wage rises, both consumption and leisure rise, resulting in a labor-supply curve that slopes backward.



wage is different in the two cases. In panel (a), Kayla responds to the higher wage by enjoying less leisure. In panel (b), Kayla responds by enjoying more leisure.

Kayla's decision between leisure and consumption determines her supply of labor because the more leisure she enjoys, the less time she has left to work. In each panel of Figure 14, the right graph shows the labor-supply curve implied by Kayla's decision. In panel (a), a higher wage induces Kayla to enjoy less leisure

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

and work more, so the labor-supply curve slopes upward. In panel (b), a higher wage induces Kayla to enjoy more leisure and work less, so the labor-supply curve slopes "backward."

At first, the backward-sloping labor-supply curve is puzzling. Why would a person respond to a higher wage by working less? The answer comes from considering the income and substitution effects of a higher wage.

Consider first the substitution effect. When Kayla's wage rises, leisure becomes more expensive relative to consumption, and this encourages Kayla to substitute away from leisure and toward consumption. In other words, the substitution effect induces Kayla to work more in response to higher wages, which tends to make the labor-supply curve slope upward.

Now consider the income effect. When Kayla's wage rises, she moves to a higher indifference curve. She is now better off than she was. As long as consumption and leisure are both normal goods, she tends to want to use this increase in well-being to enjoy both higher consumption and greater leisure. In other words, the income effect induces her to work less, which tends to make the labor-supply curve slope backward.

In the end, economic theory does not give a clear prediction about whether an increase in the wage induces Kayla to work more or less. If the substitution effect is greater than the income effect, she works more. If the income effect is greater than the substitution effect, she works less. The labor-supply curve, therefore, could be either upward- or backward-sloping.

**CASE STUDY**

### INCOME EFFECTS ON LABOR SUPPLY: HISTORICAL TRENDS, LOTTERY WINNERS, AND THE CARNEGIE CONJECTURE

The idea of a backward-sloping labor-supply curve might at first seem like a mere theoretical curiosity, but in fact it is not. Evidence indicates that the labor-supply curve, considered over long periods, does indeed slope backward. A hundred years ago, many people worked six days a week. Today, five-day workweeks are the norm. At the same time that the length of the workweek has been falling, the wage of the typical worker (adjusted for inflation) has been rising.

Here is how economists explain this historical pattern: Over time, advances in technology raise workers' productivity and, thereby, the demand for labor. This increase in labor demand raises equilibrium wages. As wages rise, so does the reward for working. Yet rather than responding to this increased incentive by working more, most workers choose to take part of their greater prosperity in the form of more leisure. In other words, the income effect of higher wages dominates the substitution effect.

Further evidence that the income effect on labor supply is strong comes from a very different kind of data: winners of lotteries. Winners of large prizes in the lottery see large increases in their incomes and, as a result, large outward shifts in their budget constraints. Because the winners' wages have not changed, however, the *slopes* of their budget constraints remain the same. There is, therefore, no substitution effect. By examining the behavior of lottery winners, we can isolate the income effect on labor supply.

The results from studies of lottery winners are striking. Of those winners who win more than $50,000, almost 25 percent quit working within a year and another 9 percent reduce the number of hours they work. Of those winners who win more than $1 million, almost 40 percent stop working. The income effect on labor supply of winning such a large prize is substantial.



*"No more 9 to 5 for me."*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Similar results were found in a 1993 study, published in the *Quarterly Journal of Economics*, of how receiving a bequest affects a person's labor supply. The study found that a single person who inherits more than $150,000 is four times as likely to stop working as a single person who inherits less than $25,000. This finding would not have surprised the 19th-century industrialist Andrew Carnegie. Carnegie warned that "the parent who leaves his son enormous wealth generally deadens the talents and energies of the son, and tempts him to lead a less useful and less worthy life than he otherwise would." That is, Carnegie viewed the income effect on labor supply to be substantial and, from his paternalistic perspective, regrettable. During his life and at his death, Carnegie gave much of his vast fortune to charity. ●

### 21-4c How Do Interest Rates Affect Household Saving?

An important decision that every person faces is how much income to consume today and how much to save for the future. We can use the theory of consumer choice to analyze how people make this decision and how the amount they save depends on the interest rate their savings will earn.

Consider the decision facing Saul, a worker planning for retirement. To keep things simple, let's divide Saul's life into two periods. In the first period, Saul is young and working. In the second period, he is old and retired. When young, Saul earns $100,000. He divides this income between current consumption and saving. When he is old, Saul will consume what he has saved, including the interest that his savings have earned.

Suppose the interest rate is 10 percent. Then for every dollar that Saul saves when young, he can consume $1.10 when old. We can view "consumption when young" and "consumption when old" as the two goods that Saul must choose between. The interest rate determines the relative price of these two goods.

Figure 15 shows Saul's budget constraint. If he saves nothing, he consumes $100,000 when young and nothing when old. If he saves everything, he consumes nothing when young and $110,000 when old. The budget constraint shows these and all the intermediate possibilities.



### FIGURE 15

**The Consumption-Saving Decision**
This figure shows the budget constraint for a person deciding how much to consume in the two periods of his life, the indifference curves representing his preferences, and the optimum.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Figure 15 uses indifference curves to represent Saul's preferences for consumption in the two periods. Because Saul prefers more consumption in both periods, he prefers points on higher indifference curves to points on lower ones. Given his preferences, Saul chooses the optimal combination of consumption in both periods of life, which is the point on the budget constraint that is on the highest possible indifference curve. At this optimum, Saul consumes $50,000 when young and $55,000 when old.

Now consider what happens when the interest rate increases from 10 to 20 percent. Figure 16 shows two possible outcomes. In both cases, the budget constraint shifts outward and becomes steeper. At the new, higher interest rate, Saul gets more consumption when old for every dollar of consumption that he gives up when young.

The two panels show the results given different preferences by Saul. In both cases, consumption when old rises. Yet the response of consumption when young to the change in the interest rate is different in the two cases. In panel (a), Saul responds to the higher interest rate by consuming less when young. In panel (b), Saul responds by consuming more when young.

Saul's saving is his income when young minus the amount he consumes when young. In panel (a), an increase in the interest rate reduces consumption when young, so saving must rise. In panel (b), an increase in the interest rate induces Saul to consume more when young, so saving must fall.

The case shown in panel (b) might at first seem odd: Saul responds to an increase in the return to saving by saving less. But this behavior is not as peculiar as it might seem. We can understand it by considering the income and substitution effects of a higher interest rate.



In both panels, an increase in the interest rate shifts the budget constraint outward. In panel (a), consumption when young falls, and consumption when old rises. The result is an increase in saving when young. In panel (b), consumption in both periods rises. The result is a decrease in saving when young.

**FIGURE 16**

**An Increase in the Interest Rate**

(a) Higher Interest Rate Raises Saving

(b) Higher Interest Rate Lowers Saving

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Consider first the substitution effect. When the interest rate rises, consumption when old becomes less costly relative to consumption when young. Therefore, the substitution effect induces Saul to consume more when old and less when young. In other words, the substitution effect induces Saul to save more.

Now consider the income effect. When the interest rate rises, Saul moves to a higher indifference curve. He is now better off than he was. As long as consumption in both periods consists of normal goods, he tends to want to use this increase in well-being to enjoy higher consumption in both periods. In other words, the income effect induces him to save less.

The result depends on both the income and substitution effects. If the substitution effect of a higher interest rate is greater than the income effect, Saul saves more. If the income effect is greater than the substitution effect, Saul saves less. Thus, the theory of consumer choice says that an increase in the interest rate could either encourage or discourage saving.

This ambiguous result is interesting from the standpoint of economic theory, but it is disappointing from the standpoint of economic policy. It turns out that an important issue in tax policy hinges in part on how saving responds to interest rates. Some economists have advocated reducing the taxation of interest and other capital income, arguing that such a policy change would raise the after-tax interest rate that savers can earn and thereby encourage people to save more. Other economists have argued that because of offsetting income and substitution effects, such a tax change might not increase saving and could even reduce it. Unfortunately, research has not led to a consensus about how interest rates affect saving. As a result, there remains disagreement among economists about whether changes in tax policy aimed to encourage saving would, in fact, have the intended effect.

 *Explain how an increase in the wage can potentially decrease the amount that a person wants to work.*

## 21-5   Conclusion: Do People Really Think This Way?

The theory of consumer choice describes how people make decisions. As we have seen, it has broad applicability. It can explain how a person chooses between pizza and Pepsi, work and leisure, consumption and saving, and so on.

At this point, however, you might be tempted to look upon the theory of consumer choice with some skepticism. After all, you are a consumer. You decide what to buy every time you walk into a store. And you know that you do not decide by writing down budget constraints and indifference curves. Doesn't this knowledge about your own decision making provide evidence against the theory?

The answer is no. The theory of consumer choice does not try to present a literal account of how people make decisions. It is a model. And as we first discussed in Chapter 2, models are not intended to be completely realistic.

The best way to view the theory of consumer choice is as a metaphor for how consumers make decisions. No consumer (except an occasional economist) goes through the explicit optimization envisioned in the theory. Yet consumers are aware that their choices are constrained by their financial resources. And given those constraints, they do the best they can to achieve the highest level of satisfaction. The theory of consumer choice tries to describe this implicit, psychological process in a way that permits explicit, economic analysis.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Just as the proof of the pudding is in the eating, the test of a theory is in its applications. In the last section of this chapter, we applied the theory of consumer choice to three practical issues about the economy. If you take more advanced courses in economics, you will see that this theory provides the framework for much additional analysis.

| **CHAPTER** Quick**Quiz** |
|---|

1. Emilio buys pizza for $10 and soda for $2. He has income of $100. His budget constraint will experience a parallel outward shift if which of the following events occur?
   a. The price of pizza falls to $5, the price of soda falls to $1, and his income falls to $50.
   b. The price of pizza rises to $20, the price of soda rises to $4, and his income remains the same.
   c. The price of pizza falls to $8, the price of soda falls to $1, and his income rises to $120.
   d. The price of pizza rises to $20, the price of soda rises to $4, and his income rises to $400.

2. At any point on an indifference curve, the slope of the curve measures the consumer's
   a. income.
   b. willingness to trade one good for the other.
   c. perception of the two goods as substitutes or complements.
   d. elasticity of demand.

3. Matthew and Susan are both optimizing consumers in the markets for shirts and hats, where they pay $100 for a shirt and $50 for a hat. Matthew buys 4 shirts and 16 hats, while Susan buys 6 shirts and 12 hats. From this information, we can infer that Matthew's marginal rate of substitution is _____ hats per shirt, while Susan's is _____.
   a. 2, 1
   b. 2, 2
   c. 4, 1
   d. 4, 2

4. Darius buys only lobster and chicken. Lobster is a normal good, while chicken is an inferior good. When the price of lobster rises, Darius buys
   a. less of both goods.
   b. more lobster and less chicken.
   c. less lobster and more chicken.
   d. less lobster, but the impact on chicken is ambiguous.

5. If the price of pasta increases and a consumer buys more pasta, we can infer that
   a. pasta is a normal good and the income effect is greater than the substitution effect.
   b. pasta is a normal good and the substitution effect is greater than the income effect.
   c. pasta is an inferior good and the income effect is greater than the substitution effect.
   d. pasta is an inferior good and the substitution effect is greater than the income effect.

6. The labor-supply curve slopes upward if
   a. leisure is a normal good.
   b. consumption is a normal good.
   c. the income effect on leisure is greater than the substitution effect.
   d. the substitution effect on leisure is greater than the income effect.

## SUMMARY

- A consumer's budget constraint shows the possible combinations of different goods she can buy given her income and the prices of the goods. The slope of the budget constraint equals the relative price of the goods.
- The consumer's indifference curves represent her preferences. An indifference curve shows the various bundles of goods that make the consumer equally happy. Points on higher indifference curves are preferred to points on lower indifference curves. The slope of an indifference curve at any point is the consumer's

marginal rate of substitution—the rate at which the consumer is willing to trade one good for the other.
- The consumer optimizes by choosing the point on her budget constraint that lies on the highest indifference curve. At this point, the slope of the indifference curve (the marginal rate of substitution between the goods) equals the slope of the budget constraint (the relative price of the goods), and the consumer's valuation of the two goods (measured by the marginal rate of substitution) equals the market's valuation (measured by the relative price).

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

- When the price of a good falls, the impact on the consumer's choices can be broken down into an income effect and a substitution effect. The income effect is the change in consumption that arises because a lower price makes the consumer better off. The substitution effect is the change in consumption that arises because a price change encourages greater consumption of the good that has become relatively cheaper. The income effect is reflected in the movement from a lower to a higher indifference curve, whereas the substitution effect is reflected by a movement along an indifference curve to a point with a different slope.

- The theory of consumer choice can be applied in many situations. It explains why demand curves can potentially slope upward, why higher wages could either increase or decrease the quantity of labor supplied, and why higher interest rates could either increase or decrease saving.

## KEY CONCEPTS

budget constraint, p. 427
indifference curve, p. 428
marginal rate of substitution, p. 428
perfect substitutes, p. 431

perfect complements, p. 431
normal good, p. 434
inferior good, p. 435
income effect, p. 436

substitution effect, p. 436
Giffen good, p. 440

## QUESTIONS FOR REVIEW

1. A consumer has income of $3,000. Wine costs $3 per glass, and cheese costs $6 per pound. Draw the consumer's budget constraint with wine on the vertical axis. What is the slope of this budget constraint?

2. Draw a consumer's indifference curves for wine and cheese. Describe and explain four properties of these indifference curves.

3. Pick a point on an indifference curve for wine and cheese, and show the marginal rate of substitution. What does the marginal rate of substitution tell us?

4. Show a consumer's budget constraint and indifference curves for wine and cheese. Show the optimal consumption choice. If the price of wine is $3 per glass and the price of cheese is $6 per pound, what is the marginal rate of substitution at this optimum?

5. A person who consumes wine and cheese gets a raise, so her income increases from $3,000 to $4,000. Show what happens if both wine and cheese are normal goods. Next, show what happens if cheese is an inferior good.

6. The price of cheese rises from $6 to $10 per pound, while the price of wine remains $3 per glass. For a consumer with a constant income of $3,000, show what happens to consumption of wine and cheese. Decompose the change into income and substitution effects.

7. Can an increase in the price of cheese possibly induce a consumer to buy more cheese? Explain.

## PROBLEMS AND APPLICATIONS

1. Maya divides her income between coffee and croissants (both of which are normal goods). An early frost in Brazil causes a large increase in the price of coffee in the United States.
   a. Show the effect of the frost on Maya's budget constraint.
   b. Show the effect of the frost on Maya's optimal consumption bundle assuming that the substitution effect outweighs the income effect for croissants.
   c. Show the effect of the frost on Maya's optimal consumption bundle assuming that the income effect outweighs the substitution effect for croissants.

2. Compare the following two pairs of goods:
   - Coke and Pepsi
   - Skis and ski bindings
   a. In which case are the two goods complements? In which case are they substitutes?
   b. In which case do you expect the indifference curves to be fairly straight? In which case do you expect the indifference curves to be very bowed?
   c. In which case will the consumer respond more to a change in the relative price of the two goods?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

3. You consume only soda and pizza. One day, the price of soda goes up, the price of pizza goes down, and you are just as happy as you were before the price changes.
   a. Illustrate this situation on a graph.
   b. How does your consumption of the two goods change? How does your response depend on income and substitution effects?
   c. Can you afford the bundle of soda and pizza you consumed before the price changes?

4. Carlos consumes only cheese and crackers.
   a. Could cheese and crackers both be inferior goods for Carlos? Explain.
   b. Suppose that cheese is a normal good for Carlos while crackers are an inferior good. If the price of cheese falls, what happens to Carlos's consumption of crackers? What happens to his consumption of cheese? Explain.

5. Jacob buys only milk and cookies.
   a. In year 1, Jacob earns $100, milk costs $2 per quart, and cookies cost $4 per dozen. Draw Jacob's budget constraint.
   b. Now suppose that all prices increase by 10 percent in year 2 and that Jacob's salary increases by 10 percent as well. Draw Jacob's new budget constraint. How would Jacob's optimal combination of milk and cookies in year 2 compare to his optimal combination in year 1?

6. State whether each of the following statements is true or false. Explain your answers.
   a. "All Giffen goods are inferior goods."
   b. "All inferior goods are Giffen goods."

7. A college student has two options for meals: eating at the dining hall for $6 per meal, or eating a Cup O' Soup for $1.50 per meal. Her weekly food budget is $60.
   a. Draw the budget constraint showing the trade-off between dining hall meals and Cups O' Soup. Assuming that she spends equal amounts on both goods, draw an indifference curve showing the optimum choice. Label the optimum as point A.
   b. Suppose the price of a Cup O' Soup now rises to $2. Using your diagram from part (a), show the consequences of this change in price. Assume that our student now spends only 30 percent of her income on dining hall meals. Label the new optimum as point B.
   c. What happened to the quantity of Cups O' Soup consumed as a result of this price change? What does this result say about the income and substitution effects? Explain.

d. Use points A and B to draw a demand curve for Cup O' Soup. What is this type of good called?

8. Consider your decision about how many hours to work.
   a. Draw your budget constraint assuming that you pay no taxes on your income. On the same diagram, draw another budget constraint assuming that you pay a 15 percent income tax.
   b. Show how the tax might lead to more hours of work, fewer hours, or the same number of hours. Explain.

9. Anya is awake for 100 hours per week. Using one diagram, show Anya's budget constraints if she earns $12 per hour, $16 per hour, and $20 per hour. Now draw indifference curves such that Anya's labor-supply curve is upward-sloping when the wage is between $12 and $16 per hour and backward-sloping when the wage is between $16 and $20 per hour.

10. Draw the indifference curve for someone deciding how to allocate time between work and leisure. Suppose the wage increases. Is it possible that the person's consumption would fall? Is this plausible? Discuss. (*Hint*: Think about income and substitution effects.)

11. Economist George Stigler once wrote that, according to consumer theory, "if consumers do not buy less of a commodity when their incomes rise, they will surely buy less when the price of the commodity rises." Explain this statement using the concepts of income and substitution effects.

12. Five consumers have the following marginal utility of apples and pears:

| | Marginal Utility of Apples | Marginal Utility of Pears |
|---|---|---|
| Claire | 6 | 12 |
| Phil | 6 | 6 |
| Haley | 6 | 3 |
| Alex | 3 | 6 |
| Luke | 3 | 12 |

The price of an apple is $1, and the price of a pear is $2. Which, if any, of these consumers are optimizing over their choice of fruit? For those who are not, how should they change their spending?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 80 of 468



Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 81 of 468

# Frontiers of Microeconomics

conomics is a study of the choices that people make and the resulting interactions they have with one another. As the preceding chapters demonstrate, the field has many facets. Yet it would be a mistake to think that all the facets we have seen make up a finished jewel, perfect and unchanging. Like all scientists, economists are always looking for new areas to study and new phenomena to explain. This final chapter on microeconomics offers an assortment of three topics at the discipline's frontier to show how economists are trying to expand their understanding of human behavior and society.

The first topic is the economics of *asymmetric information*. In many different situations, some people are better informed than others, and the imbalance in information affects the choices they make and how they deal with one another.



Copyright 2018 Cengage Learning. All Rights Reserved.

Thinking about this asymmetry can shed light on many aspects of the world, from the market for used cars to the custom of gift giving.

The second topic we examine in this chapter is *political economy*. Throughout this book, we have seen many examples in which markets fail and government policy can potentially improve matters. But "potentially" is a necessary qualifier: Whether this potential is realized depends on how well our political institutions work. The field of political economy uses the tools of economics to understand the functioning of government.

The third topic in this chapter is *behavioral economics*. This field brings some insights from psychology into the study of economic issues. It offers a view of human behavior that is more subtle and complex than the one found in conventional economic theory, a view that may be more realistic.

This chapter covers a lot of ground. To do so, it offers not full helpings of these three topics but, instead, a taste of each. One goal of this chapter is to show a few of the directions economists are heading in their effort to expand knowledge of how the economy works. Another is to whet your appetite for more courses in economics.

# 22-1 Asymmetric Information

"I know something you don't know." This statement is a common taunt among children, but it also conveys a deep truth about how people sometimes interact with one another. Many times in life, one person knows more about what is going on than another. A difference in access to knowledge that is relevant to an interaction is called an *information asymmetry*.

Examples abound. A worker knows more than his employer about how much effort he puts into his job. A seller of a used car knows more than the buyer about the car's condition. The first is an example of a *hidden action*, whereas the second is an example of a *hidden characteristic*. In each case, the uninformed party (the employer, the car buyer) would like to know the relevant information, but the informed party (the worker, the car seller) may have an incentive to conceal it.

Because asymmetric information is so prevalent, economists have devoted much effort in recent decades to studying its effects. Let's discuss some of the insights that this study has revealed.

## 22-1a Hidden Actions: Principals, Agents, and Moral Hazard

**moral hazard**
the tendency of a person who is imperfectly monitored to engage in dishonest or otherwise undesirable behavior

**agent**
a person who is performing an act for another person, called the principal

**principal**
a person for whom another person, called the agent, is performing some act

**Moral hazard** is a problem that arises when one person, called the **agent**, is performing some task on behalf of another person, called the **principal**. If the principal cannot perfectly monitor the agent's behavior, the agent tends to undertake less effort than the principal considers desirable. The phrase *moral hazard* refers to the risk, or "hazard," of inappropriate or otherwise "immoral" behavior by the agent. In such a situation, the principal tries various ways to encourage the agent to act more responsibly.

The employment relationship is the classic example. The employer is the principal, and the worker is the agent. The moral-hazard problem is the temptation of imperfectly monitored workers to shirk their responsibilities. Employers can respond to this problem in various ways:

- *Better monitoring*. Employers may plant hidden video cameras to record workers' behavior. The aim is to catch irresponsible actions that might occur when supervisors are absent.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

- *High wages.* According to *efficiency-wage theories* (discussed in Chapter 19), some employers may choose to pay their workers a wage above the level that balances supply and demand in the labor market. A worker who earns an above-equilibrium wage is less likely to shirk because if he is caught and fired, he might not be able to find another high-paying job.
- *Delayed payment.* Firms can delay part of a worker's compensation, so if the worker is caught shirking and is fired, he suffers a larger penalty. One example of delayed compensation is the year-end bonus. Similarly, a firm may choose to pay its workers more later in their lives. Thus, the wage increases that workers get as they age may reflect not just the benefits of experience but also a response to moral hazard.

Employers can use any combination of these various mechanisms to reduce the problem of moral hazard.

---

## FYI

### Corporate Management



Much production in the modern economy takes place within corporations. Like other firms, corporations buy inputs in markets for the factors of production and sell their output in markets for goods and services. Also like other firms, they are guided in their decisions by the objective of profit maximization. But a large corporation has to deal with some issues that do not arise in, say, a small family-owned business.

What is distinctive about a corporation? From a legal standpoint, a corporation is an organization that is granted a charter recognizing it as a separate legal entity, with its own rights and responsibilities distinct from those of its owners and employees. From an economic standpoint, the most important feature of the corporate form of organization is the separation of ownership and control. One group of people, called the shareholders, own the corporation and share in its profits. Another group of people, called the managers, are employed by the corporation to make decisions about how to deploy the corporation's resources.

The separation of ownership and control creates a principal-agent problem. In this case, the shareholders are the principals and the managers are the agents. The chief executive officer and other managers, who are in the best position to know the available business opportunities, are charged with the task of maximizing profits for the shareholders. But ensuring that they carry out this task is not always easy. The managers may have goals of their own, such as taking life easy, having a plush office and a private jet, throwing lavish parties, or presiding over a large business empire. The managers' goals may not always coincide with the shareholders' goal of profit maximization.

The corporation's board of directors is responsible for hiring and firing the top management. The board monitors the managers' performance, and it designs their compensation packages. These packages often include incentives aimed at aligning the interests of shareholders with the interests of management. Managers might be given bonuses based on performance or options to buy the company's stock, which are more valuable if the company performs well.

Note, however, that the directors are themselves agents of the shareholders. The existence of a board overseeing management only shifts the principal-agent problem. The issue then becomes how to ensure that the board of directors fulfills its own legal obligation of acting in the best interest of the shareholders. If the directors become too friendly with management, they may not provide the required oversight.

The corporation's principal-agent problem became big news around 2005. The top managers of several prominent companies, including Enron, Tyco, and WorldCom, were found to be engaging in activities that enriched themselves at the expense of their shareholders. In these cases, the actions were so extreme as to be criminal, and the corporate managers were not just fired but also sent to prison. Some shareholders sued the directors for failing to monitor management sufficiently.

Fortunately, criminal activity by corporate managers is rare. But in some ways, it is only the tip of the iceberg. Whenever ownership and control are separated, as they are in most large corporations, there is an inevitable tension between the interests of shareholders and the interests of management. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

There are also many examples of moral hazard beyond the workplace. A homeowner with fire insurance will likely buy too few fire extinguishers because the homeowner bears the cost of the extinguisher while the insurance company receives much of the benefit. A family may live near a river with a high risk of flooding because the family enjoys the scenic views, while the government bears the cost of disaster relief after a flood. Many regulations are aimed at addressing the problem: An insurance company may require homeowners to buy fire extinguishers, and the government may prohibit building homes on land with high risk of flooding. But the insurance company does not have perfect information about how cautious homeowners are, and the government does not have perfect information about the risk that families undertake when choosing where to live. As a result, the problem of moral hazard persists.

## 22-1b Hidden Characteristics: Adverse Selection and the Lemons Problem

**adverse selection**

the tendency for the mix of unobserved attributes to become undesirable from the standpoint of an uninformed party

**Adverse selection** is a problem that arises in markets in which the seller knows more about the attributes of the good being sold than the buyer does. In such a situation, the buyer runs the risk of being sold a good of low quality. That is, the "selection" of goods sold may be "adverse" from the standpoint of the uninformed buyer.

The classic example of adverse selection is the market for used cars. Sellers of used cars know their vehicles' defects while buyers often do not. Because owners of the worst cars are more likely to sell them than are the owners of the best cars, buyers are worried about getting a "lemon." As a result, many people avoid buying vehicles in the used car market. This lemons problem can explain why a used car only a few weeks old sells for thousands of dollars less than a new car of the same type. A buyer of the used car might surmise that the seller is getting rid of the car quickly because the seller knows something about it that the buyer does not.

A second example of adverse selection occurs in the labor market. According to another efficiency-wage theory, workers vary in their abilities, and they know their own abilities better than do the firms that hire them. When a firm cuts the wage it pays, the more talented workers are more likely to quit, knowing they will be able to find employment elsewhere. Conversely, a firm may choose to pay an above-equilibrium wage to attract a better mix of workers.

A third example of adverse selection occurs in markets for insurance. For example, buyers of health insurance know more about their own health problems than do insurance companies. Because people with greater hidden health problems are more likely to buy health insurance than are other people, the price of health insurance reflects the costs of a sicker-than-average person. As a result, people with average health may observe the high price of insurance and decide not to buy it.

When markets suffer from adverse selection, the invisible hand does not necessarily work its magic. In the used car market, owners of good cars may choose to keep them rather than sell them at the low price that skeptical buyers are willing to pay. In the labor market, wages may be stuck above the level that balances supply and demand, resulting in unemployment. In insurance markets, buyers with low risk may choose to remain uninsured because the policies they are offered fail to reflect their true characteristics. Advocates of government-provided health insurance sometimes point to the problem of adverse selection as one reason not to trust the private market to provide the right amount of health insurance on its own.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 22-1c Signaling to Convey Private Information

Although asymmetric information is sometimes a motivation for public policy, it also motivates some individual behavior that otherwise might be hard to explain. Markets respond to problems of asymmetric information in many ways. One of them is **signaling**, which refers to actions taken by an informed party for the sole purpose of credibly revealing his private information.

**signaling**
an action taken by an informed party to reveal private information to an uninformed party

We have seen examples of signaling in previous chapters. As we saw in Chapter 16, firms may spend money on advertising to signal to potential customers that they have high-quality products. As we saw in Chapter 19, students may earn college degrees merely to signal to potential employers that they are high-ability individuals, rather than to increase their productivity. These two examples of signaling (advertising, education) may seem very different, but below the surface, they are much the same: In both cases, the informed party (the firm, the student) uses the signal to convince the uninformed party (the customer, the employer) that the informed party is offering something of high quality.

What does it take for an action to be an effective signal? Obviously, it must be costly. If a signal were free, everyone would use it and it would convey no information. For the same reason, there is another requirement: The signal must be less costly, or more beneficial, to the person with the higher-quality product. Otherwise, everyone would have the same incentive to use the signal, and the signal would reveal nothing.

Consider again our two examples. In the advertising case, a firm with a good product reaps a larger benefit from advertising because customers who try the product once are more likely to become repeat customers. Thus, it is rational for the firm with a good product to pay for the cost of the signal (advertising), and it is rational for the customer to use the signal as a piece of information about the product's quality. In the education case, a talented person can get through school more easily than a less talented one. Thus, it is rational for the talented person to pay for the cost of the signal (education), and it is rational for the employer to use the signal as a piece of information about the person's talent.

The world is replete with instances of signaling. Magazine ads sometimes include the phrase "as seen on TV." Why does a firm selling a product in a magazine choose to stress this fact? One possibility is that the firm is trying to convey its willingness to pay for an expensive signal (a spot on television) in the hope that you will infer that its product is of high quality. For the same reason, graduates of elite schools are always sure to put that fact on their résumés.

**CASE STUDY**

**GIFTS AS SIGNALS**

A man is debating what to give his girlfriend for her birthday. "I know," he says to himself, "I'll give her cash. After all, I don't know her tastes as well as she does, and with cash, she can buy anything she wants." But when he hands her the money, she is offended. Convinced he doesn't really love her, she breaks off the relationship.

What's the economics behind this story?

In some ways, gift giving is a strange custom. As the man in our story suggests, people typically know their own preferences better than others do, so we might expect everyone to prefer cash to in-kind transfers. If your employer substituted merchandise of his choosing for your paycheck, you would likely object to this means of payment. But your reaction is very different when someone who (you hope) loves you does the same thing.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



*"Now we'll see how much he loves me."*

One interpretation of gift giving is that it reflects asymmetric information and signaling. The man in our story has private information that the girlfriend would like to know: Does he really love her? Choosing a good gift for her is a signal of his love. Certainly, the act of picking out a gift, rather than giving cash, has the right characteristics to be a signal. It is costly (it takes time), and its cost depends on private information (how much he loves her). If he really loves her, choosing a good gift is easy because he is thinking about her all the time. If he doesn't love her, finding the right gift is more difficult. Thus, giving a gift that suits his girlfriend is one way for him to convey the private information of his love for her. Giving cash shows that he isn't even bothering to try.

The signaling theory of gift giving is consistent with another observation: People care most about the custom when the strength of affection is most in question. Thus, giving cash to a girlfriend or boyfriend is usually a bad move. But when college students receive a check from their parents, they are less often offended. The parents' love is less likely to be in doubt, so the recipient probably won't interpret the cash gift as a signal of insufficient affection. ●

### 22-1d  Screening to Uncover Private Information

When an informed party takes actions to reveal private information, the phenomenon is called signaling. When an uninformed party takes actions to induce the informed party to reveal private information, the phenomenon is called **screening**.

**screening**

an action taken by an uninformed party to induce an informed party to reveal information

Some screening is common sense. A person buying a used car may ask that it be checked by an auto mechanic before the sale. A seller who refuses this request reveals his private information that the car is a lemon. The buyer may decide to offer a lower price or to look for another car.

Other examples of screening are more subtle. For example, consider a firm that sells car insurance. The firm would like to charge a low premium to safe drivers and a high premium to risky drivers. But how can it tell them apart? Drivers know whether they are safe or risky, but the risky ones won't admit it. A driver's history is one piece of information (which insurance companies in fact use), but because of the intrinsic randomness of car accidents, history is an imperfect indicator of future risk.

The insurance company might be able to sort out the two kinds of drivers by offering different insurance policies that would induce the drivers to separate themselves. One policy would have a high premium and cover the full cost of any accidents that occur. Another policy would have low premiums but would have, say, a $1,000 deductible. (That is, the driver would be responsible for the first $1,000 of damage, and the insurance company would cover the remaining risk.) Notice that the deductible is more of a burden for risky drivers because they are more likely to have an accident. Thus, with a large enough deductible, the low-premium policy with a deductible would attract the safe drivers, while the high-premium policy without a deductible would attract the risky drivers. Faced with these two policies, the two kinds of drivers would reveal their private information by choosing different insurance policies.

### 22-1e  Asymmetric Information and Public Policy

We have examined two kinds of asymmetric information: moral hazard and adverse selection. And we have seen how individuals may respond to the problem with signaling or screening. Now let's consider what the study of asymmetric information suggests about the proper scope of public policy.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

The tension between market success and market failure is central in microeconomics. We learned in Chapter 7 that the equilibrium of supply and demand is efficient in the sense that it maximizes the total surplus that society can obtain in a market. Adam Smith's invisible hand seemed to reign supreme. This conclusion was then tempered with the study of externalities (Chapter 10), public goods (Chapter 11), imperfect competition (Chapters 15 through 17), and poverty (Chapter 20). In those chapters, we saw that government can sometimes improve market outcomes.

The study of asymmetric information gives us a new reason to be wary of markets. When some people know more than others, the market may fail to put resources to their best use. People with high-quality used cars may have trouble selling them because buyers will be afraid of getting a lemon. People with few health problems may have trouble getting low-cost health insurance because insurance companies lump them together with those who have significant (but hidden) health problems.

Asymmetric information may call for government action in some cases, but three facts complicate the issue. First, as we have seen, the private market can sometimes deal with information asymmetries on its own using a combination of signaling and screening. Second, the government rarely has more information than the private parties. Even if the market's allocation of resources is not ideal, it may be the best that can be achieved. That is, when there are information asymmetries, policymakers may find it hard to improve upon the market's admittedly imperfect outcome. Third, the government is itself an imperfect institution—a topic we take up in the next section.

**QuickQuiz** *A person who buys a life insurance policy pays a certain amount per year and receives for his family a much larger payment in the event of his death. Would you expect buyers of life insurance to have higher or lower death rates than the average person? How might this be an example of moral hazard? Of adverse selection? How might a life insurance company deal with these problems?*

## 22-2  Political Economy

As we have seen, markets left on their own do not always reach a desirable allocation of resources. When we judge the market's outcome to be either inefficient or inequitable, there may be a role for the government to step in and improve the situation. Yet before we embrace an activist government, we need to consider one more fact: The government is also an imperfect institution. The field of **political economy** (sometimes called the field of public choice) uses the methods of economics to study how government works.

**political economy**
the study of government using the analytic methods of economics

### 22-2a  The Condorcet Voting Paradox
Most advanced societies rely on democratic principles to set government policy. When a city is deciding between two locations to build a new park, for example, we have a simple way to choose: The majority gets its way. Yet for most policy issues, the number of possible outcomes far exceeds two. A new park could be placed in many possible locations. In this case, as the 18th-century French political theorist Marquis de Condorcet famously noted, democracy might run into some problems trying to choose the best outcome.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

For example, suppose there are three possible outcomes, labeled A, B, and C, and there are three voter types with the preferences shown in Table 1. The mayor of our town wants to aggregate these individual preferences into preferences for society as a whole. How should he do it?

At first, he might try some pairwise votes. If he asks voters to choose first between B and C, voter types 1 and 2 will vote for B, giving B the majority. If he then asks voters to choose between A and B, voter types 1 and 3 will vote for A, giving A the majority. Observing that A beats B, and B beats C, the mayor might conclude that A is the voters' clear choice.

But wait: Suppose the mayor then asks voters to choose between A and C. In this case, voter types 2 and 3 vote for C, giving C the majority. That is, under pairwise majority voting, A beats B, B beats C, and C beats A. Normally, we expect preferences to exhibit a property called *transitivity*: If A is preferred to B, and B is preferred to C, then we would expect A to be preferred to C. The **Condorcet paradox** is that democratic outcomes do not always obey this property. Pairwise voting might produce transitive preferences for society in some cases, but as our example in the table shows, it cannot be counted on to do so.

**Condorcet paradox**
the failure of majority rule to produce transitive preferences for society

One implication of the Condorcet paradox is that the order in which things are voted on can affect the result. If the mayor suggests choosing first between A and B and then comparing the winner to C, the town ends up choosing C. But if the voters choose first between B and C and then compare the winner to A, the town ends up with A. And if the voters choose first between A and C and then compare the winner to B, the town ends up with B.

The Condorcet paradox teaches two lessons. The narrow lesson is that when there are more than two options, setting the agenda (that is, deciding the order in which items are voted on) can have a powerful influence over the outcome of a democratic election. The broad lesson is that majority voting by itself does not tell us what outcome a society really wants.

## 22-2b Arrow's Impossibility Theorem

Since political theorists first noticed Condorcet's paradox, they have spent much energy studying existing voting systems and proposing new ones. For example, as an alternative to pairwise majority voting, the mayor of our town could ask each voter to rank the possible outcomes. For each voter, we could give 1 point for last place, 2 points for second to last, 3 points for third to last, and so on. The outcome that receives the most total points wins. With the preferences in Table 1, outcome B is the winner. (You can do the arithmetic yourself.) This voting method is called a *Borda count* for the 18th-century French mathematician and political

**TABLE 1**

**The Condorcet Paradox**
If voters have these preferences over outcomes A, B, and C, then in pairwise majority voting, A beats B, B beats C, and C beats A.

| | Voter Type | | |
|---|---|---|---|
| | Type 1 | Type 2 | Type 3 |
| Percent of electorate | 35 | 45 | 20 |
| First choice | A | B | C |
| Second choice | B | C | A |
| Third choice | C | A | B |

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

theorist, Jean-Charles de Borda, who devised it. It is often used in polls that rank sports teams.

Is there a perfect voting system? Economist Kenneth Arrow took up this question in his 1951 book *Social Choice and Individual Values*. Arrow started by defining what a perfect voting system would be. He assumes that individuals in society have preferences over the various possible outcomes: A, B, C, and so on. He then assumes that society wants a voting system to choose among these outcomes that satisfies several properties:

- *Unanimity:* If everyone prefers A to B, then A should beat B.
- *Transitivity:* If A beats B, and B beats C, then A should beat C.
- *Independence of irrelevant alternatives:* The ranking between any two outcomes A and B should not depend on whether some third outcome C is also available.
- *No dictators:* There is no person who always gets his way, regardless of everyone else's preferences.

These all seem like desirable properties of a voting system. Yet Arrow proved, mathematically and incontrovertibly, that *no voting system can satisfy all these properties*. This amazing result is called **Arrow's impossibility theorem**.

The mathematics needed to prove Arrow's theorem is beyond the scope of this book, but we can get some sense of why the theorem is true from a couple of examples. We have already seen the problem with the method of majority rule. The Condorcet paradox shows that majority rule fails to produce a ranking of outcomes that always satisfies transitivity.

As another example, the Borda count fails to satisfy the independence of irrelevant alternatives. Recall that, using the preferences in Table 1, outcome B wins with a Borda count. But suppose that suddenly C disappears as an alternative. If the Borda count method is applied only to outcomes A and B, then A wins. (Once again, you can do the arithmetic on your own.) Thus, eliminating alternative C changes the ranking between A and B. This change occurs because the result of the Borda count depends on the number of points that A and B receive, and the number of points depends on whether the irrelevant alternative, C, is also available.

Arrow's impossibility theorem is a deep and disturbing result. It doesn't say that we should abandon democracy as a form of government. But it does say that no matter what voting system society adopts for aggregating the preferences of its members, it will in some way be flawed as a mechanism for social choice.

**Arrow's impossibility theorem**
a mathematical result showing that, under certain assumed conditions, there is no scheme for aggregating individual preferences into a valid set of social preferences

### 22-2c The Median Voter Is King

Despite Arrow's theorem, voting is how most societies choose their leaders and public policies, often by majority rule. The next step in studying government is to examine how governments run by majority rule work. That is, in a democratic society, who determines what policy is chosen? In some cases, the theory of democratic government yields a surprisingly simple answer.

Let's consider an example. Imagine that society is deciding how much money to spend on some public good, such as the army or the national parks. Each voter has his own most preferred budget, and he always prefers outcomes closer to his most preferred value to outcomes farther away. Thus, we can line up voters from those who prefer the smallest budget to those who prefer the largest. Figure 1 is an example. Here there are 100 voters, and the budget size varies from zero to $20

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## FIGURE 1

**The Median Voter Theorem: An Example**
This bar chart shows how 100 voters' most preferred budgets are distributed over five options, ranging from zero to $20 billion. If society makes its choice by majority rule, the median voter, who here prefers $10 billion, determines the outcome.

**median voter theorem**
a mathematical result showing that if voters are choosing a point along a line and each voter wants the point closest to his most preferred point, then majority rule will pick the most preferred point of the median voter

billion. Given these preferences, what outcome would you expect democracy to produce?

According to a famous result called the **median voter theorem**, majority rule will produce the outcome most preferred by the *median voter*. The median voter is the voter exactly in the middle of the distribution. In this example, if you take the line of voters ordered by their preferred budgets and count 50 voters from either end of the line, you will find that the median voter wants a budget of $10 billion. By contrast, the average preferred outcome (calculated by adding the preferred outcomes and dividing by the number of voters) is $9 billion, and the modal outcome (the one preferred by the greatest number of voters) is $15 billion.

The median voter rules the day because his preferred outcome beats any other proposal in a two-way race. In our example, more than half the voters want $10 billion or more, and more than half want $10 billion or less. If someone proposes, say, $8 billion instead of $10 billion, everyone who prefers $10 billion or more will vote with the median voter. Similarly, if someone proposes $12 billion instead of $10 billion, everyone who wants $10 billion or less will vote with the median voter. In either case, the median voter has more than half the voters on his side.

What about the Condorcet voting paradox? It turns out that when the voters are picking a point along a line and each voter aims for his own most preferred point, the Condorcet paradox cannot arise. The median voter's most preferred outcome beats all challengers.

One implication of the median voter theorem is that if two political parties are each trying to maximize their chance of election, they will both move their positions toward the median voter. Suppose, for example, that the Democratic Party advocates a budget of $15 billion, while the Republican Party advocates a budget of $10 billion. The Democratic position is more popular in the sense that $15 billion has more proponents than any other single choice. Nonetheless, the Republicans get more than 50 percent of the vote: They will attract the 20 voters who want $10 billion, the 15 voters who want $5 billion, and the 25 voters who want zero.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

If the Democrats want to win, they will move their platform toward the median voter. Thus, this theory can explain why the parties in a two-party system are similar to each other: They are both moving toward the median voter.

Another implication of the median voter theorem is that minority views are not given much weight. Imagine that 40 percent of the population want a lot of money spent on the national parks and 60 percent want nothing spent. In this case, the median voter's preference is zero, regardless of the intensity of the minority's view. Rather than reaching a compromise that takes everyone's preferences into account, majority rule looks only to the person in the exact middle of the distribution. Such is the logic of democracy.

### 22-2d  Politicians Are People Too

When economists study consumer behavior, they assume that consumers buy the bundle of goods and services that gives them the greatest level of satisfaction. When economists study firm behavior, they assume that firms produce the quantity of goods and services that yields the greatest level of profits. What should they assume when they study people involved in the practice of politics?

Politicians also have objectives. It would be nice to assume that political leaders are always looking out for the well-being of society as a whole, that they are aiming for an optimal combination of efficiency and equality. Nice, perhaps, but not realistic. Self-interest is as powerful a motive for political actors as it is for consumers and firm owners. Some politicians, motivated by a desire for reelection, are willing to sacrifice the national interest to solidify their base of voters. Others are motivated by simple greed. If you have any doubt, you should look at the world's poor nations, where corruption among government officials is a common impediment to economic development.

This book is not the place to develop a theory of political behavior. But when thinking about economic policy, remember that this policy is made not by a benevolent king (or even by benevolent economists) but by real people with their own all-too-human desires. Sometimes they are motivated to further the national interest, but sometimes they are motivated by their own political and financial ambitions. We shouldn't be surprised when economic policy fails to resemble the ideals derived in economics textbooks.



WWW.CARTOONSTOCK.COM/CHRIS WILDT

*"Isn't that the real genius of democracy? . . . The VOTERS are ultimately to blame."*

**Quick Quiz** *A public school district is deciding on the school budget and the resulting student–teacher ratio. A poll finds that 20 percent of the voters want a ratio of 9:1, 25 percent want a ratio of 10:1, 15 percent want a ratio of 11:1, and 40 percent want a ratio of 12:1. If the district uses majority-rule voting, what outcome would you expect the district to end up with? Explain.*

## 22-3  Behavioral Economics

Economics is a study of human behavior, but it is not the only field that can make that claim. The social science of psychology also sheds light on the choices that people make in their lives. The fields of economics and psychology usually proceed independently, in part because they address a different range of questions. But recently, a field called **behavioral economics** has emerged in which economists are making use of basic psychological insights. Let's consider some of these insights here.

**behavioral economics**
the subfield of economics that integrates the insights of psychology

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 22-3a  People Aren't Always Rational

Economic theory is populated by a particular species of organism, sometimes called *Homo economicus*. Members of this species are always rational. As firm owners, they maximize profits. As consumers, they maximize utility (or equivalently, pick the point on the highest indifference curve). Given the constraints they face, they rationally weigh all the costs and benefits and always choose the best possible course of action.

Real people, however, are *Homo sapiens*. Although in many ways they resemble the rational, calculating people assumed in economic theory, they are far more complex. They can be forgetful, impulsive, confused, emotional, and shortsighted. These imperfections of human reasoning are the bread and butter of psychologists, but until recently, economists have neglected them.

Herbert Simon, one of the first social scientists to work at the boundary of economics and psychology, suggested that humans should be viewed not as rational maximizers but as *satisficers*. Instead of always choosing the best course of action, they make decisions that are merely good enough. Similarly, other economists have suggested that humans are only "near rational" or that they exhibit "bounded rationality."

Studies of human decision making have tried to detect systematic mistakes that people make. Here are a few of the findings:

- *People are overconfident*. Imagine that you were asked some numerical questions, such as the number of African countries in the United Nations, the height of the tallest mountain in North America, and so on. Instead of being asked for a single estimate, however, you were asked to give a 90 percent confidence interval—a range such that you were 90 percent confident the true number falls within it. When psychologists run experiments like this, they find that most people give ranges that are too small: The true number falls within their intervals far less than 90 percent of the time. That is, most people are too sure of their own abilities.

- *People give too much weight to a small number of vivid observations.* Imagine that you are thinking about buying a car of brand X. To learn about its reliability, you read *Consumer Reports*, which has surveyed 1,000 owners of car X. Then you run into a friend who owns car X, and he tells you that his car is a lemon. How do you treat your friend's observation? If you think rationally, you will realize that he has only increased your sample size from 1,000 to 1,001, which does not provide much new information. But because your friend's story is so vivid, you may be tempted to give it more weight in your decision making than you should.

- *People are reluctant to change their minds.* People tend to interpret evidence to confirm beliefs they already hold. In one study, subjects were asked to read and evaluate a research report on whether capital punishment deters crime. After reading the report, those who initially favored the death penalty said they were more certain of their view, and those who initially opposed the death penalty also said they were more certain of their view. The two groups interpreted the same evidence in exactly opposite ways. This behavior is sometimes called *confirmation bias*.

Think about decisions you have made in your own life. Do you exhibit some of these traits?

A hotly debated issue is whether deviations from rationality are important for understanding economic phenomena. An intriguing example arises in the study of 401(k) plans, the tax-advantaged retirement savings accounts that some firms

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

offer their workers. In some firms, workers can choose to participate in the plan by filling out a simple form. In other firms, workers are automatically enrolled and can opt out of the plan by filling out a simple form. It turns out many more workers participate in the second case than in the first. If workers were perfectly rational maximizers, they would choose the optimal amount of retirement saving, regardless of the default offered by their employer. In fact, workers' behavior appears to exhibit substantial inertia. Understanding their behavior seems easier once we abandon the model of rational man.

Why, you might ask, is economics built on the rationality assumption when psychology and common sense cast doubt on it? One answer is that the assumption, even if not exactly true, may be true enough that it yields reasonably accurate models of behavior. For example, when we studied the differences between competitive and monopoly firms, the assumption that firms rationally maximize profit yielded many important and valid insights. Incorporating complex psychological deviations from rationality into the story might have added realism, but it also would have muddied the waters and made those insights harder to find. Recall from Chapter 2 that economic models are not meant to replicate reality but are supposed to show the essence of the problem at hand.

Another reason economists often assume rationality may be that economists are themselves not rational maximizers. Like most people, they are overconfident and reluctant to change their minds. Their choice among alternative theories of human behavior may exhibit excessive inertia. Moreover, economists may be content with a theory that is not perfect but is good enough. The model of rational man may be the theory of choice for a satisficing social scientist.

## 22-3b  People Care about Fairness

Another insight about human behavior is best illustrated with an experiment called the *ultimatum game*. The game works like this: Two volunteers (who are otherwise strangers to each other) are told that they are going to play a game and could win a total of $100. Before they play, they learn the rules. The game begins with a coin toss, which is used to assign the volunteers to the roles of player A and player B. Player A's job is to propose a division of the $100 prize between himself and the other player. After player A makes his proposal, player B decides whether to accept or reject it. If he accepts it, both players are paid according to the proposal. If player B rejects the proposal, both players walk away with nothing. In either case, the game then ends.

Before proceeding, stop and think about what you would do in this situation. If you were player A, what division of the $100 would you propose? If you were player B, what proposals would you accept?

Conventional economic theory assumes in this situation that people are rational wealth maximizers. This assumption leads to a simple prediction: Player A should propose that he gets $99 and player B gets $1, and player B should accept the proposal. After all, once the proposal is made, player B is better off accepting it as long as he gets something out of it. Moreover, because player A knows that accepting the proposal is in player B's interest, player A has no reason to offer him more than $1. In the language of game theory (discussed in Chapter 17), the 99–1 split is the Nash equilibrium.

Yet when experimental economists ask real people to play the ultimatum game, the results differ from this prediction. People in player B's role usually reject proposals that give them only $1 or a similarly small amount. Anticipating this, people in the role of player A usually propose giving player B much more than $1. Some people will offer a 50–50 split, but it is more common for player A

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

to propose giving player B an amount such as $30 or $40, keeping the larger share for himself. In this case, player B usually accepts the proposal.

What's going on here? The natural interpretation is that people are driven in part by some innate sense of fairness. A 99–1 split seems so wildly unfair to many people that they reject it, even to their own detriment. By contrast, a 70–30 split is still unfair, but it is not so unfair that it induces people to abandon their normal self-interest.

Throughout our study of household and firm behavior, the innate sense of fairness has not played any role. But the results of the ultimatum game suggest that

**IN THE NEWS**

## Using Deviations from Rationality

*A leading behavioral economist makes the case for his field.*

### The Importance of Irrelevance

**By Richard H. Thaler**

Early in my teaching career I managed to get most of the students in my class mad at me. A midterm exam caused the problem.

I wanted the exam to sort out the stars, the average Joes and the duds, so it had to be hard and have a wide dispersion of scores. I succeeded in writing such an exam, but when the students got their results they were in an uproar. Their principal complaint was that the average score was only 72 points out of 100.

What was odd about this reaction was that I had already explained that the average numerical score on the exam had absolutely no effect on the distribution of letter grades. We employed a curve in which the average grade was a B+, and only a tiny number of students received grades below a C. I told the class this, but it had no effect on the students' mood. They still hated my exam, and they were none too happy with me either. As a young professor worried about keeping my job, I wasn't sure what to do.

Finally, an idea occurred to me. On the next exam, I raised the points available for a perfect score to 137. This exam turned out to be harder than the first. Students got only 70 percent of the answers right but the average numerical score was 96 points. The students were delighted!

I chose 137 as a maximum score for two reasons. First, it produced an average well into the 90s, and some students scored above 100, generating a reaction approaching ecstasy. Second, because dividing by 137 is not easy to do in your head, I figured that most students wouldn't convert their scores into percentages.

Striving for full disclosure, in subsequent years I included this statement in my course syllabus: "Exams will have a total of 137 points rather than the usual 100. This scoring system has no effect on the grade you get in the course, but it seems to make you happier." And, indeed, after I made that change, I never got a complaint that my exams were too hard.

In the eyes of an economist, my students were "misbehaving." By that I mean that their behavior was inconsistent with the idealized model at the heart of much of economics. Rationally, no one should be happier about a score of 96 out of 137 (70 percent) than 72 out of 100, but my students were. And by realizing this, I was able to set the kind of exam I wanted but still keep the students from grumbling.

This illustrates an important problem with traditional economic theory. Economists discount any factors that would not influence the thinking of a rational person. These things are supposedly irrelevant. But unfortunately for the theory, many supposedly irrelevant factors do matter.

Economists create this problem with their insistence on studying mythical creatures often known as *Homo economicus*. I prefer to call them "Econs"—highly intelligent beings that are capable of making the most complex of calculations but are totally lacking in emotions.



Think of Mr. Spock in "Star Trek." In a world of Econs, many things would in fact be irrelevant.

No Econ would buy a larger portion of whatever will be served for dinner on Tuesday because he happens to be hungry when shopping on Sunday. Your hunger on Sunday should be irrelevant in choosing the size of your meal for Tuesday. An Econ would not finish that huge meal on Tuesday, even though he is no longer hungry, just because he had paid for it. To an Econ, the price paid for an item in the past is not relevant in making the decision about how much of it to eat now.

An Econ would not expect a gift on the day of the year in which she happened to get married, or be born. What difference do these arbitrary dates make? In fact, Econs would be perplexed by the idea of gifts. An Econ would know that cash is the best possible gift; it allows the recipient to buy whatever is optimal. But unless you are married to an economist, I don't advise giving cash on your next anniversary. Come to think of it, even if your spouse is an economist, this is not a great idea.

Of course, most economists know that the people with whom they interact do not resemble Econs. In fact, in private moments, economists are often happy to admit that most of the people they know are clueless about economic matters. But for decades, this realization did not affect the way most economists did their work. They had a justification:

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

perhaps it should. For example, in Chapters 18 and 19, we discussed how wages were determined by labor supply and labor demand. Some economists have suggested that the perceived fairness of what a firm pays its workers should also enter the picture. Thus, when a firm has an especially profitable year, workers (like player B) may expect to be paid a fair share of the prize, even if the standard equilibrium does not dictate it. The firm (like player A) might well decide to give workers more than the equilibrium wage for fear that the workers might otherwise try to punish the firm with reduced effort, strikes, or even vandalism.

markets. To defenders of economics orthodoxy, markets are thought to have magic powers.

There is a version of this magic market argument that I call the invisible hand wave. It goes something like this. "Yes, it is true that my spouse and my students and members of Congress don't understand anything about economics, but when they have to interact with markets . . . ." It is at this point that the hand waving comes in. Words and phrases such as high stakes, learning and arbitrage are thrown around to suggest some of the ways that markets can do their magic, but it is my claim that no one has ever finished making the argument with both hands remaining still.

Hand waving is required because there is nothing in the workings of markets that turns otherwise normal human beings into Econs. For example, if you choose the wrong career, select the wrong mortgage or fail to save for retirement, markets do not correct those failings. In fact, quite the opposite often happens. It is much easier to make money by catering to consumers' biases than by trying to correct them.

Perhaps because of undue acceptance of invisible-hand-wave arguments, economists have been ignoring supposedly irrelevant factors, comforted by the knowledge that in markets these factors just wouldn't matter. Alas, both the field of economics and society are much worse for it. Supposedly irrelevant factors, or SIFs, matter a lot, and if we economists recognize their importance, we can do our jobs better. Behavioral economics is, to a large extent, standard economics that has been modified to incorporate SIFs.

SIFs matter in more important domains than keeping students happy with test scores. Consider defined-contribution retirement plans like 401(k)'s. Econs would have no trouble figuring out how much to save for retirement and how to invest the money,



Richard Thaler

but mere humans can find it quite tough. So knowledgeable employers have incorporated three SIFs in their plan design: they automatically enroll employees (who can opt out), they automatically increase the saving rate every year, and they offer a sensible default investment choice like a target date fund. These features significantly improve the outcomes of plan participants, but to economists they are SIFs because Econs would just figure out the right thing to do without them.

These retirement plans also have a supposedly relevant factor: Contributions and capital appreciation are tax-sheltered until retirement. This tax break was created to induce people to save more. But guess what: A recent study using Danish data has compared the relative effectiveness of the SIFs and a similar tax subsidy offered in Denmark. The authors attribute only 1 percent of the saving done in the Danish plans to the tax breaks. The other 99 percent comes from the automatic features.

They conclude: "In sum, the findings of our study call into question whether tax subsidies are the most effective policy to increase retirement savings. Automatic enrollment or default

policies that nudge individuals to save more could have larger impacts on national saving at lower social cost." Irrelevant indeed!

Notice that the irrelevant design features that do all the work are essentially free, whereas a tax break is quite expensive. The Joint Economic Committee estimates that the United States tax break will cost the government $62 billion in 2015, a number that is predicted to grow rapidly. Furthermore, most of these tax benefits accrue to affluent taxpayers.

Here is another example. In the early years of the Obama administration, Congress passed a law giving taxpayers a temporary tax cut and the administration had to decide how to carry it out. Should taxpayers be given a lump sum check, or should the extra money be spread out over the year via regular paychecks?

In a world of Econs this choice would be irrelevant. A $1,200 lump sum would have the same effect on consumption as monthly paychecks that are $100 larger. But while most middle-class taxpayers spend almost their entire paycheck every month, if given a lump sum they are more likely to save some of it or pay off debts. Since the tax cut was intended to stimulate spending, I believe the administration made a wise choice in choosing to spread it out.

The field of behavioral economics has been around for more than three decades, but the application of its findings to societal problems has only recently been catching on. Fortunately, economists open to new ways of thinking are finding novel ways to use supposedly irrelevant factors to make the world a better place. ◼

*Richard Thaler is a professor of economics at the University of Chicago.*

**Source:** *New York Times*, May 10, 2015.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 22-3c People Are Inconsistent over Time

Imagine some dreary task, such as doing your laundry, shoveling snow off your driveway, or filling out your income tax forms. Now consider the following questions:

1. Would you prefer (A) to spend 50 minutes doing the task right now or (B) to spend 60 minutes doing the task tomorrow?
2. Would you prefer (A) to spend 50 minutes doing the task in 90 days or (B) to spend 60 minutes doing the task in 91 days?

When asked questions like these, many people choose B for question 1 and A for question 2. When looking ahead to the future (as in question 2), they minimize the amount of time spent on the dreary task. But faced with the prospect of doing the task immediately (as in question 1), they choose to put it off.

In some ways, this behavior is not surprising: Everyone procrastinates from time to time. But from the standpoint of the theory of rational man, it is puzzling. Suppose that in response to question 2, a person chooses to spend 50 minutes in 90 days. Then, when the 90th day arrives, we allow him to change his mind. In effect, he then faces question 1, so he opts for doing the task the next day. But why should the mere passage of time affect the choices he makes?

Many times in life, people make plans for themselves, but then they fail to follow through. A smoker promises himself that he will quit, but within a few hours of smoking his last cigarette, he craves another and breaks his promise. A person trying to lose weight promises that he will stop eating dessert, but when the waiter brings the dessert cart, the diet goes out the window. In both cases, the desire for instant gratification induces the decision maker to abandon his past plans.

Some economists believe that the consumption–saving decision is an important instance in which people exhibit this inconsistency over time. For many people, spending provides a type of instant gratification. Saving, like passing up the cigarette or the dessert, requires a sacrifice in the present for a reward in the distant future. And just as many smokers wish they could quit and many overweight individuals wish they ate less, many consumers wish they saved more of their income. According to one survey, 76 percent of Americans said they were not saving enough for retirement.

An implication of this inconsistency over time is that people should try to find ways to commit their future selves to following through on their plans. A smoker trying to quit may throw away his cigarettes, and a person on a diet may put a lock on the refrigerator. What can a person who saves too little do? He should find some way to lock up his money before he spends it. Some retirement accounts, such as 401(k) plans, do exactly that. A worker can agree to have some money taken out of his paycheck before he ever sees it. The money is deposited in an account that can be used before retirement only with a penalty. Perhaps that is one reason these retirement accounts are so popular: They protect people from their own desires for instant gratification.

 *Describe at least three ways in which human decision making differs from that of the rational individual of conventional economic theory.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# 22-4 Conclusion

This chapter examined the frontier of microeconomics. You may have noticed that we sketched out ideas rather than fully developing them. This is no accident. One reason is that you might study these topics in more detail in advanced courses. Another reason is that these topics remain active areas of research and, therefore, are still being fleshed out.

To see how these topics fit into the broader picture, recall the *Ten Principles of Economics* from Chapter 1. One principle states that markets are usually a good way to organize economic activity. Another principle states that governments can sometimes improve market outcomes. As you study economics, you can more fully appreciate the truth of these principles as well as the caveats that go with them. The study of asymmetric information should make you more wary of market outcomes. The study of political economy should make you more wary of government solutions. And the study of behavioral economics should make you wary of any institution that relies on human decision making, including both the market and the government.

If there is a unifying theme to these topics, it is that life is messy. Information is imperfect, government is imperfect, and people are imperfect. Of course, you knew this long before you started studying economics, but economists need to understand these imperfections as precisely as they can if they are to explain, and perhaps even improve, the world around them.

## CHAPTER QuickQuiz

1. Because Elaine has a family history of significant medical problems, she buys health insurance, whereas her friend Jerry, who has a healthier family, goes without. This is an example of
   a. moral hazard.
   b. adverse selection.
   c. signaling.
   d. screening.

2. George has a life insurance policy that pays his family $1 million if he dies. As a result, he does not hesitate to enjoy his favorite hobby of bungee jumping. This is an example of
   a. moral hazard.
   b. adverse selection.
   c. signaling.
   d. screening.

3. Before selling anyone a health insurance policy, the Kramer Insurance Company requires that applicants undergo a medical examination. Those with significant preexisting medical problems are charged more. This is an example of
   a. moral hazard.
   b. adverse selection.
   c. signaling.
   d. screening.

4. The Condorcet paradox illustrates Arrow's impossibility theorem by showing that pairwise majority voting
   a. is inconsistent with the principle of unanimity.
   b. leads to social preferences that are not transitive.
   c. violates the independence of irrelevant alternatives.
   d. makes one person in effect a dictator.

5. Two political candidates are vying for town mayor, and the key issue is how much to spend on the annual Fourth of July fireworks. Among the 100 voters, 40 want to spend $30,000, 30 want to spend $10,000, and 30 want to spend nothing at all. What is the winning position on this issue?
   a. $10,000
   b. $15,000
   c. $20,000
   d. $30,000

6. The experiment called the ultimatum game illustrates that people
   a. are overconfident in their own abilities.
   b. play the Nash equilibrium in strategic situations.
   c. care about fairness, even to their own detriment.
   d. make inconsistent decisions over time.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## SUMMARY

- In many economic transactions, information is asymmetric. When there are hidden actions, principals may be concerned that agents suffer from the problem of moral hazard. When there are hidden characteristics, buyers may be concerned about the problem of adverse selection among the sellers. Private markets sometimes deal with asymmetric information with signaling and screening.
- Although government policy can sometimes improve market outcomes, governments are themselves imperfect institutions. The Condorcet paradox shows that majority rule fails to produce transitive preferences for society, and Arrow's impossibility theorem shows that no voting system will be perfect. In many situations, democratic institutions will produce the outcome desired by the median voter, regardless of the preferences of the rest of the electorate. Moreover, the individuals who set government policy may be motivated by self-interest rather than the national interest.
- The study of psychology and economics reveals that human decision making is more complex than is assumed in conventional economic theory. People are not always rational, they care about the fairness of economic outcomes (even to their own detriment), and they can be inconsistent over time.

## KEY CONCEPTS

moral hazard, p. 452
agent, p. 452
principal, p. 452
adverse selection, p. 454

signaling, p. 455
screening, p. 456
political economy, p. 457
Condorcet paradox, p. 458

Arrow's impossibility theorem, p. 459
median voter theorem, p. 460
behavioral economics, p. 461

## QUESTIONS FOR REVIEW

1. What is moral hazard? List three things an employer might do to reduce the severity of this problem.

2. What is adverse selection? Give an example of a market in which adverse selection might be a problem.

3. Define *signaling* and *screening* and give an example of each.

4. What unusual property of voting did Condorcet notice?

5. Explain why majority rule respects the preferences of the median voter rather than the average voter.

6. Describe the ultimatum game. What outcome from this game would conventional economic theory predict? Do experiments confirm this prediction? Explain.

## PROBLEMS AND APPLICATIONS

1. Each of the following situations involves moral hazard. In each case, identify the principal and the agent and explain why there is asymmetric information. How does the action described reduce the problem of moral hazard?
   a. Landlords require tenants to pay security deposits.
   b. Firms compensate top executives with options to buy company stock at a given price in the future.
   c. Car insurance companies offer discounts to customers who install antitheft devices in their cars.

2. Suppose that the Live-Long-and-Prosper Health Insurance Company charges $5,000 annually for a family insurance policy. The company's president suggests that the company raise the annual price to $6,000 to increase its profits. If the firm followed this suggestion, what economic problem might arise? Would the firm's pool of customers tend to become more or less healthy on average? Would the company's profits necessarily increase?

3. A case study in this chapter describes how a boyfriend can signal his love to a girlfriend by giving an appropriate gift. Do you think saying "I love you" can also serve as a signal? Why or why not?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

4. The health insurance reform signed into law by President Obama in 2010 included the following two provisions:
   i. Insurance companies must offer health insurance to everyone who applies and charge them the same price regardless of a person's preexisting health condition.
   ii. Everyone must buy health insurance or pay a penalty for not doing so.
   a. Which of these policies taken on its own makes the problem of adverse selection worse? Explain.
   b. Why do you think the policy you identified in part (a) was included in the law?
   c. Why do you think the other policy was included in the law?

5. Ken walks into an ice-cream parlor.

   Waiter: "We have vanilla and chocolate today."
   Ken: "I'll take vanilla."
   Waiter: "I almost forgot. We also have strawberry."
   Ken: "In that case, I'll take chocolate."

   What standard property of decision making is Ken violating? (*Hint*: Reread the section on Arrow's impossibility theorem.)

6. Three friends are choosing a restaurant for dinner. Here are their preferences:

   |  | Rachel | Ross | Joey |
   | --- | --- | --- | --- |
   | First choice | Italian | Italian | Chinese |
   | Second choice | Chinese | Chinese | Mexican |
   | Third choice | Mexican | Mexican | French |
   | Fourth choice | French | French | Italian |

   a. If the three friends use a Borda count to make their decision, where do they go to eat?
   b. On their way to their chosen restaurant, they see that the Mexican and French restaurants are closed, so they use a Borda count again to decide between the remaining two restaurants. Where do they decide to go now?
   c. How do your answers to parts (a) and (b) relate to Arrow's impossibility theorem?

7. Three friends are choosing a TV show to watch. Here are their preferences:

   |  | Chandler | Phoebe | Monica |
   | --- | --- | --- | --- |
   | First choice | *Empire* | *Supergirl* | *Homeland* |
   | Second choice | *Supergirl* | *Homeland* | *Empire* |
   | Third choice | *Homeland* | *Empire* | *Supergirl* |

   a. If the three friends try using a Borda count to make their choice, what would happen?
   b. Monica suggests a vote by majority rule. She proposes that first they choose between *Empire* and *Supergirl*, and then they choose between the winner of the first vote and *Homeland*. If they all vote their preferences honestly, what outcome would occur?

   c. Should Chandler agree to Monica's suggestion? What voting system would he prefer?
   d. Phoebe and Monica convince Chandler to go along with Monica's proposal. In round one, Chandler dishonestly says he prefers *Supergirl* over *Empire*. Why might he do this?

8. Five roommates are planning to spend the weekend in their dorm room watching movies, and they are debating how many movies to watch. Here is their willingness to pay:

   |  | Quentin | Spike | Ridley | Martin | Steven |
   | --- | --- | --- | --- | --- | --- |
   | First film | $14 | $10 | $8 | $4 | $2 |
   | Second film | 12 | 8 | 4 | 2 | 0 |
   | Third film | 10 | 6 | 2 | 0 | 0 |
   | Fourth film | 6 | 2 | 0 | 0 | 0 |
   | Fifth film | 2 | 0 | 0 | 0 | 0 |

   Buying a DVD costs $15, which the roommates split equally, so each pays $3 per movie.
   a. What is the efficient number of movies to watch (that is, the number that maximizes total surplus)?
   b. From the standpoint of each roommate, what is the preferred number of movies?
   c. What is the preference of the median roommate?
   d. If the roommates held a vote on the efficient outcome versus the median voter's preference, how would each person vote? Which outcome would get a majority?
   e. If one of the roommates proposed a different number of movies, could his proposal beat the winner from part (d) in a vote?
   f. Can majority rule be counted on to reach efficient outcomes in the provision of public goods?

9. Two ice-cream stands are deciding where to set up along a 1-mile beach. The people are uniformly located along the beach, and each person sitting on the beach buys exactly 1 ice-cream cone per day from the nearest stand. Each ice-cream seller wants the maximum number of customers. Where along the beach will the two stands locate? Of which result in this chapter does this outcome remind you?

10. The government is considering two ways to help the needy: giving them cash or giving them free meals at soup kitchens.
    a. Give an argument, based on the standard theory of the rational consumer, for giving cash.
    b. Give an argument, based on asymmetric information, for why the soup kitchen may be better than the cash handout.
    c. Give an argument, based on behavioral economics, for why the soup kitchen may be better than the cash handout.

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203


Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# PART VIII

# The Data of Macroeconomics



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 102 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 103 of 468

# Measuring a Nation's Income

**W**hen you finish school and start looking for a full-time job, your experience will, to a large extent, be shaped by prevailing economic conditions. In some years, firms throughout the economy are expanding their production of goods and services, employment is rising, and jobs are easy to find. In other years, firms are cutting back production, employment is declining, and finding a good job takes a long time. Not surprisingly, any college graduate would rather enter the labor force in a year of economic expansion than in a year of economic contraction.

Because the health of the overall economy profoundly affects all of us, changes in economic conditions are widely reported by the

Copyright 2018 Cengage Learning. All Rights Reserved.

media. Indeed, it is hard to pick up a newspaper, check an online news service, or turn on the TV without seeing some newly reported statistic about the economy. The statistic might measure the total income of everyone in the economy (gross domestic product, or GDP), the rate at which average prices are rising or falling (inflation/deflation), the percentage of the labor force that is out of work (unemployment), total spending at stores (retail sales), or the imbalance of trade between the United States and the rest of the world (the trade deficit). All these statistics are *macroeconomic*. Rather than telling us about a particular household, firm, or market, they tell us something about the entire economy.

As you may recall from Chapter 2, economics is divided into two branches: microeconomics and macroeconomics. **Microeconomics** is the study of how individual households and firms make decisions and how they interact with one another in markets. **Macroeconomics** is the study of the economy as a whole. The goal of macroeconomics is to explain the economic changes that affect many households, firms, and markets simultaneously. Macroeconomists address a broad variety of questions: Why is average income high in some countries and low in others? Why do prices sometimes rise rapidly while at other times they are more stable? Why do production and employment expand in some years and contract in others? What, if anything, can the government do to promote rapid growth in incomes, low inflation, and stable employment? These questions are all macroeconomic in nature because they concern the workings of the entire economy.

Because the economy as a whole is a collection of many households and many firms interacting in many markets, microeconomics and macroeconomics are closely linked. The basic tools of supply and demand, for instance, are as central to macroeconomic analysis as they are to microeconomic analysis. Yet studying the economy in its entirety raises some new and intriguing challenges.

In this and the next chapter, we discuss some of the data that economists and policymakers use to monitor the performance of the overall economy. These data reflect the economic changes that macroeconomists try to explain. This chapter considers *gross domestic product*, which measures the total income of a nation. GDP is the most closely watched economic statistic because it is thought to be the single best measure of a society's economic well-being.

**microeconomics**
the study of how households and firms make decisions and how they interact in markets

**macroeconomics**
the study of economy-wide phenomena, including inflation, unemployment, and economic growth

## 23-1 The Economy's Income and Expenditure

If you were to judge how a person is doing economically, you might first look at her income. A person with a high income can more easily afford life's necessities and luxuries. It is no surprise that people with higher incomes enjoy higher standards of living—better housing, better healthcare, fancier cars, more opulent vacations, and so on.

The same logic applies to a nation's overall economy. When judging whether the economy is doing well or poorly, it is natural to look at the total income that everyone in the economy is earning. That is the task of gross domestic product.

GDP measures two things at once: the total income of everyone in the economy and the total expenditure on the economy's output of goods and services. GDP can perform the trick of measuring both total income and total expenditure because these two things are the same. *For an economy as a whole, income must equal expenditure.*

Why is this true? An economy's income is the same as its expenditure because every transaction has two parties: a buyer and a seller. Every dollar of spending by some buyer is a dollar of income for some seller. Suppose, for instance, that Karen pays Doug $100 to mow her lawn. In this case, Doug is a seller of a service and Karen is a buyer. Doug earns $100 and Karen spends $100. Thus, the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

transaction contributes equally to the economy's income and to its expenditure. GDP, whether measured as total income or total expenditure, rises by $100.

Another way to see the equality of income and expenditure is with the circular-flow diagram in Figure 1. As you may recall from Chapter 2, this diagram describes all the transactions between households and firms in a simple economy. It simplifies matters by assuming that all goods and services are bought by households and that households spend all of their income. In this economy, when households buy goods and services from firms, these expenditures flow through the markets for goods and services. When the firms use the money they receive from sales to pay workers' wages, landowners' rent, and firm owners' profit, this income flows through the markets for the factors of production. Money continuously flows from households to firms and then back to households.

GDP measures this flow of money. We can compute it for this economy in one of two ways: by adding up the total expenditure by households or by adding up the total income (wages, rent, and profit) paid by firms. Because all expenditure in the economy ends up as someone's income, GDP is the same regardless of how we compute it.

The actual economy is, of course, more complicated than the one illustrated in Figure 1. Households do not spend all of their income; they pay some of it to the government in taxes, and they save some for use in the future. In addition, households do not buy all goods and services produced in the economy; some goods and services are bought by governments, and some are bought by firms that plan to use them in the future to produce their own output. Yet the basic lesson remains the same: Regardless of whether a household, government, or firm buys a good or service, the transaction always has a buyer and a seller. Thus, for the economy as a whole, expenditure and income are the same.

**QuickQuiz** *What two things does GDP measure? How can it measure two things at once?*



## FIGURE 1

**The Circular-Flow Diagram**
Households buy goods and services from firms, and firms use their revenue from sales to pay wages to workers, rent to landowners, and profit to firm owners. GDP equals the total amount spent by households in the market for goods and services. It also equals the total wages, rent, and profit paid by firms in the markets for the factors of production.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 23-2  The Measurement of GDP

Having discussed the meaning of gross domestic product in general terms, let's be more precise about how this statistic is measured. Here is a definition of GDP that focuses on GDP as a measure of total expenditure:

**gross domestic product (GDP)**

the market value of all final goods and services produced within a country in a given period of time

- **Gross domestic product (GDP)** is the market value of all final goods and services produced within a country in a given period of time.

This definition might seem simple enough. But in fact, many subtle issues arise when computing an economy's GDP. Let's therefore consider each phrase in this definition with some care.

### 23-2a  "GDP Is the Market Value . . ."

You have probably heard the adage "You can't compare apples and oranges." Yet GDP does exactly that. GDP adds together many different kinds of products into a single measure of the value of economic activity. To do this, it uses market prices. Because market prices measure the amount people are willing to pay for different goods, they reflect the value of those goods. If the price of an apple is twice the price of an orange, then an apple contributes twice as much to GDP as does an orange.

### 23-2b  ". . . of All . . ."

GDP tries to be comprehensive. It includes all items produced in the economy and sold legally in markets. GDP measures the market value of not just apples and oranges but also pears and grapefruit, books and movies, haircuts and healthcare, and so on.

GDP also includes the market value of the housing services provided by the economy's stock of housing. For rental housing, this value is easy to calculate—the rent equals both the tenant's expenditure and the landlord's income. Yet many people own their homes and, therefore, do not pay rent. The government includes this owner-occupied housing in GDP by estimating its rental value. In effect, GDP is based on the assumption that the owner is renting the house to herself. The imputed rent is included both in the homeowner's expenditure and in her income, so it adds to GDP.

There are some products, however, that GDP excludes because measuring them is difficult. GDP excludes most items produced and sold illicitly, such as illegal drugs. It also excludes most items that are produced and consumed at home and, therefore, never enter the marketplace. Vegetables you buy at the grocery store are part of GDP; vegetables you grow in your garden are not.

These exclusions from GDP can at times lead to paradoxical results. For example, when Karen pays Doug to mow her lawn, that transaction is part of GDP. But suppose Doug and Karen marry. Even though Doug may continue to mow Karen's lawn, the value of the mowing is now left out of GDP because Doug's service is no longer sold in a market. Thus, their marriage reduces GDP.

### 23-2c  ". . . Final . . ."

When International Paper makes paper, which Hallmark then uses to make a greeting card, the paper is called an *intermediate good* and the card is called a *final good*. GDP includes only the value of final goods. This is done because the value

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

of intermediate goods is already included in the prices of the final goods. Adding the market value of the paper to the market value of the card would be double counting. That is, it would (incorrectly) count the paper twice.

An important exception to this principle arises when an intermediate good is produced and, rather than being used, is added to a firm's inventory of goods for use or sale at a later date. In this case, the intermediate good is taken to be "final" for the moment, and its value as inventory investment is included as part of GDP. Thus, additions to inventory add to GDP, and when the goods in inventory are later used or sold, the reductions in inventory subtract from GDP.

### 23-2d "...Goods and Services..."

GDP includes both tangible goods (food, clothing, cars) and intangible services (haircuts, housecleaning, doctor visits). When you buy a CD by your favorite band, you are buying a good, and the purchase price is part of GDP. When you pay to hear a concert by the same band, you are buying a service, and the ticket price is also part of GDP.

### 23-2e "...Produced..."

GDP includes goods and services currently produced. It does not include transactions involving items produced in the past. When Ford produces and sells a new car, the value of the car is included in GDP. But when one person sells a used car to another person, the value of the used car is not included in GDP.

### 23-2f "...Within a Country..."

GDP measures the value of production within the geographic confines of a country. When a Canadian citizen works temporarily in the United States, her production is part of U.S. GDP. When an American citizen owns a factory in Haiti, the production at her factory is not part of U.S. GDP. (It is part of Haiti's GDP.) Thus, items are included in a nation's GDP if they are produced domestically, regardless of the nationality of the producer.

### 23-2g "...In a Given Period of Time."

GDP measures the value of production that takes place within a specific interval of time. Usually, that interval is a year or a quarter (3 months). GDP measures the economy's flow of income, as well as its flow of expenditure, during that interval.

When the government reports the GDP for a quarter, it usually presents GDP "at an annual rate." This means that the figure reported for quarterly GDP is the amount of income and expenditure during the quarter multiplied by 4. The government uses this convention so that quarterly and annual figures on GDP can be compared more easily.

In addition, when the government reports quarterly GDP, it presents the data after they have been modified by a statistical procedure called *seasonal adjustment*. The unadjusted data show clearly that the economy produces more goods and services during some times of the year than during others. (As you might guess, December's holiday shopping season is a high point.) When monitoring the condition of the economy, economists and policymakers often want to look beyond these regular seasonal changes. Therefore, government statisticians adjust the quarterly data to take out the seasonal cycle. The GDP data reported in the news are always seasonally adjusted.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Now let's repeat the definition of GDP:

- Gross domestic product (GDP) is the market value of all final goods and services produced within a country in a given period of time.

This definition focuses on GDP as total expenditure in the economy. But don't forget that every dollar spent by a buyer of a good or service becomes a dollar of income to the seller of that good or service. Therefore, in addition to applying this definition, the government adds up total income in the economy. The two ways of calculating GDP give almost exactly the same answer. (Why "almost"? The two measures should be precisely the same, but data sources are not perfect. The difference between the two calculations of GDP is called the *statistical discrepancy*.)

It should be apparent that GDP is a sophisticated measure of the value of economic activity. In advanced courses in macroeconomics, you will learn more about the subtleties that arise in its calculation. But even now you can see that each phrase in this definition is packed with meaning.

 *Which contributes more to GDP—the production of a pound of hamburger or the production of a pound of caviar? Why?*

## FYI

## Other Measures of Income

When the U.S. Department of Commerce computes the nation's GDP, it also computes various other measures of income to get a more complete picture of what's happening in the economy. These other measures differ from GDP by excluding or including certain categories of income. What follows is a brief description of five of these income measures, ordered from largest to smallest.

- *Gross national product* (GNP) is the total income earned by a nation's permanent residents (called *nationals*). It differs from GDP in that it includes income that our citizens earn abroad and excludes income that foreigners earn here. For example, when a Canadian citizen works temporarily in the United States, her production is part of U.S. GDP, but it is not part of U.S. GNP. (It is part of Canada's GNP.) For most countries, including the United States, domestic residents are responsible for most domestic production, so GDP and GNP are quite close.
- *Net national product* (NNP) is the total income of a nation's residents (GNP) minus losses from depreciation. *Depreciation* is the wear and tear on the economy's stock of equipment and structures, such as trucks rusting and old computer models becoming obsolete. In the national income accounts prepared by the Department of Commerce, depreciation is called the "consumption of fixed capital."
- *National income* is the total income earned by a nation's residents in the production of goods and services. It is almost identical to net national product. These two measures differ because of the *statistical discrepancy* that arises from problems in data collection.

- *Personal income* is the income that households and noncorporate businesses receive. Unlike national income, it excludes *retained earnings*, which is income that corporations have earned but have not paid out to their owners. It also subtracts indirect business taxes (such as sales taxes), corporate income taxes, and contributions for social insurance (mostly Social Security taxes). In addition, personal income includes the interest income that households receive from their holdings of government debt and the income that households receive from government transfer programs, such as welfare and Social Security.
- *Disposable personal income* is the income that households and noncorporate businesses have left after satisfying all their obligations to the government. It equals personal income minus personal taxes and certain nontax payments (such as traffic tickets).

Although the various measures of income differ in detail, they almost always tell the same story about economic conditions. When GDP grows rapidly, these other measures of income usually grow rapidly. And when GDP falls, these other measures usually fall as well. For monitoring fluctuations in the overall economy, it does not matter much which measure of income we use. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## 23-3 The Components of GDP

Spending in an economy takes many forms. At any moment, the Smith family may be having lunch at Burger King; Ford may be building a car factory; the U.S. Navy may be procuring a submarine; and British Airways may be buying an airplane from Boeing. GDP includes all of these various forms of spending on domestically produced goods and services.

To understand how the economy is using its scarce resources, economists study the composition of GDP among various types of spending. To do this, GDP (which we denote as $Y$) is divided into four components: consumption ($C$), investment ($I$), government purchases ($G$), and net exports ($NX$):

$$Y = C + I + G + NX.$$

This equation is an *identity*—an equation that must be true because of how the variables in the equation are defined. In this case, because each dollar of expenditure included in GDP is placed into one of the four components of GDP, the total of the four components must be equal to GDP. Let's look at each of these four components more closely.

### 23-3a Consumption

**Consumption** is spending by households on goods and services, with the exception of purchases of new housing. Goods include durable goods, such as automobiles and appliances, and nondurable goods, such as food and clothing. Services include such intangible items as haircuts and medical care. Household spending on education is also included in consumption of services (although one might argue that it would fit better in the next component).

**consumption**
spending by households on goods and services, with the exception of purchases of new housing

### 23-3b Investment

**Investment** is the purchase of goods (called *capital goods*) that will be used in the future to produce more goods and services. Investment is the sum of purchases of business capital, residential capital, and inventories. Business capital includes business structures (such as a factory or office building), equipment (such as a worker's computer), and intellectual property products (such as the software that runs the computer). Residential capital includes the landlord's apartment building and a homeowner's personal residence. By convention, the purchase of a new house is the one type of household spending categorized as investment rather than consumption.

**investment**
spending on business capital, residential capital, and inventories

As mentioned earlier, the treatment of inventory accumulation is noteworthy. When Apple produces a computer and adds it to its inventory instead of selling it, Apple is assumed to have "purchased" the computer for itself. That is, the national income accountants treat the computer as part of Apple's investment spending. (If Apple later sells the computer out of inventory, Apple's inventory investment will then be negative, offsetting the positive expenditure of the buyer.) Inventories are treated this way because one aim of GDP is to measure the value of the economy's production, and goods added to inventory are part of that period's production.

Notice that GDP accounting uses the word *investment* differently from how you might hear the term in everyday conversation. When you hear the word *investment*, you might think of financial investments, such as stocks, bonds, and mutual funds—topics that we study later in this book. By contrast, because GDP measures expenditure on goods and services, here the word *investment* means

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

### Sex, Drugs, and GDP



*Some nations are debating what to include in their national income accounts.*

#### No Sex, Please, We're French

**By Zachary Karabell**

The government of France has just made what on the face of it appears to be a nonannouncement announcement: It will not include illegal drugs and prostitution in its official calculation of the country's gross domestic product.

What made the announcement odd was that it never has included such activities, nor have most countries. Nor do most governments announce what they do not plan to do. ("The U.S. government has no intention of sending a man to Venus.") Yet the French decision comes in the wake of significant pressure from neighboring countries and from the European Union to integrate these activities into national accounts and economic output. That raises a host of questions: *Should* these activities be included, and if those are, why not others? And what exactly are we measuring—and why?

Few numbers shape our world today more than GDP. It has become the alpha and omega of national success, used by politicians and pundits as the primary gauge of national strength and treated as a numerical proxy for greatness or the lack thereof.

Yet GDP is only a statistic, replete with the limitations of all statistics. Created as an outgrowth of national accounts that were themselves only devised in the 1930s, GDP was never an all-inclusive measure, even as it is treated as such. Multiple areas of economic life were left out, including volunteer work and domestic work.

Now Eurostat, the official statistical agency of the European Union, is leading the drive to include a host of illegal activities in national calculations of GDP, most notably prostitution and illicit drugs. The argument, as a United Nations commission laid out in 2008, is fairly simple: Prostitution and illicit drugs are significant economic activities, and if they're not factored into economic statistics, then we're looking at an incomplete picture—which in turn will make it that much harder to craft smart policy. Additionally, different

purchases of goods (such as business capital, residential structures, and inventories) that will be used to produce other goods and services in the future.

### 23-3c Government Purchases

**government purchases**
spending on goods and services by local, state, and federal governments

**Government purchases** include spending on goods and services by local, state, and federal governments. It includes the salaries of government workers as well as expenditures on public works. Recently, the U.S. national income accounts have switched to the longer label *government consumption expenditure and gross investment*, but in this book, we will use the traditional and shorter term *government purchases*.

The meaning of government purchases requires a bit of clarification. When the government pays the salary of an Army general or a schoolteacher, that salary is part of government purchases. But when the government pays a Social Security benefit to a person who is elderly or an unemployment insurance benefit to a worker who was recently laid off, the story is very different: These are called *transfer payments* because they are not made in exchange for a currently produced good or service. Transfer payments alter household income, but they do not reflect the economy's production. (From a macroeconomic standpoint, transfer payments are like negative taxes.) Because GDP is intended to measure income from, and expenditure on, the production of goods and services, transfer payments are not counted as part of government purchases.

### 23-3d Net Exports

**net exports**
spending on domestically produced goods by foreigners (exports) minus spending on foreign goods by domestic residents (imports)

**Net exports** equal the foreign purchases of domestically produced goods (exports) minus the domestic purchases of foreign goods (imports). A domestic firm's sale

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

countries have different laws: In the Netherlands, for instance, prostitution is legal, as is marijuana. Those commercial transactions (or at least those that are recorded and taxed) are already part of Dutch GDP. Not including them in Italy's or Spain's GDPs can thus make it challenging to compare national numbers.

That is why Spain, Italy, Belgium, and the U.K. have in recent months moved to include illegal drugs and nonlicensed sex trade in their national accounts. The U.K. Office for National Statistics in particular approached its mandate with wonkish seriousness, publishing a 20-page précis of its methodology that explained how it would, say, calculate the dollar amount of prostitution (police records help) or deal with domestically produced drugs versus imported drugs. The result, which will be formally announced in September, will be an additional 10 billion pounds added to Great Britain's GDP.

France, however, has demurred. A nation with a clichéd reputation for a certain savoir faire when it comes to sex and other nocturnal activities has decided (or at least its bureaucrats have) that in spite of an EU directive, it will not calculate the effects of illegal activities that are often nonconsensual or nonvoluntary. That is clearly the case for some prostitution—one French minister stated that "street prostitution" is largely controlled by the Mafia—and the same could be reasonably said of the use of some hard drugs, given their addictive nature.

There is undeniably a strong moralistic component in the French decision. By averring that because they are not voluntary or consensual these exchanges should not be included in GDP, the French government is placing a moral vision of what society *should be* ahead of an economic vision of what society *is*. That in turn makes an already messy statistic far messier, and that serves no one's national interests. . . .

With all of GDP's limitations, adding a new moral dimension would only make the number that much less useful. After all, why stop at not including prostitution because it degrades women? Why not refuse to measure coal production because it degrades the environment? Why not leave out cigarette usage because it causes cancer? The list of possible exclusions on this basis is endless.

If GDP is our current best metric for national output, then at the very least it should attempt to include all measurable output. The usually moralistic United States has actually been including legal prostitution in Nevada and now marijuana sales and consumption in Colorado, California, and Washington without any strong objections based solely on the argument that these are commercial exchanges that constitute this fuzzy entity we call "the economy."…

Not measuring drugs and sex won't make them go away, but it will hobble efforts to understand the messy latticework of our economic lives, all in a futile attempt to excise what we do not like. ∎

**Source:** *Slate*, June 20, 2014.

to a buyer in another country, such as Boeing's sale of an airplane to British Airways, increases net exports.

The *net* in *net exports* refers to the fact that imports are subtracted from exports. This subtraction is made because other components of GDP include imports of goods and services. For example, suppose that a household buys a $40,000 car from Volvo, the Swedish carmaker. This transaction increases consumption by $40,000 because car purchases are part of consumer spending. It also reduces net exports by $40,000 because the car is an import. In other words, net exports include goods and services produced abroad (with a minus sign) because these goods and services are included in consumption, investment, and government purchases (with a plus sign). Thus, when a domestic household, firm, or government buys a good or service from abroad, the purchase reduces net exports, but because it also raises consumption, investment, or government purchases, it does not affect GDP.

**THE COMPONENTS OF U.S. GDP**

CASE STUDY

Table 1 shows the composition of U.S. GDP in 2015. In this year, the GDP of the United States was almost $18 trillion. Dividing this number by the 2015 U.S. population of 321 million yields GDP per person (sometimes called GDP per capita). In 2015 the income and expenditure of the average American was $55,882.

Consumption made up 68 percent of GDP, or $38,218 per person. Investment was $9,402 per person. Government purchases were $9,919 per person. Net exports were –$1,657 per person. This number is negative because Americans spent more on foreign goods than foreigners spent on American goods.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## TABLE 1

**GDP and Its Components**
This table shows total GDP for the U.S. economy in 2015 and the breakdown of GDP among its four components. When reading this table, recall the identity $Y = C + I + G + NX$.

| | Total (in billions of dollars) | Per Person (in dollars) | Percent of Total |
|---|---|---|---|
| Gross domestic product, $Y$ | $17,938 | $55,882 | 100% |
| Consumption, $C$ | 12,268 | 38,218 | 68 |
| Investment, $I$ | 3,018 | 9,402 | 17 |
| Government purchases, $G$ | 3,184 | 9,919 | 18 |
| Net exports, $NX$ | −532 | −1,657 | −3 |

**Source:** U.S. Department of Commerce. Parts may not sum to totals due to rounding.

These data come from the Bureau of Economic Analysis, the part of the U.S. Department of Commerce that produces the national income accounts. You can find more recent data on GDP on its website, http://www.bea.gov. ●

**QuickQuiz** *List the four components of expenditure. Which is the largest?*

## 23-4 Real versus Nominal GDP

As we have seen, GDP measures the total spending on goods and services in all markets in the economy. If total spending rises from one year to the next, at least one of two things must be true: (1) the economy is producing a larger output of goods and services, or (2) goods and services are being sold at higher prices. When studying changes in the economy over time, economists want to separate these two effects. In particular, they want a measure of the total quantity of goods and services the economy is producing that is not affected by changes in the prices of those goods and services.

To do this, economists use a measure called *real GDP*. Real GDP answers a hypothetical question: What would be the value of the goods and services produced this year if we valued these goods and services at the prices that prevailed in some specific year in the past? By evaluating current production using prices that are fixed at past levels, real GDP shows how the economy's overall production of goods and services changes over time.

To see more precisely how real GDP is constructed, let's consider an example.

### 23-4a A Numerical Example

Table 2 shows some data for an economy that produces only two goods: hot dogs and hamburgers. The table shows the prices and quantities produced of the two goods in the years 2016, 2017, and 2018.

To compute total spending in this economy, we would multiply the quantities of hot dogs and hamburgers by their prices. In the year 2016, 100 hot dogs are sold at a price of $1 per hot dog, so expenditure on hot dogs equals $100. In the same year, 50 hamburgers are sold for $2 per hamburger, so expenditure on hamburgers also equals $100. Total expenditure in the economy—the sum of expenditure on hot dogs and expenditure on hamburgers—is $200. This amount, the production of goods and services valued at current prices, is called **nominal GDP**.

**nominal GDP**
the production of goods and services valued at current prices

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### TABLE 2

**Real and Nominal GDP**

This table shows how to calculate real GDP, nominal GDP, and the GDP deflator for a hypothetical economy that produces only hot dogs and hamburgers.

#### Prices and Quantities

| Year | Price of Hot Dogs | Quantity of Hot Dogs | Price of Hamburgers | Quantity of Hamburgers |
|------|-------------------|----------------------|---------------------|------------------------|
| 2016 | $1 | 100 | $2 | 50 |
| 2017 | $2 | 150 | $3 | 100 |
| 2018 | $3 | 200 | $4 | 150 |

#### Calculating Nominal GDP

| 2016 | ($1 per hot dog × 100 hot dogs) + ($2 per hamburger × 50 hamburgers) = $200 |
|------|--------|
| 2017 | ($2 per hot dog × 150 hot dogs) + ($3 per hamburger × 100 hamburgers) = $600 |
| 2018 | ($3 per hot dog × 200 hot dogs) + ($4 per hamburger × 150 hamburgers) = $1,200 |

#### Calculating Real GDP (base year 2016)

| 2016 | ($1 per hot dog × 100 hot dogs) + ($2 per hamburger × 50 hamburgers) = $200 |
|------|--------|
| 2017 | ($1 per hot dog × 150 hot dogs) + ($2 per hamburger × 100 hamburgers) = $350 |
| 2018 | ($1 per hot dog × 200 hot dogs) + ($2 per hamburger × 150 hamburgers) = $500 |

#### Calculating the GDP Deflator

| 2016 | ($200/$200) × 100 = 100 |
|------|--------|
| 2017 | ($600/$350) × 100 = 171 |
| 2018 | ($1,200/$500) × 100 = 240 |

The table shows the calculation of nominal GDP for these 3 years. Total spending rises from $200 in 2016 to $600 in 2017 and then to $1,200 in 2018. Part of this rise is attributable to the increase in the quantities of hot dogs and hamburgers, and part is attributable to the increase in the prices of hot dogs and hamburgers.

To obtain a measure of the amount produced that is not affected by changes in prices, we use **real GDP**, which is the production of goods and services valued at constant prices. We calculate real GDP by first designating 1 year as a *base year*. We then use the prices of hot dogs and hamburgers in the base year to compute the value of goods and services in all the years. In other words, the prices in the base year provide the basis for comparing quantities in different years.

Suppose that we choose 2016 to be the base year in our example. We can then use the prices of hot dogs and hamburgers in 2016 to compute the value of goods and services produced in 2016, 2017, and 2018. Table 2 shows these calculations. To compute real GDP for 2016, we use the prices of hot dogs and hamburgers in 2016 (the base year) and the quantities of hot dogs and hamburgers produced in 2016. (Thus, for the base year, real GDP always equals nominal GDP.) To compute real GDP for 2017, we use the prices of hot dogs and hamburgers in 2016 (the base year) and the quantities of hot dogs and hamburgers produced in 2017. Similarly, to compute real GDP for 2018, we use the prices in 2016 and the quantities in 2018. When we find that real GDP has risen from $200 in 2016 to $350 in 2017 and then to $500 in 2018, we know that the increase is attributable to an increase in the quantities produced because the prices are being held fixed at base-year levels.

**real GDP**
the production of goods and services valued at constant prices

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

To sum up: *Nominal GDP uses current prices to place a value on the economy's production of goods and services. Real GDP uses constant base-year prices to place a value on the economy's production of goods and services*. Because real GDP is not affected by changes in prices, changes in real GDP reflect only changes in the amounts being produced. Thus, real GDP is a measure of the economy's production of goods and services.

Our goal in computing GDP is to gauge how well the overall economy is performing. Because real GDP measures the economy's production of goods and services, it reflects the economy's ability to satisfy people's needs and desires. Thus, real GDP is a better gauge of economic well-being than is nominal GDP. When economists talk about the economy's GDP, they usually mean real GDP rather than nominal GDP. And when they talk about growth in the economy, they measure that growth as the percentage change in real GDP from one period to another.

### 23-4b  The GDP Deflator

As we have just seen, nominal GDP reflects both the quantities of goods and services the economy is producing and the prices of those goods and services. By contrast, by holding prices constant at base-year levels, real GDP reflects only the quantities produced. From these two statistics, we can compute a third, called the GDP deflator, which reflects only the prices of goods and services.

The **GDP deflator** is calculated as follows:

**GDP deflator**
a measure of the price level calculated as the ratio of nominal GDP to real GDP times 100

$$\text{GDP deflator} = \frac{\text{Nominal GDP}}{\text{Real GDP}} \times 100.$$

Because nominal GDP and real GDP must be the same in the base year, the GDP deflator for the base year always equals 100. The GDP deflator for subsequent years measures the change in nominal GDP from the base year that cannot be attributable to a change in real GDP.

The GDP deflator measures the current level of prices relative to the level of prices in the base year. To see why this is true, consider a couple of simple examples. First, imagine that the quantities produced in the economy rise over time but prices remain the same. In this case, both nominal and real GDP rise at the same rate, so the GDP deflator is constant. Now suppose, instead, that prices rise over time but the quantities produced stay the same. In this second case, nominal GDP rises but real GDP remains the same, so the GDP deflator rises. Notice that, in both cases, the GDP deflator reflects what's happening to prices, not quantities.

Let's now return to our numerical example in Table 2. The GDP deflator is computed at the bottom of the table. For the year 2016, nominal GDP is $200 and real GDP is $200, so the GDP deflator is 100. (The deflator is always 100 in the base year.) For the year 2017, nominal GDP is $600 and real GDP is $350, so the GDP deflator is 171.

Economists use the term *inflation* to describe a situation in which the economy's overall price level is rising. The *inflation rate* is the percentage change in some measure of the price level from one period to the next. Using the GDP deflator, the inflation rate between two consecutive years is computed as follows:

$$\text{Inflation rate in year 2} = \frac{\text{GDP deflator in year 2} - \text{GDP deflator in year 1}}{\text{GDP deflator in year 1}} \times 100.$$

Because the GDP deflator rose in year 2017 from 100 to 171, the inflation rate is $100 \times (171 - 100)/100$, or 71 percent. In 2018, the GDP deflator rose to 240 from 171 the previous year, so the inflation rate is $100 \times (240 - 171)/171$, or 40 percent.

The GDP deflator is one measure that economists use to monitor the average level of prices in the economy and thus the rate of inflation. The GDP deflator gets its name

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW   Document 9-1   Filed 07/31/23   Page 115 of 468

because it can be used to take inflation out of nominal GDP—that is, to "deflate" nominal GDP for the rise that is due to increases in prices. We examine another measure of the economy's price level, called the consumer price index, in the next chapter, where we also describe the differences between the two measures.



**A HALF CENTURY OF REAL GDP**

Now that we know how real GDP is defined and measured, let's look at what this macroeconomic variable tells us about the recent history of the United States. Figure 2 shows quarterly data on real GDP for the U.S. economy since 1965.

The most obvious feature of these data is that real GDP grows over time. The real GDP of the U.S. economy in 2015 was more than four times its 1965 level. Put differently, the output of goods and services produced in the United States has grown on average about 3 percent per year. This continued growth in real GDP enables most Americans to enjoy greater economic prosperity than their parents and grandparents did.

A second feature of the GDP data is that growth is not steady. The upward climb of real GDP is occasionally interrupted by periods during which GDP declines, called *recessions*. Figure 2 marks recessions with shaded vertical bars. (There is no ironclad rule for when the official business cycle dating committee will declare that a recession has occurred, but an old rule of thumb is two consecutive quarters of falling real GDP.) Recessions are associated not only with lower incomes but also with other forms of economic distress: rising unemployment, falling profits, increased bankruptcies, and so on.

Much of macroeconomics is aimed at explaining the long-run growth and short-run fluctuations in real GDP. As we will see in the coming chapters, we need different models for these two purposes. Because the short-run fluctuations represent deviations from the long-run trend, we first examine the behavior of key macroeconomic variables, including real GDP, in the long run. Then in later chapters, we build on this analysis to explain short-run fluctuations. ●



**FIGURE 2**

**Real GDP in the United States**

This figure shows quarterly data on real GDP for the U.S. economy since 1965. Recessions— periods of falling real GDP—are marked with the shaded vertical bars.

**Source:** U.S. Department of Commerce.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

### Gauging the High-Tech Economy

*GDP measures the economy's total output. Labor productivity measures output per unit of labor input. If GDP is incorrectly measured, so is productivity.*



#### Silicon Valley Doesn't Believe U.S. Productivity Is Down

**By Timothy Aeppel**

MOUNTAIN VIEW, Calif.—Google Inc. chief economist Hal Varian is an evangelist for Silicon Valley's contrarian take on America's productivity slump.

Swiveling to a large screen on the desk behind him, Mr. Varian types in a search for the most commonly asked question on the subject economists elsewhere are wringing their hands over. Up pops, "What is productivity?"

See, he says, vindicated: "Most people don't know what it even means."

To Mr. Varian and other wealthy brains in the world's most innovative neighborhood, productivity means giving people and companies tools to do things better and faster. By that measure, there is an explosion under way, thanks to the shiny gadgets, apps and digital geegaws spewing out of Silicon Valley.

Official U.S. figures tell a different story. For a decade, economic output per hour worked—the federal government's formula for productivity—has barely budged.... Productivity matters, economists point out, because at a 2% annual growth rate, it takes 35 years to double the standard of living; at 1%, it takes 70. Low productivity growth slows the economy and holds down wages.

The 68-year-old Mr. Varian, dressed in a purple hoodie and khaki pants, says the U.S. doesn't have a productivity problem, it has a measurement problem, a sound bite shaping up as the gospel according to Silicon Valley.

"There is a lack of appreciation for what's happening in Silicon Valley," he says, "because we don't have a good way to measure it."

One measurement problem is that a lot of what originates here is free or nearly free. Take, for example, a recent walk Mr. Varian



*Define* real GDP *and* nominal GDP. *Which is a better measure of economic well-being? Why?*

## 23-5 Is GDP a Good Measure of Economic Well-Being?

Earlier in this chapter, GDP was called the single best measure of the economic well-being of a society. Now that we know what GDP is, we can evaluate this claim.

As we have seen, GDP measures both the economy's total income and the economy's total expenditure on goods and services. Thus, GDP per person tells us the income and expenditure of the average person in the economy. Because most people would prefer to receive higher income and enjoy higher expenditure, GDP per person seems a natural measure of the economic well-being of the average individual.

Yet some people dispute the validity of GDP as a measure of well-being. When Senator Robert Kennedy was running for president in 1968, he gave a moving critique of such economic measures:

> [Gross domestic product] does not allow for the health of our children, the quality of their education, or the joy of their play. It does not include the beauty of our poetry or the strength of our marriages, the intelligence of our public debate or the integrity of our public officials. It measures neither our courage,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

arranged with friends. To find each other in the sprawling park nearby, he and his pals used an app that tracked their location, allowing them to meet up quickly. The same tool can track the movement of workers in a warehouse, office or shopping mall.

"Obviously that's a productivity enhancement," Mr. Varian says. "But I doubt that gets measured anywhere."

Consider the efficiency of hailing a taxi with an app on your mobile phone, or finding someone who will meet you at the airport and rent your car while you're away, a new service in San Francisco. Add in online tools that instantly translate conversations or help locate organ donors—the list goes on and on.

Surely, Mr. Varian says, they also make the U.S. more productive….

One problem with the government's productivity measure, Mr. Varian says, is that it is based on gross domestic product, the tally of goods and services produced by the U.S.

economy. GDP was conceived in the 1930s, when economists worried mostly about how much, for example, steel and grain were produced—output easy to measure compared with digital goods and services.

Technological improvements and time-saving apps are trickier. For one thing, it is tough to capture the full impact of quality improvements. For example, if a newer model car breaks down less often than older models but costs the same, the consumers' gain can get lost in the ether….

The U.S. Labor Department has sought to update its GDP measure over the years to include more intangibles, such as adjusting for higher quality. Productivity measures of computer chips, for example, are periodically updated to account for faster speeds. But critics say the process lags behind badly….

Silicon Valley's complaints echo earlier eras. The introduction in the last century of indoor plumbing and household appliances

drastically increased the efficiency of performing domestic chores. But since domestic labor isn't counted in GDP either, the time saved hauling water or washing clothes by hand didn't show up in productivity numbers.

However, these timesaving technologies—among other factors—eventually led to the flood of women into the workforce starting in the 1960s, which, in turn, sent U.S. output soaring.

Mr. Varian is convinced something similar will happen again. At the heart of his argument is the Internet search, cutting short the time to, say, learn how to grow geraniums or find the best Mexican restaurant—a free tool that provides uncounted value at home and at work…. "To be fair," he says, "as we adopt technologies that save time in these nonmarket activities, that frees up time for market-based activities which will show up in GDP." ■

**Source:** *The Wall Street Journal*, July 17, 2015.

nor our wisdom, nor our devotion to our country. It measures everything, in short, except that which makes life worthwhile, and it can tell us everything about America except why we are proud that we are Americans.

Much of what Robert Kennedy said is correct. Why, then, do we care about GDP?

The answer is that a large GDP does in fact help us to lead good lives. GDP does not measure the health of our children, but nations with larger GDP can afford better healthcare for their children. GDP does not measure the quality of their education, but nations with larger GDP can afford better educational systems. GDP does not measure the beauty of our poetry, but nations with larger GDP can afford to teach more of their citizens to read and enjoy poetry. GDP does not take account of our intelligence, integrity, courage, wisdom, or devotion to country, but all of these laudable attributes are easier to foster when people are less concerned about being able to afford the material necessities of life. In short, GDP does not directly measure those things that make life worthwhile, but it does measure our ability to obtain many of the inputs for a worthwhile life.

GDP is not, however, a perfect measure of well-being. Some things that contribute to a good life are left out of GDP. One is leisure. Suppose, for instance, that everyone in the economy suddenly started working every day of the week, rather than enjoying leisure on weekends. More goods and services would be produced, and GDP would rise. But despite the increase in GDP, we should not conclude that everyone would be better off. The loss from reduced leisure would offset the gain from producing and consuming a greater quantity of goods and services.

Because GDP uses market prices to value goods and services, it excludes the value of almost all activity that takes place outside markets. In particular, GDP

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## IN THE NEWS

## Measuring Macroeconomic Well-Being



*Can we do better than using gross domestic product?*

### Nations Seek Success Beyond GDP

**By Mark Whitehouse**

Money isn't everything. But in measuring the success of nations, it isn't easy to find a substitute.

Political leaders are increasingly expressing dissatisfaction with gross domestic product—a monetary measure of all the goods and services a country produces—as a gauge of a nation's success in raising living standards.

In November, British Prime Minister David Cameron announced plans to build measures of national well-being that would take into account factors such as peoples' life satisfaction, following a similar effort by French President Nicolas Sarkozy.

Their efforts cut to the core of what economics is supposed to be about: What makes us better off? How can we all have more of it? Anyone hoping for a clear-cut answer, though, is likely to be disappointed.

"There is more to life than GDP, but it will be hard to come up with a single measure to replace it and we are not sure that a single measure is the answer," said Paul Allin, director of the Measuring National Well-Being Project at the U.K.'s Office of National Statistics. "Maybe we live in a multidimensional world and we have to get used to handling a reasonable number of bits of information."

After a session on creating a national success indicator at the annual meeting of the American Economic Association on Friday, Carol Graham, fellow at the Brookings Institution, summed up the situation thus: "It's like a new science. There's still a lot of work to be done."

For much of the past four decades, economists have puzzled over a paradox that cast doubt on GDP as the world's main indicator of success.

People in richer countries didn't appear to be any happier than people in poor countries. In research beginning in the 1970s, University of Pennsylvania economist Richard Easterlin found no evidence of a link between countries' income—as measured by GDP per person—and peoples' reported levels of happiness.

More recent research suggests GDP isn't quite so bad. Using more data and different statistical techniques, three economists at the University of Pennsylvania's Wharton School—Daniel Sacks, Betsey Stevenson and Justin Wolfers—found that a given percentage increase in GDP per person tends to coincide with a similar increase in reported well-being. The correlation held across different countries and over time.

Still, for measuring the success of policy, GDP is far from ideal. Making everybody work 120 hours a week could radically boost a country's GDP per capita, but it wouldn't make people happier. Removing pollution limits could boost GDP per hour worked, but wouldn't necessarily lead to a world we'd want to live in.

One approach is to enhance GDP with other objective factors such as inequality, leisure and life expectancy. In a paper presented Saturday at the American Economic Association meeting, Stanford economists Peter Klenow and Charles Jones found that doing so can make a big difference.

By their calculation, accounting for longer life expectancy, additional leisure time and lower levels of inequality makes living standards in France and Germany look almost the same as those in the U.S., which otherwise leads the pack by a large margin.

Mr. Klenow points out that the calculation is fraught with difficulties. For one, many countries have poor data on crucial factors such as life expectancy.

omits the value of goods and services produced at home. When a chef prepares a delicious meal and sells it at her restaurant, the value of that meal is part of GDP. But if the chef prepares the same meal for her family, the value she has added to the raw ingredients is left out of GDP. Similarly, child care provided in day-care centers is part of GDP, whereas child care by parents at home is not. Volunteer work also contributes to the well-being of those in society, but GDP does not reflect these contributions.

Another thing that GDP excludes is the quality of the environment. Imagine that the government eliminated all environmental regulations. Firms could then produce goods and services without considering the pollution they create,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

For the purpose of comparing well-being across countries, asking people how they feel might be better than monetary measures. Angus Deaton, an economist at Princeton University, notes that placing values on the extremely different goods and services consumed in the U.S. and, say, Tajikistan, can be impossible to do in a comparable way. Just asking people about their situation could be much easier and no less accurate.

Surveys already play a meaningful role in the way many countries assess their performance, from consumer confidence in the U.S. to the Netherlands's Life Situation Index, which accounts for factors such as relationships and community involvement.

As part of its effort to gauge well-being, the U.K. plans to add more subjective questions to its household surveys.

But surveys can also send misleading policy signals. Mr. Wolfers, for example, has found that surveys of women's subjective well-being in the U.S. suggest that they are less happy than they were four decades ago, despite improvements in wages, education and other objective measures. That, he says, doesn't mean the feminist movement should be reversed. Rather, it could be related to rising expectations or greater frankness among the women interviewed.

Peoples' true preferences are often revealed more by what they do than by what they say. Surveys suggest people with children tend to be less happy than those without, yet people keep having children—and nobody would advocate mass sterilization to improve overall well-being.

"What we care about in the world is not just happiness," says Mr. Wolfers. "If you measure just one part of what makes for a full life you're going to end up harming the other parts."

For the time being, that leaves policy makers to choose the measures of success that seem most appropriate for the task at hand. That's not ideal, but it's the best economics has to offer. ∎

Source: *The Wall Street Journal*, January 10, 2011.



**Happily ever after**

More wealth doesn't always translate into greater quality of life, when factors such as leisure and length of life are included.

| | Well-being index | Per capita GDP index |
|---|---|---|
| U.S. | 100.0 | 100.0 |
| Germany | 98.0 | 74.0 |
| France | 97.4 | 70.1 |
| Japan | 91.5 | 72.4 |
| Hong Kong | 90.0 | 82.1 |
| Italy | 89.7 | 69.5 |
| U.K. | 89.0 | 69.8 |
| Singapore | 43.6 | 82.9 |
| South Korea | 29.7 | 47.1 |
| Mexico | 17.4 | 25.9 |
| Brazil | 12.2 | 21.8 |
| Russia | 8.6 | 20.9 |
| Thailand | 7.1 | 18.4 |
| Indonesia | 6.6 | 10.8 |
| China | 5.3 | 11.3 |
| South Africa | 4.4 | 21.6 |
| India | 3.5 | 6.6 |
| Botswana | 1.8 | 17.9 |
| Malawi | 0.4 | 2.9 |

Source: Peter Klenow and Charles Jones, Stanford University. Data are for 2000.

SOURCE: PETER KLENOW AND CHARLES JONES, STANFORD UNIVERSITY. DATA ARE FOR 2000./REPRINTED WITH PERMISSION OF THE WALL STREET JOURNAL, COPYRIGHT © 2011 DOW JONES & COMPANY, INC. ALL RIGHTS RESERVED WORLDWIDE.

and GDP might rise. Yet well-being would most likely fall. The deterioration in the quality of air and water would more than offset the gains from greater production.

GDP also says nothing about the distribution of income. A society in which 100 people have annual incomes of $50,000 has GDP of $5 million and, not surprisingly, GDP per person of $50,000. So does a society in which 10 people earn $500,000 and 90 suffer with nothing at all. Few people would look at those two situations and call them equivalent. GDP per person tells us what happens to the average person, but behind the average lies a large variety of personal experiences.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 120 of 468

In the end, we can conclude that GDP is a good measure of economic well-being for most—but not all—purposes. It is important to keep in mind what GDP includes and what it leaves out.

### CASE STUDY

**INTERNATIONAL DIFFERENCES IN GDP AND THE QUALITY OF LIFE**

One way to gauge the usefulness of GDP as a measure of economic well-being is to examine international data. Rich and poor countries have vastly different levels of GDP per person. If a large GDP leads to a higher standard of living, then we should observe GDP to be strongly correlated with various measures of the quality of life. And, in fact, we do.

Table 3 shows twelve large nations ranked in order of GDP per person. The table also shows life expectancy at birth, the average years of schooling among adults, and an index of life satisfaction based on asking people to gauge how they feel about their lives on a scale of 0 to 10 (with 10 being the best). These data show a clear pattern. In rich countries, such as the United States and Germany, people can expect to live to about 80, have about 13 years of schooling, and rate their life satisfaction at about 7. In poor countries, such as Bangladesh and Pakistan, people typically die about 10 years earlier, have less than half as much schooling, and rate their life satisfaction about 2 points lower on the 10-point scale.

Data on other aspects of the quality of life tell a similar story. Countries with low GDP per person tend to have more infants with low birth weight, higher rates of infant mortality, higher rates of maternal mortality, and higher rates of child malnutrition. They also have lower rates of access to electricity, paved roads, and clean drinking water. In these countries, fewer school-age children are actually in school, those who are in school must learn with fewer teachers per student, and illiteracy among adults is more common. The citizens of these nations tend to have fewer televisions, fewer telephones, and fewer opportunities to access the Internet. International data leave no doubt that a nation's GDP per person is closely associated with its citizens' standard of living. ●

**QuickQuiz**   *Why should policymakers care about GDP?*

### TABLE 3

**GDP and the Quality of Life**

The table shows GDP per person and three other measures of the quality of life for twelve major countries.

Source: *Human Development Report 2015*, United Nations. Real GDP is for 2014, expressed in 2011 dollars. Average years of schooling is among adults 25 years and older.

| Country | Real GDP per Person | Life Expectancy | Average Years of Schooling | Overall Life Satisfaction (0 to 10 scale) |
|---|---|---|---|---|
| United States | $52,947 | 79 years | 13 years | 7.2 |
| Germany | 43,919 | 81 | 13 | 7.0 |
| Japan | 36,927 | 83 | 12 | 5.9 |
| Russia | 22,352 | 70 | 12 | 6.0 |
| Mexico | 16,056 | 77 | 9 | 6.7 |
| Brazil | 15,175 | 74 | 8 | 7.0 |
| China | 12,547 | 76 | 8 | 5.2 |
| Indonesia | 9,788 | 69 | 8 | 5.6 |
| India | 5,497 | 68 | 5 | 4.4 |
| Nigeria | 5,341 | 53 | 6 | 4.8 |
| Pakistan | 4,866 | 66 | 5 | 5.4 |
| Bangladesh | 3,191 | 72 | 5 | 4.6 |

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# 23-6 Conclusion

In this chapter we learned how economists measure the total income of a nation. Measurement is, of course, only a starting point. Much of macroeconomics is aimed at revealing the long-run and short-run determinants of a nation's gross domestic product. Why, for example, is GDP higher in the United States and Japan than in India and Nigeria? What can the governments of the poorest countries do to promote more rapid GDP growth? Why does GDP in the United States rise rapidly in some years and fall in others? What can U.S. policymakers do to reduce the severity of these fluctuations in GDP? These are the questions we will take up shortly.

At this point, it is important to acknowledge the significance of just measuring GDP. We all get some sense of how the economy is doing as we go about our lives. But the economists who study changes in the economy and the policymakers who formulate economic policies need more than this vague sense—they need concrete data on which to base their judgments. Quantifying the behavior of the economy with statistics such as GDP is, therefore, the first step to developing a science of macroeconomics.

## CHAPTER Quick**Quiz**

1. If the price of a hot dog is $2 and the price of a hamburger is $4, then 30 hot dogs contribute as much to GDP as _____ hamburgers.
   a. 5
   b. 15
   c. 30
   d. 60

2. Angus the sheep farmer sells wool to Barnaby the knitter for $20. Barnaby makes two sweaters, each of which has a market price of $40. Collette buys one of them, while the other remains on the shelf of Barnaby's store to be sold later. What is GDP here?
   a. $40
   b. $60
   c. $80
   d. $100

3. Which of the following does NOT add to U.S. GDP?
   a. Air France buys a plane from Boeing, the U.S. aircraft manufacturer.
   b. General Motors builds a new auto factory in North Carolina.
   c. The city of New York pays a salary to a policeman.
   d. The federal government sends a Social Security check to your grandmother.

4. An American buys a pair of shoes made in Italy. How do the U.S. national income accounts treat the transaction?
   a. Net exports and GDP both rise.
   b. Net exports and GDP both fall.
   c. Net exports fall, while GDP is unchanged.
   d. Net exports are unchanged, while GDP rises.

5. Which is the largest component of GDP?
   a. consumption
   b. investment
   c. government purchases
   d. net exports

6. If all quantities produced rise by 10 percent and all prices fall by 10 percent, which of the following occurs?
   a. Real GDP rises by 10 percent, while nominal GDP falls by 10 percent.
   b. Real GDP rises by 10 percent, while nominal GDP is unchanged.
   c. Real GDP is unchanged, while nominal GDP rises by 10 percent.
   d. Real GDP is unchanged, while nominal GDP falls by 10 percent.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## SUMMARY

- Because every transaction has a buyer and a seller, the total expenditure in the economy must equal the total income in the economy.
- Gross domestic product (GDP) measures an economy's total expenditure on newly produced goods and services and the total income earned from the production of these goods and services. More precisely, GDP is the market value of all final goods and services produced within a country in a given period of time.
- GDP is divided among four components of expenditure: consumption, investment, government purchases, and net exports. Consumption includes spending on goods and services by households, with the exception of purchases of new housing. Investment includes spending on business capital, residential capital, and inventories. Government purchases include spending

on goods and services by local, state, and federal governments. Net exports equal the value of goods and services produced domestically and sold abroad (exports) minus the value of goods and services produced abroad and sold domestically (imports).

- Nominal GDP uses current prices to value the economy's production of goods and services. Real GDP uses constant base-year prices to value the economy's production of goods and services. The GDP deflator—calculated from the ratio of nominal to real GDP—measures the level of prices in the economy.
- GDP is a good measure of economic well-being because people prefer higher to lower incomes. But it is not a perfect measure of well-being. For example, GDP excludes the value of leisure and the value of a clean environment.

## KEY CONCEPTS

microeconomics, p. 474
macroeconomics, p. 474
gross domestic product (GDP), p. 476
consumption, p. 479

investment, p. 479
government purchases, p. 480
net exports, p. 480
nominal GDP, p. 482

real GDP, p. 483
GDP deflator, p. 484

## QUESTIONS FOR REVIEW

1. Explain why an economy's income must equal its expenditure.

2. Which contributes more to GDP—the production of an economy car or the production of a luxury car? Why?

3. A farmer sells wheat to a baker for $2. The baker uses the wheat to make bread, which is sold for $3. What is the total contribution of these transactions to GDP?

4. Many years ago, Peggy paid $500 to put together a record collection. Today, she sold her albums at a garage sale for $100. How does this sale affect current GDP?

5. List the four components of GDP. Give an example of each.

6. Why do economists use real GDP rather than nominal GDP to gauge economic well-being?

7. In the year 2017, the economy produces 100 loaves of bread that sell for $2 each. In the year 2018, the economy produces 200 loaves of bread that sell for $3 each. Calculate nominal GDP, real GDP, and the GDP deflator for each year. (Use 2017 as the base year.) By what percentage does each of these three statistics rise from one year to the next?

8. Why is it desirable for a country to have a large GDP? Give an example of something that would raise GDP and yet be undesirable.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# PROBLEMS AND APPLICATIONS

1. What components of GDP (if any) would each of the following transactions affect? Explain.
   a. Uncle Henry buys a new refrigerator from a domestic manufacturer.
   b. Aunt Jane buys a new house from a local builder.
   c. The Jackson family buys an old Victorian house from the Walker family.
   d. You pay a hairdresser for a haircut.
   e. Ford sells a Mustang from its inventory to the Martinez family.
   f. Ford manufactures a Focus and sells it to Avis, the car rental company.
   g. California hires workers to repave Highway 101.
   h. The federal government sends your grandmother a Social Security check.
   i. Your parents buy a bottle of French wine.
   j. Honda expands its factory in Ohio.

2. Fill in the blanks:

| Year | Real GDP (in 2000 dollars) | Nominal GDP (in current dollars) | GDP Deflator (base year 2000) |
|---|---|---|---|
| 1970 | 3,000 | 1,200 | _____ |
| 1980 | 5,000 | _____ | 60 |
| 1990 | _____ | 6,000 | 100 |
| 2000 | _____ | 8,000 | _____ |
| 2010 | _____ | 15,000 | 200 |
| 2020 | 10,000 | _____ | 300 |
| 2030 | 20,000 | 50,000 | _____ |

3. The government purchases component of GDP does not include spending on transfer payments such as Social Security. Thinking about the definition of GDP, explain why transfer payments are excluded.

4. As the chapter states, GDP does not include the value of used goods that are resold. Why would including such transactions make GDP a less informative measure of economic well-being?

5. Below are some data from the land of milk and honey.

| Year | Price of Milk | Quantity of Milk | Price of Honey | Quantity of Honey |
|---|---|---|---|---|
| 2016 | $1 | 100 quarts | $2 | 50 quarts |
| 2017 | 1 | 200 | 2 | 100 |
| 2018 | 2 | 200 | 4 | 100 |

   a. Compute nominal GDP, real GDP, and the GDP deflator for each year, using 2016 as the base year.
   b. Compute the percentage change in nominal GDP, real GDP, and the GDP deflator in 2017 and 2018

from the preceding year. For each year, identify the variable that does not change. Explain why your answer makes sense.
   c. Did economic well-being increase more in 2017 or 2018? Explain.

6. Consider an economy that produces only chocolate bars. In year 1, the quantity produced is 3 bars and the price is $4. In year 2, the quantity produced is 4 bars and the price is $5. In year 3, the quantity produced is 5 bars and the price is $6. Year 1 is the base year.
   a. What is nominal GDP for each of these three years?
   b. What is real GDP for each of these years?
   c. What is the GDP deflator for each of these years?
   d. What is the percentage growth rate of real GDP from year 2 to year 3?
   e. What is the inflation rate as measured by the GDP deflator from year 2 to year 3?
   f. In this one-good economy, how might you have answered parts (d) and (e) without first answering parts (b) and (c)?

7. Consider the following data on U.S. GDP:

| Year | Nominal GDP (in billions of dollars) | GDP Deflator (base year 2009) |
|---|---|---|
| 2014 | 17,419 | 108.3 |
| 1994 | 7,309 | 73.8 |

   a. What was the growth rate of nominal GDP between 1994 and 2014? (*Hint*: The growth rate of a variable $X$ over an $N$-year period is calculated as $100 \times [(X_{final}/X_{initial})^{1/N} - 1]$.)
   b. What was the growth rate of the GDP deflator between 1994 and 2014?
   c. What was real GDP in 1994 measured in 2009 prices?
   d. What was real GDP in 2014 measured in 2009 prices?
   e. What was the growth rate of real GDP between 1994 and 2014?
   f. Was the growth rate of nominal GDP higher or lower than the growth rate of real GDP? Explain.

8. Revised estimates of U.S. GDP are usually released by the government near the end of each month. Find a newspaper article that reports on the most recent release, or read the news release yourself at http://www.bea.gov, the website of the U.S. Bureau of Economic Analysis. Discuss the recent changes in real and nominal GDP and in the components of GDP.

9. A farmer grows wheat, which she sells to a miller for $100. The miller turns the wheat into flour, which she sells to a baker for $150. The baker turns the wheat

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

into bread, which she sells to consumers for $180. Consumers eat the bread.

a. What is GDP in this economy? Explain.

b. *Value added* is defined as the value of a producer's output minus the value of the intermediate goods that the producer buys to make the output. Assuming there are no intermediate goods beyond those described above, calculate the value added of each of the three producers.

c. What is total value added of the three producers in this economy? How does it compare to the economy's GDP? Does this example suggest another way of calculating GDP?

10. Goods and services that are not sold in markets, such as food produced and consumed at home, are generally not included in GDP. Can you think of how this might cause the numbers in the second column of Table 3 to be misleading in a comparison of the economic well-being of the United States and India? Explain.

11. The participation of women in the U.S. labor force has risen dramatically since 1970.

a. How do you think this rise affected GDP?

b. Now imagine a measure of well-being that includes time spent working in the home and taking leisure. How would the change in this measure of well-being compare to the change in GDP?

c. Can you think of other aspects of well-being that are associated with the rise in women's labor-force participation? Would it be practical to construct a measure of well-being that includes these aspects?

12. One day, Barry the Barber, Inc., collects $400 for haircuts. Over this day, his equipment depreciates in value by $50. Of the remaining $350, Barry sends $30 to the government in sales taxes, takes home $220 in wages, and retains $100 in his business to add new equipment in the future. From the $220 that Barry takes home, he pays $70 in income taxes. Based on this information, compute Barry's contribution to the following measures of income.

a. gross domestic product

b. net national product

c. national income

d. personal income

e. disposable personal income

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# Measuring the Cost of Living

In 1931, as the U.S. economy was suffering through the Great Depression, the New York Yankees paid famed baseball player Babe Ruth a salary of $80,000. At the time, this pay was extraordinary, even among the stars of baseball. According to one story, a reporter asked Ruth whether he thought it was right that he made more than President Herbert Hoover, who had a salary of $75,000. Ruth replied, "I had a better year."

In 2015, the average salary earned by major league baseball players was about $4 million, and Los Angeles Dodgers pitcher Clayton Kershaw was paid $31 million. At first, this fact might lead you to think that baseball has become vastly more lucrative over the past eight decades. But as everyone knows, the prices of goods and services have also risen.

Copyright 2018 Cengage Learning. All Rights Reserved.

In 1931, a nickel would buy an ice-cream cone and a quarter would buy a ticket at the local movie theater. Because prices were so much lower in Babe Ruth's day than they are today, it is not clear whether Ruth enjoyed a higher or lower standard of living than today's players.

In the preceding chapter, we looked at how economists use gross domestic product (GDP) to measure the quantity of goods and services that the economy is producing. This chapter examines how economists measure the overall cost of living. To compare Babe Ruth's salary of $80,000 to salaries from today, we need to find some way of turning dollar figures into meaningful measures of purchasing power. That is exactly the job of a statistic called the *consumer price index*, or simply the CPI. After seeing how the CPI is constructed, we discuss how we can use such a price index to compare dollar figures from different points in time.

The CPI is used to monitor changes in the cost of living over time. When the CPI rises, the typical family has to spend more money to maintain the same standard of living. Economists use the term *inflation* to describe a situation in which the economy's overall price level is rising. The *inflation rate* is the percentage change in the price level from the previous period. The preceding chapter showed how economists can measure inflation using the GDP deflator. The inflation rate you are likely to hear on the nightly news, however, is calculated from the CPI, which better reflects the goods and services bought by consumers.

As we will see in the coming chapters, inflation is a closely watched aspect of macroeconomic performance and is a key variable guiding macroeconomic policy. This chapter provides the background for that analysis by showing how economists measure the inflation rate using the CPI and how this statistic can be used to compare dollar figures from different times.

# 24-1  The Consumer Price Index

**consumer price index (CPI)**
a measure of the overall cost of the goods and services bought by a typical consumer

The **consumer price index (CPI)** is a measure of the overall cost of the goods and services bought by a typical consumer. Every month, the Bureau of Labor Statistics (BLS), which is part of the Department of Labor, computes and reports the CPI. In this section, we discuss how the CPI is calculated and what problems arise in its measurement. We also consider how this index compares to the GDP deflator, another measure of the overall level of prices, which we examined in the preceding chapter.

### 24-1a  How the CPI Is Calculated
When the BLS calculates the CPI and the inflation rate, it uses data on the prices of thousands of goods and services. To see exactly how these statistics are constructed, let's consider a simple economy in which consumers buy only two goods: hot dogs and hamburgers. Table 1 shows the five steps that the BLS follows.

1. *Fix the basket*. Determine which prices are most important to the typical consumer. If the typical consumer buys more hot dogs than hamburgers, then the price of hot dogs is more important than the price of hamburgers and, therefore, should be given greater weight in measuring the cost of living. The BLS sets these weights by surveying consumers to find the basket of goods and services bought by the typical consumer. In the example in the table, the typical consumer buys a basket of 4 hot dogs and 2 hamburgers.
2. *Find the prices.* Find the prices of each of the goods and services in the basket at each point in time. The table shows the prices of hot dogs and hamburgers for three different years.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**Step 1: Survey Consumers to Determine a Fixed Basket of Goods**

Basket = 4 hot dogs, 2 hamburgers

**Step 2: Find the Price of Each Good in Each Year**

| Year | Price of Hot Dogs | Price of Hamburgers |
|---|---|---|
| 2016 | $1 | $2 |
| 2017 | 2 | 3 |
| 2018 | 3 | 4 |

**Step 3: Compute the Cost of the Basket of Goods in Each Year**

| | |
|---|---|
| 2016 | ($1 per hot dog × 4 hot dogs) + ($2 per hamburger × 2 hamburgers) = $8 per basket |
| 2017 | ($2 per hot dog × 4 hot dogs) + ($3 per hamburger × 2 hamburgers) = $14 per basket |
| 2018 | ($3 per hot dog × 4 hot dogs) + ($4 per hamburger × 2 hamburgers) = $20 per basket |

**Step 4: Choose One Year as a Base Year (2016) and Compute the CPI in Each Year**

| | |
|---|---|
| 2016 | ($8/$8) × 100 = 100 |
| 2017 | ($14/$8) × 100 = 175 |
| 2018 | ($20/$8) × 100 = 250 |

**Step 5: Use the CPI to Compute the Inflation Rate from Previous Year**

| | |
|---|---|
| 2017 | (175 − 100)/100 × 100 = 75% |
| 2018 | (250 − 175)/175 × 100 = 43% |

**TABLE 1**

Calculating the Consumer Price Index and the Inflation Rate: An Example
This table shows how to calculate the CPI and the inflation rate for a hypothetical economy in which consumers buy only hot dogs and hamburgers.

3. *Compute the basket's cost.* Use the data on prices to calculate the cost of the basket of goods and services at different times. The table shows this calculation for each of the three years. Notice that only the prices in this calculation change. By keeping the basket of goods the same (4 hot dogs and 2 hamburgers), we are isolating the effects of price changes from the effects of any quantity changes that might be occurring at the same time.

4. *Choose a base year and compute the index.* Designate one year as the base year, the benchmark against which other years are to be compared. (The choice of base year is arbitrary. The index is used to measure percentage changes in the cost of living, and these changes are the same regardless of the choice of base year.) Once the base year is chosen, the index is calculated as follows:

$$\text{Consumer price index} = \frac{\text{Price of basket of goods and services in current year}}{\text{Price of basket in base year}} \times 100.$$

That is, the price of the basket of goods and services in each year is divided by the price of the basket in the base year, and this ratio is then multiplied by 100. The resulting number is the CPI.

In the example in Table 1, 2016 is the base year. In this year, the basket of hot dogs and hamburgers costs $8. Therefore, to calculate the CPI, the price of the basket in each year is divided by $8 and multiplied by 100. The CPI is 100 in 2016. (The index is always 100 in the base year.) The CPI is 175 in 2017. This means that the price of the basket in 2017 is 175 percent of its price in the base year. Put differently, a basket of goods that costs $100 in the base year costs

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

$175 in 2017. Similarly, the CPI is 250 in 2018, indicating that the price level in 2018 is 250 percent of the price level in the base year.

**inflation rate**
the percentage change in the price index from the preceding period

5. *Compute the inflation rate.* Use the CPI to calculate the **inflation rate**, which is the percentage change in the price index from the preceding period. That is, the inflation rate between two consecutive years is computed as follows:

$$\text{Inflation rate in year 2} = \frac{\text{CPI in year 2} - \text{CPI in year 1}}{\text{CPI in year 1}} \times 100.$$

As shown at the bottom of Table 1, the inflation rate in our example is 75 percent in 2017 and 43 percent in 2018.

Although this example simplifies the real world by including only two goods, it shows how the BLS computes the CPI and the inflation rate. The BLS collects and processes data on the prices of thousands of goods and services every month and, by following the five foregoing steps, determines how quickly the cost of living for the typical consumer is rising. When the BLS makes its monthly announcement of the CPI, you can usually hear the number on the evening television news or see it in the next day's newspaper.

In addition to the CPI for the overall economy, the BLS calculates several other price indexes. It reports the index for some narrow categories of goods and services, such as food, clothing, and energy. It also calculates the CPI for all goods

---

## FYI

### What's in the CPI's Basket?



When constructing the consumer price index, the Bureau of Labor Statistics tries to include all the goods and services that the typical consumer buys. Moreover, it tries to weight these goods and services according to how much consumers buy of each item.

Figure 1 shows the breakdown of consumer spending into the major categories of goods and services. By far the largest category is housing, which makes up 42 percent of the typical consumer's budget. This category includes the cost of shelter (33 percent), fuel and utilities (5 percent), and household furnishings and operation (4 percent). The next largest category, at 16 percent, is transportation, which includes spending on cars, gasoline, buses, subways, and so on. The next category, at 15 percent, is food and beverages; this includes food at home (8 percent), food away from home (6 percent), and alcoholic beverages (1 percent). Next are medical care at 8 percent, education and communication at 7 percent, and recreation at 6 percent. Apparel, which includes clothing, footwear, and jewelry, makes up 3 percent of the typical consumer's budget.

Also included in the figure, at 3 percent of spending, is a category for other goods and services. This is a catchall for consumer purchases (such as cigarettes, haircuts, and funeral expenses) that do not naturally fit into the other categories. ■

**FIGURE 1**

**The Typical Basket of Goods and Services**
This figure shows how the typical consumer divides spending among various categories of goods and services. The Bureau of Labor Statistics calls each percentage the "relative importance" of the category.

Source: Bureau of Labor Statistics.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

and services excluding food and energy, a statistic called the **core CPI**. Because food and energy prices show substantial short-run volatility, the core CPI better reflects ongoing inflation trends. Finally, the BLS also calculates the **producer price index** (PPI), which measures the cost of a basket of goods and services bought by firms rather than consumers. Because firms eventually pass on their costs to consumers in the form of higher consumer prices, changes in the PPI are often thought to be useful in predicting changes in the CPI.

**core CPI**
a measure of the overall cost of consumer goods and services excluding food and energy

**producer price index**
a measure of the cost of a basket of goods and services bought by firms

### 24-1b  Problems in Measuring the Cost of Living

The goal of the consumer price index is to measure changes in the cost of living. In other words, the CPI tries to gauge how much incomes must rise to maintain a constant standard of living. The CPI, however, is not a perfect measure of the cost of living. Three problems with the index are widely acknowledged but difficult to solve.

The first problem is called *substitution bias*. When prices change from one year to the next, they do not all change proportionately: Some prices rise more than others. Consumers respond to these differing price changes by buying less of the goods whose prices have risen by relatively large amounts and by buying more of the goods whose prices have risen less or perhaps even have fallen. That is, consumers substitute toward goods that have become relatively less expensive. If a price index is computed assuming a fixed basket of goods, it ignores the possibility of consumer substitution and, therefore, overstates the increase in the cost of living from one year to the next.

Let's consider a simple example. Imagine that in the base year, apples are cheaper than pears, so consumers buy more apples than pears. When the BLS constructs the basket of goods, it will include more apples than pears. Suppose that next year pears are cheaper than apples. Consumers will naturally respond to the price changes by buying more pears and fewer apples. Yet when computing the CPI, the BLS uses a fixed basket, which in essence assumes that consumers continue buying the now expensive apples in the same quantities as before. For this reason, the index will measure a much larger increase in the cost of living than consumers actually experience.

The second problem with the CPI is the *introduction of new goods*. When a new good is introduced, consumers have more variety from which to choose, and this in turn reduces the cost of maintaining the same level of economic well-being. To see why, consider a hypothetical situation: Suppose you could choose between a $100 gift certificate at a large store that offered a wide array of goods and a $100 gift certificate at a small store with the same prices but a more limited selection. Which would you prefer? Most people would pick the store with greater variety. In essence, the increased set of possible choices makes each dollar more valuable. The same is true with the evolution of the economy over time: As new goods are introduced, consumers have more choices, and each dollar is worth more. But because the CPI is based on a fixed basket of goods and services, it does not reflect the increase in the value of the dollar that arises from the introduction of new goods.

Again, let's consider an example. When the iPod was introduced in 2001, consumers found it more convenient to listen to their favorite music. Devices to play music were available previously, but they were not nearly as portable and versatile. The iPod was a new option that increased consumers' set of opportunities. For any given number of dollars, the introduction of the iPod made people better off; conversely, achieving the same level of economic well-being required a smaller number of dollars. A perfect cost-of-living index would have reflected the introduction of the iPod with a decrease in the cost of living. The CPI,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

however, did not decrease in response to the introduction of the iPod. Eventually, the BLS revised the basket of goods to include the iPod, and subsequently, the index reflected changes in iPod prices. But the reduction in the cost of living associated with the initial introduction of the iPod never showed up in the index.

The third problem with the CPI is *unmeasured quality change.* If the quality of a good deteriorates from one year to the next while its price remains the same, the value of a dollar falls, because you are getting a lesser good for the same amount of money. Similarly, if the quality rises from one year to the next, the value of a dollar rises. The BLS does its best to account for quality change. When the quality of a good in the basket changes—for example, when a car model has more horsepower or gets better gas mileage from one year to the next—the Bureau adjusts the price of the good to account for the quality change. It is, in essence,

## IN THE NEWS

## Monitoring Inflation in the Internet Age

*The web is providing alternative ways to collect data on the overall level of prices.*

### Do We Need Google to Measure Inflation?

**By Annie Lowrey**

At some 23,000 retailers and businesses in 90 U.S. cities, hundreds of government workers find and mark down prices on very precise products. And I'm not kidding when I say "very precise."

Say the relevant worker is finding the price for a motel room. She might write a report like this: *Occupancy*—two adults; *Type of accommodation*—deluxe room; *Room classification/location*—ocean view, room 306; *Time of stay*—weekend; *Length of stay*—one night; *Bathroom facilities*—one full bathroom; *Kitchen facilities*—none; *Television*—one, includes free movie channel; *Telephone*—one telephone, free local calls; *Air-conditioned*—yes; *Meals included*—breakfast; *Parking*—free self parking; *Transportation*—Transportation to airport, no charge; *Recreation facilities*—an indoor and an outdoor pool, a private beach, three tennis courts, and an exercise room.

This mind-numbingly tedious process goes on for a dizzying panoply of items:

wine, takeaway meals, bedroom furniture, surgical procedures, pet dogs, college tuition, cigarettes, haircuts, funerals. When all of the prices are marked down, the workers submit forms that are collated, checked, and input into massive spreadsheets. Then the government boils all those numbers down to one. It weights certain prices, taking into account that consumers spend more on rent than cereal, for instance. It considers product improvements and changes in spending habits. Then it comes up with a master number showing how much a customer's spending needed to increase to buy the same goods, month-on-month. That number is the Consumer Price Index, the government's main gauge of inflation.

Each month, the Bureau of Labor Statistics goes through all that hassle because knowing the rate of inflation is such an important measure of economic health—and it's important to the government's own budget. High inflation? Savers panic, watching the spending power of their accounts erode. Deflation? Everyone saves, awaiting cheaper prices in a few months. And wildly changing inflation makes it difficult for businesses and consumers to make economic decisions. Moreover, the government needs to know the rate of inflation to index certain payments, like Social Security benefits or interest payments on TIPS bonds.



But just because the government expends so much energy determining the rate of inflation does not mean it is tallying it in the smartest or most accurate way. The reigning methodology is, well, clunky. It costs Washington around $234 million a year to get all those people to go and bear witness to a $1.57 price increase in a packet of tube socks and then to massage those individual data points down to one number. Moreover, there is a weekslong lag between the checkers tallying up the numbers and the government announcing the changes: The inflation measure comes out only 12 times a year, though prices change, sometimes dramatically, all the time. Plus, the methodology is archaic, given that we live in the Internet age. Prices are easily available online and a lot of shopping happens on the Web rather than in stores.

But there might be a better way. In the last few months, economists have come up with new methods for calculating inflation at Internet speed—nimbler, cheaper, faster, and perhaps even more accurate than Washington's. The first comes from the Massachusetts Institute of Technology. In

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

trying to compute the price of a basket of goods of constant quality. Despite these efforts, changes in quality remain a problem because quality is hard to measure.

There is still much debate among economists about how severe these measurement problems are and what should be done about them. Several studies written during the 1990s concluded that the CPI overstated inflation by about 1 percentage point per year. In response to this criticism, the BLS adopted several technical changes to improve the CPI, and many economists believe that the bias is now only about half as large as it once was. The issue is important because many government programs use the CPI to adjust for changes in the overall level of prices. Recipients of Social Security, for instance, get annual increases in benefits that are tied to the CPI. Some economists have suggested modifying these programs to correct for the measurement problems by, for instance, reducing the magnitude of the automatic benefit increases.

2007, economists Roberto Rigobon and Alberto Cavallo started tracking prices online and inputting them into a massive database. Then, last month, they unveiled the Billion Prices Project, an inflation measure based on 5 million items sold by 300 online retailers in 70 countries. (For the United States, the BPP collects about 500,000 prices.)

The BPP's inflation measure is markedly different from the government's. The economists just average all the prices culled online, meaning the basket of goods is whatever you can buy on the Web. (Some things, like books, are most often bought online. Some items, like cats, are not.) Plus, the researchers do not weight certain items' prices, even if they tend to make up a bigger proportion of household spending.

Still, thus far, the BPP has tracked the CPI closely. And the online-based measure has additional advantages. It comes out daily, giving a better sense of inflation's direction. It also lets researchers examine minute, day-to-day price changes. For instance, this month Rigobon and Cavallo noted that Black Friday discounts "had a smaller effect on average prices in 2010 than in 2009," contrary to reports of deeper discounting this year. And it has already produced some academic insights. For instance, Cavallo found that retailers change prices less often, but more, percentage-wise, than economists previously thought.

A second inflation measure comes from Web behemoth Google and is a pet project of

the company's chief economist, Hal Varian. As reported by the *Financial Times*, earlier this year, Varian decided to use Google's vast database of Web prices to construct the "Google Price Index," a constantly updated measure of price changes and inflation. (The idea came to him when he was searching for a pepper grinder online.) Google has not yet decided whether it will publish the price index, and has not released its methodology. But Varian said that his preliminary index tracked CPI closely, though it did show periods of



"I wonder how much this costs online."

deflation—the worrisome incidence of prices actually falling—where the CPI did not.

The new indices lead to the big question of whether the government *needs* to update its methods to account for changes in the economy—taking new pricing trends into consideration, rejiggering its formula, updating more frequently. The answer might be yes. (Economists have reformed the CPI before.) But the CPI and its Stone Age method of calculation boasts one huge benefit: It's a stable, tested measure, consistent over time, since its methodology doesn't change much. Moreover, and somewhat remarkably, the Google and Billion Prices Project indices actually seem to confirm the accuracy of the old-fashioned CPI, tracking it closely rather than showing it to be off-base.

Ultimately, there is a good argument for *more* inflation measures, not just better or newer ones. The government already calculates a number of rates of inflation to give a fuller picture of price changes, the value of money, and the economy. Most notably, the BLS publishes a "core inflation" number, a measure of inflation outside volatile food and energy prices. There are dozens of other measures, as well. The new Web-based yardsticks provide even more alternatives and opportunities to examine the accuracy of the CPI—and to make new findings. That means, for now, those detective-like government rubes painstakingly checking prices on clipboards get to stay in work. ■

Source: *Slate*, December 20, 2010.

GOGO IMAGES CORPORATION / ALAMY

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 24-1c  The GDP Deflator versus the Consumer Price Index

In the preceding chapter, we examined another measure of the overall level of prices in the economy—the GDP deflator. The GDP deflator is the ratio of nominal GDP to real GDP. Because nominal GDP is current output valued at current prices and real GDP is current output valued at base-year prices, the GDP deflator reflects the current level of prices relative to the level of prices in the base year.

Economists and policymakers monitor both the GDP deflator and the CPI to gauge how quickly prices are rising. Usually, these two statistics tell a similar story. Yet two important differences can cause them to diverge.

The first difference is that the GDP deflator reflects the prices of all goods and services *produced domestically*, whereas the CPI reflects the prices of all goods and services *bought by consumers*. For example, suppose that the price of an airplane produced by Boeing and sold to the Air Force rises. Even though the plane is part of GDP, it is not part of the basket of goods and services bought by a typical consumer. Thus, the price increase shows up in the GDP deflator but not in the CPI.

As another example, suppose that Volvo raises the price of its cars. Because Volvos are made in Sweden, the car is not part of U.S. GDP. But U.S. consumers buy Volvos, so the car is part of the typical consumer's basket of goods. Hence, a price increase in an imported consumption good, such as a Volvo, shows up in the CPI but not in the GDP deflator.

This first difference between the CPI and the GDP deflator is particularly important when the price of oil changes. The United States produces some oil, but much of the oil we use is imported. As a result, oil and oil products such as gasoline and heating oil make up a much larger share of consumer spending than of GDP. When the price of oil rises, the CPI rises by much more than does the GDP deflator.

The second and subtler difference between the GDP deflator and the CPI concerns how various prices are weighted to yield a single number for the overall level of prices. The CPI compares the price of a *fixed* basket of goods and services to the price of the basket in the base year. Only occasionally does the BLS change the basket of goods. By contrast, the GDP deflator compares the price of *currently produced* goods and services to the price of the same goods and services in the base year. Thus, the group of goods and services used to compute the GDP deflator changes automatically over time. This difference is not important when all prices are changing proportionately. But if the prices of different goods and services are changing by varying amounts, the way we weight the various prices matters for the overall inflation rate.

Figure 2 shows the inflation rate as measured by both the GDP deflator and the CPI for each year since 1965. You can see that sometimes the two measures diverge. When they do diverge, it is possible to go behind these numbers and explain the divergence with the two differences we have discussed. For example, in 1979 and 1980, CPI inflation spiked up more than the GDP deflator largely because oil prices more than doubled during these two years. Yet divergence between these two measures is the exception rather than the rule. In the 1970s, both the GDP deflator and the CPI show high rates of inflation. In the late 1980s, 1990s, and the first decade of the 2000s, both measures show low rates of inflation.



*"The price may seem a little high, but you have to remember that's in today's dollars."*

FROM THE WALL STREET JOURNAL—PERMISSION, CARTOON FEATURES SYNDICATE

 *Explain briefly what the CPI measures and how it is constructed.*
• *Identify one reason why the CPI is an imperfect measure of the cost of living.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



**FIGURE 2**

**Two Measures of Inflation**
This figure shows the inflation rate—the percentage change in the level of prices—as measured by the GDP deflator and the CPI using annual data since 1965. Notice that the two measures of inflation generally move together.

**Source:** U.S. Department of Labor; U.S. Department of Commerce.

## 24-2 Correcting Economic Variables for the Effects of Inflation

The purpose of measuring the overall level of prices in the economy is to allow us to compare dollar figures from different times. Now that we know how price indexes are calculated, let's see how we might use such an index to compare a dollar figure from the past to a dollar figure in the present.

### 24-2a Dollar Figures from Different Times

We first return to the issue of Babe Ruth's salary. Was his salary of $80,000 in 1931 high or low compared to the salaries of today's players?

To answer this question, we need to know the level of prices in 1931 and the level of prices today. Part of the increase in baseball salaries compensates players for higher prices today. To compare Ruth's salary to those of today's players, we need to inflate Ruth's salary to turn 1931 dollars into today's dollars.

The formula for turning dollar figures from year $T$ into today's dollars is the following:

$$\text{Amount in today's dollars} = \text{Amount in year } T \text{ dollars} \times \frac{\text{Price level today}}{\text{Price level in year } T}.$$

A price index such as the CPI measures the price level and thus determines the size of the inflation correction.

Let's apply this formula to Ruth's salary. Government statistics show a CPI of 15.2 for 1931 and 237 for 2015. Thus, the overall level of prices has risen by a factor

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

of 15.6 (calculated from 237/15.2). We can use these numbers to measure Ruth's salary in 2015 dollars, as follows:

$$\text{Salary in 2015 dollars} = \text{Salary in 1931 dollars} \times \frac{\text{Price level in 2015}}{\text{Price level in 1931}}$$

$$= \$80{,}000 \times \frac{237}{15.2}$$

$$= \$1{,}247{,}368.$$

We find that Babe Ruth's 1931 salary is equivalent to a salary today of over $1.2 million. That is a good income, but it is only a third of the average player's salary today and only 4 percent of what the Dodgers pay Clayton Kershaw. Various forces, including overall economic growth and the increasing income shares earned by superstars, have substantially raised the living standards of the best athletes.

   Let's also examine President Hoover's 1931 salary of $75,000. To translate that figure into 2015 dollars, we again multiply the ratio of the price levels in the two years. We find that Hoover's salary is equivalent to $75,000 × (237/15.2), or $1,169,408 in 2015 dollars. This is well above President Barack Obama's salary of $400,000. It seems that President Hoover did have a pretty good year after all.

## FYI

## Mr. Index Goes to Hollywood

What is the most popular movie of all time? The answer might surprise you.

   Movie popularity is usually gauged by box office receipts. By that measure, *Star Wars: The Force Awakens* is the number-one movie of all time with domestic receipts of $923 million, followed by *Avatar* ($761 million) and *Titanic* ($659 million). But this ranking ignores an obvious but important fact: Prices, including those of movie tickets, have been rising over time. Inflation gives an advantage to newer films.

   When we correct box office receipts for the effects of inflation, the story is very different. The number-one movie is now *Gone with the Wind* ($1,758 million), followed by the original *Star Wars* ($1,550 million) and *The Sound of Music* ($1,239 million). *Star Wars: The Force Awakens* falls to number 11.

   *Gone with the Wind* was released in 1939, before everyone had televisions in their homes. In the 1930s, about 90 million Americans went to the cinema each week, compared to about 25 million today. But the movies from that era don't show up in conventional popularity rankings because ticket prices were only a quarter. And indeed, in the ranking based on nominal box office receipts, *Gone with the Wind* does not make the top 100 films. Scarlett and Rhett fare a lot better once we correct for the effects of inflation. ■



"May the force of inflation be with you."

LUCAS FILMS/BAD ROBOT/WALT DISNEY PRODUCTIONS / ALBUM/NEWSCOM

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### REGIONAL DIFFERENCES IN THE COST OF LIVING

**CASE STUDY**

When you graduate from college, you may well have several job offers from which to choose. Not surprisingly, some jobs pay more than others. If the jobs are located in different places, however, be careful when comparing them. The cost of living varies not only over time but also over geography. What seems like a larger paycheck might not turn out to be so once you take into account regional differences in the prices of goods and services.

The Bureau of Economic Analysis has used the data collected for the CPI to compare prices around the United States. The resulting statistic is called *regional price parities*. Just as the CPI measures variation in the cost of living from year to year, regional price parities measure variation in the cost of living from state to state.

Figure 3 shows the regional price parities for 2013. For example, living in the state of New York costs 115.3 percent of what it costs to live in the typical place in the United States (that is, New York is 15.3 percent more expensive than average).



**2013 Regional Price Parities by State (US = 100)**

| State | Value |
|---|---|
| District of Columbia | 117.7 |
| Hawaii | 116.2 |
| New York | 115.3 |
| New Jersey | 114.5 |
| California | 112.3 |
| Maryland | 110.9 |
| Connecticut | 108.5 |
| Massachusetts | 107.3 |
| Alaska | 106.0 |
| New Hampshire | 105.9 |
| Washington | 103.2 |
| Virginia | 103.0 |
| Colorado | 102.2 |
| Delaware | 101.4 |
| Illinois | 101.0 |
| Vermont | 100.2 |
| **U.S. average** | |
| Florida | 98.8 |
| Oregon | 98.7 |
| Pennsylvania | 98.6 |
| Nevada | 98.2 |
| Rhode Island | 98.1 |
| Maine | 97.7 |
| Minnesota | 97.6 |
| Utah | 97.2 |
| Arizona | 97.1 |
| Texas | 96.7 |
| Wyoming | 95.8 |
| New Mexico | 95.0 |
| Montana | 94.4 |
| Michigan | 94.2 |
| Wisconsin | 92.9 |
| Idaho | 92.8 |
| Georgia | 91.9 |
| North Carolina | 91.7 |
| Indiana | 91.4 |
| North Dakota | 91.4 |
| Louisiana | 91.2 |
| Kansas | 90.8 |
| Tennessee | 90.6 |
| Nebraska | 90.5 |
| South Carolina | 90.5 |
| Iowa | 90.3 |
| Oklahoma | 89.9 |
| Ohio | 89.6 |
| Missouri | 89.2 |
| Kentucky | 89.1 |
| West Virginia | 88.4 |
| Alabama | 87.7 |
| South Dakota | 87.6 |
| Arkansas | 87.5 |
| Mississippi | 86.8 |

**Cost of Living Relative to U.S. Average**

**FIGURE 3**

**Regional Variation in the Cost of Living**
This figure shows how the cost of living in the fifty U.S. states and the District of Columbia compares to the U.S. average.

**Source:** U.S. Department of Commerce. Data are for 2013.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Living in Mississippi costs 86.8 percent of what it costs to live in the typical place (that is, Mississippi is 13.2 percent less expensive than average).

What accounts for these differences? It turns out that the prices of goods, such as food and clothing, explain only a small part of these regional differences. Most goods are tradable: They can be easily transported from one state to another. As a consequence of regional trade, large price disparities are unlikely to persist for long.

Services explain a larger part of these regional differences. A haircut, for example, can cost more in one state than another. If barbers were willing to move to where the price of a haircut is high, or if customers were willing to fly across the country in search of cheap haircuts, then the prices of haircuts across regions might well converge. But because transporting haircuts is so costly, large price disparities can persist.

Housing services are particularly important for understanding regional differences in the cost of living. Such services represent a large share of a typical consumer's budget. Moreover, once built, a house or apartment building can't easily be moved, and the land on which it sits is completely immobile. As a result, differences in housing costs can be persistently large. For example, rents in New York are almost twice what they are in Mississippi.

Keep these facts in mind when it comes time to compare job offers. Look not only at the dollar salaries but also at the local prices of goods and services, especially housing. ●

## 24-2b  Indexation

As we have just seen, price indexes are used to correct for the effects of inflation when comparing dollar figures from different times. This type of correction shows up in many places in the economy. When some dollar amount is automatically corrected for changes in the price level by law or contract, the amount is said to be **indexed** for inflation.

**indexation**
the automatic correction by law or contract of a dollar amount for the effects of inflation

For example, many long-term contracts between firms and unions include partial or complete indexation of the wage to the CPI. Such a provision, called a *cost-of-living allowance* (or COLA), automatically raises the wage when the CPI rises.

Indexation is also a feature of many laws. Social Security benefits, for instance, are adjusted every year to compensate the elderly for increases in prices. The brackets of the federal income tax—the income levels at which the tax rates change—are also indexed for inflation. There are, however, many ways in which the tax system is not indexed for inflation, even when perhaps it should be. We discuss these issues more fully when we discuss the costs of inflation later in this book.

## 24-2c  Real and Nominal Interest Rates

Correcting economic variables for the effects of inflation is particularly important, and somewhat tricky, when we look at data on interest rates. The very concept of an interest rate necessarily involves comparing amounts of money at different points in time. When you deposit your savings in a bank account, you give the bank some money now, and the bank returns your deposit with interest in the future. Similarly, when you borrow from a bank, you get some money now, but you will have to repay the loan with interest in the future. In both cases, to fully understand the deal between you and the bank, it is crucial to acknowledge that future dollars could have a different value than today's dollars. That is, you have to correct for the effects of inflation.

Let's consider an example. Suppose Sally Saver deposits $1,000 in a bank account that pays an annual interest rate of 10 percent. A year later, after Sally has

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

accumulated $100 in interest, she withdraws her $1,100. Is Sally $100 richer than she was when she made the deposit a year earlier?

The answer depends on what we mean by "richer." Sally does have $100 more than she had before. In other words, the number of dollars in her possession has risen by 10 percent. But Sally does not care about the amount of money itself: She cares about what she can buy with it. If prices have risen while her money was in the bank, each dollar now buys less than it did a year ago. In this case, her purchasing power—the amount of goods and services she can buy—has not risen by 10 percent.

To keep things simple, let's suppose that Sally is a movie fan and buys only DVDs. When Sally made her deposit, a DVD cost $10. Her deposit of $1,000 was equivalent to 100 DVDs. A year later, after getting her 10 percent interest, she has $1,100. How many DVDs can she buy now? It depends on what has happened to the price of a DVD. Here are some examples:

- Zero inflation: If the price of a DVD remains at $10, the amount she can buy has risen from 100 to 110 DVDs. The 10 percent increase in the number of dollars means a 10 percent increase in her purchasing power.
- Six percent inflation: If the price of a DVD rises from $10 to $10.60, then the number of DVDs she can buy has risen from 100 to approximately 104. Her purchasing power has increased by about 4 percent.
- Ten percent inflation: If the price of a DVD rises from $10 to $11, she can still buy only 100 DVDs. Even though Sally's dollar wealth has risen, her purchasing power is the same as it was a year earlier.
- Twelve percent inflation: If the price of a DVD increases from $10 to $11.20, the number of DVDs she can buy has fallen from 100 to approximately 98. Even with her greater number of dollars, her purchasing power has decreased by about 2 percent.

And if Sally were living in an economy with deflation—falling prices—another possibility could arise:

- Two percent deflation: If the price of a DVD falls from $10 to $9.80, then the number of DVDs she can buy rises from 100 to approximately 112. Her purchasing power increases by about 12 percent.

These examples show that the higher the rate of inflation, the smaller the increase in Sally's purchasing power. If the rate of inflation exceeds the rate of interest, her purchasing power actually falls. And if there is deflation (that is, a negative rate of inflation), her purchasing power rises by more than the rate of interest.

To understand how much a person earns in a savings account, we need to consider both the interest rate and the change in prices. The interest rate that measures the change in dollar amounts is called the **nominal interest rate**, and the interest rate corrected for inflation is called the **real interest rate**. The nominal interest rate, the real interest rate, and inflation are related approximately as follows:

$$\text{Real interest rate} = \text{Nominal interest rate} - \text{Inflation rate.}$$

The real interest rate is the difference between the nominal interest rate and the rate of inflation. The nominal interest rate tells you how fast the number of dollars in your bank account rises over time, while the real interest rate tells you how fast the purchasing power of your bank account rises over time.

**nominal interest rate**
the interest rate as usually reported without a correction for the effects of inflation

**real interest rate**
the interest rate corrected for the effects of inflation

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FIGURE 4

**Real and Nominal Interest Rates**

This figure shows nominal and real interest rates using annual data since 1965. The nominal interest rate is the rate on a three-month Treasury bill. The real interest rate is the nominal interest rate minus the inflation rate as measured by the CPI. Notice that nominal and real interest rates often do not move together.

Source: U.S. Department of Labor; U.S. Department of Treasury.



### INTEREST RATES IN THE U.S. ECONOMY

**CASE STUDY**

Figure 4 shows real and nominal interest rates in the U.S. economy since 1965. The nominal interest rate in this figure is the rate on three-month Treasury bills (although data on other interest rates would be similar). The real interest rate is computed by subtracting the rate of inflation from this nominal interest rate. Here the inflation rate is measured as the percentage change in the CPI.

One feature of this figure is that the nominal interest rate almost always exceeds the real interest rate. This reflects the fact that the U.S. economy has experienced rising consumer prices in almost every year during this period. By contrast, if you look at data for the U.S. economy during the late 19th century or for the Japanese economy in some recent years, you will find periods of deflation. During deflation, the real interest rate exceeds the nominal interest rate.

The figure also shows that because inflation is variable, real and nominal interest rates do not always move together. For example, in the late 1970s, nominal interest rates were high. But because inflation was very high, real interest rates were low. Indeed, during much of the 1970s, real interest rates were negative, for inflation eroded people's savings more quickly than nominal interest payments increased them. By contrast, in the late 1990s, nominal interest rates were lower than they had been two decades earlier. But because inflation was much lower, real interest rates were higher. In the coming chapters, we will examine the economic forces that determine both real and nominal interest rates. ●

**QuickQuiz** Henry Ford paid his workers $5 a day in 1914. If the CPI was 10 in 1914 and 237 in 2015, how much is the Ford paycheck worth in 2015 dollars?

## 24-3 Conclusion

"A nickel ain't worth a dime anymore," the late, great baseball player Yogi Berra once observed. Indeed, throughout recent history, the real values behind the nickel, the dime, and the dollar have not been stable. Persistent increases in the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

overall level of prices have been the norm. Such inflation reduces the purchasing power of each unit of money over time. When comparing dollar figures from different times, it is important to keep in mind that a dollar today is not the same as a dollar 20 years ago or, most likely, 20 years from now.

This chapter has discussed how economists measure the overall level of prices in the economy and how they use price indexes to correct economic variables for the effects of inflation. Price indexes allow us to compare dollar figures from different points in time and, therefore, get a better sense of how the economy is changing.

The discussion of price indexes in this chapter, together with the preceding chapter's discussion of GDP, is only the first step in the study of macroeconomics. We have not yet examined what determines a nation's GDP or the causes and effects of inflation. To do that, we need to go beyond issues of measurement. Indeed, that is our next task. Having explained how economists measure macroeconomic quantities and prices in the past two chapters, we are now ready to develop the models that explain movements in these variables.

Here is our strategy in the upcoming chapters. First, we look at the long-run determinants of real GDP and related variables, such as saving, investment, real interest rates, and unemployment. Second, we look at the long-run determinants of the price level and related variables, such as the money supply, inflation, and nominal interest rates. Last of all, having seen how these variables are determined in the long run, we examine the more complex question of what causes short-run fluctuations in real GDP and the price level. In all of these chapters, the measurement issues we have just discussed will provide the foundation for the analysis.

## CHAPTER Quick**Quiz**

1. The CPI measures approximately the same economic phenomenon as
   a. nominal GDP.
   b. real GDP.
   c. the GDP deflator.
   d. the unemployment rate.

2. The largest component in the basket of goods and services used to compute the CPI is
   a. food and beverages.
   b. housing.
   c. medical care.
   d. apparel.

3. If a Pennsylvania gun manufacturer raises the price of rifles it sells to the U.S. Army, its price hikes will increase
   a. both the CPI and the GDP deflator.
   b. neither the CPI nor the GDP deflator.
   c. the CPI but not the GDP deflator.
   d. the GDP deflator but not the CPI.

4. Because consumers can sometimes substitute cheaper goods for those that have risen in price,
   a. the CPI overstates inflation.
   b. the CPI understates inflation.
   c. the GDP deflator overstates inflation.
   d. the GDP deflator understates inflation.

5. If the CPI is 200 in year 1980 and 300 today, then $600 in 1980 has the same purchasing power as _____ today.
   a. $400
   b. $500
   c. $700
   d. $900

6. You deposit $2,000 in a savings account, and a year later you have $2,100. Meanwhile, the CPI rises from 200 to 204. In this case, the nominal interest rate is _____ percent, and the real interest rate is _____ percent.
   a. 1, 5
   b. 3, 5
   c. 5, 1
   d. 5, 3

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## SUMMARY

- The consumer price index (CPI) shows the cost of a basket of goods and services relative to the cost of the same basket in the base year. The index is used to measure the overall level of prices in the economy. The percentage change in the CPI measures the inflation rate.
- The CPI is an imperfect measure of the cost of living for three reasons. First, it does not take into account consumers' ability to substitute toward goods that become relatively cheaper over time. Second, it does not take into account increases in the purchasing power of the dollar due to the introduction of new goods. Third, it is distorted by unmeasured changes in the quality of goods and services. Because of these measurement problems, the CPI overstates true inflation.
- Like the CPI, the GDP deflator measures the overall level of prices in the economy. The two price indexes usually move together, but there are important differences. The GDP deflator differs from the CPI because it includes goods and services produced rather than goods and services consumed. As a result, imported goods affect the CPI but not the GDP deflator. In addition, while the CPI uses a fixed basket of goods, the GDP deflator automatically changes the group of goods and services over time as the composition of GDP changes.
- Dollar figures from different times do not represent a valid comparison of purchasing power. To compare a dollar figure from the past to a dollar figure today, the older figure should be inflated using a price index.
- Various laws and private contracts use price indexes to correct for the effects of inflation. The tax laws, however, are only partially indexed for inflation.
- A correction for inflation is especially important when looking at data on interest rates. The nominal interest rate is the interest rate usually reported; it is the rate at which the number of dollars in a savings account increases over time. By contrast, the real interest rate takes into account changes in the value of the dollar over time. The real interest rate equals the nominal interest rate minus the rate of inflation.

## KEY CONCEPTS

consumer price index (CPI), p. 496
inflation rate, p. 498
core CPI, p. 499

producer price index, p. 499
indexation, p. 506

nominal interest rate, p. 507
real interest rate, p. 507

## QUESTIONS FOR REVIEW

1. Which do you think has a greater effect on the CPI: a 10 percent increase in the price of chicken or a 10 percent increase in the price of caviar? Why?

2. Describe the three problems that make the CPI an imperfect measure of the cost of living.

3. If the price of imported French wine rises, is the CPI or the GDP deflator affected more? Why?

4. Over a long period of time, the price of a candy bar rose from $0.20 to $1.20. Over the same period, the CPI rose from 150 to 300. Adjusted for overall inflation, how much did the price of the candy bar change?

5. Explain the meaning of *nominal interest rate* and *real interest rate*. How are they related?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## PROBLEMS AND APPLICATIONS

1. Suppose that the year you were born someone bought $100 of goods and services for your baby shower. How much would you guess it would cost today to buy a similar amount of goods and services? Now find data on the CPI and compute the answer based on it. (You can find the BLS's inflation calculator here: http://www.bls.gov/data/inflation_calculator.htm).

2. The residents of Vegopia spend all of their income on cauliflower, broccoli, and carrots. In 2016, they spend a total of $200 for 100 heads of cauliflower, $75 for 50 bunches of broccoli, and $50 for 500 carrots. In 2017, they spend a total of $225 for 75 heads of cauliflower, $120 for 80 bunches of broccoli, and $100 for 500 carrots.
   a. Calculate the price of one unit of each vegetable in each year.
   b. Using 2016 as the base year, calculate the CPI for each year.
   c. What is the inflation rate in 2017?

3. Suppose that people consume only three goods, as shown in this table:

|  | Tennis Balls | Golf Balls | Bottles of Gatorade |
|---|---|---|---|
| 2017 price | $2 | $4 | $1 |
| 2017 quantity | 100 | 100 | 200 |
| 2018 price | $2 | $6 | $2 |
| 2018 quantity | 100 | 100 | 200 |

   a. What is the percentage change in the price of each of the three goods?
   b. Using a method similar to the CPI, compute the percentage change in the overall price level.
   c. If you were to learn that a bottle of Gatorade increased in size from 2017 to 2018, should that information affect your calculation of the inflation rate? If so, how?
   d. If you were to learn that Gatorade introduced new flavors in 2018, should that information affect your calculation of the inflation rate? If so, how?

4. Go to the website of the Bureau of Labor Statistics (http://www.bls.gov) and find data on the CPI. By how much has the index including all items risen over the past year? For which categories of spending have prices risen the most? The least? Have any categories experienced price declines? Can you explain any of these facts?

5. A small nation of ten people idolizes the TV show *The Voice*. All they produce and consume are karaoke machines and CDs, in the following amounts:

| | Karaoke Machines | | CDs | |
|---|---|---|---|---|
| | Quantity | Price | Quantity | Price |
| 2017 | 10 | $40 | 30 | $10 |
| 2018 | 12 | 60 | 50 | 12 |

   a. Using a method similar to the CPI, compute the percentage change in the overall price level. Use 2017 as the base year and fix the basket at 1 karaoke machine and 3 CDs.
   b. Using a method similar to the GDP deflator, compute the percentage change in the overall price level. Also use 2017 as the base year.
   c. Is the inflation rate in 2018 the same using the two methods? Explain why or why not.

6. Which of the problems in the construction of the CPI might be illustrated by each of the following situations? Explain.
   a. the invention of cell phones
   b. the introduction of air bags in cars
   c. increased personal computer purchases in response to a decline in their price
   d. more scoops of raisins in each package of Raisin Bran
   e. greater use of fuel-efficient cars after gasoline prices increase

7. A dozen eggs cost $0.88 in January 1980 and $2.11 in January 2015. The average wage for production workers was $7.58 per hour in January 1980 and $19.64 in January 2015.
   a. By what percentage did the price of eggs rise?
   b. By what percentage did the wage rise?
   c. In each year, how many minutes did a worker have to work to earn enough to buy a dozen eggs?
   d. Did workers' purchasing power in terms of eggs rise or fall?

8. The chapter explains that Social Security benefits are increased each year in proportion to the increase in the CPI, even though most economists believe that the CPI overstates actual inflation.
   a. If the elderly consume the same market basket as other people, does Social Security provide the elderly with an improvement in their standard of living each year? Explain.
   b. In fact, the elderly consume more healthcare compared to younger people, and healthcare costs have risen faster than overall inflation. What would you do to determine whether the elderly are actually better off from year to year?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

9. Suppose that a borrower and a lender agree on the nominal interest rate to be paid on a loan. Then inflation turns out to be higher than they both expected.
   a. Is the real interest rate on this loan higher or lower than expected?
   b. Does the lender gain or lose from this unexpectedly high inflation? Does the borrower gain or lose?
   c. Inflation during the 1970s was much higher than most people had expected when the decade began. How did this affect homeowners who obtained fixed-rate mortgages during the 1960s? How did it affect the banks that lent the money?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# PART IX

# The Real Economy in the Long Run



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW     Document 9-1     Filed 07/31/23     Page 144 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 145 of 468

# Production and Growth

**W**hen you travel around the world, you see tremendous variation in the standard of living. The average income in a rich country, such as the United States, Japan, or Germany, is about ten times the average income in a poor country, such as India, Nigeria, or Nicaragua. These large differences in income are reflected in large differences in the quality of life. People in richer countries have better nutrition, safer housing, better healthcare, and longer life expectancy as well as more automobiles, more telephones, and more computers.

Even within a country, there are large changes in the standard of living over time. In the United States over the past century, average income as measured by real gross domestic product (GDP) per person has grown by about 2 percent per year. Although 2 percent might



Copyright 2016 Cengage Learning. All Rights Reserved.

seem small, this rate of growth implies that average income doubles every 35 years. Because of this growth, most Americans enjoy much greater economic prosperity than did their parents, grandparents, and great-grandparents.

Growth rates vary substantially from country to country. From 2000 to 2014, GDP per person in China grew at a rate of 11 percent per year, accumulating to a 357 percent increase in average income. A country experiencing such rapid growth can, in one generation, go from being among the poorest in the world to being among the richest. By contrast, in the same time span, income per person in Zimbabwe fell by a total of 13 percent, leaving the typical citizen mired in poverty.

What explains these diverse experiences? How can rich countries maintain their high standard of living? What policies can poor countries pursue to promote more rapid growth and join the developed world? These are among the most important questions in macroeconomics. As the Nobel-Prize-winning economist Robert Lucas put it, "The consequences for human welfare in questions like these are simply staggering: Once one starts to think about them, it is hard to think about anything else."

In the previous two chapters, we discussed how economists measure macroeconomic quantities and prices. We can now begin to study the forces that determine these variables. As we have seen, an economy's GDP measures both the total income earned in the economy and the total expenditure on the economy's output of goods and services. The level of real GDP is a good gauge of economic prosperity, and the growth of real GDP is a good gauge of economic progress. In this chapter we focus on the long-run determinants of the level and growth of real GDP. Later, we study the short-run fluctuations of real GDP around its long-run trend.

We proceed here in three steps. First, we examine international data on real GDP per person. These data will give you some sense of how much the level and growth of living standards vary around the world. Second, we examine the role of *productivity*—the amount of goods and services produced for each hour of a worker's time. In particular, we see that a nation's standard of living is determined by the productivity of its workers, and we consider the factors that determine a nation's productivity. Third, we consider the link between productivity and the economic policies that a nation pursues.

## 25-1 Economic Growth around the World

As a starting point for our study of long-run growth, let's look at the experiences of some of the world's economies. Table 1 shows data on real GDP per person for thirteen countries. For each country, the data span over a century of history. The first and second columns of the table present the countries and time periods. (The time periods differ somewhat from country to country because of differences in data availability.) The third and fourth columns show estimates of real GDP per person more than a century ago and for a recent year.

The data on real GDP per person show that living standards vary widely from country to country. Income per person in the United States, for instance, is now about four times that in China and about ten times that in India. The poorest countries have average levels of income not seen in the developed world for many decades. The typical resident of Pakistan in 2014 had about the same real income as the typical resident of the United Kingdom in 1870. The typical Bangladeshi in 2014 had considerably less real income than a typical American in 1870.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

| Country | Period | Real GDP per Person | | Growth Rate (per year) |
| | | At Beginning of Period[a] | At End of Period[a] | |
|---|---|---|---|---|
| Brazil | 1900–2014 | $ 828 | $15,590 | 2.61% |
| Japan | 1890–2014 | 1,600 | 37,920 | 2.59 |
| China | 1900–2014 | 762 | 13,170 | 2.53 |
| Mexico | 1900–2014 | 1,233 | 16,640 | 2.31 |
| Germany | 1870–2014 | 2,324 | 46,850 | 2.11 |
| Indonesia | 1900–2014 | 948 | 10,190 | 2.10 |
| Canada | 1870–2014 | 2,527 | 43,360 | 1.99 |
| India | 1900–2014 | 718 | 5,630 | 1.82 |
| United States | 1870–2014 | 4,264 | 55,860 | 1.80 |
| Pakistan | 1900–2014 | 785 | 5,090 | 1.65 |
| Argentina | 1900–2014 | 2,440 | 12,510 | 1.44 |
| Bangladesh | 1900–2014 | 663 | 3,330 | 1.43 |
| United Kingdom | 1870–2014 | 5,117 | 39,040 | 1.42 |

**TABLE 1**

**The Variety of Growth Experiences**

[a]Real GDP is measured in 2014 dollars.
Source: Robert J. Barro and Xavier Sala-i-Martin, *Economic Growth* (New York: McGraw-Hill, 1995), Tables 10.2 and 10.3; *World Bank* online data; and author's calculations. To account for international price differences, data are PPP-adjusted when available.

The last column of the table shows each country's growth rate. The growth rate measures how rapidly real income per person grew in the typical year. In the United States, for example, where real income per person was $4,264 in 1870 and $55,860 in 2014, the growth rate was 1.80 percent per year. This means that if real income per person, beginning at $4,264, were to increase by 1.80 percent for each of 144 years, it would end up at $55,860. Of course, income did not rise exactly 1.80 percent every year: Some years it rose by more, other years it rose by less, and in still other years it fell. The growth rate of 1.80 percent per year ignores short-run fluctuations around the long-run trend and represents an average rate of growth for real income per person over many years.

The countries in Table 1 are ordered by their growth rate from the most to the least rapid. Here you can see the large variety in growth experiences. High on the list are Brazil and China, which went from being among the poorest nations in the world to being among middle-income nations. Also high on the list is Japan, which went from being a middle-income nation to being among the richest nations.

Near the bottom of the list you can find Pakistan and Bangladesh, which were among the poorest nations at the end of the nineteenth century and remain so today. At the bottom of the list is the United Kingdom. In 1870, the United Kingdom was the richest country in the world, with average income about 20 percent higher than that of the United States and more than twice Canada's. Today, average income in the United Kingdom is 30 percent below that of the United States and 10 percent below Canada's.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

These data show that the world's richest countries have no guarantee they will stay the richest and that the world's poorest countries are not doomed to remain forever in poverty. But what explains these changes over time? Why do some countries zoom ahead while others lag behind? These are precisely the questions that we take up next.

**QuickQuiz** *What has been the approximate long-run growth rate of real GDP per person in the United States? Name a country that has had faster growth and a country that has had slower growth.*

## 25-2 Productivity: Its Role and Determinants

Explaining why living standards vary so much around the world is, in one sense, very easy. The answer can be summarized in a single word—*productivity*. But in another sense, the international variation in living standards is deeply puzzling. To explain why incomes are so much higher in some countries than in others, we must look at the many factors that determine a nation's productivity.

### 25-2a Why Productivity Is So Important

Let's begin our study of productivity and economic growth by developing a simple model based loosely on Daniel Defoe's famous novel *Robinson Crusoe* about a sailor stranded on a desert island. Because Crusoe lives alone, he

---

**FYI**

### Are You Richer Than the Richest American?

*American Heritage* magazine once published a list of the richest Americans of all time. The number 1 spot went to John D. Rockefeller, the oil entrepreneur who lived from 1839 to 1937. According to the magazine's calculations, his wealth would today be the equivalent of about $200 billion, almost three times that of Bill Gates, the software entrepreneur who is today's richest American.

Despite his great wealth, Rockefeller did not enjoy many of the conveniences that we now take for granted. He couldn't watch television, play video games, surf the Internet, or send e-mail. During the heat of summer, he couldn't cool his home with air-conditioning. For much of his life, he couldn't travel by car or plane, and he couldn't use a telephone to call friends or family. If he became ill, he couldn't take advantage of many medicines, such as antibiotics, that doctors today routinely use to prolong and enhance life.



BETTMANN/GETTY IMAGES

John D. Rockefeller

Now consider: How much money would someone have to pay you to give up for the rest of your life all the modern conveniences that Rockefeller lived without? Would you do it for $200 billion? Perhaps not. And if you wouldn't, is it fair to say that you are better off than John D. Rockefeller, allegedly the richest American ever?

The preceding chapter discussed how standard price indexes, which are used to compare sums of money from different points in time, fail to fully reflect the introduction of new goods in the economy. As a result, the rate of inflation is overestimated. The flip side of this observation is that the rate of real economic growth is underestimated. Pondering Rockefeller's life shows how significant this problem might be. Because of tremendous technological advances, the average American today is arguably "richer" than the richest American a century ago, even if that fact is lost in standard economic statistics. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

catches his own fish, grows his own vegetables, and makes his own clothes. We can think of Crusoe's activities—his production and consumption of fish, vegetables, and clothing—as a simple economy. By examining Crusoe's economy, we can learn some lessons that also apply to more complex and realistic economies.

What determines Crusoe's standard of living? In a word, **productivity**, the quantity of goods and services produced from each unit of labor input. If Crusoe is good at catching fish, growing vegetables, and making clothes, he lives well. If he is bad at doing these things, he lives poorly. Because Crusoe gets to consume only what he produces, his living standard is tied to his productivity.

In the case of Crusoe's economy, it is easy to see that productivity is the key determinant of living standards and that growth in productivity is the key determinant of growth in living standards. The more fish Crusoe can catch per hour, the more he eats at dinner. If Crusoe finds a better place to catch fish, his productivity rises. This increase in productivity makes Crusoe better off: He can eat the extra fish, or he can spend less time fishing and devote more time to making other goods he enjoys.

Productivity's key role in determining living standards is as true for nations as it is for stranded sailors. Recall that an economy's GDP measures two things at once: the total income earned by everyone in the economy and the total expenditure on the economy's output of goods and services. GDP can measure these two things simultaneously because, for the economy as a whole, they must be equal. Put simply, an economy's income is the economy's output.

Like Crusoe, a nation can enjoy a high standard of living only if it can produce a large quantity of goods and services. Americans live better than Nigerians because American workers are more productive than Nigerian workers. The Japanese have enjoyed more rapid growth in living standards than Argentineans because Japanese workers have experienced more rapid growth in productivity. Indeed, one of the *Ten Principles of Economics* in Chapter 1 is that a country's standard of living depends on its ability to produce goods and services.

Hence, to understand the large differences in living standards we observe across countries or over time, we must focus on the production of goods and services. But seeing the link between living standards and productivity is only the first step. It leads naturally to the next question: Why are some economies so much better at producing goods and services than others?

### 25-2b  How Productivity Is Determined

Although productivity is uniquely important in determining Robinson Crusoe's standard of living, many factors determine Crusoe's productivity. Crusoe will be better at catching fish, for instance, if he has more fishing poles, if he has been trained in the best fishing techniques, if his island has a plentiful fish supply, or if he invents a better fishing lure. Each of these determinants of Crusoe's productivity—which we can call *physical capital, human capital, natural resources,* and *technological knowledge*—has a counterpart in more complex and realistic economies. Let's consider each factor in turn.

**Physical Capital per Worker**   Workers are more productive if they have tools with which to work. The stock of equipment and structures used to produce goods and services is called **physical capital**, or just *capital*. For example,

**productivity**
the quantity of goods and services produced from each unit of labor input

**physical capital**
the stock of equipment and structures that are used to produce goods and services

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FYI

## A Picture Is Worth a Thousand Statistics

George Bernard Shaw once said, "It is the mark of a truly intelligent person to be moved by statistics." Most of us, however, have trouble being moved by data on GDP—until we see with our own eyes what these statistics represent.

The three photos on these pages show a typical family from each of three countries—the United Kingdom, Mexico, and Mali. Each family was photographed outside their home, together with all their material possessions.

These nations have very different standards of living, as judged by these photos, GDP, or other statistics.

- The United Kingdom is an advanced economy. In 2014, its income per person was $39,040. A baby born in the United Kingdom can expect a relatively healthy childhood: Only 4 out of 1,000 children die before reaching age 5. Almost the entire population has access to modern sanitation facilities, such as a bathroom and sewer system, to safely remove human waste. Educational attainment is high: Among individuals of college age, 60 percent are enrolled in higher education.

- Mexico is a middle-income country. In 2014, its income per person was $16,640. About 13 out of 1,000 children die before age 5. About 85 percent have access to modern sanitation. Among those of college age, 30 percent are enrolled.

- Mali is a poor country. In 2014, its income per person was only $1,510. Life is often cut short: 115 out of 1,000 children die before age 5. Only 25 percent of the population has access to modern sanitation. And educational attainment in Mali is low: Among those of college age, only 7 percent are enrolled.

Economists who study economic growth try to understand what causes such large differences in the standard of living. ■



A Typical Family in the United Kingdom

DAVID REED - FROM MATERIAL WORLD

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



A Typical Family in Mexico



A Typical Family in Mali

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

when woodworkers make furniture, they use saws, lathes, and drill presses. More tools allow the woodworkers to produce their output more quickly and more accurately: A worker with only basic hand tools can make less furniture each week than a worker with sophisticated and specialized woodworking equipment.

As you may recall, the inputs used to produce goods and services—labor, capital, and so on—are called the *factors of production*. An important feature of capital is that it is a *produced* factor of production. That is, capital is an input into the production process that in the past was an output from the production process. The woodworker uses a lathe to make the leg of a table. Earlier, the lathe itself was the output of a firm that manufactures lathes. The lathe manufacturer in turn used other equipment to make its product. Thus, capital is a factor of production used to produce all kinds of goods and services, including more capital.

**human capital**
the knowledge and skills that workers acquire through education, training, and experience

**Human Capital per Worker**   A second determinant of productivity is human capital. **Human capital** is the economist's term for the knowledge and skills that workers acquire through education, training, and experience. Human capital includes the skills accumulated in early childhood programs, grade school, high school, college, and on-the-job training for adults in the labor force.

Education, training, and experience are less tangible than lathes, bulldozers, and buildings, but human capital is similar to physical capital in many ways. Like physical capital, human capital raises a nation's ability to produce goods and services. Also like physical capital, human capital is a produced factor of production. Producing human capital requires inputs in the form of teachers, libraries, and student time. Indeed, students can be viewed as "workers" who have the important job of producing the human capital that will be used in future production.

**natural resources**
the inputs into the production of goods and services that are provided by nature, such as land, rivers, and mineral deposits

**Natural Resources per Worker**   A third determinant of productivity is **natural resources**. Natural resources are inputs into production that are provided by nature, such as land, rivers, and mineral deposits. Natural resources take two forms: renewable and nonrenewable. A forest is an example of a renewable resource. When one tree is cut down, a seedling can be planted in its place to be harvested in the future. Oil is an example of a nonrenewable resource. Because oil is produced by nature over many millions of years, there is only a limited supply. Once the supply of oil is depleted, it is impossible to create more.

Differences in natural resources are responsible for some of the differences in standards of living around the world. The historical success of the United States was driven in part by the large supply of land well suited for agriculture. Today, some countries in the Middle East, such as Kuwait and Saudi Arabia, are rich simply because they happen to be on top of some of the largest pools of oil in the world.

Although natural resources can be important, they are not necessary for an economy to be highly productive in producing goods and services. Japan, for instance, is one of the richest countries in the world, despite having few natural resources. International trade makes Japan's success possible. Japan imports many of the natural resources it needs, such as oil, and exports its manufactured goods to economies rich in natural resources.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**Technological Knowledge**   A fourth determinant of productivity is **technological knowledge**—the understanding of the best ways to produce goods and services. A hundred years ago, most Americans worked on farms because farm technology required a high input of labor to feed the entire population. Today, thanks to advances in farming technology, a small fraction of the population can produce enough food to feed the entire country. This technological change made labor available to produce other goods and services.

Technological knowledge takes many forms. Some technology is common knowledge—after one person uses it, everyone becomes aware of it. For example, once Henry Ford successfully introduced assembly-line production, other carmakers quickly followed suit. Other technology is proprietary—it is known only by the company that discovers it. Only the Coca-Cola Company, for instance, knows the secret recipe for making its famous soft drink. Still other technology is proprietary for a short time. When a pharmaceutical company discovers a new drug, the patent system gives that company a temporary right to be its exclusive manufacturer. When the patent expires, however, other companies are allowed to make the drug. All these forms of technological knowledge are important for the economy's production of goods and services.

It is worthwhile to distinguish between technological knowledge and human capital. Although they are closely related, there is an important difference.

**technological knowledge** society's understanding of the best ways to produce goods and services

---

## FYI

### The Production Function

Economists often use a *production function* to describe the relationship between the quantity of inputs used in production and the quantity of output from production. For example, suppose $Y$ denotes the quantity of output, $L$ the quantity of labor, $K$ the quantity of physical capital, $H$ the quantity of human capital, and $N$ the quantity of natural resources. Then we might write

$$Y = AF(L, K, H, N),$$

where $F(\ )$ is a function that shows how the inputs are combined to produce output. $A$ is a variable that reflects the available production technology. As technology improves, $A$ rises, so the economy produces more output from any given combination of inputs.

Many production functions have a property called *constant returns to scale*. If a production function has constant returns to scale, then doubling all inputs causes the amount of output to double as well. Mathematically, we write that a production function has constant returns to scale if, for any positive number $x$,

$$xY = AF(xL, xK, xH, xN).$$

A doubling of all inputs would be represented in this equation by $x = 2$. The right side shows the inputs doubling, and the left side shows output doubling.

Production functions with constant returns to scale have an interesting and useful implication. To see this implication, set $x = 1/L$ so that the preceding equation becomes

$$Y/L = AF(1, K/L, H/L, N/L).$$

Notice that $Y/L$ is output per worker, which is a measure of productivity. This equation says that labor productivity depends on physical capital per worker ($K/L$), human capital per worker ($H/L$), and natural resources per worker ($N/L$). Productivity also depends on the state of technology, as reflected by the variable $A$. Thus, this equation provides a mathematical summary of the four determinants of productivity we have just discussed. ∎

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Technological knowledge refers to society's understanding about how the world works. Human capital refers to the resources expended transmitting this understanding to the labor force. To use a relevant metaphor, technological knowledge is the quality of society's textbooks, whereas human capital is the amount of time that the population has devoted to reading them. Workers' productivity depends on both.

**CASE STUDY**

### ARE NATURAL RESOURCES A LIMIT TO GROWTH?

Today, the world's population is over 7 billion, more than four times what it was a century ago. At the same time, many people are enjoying a much higher standard of living than did their great-grandparents. A perennial debate concerns whether this growth in population and living standards can continue in the future.

Many commentators have argued that natural resources will eventually limit how much the world's economies can grow. At first, this argument might seem hard to ignore. If the world has only a fixed supply of nonrenewable natural resources, how can population, production, and living standards continue to grow over time? Eventually, won't supplies of oil and minerals start to run out? When these shortages start to occur, won't they stop economic growth and, perhaps, even force living standards to fall?

Despite the apparent appeal of such arguments, most economists are less concerned about such limits to growth than one might guess. They argue that technological progress often yields ways to avoid these limits. If we compare the economy today to the economy of the past, we see various ways in which the use of natural resources has improved. Modern cars have better gas mileage. New houses have better insulation and require less energy to heat and cool. More efficient oil rigs waste less oil in the process of extraction. Recycling allows some nonrenewable resources to be reused. The development of alternative fuels, such as ethanol instead of gasoline, allows us to substitute renewable for nonrenewable resources.

Seventy years ago, some conservationists were concerned about the excessive use of tin and copper. At the time, these were crucial commodities: Tin was used to make many food containers, and copper was used to make telephone wire. Some people advocated mandatory recycling and rationing of tin and copper so that supplies would be available for future generations. Today, however, plastic has replaced tin as a material for making many food containers, and phone calls often travel over fiber-optic cables, which are made from sand. Technological progress has made once crucial natural resources less necessary.

But are all these efforts enough to permit continued economic growth? One way to answer this question is to look at the prices of natural resources. In a market economy, scarcity is reflected in market prices. If the world were running out of natural resources, then the prices of those resources would be rising over time. But in fact, the opposite is more often true. Natural resource prices exhibit substantial short-run fluctuations, but over long spans of time, the prices of most natural resources (adjusted for overall inflation) are stable or falling. It appears that our ability to conserve these resources is growing more rapidly than their supplies are dwindling. Market prices give no reason to believe that natural resources are a limit to economic growth. ●

**Quick Quiz**  *List and describe four determinants of a country's productivity.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# 25-3 Economic Growth and Public Policy

So far, we have determined that a society's standard of living depends on its ability to produce goods and services and that its productivity in turn depends on physical capital per worker, human capital per worker, natural resources per worker, and technological knowledge. Let's now turn to the question faced by policymakers around the world: What can government policy do to raise productivity and living standards?

### 25-3a Saving and Investment

Because capital is a produced factor of production, a society can change the amount of capital it has. If today the economy produces a large quantity of new capital goods, then tomorrow it will have a larger stock of capital and be able to produce more goods and services. Thus, one way to raise future productivity is to invest more current resources in the production of capital.

One of the *Ten Principles of Economics* presented in Chapter 1 is that people face trade-offs. This principle is especially important when considering the accumulation of capital. Because resources are scarce, devoting more resources to producing capital requires devoting fewer resources to producing goods and services for current consumption. That is, for society to invest more in capital, it must consume less and save more of its current income. The growth that arises from capital accumulation is not a free lunch: It requires that society sacrifice consumption of goods and services in the present to enjoy higher consumption in the future.

The next chapter examines in more detail how an economy's financial markets coordinate saving and investment. It also examines how government policies influence the amount of saving and investment that take place. At this point, it is important to note that encouraging saving and investment is one way that a government can encourage growth and, in the long run, raise an economy's standard of living.

### 25-3b Diminishing Returns and the Catch-Up Effect

Suppose that a government pursues policies that raise the nation's saving rate—the percentage of GDP devoted to saving rather than consumption. What happens? With the nation saving more, fewer resources are needed to make consumption goods and more resources are available to make capital goods. As a result, the capital stock increases, leading to rising productivity and more rapid growth in GDP. But how long does this higher rate of growth last? Assuming that the saving rate remains at its new, higher level, does the growth rate of GDP stay high indefinitely or only for a period of time?

The traditional view of the production process is that capital is subject to **diminishing returns**: As the stock of capital rises, the extra output produced from an additional unit of capital falls. In other words, when workers already have a large quantity of capital to use in producing goods and services, giving them an additional unit of capital increases their productivity only slightly. This is illustrated in Figure 1, which shows how the amount of capital per worker determines the amount of output per worker, holding constant all the other determinants of output (such as natural resources and technological knowledge).

Because of diminishing returns, an increase in the saving rate leads to higher growth only for a while. As the higher saving rate allows more capital to be accumulated, the benefits from additional capital become smaller over time, and

**diminishing returns**
the property whereby the benefit from an extra unit of an input declines as the quantity of the input increases

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FIGURE 1

**Illustrating the Production Function**
This figure shows how the amount of capital per worker influences the amount of output per worker. Other determinants of output, including human capital, natural resources, and technology, are held constant. The curve becomes flatter as the amount of capital increases because of diminishing returns to capital.



so growth slows down. *In the long run, the higher saving rate leads to a higher level of productivity and income but not to higher growth in these variables.* Reaching this long run, however, can take quite a while. According to studies of international data on economic growth, increasing the saving rate can lead to substantially higher growth for a period of several decades.

The property of diminishing returns to capital has another important implication: Other things being equal, it is easier for a country to grow fast if it starts out relatively poor. This effect of initial conditions on subsequent growth is sometimes called the **catch-up effect**. In poor countries, workers lack even the most rudimentary tools and, as a result, have low productivity. Thus, small amounts of capital investment can substantially raise these workers' productivity. By contrast, workers in rich countries have large amounts of capital with which to work, and this partly explains their high productivity. Yet with the amount of capital per worker already so high, additional capital investment has a relatively small effect on productivity. Studies of international data on economic growth confirm this catch-up effect: Controlling for other variables, such as the percentage of GDP devoted to investment, poor countries tend to grow at faster rates than rich countries.

This catch-up effect can help explain some otherwise puzzling facts. Here's an example: From 1960 to 1990, the United States and South Korea devoted a similar share of GDP to investment. Yet over this time, the United States experienced only mediocre growth of about 2 percent, while South Korea experienced spectacular growth of more than 6 percent. The explanation is the catch-up effect. In 1960, South Korea had GDP per person less than one-tenth the U.S. level, in part because previous investment had been so low. With a small initial capital stock, the benefits to capital accumulation were much greater in South Korea, and this gave South Korea a higher subsequent growth rate.

**catch-up effect**
the property whereby countries that start off poor tend to grow more rapidly than countries that start off rich

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

This catch-up effect shows up in other aspects of life. When a school gives an end-of-year award to the "Most Improved" student, that student is usually one who began the year with relatively poor performance. Students who began the year not studying find improvement easier than students who always worked hard. Note that it is good to be "Most Improved," given the starting point, but it is even better to be "Best Student." Similarly, economic growth over the last several decades has been much more rapid in South Korea than in the United States, but GDP per person is still higher in the United States.

### 25-3c Investment from Abroad

So far, we have discussed how policies aimed at increasing a country's saving rate can increase investment and, thereby, long-term economic growth. Yet saving by domestic residents is not the only way for a country to invest in new capital. The other way is investment by foreigners.

Investment from abroad takes several forms. Ford Motor Company might build a car factory in Mexico. A capital investment that is owned and operated by a foreign entity is called *foreign direct investment*. Alternatively, an American might buy stock in a Mexican corporation (that is, buy a share in the ownership of the corporation), and the corporation can use the proceeds from the stock sale to build a new factory. An investment that is financed with foreign money but operated by domestic residents is called *foreign portfolio investment*. In both cases, Americans provide the resources necessary to increase the stock of capital in Mexico. That is, American saving is being used to finance Mexican investment.

When foreigners invest in a country, they do so because they expect to earn a return on their investment. Ford's car factory increases the Mexican capital stock and, therefore, increases Mexican productivity and Mexican GDP. Yet Ford takes some of this additional income back to the United States in the form of profit. Similarly, when an American investor buys Mexican stock, the investor has a right to a portion of the profit that the Mexican corporation earns.

Investment from abroad, therefore, does not have the same effect on all measures of economic prosperity. Recall that gross domestic product (GDP) is the income earned within a country by both residents and nonresidents, whereas gross national product (GNP) is the income earned by residents of a country both at home and abroad. When Ford opens its car factory in Mexico, some of the income the factory generates accrues to people who do not live in Mexico. As a result, foreign investment in Mexico raises the income of Mexicans (measured by GNP) by less than it raises the production in Mexico (measured by GDP).

Nonetheless, investment from abroad is one way for a country to grow. Even though some of the benefits from this investment flow back to the foreign owners, this investment does increase the economy's stock of capital, leading to higher productivity and higher wages. Moreover, investment from abroad is one way for poor countries to learn the state-of-the-art technologies developed and used in richer countries. For these reasons, many economists who advise governments in less developed economies advocate policies that encourage investment from abroad. Often, this means removing restrictions that governments have imposed on foreign ownership of domestic capital.

An organization that tries to encourage the flow of capital to poor countries is the World Bank. This international organization obtains funds from the world's advanced countries, such as the United States, and uses these resources to make loans to less developed countries so that they can invest in roads, sewer systems, schools, and other types of capital. It also offers the countries advice about how

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the funds might best be used. The World Bank and its sister organization, the International Monetary Fund, were set up after World War II. One lesson from the war was that economic distress often leads to political turmoil, international tensions, and military conflict. Thus, every country has an interest in promoting economic prosperity around the world. The World Bank and the International Monetary Fund were established to achieve that common goal.

### 25-3d  Education

Education—investment in human capital—is at least as important as investment in physical capital for a country's long-run economic success. In the United States, each year of schooling has historically raised a person's wage by an average of about 10 percent. In less developed countries, where human capital is especially scarce, the gap between the wages of educated and uneducated workers is even larger. Thus, one way government policy can enhance the standard of living is to provide good schools and to encourage the population to take advantage of them.

Investment in human capital, like investment in physical capital, has an opportunity cost. When students are in school, they forgo the wages they could have earned as members of the labor force. In less developed countries, children often drop out of school at an early age, even though the benefit of additional schooling is very high, simply because their labor is needed to help support the family.

Some economists have argued that human capital is particularly important for economic growth because human capital conveys positive externalities. An *externality* is the effect of one person's actions on the well-being of a bystander. An educated person, for instance, might generate new ideas about how best to produce goods and services. If these ideas enter society's pool of knowledge so that everyone can use them, then the ideas are an external benefit of education. In this case, the return from schooling for society is even greater than the return for the individual. This argument would justify the large subsidies to human-capital investment that we observe in the form of public education.

One problem facing some poor countries is the *brain drain*—the emigration of many of the most highly educated workers to rich countries, where these workers can enjoy a higher standard of living. If human capital does have positive externalities, then this brain drain makes those people left behind even poorer. This problem offers policymakers a dilemma. On the one hand, the United States and other rich countries have the best systems of higher education, and it would seem natural for poor countries to send their best students abroad to earn higher degrees. On the other hand, those students who have spent time abroad may choose not to return home, and this brain drain will reduce the poor nation's stock of human capital even further.

### 25-3e  Health and Nutrition

The term *human capital* usually refers to education, but it can also be used to describe another type of investment in people: expenditures that lead to a healthier population. Other things being equal, healthier workers are more productive. The right investments in the health of the population provide one way for a nation to increase productivity and raise living standards.

According to the late economic historian Robert Fogel, improved health from better nutrition has been a significant factor in long-run economic growth. Fogel estimated that in Great Britain in 1780, about one in five people were so malnourished that they were incapable of manual labor. Among those who could

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

work, insufficient caloric intake substantially reduced the work effort they could put forth. As nutrition improved, so did workers' productivity.

Fogel studied these historical trends in part by looking at the height of the population. Short stature can be an indicator of malnutrition, especially during gestation and the early years of life. Fogel found that as nations develop economically, people eat more and the population gets taller. From 1775 to 1975, the average caloric intake in Great Britain rose by 26 percent and the height of the average man rose by 3.6 inches. Similarly, during the spectacular economic growth in South Korea from 1962 to 1995, caloric consumption rose by 44 percent and average male height rose by 2 inches. Of course, a person's height is determined by a combination of genetics and environment. But because the genetic makeup of a population is slow to change, such increases in average height are most likely due to changes in the environment—nutrition being the obvious explanation.

Moreover, studies have found that height is an indicator of productivity. Looking at data on a large number of workers at a point in time, researchers have found that taller workers tend to earn more. Because wages reflect a worker's productivity, this finding suggests that taller workers tend to be more productive. The effect of height on wages is especially pronounced in poorer countries, where malnutrition is a bigger risk.

Fogel won the Nobel Prize in Economics in 1993 for his work in economic history, which includes not only his studies of nutrition but also his studies of American slavery and the role of railroads in the development of the American economy. In the lecture he gave when he was awarded the prize, he surveyed the evidence on health and economic growth. He concluded that "improved gross nutrition accounts for roughly 30 percent of the growth of per capita income in Britain between 1790 and 1980."

Today, malnutrition is fortunately rare in developed nations such as Great Britain and the United States. (Obesity is a more widespread problem.) But for people in developing nations, poor health and inadequate nutrition remain obstacles to higher productivity and improved living standards. The United Nations estimates that almost a third of the population in sub-Saharan Africa is undernourished.

The causal link between health and wealth runs in both directions. Poor countries are poor in part because their populations are not healthy, and their populations are not healthy in part because they are poor and cannot afford adequate healthcare and nutrition. It is a vicious circle. But this fact opens the possibility of a virtuous circle: Policies that lead to more rapid economic growth would naturally improve health outcomes, which in turn would further promote economic growth.

## 25-3f Property Rights and Political Stability

Another way policymakers can foster economic growth is by protecting property rights and promoting political stability. This issue goes to the very heart of how market economies work.

Production in market economies arises from the interactions of millions of individuals and firms. When you buy a car, for instance, you are buying the output of a car dealer, a car manufacturer, a steel company, an iron ore mining company, and so on. This division of production among many firms allows the economy's factors of production to be used as effectively as possible. To achieve this outcome, the economy has to coordinate transactions among these firms, as well as between firms and consumers. Market economies achieve this coordination

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

through market prices. That is, market prices are the instrument with which the invisible hand of the marketplace brings supply and demand into balance in each of the many thousands of markets that make up the economy.

An important prerequisite for the price system to work is an economy-wide respect for *property rights*. Property rights refer to the ability of people to exercise authority over the resources they own. A mining company will not make the effort to mine iron ore if it expects the ore to be stolen. The company mines the ore only if it is confident that it will benefit from the ore's subsequent sale. For this reason, courts serve an important role in a market economy: They enforce property rights. Through the criminal justice system, the courts discourage theft. In addition, through the civil justice system, the courts ensure that buyers and sellers live up to their contracts.

Those of us in developed countries tend to take property rights for granted, but those living in less developed countries understand that a lack of property rights can be a major problem. In many countries, the system of justice does not work well. Contracts are hard to enforce, and fraud often goes unpunished. In more extreme cases, the government not only fails to enforce property rights but actually infringes upon them. To do business in some countries, firms are expected to bribe government officials. Such corruption impedes the coordinating power of markets. It also discourages domestic saving and investment from abroad.

One threat to property rights is political instability. When revolutions and coups are common, there is doubt about whether property rights will be respected in the future. If a revolutionary government might confiscate the capital of some businesses, as was often true after communist revolutions, domestic residents have less incentive to save, invest, and start new businesses. At the same time, foreigners have less incentive to invest in the country. Even the threat of revolution can act to depress a nation's standard of living.

Thus, economic prosperity depends in part on political prosperity. A country with an efficient court system, honest government officials, and a stable constitution will enjoy a higher economic standard of living than a country with a poor court system, corrupt officials, and frequent revolutions and coups.

### 25-3g  Free Trade

Some of the world's poorest countries have tried to achieve more rapid economic growth by pursuing *inward-oriented policies*. These policies attempt to increase productivity and living standards within the country by avoiding interaction with the rest of the world. Domestic firms often advance the infant-industry argument, claiming they need protection from foreign competition to thrive and grow. Together with a general distrust of foreigners, this argument has at times led policymakers in less developed countries to impose tariffs and other trade restrictions.

Most economists today believe that poor countries are better off pursuing *outward-oriented policies* that integrate these countries into the world economy. International trade in goods and services can improve the economic well-being of a country's citizens. Trade is, in some ways, a type of technology. When a country exports wheat and imports textiles, the country benefits as if it had invented a technology for turning wheat into textiles. A country that eliminates trade restrictions will, therefore, experience the same kind of economic growth that would occur after a major technological advance.

The adverse impact of inward orientation becomes clear when one considers the small size of many less developed economies. The total GDP of Argentina,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

for instance, is about that of Houston, Texas. Imagine what would happen if the Houston city council were to prohibit city residents from trading with people living outside the city limits. Without being able to take advantage of the gains from trade, Houston would need to produce all the goods it consumes. It would also have to produce all its own capital goods, rather than importing state-of-the-art equipment from other cities. Living standards in Houston would fall immediately, and the problem would likely only get worse over time. This is precisely what happened when Argentina pursued inward-oriented policies throughout much of the 20th century. In contrast, countries that pursued outward-oriented policies, such as South Korea, Singapore, and Taiwan, enjoyed high rates of economic growth.

The amount that a nation trades with others is determined not only by government policy but also by geography. Countries with natural seaports find trade easier than countries without this resource. It is not a coincidence that many of the world's major cities, such as New York, San Francisco, and Hong Kong, are located next to oceans. Similarly, because landlocked countries find international trade more difficult, they tend to have lower levels of income than countries with easy access to the world's waterways. For example, countries with more than 80 percent of their population living within 100 kilometers of a coast have an average GDP per person about four times as large as countries with less than 20 percent of their population living near a coast. The critical importance of access to the sea helps explain why the African continent, which contains many landlocked countries, is so poor.

## 25-3h Research and Development

The primary reason that living standards are higher today than they were a century ago is that technological knowledge has advanced. The telephone, the transistor, the computer, and the internal combustion engine are among the thousands of innovations that have improved the ability to produce goods and services.

Most technological advances come from private research by firms and individual inventors, but there is also a public interest in promoting these efforts. To a large extent, knowledge is a *public good*: That is, once one person discovers an idea, the idea enters society's pool of knowledge and other people can freely use it. Just as government has a role in providing a public good such as national defense, it also has a role in encouraging the research and development of new technologies.

The U.S. government has long played a role in the creation and dissemination of technological knowledge. A century ago, the government sponsored research about farming methods and advised farmers how best to use their land. More recently, the U.S. government, through the Air Force and NASA, has supported aerospace research; as a result, the United States is a leading maker of rockets and planes. The government continues to encourage advances in knowledge with research grants from the National Science Foundation and the National Institutes of Health and with tax breaks for firms engaging in research and development.

Yet another way in which government policy encourages research is through the patent system. When a person or firm creates an innovative product, such as a new drug, the inventor can apply for a patent. If the product is deemed truly original,



### ASK THE EXPERTS

## Innovation and Growth

"Future innovations worldwide will not be transformational enough to promote sustained per-capita economic growth rates in the United States and western Europe over the next century as high as those over the past 150 years."

**What do economists say?**

34% disagree

59% uncertain

7% agree

Source: IGM Economic Experts Panel, February 11, 2014.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

## Curmudgeon versus Optimist



### Has All the Important Stuff Already Been Invented?

**By Timothy Aeppel**

Robert Gordon, a curmudgeonly 73-year-old economist, believes our best days are over. After a century of life-changing innovations that spurred growth, he says, human progress is slowing to a crawl.

Joel Mokyr, a cheerful 67-year-old economist, imagines a coming age of new inventions, including gene therapies to prolong our life span and miracle seeds that can feed the world without fertilizers.

These big-name colleagues at Northwestern University represent opposite poles in the debate over the future of the 21st century economy: rapid innovation driven by robotic manufacturing, 3-D printing and cloud computing, versus years of job losses, stagnant wages and rising income inequality.

The divergent views are more than academic. For many Americans, the recession left behind the scars of lost jobs, lower wages and depressed home prices. The question is whether tough times are here for good. The answer depends on who you ask.

"I think the rate of innovation is just getting faster and faster," Mr. Mokyr said over noodles and spicy chicken at a Thai restaurant near the campus where he and Mr. Gordon have taught for four decades.

"What's the evidence of that?" snapped Mr. Gordon. "There isn't any."

The men get along fine when talk is limited to, say, faculty gossip. About the future, though, they bicker constantly. When Mr. Mokyr described life-prolonging medical advances, Mr. Gordon cut in: "Extending life without curing Alzheimer's means people who can walk but can't think."

Mr. Gordon landed at Northwestern from the University of Chicago in the fall of 1973, a year before Mr. Mokyr arrived there from Yale after finishing his Ph.D. Their tit-for-tat repartee makes them popular speakers—for economists, at least….

The professors headlined a Bank of Korea event in Seoul earlier this month. "We always go mano-a-mano," Mr. Mokyr said. "But we often end up talking about different things. Bob's a macroeconomist, I'm an economic historian."

Mr. Mokyr has long studied how new tools have led to economic breakthroughs. For example, how the development of telescopes allowed for rapid advances in astronomy. History makes him certain his colleague is wrong.

Mr. Gordon's ideas, in fact, fly in the face of modern economic orthodoxy. Since Nobel economist Robert Solow first argued in the 1950s that growth was driven by new technology, most economists have embraced the idea. Progress may be uneven, according to this view, but there is no reason to expect the world to run out of ideas.

"Bob says the low-hanging fruit has been picked, because we won't invent indoor plumbing again," Mr. Mokyr said. In speeches, Mr. Gordon often displays images of a flush toilet and iPhone and asks: Which would you give up?

Mr. Mokyr said many economists before Mr. Gordon have proclaimed the end of progress, but these pessimists have always been proven wrong. It was a popular theme during the Depression, he said, but modern economists now recognize the 1930s as a period of rapid technological progress with such advances as the development of jet engines and radar.

Today, Mr. Mokyr said, fast computing is a new tool that will open the way to new inventions in the future.

The darkness of Mr. Mokyr's family history contrasts with his optimism for the future. His parents were Dutch Jews who survived the Holocaust. His father, a civil servant, died of cancer when Mr. Mokyr was a year old. He was raised by his mother in a small apartment in the port city of Haifa in Israel. "My mother was not an optimist," he said. "She had lived a very tough life."

Mr. Gordon, the more famous of the two men, has the credentials to buck conventional



Curmudgeon

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

wisdom. His parents and a brother were Ph.D. economists. His father, an expert on business cycles, taught at the University of California, Berkeley, for decades....

If anything, his family should have made him an optimist. Mr. Gordon's father grew up grindingly poor, at one point supporting three younger brothers after his own father died; his eventual success mirrored the larger transformation of the U.S. into the world's richest country.

"His generation saw the move from crowded tenements in the 1920s to suburbia in the 1950s—with everyone having a yard and a car," Mr. Gordon said, a leap showing how much progress has since slowed.

Mr. Gordon sees a hobbled U.S. economy ahead. Americans are getting older, leaving too few workers to support the aging population. The problem is even worse in other Western economies.

An aging citizenry is among a list of troubles, including the declining share of working-age men with jobs; stagnant rates of Americans earning college degrees; jobs lost abroad and high government debt. The biggest obstacle, he said, is growing income inequality.

To compensate, Mr. Gordon said, economies need technological advances. The problem is that the biggest breakthroughs—like electrification or the discovery of antibiotics—are behind us. Electricity changed how people lived and worked, and it spawned hundreds of new industries. The technology that allowed people to communicate instantly or travel quickly over long distances were 19th- and 20th-century innovations.

More recent inventions—including the Internet—won't pack the same punch, he said: "The rapid progress made over the past 250 years could well turn out to be a unique episode in human history."

Cellphones, he said, are just a refinement of the telephone. "Look at what an ideal kitchen looked like in 1955—it's not that different than today," Mr. Gordon said. "It's nothing like moving from clothes lines to clothes dryers."...

Mr. Gordon said his ideas began taking shape between semesters at graduate school. He worked during the summer of 1965 for a team of economists analyzing the dazzling productivity growth that began around 1920 and ran through World War II and the postwar boom.

Except for an upturn in the 1990s, growth has been tepid ever since.

"Everyone has looked for a big overarching factor to explain this," he said. "But it occurred to me, it could be as simple as that we'd run out of the great inventions."

Mr. Gordon said his ideas evolved from there. In 2000, he published a paper saying that computer technology, hailed as the driver of the "new economy," was far less impressive than earlier big inventions. He generated more controversy with a 2012 academic paper titled "Is U.S. Economic Growth Over?"

The paper included a dire prediction: The economy will grow less than half as fast as the remarkable 2% average it notched



Optimist

between 1870 and 2007. "Americans got used to their standard of living doubling from that of their parents. No more," he told investment managers in Germany this year.

If he is right, the standard of living for the average American—measured in per capita income—will in the future take 78 years to double, compared with the 35 years it took between 1972 and 2007....

Much of Mr. Gordon's work focuses on an economy's output. Mr. Mokyr, meanwhile, is more interested in how new inventions improve the quality of life in ways that don't show up in traditional measures: new medicines that treat chronic pain or allow older people to stay active years longer. A hip replacement, he said, let him keep riding his bike to and from work.

"For Bob, it's all about the measure of input and output—especially output," said Mr. Mokyr. That is why the aging population is such a big problem for Mr. Gordon, since retired people stop producing.

Mr. Gordon countered that many of the innovations Mr. Mokyr anticipates—such as new technology to clean air and water pollution—will solve problems created by past economic growth. Those shouldn't be counted the same way as breakthroughs that add to output, he said.

"Maybe the problem is that we didn't measure growth in the past correctly," Mr. Mokyr retorted, "because we didn't account for the costs."

The two men agree on one point. "One of the main missions I have in life is to point out to my students how lucky they are to be born in the 20th century," Mr. Mokyr said. "Compared to what life was like 100 or 200 years ago, we're incredibly fortunate." ■

**Source:** *The Wall Street Journal,* June 16, 2014.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the government awards the patent, which gives the inventor the exclusive right to make the product for a specified number of years. In essence, the patent gives the inventor a property right over her invention, turning her new idea from a public good into a private good. By allowing inventors to profit from their inventions—even if only temporarily—the patent system enhances the incentive for individuals and firms to engage in research.

### 25-3i  Population Growth

Economists and other social scientists have long debated how population affects a society. The most direct effect is on the size of the labor force: A large population means more workers to produce goods and services. The tremendous size of the Chinese population is one reason China is such an important player in the world economy.

At the same time, however, a large population means more people to consume those goods and services. So while a large population means a larger total output of goods and services, it need not mean a higher standard of living for the typical citizen. Indeed, both large and small nations are found at all levels of economic development.

Beyond these obvious effects of population size, population growth interacts with the other factors of production in ways that are more subtle and open to debate.

**Stretching Natural Resources**   Thomas Robert Malthus (1766–1834), an English minister and early economic thinker, is famous for his book called *An Essay on the Principle of Population as It Affects the Future Improvement of Society.* In it, he offered what may be history's most chilling forecast. Malthus argued that an ever-increasing population would continually strain society's ability to provide for itself. As a result, mankind was doomed to forever live in poverty.

Malthus's logic was simple. He began by noting that "food is necessary to the existence of man" and that "the passion between the sexes is necessary and will remain nearly in its present state." He concluded that "the power of population is infinitely greater than the power in the earth to produce subsistence for man." According to Malthus, the only check on population growth was "misery and vice." Attempts by charities or governments to alleviate poverty were counterproductive, he argued, because they merely allowed the poor to have more children, placing even greater strains on society's productive capabilities.

Malthus may have correctly described the world at the time when he lived, but fortunately, his dire forecast was far off the mark. The world population has increased about sixfold over the past two centuries, but living standards around the world are on average much higher. As a result of economic growth, chronic hunger and malnutrition are less common now than they were in Malthus's day. Modern famines occur from time to time but are more often the result of an unequal income distribution or political instability than inadequate food production.

Where did Malthus go wrong? As we discussed in a case study earlier in this chapter, growth in human ingenuity has offset the effects of a larger population. Pesticides, fertilizers, mechanized farm equipment, new crop varieties, and other technological advances that Malthus never imagined have allowed each farmer to feed ever greater numbers of people. Even with more mouths to feed, fewer farmers are necessary because each farmer is much more productive.

**Diluting the Capital Stock**   Whereas Malthus worried about the effects of population on the use of natural resources, some modern theories of economic



2002 ARPL / TOPHAM / THE IMAGEWORKS

*Thomas Robert Malthus*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

growth emphasize its effects on capital accumulation. According to these theories, high population growth reduces GDP per worker because rapid growth in the number of workers forces the capital stock to be spread more thinly. In other words, when population growth is rapid, each worker is equipped with less capital. A smaller quantity of capital per worker leads to lower productivity and lower GDP per worker.

This problem is most apparent in the case of human capital. Countries with high population growth have large numbers of school-age children. This places a larger burden on the educational system. It is not surprising, therefore, that educational attainment tends to be low in countries with high population growth.

The differences in population growth around the world are large. In developed countries, such as the United States and those in Western Europe, the population has risen only about 1 percent per year in recent decades and is expected to rise even more slowly in the future. By contrast, in many poor African countries, population grows at about 3 percent per year. At this rate, the population doubles every 23 years. This rapid population growth makes it harder to provide workers with the tools and skills they need to achieve high levels of productivity.

Rapid population growth is not the main reason that less developed countries are poor, but some analysts believe that reducing the rate of population growth would help these countries raise their standards of living. In some countries, this goal is accomplished directly with laws that regulate the number of children families may have. For example, from 1980 to 2015, China allowed only one child per family; couples who violated this rule were subject to substantial fines. In countries with greater freedom, the goal of reduced population growth is accomplished less directly by increasing awareness of birth control techniques.

Another way in which a country can influence population growth is to apply one of the *Ten Principles of Economics*: People respond to incentives. Bearing a child, like any decision, has an opportunity cost. When the opportunity cost rises, people will choose to have smaller families. In particular, women with the opportunity to receive a good education and desirable employment tend to want fewer children than those with fewer opportunities outside the home. Hence, policies that foster equal treatment of women may be one way for less developed economies to reduce the rate of population growth and, perhaps, raise their standards of living.

**Promoting Technological Progress** Rapid population growth may depress economic prosperity by reducing the amount of capital each worker has, but it may also have some benefits. Some economists have suggested that world population growth has been an engine of technological progress and economic prosperity. The mechanism is simple: If there are more people, then there are more scientists, inventors, and engineers to contribute to technological advance, which benefits everyone.

Economist Michael Kremer provided some support for this hypothesis in an article titled "Population Growth and Technological Change: One Million B.C. to 1990," which was published in the *Quarterly Journal of Economics* in 1993. Kremer began by noting that over the broad span of human history, world growth rates have increased with world population. For example, world growth was more rapid when the world population was 1 billion (which occurred around the year 1800) than when the population was only 100 million (around 500 B.C.). This fact is consistent with the hypothesis that a larger population induces more technological progress.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Kremer's second piece of evidence comes from comparing regions of the world. The melting of the polar icecaps at the end of the Ice Age around 10,000 B.C. flooded the land bridges and separated the world into several distinct regions that could not communicate with one another for thousands of years. If technological progress is more rapid when there are more people to discover things, then larger regions should have experienced more rapid growth.

According to Kremer, that is exactly what happened. The most successful region of the world in 1500 (when Columbus reestablished contact) comprised the "Old World" civilizations of the large Eurasia-Africa region. Next in technological development were the Aztec and Mayan civilizations in the Americas, followed by the hunter-gatherers of Australia, and then the primitive people of Tasmania, who lacked even fire-making and most stone and bone tools.

## IN THE NEWS

## Using Experiments to Evaluate Aid

*To figure out what policies work in developing nations, economists are increasingly turning to randomized controlled experiments.*

### What It Takes to Lift Families Out of Poverty

**By Michaeleen Doucleff**

Eighteen years ago, Dean Karlan was a fresh, bright-eyed graduate student in economics at the Massachusetts Institute of Technology. He wanted to answer what seemed like a simple question:

"Does global aid work?" Karlan says.

He was reading a bunch of studies on the topic. But none of them actually answered the question. "We were tearing our hair out reading these papers because it was frustrating," he says. "[We] never really felt like the papers were really satisfactory."

One problem was that no one was actually testing global aid programs—methodically—to see if they really changed people's lives permanently. "They haven't been taking the scientific method to problems of poverty," he says.

Take, for instance, a charity that gives a family a cow. The charity might check on the family a year later and say, "Wow! The family is doing so much better with this cow. Cows must be the reason."

But maybe it wasn't the cow that improved the family's life. Maybe it had a bumper crop that year or property values went up in the neighborhood. Researchers really weren't doing those experiments, Karlan says.

So he and a bunch of his colleagues had a radical idea: Test aid with the same method doctors use to test drugs (that is, randomized control trials).

The idea is quite simple. Give some families aid but others nothing. Then follow both groups, and see if the aid actually made a difference in the long run.

Karlan, who's now a professor at Yale University, says many people were skeptical. "I have many conversations with people who say, 'You want to do what? Why would you want to do that?'"



One issue is that some families go home empty-handed, with no aid. So the idea seems unethical. But Karlan disagrees. "The whole point of this is to help more people," he says. "If we find out what works and what doesn't, in five years we can have a much bigger impact."

So Karlan and collaborators around the world, including those at the Abdul Latif Jameel Poverty Action Lab at MIT and the nonprofit Innovations for Poverty Action, decided to try out the idea with one of the toughest problems out there: helping families get out of extreme poverty.

An anti-poverty program in Bangladesh, called BRAC, looked like it was successful. It seemed to help nearly 400,000 families who were living off less than $1.25 each day. So Karlan and his colleagues wanted to test the program and see if it could work in other countries.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The smallest isolated region was Flinders Island, a tiny island between Tasmania and Australia. With the smallest population, Flinders Island had the fewest opportunities for technological advance and, indeed, seemed to regress. Around 3000 B.C., human society on Flinders Island died out completely. A large population, Kremer concluded, is a prerequisite for technological advance.

**QuickQuiz** *Describe three ways a government policymaker can try to raise the growth in living standards in a society. Are there any drawbacks to these policies?*

They teamed up with a network of researchers and nonprofits in six developing countries. They went to thousands of communities and found the poorest families.

Then they divided the families into two groups. They gave half the families nothing. And the other half a whole smorgasbord of aid for one to two years. They gave them:

1. Some livestock for making money, such as goats for milk, bees for honey, or guinea pigs for selling. "Depending on the site, there were different things specifically appropriate for that context," Karlan says.
2. Training about how to raise the livestock
3. Food or cash so they wouldn't eat the livestock
4. A savings account
5. Help with their health—both physical and mental

Karlan and his colleagues reported the results of the massive experiment in the journal *Science* this week.

So what did they find? Well, the strategy worked pretty well in five of the six countries they tried it in. Families who got the aid started making a little more money, and they had more food to eat.

"We see mental health go up. Happiness go up. We even saw things like female power increase," Karlan says.

But here's what sets this study apart from the rest: Families continued to make a bit more money even a year after the aid stopped.

"People were stuck. They give them this big push, and they seem to be on a sustained increased income level," says Justin Sandefur, an economist at the Center for Global Development in Washington, who wasn't involved in the study.

"What I found exciting and unique about this study is that the impact of the aid was durable and sustainable," he added.

The results suggest that the right kind of aid does help people in multiple places. It lifted



the families up just a little bit so they could finally start inching out of extreme poverty.

But we shouldn't get too excited yet. These people are still very poor, says Sarah Baird, an economist at George Washington University.

The effect of the aid was actually quite small, she says. Families' incomes and food consumption together went up by only a small amount — about 5 percent, on average, when compared with the control group.

And it's still unknown how long this bump will last. The researchers looked at the change only a year after the aid stopped.

"Moving poverty is hard," Baird says. "The fact that they [Karlan and colleagues] were able to move it, and it was sustainable after a year, I think is important."

The findings are a leap forward, she says, because it shows charities and governments a basic strategy that often works.

And even a little bit of extra money can make a huge difference in these peoples' lives, she says. It can help them send their kids to school. Or even just give them a little more hope. ◼

**Source:** ©2015 National Public Radio, Inc. NPR news report titled "What It Takes To Lift Families Out Of Poverty" by Michaeleen Doucleff was originally published on NPR.org on May 15, 2015, and is used with the permission of NPR. Any unauthorized duplication is strictly prohibited.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW   Document 9-1   Filed 07/31/23   Page 168 of 468

## 25-4 Conclusion: The Importance of Long-Run Growth

In this chapter, we have discussed what determines the standard of living in a nation and how policymakers can endeavor to raise it through policies that promote economic growth. Most of this chapter is summarized in one of the *Ten Principles of Economics*: A country's standard of living depends on its ability to produce goods and services. Policymakers who want to encourage growth in living standards must aim to increase their nation's productive ability by encouraging rapid accumulation of the factors of production and ensuring that these factors are employed as effectively as possible.

Economists differ in their views on the role of government in promoting economic growth. At the very least, government can lend support to the invisible hand by maintaining property rights and political stability. More controversial is whether government should target and subsidize specific industries that might be especially important for technological progress. There is no doubt that these issues are among the most important in economics. The success of one generation's policymakers in learning and heeding the fundamental lessons about economic growth determines what kind of world the next generation will inherit.

---

### CHAPTER QuickQuiz

1. Over the past century, real GDP per person in the United States has grown about _____ percent per year, which means it doubles about every _____ years.
   a. 2, 14
   b. 2, 35
   c. 5, 14
   d. 5, 35

2. The world's rich countries, such as the United States and Germany, have income per person that is about _____ times the income per person in the world's poor countries, such as Pakistan and India.
   a. 2
   b. 4
   c. 10
   d. 30

3. Most economists are _____ that natural resources will eventually limit economic growth. As evidence, they note that the prices of most natural resources, adjusted for overall inflation, have tended to _____ over time.
   a. concerned, rise
   b. concerned, fall
   c. not concerned, rise
   d. not concerned, fall

4. Because capital is subject to diminishing returns, higher saving and investment do not lead to higher
   a. income in the long run.
   b. income in the short run.
   c. growth in the long run.
   d. growth in the short run.

5. When the Japanese car maker Toyota expands one of its car factories in the United States, what is the likely impact of this event on the gross domestic product and gross national product of the United States?
   a. GDP rises and GNP falls.
   b. GNP rises and GDP falls.
   c. GDP shows a larger increase than GNP.
   d. GNP shows a larger increase than GDP.

6. Thomas Robert Malthus believed that population growth would
   a. put stress on the economy's ability to produce food, dooming humans to remain in poverty.
   b. spread the capital stock too thinly across the labor force, lowering each worker's productivity.
   c. promote technological progress, because there would be more scientists and inventors.
   d. eventually decline to sustainable levels, as birth control improved and people had smaller families.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## SUMMARY

- Economic prosperity, as measured by GDP per person, varies substantially around the world. The average income in the world's richest countries is more than ten times that in the world's poorest countries. Because growth rates of real GDP also vary substantially, the relative positions of countries can change dramatically over time.
- The standard of living in an economy depends on the economy's ability to produce goods and services. Productivity, in turn, depends on the physical capital, human capital, natural resources, and technological knowledge available to workers.
- Government policies can try to influence the economy's growth rate in many ways: by encouraging saving and investment, encouraging investment from abroad, fostering education, promoting good health, maintaining property rights and political stability, allowing free trade, and promoting the research and development of new technologies.

- The accumulation of capital is subject to diminishing returns: The more capital an economy has, the less additional output the economy gets from an extra unit of capital. As a result, although higher saving leads to higher growth for a period of time, growth eventually slows down as capital, productivity, and income rise. Also because of diminishing returns, the return to capital is especially high in poor countries. Other things being equal, these countries can grow faster because of the catch-up effect.
- Population growth has a variety of effects on economic growth. On the one hand, more rapid population growth may lower productivity by stretching the supply of natural resources and by reducing the amount of capital available for each worker. On the other hand, a larger population may enhance the rate of technological progress because there are more scientists and engineers.

## KEY CONCEPTS

productivity, p. 519
physical capital, p. 519
human capital, p. 522

natural resources, p. 522
technological knowledge, p. 523

diminishing returns, p. 525
catch-up effect, p. 526

## QUESTIONS FOR REVIEW

1. What does the level of a nation's GDP measure? What does the growth rate of GDP measure? Would you rather live in a nation with a high level of GDP and a low growth rate or in a nation with a low level of GDP and a high growth rate?

2. List and describe four determinants of productivity.

3. In what way is a college degree a form of capital?

4. Explain how higher saving leads to a higher standard of living. What might deter a policymaker from trying to raise the rate of saving?

5. Does a higher rate of saving lead to higher growth temporarily or indefinitely?

6. Why would removing a trade restriction, such as a tariff, lead to more rapid economic growth?

7. How does the rate of population growth influence the level of GDP per person?

8. Describe two ways the U.S. government tries to encourage advances in technological knowledge.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## PROBLEMS AND APPLICATIONS

1. Most countries, including the United States, import substantial amounts of goods and services from other countries. Yet the chapter says that a nation can enjoy a high standard of living only if it can produce a large quantity of goods and services itself. Can you reconcile these two facts?

2. Suppose that society decided to reduce consumption and increase investment.
   a. How would this change affect economic growth?
   b. What groups in society would benefit from this change? What groups might be hurt?

3. Societies choose what share of their resources to devote to consumption and what share to devote to investment. Some of these decisions involve private spending; others involve government spending.
   a. Describe some forms of private spending that represent consumption and some forms that represent investment. The national income accounts include tuition as a part of consumer spending. In your opinion, are the resources you devote to your education a form of consumption or a form of investment?
   b. Describe some forms of government spending that represent consumption and some forms that represent investment. In your opinion, should we view government spending on health programs as a form of consumption or investment? Would you distinguish between health programs for the young and health programs for the elderly?

4. What is the opportunity cost of investing in capital? Do you think a country can overinvest in capital? What is the opportunity cost of investing in human capital? Do you think a country can overinvest in human capital? Explain.

5. In the 1990s and the first decade of the 2000s, investors from the Asian economies of Japan and China made significant direct and portfolio investments in the United States. At the time, many Americans were unhappy that this investment was occurring.

   a. In what way was it better for the United States to receive this foreign investment than not to receive it?
   b. In what way would it have been better still for Americans to have made this investment?

6. In many developing nations, young women have lower enrollment rates in secondary school than do young men. Describe several ways in which greater educational opportunities for young women could lead to faster economic growth in these countries.

7. The International Property Right Index scores countries based on the legal and political environment and how well property rights are protected. Go online and find a recent ranking. Choose three countries with high scores and three countries with low scores. Then find estimates of GDP per person in each of these six countries. What pattern do you find? Give two possible interpretations of the pattern.

8. International data show a positive correlation between income per person and the health of the population.
   a. Explain how higher income might cause better health outcomes.
   b. Explain how better health outcomes might cause higher income.
   c. How might the relative importance of your two hypotheses be relevant for public policy?

9. The great 18th-century economist Adam Smith wrote, "Little else is requisite to carry a state to the highest degree of opulence from the lowest barbarism but peace, easy taxes, and a tolerable administration of justice: all the rest being brought about by the natural course of things." Explain how each of the three conditions Smith describes would promote economic growth.

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

# Saving, Investment, and the Financial System

Imagine that you have just graduated from college (with a degree in economics, of course) and you decide to start your own business—an economic forecasting firm. Before you make any money selling your forecasts, you have to incur substantial costs to set up your business. You have to buy computers with which to make your forecasts, as well as desks, chairs, and filing cabinets to furnish your new office. Each of these items is a type of capital that your firm will use to produce and sell its services.

How do you obtain the funds to invest in these capital goods? Perhaps you are able to pay for them out of your past savings. More likely, however, like most entrepreneurs, you do not have enough money of your own



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-202

to finance the start of your business. As a result, you have to get the money you need from other sources.

There are various ways to finance these capital investments. You could borrow the money, perhaps from a bank or from a friend or relative. In this case, you would promise not only to return the money to the lender at a later date but also to pay the lender interest for the use of the money. Alternatively, you could convince someone to provide the money you need for your business in exchange for a share of your future profits, whatever they might happen to be. In either case, your investment in computers and office equipment is being financed by someone else's saving.

**financial system**
the group of institutions in the economy that help to match one person's saving with another person's investment

The **financial system** consists of the institutions that help to match one person's saving with another person's investment. As we discussed in the previous chapter, saving and investment are key ingredients to long-run economic growth: When a country saves a large portion of its GDP, more resources are available for investment in capital, and higher capital raises a country's productivity and living standard. The previous chapter, however, did not explain how the economy coordinates saving and investment. At any time, some people want to save some of their income for the future and others want to borrow to finance investments in new and growing businesses. What brings these two groups of people together? What ensures that the supply of funds from those who want to save balances the demand for funds from those who want to invest?

This chapter examines how the financial system works. First, we discuss the large variety of institutions that make up the financial system in our economy. Second, we examine the relationship between the financial system and some key macroeconomic variables—notably saving and investment. Third, we develop a model of the supply and demand for funds in financial markets. In the model, the interest rate is the price that adjusts to balance supply and demand. The model shows how various government policies affect the interest rate and, thereby, society's allocation of scarce resources.

# 26-1  Financial Institutions in the U.S. Economy

At the broadest level, the financial system moves the economy's scarce resources from savers (people who spend less than they earn) to borrowers (people who spend more than they earn). Savers save for various reasons—to put a child through college in several years or to retire comfortably in several decades. Similarly, borrowers borrow for various reasons—to buy a house in which to live or to start a business with which to make a living. Savers supply their money to the financial system with the expectation that they will get it back with interest at a later date. Borrowers demand money from the financial system with the knowledge that they will be required to pay it back with interest at a later date.

The financial system is made up of various financial institutions that help coordinate the actions of savers and borrowers. As a prelude to analyzing the economic forces that drive the financial system, let's discuss the most important of these institutions. Financial institutions can be grouped into two categories: financial markets and financial intermediaries. We consider each category in turn.

**financial markets**
financial institutions through which savers can directly provide funds to borrowers

## 26-1a  Financial Markets

**Financial markets** are the institutions through which a person who wants to save can directly supply funds to a person who wants to borrow. The two most important financial markets in our economy are the bond market and the stock market.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**The Bond Market**    When Intel, the giant maker of computer chips, wants to borrow to finance construction of a new factory, it can borrow directly from the public. It does this by selling bonds. A **bond** is a certificate of indebtedness that specifies the obligations of the borrower to the holder of the bond. Put simply, a bond is an IOU. It identifies the time at which the loan will be repaid, called the *date of maturity*, and the rate of interest that will be paid periodically until the loan matures. The buyer of a bond gives his money to Intel in exchange for this promise of interest and eventual repayment of the amount borrowed (called the *principal*). The buyer can hold the bond until maturity, or he can sell the bond at an earlier date to someone else.

**bond**
a certificate of
indebtedness

There are millions of different bonds in the U.S. economy. When large corporations, the federal government, or state and local governments need to borrow to finance the purchase of a new factory, a new jet fighter, or a new school, they usually do so by issuing bonds. If you look at *The Wall Street Journal* or the business section of your local newspaper, you will find a listing of the prices and interest rates on some of the most important bond issues. These bonds differ according to three significant characteristics.

The first characteristic is a bond's *term*—the length of time until the bond matures. Some bonds have short terms, such as a few months, while others have terms as long as 30 years. (The British government has even issued a bond that never matures, called a *perpetuity*. This bond pays interest forever, but the principal is never repaid.) The interest rate on a bond depends, in part, on its term. Long-term bonds are riskier than short-term bonds because holders of long-term bonds have to wait longer for repayment of principal. If a holder of a long-term bond needs his money earlier than the distant date of maturity, he has no choice but to sell the bond to someone else, perhaps at a reduced price. To compensate for this risk, long-term bonds usually pay higher interest rates than short-term bonds.

The second important characteristic of a bond is its *credit risk*—the probability that the borrower will fail to pay some of the interest or principal. Such a failure to pay is called a *default*. Borrowers can (and sometimes do) default on their loans by declaring bankruptcy. When bond buyers perceive that the probability of default is high, they demand a higher interest rate as compensation for this risk. Because the U.S. government is considered a safe credit risk, government bonds tend to pay low interest rates. By contrast, financially shaky corporations raise money by issuing *junk bonds*, which pay very high interest rates. Buyers of bonds can judge credit risk by checking with various private agencies that evaluate the credit risk of different bonds. For example, Standard & Poor's rates bonds from AAA (the safest) to D (those already in default).

The third important characteristic of a bond is its *tax treatment*—the way the tax laws treat the interest earned on the bond. The interest on most bonds is taxable income; that is, the bond owner has to pay a portion of the interest he earns in income taxes. By contrast, when state and local governments issue bonds, called *municipal bonds*, the bond owners are not required to pay federal income tax on the interest income. Because of this tax advantage, bonds issued by state and local governments typically pay a lower interest rate than bonds issued by corporations or the federal government.

**The Stock Market**    Another way for Intel to raise funds to build a new semiconductor factory is to sell stock in the company. **Stock** represents ownership in a firm and is, therefore, a claim to the profits that the firm makes. For example, if Intel sells a total of 1,000,000 shares of stock, then each share represents ownership of 1/1,000,000 of the business.

**stock**
a claim to partial
ownership in a firm

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The sale of stock to raise money is called *equity finance*, whereas the sale of bonds is called *debt finance*. Although corporations use both equity and debt finance to raise money for new investments, stocks and bonds are very different. The owner of shares of Intel stock is a part owner of Intel, while the owner of an Intel bond is a creditor of the corporation. If Intel is very profitable, the stockholders enjoy the benefits of these profits, whereas the bondholders get only the interest on their bonds. And if Intel runs into financial difficulty, the bondholders are paid what they are due before stockholders receive anything at all. Compared to bonds, stocks offer the holder both higher risk and potentially higher return.

After a corporation issues stock by selling shares to the public, these shares trade among stockholders on organized stock exchanges. In these transactions, the corporation itself receives no money when its stock changes hands. The most important stock exchanges in the U.S. economy are the New York Stock Exchange and the NASDAQ (National Association of Securities Dealers Automated Quotations). Most of the world's countries have their own stock exchanges on which the shares of local companies trade.

The prices at which shares trade on stock exchanges are determined by the supply of and demand for the stock in these companies. Because stock represents ownership in a corporation, the demand for a stock (and thus its price) reflects people's perception of the corporation's future profitability. When people become optimistic about a company's future, they raise their demand for its stock and thereby bid up the price of a share of stock. Conversely, when people's expectations of a company's prospects decline, the price of a share falls.

Various stock indexes are available to monitor the overall level of stock prices. A *stock index* is computed as an average of a group of stock prices. The most famous stock index is the Dow Jones Industrial Average, which has been computed regularly since 1896. It is now based on the prices of the stocks of thirty major U.S. companies, such as General Electric, Microsoft, Coca-Cola, Boeing, Apple, and Wal-Mart. Another well-known stock index is the Standard & Poor's 500 Index, which is based on the prices of the stocks of 500 major companies. Because stock prices reflect expected profitability, these stock indexes are watched closely as possible indicators of future economic conditions.

### 26-1b Financial Intermediaries

**financial intermediaries**
financial institutions through which savers can indirectly provide funds to borrowers

**Financial intermediaries** are financial institutions through which savers can indirectly provide funds to borrowers. The term *intermediary* reflects the role of these institutions in standing between savers and borrowers. Here we consider two of the most important financial intermediaries: banks and mutual funds.

**Banks**   If the owner of a small grocery store wants to finance an expansion of his business, he probably takes a strategy quite different from that of Intel. Unlike Intel, a small grocer would find it difficult to raise funds in the bond and stock markets. Most buyers of stocks and bonds prefer to buy those issued by larger, more familiar companies. The small grocer, therefore, most likely finances his business expansion with a loan from a local bank.

Banks are the financial intermediaries with which people are most familiar. A primary job of banks is to take in deposits from people who want to save and use these deposits to make loans to people who want to borrow. Banks pay depositors interest on their deposits and charge borrowers slightly higher interest on their loans. The difference between these rates of interest covers the banks' costs and returns some profit to the owners of the banks.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FYI

### Key Numbers for Stock Watchers

When following the stock of any company, you should keep an eye on three key numbers. These numbers are reported on the financial pages of some newspapers, and you can easily obtain them online as well (such as at Yahoo! Finance):

- **Price.** The single most important piece of information about a stock is the price of a share. News services usually present several prices. The "last" price is the price at which the stock more recently traded. The "previous close" is the price of the last transaction that occurred before the stock exchange closed on its previous day of trading. A news service may also give the "high" and "low" prices over the past day of trading and, sometimes, over the past year as well. It may also report the change from the previous day's closing price.
- **Dividend.** Corporations pay out some of their profits to their stockholders; this amount is called the *dividend*. (Profits not paid out are called *retained earnings* and are used by the corporation for additional investment.) News services often report the dividend paid over the previous year for each share of stock. They sometimes report the *dividend yield*, which is the dividend expressed as a percentage of the stock's price.
- **Price-earnings ratio.** A corporation's earnings, or accounting profit, is the amount of revenue it receives for the sale of its products minus its costs of production as measured by its accountants. *Earnings per share* is the company's total earnings divided by the number of shares of stock outstanding. The *price-earnings ratio*, often called the P/E, is the price of a corporation's stock divided by the amount the corporation earned per share over the past year. Historically, the typical price-earnings ratio is about 15. A higher P/E indicates that a corporation's stock is expensive relative to its recent earnings; this might indicate either that people expect earnings to rise in the future or that the stock is overvalued. Conversely, a lower P/E indicates that a corporation's stock is cheap relative to its recent earnings; this might indicate either that people expect earnings to fall or that the stock is undervalued.

Why do news services report all these data? Many people who invest their savings in stock follow these numbers closely when deciding which stocks to buy and sell. By contrast, other stockholders follow a buy-and-hold strategy: They buy the stock of well-run companies, hold it for long periods of time, and do not respond to the daily fluctuations. ■

---

Besides being financial intermediaries, banks play another important role in the economy: They facilitate purchases of goods and services by allowing people to write checks against their deposits and to access those deposits with debit cards. In other words, banks help create a special asset that people can use as a *medium of exchange*. A medium of exchange is an item that people can easily use to engage in transactions. A bank's role in providing a medium of exchange distinguishes it from many other financial institutions. Stocks and bonds, like bank deposits, are a possible *store of value* for the wealth that people have accumulated in past saving, but access to this wealth is not as easy, cheap, and immediate as just writing a check or swiping a debit card. For now, we ignore this second role of banks, but we will return to it when we discuss the monetary system later in the book.

**Mutual Funds** A financial intermediary of increasing importance in the U.S. economy is the mutual fund. A **mutual fund** is an institution that sells shares to the public and uses the proceeds to buy a selection, or *portfolio*, of various types of stocks, bonds, or both stocks and bonds. The shareholder of the mutual fund accepts all the risk and return associated with the portfolio. If the value of the portfolio rises, the shareholder benefits; if the value of the portfolio falls, the shareholder suffers the loss.

The primary advantage of mutual funds is that they allow people with small amounts of money to diversify their holdings. Buyers of stocks and bonds are well advised to heed the adage: Don't put all your eggs in one basket. Because the

**mutual fund**
an institution that sells shares to the public and uses the proceeds to buy a portfolio of stocks and bonds

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**ARLO AND JANIS** by Jimmy Johnson



value of any single stock or bond is tied to the fortunes of one company, holding a single kind of stock or bond is very risky. By contrast, people who hold a diverse portfolio of stocks and bonds face less risk because they have only a small stake in each company. Mutual funds make this diversification easy. With only a few hundred dollars, a person can buy shares in a mutual fund and, indirectly, become the part owner or creditor of hundreds of major companies. For this service, the company operating the mutual fund charges shareholders a fee, usually between 0.25 and 2.0 percent of assets each year.

A second advantage claimed by mutual fund companies is that mutual funds give ordinary people access to the skills of professional money managers. The managers of most mutual funds pay close attention to the developments and prospects of the companies in which they buy stock. These managers buy the stock of companies they view as having a profitable future and sell the stock of companies with less promising prospects. This professional management, it is argued, should increase the return that mutual fund depositors earn on their savings.

Financial economists, however, are often skeptical of this argument. With thousands of money managers paying close attention to each company's prospects, the price of a company's stock is usually a good reflection of the company's true value. As a result, it is hard to "beat the market" by buying good stocks and selling bad ones. In fact, mutual funds called *index funds*, which buy all the stocks in a given stock index, perform somewhat better on average than mutual funds that take advantage of active trading by professional money managers. The explanation for the superior performance of index funds is that they keep costs low by buying and selling very rarely and by not having to pay the salaries of professional money managers.

### 26-1c  Summing Up

The U.S. economy contains a large variety of financial institutions. In addition to the bond market, the stock market, banks, and mutual funds, there are also pension funds, credit unions, insurance companies, and even the local loan shark. These institutions differ in many ways. When analyzing the macroeconomic role of the financial system, however, it is more important to keep in mind that, despite their differences, these financial institutions all serve the same goal: directing the resources of savers into the hands of borrowers.

 *What is a share of stock? What is a bond? Explain their differences and similarities.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## 26-2 Saving and Investment in the National Income Accounts

Events that occur within the financial system are central to understanding developments in the overall economy. As we have just seen, the institutions that make up this system—the bond market, the stock market, banks, and mutual funds—have the role of coordinating the economy's saving and investment. And as we saw in the previous chapter, saving and investment are important determinants of long-run growth in GDP and living standards. As a result, macroeconomists need to understand how financial markets work and how various events and policies affect them.

As a starting point for analyzing financial markets, we discuss the key macroeconomic variables that measure activity in these markets. Our emphasis here is not on behavior but on accounting. *Accounting* refers to how various numbers are defined and added up. A personal accountant might help an individual add up his income and expenses. A national income accountant does the same thing for the economy as a whole. The national income accounts include, in particular, GDP and the many related statistics.

The rules of national income accounting include several important identities. Recall that an *identity* is an equation that must be true because of the way the variables in the equation are defined. Identities are useful to keep in mind, for they clarify how different variables are related to one another. Here we consider some accounting identities that shed light on the macroeconomic role of financial markets.

### 26-2a Some Important Identities

Recall that gross domestic product (GDP) is both total income in an economy and the total expenditure on the economy's output of goods and services. GDP (denoted as $Y$) is divided into four components of expenditure: consumption ($C$), investment ($I$), government purchases ($G$), and net exports ($NX$). We write

$$Y = C + I + G + NX.$$

This equation is an identity because every dollar of expenditure that shows up on the left side also shows up in one of the four components on the right side. Because of the way each of the variables is defined and measured, this equation must always hold.

In this chapter, we simplify our analysis by assuming that the economy we are examining is closed. A *closed economy* is one that does not interact with other economies. In particular, a closed economy does not engage in international trade in goods and services, nor does it engage in international borrowing and lending. Actual economies are *open economies*—that is, they interact with other economies around the world. Nonetheless, assuming a closed economy is a useful simplification with which we can learn some lessons that apply to all economies. Moreover, this assumption applies perfectly to the world economy (for interplanetary trade is not yet common).

Because a closed economy does not engage in international trade, imports and exports are exactly zero. Therefore, net exports ($NX$) are also zero. We can now simplify the identity as

$$Y = C + I + G.$$

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

This equation states that GDP is the sum of consumption, investment, and government purchases. Each unit of output sold in a closed economy is consumed, invested, or bought by the government.

To see what this identity can tell us about financial markets, subtract $C$ and $G$ from both sides of this equation. We then obtain

$$Y - C - G = I.$$

**national saving (saving)**
the total income in the economy that remains after paying for consumption and government purchases

The left side of this equation ($Y - C - G$) is the total income in the economy that remains after paying for consumption and government purchases: This amount is called **national saving**, or just **saving**, and is denoted $S$. Substituting $S$ for $Y - C - G$, we can write the last equation as

$$S = I.$$

This equation states that saving equals investment.

To understand the meaning of national saving, it is helpful to manipulate the definition a bit more. Let $T$ denote the amount that the government collects from households in taxes minus the amount it pays back to households in the form of transfer payments (such as Social Security and welfare). We can then write national saving in either of two ways:

$$S = Y - C - G$$

or

$$S = (Y - T - C) + (T - G).$$

These equations are the same because the two $T$'s in the second equation cancel each other, but each reveals a different way of thinking about national saving. In particular, the second equation separates national saving into two pieces: private saving ($Y - T - C$) and public saving ($T - G$).

**private saving**
the income that households have left after paying for taxes and consumption

**public saving**
the tax revenue that the government has left after paying for its spending

**budget surplus**
an excess of tax revenue over government spending

**budget deficit**
a shortfall of tax revenue from government spending

Consider each of these two pieces. **Private saving** is the amount of income that households have left after paying their taxes and paying for their consumption. In particular, because households receive income of $Y$, pay taxes of $T$, and spend $C$ on consumption, private saving is $Y - T - C$. **Public saving** is the amount of tax revenue that the government has left after paying for its spending. The government receives $T$ in tax revenue and spends $G$ on goods and services. If $T$ exceeds $G$, the government runs a **budget surplus** because it receives more money than it spends. This surplus of $T - G$ represents public saving. If the government spends more than it receives in tax revenue, then $G$ is larger than $T$. In this case, the government runs a **budget deficit**, and public saving ($T - G$) is a negative number.

Now consider how these accounting identities are related to financial markets. The equation $S = I$ reveals an important fact: *For the economy as a whole, saving must be equal to investment.* Yet this fact raises some important questions: What mechanisms lie behind this identity? What coordinates those people who are deciding how much to save and those people who are deciding how much to invest? The answer is the financial system. The bond market, the stock market, banks, mutual funds, and other financial markets and intermediaries stand between the two sides of the $S = I$ equation. They take in the nation's saving and direct it to the nation's investment.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 26-2b  The Meaning of Saving and Investment

The terms *saving* and *investment* can sometimes be confusing. Most people use these terms casually and sometimes interchangeably. By contrast, the macroeconomists who put together the national income accounts use these terms carefully and distinctly.

Consider an example. Suppose that Larry earns more than he spends and deposits his unspent income in a bank or uses it to buy some stock or a bond from a corporation. Because Larry's income exceeds his consumption, he adds to the nation's saving. Larry might think of himself as "investing" his money, but a macroeconomist would call Larry's act saving rather than investment.

In the language of macroeconomics, investment refers to the purchase of new capital, such as equipment or buildings. When Moe borrows from the bank to build himself a new house, he adds to the nation's investment. (Remember, the purchase of a new house is the one form of household spending that is investment rather than consumption.) Similarly, when the Curly Corporation sells some stock and uses the proceeds to build a new factory, it also adds to the nation's investment.

Although the accounting identity $S = I$ shows that saving and investment are equal for the economy as a whole, this does not have to be true for every individual household or firm. Larry's saving can be greater than his investment, and he can deposit the excess in a bank. Moe's saving can be less than his investment, and he can borrow the shortfall from a bank. Banks and other financial institutions make these individual differences between saving and investment possible by allowing one person's saving to finance another person's investment.

 *Define* private saving, public saving, national saving, *and* investment. *How are they related?*

# 26-3  The Market for Loanable Funds

Having discussed some of the important financial institutions in our economy and the macroeconomic role of these institutions, we are ready to build a model of financial markets. Our purpose in building this model is to explain how financial markets coordinate the economy's saving and investment. The model also gives us a tool with which we can analyze various government policies that influence saving and investment.

To keep things simple, we assume that the economy has only one financial market, called the **market for loanable funds**. All savers go to this market to deposit their saving, and all borrowers go to this market to take out their loans. Thus, the term *loanable funds* refers to all income that people have chosen to save and lend out, rather than use for their own consumption, and to the amount that investors have chosen to borrow to fund new investment projects. In the market for loanable funds, there is one interest rate, which is both the return to saving and the cost of borrowing.

The assumption of a single financial market, of course, is not realistic. As we have seen, the economy has many types of financial institutions. But as we discussed in Chapter 2, the art in building an economic model is simplifying the world in order to explain it. For our purposes here, we can ignore the diversity of financial institutions and assume that the economy has a single financial market.

**market for loanable funds**
the market in which those who want to save supply funds and those who want to borrow to invest demand funds

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 26-3a  Supply and Demand for Loanable Funds

The economy's market for loanable funds, like other markets in the economy, is governed by supply and demand. To understand how the market for loanable funds operates, therefore, we first look at the sources of supply and demand in that market.

The supply of loanable funds comes from people who have some extra income they want to save and lend out. This lending can occur directly, such as when a household buys a bond from a firm, or it can occur indirectly, such as when a household makes a deposit in a bank, which then uses the funds to make loans. In both cases, *saving is the source of the supply of loanable funds*.

The demand for loanable funds comes from households and firms who wish to borrow to make investments. This demand includes families taking out mortgages to buy new homes. It also includes firms borrowing to buy new equipment or build factories. In both cases, *investment is the source of the demand for loanable funds*.

The interest rate is the price of a loan. It represents the amount that borrowers pay for loans and the amount that lenders receive on their saving. Because a high interest rate makes borrowing more expensive, the quantity of loanable funds demanded falls as the interest rate rises. Similarly, because a high interest rate makes saving more attractive, the quantity of loanable funds supplied rises as the interest rate rises. In other words, the demand curve for loanable funds slopes downward, and the supply curve for loanable funds slopes upward.

Figure 1 shows the interest rate that balances the supply and demand for loanable funds. In the equilibrium shown, the interest rate is 5 percent, and the quantity of loanable funds demanded and the quantity of loanable funds supplied both equal $1,200 billion.

The adjustment of the interest rate to the equilibrium level occurs for the usual reasons. If the interest rate were lower than the equilibrium level, the quantity of loanable funds supplied would be less than the quantity of loanable funds demanded. The resulting shortage of loanable funds would encourage lenders to



**FIGURE 1**

**The Market for Loanable Funds**
The interest rate in the economy adjusts to balance the supply and demand for loanable funds. The supply of loanable funds comes from national saving, including both private saving and public saving. The demand for loanable funds comes from firms and households that want to borrow for purposes of investment. Here the equilibrium interest rate is 5 percent, and $1,200 billion of loanable funds are supplied and demanded.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

raise the interest rate they charge. A higher interest rate would encourage saving (thereby increasing the quantity of loanable funds supplied) and discourage borrowing for investment (thereby decreasing the quantity of loanable funds demanded). Conversely, if the interest rate were higher than the equilibrium level, the quantity of loanable funds supplied would exceed the quantity of loanable funds demanded. As lenders compete for the scarce borrowers, interest rates would be driven down. In this way, the interest rate approaches the equilibrium level at which the supply and demand for loanable funds exactly balance.

Recall that economists distinguish between the real interest rate and the nominal interest rate. The nominal interest rate is the monetary return to saving and the monetary cost of borrowing. It is the interest rate as usually reported. The real interest rate is the nominal interest rate corrected for inflation; it equals the nominal interest rate minus the inflation rate. Because inflation erodes the value of money over time, the real interest rate more accurately reflects the real return to saving and the real cost of borrowing. Therefore, the supply and demand for loanable funds depend on the real (rather than nominal) interest rate, and the equilibrium in Figure 1 should be interpreted as determining the real interest rate in the economy. For the rest of this chapter, when you see the term *interest rate*, you should remember that we are talking about the real interest rate.

This model of the supply and demand for loanable funds shows that financial markets work much like other markets in the economy. In the market for milk, for instance, the price of milk adjusts so that the quantity of milk supplied balances the quantity of milk demanded. In this way, the invisible hand coordinates the behavior of dairy farmers and the behavior of milk drinkers. Once we realize that saving represents the supply of loanable funds and investment represents the demand, we can see how the invisible hand coordinates saving and investment. When the interest rate adjusts to balance supply and demand in the market for loanable funds, it coordinates the behavior of people who want to save (the suppliers of loanable funds) and the behavior of people who want to invest (the demanders of loanable funds).

We can now use this analysis of the market for loanable funds to examine various government policies that affect the economy's saving and investment. Because this model is just supply and demand in a particular market, we analyze any policy using the three steps discussed in Chapter 4. First, we decide whether the policy shifts the supply curve or the demand curve. Second, we determine the direction of the shift. Third, we use the supply-and-demand diagram to see how the equilibrium changes.

### 26-3b Policy 1: Saving Incentives

Many economists and policymakers have advocated increases in how much people save. Their argument is simple. One of the *Ten Principles of Economics* in Chapter 1 is that a country's standard of living depends on its ability to produce goods and services. And as we discussed in the preceding chapter, saving is an important long-run determinant of a nation's productivity. If the United States could somehow raise its saving rate, more resources would be available for capital accumulation, GDP would grow more rapidly, and over time, U.S. citizens would enjoy a higher standard of living.

Another of the *Ten Principles of Economics* is that people respond to incentives. Many economists have used this principle to suggest that the low rate of saving is at least partly attributable to tax laws that discourage saving. The U.S. federal government, as well as many state governments, collects revenue by taxing

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

income, including interest and dividend income. To see the effects of this policy, consider a 25-year-old who saves $1,000 and buys a 30-year bond that pays an interest rate of 9 percent. In the absence of taxes, the $1,000 grows to $13,268 when the individual reaches age 55. Yet if that interest is taxed at a rate of, say, 33 percent, the after-tax interest rate is only 6 percent. In this case, the $1,000 grows to only $5,743 over the 30 years. The tax on interest income substantially reduces the future payoff from current saving and, as a result, reduces the incentive for people to save.

In response to this problem, some economists and lawmakers have proposed reforming the tax code to encourage greater saving. For example, one proposal is to expand eligibility for special accounts, such as Individual Retirement Accounts, that allow people to shelter some of their saving from taxation. Let's consider the effect of such a saving incentive on the market for loanable funds, as illustrated in Figure 2. We analyze this policy following our three steps.

First, which curve would this policy affect? Because the tax change would alter the incentive for households to save *at any given interest rate*, it would affect the quantity of loanable funds supplied at each interest rate. Thus, the supply of loanable funds would shift. The demand for loanable funds would remain the same because the tax change would not directly affect the amount that borrowers want to borrow at any given interest rate.

Second, which way would the supply curve shift? Because saving would be taxed less heavily than under current law, households would increase their saving by consuming a smaller fraction of their income. Households would use this additional saving to increase their deposits in banks or to buy more bonds. The supply of loanable funds would increase, and the supply curve would shift to the right from $S_1$ to $S_2$, as shown in Figure 2.

Finally, we can compare the old and new equilibria. In the figure, the increased supply of loanable funds reduces the interest rate from 5 percent to 4 percent. The lower interest rate raises the quantity of loanable funds demanded from $1,200 billion to $1,600 billion. That is, the shift in the supply curve moves the market



**FIGURE 2**

**Saving Incentives Increase the Supply of Loanable Funds**
A change in the tax laws to encourage Americans to save more would shift the supply of loanable funds to the right from $S_1$ to $S_2$. As a result, the equilibrium interest rate would fall, and the lower interest rate would stimulate investment. Here the equilibrium interest rate falls from 5 percent to 4 percent, and the equilibrium quantity of loanable funds saved and invested rises from $1,200 billion to $1,600 billion.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

equilibrium along the demand curve. With a lower cost of borrowing, households and firms are motivated to borrow more to finance greater investment. Thus, *if a reform of the tax laws encouraged greater saving, the result would be lower interest rates and greater investment.*

This analysis of the effects of increased saving is widely accepted among economists, but there is less consensus about what kinds of tax changes should be enacted. Many economists endorse tax reform aimed at increasing saving to stimulate investment and growth. Yet others are skeptical that these tax changes would have much effect on national saving. These skeptics also doubt the equity of the proposed reforms. They argue that, in many cases, the benefits of the tax changes would accrue primarily to the wealthy, who are least in need of tax relief.

### 26-3c Policy 2: Investment Incentives

Suppose that Congress passed a tax reform aimed at making investment more attractive. In essence, this is what Congress does when it institutes an *investment tax credit*, which it does from time to time. An investment tax credit gives a tax advantage to any firm building a new factory or buying a new piece of equipment. Let's consider the effect of such a tax reform on the market for loanable funds, as illustrated in Figure 3.

First, would the law affect supply or demand? Because the tax credit would reward firms that borrow and invest in new capital, it would alter investment at any given interest rate and, thereby, change the demand for loanable funds. By contrast, because the tax credit would not affect the amount that households save at any given interest rate, it would not affect the supply of loanable funds.

Second, which way would the demand curve shift? Because firms would have an incentive to increase investment at any interest rate, the quantity of loanable funds demanded would be higher at any given interest rate. Thus, the demand curve for loanable funds would move to the right, as shown by the shift from $D_1$ to $D_2$ in the figure.



**FIGURE 3**

**Investment Incentives Increase the Demand for Loanable Funds**

If the passage of an investment tax credit encouraged firms to invest more, the demand for loanable funds would increase. As a result, the equilibrium interest rate would rise, and the higher interest rate would stimulate saving. Here, when the demand curve shifts from $D_1$ to $D_2$, the equilibrium interest rate rises from 5 percent to 6 percent, and the equilibrium quantity of loanable funds saved and invested rises from $1,200 billion to $1,400 billion.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Third, consider how the equilibrium would change. In Figure 3, the increased demand for loanable funds raises the interest rate from 5 percent to 6 percent, and the higher interest rate in turn increases the quantity of loanable funds supplied from $1,200 billion to $1,400 billion, as households respond by increasing the amount they save. This change in household behavior is represented here as a movement along the supply curve. Thus, *if a reform of the tax laws encouraged greater investment, the result would be higher interest rates and greater saving.*

### 26-3d Policy 3: Government Budget Deficits and Surpluses

A perpetual topic of political debate is the status of the government budget. Recall that a *budget deficit* is an excess of government spending over tax revenue. Governments finance budget deficits by borrowing in the bond market, and the accumulation of past government borrowing is called the *government debt.* A *budget surplus*, an excess of tax revenue over government spending, can be used to repay some of the government debt. If government spending exactly equals tax revenue, the government is said to have a *balanced budget*.

Imagine that the government starts with a balanced budget and then, because of an increase in government spending, starts running a budget deficit. We can analyze the effects of the budget deficit by following our three steps in the market for loanable funds, as illustrated in Figure 4.

First, which curve shifts when the government starts running a budget deficit? Recall that national saving—the source of the supply of loanable funds— is composed of private saving and public saving. A change in the government budget balance represents a change in public saving and, therefore, in the supply of loanable funds. Because the budget deficit does not influence the amount that households and firms want to borrow to finance investment at any given interest rate, it does not alter the demand for loanable funds.

Second, which way does the supply curve shift? When the government runs a budget deficit, public saving is negative, and this reduces national saving. In other words, when the government borrows to finance its budget deficit, it reduces



**FIGURE 4**

**The Effect of a Government Budget Deficit**
When the government spends more than it receives in tax revenue, the resulting budget deficit lowers national saving. The supply of loanable funds decreases, and the equilibrium interest rate rises. Thus, when the government borrows to finance its budget deficit, it crowds out households and firms that otherwise would borrow to finance investment. Here, when the supply curve shifts from $S_1$ to $S_2$, the equilibrium interest rate rises from 5 percent to 6 percent, and the equilibrium quantity of loanable funds saved and invested falls from $1,200 billion to $800 billion.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the supply of loanable funds available to finance investment by households and firms. Thus, a budget deficit shifts the supply curve for loanable funds to the left from $S_1$ to $S_2$, as shown in Figure 4.

Third, we can compare the old and new equilibria. In the figure, when the budget deficit reduces the supply of loanable funds, the interest rate rises from 5 percent to 6 percent. This higher interest rate then alters the behavior of the households and firms that participate in the loan market. In particular, many demanders of loanable funds are discouraged by the higher interest rate. Fewer families buy new homes, and fewer firms choose to build new factories. The fall in investment because of government borrowing is called **crowding out** and is represented in Figure 4 by the movement along the demand curve from a quantity of $1,200 billion in loanable funds to a quantity of $800 billion. That is, when the government borrows to finance its budget deficit, it crowds out private borrowers who are trying to finance investment.

Thus, the most basic lesson about budget deficits follows directly from their effects on the supply and demand for loanable funds: *When the government reduces national saving by running a budget deficit, the interest rate rises and investment falls.* Because investment is important for long-run economic growth, government budget deficits reduce the economy's growth rate.

Why, you might ask, does a budget deficit affect the supply of loanable funds, rather than the demand for them? After all, the government finances a budget deficit by selling bonds, thereby borrowing from the private sector. Why does increased borrowing by the government shift the supply curve, whereas increased borrowing by private investors shifts the demand curve? To answer this question, we need to examine more precisely the meaning of "loanable funds." The model as presented here takes this term to mean the *flow of resources available to fund private investment*; thus, a government budget deficit reduces the supply of loanable funds. If, instead, we had defined the term "loanable funds" to mean the *flow of resources available from private saving*, then the government budget deficit would increase demand rather than reduce supply. Changing the interpretation of the term would cause a semantic change in how we described the model, but the bottom line from the analysis would be the same: In either case, a budget deficit increases the interest rate, thereby crowding out private borrowers who are relying on financial markets to fund private investment projects.

So far, we have examined a budget deficit that results from an increase in government spending, but a budget deficit that results from a tax cut has similar effects. A tax cut reduces public saving, $T - G$. Private saving, $Y - T - C$, might increase because of lower $T$, but as long as households respond to the lower taxes by consuming more, $C$ increases, so private saving rises by less than public saving declines. Thus, national saving $(S = Y - C - G)$, the sum of public and private saving, declines. Once again, the budget deficit reduces the supply of loanable funds, drives up the interest rate, and crowds out borrowers trying to finance capital investments.

Now that we understand the impact of budget deficits, we can turn the analysis around and see that government budget surpluses have the opposite effects. When the government collects more in tax revenue than it spends, it saves the difference by retiring some of the outstanding government

**crowding out**

a decrease in investment that results from government borrowing



## ASK THE EXPERTS

### Fiscal Policy and Saving

"Sustained tax and spending policies that boost consumption in ways that reduce the saving rate are likely to lower long-run living standards."

**What do economists say?**

21% uncertain

0% disagree

79% agree

Source: IGM Economic Experts Panel, July 8, 2013.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

debt. This budget surplus, or public saving, contributes to national saving. Thus, *a budget surplus increases the supply of loanable funds, reduces the interest rate, and stimulates investment*. Higher investment, in turn, means greater capital accumulation and more rapid economic growth.

### THE HISTORY OF U.S. GOVERNMENT DEBT

**CASE STUDY**

How indebted is the U.S. government? The answer to this question varies substantially over time. Figure 5 shows the debt of the U.S. federal government expressed as a percentage of U.S. GDP. It shows that the government debt has fluctuated from zero in 1836 to 107 percent of GDP in 1945.

The behavior of the debt-to-GDP ratio is one gauge of what's happening with the government's finances. Because GDP is a rough measure of the government's tax base, a declining debt-to-GDP ratio indicates that the government indebtedness is shrinking relative to its ability to raise tax revenue. This suggests that the government is, in some sense, living within its means. By contrast, a rising debt-to-GDP ratio means that the government indebtedness is increasing relative to its ability to raise tax revenue. It is often interpreted as meaning that fiscal policy—government spending and taxes—cannot be sustained forever at current levels.

## FIGURE 5

### The U.S. Government Debt

The debt of the U.S. federal government, expressed here as a percentage of GDP, has varied throughout history. Wartime spending is typically associated with substantial increases in government debt.

**Source:** U.S. Department of Treasury; U.S. Department of Commerce; and T. S. Berry, "Production and Population since 1789," Bostwick Paper No. 6, Richmond, 1988.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Throughout history, the primary cause of fluctuations in government debt has been war. When wars occur, government spending on national defense rises substantially to pay for soldiers and military equipment. Taxes sometimes rise as well but typically by much less than the increase in spending. The result is a budget deficit and increasing government debt. When the war is over, government spending declines and the debt-to-GDP ratio starts declining as well.

There are two reasons to believe that debt financing of war is an appropriate policy. First, it allows the government to keep tax rates smooth over time. Without debt financing, tax rates would have to rise sharply during wars, and this would cause a substantial decline in economic efficiency. Second, debt financing of wars shifts part of the cost of wars to future generations, who will have to pay off the government debt. This is arguably a fair distribution of the burden, for future generations get some of the benefit when one generation fights a war to defend the nation against foreign aggressors.

One large increase in government debt that cannot be explained by war is the increase that occurred beginning around 1980. When President Ronald Reagan took office in 1981, he was committed to smaller government and lower taxes. Yet he found cutting government spending to be more difficult politically than cutting taxes. The result was the beginning of a period of large budget deficits that continued not only through Reagan's time in office but also for many years thereafter. As a result, government debt rose from 26 percent of GDP in 1980 to 48 percent of GDP in 1993.

Because government budget deficits reduce national saving, investment, and long-run economic growth, the rise in government debt during the 1980s troubled many economists and policymakers. When Bill Clinton moved into the Oval Office in 1993, deficit reduction was his first major goal. Similarly, when the Republicans took control of Congress in 1995, deficit reduction was high on their legislative agenda. Both of these efforts substantially reduced the size of the government budget deficit. In addition, a booming economy in the late 1990s brought in even more tax revenue. Eventually, the federal budget turned from deficit to surplus, and the debt-to-GDP ratio declined significantly for several years.

This fall in the debt-to-GDP ratio, however, stopped during the presidency of George W. Bush, as the budget surplus turned back into a budget deficit. There were three main reasons for this change. First, President Bush signed into law several major tax cuts, which he had promised during the 2000 presidential campaign. Second, in 2001, the economy experienced a *recession* (a reduction in economic activity), which automatically decreased tax revenue and increased government spending. Third, there were increases in government spending on homeland security following the September 11, 2001 attacks and on the subsequent wars in Iraq and Afghanistan.

Truly dramatic increases in the debt-to-GDP ratio started occurring in 2008, as the economy experienced a financial crisis and a deep recession. (The accompanying FYI box addresses this topic briefly, but we will study it more fully in coming chapters.) The recession automatically increased the budget deficit, and several policy measures enacted during the Bush and Obama administrations aimed at combating the recession reduced tax revenue and increased government spending even more. From 2009 to 2012, the federal government's budget deficit averaged about 9 percent of GDP, levels not seen since World War II. The borrowing to finance these deficits led to an increase in the debt-to-GDP ratio from 39 percent in 2008 to 70 percent in 2012. After 2012, as the economy recovered, the budget deficits shrank, and the increases in the debt-to-GDP ratio became smaller. ●

**Quick Quiz**  *If more Americans adopted a "live for today" approach to life, how would this affect saving, investment, and the interest rate?*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## FYI

### Financial Crises

In 2008 and 2009, the U.S. economy and many other major economies around the world experienced a financial crisis, which in turn led to a deep downturn in economic activity. We will examine these events in detail later in this book. But because this chapter introduces the financial system, let's discuss briefly the key elements of financial crises.

The first element of a financial crisis is a large decline in some asset prices. In 2008 and 2009, that asset was real estate. The price of housing, after experiencing a boom earlier in the decade, fell by about 30 percent over just a few years. Such a large decline in real estate prices had not been seen in the United States since the 1930s.

The second element of a financial crisis is widespread insolvencies at financial institutions. (A company is *insolvent* when its debts exceed the value of its assets.) In 2008 and 2009, many banks and other financial firms had in effect placed bets on real estate prices by holding mortgages backed by that real estate. When house prices fell, large numbers of homeowners stopped repaying their loans. These defaults pushed several major financial institutions toward bankruptcy.

The third element of a financial crisis is a decline in confidence in financial institutions. Although some deposits in banks are insured by government policies, not all are. As insolvencies mounted, every financial institution became a possible candidate for the next bankruptcy. Individuals and firms with uninsured deposits in those institutions pulled out their money. Facing a rash of withdrawals, banks started selling off assets (sometimes at reduced "fire-sale" prices) and cut back on new lending.

The fourth element of a financial crisis is a credit crunch. With many financial institutions facing difficulties, prospective borrowers had trouble getting loans, even if they had profitable investment projects. In essence, the financial system had trouble performing its normal function of directing the resources of savers into the hands of borrowers with the best investment opportunities.

The fifth element of a financial crisis is an economic downturn. With people unable to obtain financing for new investment projects, the overall demand for goods and services declined. As a result, for reasons we discuss more fully later in the book, national income fell and unemployment rose.

The sixth and final element of a financial crisis is a vicious circle. The economic downturn reduced the profitability of many companies and the value of many assets. Thus, we started over again at step one, and the problems in the financial system and the economic downturn reinforced each other.

Financial crises, such as the one of 2008 and 2009, can have severe consequences. Fortunately, they do end. Financial institutions eventually get back on their feet, perhaps with some help from government policy, and they return to their normal function of financial intermediation. ■

## 26-4 Conclusion

"Neither a borrower nor a lender be," Polonius advises his son in Shakespeare's *Hamlet*. If everyone followed this advice, this chapter would have been unnecessary.

Few economists would agree with Polonius. In our economy, people borrow and lend often, and usually for good reason. You may borrow one day to start your own business or to buy a home. And people may lend to you in the hope that the interest you pay will allow them to enjoy a more prosperous retirement. The financial system's job is to coordinate all this borrowing and lending activity.

In many ways, financial markets are like other markets in the economy. The price of loanable funds—the interest rate—is governed by the forces of supply and demand, just as other prices in the economy are. And we can analyze shifts in supply or demand in financial markets as we do in other markets. One of the *Ten Principles of Economics* introduced in Chapter 1 is that markets are usually a good way to organize economic activity. This principle applies to financial markets as well. When financial markets bring the supply and demand for loanable funds

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

into balance, they help allocate the economy's scarce resources to their most efficient uses.

In one way, however, financial markets are special. Financial markets, unlike most other markets, serve the important role of linking the present and the future. Those who supply loanable funds—savers—do so because they want to convert some of their current income into future purchasing power. Those who demand loanable funds—borrowers—do so because they want to invest today in order to have additional capital in the future to produce goods and services. Thus, well-functioning financial markets are important not only for current generations but also for future generations who will inherit many of the resulting benefits.

## CHAPTER QuickQuiz

1. Elaine wants to buy and operate an ice-cream truck but doesn't have the financial resources to start the business. She borrows $10,000 from her friend George, to whom she promises an interest rate of 7 percent, and gets another $20,000 from her friend Jerry, to whom she promises a third of her profits. What best describes this situation?
   a. George is a stockholder, and Elaine is a bondholder.
   b. George is a stockholder, and Jerry is a bondholder.
   c. Jerry is a stockholder, and Elaine is a bondholder.
   d. Jerry is a stockholder, and George is a bondholder.

2. If the government collects more in tax revenue than it spends, and households consume more than they get in after-tax income, then
   a. private and public saving are both positive.
   b. private and public saving are both negative.
   c. private saving is positive, but public saving is negative.
   d. private saving is negative, but public saving is positive.

3. A closed economy has income of $1,000, government spending of $200, taxes of $150, and investment of $250. What is private saving?
   a. $100
   b. $200
   c. $300
   d. $400

4. If a popular TV show on personal finance convinces Americans to save more for retirement, the _____ curve for loanable funds would shift, driving the equilibrium interest rate _____.
   a. supply, up
   b. supply, down
   c. demand, up
   d. demand, down

5. If the business community becomes more optimistic about the profitability of capital, the _____ curve for loanable funds would shift, driving the equilibrium interest rate _____.
   a. supply, up
   b. supply, down
   c. demand, up
   d. demand, down

6. From 2008 to 2012, the ratio of government debt to GDP in the United States
   a. increased markedly.
   b. decreased markedly.
   c. was stable at a historically high level.
   d. was stable at a historically low level.

## SUMMARY

- The U.S. financial system is made up of many types of financial institutions, such as the bond market, the stock market, banks, and mutual funds. All these institutions act to direct the resources of households that want to save some of their income into the hands of households and firms that want to borrow.
- National income accounting identities reveal some important relationships among macroeconomic

variables. In particular, for a closed economy, national saving must equal investment. Financial institutions are the mechanism through which the economy matches one person's saving with another person's investment.

- The interest rate is determined by the supply and demand for loanable funds. The supply of loanable funds comes from households that want to save

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

some of their income and lend it out. The demand for loanable funds comes from households and firms that want to borrow for investment. To analyze how any policy or event affects the interest rate, one must consider how it affects the supply and demand for loanable funds.

- National saving equals private saving plus public saving. A government budget deficit represents negative public saving and, therefore, reduces national saving and the supply of loanable funds available to finance investment. When a government budget deficit crowds out investment, it reduces the growth of productivity and GDP.

## KEY CONCEPTS

financial system, p. 542
financial markets, p. 542
bond, p. 543
stock, p. 543
financial intermediaries, p. 544

mutual fund, p. 545
national saving (saving), p. 548
private saving, p. 548
public saving, p. 548
budget surplus, p. 548

budget deficit, p. 548
market for loanable funds, p. 549
crowding out, p. 555

## QUESTIONS FOR REVIEW

1. What is the role of the financial system? Name and describe two markets that are part of the financial system in the U.S. economy. Name and describe two financial intermediaries.

2. Why is it important for people who own stocks and bonds to diversify their holdings? What type of financial institution makes diversification easier?

3. What is national saving? What is private saving? What is public saving? How are these three variables related?

4. What is investment? How is it related to national saving in a closed economy?

5. Describe a change in the tax code that might increase private saving. If this policy were implemented, how would it affect the market for loanable funds?

6. What is a government budget deficit? How does it affect interest rates, investment, and economic growth?

## PROBLEMS AND APPLICATIONS

1. For each of the following pairs, which bond would you expect to pay a higher interest rate? Explain.
   a. a bond of the U.S. government or a bond of an Eastern European government
   b. a bond that repays the principal in year 2020 or a bond that repays the principal in year 2040
   c. a bond from Coca-Cola or a bond from a software company you run in your garage
   d. a bond issued by the federal government or a bond issued by New York State

2. Many workers hold large amounts of stock issued by the firms at which they work. Why do you suppose companies encourage this behavior? Why might a

person *not* want to hold stock in the company where he works?

3. Explain the difference between saving and investment as defined by a macroeconomist. Which of the following situations represent investment and which represent saving? Explain.
   a. Your family takes out a mortgage and buys a new house.
   b. You use your $200 paycheck to buy stock in AT&T.
   c. Your roommate earns $100 and deposits it in his account at a bank.
   d. You borrow $1,000 from a bank to buy a car to use in your pizza delivery business.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

4. Suppose GDP is $8 trillion, taxes are $1.5 trillion, private saving is $0.5 trillion, and public saving is $0.2 trillion. Assuming this economy is closed, calculate consumption, government purchases, national saving, and investment.

5. Economists in Funlandia, a closed economy, have collected the following information about the economy for a particular year:

$Y = 10,000$

$C = 6,000$

$T = 1,500$

$G = 1,700$

The economists also estimate that the investment function is:

$$I = 3,300 - 100r,$$

where $r$ is the country's real interest rate, expressed as a percentage. Calculate private saving, public saving, national saving, investment, and the equilibrium real interest rate.

6. Suppose that Intel is considering building a new chip-making factory.
   a. Assuming that Intel needs to borrow money in the bond market, why would an increase in interest rates affect Intel's decision about whether to build the factory?
   b. If Intel has enough of its own funds to finance the new factory without borrowing, would an increase in interest rates still affect Intel's decision about whether to build the factory? Explain.

7. Three students have each saved $1,000. Each has an investment opportunity in which he or she can invest up to $2,000. Here are the rates of return on the students' investment projects:

| | |
|---|---|
| Harry | 5 percent |
| Ron | 8 percent |
| Hermione | 20 percent |

   a. If borrowing and lending are prohibited, so each student uses only personal saving to finance his or her own investment project, how much will each student have a year later when the project pays its return?
   b. Now suppose their school opens up a market for loanable funds in which students can borrow and lend among themselves at an interest rate $r$. What

would determine whether a student would choose to be a borrower or lender in this market?
   c. Among these three students, what would be the quantity of loanable funds supplied and quantity demanded at an interest rate of 7 percent? At 10 percent?
   d. At what interest rate would the loanable funds market among these three students be in equilibrium? At this interest rate, which student(s) would borrow and which student(s) would lend?
   e. At the equilibrium interest rate, how much does each student have a year later after the investment projects pay their return and loans have been repaid? Compare your answers to those you gave in part (a). Who benefits from the existence of the loanable funds market—the borrowers or the lenders? Is anyone worse off?

8. Suppose the government borrows $20 billion more next year than this year.
   a. Use a supply-and-demand diagram to analyze this policy. Does the interest rate rise or fall?
   b. What happens to investment? To private saving? To public saving? To national saving? Compare the size of the changes to the $20 billion of extra government borrowing.
   c. How does the elasticity of supply of loanable funds affect the size of these changes?
   d. How does the elasticity of demand for loanable funds affect the size of these changes?
   e. Suppose households believe that greater government borrowing today implies higher taxes to pay off the government debt in the future. What does this belief do to private saving and the supply of loanable funds today? Does it increase or decrease the effects you discussed in parts (a) and (b)?

9. This chapter explains that investment can be increased both by reducing taxes on private saving and by reducing the government budget deficit.
   a. Why is it difficult to implement both of these policies at the same time?
   b. What would you need to know about private saving to judge which of these two policies would be a more effective way to raise investment?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203


Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203
Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 193 of 468

# The Basic Tools of Finance

## CHAPTER
## 27

**S**ometime in your life, you will deal with the economy's financial system. You will deposit your savings in a bank account, or you will take out a loan to cover tuition or to buy a house. After you have a job, your employer will start a retirement account for you, and you will decide whether to invest the funds in stocks, bonds, or other financial instruments. If you try to put together your own portfolio, you will have to decide between investing in established companies such as General Electric or newer ones such as Twitter. And in the media, you will hear reports about whether the stock market is up or down, together with the often feeble attempts to explain why the market behaves as it does.

If you reflect for a moment on the many financial decisions you will make during your life, you will see two related elements in almost all of them: time and risk.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 0

As we saw in the preceding two chapters, the financial system coordinates the economy's saving and investment, which in turn are crucial determinants of economic growth. Most fundamentally, the financial system concerns decisions and actions we undertake today that will affect our lives in the future. But the future is unknown. When a person decides to allocate some saving, or a firm decides to undertake an investment, the decision is based on a guess about the likely result. The actual result, however, could end up being very different from what was expected.

**finance**

the field that studies how people make decisions regarding the allocation of resources over time and the handling of risk

This chapter introduces some tools that help us understand the decisions that people make as they participate in financial markets. The field of **finance** develops these tools in great detail, and you may choose to take courses that focus on this topic. But because the financial system is so important to the functioning of the economy, many of the basic insights of finance are central to understanding how the economy works. The tools of finance can also help you think through some of the decisions that you will make in your own life.

This chapter takes up three topics. First, we discuss how to compare sums of money at different points in time. Second, we discuss how to manage risk. Third, we build on our analysis of time and risk to examine what determines the value of an asset, such as a share of stock.

## 27-1  Present Value: Measuring the Time Value of Money

Imagine that someone offers to give you $100 today or $100 in 10 years. Which would you choose? This is an easy question. Getting $100 today is better because you can always deposit the money in a bank, still have it in 10 years, and earn interest on the $100 along the way. The lesson: Money today is more valuable than the same amount of money in the future.

**present value**

the amount of money today that would be needed, using prevailing interest rates, to produce a given future amount of money

Now consider a harder question: Imagine that someone offers you $100 today or $200 in 10 years. Which would you choose? To answer this question, you need some way to compare sums of money from different points in time. Economists do this with a concept called present value. The **present value** of any future sum of money is the amount today that would be needed, at current interest rates, to produce that future sum.

To learn how to use the concept of present value, let's work through a couple of simple examples:

**future value**

the amount of money in the future that an amount of money today will yield, given prevailing interest rates

*Question*: If you put $100 in a bank account today, how much will it be worth in $N$ years? That is, what will be the **future value** of this $100?

*Answer*: Let's use $r$ to denote the interest rate expressed in decimal form (so an interest rate of 5 percent means $r = 0.05$). Suppose that interest is paid annually and that it remains in the bank account to earn more interest—a process called **compounding**. Then the $100 will become

**compounding**

the accumulation of a sum of money in, say, a bank account, where the interest earned remains in the account to earn additional interest in the future

| | |
|---|---|
| $(1 + r) \times \$100$ | after 1 year, |
| $(1 + r) \times (1 + r) \times \$100 = (1 + r)^2 \times \$100$ | after 2 years, |
| $(1 + r) \times (1 + r) \times (1 + r) \times \$100 = (1 + r)^3 \times \$100$ | after 3 years, . . . |
| $(1 + r)^N \times \$100$ | after $N$ years. |

For example, if we are investing at an interest rate of 5 percent for 10 years, then the future value of the $100 will be $(1.05)^{10} \times \$100$, or $163.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

*Question*: Now suppose you are going to be paid $200 in $N$ years. What is the *present value* of this future payment? That is, how much would you have to deposit in a bank right now to yield $200 in $N$ years?

*Answer*: To answer this question, just turn the previous answer on its head. In the last question, we computed a future value from a present value by *multiplying* by the factor $(1 + r)^N$. To compute a present value from a future value, we *divide* by the factor $(1 + r)^N$. Thus, the present value of $200 in $N$ years is $200/(1 + r)^N$. If that amount is deposited in a bank today, after $N$ years it will become $(1 + r)^N \times [\$200/ (1 + r)^N]$, which equals $200. For instance, if the interest rate is 5 percent, the present value of $200 to be paid in 10 years is $200/(1.05)^{10}$, or $123. This means that $123 deposited today in a bank account that earned 5 percent would produce $200 after 10 years.

This illustrates the general formula:

- If $r$ is the interest rate, then an amount $X$ to be received in $N$ years has a present value of $X/(1 + r)^N$.

Because the possibility of earning interest reduces the present value below the amount $X$, the process of finding a present value of a future sum of money is called *discounting*. This formula shows precisely how much future sums should be discounted.

Let's now return to our earlier question: Should you choose $100 today or $200 in 10 years? Based on our calculation of present value using an interest rate of 5 percent, you should prefer the $200 in 10 years. The future $200 has a present value of $123, which is greater than $100. You are better off waiting for the future sum.

Notice that the answer to our question depends on the interest rate. If the interest rate were 8 percent, then the $200 in 10 years would have a present value of $200/(1.08)^{10}$, which is only $93. In this case, you should take the $100 today. Why should the interest rate matter for your choice? The answer is that the higher the interest rate, the more you can earn by depositing your money in a bank, so the more attractive getting $100 today becomes.

The concept of present value is useful in many applications, including the decisions that companies face when evaluating investment projects. For instance, imagine that General Motors is thinking about building a new factory. Suppose that the factory will cost $100 million today and will yield the company $200 million in 10 years. Should General Motors undertake the project? You can see that this decision is exactly like the one we have been studying. To make its decision, the company should compare the present value of the $200 million return to the $100 million cost.

The company's decision, therefore, will depend on the interest rate. If the interest rate is 5 percent, then the present value of the $200 million return from the factory is $123 million, and the company will choose to pay the $100 million cost. By contrast, if the interest rate is 8 percent, then the present value of the return is only $93 million, and the company will decide to forgo the project. Thus, the concept of present value helps explain why investment—and thus the quantity of loanable funds demanded—declines when the interest rate rises.

Here is another application of present value: Suppose you win a million-dollar lottery and are given a choice between $20,000 a year for 50 years (totaling $1,000,000) or an immediate payment of $400,000. Which would you choose?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**FYI**

## The Magic of Compounding and the Rule of 70

Suppose you observe that one country has an average growth rate of 1 percent per year, while another has an average growth rate of 3 percent per year. At first, this might not seem like a big deal. What difference can 2 percent make?

The answer is: a big difference. Growth rates that seem small when written in percentage terms are large after they are compounded for many years.

Consider an example. Suppose that two college graduates—Elliot and Darlene—both take their first jobs at the age of 22 earning $30,000 a year. Elliot lives in an economy where all incomes grow at 1 percent per year, while Darlene lives in one where incomes grow at 3 percent per year. Straightforward calculations show what happens. Forty years later, when both are 62 years old, Elliot earns $45,000 a year, while Darlene earns $98,000. Because of that difference of 2 percentage points in the growth rate, Darlene's salary is more than twice Elliot's.

An old rule of thumb, called the *rule of 70*, is helpful in understanding growth rates and the effects of compounding. According to the rule of 70, if some variable grows at a rate of *x* percent per year, then that variable doubles in approximately 70/*x* years. In Elliot's economy, incomes grow at 1 percent per year, so it takes about 70 years for incomes to double. In Darlene's economy, incomes grow at 3 percent per year, so it takes about 70/3, or 23, years for incomes to double.

The rule of 70 applies not only to a growing economy but also to a growing savings account. Here is an example: In 1791, Ben Franklin died and left $5,000 to be invested for a period of 200 years to benefit medical students and scientific research. If this money had earned 7 percent per year (which would, in fact, have been possible), the investment would have doubled in value every 10 years. Over 200 years, it would have doubled 20 times. At the end of 200 years of compounding, the investment would have been worth $2^{20} \times \$5,000$, which is about $5 billion. (In fact, Franklin's $5,000 grew to only $2 million over 200 years because some of the money was spent along the way.)

As these examples show, growth rates and interest rates compounded over many years can lead to some spectacular results. That is probably why Albert Einstein once called compounding "the greatest mathematical discovery of all time." ■

---

To make the right choice, you need to calculate the present value of the stream of payments. Let's suppose the interest rate is 7 percent. After performing 50 calculations similar to those above (one calculation for each payment) and adding up the results, you would learn that the present value of this million-dollar prize at a 7 percent interest rate is only $276,000. You are better off picking the immediate payment of $400,000. The million dollars may seem like more money, but the future cash flows, once discounted to the present, are worth far less.

 **QuickQuiz**  *The interest rate is 7 percent. What is the present value of $150 to be received in 10 years?*

## 27-2 Managing Risk

Life is full of gambles. When you go skiing, you risk breaking your leg in a fall. When you drive to work, you risk a car accident. When you put some of your savings in the stock market, you risk a fall in stock prices. The rational response to this risk is not necessarily to avoid it at any cost but to take it into account in your decision making. Let's consider how a person might do that.

### 27-2a Risk Aversion

**risk aversion**
a dislike of uncertainty

Most people are **risk averse**. This means more than that people dislike bad things happening to them. It means that they dislike bad things more than they like comparable good things.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

For example, suppose a friend offers you the following opportunity. She will toss a coin. If it comes up heads, she will pay you $1,000. But if it comes up tails, you will have to pay her $1,000. Would you accept the bargain? You wouldn't if you were risk averse. For a risk-averse person, the pain of losing the $1,000 would exceed the pleasure from winning $1,000.

Economists have developed models of risk aversion using the concept of *utility*, which is a person's subjective measure of well-being or satisfaction. Every level of wealth provides a certain amount of utility, as shown by the utility function in Figure 1. But the function exhibits the property of diminishing marginal utility: The more wealth a person has, the less utility she gets from an additional dollar. Thus, in the figure, the utility function gets flatter as wealth increases. Because of diminishing marginal utility, the utility lost from losing the $1,000 bet is more than the utility gained from winning it. As a result, people are risk averse.

Risk aversion provides the starting point for explaining various things we observe in the economy. Let's consider three of them: insurance, diversification, and the risk-return trade-off.

### 27-2b The Markets for Insurance

One way to deal with risk is to buy insurance. The general feature of insurance contracts is that a person facing a risk pays a fee to an insurance company, which in return agrees to accept all or part of the risk. There are many types of insurance. Car insurance covers the risk of your being in an auto accident, fire insurance covers the risk that your house will burn down, health insurance covers the risk that you might need expensive medical treatment, and life insurance covers the risk that you will die and leave your family without your income. There is also insurance against the risk of living too long: For a fee paid today, an insurance company will pay you an *annuity*—a regular income every year until you die.

In a sense, every insurance contract is a gamble. It is possible that you will not be in an auto accident, that your house will not burn down, and that you will not need expensive medical treatment. In most years, you will pay the insurance company the premium and get nothing in return except peace of mind. Indeed,



**Utility**

Utility gain from winning $1,000

Utility loss from losing $1,000

0

$1,000 loss    Current wealth    $1,000 gain

**Wealth**

**FIGURE 1**

**The Utility Function**
This utility function shows how utility, a subjective measure of satisfaction, depends on wealth. As wealth rises, the utility function becomes flatter, reflecting the property of diminishing marginal utility. Because of diminishing marginal utility, a $1,000 loss decreases utility by more than a $1,000 gain increases it.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 03-200-203

the insurance company is counting on the fact that most people will not make claims on their policies; otherwise, it couldn't pay out large claims to the unlucky few and still stay in business.

From the standpoint of the economy as a whole, the role of insurance is not to eliminate the risks inherent in life but to spread them around more efficiently. Consider fire insurance, for instance. Owning fire insurance does not reduce the risk of losing your home in a fire. But if that unlucky event occurs, the insurance company compensates you. The risk, rather than being borne by you alone, is shared among the thousands of insurance-company shareholders. Because people are risk averse, it is easier for 10,000 people to bear 1/10,000 of the risk than for one person to bear the entire risk herself.

The markets for insurance suffer from two types of problems that impede their ability to spread risk. One problem is *adverse selection*: A high-risk person is more likely to apply for insurance than a low-risk person because a high-risk person would benefit more from insurance protection. A second problem is *moral hazard*: After people buy insurance, they have less incentive to be careful about their risky behavior because the insurance company will cover much of the resulting losses. Insurance companies are aware of these problems, but they cannot fully guard against them. An insurance company cannot perfectly distinguish between high-risk and low-risk customers, and it cannot monitor all of its customers' risky behavior. The price of insurance reflects the actual risks that the insurance company will face after the insurance is bought. The high price of insurance is why some people, especially those who know themselves to be low-risk, decide against buying it and, instead, endure some of life's uncertainty on their own.

### 27-2c  Diversification of Firm-Specific Risk

In 2002, Enron, a large and once widely respected company, went bankrupt amid accusations of fraud and accounting irregularities. Several of the company's top executives were prosecuted and ended up going to prison. The saddest part of the story, however, involved thousands of lower-level employees. Not only did they lose their jobs but many lost their life savings as well. The employees had put about two-thirds of their retirement funds in Enron stock, which became worthless.

If there is one piece of practical advice that finance offers to risk-averse people, it is this: "Don't put all your eggs in one basket." You may have heard this before, but finance has turned this folk wisdom into a science. It goes by the name **diversification**.

**diversification**

the reduction of risk achieved by replacing a single risk with a large number of smaller, unrelated risks

The market for insurance is one example of diversification. Imagine a town with 10,000 homeowners, each facing the risk of a house fire. If someone starts an insurance company and each person in town becomes both a shareholder and a policyholder of the company, they all reduce their risk through diversification. Each person now faces 1/10,000 of the risk of 10,000 possible fires, rather than the entire risk of a single fire in her own home. Unless the entire town catches fire at the same time, the downside that each person faces is much smaller.

When people use their savings to buy financial assets, they can also reduce risk through diversification. A person who buys stock in a company is placing a bet on the future profitability of that company. That bet is often quite risky because companies' fortunes are hard to predict. Microsoft evolved from a start-up by some geeky teenagers into one of the world's most valuable companies in only a few years; Enron went from one of the world's most respected companies to an almost worthless one in only a few months. Fortunately, a shareholder need not

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



**FIGURE 2**

**Diversification Reduces Risk**
This figure shows how the risk of a portfolio, measured here with a statistic called the *standard deviation*, depends on the number of stocks in the portfolio. The investor is assumed to put an equal percentage of her portfolio in each of the stocks. Increasing the number of stocks reduces, but does not eliminate, the amount of risk in a stock portfolio.

Source: Adapted from Meir Statman, "How Many Stocks Make a Diversified Portfolio?" *Journal of Financial and Quantitative Analysis* 22 (September 1987): 353–364.

tie her own fortune to that of any single company. Risk can be reduced by placing a large number of small bets, rather than a small number of large ones.

Figure 2 shows how the risk of a portfolio of stocks depends on the number of stocks in the portfolio. Risk is measured here with a statistic called the *standard deviation*, which you may have learned about in a math or statistics class. The standard deviation measures the volatility of a variable—that is, how much the variable is likely to fluctuate. The higher the standard deviation of a portfolio's return, the more volatile its return is likely to be, and the riskier it is that someone holding the portfolio will fail to get the return that she expected.

The figure shows that the risk of a stock portfolio falls substantially as the number of stocks increases. For a portfolio with a single stock, the standard deviation is 49 percent. Going from 1 stock to 10 stocks eliminates about half the risk. Going from 10 to 20 stocks reduces the risk by another 10 percent. As the number of stocks continues to increase, risk continues to fall, although the reductions in risk after 20 or 30 stocks are small.

Notice that it is impossible to eliminate all risk by increasing the number of stocks in the portfolio. Diversification can eliminate **firm-specific risk**—the uncertainty associated with the specific companies. But diversification cannot eliminate **market risk**—the uncertainty associated with the entire economy, which affects all companies traded on the stock market. For example, when the economy goes into a recession, most companies experience falling sales, reduced profit, and low stock returns. Diversification reduces the risk of holding stocks, but it does not eliminate it.

**firm-specific risk**
risk that affects only a single company

**market risk**
risk that affects all companies in the stock market

### 27-2d The Trade-off between Risk and Return

One of the *Ten Principles of Economics* in Chapter 1 is that people face trade-offs. The trade-off that is most relevant for understanding financial decisions is the trade-off between risk and return.

As we have seen, there are risks inherent in holding stocks, even in a diversified portfolio. But risk-averse people are willing to accept this uncertainty because they are compensated for doing so. Historically, stocks have offered much higher

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

rates of return than alternative financial assets, such as bonds and bank savings accounts. Over the past two centuries, stocks offered an average real return of about 8 percent per year, while short-term government bonds paid a real return of only 3 percent per year.

When deciding how to allocate their savings, people have to decide how much risk they are willing to undertake to earn a higher return. For example, consider a person choosing how to allocate her portfolio between two asset classes:

- The first asset class is a diversified group of risky stocks, with an average return of 8 percent and a standard deviation of 20 percent. (You may recall from a math or statistics class that a normal random variable stays within 2 standard deviations of its average about 95 percent of the time. Thus, while actual returns are centered around 8 percent, they typically vary from a gain of 48 percent to a loss of 32 percent.)
- The second asset class is a safe alternative, with a return of 3 percent and a standard deviation of zero. The safe alternative can be either a bank savings account or a government bond.

Figure 3 illustrates the trade-off between risk and return. Each point in this figure represents a particular allocation of a portfolio between risky stocks and the safe asset. The figure shows that the more the individual puts into stocks, the greater both the risk and the return are.

Acknowledging the risk-return trade-off does not, by itself, tell us what a person should do. The choice of a particular combination of risk and return depends on a person's risk aversion, which reflects her own preferences. But it is important for stockholders to recognize that the higher average return that they enjoy comes at the price of higher risk.

**QuickQuiz** *Describe three ways that a risk-averse person might reduce the risk she faces.*

## FIGURE 3

**The Trade-off between Risk and Return**
When people increase the percentage of their savings that they have invested in stocks, they increase the average return they can expect to earn, but they also increase the risks they face.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# 27-3 Asset Valuation

Now that we have developed a basic understanding of the two building blocks of finance—time and risk—let's apply this knowledge. This section considers a simple question: What determines the price of a share of stock? As with most prices, the answer is supply and demand. But that is not the end of the story. To understand stock prices, we need to think more deeply about what determines a person's willingness to pay for a share of stock.

## 27-3a Fundamental Analysis

Let's imagine that you have decided to put 60 percent of your savings into stock, and to achieve diversification, you have decided to buy twenty different stocks. If you open up the newspaper, you will find thousands of stocks listed. How should you pick the twenty for your portfolio?

When you buy stock, you are buying shares in a business. To decide which businesses you want to own, it is natural to consider two things: the value of that share of the business and the price at which the shares are being sold. If the price is less than the value, the stock is said to be *undervalued*. If the price is more than the value, the stock is said to be *overvalued*. If the price and the value are equal, the stock is said to be *fairly valued*. When choosing twenty stocks for your portfolio, you should prefer undervalued stocks. In these cases, you are getting a bargain by paying less than the business is worth.

This is easier said than done. Learning the price is easy: You can just look it up. Determining the value of the business is the hard part. The term **fundamental analysis** refers to the detailed analysis of a company to estimate its value. Many Wall Street firms hire stock analysts to conduct such fundamental analysis and offer advice about which stocks to buy.

**fundamental analysis**
the study of a company's accounting statements and future prospects to determine its value

The value of a stock to a stockholder is what she gets out of owning it, which includes the present value of the stream of dividend payments and the final sale price. Recall that *dividends* are the cash payments that a company makes to its shareholders. A company's ability to pay dividends, as well as the value of the stock when the stockholder sells her shares, depends on the company's ability to earn profits. Its profitability, in turn, depends on a large number of factors: the demand for its product, how much competition it faces, how much capital it has in place, whether its workers are unionized, how loyal its customers are, what kinds of government regulations and taxes it faces, and so on. The goal of fundamental analysis is to take all these factors into account to determine how much a share of stock in the company is worth.

If you want to rely on fundamental analysis to pick a stock portfolio, there are three ways to do it. One way is to do all the necessary research yourself, such as by reading through companies' annual reports. A second way is to rely on the advice of Wall Street analysts. A third way is to buy shares in a mutual fund, which has a manager who conducts fundamental analysis and makes the decision for you.

## 27-3b The Efficient Markets Hypothesis

There is another way to choose twenty stocks for your portfolio: Pick them randomly by, for instance, putting the stock pages on your bulletin board and throwing darts at them. This may sound crazy, but there is reason to believe that it won't lead you too far astray. That reason is called the **efficient markets hypothesis**.

**efficient markets hypothesis**
the theory that asset prices reflect all publicly available information about the value of an asset

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

To understand this theory, the starting point is to acknowledge that each company listed on a major stock exchange is followed closely by many money managers, such as the individuals who run mutual funds. Every day, these managers monitor news stories and conduct fundamental analysis to try to determine the stock's value. Their job is to buy a stock when its price falls below its fundamental value and to sell it when its price rises above its fundamental value.

The second piece to the efficient markets hypothesis is that the equilibrium of supply and demand sets the market price. This means that, at the market price, the number of shares being offered for sale exactly equals the number of shares that people want to buy. In other words, at the market price, the number of people who think the stock is overvalued exactly balances the number of people who think it's undervalued. As judged by the typical person in the market, all stocks are fairly valued all the time.

**informational efficiency**
the description of asset prices that rationally reflect all available information

According to this theory, the stock market exhibits **informational efficiency**: It reflects all available information about the value of the asset. Stock prices change when information changes. When good news about the company's prospects becomes public, the value and the stock price both rise. When the company's prospects deteriorate, the value and price both fall. But at any moment in time, the market price is the best guess of the company's value based on available information.

**random walk**
the path of a variable whose changes are impossible to predict

One implication of the efficient markets hypothesis is that stock prices should follow a **random walk**. This means that changes in stock prices are impossible to predict from available information. If, based on publicly available information, a person could predict that a stock price would rise by 10 percent tomorrow, then the stock market must be failing to incorporate that information today. According to this theory, the only thing that can move stock prices is news that changes the market's perception of the company's value. But news must be unpredictable—otherwise, it wouldn't really be news. For the same reason, changes in stock prices should be unpredictable.

If the efficient markets hypothesis is correct, then there is little point in spending many hours studying the business page to decide which twenty stocks to add to your portfolio. If prices reflect all available information, no stock is a better buy than any other. The best you can do is to buy a diversified portfolio.

**CASE STUDY**

**RANDOM WALKS AND INDEX FUNDS**
The efficient markets hypothesis is a theory about how financial markets work. The theory may not be completely true: As we discuss in the next section, there is reason to doubt that stockholders are always rational and that stock prices are informationally efficient at every moment. Nonetheless, the efficient markets hypothesis does much better as a description of the world than you might expect.





Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

There is much evidence that stock prices, even if not exactly a random walk, are very close to it. For example, you might be tempted to buy stocks that have recently risen and avoid stocks that have recently fallen (or perhaps just the opposite). But statistical studies have shown that following such trends (or bucking them) fails to outperform the market. The correlation between how well a stock does one year and how well it does the following year is about zero.

Some of the best evidence in favor of the efficient markets hypothesis comes from the performance of index funds. An index fund is a mutual fund that buys all the stocks in a given stock index. The performance of these funds can be compared with that of actively managed mutual funds, where a professional portfolio manager picks stocks based on extensive research and alleged expertise. In essence, an index fund buys all stocks, whereas active funds are supposed to buy only the best stocks.

In practice, active managers usually fail to beat index funds. For example, in the 15-year period ending February 2016, 81 percent of stock mutual funds performed worse than a broadly based index fund holding all stocks traded on U.S. stock exchanges. Over this period, the average annual return on stock funds fell short of the return on the index fund by 0.89 percentage points. Most active portfolio managers failed to beat the market because they trade more frequently, incurring more trading costs, and because they charge greater fees as compensation for their alleged expertise.

What about the 19 percent of managers who did beat the market? Perhaps they are smarter than average, or perhaps they were luckier. If you have 5,000 people flipping coins ten times, on average about 5 will flip ten heads; these 5 might claim an exceptional coin-flipping skill, but they would have trouble replicating the feat. Similarly, studies have shown that mutual fund managers with a history of superior performance usually fail to maintain it in subsequent periods.

The efficient markets hypothesis says that it is impossible to beat the market. The accumulation of many studies of financial markets confirms that beating the market is, at best, extremely difficult. Even if the efficient markets hypothesis is not an exact description of the world, it contains a large element of truth. ●



## ASK THE EXPERTS

### Diversification

"In general, absent any inside information, an equity investor can expect to do better by choosing a well-diversified, low-cost index fund than by picking a few stocks."

**What do economists say?**

2% disagree ———→ ·——— 3% uncertain

95% agree

Source: IGM Economic Experts Panel, November 20, 2013.

### 27-3c  Market Irrationality

The efficient markets hypothesis assumes that people buying and selling stock rationally process the information they have about the stock's underlying value. But is the stock market really that rational? Or do stock prices sometimes deviate from reasonable expectations of their true value?

There is a long tradition suggesting that fluctuations in stock prices are partly psychological. In the 1930s, economist John Maynard Keynes suggested that asset markets are driven by the "animal spirits" of investors—irrational waves of optimism and pessimism. In the 1990s, as the stock market soared to new heights, Fed Chairman Alan Greenspan questioned whether the boom reflected "irrational exuberance." Stock prices did subsequently fall, but whether the exuberance of the 1990s was irrational given the information available at the time remains debatable. Whenever the price of an asset rises above what appears to be its fundamental value, the market is said to be experiencing a *speculative bubble*.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The possibility of speculative bubbles in the stock market arises in part because the value of the stock to a stockholder depends not only on the stream of dividend payments but also on the final sale price. Thus, a person might be willing to pay more than a stock is worth today if she expects another person to pay even more for it tomorrow. When evaluating a stock, you have to estimate not only the value of the business but also what other people will think the business is worth in the future.

There is much debate among economists about the frequency and importance of departures from rational pricing. Believers in market irrationality point out (correctly) that the stock market often moves in ways that are hard to explain on the basis of news that might alter a rational valuation. Believers in the efficient markets hypothesis point out (correctly) that it is impossible to know the correct, rational valuation of a company, so one should not quickly jump to the conclusion that any particular valuation is irrational. Moreover, if the market were irrational, a rational person should be able to take advantage of this fact; yet as the previous case study discussed, beating the market is nearly impossible.

**QuickQuiz**  Fortune *magazine regularly publishes a list of the "most respected" companies. According to the efficient markets hypothesis, if you restrict your stock portfolio to these companies, will you earn a better-than-average return? Explain.*

## 27-4 Conclusion

This chapter has developed some of the basic tools that people should (and often do) use as they make financial decisions. The concept of present value reminds us that a dollar in the future is less valuable than a dollar today, and it gives us a way to compare sums of money at different points in time. The theory of risk management reminds us that the future is uncertain and that risk-averse people can take precautions to guard against this uncertainty. The study of asset valuation tells us that the stock price of any company should reflect its expected future profitability.

Although most of the tools of finance are well established, there is more controversy about the validity of the efficient markets hypothesis and whether stock prices are, in practice, rational estimates of a company's true worth. Rational or not, the large movements in stock prices that we observe have important macroeconomic implications. Stock market fluctuations often go hand in hand with fluctuations in the economy more broadly. We revisit the stock market when we study economic fluctuations later in the book.

### CHAPTER QuickQuiz

1. If the interest rate is zero, then $100 to be paid in 10 years has a present value that is
   a. less than $100.
   b. exactly $100.
   c. more than $100.
   d. indeterminate.

2. If the interest rate is 10 percent, then the future value in 2 years of $100 today is
   a. $80.
   b. $83.
   c. $120.
   d. $121.

3. If the interest rate is 10 percent, then the present value of $100 to be paid in 2 years is
   a. $80
   b. $83.
   c. $120.
   d. $121.

4. The ability of insurance to spread risk is limited by
   a. risk aversion and moral hazard.
   b. risk aversion and adverse selection.
   c. moral hazard and adverse selection.
   d. risk aversion only.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

5. The benefit of diversification when constructing a portfolio is that it can eliminate
   a. speculative bubbles.
   b. risk aversion.
   c. firm-specific risk.
   d. market risk.

6. According to the efficient markets hypothesis,
   a. changes in stock prices are impossible to predict from public information.
   b. excessive diversification can reduce an investor's expected portfolio returns.
   c. the stock market moves based on the changing animal spirits of investors.
   d. actively managed mutual funds should give higher returns than index funds.

## SUMMARY

- Because savings can earn interest, a sum of money today is more valuable than the same sum of money in the future. A person can compare sums from different times using the concept of present value. The present value of any future sum is the amount that would be needed today, given prevailing interest rates, to produce that future sum.
- Because of diminishing marginal utility, most people are risk averse. Risk-averse people can reduce risk by buying insurance, diversifying their holdings, and choosing a portfolio with lower risk and lower return.

- The value of an asset equals the present value of the cash flows the owner will receive. For a share of stock, these cash flows include the stream of dividends and the final sale price. According to the efficient markets hypothesis, financial markets process available information rationally, so a stock price always equals the best estimate of the value of the underlying business. Some economists question the efficient markets hypothesis, however, and believe that irrational psychological factors also influence asset prices.

## KEY CONCEPTS

finance, p. 564
present value, p. 564
future value, p. 564
compounding, p. 564

risk aversion, p. 566
diversification, p. 568
firm-specific risk, p. 569
market risk, p. 569

fundamental analysis, p. 571
efficient markets hypothesis, p. 571
informational efficiency, p. 572
random walk, p. 572

## QUESTIONS FOR REVIEW

1. The interest rate is 7 percent. Use the concept of present value to compare $200 to be received in 10 years and $300 to be received in 20 years.

2. What benefit do people get from the market for insurance? What two problems impede the insurance market from working perfectly?

3. What is diversification? Does a stockholder get a greater benefit from diversification when going from 1 to 10 stocks or when going from 100 to 120 stocks?

4. Comparing stocks and government bonds, which type of asset has more risk? Which pays a higher average return?

5. What factors should a stock analyst think about in determining the value of a share of stock?

6. Describe the efficient markets hypothesis, and give a piece of evidence consistent with this hypothesis.

7. Explain the view of those economists who are skeptical of the efficient markets hypothesis.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## PROBLEMS AND APPLICATIONS

1. According to an old myth, Native Americans sold the island of Manhattan about 400 years ago for $24. If they had invested this amount at an interest rate of 7 percent per year, how much, approximately, would they have today?

2. A company has an investment project that would cost $10 million today and yield a payoff of $15 million in 4 years.
   a. Should the firm undertake the project if the interest rate is 11 percent? 10 percent? 9 percent? 8 percent?
   b. Can you figure out the exact cutoff for the interest rate between profitability and nonprofitability?

3. Bond A pays $8,000 in 20 years. Bond B pays $8,000 in 40 years. (To keep things simple, assume these are zero-coupon bonds, which means the $8,000 is the only payment the bondholder receives.)
   a. If the interest rate is 3.5 percent, what is the value of each bond today? Which bond is worth more? Why? (*Hint*: You can use a calculator, but the rule of 70 should make the calculation easy.)
   b. If the interest rate increases to 7 percent, what is the value of each bond? Which bond has a larger *percentage* change in value?
   c. Based on the example above, complete the two blanks in this sentence: "The value of a bond [rises/falls] when the interest rate increases, and bonds with a longer time to maturity are [more/less] sensitive to changes in the interest rate."

4. Your bank account pays an interest rate of 8 percent. You are considering buying a share of stock in XYZ Corporation for $110. After 1, 2, and 3 years, it will pay a dividend of $5. You expect to sell the stock after 3 years for $120. Is XYZ a good investment? Support your answer with calculations.

5. For each of the following kinds of insurance, give an example of behavior that can be called *moral hazard* and another example of behavior that can be called *adverse selection*.
   a. health insurance
   b. car insurance
   c. life insurance

6. Which kind of stock would you expect to pay the higher average return: stock in an industry that is very sensitive to economic con itions suc as an automaker) or stock in an industry that is relatively insensitive to economic conditions (such as a water company)? Why?

7. A company faces two kinds of risk. A firm-specific risk is that a competitor might enter its market and take some of its customers. A market risk is that the economy might enter a recession, reducing sales. Which of these two risks would more likely cause the company's shareholders to demand a higher return? Why?

8. When company executives buy and sell stock based on private information they obtain as part of their jobs, they are engaged in *insider trading*.
   a. Give an example of inside information that might be useful for buying or selling stock.
   b. Those who trade stocks based on inside information usually earn very high rates of return. Does this fact violate the efficient markets hypothesis?
   c. Insider trading is illegal. Why do you suppose that is?

9. Jamal has a utility function $U = W^{1/2}$, where $W$ is his wealth in millions of dollars and $U$ is the utility he obtains from that wealth. In the final stage of a game show, the host offers Jamal a choice between (A) $4 million for sure, or (B) a gamble that pays $1 million with probability 0.6 and $9 million with probability 0.4.
   a. Graph Jamal's utility function. Is he risk averse? Explain.
   b. Does A or B offer Jamal a higher expected prize? Explain your reasoning with appropriate calculations. (*Hint*: The expected value of a random variable is the weighted average of the possible outcomes, where the probabilities are the weights.)
   c. Does A or B offer Jamal a higher expected utility? Again, show your calculations.
   d. Should Jamal pick A or B? Why?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# Unemployment

L osing a job can be the most distressing economic event in a person's life. Most people rely on their labor earnings to maintain their standard of living, and many people also get a sense of personal accomplishment from working. A job loss means a lower living standard in the present, anxiety about the future, and reduced self-esteem. It is not surprising, therefore, that politicians campaigning for office often speak about how their proposed policies will help create jobs.

In previous chapters, we have seen some of the forces that determine the level and growth of a country's standard of living. A country that saves and invests a high fraction of its income, for instance, enjoys more rapid growth in its capital stock and GDP than a similar country that saves and invests less. An even more obvious determinant of a country's



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

standard of living is the amount of unemployment it typically experiences. People who would like to work but cannot find a job are not contributing to the economy's production of goods and services. Although some degree of unemployment is inevitable in a complex economy with thousands of firms and millions of workers, the amount of unemployment varies substantially over time and across countries. When a country keeps its workers as fully employed as possible, it achieves a higher level of GDP than it would if it left many of its workers idle.

This chapter begins our study of unemployment. The problem of unemployment can be divided into two categories: the long-run problem and the short-run problem. The economy's *natural rate of unemployment* refers to the amount of unemployment that the economy normally experiences. *Cyclical unemployment* refers to the year-to-year fluctuations in unemployment around its natural rate, and it is closely associated with the short-run ups and downs of economic activity. Cyclical unemployment has its own explanation, which we defer until we study short-run economic fluctuations later in this book. In this chapter, we discuss the determinants of an economy's natural rate of unemployment. As we will see, the designation *natural* does not imply that this rate of unemployment is desirable. Nor does it imply that it is constant over time or impervious to economic policy. It just means that this unemployment does not go away on its own even in the long run.

We begin the chapter by looking at some of the relevant facts that describe unemployment. In particular, we examine three questions: How does the government measure the economy's rate of unemployment? What problems arise in interpreting the unemployment data? How long are the unemployed typically without work?

We then turn to the reasons economies always experience some unemployment and the ways in which policymakers can help the unemployed. We discuss four explanations for the economy's natural rate of unemployment: job search, minimum-wage laws, unions, and efficiency wages. As we will see, long-run unemployment does not arise from a single problem that has a single solution. Instead, it reflects a variety of related problems. As a result, there is no easy way for policymakers to reduce the economy's natural rate of unemployment and, at the same time, to alleviate the hardships experienced by the unemployed.

# 28-1  Identifying Unemployment

Let's start by examining more precisely what the term *unemployment* means.

### 28-1a  How Is Unemployment Measured?

Measuring unemployment is the job of the Bureau of Labor Statistics (BLS), which is part of the Department of Labor. Every month, the BLS produces data on unemployment and on other aspects of the labor market, including types of employment, length of the average workweek, and the duration of unemployment. These data come from a regular survey of about 60,000 households, called the Current Population Survey.

Based on the answers to survey questions, the BLS places each adult (age 16 and older) in each surveyed household into one of three categories:

- *Employed:* This category includes those who worked as paid employees, worked in their own business, or worked as unpaid workers in a family

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

member's business. Both full-time and part-time workers are counted. This category also includes those who were not working but who had jobs from which they were temporarily absent because of, for example, vacation, illness, or bad weather.
- *Unemployed:* This category includes those who were not employed, were available for work, and had tried to find employment during the previous four weeks. It also includes those waiting to be recalled to a job from which they had been laid off.
- *Not in the labor force:* This category includes those who fit neither of the first two categories, such as full-time students, homemakers, and retirees.

Figure 1 shows the breakdown into these categories for January 2016.

Once the BLS has placed all the individuals covered by the survey in a category, it computes various statistics to summarize the state of the labor market. The BLS defines the **labor force** as the sum of the employed and the unemployed:

$$\text{Labor force} = \text{Number of employed} + \text{Number of unemployed}.$$

The BLS defines the **unemployment rate** as the percentage of the labor force that is unemployed:

$$\text{Unemployment rate} = \frac{\text{Number of unemployed}}{\text{Labor force}} \times 100.$$

The BLS computes unemployment rates for the entire adult population and for specific groups defined by race, gender, and so on.

**labor force**
the total number of workers, including both the employed and the unemployed

**unemployment rate**
the percentage of the labor force that is unemployed



**FIGURE 1**

**The Breakdown of the Population in January 2016**
The Bureau of Labor Statistics divides the adult population into three categories: employed, unemployed, and not in the labor force.

Source: Bureau of Labor Statistics.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**labor-force participation rate**

the percentage of the adult population that is in the labor force

The BLS uses the same survey to produce data on labor-force participation. The **labor-force participation rate** measures the percentage of the total adult population of the United States that is in the labor force:

$$\text{Labor-force participation rate} = \frac{\text{Labor force}}{\text{Adult population}} \times 100.$$

This statistic tells us the fraction of the population that has chosen to participate in the labor market. The labor-force participation rate, like the unemployment rate, is computed for both the entire adult population and more specific groups.

To see how these data are computed, consider the figures for January 2016. At that time, 150.5 million people were employed, and 7.8 million people were unemployed. The labor force was

$$\text{Labor force} = 150.5 + 7.8 = 158.3 \text{ million.}$$

The unemployment rate was

$$\text{Unemployment rate} = (7.8/158.3) \times 100 = 4.9 \text{ percent.}$$

Because the adult population was 252.4 million, the labor-force participation rate was

$$\text{Labor-force participation rate} = (158.3/252.4) \times 100 = 62.7 \text{ percent.}$$

Hence, in January 2016, almost two-thirds of the U.S. adult population were participating in the labor market, and 4.9 percent of those labor-market participants were without work.

Table 1 shows the statistics on unemployment and labor-force participation for various groups within the U.S. population. Three comparisons are most apparent. First, women of prime working age (25 to 54 years old) have lower rates of labor-force participation than men, but once in the labor force, men and women have similar rates of unemployment. Second, prime-age blacks have similar rates of labor-force participation as prime-age whites, but they have much higher rates

---

**TABLE 1**

**The Labor-Market Experiences of Various Demographic Groups**
This table shows the unemployment rate and the labor-force participation rate of various groups in the U.S. population for 2014.

Source: Bureau of Labor Statistics.

| Demographic Group | Unemployment Rate | Labor-Force Participation Rate |
|---|---|---|
| **Adults of Prime Working Age (ages 25–54)** | | |
| White, male | 4.4% | 89.4% |
| White, female | 4.6 | 74.3 |
| Black, male | 10.1 | 80.7 |
| Black, female | 9.1 | 75.8 |
| **Teenagers (ages 16–19)** | | |
| White, male | 19.2 | 35.6 |
| White, female | 15.5 | 36.8 |
| Black, male | 36.5 | 25.9 |
| Black, female | 29.7 | 28.4 |

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

of unemployment. Third, teenagers have much lower rates of labor-force participation and much higher rates of unemployment than older workers. More generally, these data show that labor-market experiences vary widely among groups within the economy.

The BLS data on the labor market also allow economists and policymakers to monitor changes in the economy over time. Figure 2 shows the unemployment rate in the United States since 1960. The figure shows that the economy always has some unemployment and that the amount changes from year to year. The normal rate of unemployment around which the unemployment rate fluctuates is called the **natural rate of unemployment**, and the deviation of unemployment from its natural rate is called **cyclical unemployment**. The natural rate of unemployment shown in the figure is a series estimated by economists at the Congressional Budget Office. For 2015, they estimated a natural rate of 4.9 percent, close to the actual unemployment rate of 5.3 percent. Later in this book, we discuss short-run economic fluctuations, including the year-to-year fluctuations in unemployment around its natural rate. In the rest of this chapter, however, we ignore the short-run fluctuations and examine why there is always some unemployment in market economies.

**natural rate of unemployment**
the normal rate of unemployment around which the unemployment rate fluctuates

**cyclical unemployment**
the deviation of unemployment from its natural rate

**CASE STUDY**

**LABOR-FORCE PARTICIPATION OF MEN AND WOMEN IN THE U.S. ECONOMY**

Women's role in American society has changed dramatically over the past century. Social commentators have pointed to many causes for this change. In part, it is attributable to new technologies, such as the washing machine, clothes dryer, refrigerator, freezer, and dishwasher, which have reduced the amount of time required to complete routine household tasks. In part, it



This graph uses annual data on the U.S. unemployment rate to show the percentage of the labor force without a job. The natural rate of unemployment is the normal level of unemployment around which the unemployment rate fluctuates.

Source: U.S. Department of Labor, Congressional Budget Office.

**FIGURE 2**

**Unemployment Rate since 1960**

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

is attributable to improved birth control, which has reduced the number of children born to the typical family. This change in women's role is also partly attributable to changing political and social attitudes, which in turn may have been facilitated by the advances in technology and birth control. Together these developments have had a profound impact on society in general and on the economy in particular.

Nowhere is that impact more obvious than in data on labor-force participation. Figure 3 shows the labor-force participation rates of men and women in the United States since 1950. Just after World War II, men and women had very different roles in society. Only 33 percent of women were working or looking for work, in contrast to 87 percent of men. Since then, this difference in participation rates has gradually diminished, as growing numbers of women have entered the labor force and some men have left it. Data for 2015 show that 57 percent of women were in the labor force, in contrast to 69 percent of men. As measured by labor-force participation, men and women are now playing a more equal role in the economy.

The increase in women's labor-force participation is easy to understand, but the fall in men's may seem puzzling. There are several reasons for this decline. First, young men now stay in school longer than their fathers and grandfathers did. Second, older men now retire earlier and live longer. Third, with more women employed, more fathers now stay at home to raise their children. Full-time students, retirees, and stay-at-home dads are all counted as being out of the labor force. ●

### 28-1b  Does the Unemployment Rate Measure What We Want It To?

Measuring the amount of unemployment in the economy might seem a straightforward task, but it is not. While it is easy to distinguish between a person with a full-time job and a person who is not working at all, it is much harder to distinguish between a person who is unemployed and a person who is not in the labor force.



**FIGURE 3**

**Labor-Force Participation Rates for Men and Women since 1950**

This figure shows the percentage of adult men and women who are members of the labor force. It shows that, over the past 60 years, women have entered the labor force and men have left it.

Source: U.S. Department of Labor.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Movements into and out of the labor force are, in fact, common. More than one-third of the unemployed are recent entrants into the labor force. These entrants include young workers looking for their first jobs. They also include, in greater numbers, older workers who had previously left the labor force but have now returned to look for work. Moreover, not all unemployment ends with the job seeker finding a job. Almost half of all spells of unemployment end when the unemployed person leaves the labor force.

Because people move into and out of the labor force so often, statistics on unemployment are difficult to interpret. On the one hand, some of those who report being unemployed may not, in fact, be trying hard to find a job. They may be calling themselves unemployed because they want to qualify for a government program that gives financial assistance to the unemployed or because they are working but paid "under the table" to avoid taxes on their earnings. It may be more accurate to view these individuals as out of the labor force or, in some cases, employed. On the other hand, some of those who report being out of the labor force may want to work. These individuals may have tried to find a job and may have given up after an unsuccessful search. Such individuals, called **discouraged workers**, do not show up in unemployment statistics, even though they are truly workers without jobs.

**discouraged workers**
individuals who would like to work but have given up looking for a job

Because of these and other problems, the BLS calculates several other measures of labor underutilization, in addition to the official unemployment rate. These alternative measures are presented in Table 2. In the end, it is best to view the official unemployment rate as a useful but imperfect measure of joblessness.

## TABLE 2

### Measures of Labor Underutilization

The table shows various measures of joblessness for the U.S. economy. The data are for January 2016.

Source: U.S. Department of Labor.

| Measure and Description | | Rate |
|---|---|---|
| U-1 | Persons unemployed 15 weeks or longer, as a percent of the civilian labor force (includes only very long-term unemployed) | 2.0% |
| U-2 | Job losers and persons who have completed temporary jobs, as a percent of the civilian labor force (excludes job leavers) | 2.3 |
| U-3 | Total unemployed, as a percent of the civilian labor force (official unemployment rate) | 4.9 |
| U-4 | Total unemployed, plus discouraged workers, as a percent of the civilian labor force plus discouraged workers | 5.3 |
| U-5 | Total unemployed plus all marginally attached workers, as a percent of the civilian labor force plus all marginally attached workers | 6.2 |
| U-6 | Total unemployed, plus all marginally attached workers, plus total employed part-time for economic reasons, as a percent of the civilian labor force plus all marginally attached workers | 9.9 |

*Note:* The Bureau of Labor Statistics defines terms as follows:
- *Marginally attached workers* are persons who currently are neither working nor looking for work but indicate that they want and are available for a job and have looked for work sometime in the recent past.
- *Discouraged workers* are marginally attached workers who have given a job-market-related reason for not currently looking for a job.
- *Persons employed part-time for economic reasons* are those who want and are available for full-time work but have had to settle for a part-time schedule.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 28-1c  How Long Are the Unemployed without Work?

In judging how serious the problem of unemployment is, one question to consider is whether unemployment is typically a short-term or long-term condition. If unemployment is short-term, one might conclude that it is not a big problem. Workers may require a few weeks between jobs to find the openings that best suit their tastes and skills. Yet if unemployment is long-term, one might conclude that it is a serious problem. Workers unemployed for many months are more likely to suffer economic and psychological hardship.

Because the duration of unemployment can affect our view about how big a problem unemployment is, economists have devoted much energy to studying data on the duration of unemployment spells. In this work, they have uncovered a result that is important, subtle, and seemingly contradictory: *Most spells of unemployment are short, but most unemployment observed at any given time is long-term.*

To see how this statement can be true, consider an example. Suppose that you visited the government's unemployment office every week for a year to survey the unemployed. Each week you find that there are four unemployed workers. Three of these workers are the same individuals for the whole year, while the fourth person changes every week. Based on this experience, would you say that unemployment is typically short-term or long-term?

Some simple calculations help answer this question. In this example, you meet a total of 55 unemployed people over the course of a year; 52 of them are unemployed for one week, and 3 are unemployed for the full year. This means that 52/55, or 95 percent, of unemployment spells end in one week. Yet whenever you walk into the unemployment office, three of the four people you meet will be unemployed for the entire year. So, even though 95 percent of unemployment spells end in one week, 75 percent of the unemployment observed at any moment is attributable to those individuals who are unemployed for a full year. In this example, as in the world, most spells of unemployment are short, but most unemployment observed at any given time is long-term.

This subtle conclusion implies that economists and policymakers must be careful when interpreting data on unemployment and when designing policies to help the unemployed. Most people who become unemployed will soon find jobs. Yet most of the economy's unemployment problem is attributable to the relatively few workers who are jobless for long periods of time.

## 28-1d  Why Are There Always Some People Unemployed?

We have discussed how the government measures the amount of unemployment, the problems that arise in interpreting unemployment statistics, and the findings of labor economists on the duration of unemployment. You should now have a good idea about what unemployment is.

This discussion, however, has not explained why economies experience unemployment. In most markets in the economy, prices adjust to bring quantity supplied and quantity demanded into balance. In an ideal labor market, wages would adjust to balance the quantity of labor supplied and the quantity of labor demanded. This adjustment of wages would ensure that all workers are always fully employed.

Of course, reality does not resemble this ideal. There are always some workers without jobs, even when the overall economy is doing well. In other words, the unemployment rate never falls to zero; instead, it fluctuates around the natural

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

rate of unemployment. To understand this natural rate, the remaining sections of this chapter examine the reasons actual labor markets depart from the ideal of full employment.

To preview our conclusions, we will find that there are four ways to explain unemployment in the long run. The first explanation is that it takes time for workers to search for the jobs that are best suited for them. The unemployment that results from the process of matching workers and jobs is sometimes called **frictional unemployment**, and it is often thought to explain relatively short spells of unemployment.

The next three explanations for unemployment suggest that the number of jobs available in some labor markets may be insufficient to give a job to everyone who wants one. This occurs when the quantity of labor supplied exceeds the quantity demanded. Unemployment of this sort is sometimes called **structural unemployment**, and it is often thought to explain longer spells of unemployment. As we will see, this kind of unemployment results when wages are set above the level that brings supply and demand into equilibrium. We will examine three possible reasons for an above-equilibrium wage: minimum-wage laws, unions, and efficiency wages.

**QuickQuiz** *How is the unemployment rate measured? • How might the unemployment rate overstate the amount of joblessness? How might it understate the amount of joblessness?*

**frictional unemployment**
unemployment that results because it takes time for workers to search for the jobs that best suit their tastes and skills

**structural unemployment**
unemployment that results because the number of jobs available in some labor markets is insufficient to provide a job for everyone who wants one

---

## FYI

### The Jobs Number

When the Bureau of Labor Statistics announces the unemployment rate at the beginning of every month, it also announces the number of jobs the economy has gained or lost. As an indicator of short-run economic trends, the jobs number gets as much attention as the unemployment rate.

Where does the jobs number come from? You might guess that it comes from the same survey of 60,000 households that yields the unemployment rate. And indeed the household survey does produce data on total employment. The jobs number that gets the most attention, however, comes from a separate survey of 160,000 business establishments, which have over 40 million workers on their payrolls. The results from the establishment survey are announced at the same time as the results from the household survey.

Both surveys yield information about total employment, but the results are not always the same. One reason is that the establishment survey has a larger sample, which makes it more reliable. Another

reason is that the surveys are not measuring exactly the same thing. For example, a person who has two part-time jobs at different companies would be counted as one employed person in the household survey but as two jobs in the establishment survey. As another example, a person running his own small business would be counted as employed in the household survey but would not show up at all in the establishment survey, because the establishment survey counts only employees on business payrolls.



The establishment survey is closely watched for its data on jobs, but it says nothing about unemployment. To measure the number of unemployed, we need to know how many people without jobs are trying to find them. The household survey is the only source of that information. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 28-2   Job Search

**job search**

the process by which workers find appropriate jobs given their tastes and skills

One reason economies always experience some unemployment is job search. **Job search** is the process of matching workers with appropriate jobs. If all workers and all jobs were the same, so that all workers were equally well suited for all jobs, job search would not be a problem. Laid-off workers would quickly find new jobs that were well suited for them. But in fact, workers differ in their tastes and skills, jobs differ in their attributes, and information about job candidates and job vacancies is disseminated slowly among the many firms and households in the economy.

### 28-2a   Why Some Frictional Unemployment Is Inevitable

Frictional unemployment is often the result of changes in the demand for labor among different firms. When consumers decide that they prefer Ford to General Motors cars, Ford increases employment and General Motors lays off workers. The former General Motors workers must now search for new jobs, and Ford must decide which new workers to hire for the various jobs that have opened up. The result of this transition is a period of unemployment.

Similarly, because different regions of the country produce different goods, employment can rise in one region while it falls in another. Consider, for instance, what happens when the world price of oil falls. Oil-producing firms in Texas and North Dakota respond to the lower price by cutting back on production and employment. At the same time, cheaper gasoline stimulates car sales, so auto-producing firms in Michigan and Ohio raise production and employment. The opposite happens when the world price of oil rises. Changes in the composition of demand among industries or regions are called *sectoral shifts*. Because it takes time for workers to search for jobs in the new sectors, sectoral shifts temporarily cause unemployment.

Changing patterns of international trade are also a source of frictional unemployment. In Chapter 3, we learned that nations export goods for which they have a comparative advantage and import goods for which other nations have a comparative advantage. Comparative advantage, however, need not be stable over time. As the world economy evolves, nations may find themselves importing and exporting different goods than they have in the past. Workers will therefore need to move among industries. As they make this transition, they may find themselves unemployed for a period of time.

Frictional unemployment is inevitable simply because the economy is always changing. For example, in the U.S. economy from 2004 to 2014, employment fell by 838,000 in construction and 2.1 million in manufacturing. During the same period, employment rose by 321,000 in mining, 629,000 in computer systems design, 1.9 million in food services, and 2.6 million in healthcare. This churning of the labor force is normal in a well-functioning and dynamic economy. Because workers tend to move toward those industries in which they are most valuable, the long-run result of the process is higher productivity and higher living standards. But along the way, workers in declining industries find themselves out of work and searching for new jobs. The result is some amount of frictional unemployment.

### 28-2b   Public Policy and Job Search

Even if some frictional unemployment is inevitable, the precise amount is not. The faster information spreads about job openings and worker availability, the more rapidly the economy can match workers and firms. The Internet, for instance, may

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

help facilitate job search and reduce frictional unemployment. In addition, public policy may play a role. If policy can reduce the time it takes unemployed workers to find new jobs, it can reduce the economy's natural rate of unemployment.

Government programs try to facilitate job search in various ways. One way is through government-run employment agencies, which give out information about job vacancies. Another way is through public training programs, which aim to ease workers' transition from declining to growing industries and to help disadvantaged groups escape poverty. Advocates of these programs believe that they make the economy operate more efficiently by keeping the labor force more fully employed and that they reduce the inequities inherent in a constantly changing market economy.

Critics of these programs question whether the government should get involved with the process of job search. They argue that it is better to let the private market match workers and jobs. In fact, most job search in our economy takes place without intervention by the government. Newspaper ads, online job sites, college career offices, headhunters, and word of mouth all help spread information about job openings and job candidates. Similarly, much worker education is done privately, either through schools or through on-the-job training. These critics contend that the government is no better—and most likely worse—at disseminating the right information to the right workers and deciding what kinds of worker training would be most valuable. They claim that these decisions are best made privately by workers and employers.

### 28-2c Unemployment Insurance

One government program that increases the amount of frictional unemployment, without intending to do so, is **unemployment insurance**. This program is designed to offer workers partial protection against job loss. The unemployed who quit their jobs, were fired for cause, or just entered the labor force are not eligible. Benefits are paid only to the unemployed who were laid off because their previous employers no longer needed their skills. The terms of the program vary over time and across states, but a typical worker covered by unemployment insurance in the United States receives 50 percent of his former wages for 26 weeks.

**unemployment insurance**
a government program that partially protects workers' incomes when they become unemployed

While unemployment insurance reduces the hardship of unemployment, it also increases the amount of unemployment. The explanation is based on one of the *Ten Principles of Economics* in Chapter 1: People respond to incentives. Because unemployment benefits stop when a worker takes a new job, the unemployed devote less effort to job search and are more likely to turn down unattractive job offers. In addition, because unemployment insurance makes unemployment less onerous, workers are less likely to seek guarantees of job security when they negotiate with employers over the terms of employment.

Many studies by labor economists have analyzed the incentive effects of unemployment insurance. One study examined an experiment run by the state of Illinois in 1985. When unemployed workers applied to collect unemployment insurance benefits, the state randomly selected some of them and offered each a $500 bonus if they found new jobs within 11 weeks. This group was then compared to a control group not offered the incentive. The average spell of unemployment for the group offered the bonus was 7 percent shorter than the average spell for the control group. This experiment shows that the design of the unemployment insurance system influences the effort that the unemployed devote to job search.

Several other studies examined search effort by following a group of workers over time. Unemployment insurance benefits, rather than lasting forever, usually

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

run out after 6 months or 1 year. These studies found that when the unemployed become ineligible for benefits, the probability of their finding a new job rises markedly. Thus, receiving unemployment insurance benefits does reduce the search effort of the unemployed.

Even though unemployment insurance reduces search effort and raises unemployment, we should not necessarily conclude that the policy is bad. The program does achieve its primary goal of reducing the income uncertainty that workers face. In addition, when workers turn down unattractive job offers, they have the opportunity to look for jobs that better suit their tastes and skills. Some economists argue that unemployment insurance improves the ability of the economy to match each worker with the most appropriate job.

The study of unemployment insurance shows that the unemployment rate is an imperfect measure of a nation's overall level of economic well-being. Most economists agree that eliminating unemployment insurance would reduce the amount of unemployment in the economy. Yet economists disagree on whether economic well-being would be enhanced or diminished by this change in policy.

**Quick Quiz**   *How would an increase in the world price of oil affect the amount of frictional unemployment? Is this unemployment undesirable? What public policies might affect the amount of unemployment caused by this price change?*

## 28-3 Minimum-Wage Laws

Having seen how frictional unemployment results from the process of matching workers and jobs, let's now examine how structural unemployment results when the number of jobs is insufficient for the number of workers.

To understand structural unemployment, we begin by reviewing how minimum-wage laws can cause unemployment. Minimum wages are not the predominant reason for unemployment in our economy, but they have an important effect on certain groups with particularly high unemployment rates. Moreover, the analysis of minimum wages is a natural place to start because, as we will see, it can be used to understand some of the other reasons for structural unemployment.

Figure 4 reviews the basic economics of a minimum wage. When a minimum-wage law forces the wage to remain above the level that balances supply and demand, it raises the quantity of labor supplied and reduces the quantity of labor demanded compared to the equilibrium level. There is a surplus of labor. Because there are more workers willing to work than there are jobs, some workers are unemployed.

While minimum-wage laws are one reason unemployment exists in the U.S. economy, they do not affect everyone. The vast majority of workers have wages well above the legal minimum, so the law does not prevent most wages from adjusting to balance supply and demand. Minimum-wage laws matter most for the least skilled and least experienced members of the labor force, such as teenagers. Their equilibrium wages tend to be low and, therefore, are more likely to fall below the legal minimum. It is only among these workers that minimum-wage laws explain the existence of unemployment.

Figure 4 is drawn to show the effects of a minimum-wage law, but it also illustrates a more general lesson: *If the wage is kept above the equilibrium level for any reason, the result is unemployment.* Minimum-wage laws are just one reason wages

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



### FIGURE 4

**Unemployment from a Wage above the Equilibrium Level**
In this labor market, supply and demand are balanced at the wage $W_E$. At this equilibrium wage, the quantity of labor supplied and the quantity of labor demanded both equal $L_E$. By contrast, if the wage is forced to remain above the equilibrium level, perhaps because of a minimum-wage law, the quantity of labor supplied rises to $L_S$ and the quantity of labor demanded falls to $L_D$. The resulting surplus of labor, $L_S - L_D$, represents unemployment.

may be "too high." In the remaining two sections of this chapter, we consider two other reasons wages may be kept above the equilibrium level: unions and efficiency wages. The basic economics of unemployment in these cases is the same as that shown in Figure 4, but these explanations of unemployment can apply to many more of the economy's workers.

At this point, however, we should stop and notice that the structural unemployment that arises from an above-equilibrium wage is, in an important sense, different from the frictional unemployment that arises from the process of job search. The need for job search is not due to the failure of wages to balance labor supply and labor demand. When job search is the explanation for unemployment, workers are *searching* for the jobs that best suit their tastes and skills. By contrast, when the wage is above the equilibrium level, the quantity of labor supplied exceeds the quantity of labor demanded, and workers are unemployed because they are *waiting* for jobs to open up.

**QuickQuiz**  *Draw the supply curve and the demand curve for a labor market in which the wage is fixed above the equilibrium level. Show the quantity of labor supplied, the quantity demanded, and the amount of unemployment.*

### WHO EARNS THE MINIMUM WAGE?

**CASE STUDY**

In 2015, the Department of Labor released a study of which workers reported earnings at or below the minimum wage in 2014, when the minimum wage was $7.25 per hour. (A reported wage below the minimum is possible because some workers are exempt from the statute, because enforcement is imperfect, and because some workers round down when reporting their wages on surveys.) Here is a summary of the findings:

- In 2014, 77 million workers were paid at hourly rates (as opposed to being on salary or self-employed), representing about half of the labor force. Among

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

IN THE NEWS

## Should the minimum wage be raised to $15 an hour?

*An economist who studies the minimum wage says there are better ways to help the working poor.*

### Why Market Forces Will Overwhelm a Higher Minimum Wage

**By David Neumark**

The slogans are everywhere: Fight for 15; People Not Profits; One Job Should Be Enough. Worsening income inequality and the persistence of poverty have spurred a movement to raise the minimum wage, at both the national and state levels. Some West Coast cities have already voted to boost their minimum wage to $15, or more than double the federal standard. And Los Angeles is now considering a similarly aggressive move.

The labor market problems that these higher minimum wages are intended to fix are very real. But would a higher wage floor address the underlying problems? A large body of research shows that the answer is almost certainly no, and that there are better solutions, although they are harder for policymakers to embrace.

There are several reasons why workers' wages are currently too low to provide what many view

as an acceptable standard of living. One big factor is that technological changes have increased the value of higher-skilled work and reduced the value of lower-skilled work. Globalization, meanwhile, has brought many lower-skilled American workers into greater competition with their counterparts in other countries.

Simply requiring employers to pay $15 won't provide much ballast against these market forces. In fact, data indicate that minimum wages are ineffective at delivering benefits to poor or low-income families, and that many of the benefits flow to higher-income families. That's because minimum wages target low wages rather than low family incomes. And many minimum-wage workers are not poor or even in low-income families; nearly a quarter are teenagers who will eventually find better-paid jobs. Moreover, most poor families have no workers at all.

As a result, for every $5 in higher wages that a higher minimum imposes on employers, only about $1 goes to poor families, whereas roughly twice as much goes to families with incomes above the median.

Higher minimum wages also reduce employment for the least-skilled workers. Certainly not



every one of the hundreds of studies on the topic confirms this conclusion. But there are also studies claiming that humans have not contributed to climate change, and that supply-side economics did not contribute to massive budget deficits. The most comprehensive survey of minimum wage studies, which I conducted with William Wascher of the Federal Reserve System, found that two-thirds of studies point to negative employment effects, as do over 80% of the more credible studies.

Yet another reason to be wary of raising the minimum wage is that modest job loss overall may mask much steeper job loss among the least skilled. Economists use the phrase "labor-labor substitution" to describe employers responding to a higher minimum wage by replacing their lowest-skilled workers with higher-skilled workers, whom they are more willing to hire at the higher minimum.

Based on my research, I think it is likely that a $15 minimum wage in Los Angeles will lead

hourly paid workers, about 4 percent reported wages at or below the prevailing federal minimum. Thus, the minimum wage directly affects about 2 percent of all workers.

- Minimum-wage workers are more likely to be female. Among hourly paid workers, 5 percent of women had wages at or below the minimum wage, compared with 3 percent of men.
- Minimum-wage workers tend to be young. Among employed teenagers (ages 16 to 19) paid by the hour, about 15 percent earned the minimum wage or less, compared with 3 percent of hourly paid workers age 25 and older.
- Minimum-wage workers tend to be less educated. Among hourly paid workers age 16 and older, about 7 percent of those without a high school diploma earned the minimum wage or less, compared with about 4 percent of those who completed a high school diploma (but did not attend college) and about 2 percent for those who had obtained a college degree.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

some teenagers currently focused on their education to take part-time jobs at the new, higher minimum, and displace low-skilled workers from the jobs they now hold. That seems like a bad outcome.

If we really want to help low-skilled workers, we need to recognize that the solutions that actually work are expensive, difficult to achieve or both.

Guaranteeing a minimally acceptable standard of living for those who work entails redistribution of some kind. Minimum wage is one form of redistribution — although we don't always think of it as such — but it's a blunt instrument. Using the tax system is clearly better.

The Earned Income Tax Credit, for instance, targets low-income families very well. Research establishes that it provides generous government subsidies to these families' labor market earnings and that it leads more people to work, which probably explains its bipartisan support.

Some decry the EITC as "corporate welfare," because the labor market entry it encourages pushes down market wages. But that is precisely why it increases employment. If it did not lower wages, employers would not hire additional workers, and those not hired would be more dependent on public programs.

Of course we could still do more. We could make the EITC more generous, including increasing it for those without children who



are eligible only for minuscule payments. More radically, we might consider whether all low-income families, irrespective of employment, should receive more general income support in the form of direct cash payments. One might think of these payments as a "public dividend" from the extraordinary productivity of the U.S. economy, which has permitted those at the top to earn dramatically increasing salaries while incomes at the bottom have stagnated.

These alternative policies would have to be financed by higher taxes, but that's a good thing. Redistribution through taxes is paid for by those with the highest incomes. In contrast, higher minimum wages are paid for by those who happen to own businesses in low-wage industries, and the consumers of the products of those industries, who are more likely to be poor.

Progressives who want to help low-income families by pushing for higher minimum wages would do better to channel their energy toward methods of redistribution that do less to harm the least-skilled, and more to help them.

And assuming that something is going to change in response to stagnating incomes, conservatives may be happier with the consequences of well-designed redistribution policies than the kind of high minimum wage floor Los Angeles is contemplating. For now, redistribution is a dead letter that provokes anguished cries of "socialism." But it doesn't have to be. ■

*David Neumark is Chancellor's Professor of Economics at University of California at Irvine.*

**Source:** *Los Angeles Times,* May 15, 2015.

- Minimum-wage workers are more likely to be working part-time. Among part-time workers (those who usually work less than 35 hours per week), 10 percent were paid the minimum wage or less, compared to 2 percent of full-time workers.
- The industry with the highest proportion of workers with reported hourly wages at or below the minimum wage was leisure and hospitality (18 percent). Over half of all workers paid at or below the minimum wage were employed in this industry, primarily in food services and drinking establishments. For many of these workers, tips supplement the hourly wages received.
- The proportion of hourly paid workers earning the prevailing federal minimum wage or less has changed substantially over time. It trended downward from 13 percent in 1979, when data collection first began on a regular basis, to 2 percent in 2006. It then increased to 4 percent in 2014. This recent increase is in part attributable to a legislated increase in the minimum wage from $5.15 per hour in 2006 to $7.25 per hour in 2014. ●

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# 28-4 Unions and Collective Bargaining

**union**

a worker association that bargains with employers over wages, benefits, and working conditions

A **union** is a worker association that bargains with employers over wages, benefits, and working conditions. Only 11 percent of U.S. workers now belong to unions, but unions played a much larger role in the U.S. labor market in the past. In the 1940s and 1950s, when union membership was at its peak, about a third of the U.S. labor force was unionized.

Moreover, for a variety of historical reasons, unions continue to play a large role in many European countries. In Belgium, Norway, and Sweden, for instance, more than half of workers belong to unions. In France and Germany, a majority of workers have wages set by collective bargaining by law, even though only some of these workers are themselves union members. In these cases, wages are not determined by the equilibrium of supply and demand in competitive labor markets.

## 28-4a The Economics of Unions

A union is a type of cartel. Like any cartel, a union is a group of sellers acting together in the hope of exerting their joint market power. Most workers in the U.S. economy discuss their wages, benefits, and working conditions with their employers as individuals. By contrast, workers in a union do so as a group. The process by which unions and firms agree on the terms of employment is called **collective bargaining**.

**collective bargaining**

the process by which unions and firms agree on the terms of employment

**strike**

the organized withdrawal of labor from a firm by a union

When a union bargains with a firm, it asks for higher wages, better benefits, and better working conditions than the firm would offer in the absence of a union. If the union and the firm do not reach agreement, the union can organize a withdrawal of labor from the firm, called a **strike**. Because a strike reduces production, sales, and profit, a firm facing a strike threat is likely to agree to pay higher wages than it otherwise would. Economists who study the effects of unions typically find that union workers earn about 10 to 20 percent more than similar workers who do not belong to unions.

When a union raises the wage above the equilibrium level, it raises the quantity of labor supplied and reduces the quantity of labor demanded, resulting in unemployment. Workers who remain employed at the higher wage are better off, but those who were previously employed and are now unemployed are worse off. Indeed, unions are often thought to cause conflict between different groups of workers—between the *insiders* who benefit from high union wages and the *outsiders* who do not get the union jobs.

The outsiders can respond to their status in one of two ways. Some of them remain unemployed and wait for the chance to become insiders and earn the high union wage. Others take jobs in firms that are not unionized. Thus, when unions raise wages in one part of the economy, the supply of labor increases in other parts of the economy. This increase in labor supply, in turn, reduces wages in industries that are not unionized. In other words, workers in unions reap the benefit of collective bargaining, while workers not in unions bear some of the cost.

The role of unions in the economy depends in part on the laws that govern union organization and collective bargaining. Normally, explicit agreements among members of a cartel are illegal. When firms selling similar products agree to set high prices, the agreement is considered a "conspiracy in restraint of trade," and the government prosecutes the firms in civil and criminal court for violating the antitrust laws. By contrast, unions are exempt from these laws. The policymakers who wrote the antitrust laws believed that workers needed greater market power as they bargained with employers. Indeed, various laws are designed to

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

encourage the formation of unions. In particular, the Wagner Act of 1935 prevents employers from interfering when workers try to organize unions and requires employers to bargain with unions in good faith. The National Labor Relations Board (NLRB) is the government agency that enforces workers' right to unionize.

Legislation affecting the market power of unions is a perennial topic of political debate. State lawmakers sometimes debate *right-to-work laws*, which give workers in a unionized firm the right to choose whether to join the union. In the absence of such laws, unions can insist during collective bargaining that firms make union membership a requirement for employment. At times, lawmakers in Washington have debated a proposed law that would prevent firms from hiring permanent replacements for workers who are on strike. This law would make strikes more costly for firms, thereby increasing the market power of unions. These and similar policy decisions will help determine the future of the union movement.



*"Gentlemen, nothing stands in the way of a final accord except that management wants profit maximization and the union wants more moola."*

### 28-4b  Are Unions Good or Bad for the Economy?

Economists disagree about whether unions are good or bad for the economy as a whole. Let's consider both sides of the debate.

Critics argue that unions are merely a type of cartel. When unions raise wages above the level that would prevail in competitive markets, they reduce the quantity of labor demanded, cause some workers to be unemployed, and reduce the wages in the rest of the economy. The resulting allocation of labor is, critics argue, both inefficient and inequitable. It is inefficient because high union wages reduce employment in unionized firms below the efficient, competitive level. It is inequitable because some workers benefit at the expense of other workers.

Advocates contend that unions are a necessary antidote to the market power of the firms that hire workers. The extreme case of this market power is the "company town," where a single firm does most of the hiring in a geographical region. In a company town, if workers do not accept the wages and working conditions that the firm offers, they have little choice but to move or stop working. In the absence of a union, therefore, the firm could use its market power to pay lower wages and offer worse working conditions than would prevail if it had to compete with other firms for the same workers. In this case, a union may balance the firm's market power and protect the workers from being at the mercy of the firm's owners.

Advocates of unions also claim that unions are important for helping firms respond efficiently to workers' concerns. Whenever a worker takes a job, the worker and the firm must agree on many attributes of the job in addition to the wage: hours of work, overtime, vacations, sick leave, health benefits, promotion schedules, job security, and so on. By representing workers' views on these issues, unions allow firms to provide the right mix of job attributes. Even if unions have the adverse effect of pushing wages above the equilibrium level and causing unemployment, they have the benefit of helping firms keep a happy and productive workforce.

In the end, there is no consensus among economists about whether unions are good or bad for the economy. Like many institutions, their influence is probably beneficial in some circumstances and adverse in others.

**Quick Quiz**  *How does a union in the auto industry affect wages and employment at General Motors and Ford? How does it affect wages and employment in other industries?*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## 28-5 The Theory of Efficiency Wages

**efficiency wages**
above-equilibrium wages
paid by firms to increase
worker productivity

A fourth reason economies always experience some unemployment—in addition to job search, minimum-wage laws, and unions—is suggested by the theory of **efficiency wages**. According to this theory, firms operate more efficiently if wages are above the equilibrium level. Therefore, it may be profitable for firms to keep wages high even in the presence of a surplus of labor.

In some ways, the unemployment that arises from efficiency wages is similar to the unemployment that arises from minimum-wage laws and unions. In all three cases, unemployment is the result of wages above the level that balances the quantity of labor supplied and the quantity of labor demanded. Yet there is also an important difference. Minimum-wage laws and unions prevent firms from lowering wages in the presence of a surplus of workers. Efficiency-wage theory states that such a constraint on firms is unnecessary in many cases because firms may be better off keeping wages above the equilibrium level.

Why should firms want to keep wages high? This decision may seem odd at first, for wages are a large part of firms' costs. Normally, we expect profit-maximizing firms to want to keep costs—and therefore wages—as low as possible. The novel insight of efficiency-wage theory is that paying high wages might be profitable because they might raise the efficiency of a firm's workers.

There are several types of efficiency-wage theory. Each type suggests a different explanation for why firms may want to pay high wages. Let's now consider four of these types.

### 28-5a Worker Health

The first and simplest type of efficiency-wage theory emphasizes the link between wages and worker health. Better-paid workers eat a more nutritious diet, and workers who eat a better diet are healthier and more productive. A firm may find it more profitable to pay high wages and have healthy, productive workers than to pay lower wages and have less healthy, less productive workers.

This type of efficiency-wage theory can be relevant for explaining unemployment in less developed countries where inadequate nutrition can be a problem. In these countries, firms may fear that cutting wages would, in fact, adversely influence their workers' health and productivity. In other words, nutrition concerns may explain why firms maintain above-equilibrium wages despite a surplus of labor. Worker health concerns are far less relevant for firms in rich countries such as the United States, where the equilibrium wages for most workers are well above the level needed for an adequate diet.

### 28-5b Worker Turnover

A second type of efficiency-wage theory emphasizes the link between wages and worker turnover. Workers quit jobs for many reasons: to take jobs at other firms, to move to other parts of the country, to leave the labor force, and so on. The frequency with which they quit depends on the entire set of incentives they face, including the benefits of leaving and the benefits of staying. The more a firm pays its workers, the less often its workers will choose to leave. Thus, a firm can reduce turnover among its workers by paying them a high wage.

Why do firms care about turnover? The reason is that it is costly for firms to hire and train new workers. Moreover, even after they are trained, newly hired workers are not as productive as experienced ones. Firms with higher turnover,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



therefore, will tend to have higher production costs. Firms may find it profitable to pay wages above the equilibrium level to reduce worker turnover.

### 28-5c Worker Quality

A third type of efficiency-wage theory emphasizes the link between wages and worker quality. All firms want workers who are talented, and they strive to pick the best applicants to fill job openings. But because firms cannot perfectly gauge the quality of applicants, hiring has a degree of randomness to it. When a firm pays a high wage, it attracts a better pool of workers to apply for its jobs and thereby increases the quality of its workforce. If the firm responded to a surplus of labor by reducing the wage, the most competent applicants—who are more likely to have better alternative opportunities than less competent applicants—may choose not to apply. If this influence of the wage on worker quality is strong enough, it may be profitable for the firm to pay a wage above the level that balances supply and demand.

### 28-5d Worker Effort

A fourth and final type of efficiency-wage theory emphasizes the link between wages and worker effort. In many jobs, workers have some discretion over how hard to work. As a result, firms monitor the efforts of their workers, and workers caught shirking their responsibilities are fired. But because monitoring is costly and imperfect, not all shirkers are caught immediately. A firm in such a circumstance is always looking for ways to deter shirking.

One solution is paying wages above the equilibrium level. High wages make workers more eager to keep their jobs and thus motivate them to put forward their best effort. If the wage were at the level that balanced supply and demand, workers would have less reason to work hard because if they were fired, they could quickly find new jobs at the same wage. Therefore, firms may raise wages above the equilibrium level to provide an incentive for workers not to shirk their responsibilities.

**CASE STUDY**

**HENRY FORD AND THE VERY GENEROUS $5-A-DAY WAGE**

Henry Ford was an industrial visionary. As founder of the Ford Motor Company, he was responsible for introducing modern techniques of production. Rather than building cars with small teams of skilled craftsmen, Ford built cars on assembly lines in which unskilled workers were taught to perform the same simple tasks over and over again. The output of this assembly process was the Model T Ford, one of the most famous early automobiles.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

In 1914, Ford introduced another innovation: the $5 workday. This might not seem like much today, but back then $5 was about twice the going wage. It was also far above the wage that balanced supply and demand. When the new $5-a-day wage was announced, long lines of job seekers formed outside the Ford factories. The number of workers willing to work at this wage far exceeded the number of workers Ford needed.

Ford's high-wage policy had many of the effects predicted by efficiency-wage theory. Turnover fell, absenteeism fell, and productivity rose. Workers were so much more efficient that Ford's production costs were lower despite higher wages. Thus, paying a wage above the equilibrium level was profitable for the firm. An historian of the early Ford Motor Company wrote, "Ford and his associates freely declared on many occasions that the high-wage policy turned out to be good business. By this they meant that it had improved the discipline of the workers, given them a more loyal interest in the institution, and raised their personal efficiency." Henry Ford himself called the $5-a-day wage "one of the finest cost-cutting moves we ever made."

Why did it take a Henry Ford to introduce this efficiency wage? Why were other firms not already taking advantage of this seemingly profitable business strategy? According to some analysts, Ford's decision was closely linked to his use of the assembly line. Workers organized in an assembly line are highly interdependent. If one worker is absent or works slowly, other workers are less able to complete their own tasks. Thus, while assembly lines made production more efficient, they also raised the importance of low worker turnover, high worker effort, and high worker quality. As a result, paying efficiency wages may have been a better strategy for the Ford Motor Company than for other businesses at the time. ●

 *Give four explanations for why firms might find it profitable to pay wages above the level that balances quantity of labor supplied and quantity of labor demanded.*

## 28-6 Conclusion

In this chapter, we discussed the measurement of unemployment and the reasons economies always experience some degree of unemployment. We have seen how job search, minimum-wage laws, unions, and efficiency wages can all help explain why some workers do not have jobs. Which of these four explanations for the natural rate of unemployment are the most important for the U.S. economy and other economies around the world? Unfortunately, there is no easy way to tell. Economists differ in which of these explanations of unemployment they consider most important.

The analysis in this chapter yields an important lesson: Although the economy will always have some unemployment, its natural rate does change over time. Many events and policies can alter the amount of unemployment the economy typically experiences. As the information revolution changes the process of job search, as Congress and state legislatures adjust the minimum wage, as workers form or quit unions, and as firms change their reliance on efficiency wages, the natural rate of unemployment evolves. Unemployment is not a simple problem with a simple solution. But how we choose to organize our society can profoundly influence how prevalent a problem it is.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## CHAPTER QuickQuiz

1. The population of Ectenia is 100 people: 40 work full-time, 20 work half-time but would prefer to work full-time, 10 are looking for a job, 10 would like to work but are so discouraged they have given up looking, 10 are not interested in working because they are full-time students, and 10 are retired. What is the number of unemployed?
   a. 10
   b. 20
   c. 30
   d. 40

2. Using the numbers in the preceding question, what is the size of Ectenia's labor force?
   a. 50
   b. 60
   c. 70
   d. 80

3. The main policy goal of the unemployment insurance system is to reduce the
   a. search effort of the unemployed.
   b. income uncertainty that workers face.
   c. role of unions in wage setting.
   d. amount of frictional unemployment.

4. In a competitive labor market, when the government increases the minimum wage, the result is a(n) _____ in the quantity of labor supplied and a(n) _____ in the quantity of labor demanded.
   a. increase, increase
   b. increase, decrease
   c. decrease, increase
   d. decrease, decrease

5. Unionized workers are paid about _____ percent more than similar nonunion workers.
   a. 2
   b. 5
   c. 15
   d. 40

6. According to the theory of efficiency wages,
   a. firms may find it profitable to pay above-equilibrium wages.
   b. an excess supply of labor puts downward pressure on wages.
   c. sectoral shifts are the main source of frictional unemployment.
   d. right-to-work laws reduce the bargaining power of unions.

## SUMMARY

- The unemployment rate is the percentage of those who would like to work who do not have jobs. The Bureau of Labor Statistics calculates this statistic monthly based on a survey of thousands of households.
- The unemployment rate is an imperfect measure of joblessness. Some people who call themselves unemployed may actually not want to work, and some people who would like to work have left the labor force after an unsuccessful search and therefore are not counted as unemployed.
- In the U.S. economy, most people who become unemployed find work within a short period of time. Nonetheless, most unemployment observed at any given time is attributable to the few people who are unemployed for long periods of time.
- One reason for unemployment is the time it takes workers to search for jobs that best suit their tastes and skills. This frictional unemployment is increased as a result of unemployment insurance, a government policy designed to protect workers' incomes.

- A second reason our economy always has some unemployment is minimum-wage laws. By raising the wage of unskilled and inexperienced workers above the equilibrium level, minimum-wage laws raise the quantity of labor supplied and reduce the quantity demanded. The resulting surplus of labor represents unemployment.
- A third reason for unemployment is the market power of unions. When unions push the wages in unionized industries above the equilibrium level, they create a surplus of labor.
- A fourth reason for unemployment is suggested by the theory of efficiency wages. According to this theory, firms find it profitable to pay wages above the equilibrium level. High wages can improve worker health, lower worker turnover, raise worker quality, and increase worker effort.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## KEY CONCEPTS

labor force, p. 579
unemployment rate, p. 579
labor-force participation rate, p. 580
natural rate of unemployment, p. 581
cyclical unemployment, p. 581

discouraged workers, p. 583
frictional unemployment, p. 585
structural unemployment, p. 585
job search, p. 586
unemployment insurance, p. 587

union, p. 592
collective bargaining, p. 592
strike, p. 592
efficiency wages, p. 594

## QUESTIONS FOR REVIEW

1. What are the three categories into which the Bureau of Labor Statistics divides everyone? How does the BLS compute the labor force, the unemployment rate, and the labor-force participation rate?

2. Is unemployment typically short-term or long-term? Explain.

3. Why is frictional unemployment inevitable? How might the government reduce the amount of frictional unemployment?

4. Are minimum-wage laws a better explanation for structural unemployment among teenagers or among college graduates? Why?

5. How do unions affect the natural rate of unemployment?

6. What claims do advocates of unions make to argue that unions are good for the economy?

7. Explain four ways in which a firm might increase its profits by raising the wages it pays.

## PROBLEMS AND APPLICATIONS

1. In June 2009, at the trough of the Great Recession, the Bureau of Labor Statistics announced that of all adult Americans, 140,196,000 were employed, 14,729,000 were unemployed, and 80,729,000 were not in the labor force. Use this information to calculate:
   a. the adult population
   b. the labor force
   c. the labor-force participation rate
   d. the unemployment rate

2. Explain whether each of the following events increases, decreases, or has no effect on the unemployment rate and the labor-force participation rate.
   a. After a long search, Jon finds a job.
   b. Tyrion, a full-time college student, graduates and is immediately employed.
   c. After an unsuccessful job search, Arya gives up looking and retires.
   d. Daenerys quits her job to become a stay-at-home mom.
   e. Sansa has a birthday, becomes an adult, but has no interest in working.
   f. Jaime has a birthday, becomes an adult, and starts looking for a job.

   g. Cersei ies w i e enjoying retirement.
   h. Jorah dies working long hours at the office.

3. Go to the website of the Bureau of Labor Statistics (http://www.bls.gov). What is the national unemployment rate right now? Find the unemployment rate for the demographic group that best fits a description of you (for example, based on age, sex, and race). Is it higher or lower than the national average? Why do you think this is so?

4. Between January 2010 and January 2016, U.S. employment increased by 12.1 million workers, but the number of unemployed workers declined by only 7.3 million. How are these numbers consistent with each other? Why might one expect a reduction in the number of people counted as unemployed to be smaller than the increase in the number of people employed?

5. Economists use labor-market data to evaluate how well an economy is using its most valuable resource—its people. Two closely watched statistics are the unemployment rate and the employment–population ratio (calculated as the percentage of the adult population that is employed). Explain what happens to each of these in the following scenarios. In your opinion,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

which statistic is the more meaningful gauge of how well the economy is doing?

a. An auto company goes bankrupt and lays off its workers, who immediately start looking for new jobs.

b. After an unsuccessful search, some of the laid-off workers quit looking for new jobs.

c. Numerous students graduate from college but cannot find work.

d. Numerous students graduate from college and immediately begin new jobs.

e. A stock market boom induces newly enriched 60-year-old workers to take early retirement.

f. Advances in healthcare prolong the life of many retirees.

6. Are the following workers more likely to experience short-term or long-term unemployment? Explain.

a. a construction worker who is laid off because of bad weather

b. a manufacturing worker who loses his job at a plant in an isolated area

c. a stagecoach-industry worker who is laid off because of competition from railroads

d. a short-order cook who loses his job when a new restaurant opens across the street

e. an expert welder with little formal education who loses his job when the company installs automatic welding machinery

7. Using a diagram of the labor market, show the effect of an increase in the minimum wage on the wage paid to workers, the number of workers supplied, the number of workers demanded, and the amount of unemployment.

8. Consider an economy with two labor markets—one for manufacturing workers and one for service workers. Suppose initially that neither is unionized.

a. If manufacturing workers formed a union, what impact would you predict on the wages and employment in manufacturing?

b. How would these changes in the manufacturing labor market affect the supply of labor in the market for service workers? What would happen to the equilibrium wage and employment in this labor market?

9. Structural unemployment is sometimes said to result from a mismatch between the job skills that employers want and the job skills that workers have. To explore

this idea, consider an economy with two industries: auto manufacturing and aircraft manufacturing.

a. If workers in these two industries require similar amounts of training, and if workers at the beginning of their careers can choose which industry to train for, what would you expect to happen to the wages in these two industries? How long would this process take? Explain.

b. Suppose that one day the economy opens itself to international trade and, as a result, starts importing autos and exporting aircraft. What would happen to the demand for labor in these two industries?

c. Suppose that workers in one industry cannot be quickly retrained for the other. How would these shifts in demand affect equilibrium wages both in the short run and in the long run?

d. If for some reason wages fail to adjust to the new equilibrium levels, what would occur?

10. Suppose that Congress passes a law requiring employers to provide employees some benefit (such as healthcare) that raises the cost of an employee by $4 per hour.

a. What effect does this employer mandate have on the demand for labor? (In answering this and the following questions, be quantitative when you can.)

b. If employees place a value on this benefit exactly equal to its cost, what effect does this employer mandate have on the supply of labor?

c. If the wage can freely adjust to balance supply and demand, how does this law affect the wage and the level of employment? Are employers better or worse off? Are employees better or worse off?

d. Suppose that, before the mandate, the wage in this market was $3 above the minimum wage. In this case, how does the employer mandate affect the wage, the level of employment, and the level of unemployment?

e. Now suppose that workers do not value the mandated benefit at all. How does this alternative assumption change your answers to parts (b) and (c)?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 230 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 231 of 468

# PART X

# Money and Prices in the Long Run



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203


Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203
Case 1:23-cv-00629-CCE-JLW     Document 9-1     Filed 07/31/23     Page 233 of 468

# The Monetary System

**W**hen you walk into a restaurant to buy a meal, you get something of value—a full stomach. To pay for this service, you might hand the restaurateur several worn-out pieces of greenish paper decorated with strange symbols, government buildings, and the portraits of famous dead Americans. Or you might hand her a single piece of paper with the name of a bank and your signature. Or you might show her a plastic card and sign a paper slip. Whether you pay by cash, check, or debit card, the restaurateur is happy to work hard to satisfy your gastronomical desires in exchange for these pieces of paper, which, in and of themselves, are worthless.

Anyone who has lived in a modern economy is familiar with this social custom. Even though paper money has no intrinsic value, the restaurateur is confident



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02

that, in the future, some third person will accept it in exchange for something that the restaurateur does value. And that third person is confident that some fourth person will accept the money, with the knowledge that yet a fifth person will accept the money . . . and so on. To the restaurateur and to other people in our society, your cash, check, or debit card receipt represents a claim to goods and services in the future.

The social custom of using money for transactions is extraordinarily useful in a large, complex society. Imagine, for a moment, that there was no item in the economy widely accepted in exchange for goods and services. People would have to rely on *barter*—the exchange of one good or service for another—to obtain the things they need. To get your restaurant meal, for instance, you would have to offer the restaurateur something of immediate value. You could offer to wash some dishes, mow her lawn, or give her your family's secret recipe for meat loaf. An economy that relies on barter will have trouble allocating its scarce resources efficiently. In such an economy, trade is said to require the *double coincidence of wants*—the unlikely occurrence that two people each have a good or service that the other wants.

The existence of money makes trade easier. The restaurateur does not care whether you can produce a valuable good or service for her. She is happy to accept your money, knowing that other people will do the same for her. Such a convention allows trade to be roundabout. The restaurateur accepts your money and uses it to pay her chef; the chef uses her paycheck to send her child to day care; the day care center uses this tuition to pay a teacher; and the teacher hires you to mow her lawn. As money flows from person to person in the economy, it facilitates production and trade, thereby allowing each person to specialize in what she does best and raising everyone's standard of living.

In this chapter, we begin to examine the role of money in the economy. We discuss what money is, the various forms that money takes, how the banking system helps create money, and how the government controls the quantity of money in circulation. Because money is so important in the economy, we devote much effort in the rest of this book to learning how changes in the quantity of money affect various economic variables, including inflation, interest rates, production, and employment. Consistent with our long-run focus in the previous four chapters, in the next chapter we examine the long-run effects of changes in the quantity of money. The short-run effects of monetary changes are a more complex topic, which we take up later in the book. This chapter provides the background for all of this further analysis.

## 29-1 The Meaning of Money

What is money? This might seem like an odd question. When you read that billionaire Mark Zuckerberg has a lot of money, you know what that means: He is so rich that he can buy almost anything he wants. In this sense, the term *money* is used to mean *wealth.*

**money**
the set of assets in an economy that people regularly use to buy goods and services from other people

Economists, however, use the word in a more specific sense: **Money** is the set of assets in the economy that people regularly use to buy goods and services from each other. The cash in your wallet is money because you can use it to buy a meal at a restaurant or a shirt at a store. By contrast, if you happened to own a large share of Facebook, as Mark Zuckerberg does, you would be wealthy, but this asset is not considered a form of money. You could not buy a meal or a shirt with this wealth without first obtaining some cash. According to the economist's definition, money includes only those few types of wealth that are regularly accepted by sellers in exchange for goods and services.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 29-1a  The Functions of Money

Money has three functions in the economy: It is a *medium of exchange*, a *unit of account*, and a *store of value*. These three functions together distinguish money from other assets in the economy, such as stocks, bonds, real estate, art, and even baseball cards. Let's examine each of these functions of money.

A **medium of exchange** is an item that buyers give to sellers when they purchase goods and services. When you go to a store to buy a shirt, the store gives you the shirt and you give the store your money. This transfer of money from buyer to seller allows the transaction to take place. When you walk into a store, you are confident that the store will accept your money for the items it is selling because money is the commonly accepted medium of exchange.

A **unit of account** is the yardstick people use to post prices and record debts. When you go shopping, you might observe that a shirt costs $50 and a hamburger costs $5. Even though it would be accurate to say that the price of a shirt is 10 hamburgers and the price of a hamburger is $1/10$ of a shirt, prices are never quoted in this way. Similarly, if you take out a loan from a bank, the size of your future loan repayments will be measured in dollars, not in a quantity of goods and services. When we want to measure and record economic value, we use money as the unit of account.

A **store of value** is an item that people can use to transfer purchasing power from the present to the future. When a seller accepts money today in exchange for a good or service, that seller can hold the money and become a buyer of another good or service at another time. Money is not the only store of value in the economy: A person can also transfer purchasing power from the present to the future by holding nonmonetary assets such as stocks and bonds. The term *wealth* is used to refer to the total of all stores of value, including both money and nonmonetary assets.

Economists use the term **liquidity** to describe the ease with which an asset can be converted into the economy's medium of exchange. Because money is the economy's medium of exchange, it is the most liquid asset available. Other assets vary widely in their liquidity. Most stocks and bonds can be sold easily with small cost, so they are relatively liquid assets. By contrast, selling a house, a Rembrandt painting, or a 1948 Joe DiMaggio baseball card requires more time and effort, so these assets are less liquid.

When people decide how to allocate their wealth, they have to balance the liquidity of each possible asset against the asset's usefulness as a store of value. Money is the most liquid asset, but it is far from perfect as a store of value. When prices rise, the value of money falls. In other words, when goods and services become more expensive, each dollar in your wallet can buy less. This link between the price level and the value of money is key to understanding how money affects the economy, a topic we start to explore in the next chapter.

**medium of exchange**
an item that buyers give to sellers when they want to purchase goods and services

**unit of account**
the yardstick people use to post prices and record debts

**store of value**
an item that people can use to transfer purchasing power from the present to the future

**liquidity**
the ease with which an asset can be converted into the economy's medium of exchange

### 29-1b  The Kinds of Money

When money takes the form of a commodity with intrinsic value, it is called **commodity money**. The term *intrinsic value* means that the item would have value even if it were not used as money. One example of commodity money is gold. Gold has intrinsic value because it is used in industry and in the making of jewelry. Although today we no longer use gold as money, historically gold was a common form of money because it is relatively easy to carry, measure, and verify for impurities. When an economy uses gold as money (or uses paper money that is convertible into gold on demand), it is said to be operating under a *gold standard*.

**commodity money**
money that takes the form of a commodity with intrinsic value

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Another example of commodity money is cigarettes. In prisoner-of-war camps during World War II, prisoners traded goods and services with one another using cigarettes as the store of value, unit of account, and medium of exchange. Similarly, as the Soviet Union was breaking up in the late 1980s, cigarettes started replacing the ruble as the preferred currency in Moscow. In both cases, even nonsmokers were happy to accept cigarettes in an exchange, knowing that they could use the cigarettes to buy other goods and services.

**fiat money**
money without intrinsic value that is used as money by government decree

Money without intrinsic value is called **fiat money**. A *fiat* is an order or decree, and fiat money is established as money by government decree. For example, compare the paper dollars in your wallet (printed by the U.S. government) and the paper dollars from a game of Monopoly (printed by the Parker Brothers game company). Why can you use the first to pay your bill at a restaurant but not the second? The answer is that the U.S. government has decreed its dollars to be valid money. Each paper dollar in your wallet reads: "This note is legal tender for all debts, public and private."

Although the government is central to establishing and regulating a system of fiat money (by prosecuting counterfeiters, for example), other factors are also required for the success of such a monetary system. To a large extent, the acceptance of fiat money depends as much on expectations and social convention as on government decree. The Soviet government in the 1980s never abandoned the ruble as the official currency. Yet the people of Moscow preferred to accept cigarettes (or even American dollars) in exchange for goods and services because they were more confident that these alternative monies would be accepted by others in the future.

## IN THE NEWS

### Why Gold?

*For many centuries, when societies have used a form of commodity money, the most common choice has been the gold standard. This outcome may have a sound scientific basis.*

#### A Chemist Explains Why Gold Beat Out Lithium, Osmium, Einsteinium...

**By Jacob Goldstein and David Kestenbaum**

The periodic table lists 118 different chemical elements. And yet, for thousands of years, humans have really, really liked one of them in particular: gold. Gold has been used as money for millennia, and its price has been going through the roof.

Why gold? Why not osmium, lithium, or ruthenium?

We went to an expert to find out: Sanat Kumar, a chemical engineer at Columbia University. We asked him to take the periodic table, and start eliminating anything that wouldn't work as money.

The periodic table looks kind of like a bingo card. Each square has a different element in it—one for carbon, another for gold, and so on.

Sanat starts with the far-right column of the table. The elements there have a really appealing characteristic: They're not going to change. They're chemically stable.

But there's also a big drawback: They're gases. You could put all your gaseous money in a jar, but if you opened the jar, you'd be broke. So Sanat crosses out the right-hand column.

Then he swings over to the far left-hand column, and points to one of the elements there: Lithium



"If you expose lithium to air, it will cause a huge fire that can burn through concrete walls," he says.

Money that spontaneously bursts into flames is clearly a bad idea. In fact, you don't want your money undergoing any kind of spontaneous chemical reactions. And it turns out that a lot of the elements in the periodic table are pretty reactive.

Not all of them burst into flames. But sometimes they corrode, start to fall apart.

So Sanat crosses out another 38 elements, because they're too reactive.

Then we ask him about those two weird rows at the bottom of the table. They're always

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 29-1c  Money in the U.S. Economy

As we will see, the quantity of money circulating in the economy, called the *money stock*, has a powerful influence on many economic variables. But before we consider why that is true, we need to ask a preliminary question: What is the quantity of money? In particular, suppose you were given the task of measuring how much money there is in the U.S. economy. What would you include in your measure?

The most obvious asset to include is **currency**—the paper bills and coins in the hands of the public. Currency is clearly the most widely accepted medium of exchange in our economy. There is no doubt that it is part of the money stock.

Yet currency is not the only asset that you can use to buy goods and services. Many stores also accept personal checks. Wealth held in your checking account is almost as convenient for buying things as wealth held in your wallet. To measure the money stock, therefore, you might want to include **demand deposits**—balances in bank accounts that depositors can access on demand simply by writing a check or swiping a debit card at a store.

Once you start to consider balances in checking accounts as part of the money stock, you are led to consider the large variety of other accounts that people hold at banks and other financial institutions. Bank depositors usually cannot write checks against the balances in their savings accounts, but they can easily transfer funds from savings into checking accounts. In addition, depositors in money market mutual funds can often write checks against their balances. Thus, these other accounts should plausibly be part of the U.S. money stock.

**currency**
the paper bills and coins in the hands of the public

**demand deposits**
balances in bank accounts that depositors can access on demand by writing a check

---

broken out separately from the main table, and they have some great names—promethium, einsteinium.

But it turns out they're radioactive—put some einsteinium in your pocket, and a year later, you'll be dead.

So we're down from 118 elements to 30, and we've come up with a list of three key requirements:

1. Not a gas.
2. Doesn't corrode or burst into flames.
3. Doesn't kill you.

Now Sanat adds a new requirement: You want the thing you pick to be rare. This lets him cross off a lot of the boxes near the top of the table, because the elements clustered there tend to be more abundant.

At the same time, you don't want to pick an element that's too rare. So osmium—which apparently comes to earth via meteorites—gets the axe.

That leaves us with just five elements: rhodium, palladium, silver, platinum and gold. And



In Gold We Trust

all of them, as it happens, are considered precious metals.

But even here we can cross things out. Silver has been widely used as money, of course. But it's reactive—it tarnishes. So Sanat says it's not the best choice.

Early civilizations couldn't have used rhodium or palladium, because they weren't discovered until the early 1800s.

That leaves platinum and gold, both of which can be found in rivers and streams.

But if you were in the ancient world and wanted to make platinum coins, you would have needed some sort of magic furnace from the future. The melting point for platinum is over 3,000 degrees Fahrenheit.

Gold happens to melt at a much lower temperature, which made it much easier for pre-industrial people to work with.

So we ask Sanat: If we could run the clock back and start history again, could things go a different way, or would gold emerge again as the element of choice?

"For the earth, with every parameter we have, gold is the sweet spot," he says. "It would come out no other way." ■

**Source:** ©2010 National Public Radio, Inc. NPR news report titled "A Chemist Explains Why Gold Beat Out Lithium, Osmium, Einsteinium ..." by Jacob Goldstein and David Kestenbaum was originally published on NPR.org on November 19, 2010, and is used with the permission of NPR. Any unauthorized duplication is strictly prohibited.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



### FIGURE 1

**Two Measures of the Money Stock for the U.S. Economy**
The two most widely followed measures of the money stock are M1 and M2. This figure shows the size of each measure in January 2016.

Source: Federal Reserve.

In a complex economy such as ours, it is not easy to draw a line between assets that can be called "money" and assets that cannot. The coins in your pocket clearly are part of the money stock, and the Empire State Building clearly is not, but there are many assets in between these extremes for which the choice is less clear. Because different analysts can reasonably disagree about where to draw the dividing line between monetary and nonmonetary assets, various measures of the money stock are available for the U.S. economy. Figure 1 shows the two most commonly used, designated M1 and M2. M2 includes more assets in its measure of money than does M1.

For our purposes in this book, we need not dwell on the differences between the various measures of money. None of our discussion will hinge on the distinction between M1 and M2. The important point is that the money stock for the U.S. economy includes not only currency but also deposits in banks and other financial institutions that can be readily accessed and used to buy goods and services.

**CASE STUDY**

### WHERE IS ALL THE CURRENCY?

One puzzle about the money stock of the U.S. economy concerns the amount of currency. In January 2016, there was $1.4 trillion of currency outstanding. To put this number in perspective, we can divide it by 252 million, the number of adults (age 16 and older) in the United States. This calculation implies that the average adult holds over $5,500 of currency. Most people are surprised to learn that our economy has so much currency because they carry far less than this in their wallets.

Who is holding all this currency? No one knows for sure, but there are two plausible explanations.

The first explanation is that much of the currency is held abroad. In foreign countries without a stable monetary system, people often prefer U.S. dollars to domestic assets. Estimates suggest that over half of U.S. dollars circulate outside the United States.

The second explanation is that much of the currency is held by drug dealers, tax evaders, and other criminals. For most people in the U.S. economy, currency is not a particularly good way to hold wealth. Not only can currency be lost or stolen

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## FYI

### Why Credit Cards Aren't Money

It might seem natural to include credit cards as part of the economy's stock of money. After all, people use credit cards to make many of their purchases. Aren't credit cards, therefore, a medium of exchange?

At first this argument may seem persuasive, but credit cards are excluded from all measures of the quantity of money. The reason is that credit cards are not really a method of payment but rather a method of *deferring* payment. When you buy a meal with a credit card, the bank that issued the card pays the restaurant what it is due. At a later date, you will have to repay the bank (perhaps with interest). When the time comes to pay your credit card bill, you will probably do so by writing a check against your checking account. The balance in this checking account is part of the economy's stock of money.

Notice that credit cards are different from debit cards, which automatically withdraw funds from a bank account to pay for items bought. Rather than allowing the user to postpone payment for a purchase, a debit card gives the user immediate access to deposits in a bank account. In this sense, a debit card is more similar to a check than to a credit card. The account balances that lie behind debit cards are included in measures of the quantity of money.

Even though credit cards are not considered a form of money, they are nonetheless important for analyzing the monetary system. People who have credit cards can pay many of their bills together at the end of the month, rather than sporadically as they make purchases. As a result, people who have credit cards probably hold less money on average than people who do not have credit cards. Thus, the introduction and increased popularity of credit cards may reduce the amount of money that people choose to hold. ■



but it also does not earn interest, whereas a bank deposit does. Thus, most people hold only small amounts of currency. By contrast, criminals may avoid putting their wealth in banks because a bank deposit gives police a paper trail that they can use to trace illegal activities. For criminals, currency may be the best store of value available. ●

**QuickQuiz**  *List and describe the three functions of money.*

## 29-2 The Federal Reserve System

Whenever an economy uses a system of fiat money, as the U.S. economy does, some agency must be responsible for regulating the system. In the United States, that agency is the **Federal Reserve**, often simply called the **Fed**. If you look at the top of a dollar bill, you will see that it is called a "Federal Reserve Note." The Fed is an example of a **central bank**—an institution designed to oversee the banking system and regulate the quantity of money in the economy. Other major central banks around the world include the Bank of England, the Bank of Japan, and the European Central Bank.

**Federal Reserve (Fed)**
the central bank of the United States

**central bank**
an institution designed to oversee the banking system and regulate the quantity of money in the economy

### 29-2a The Fed's Organization

The Federal Reserve was created in 1913 after a series of bank failures in 1907 convinced Congress that the United States needed a central bank to ensure the health of the nation's banking system. Today, the Fed is run by its board of governors, which has seven members appointed by the president and confirmed by the Senate. The governors have 14-year terms. Just as federal judges are given

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

lifetime appointments to insulate them from politics, Fed governors are given long terms to give them independence from short-term political pressures when they formulate monetary policy.

Among the seven members of the board of governors, the most important is the chair. The chair directs the Fed staff, presides over board meetings, and testifies regularly about Fed policy in front of congressional committees. The president appoints the chair to a 4-year term. As this book was going to press, the chair of the Fed was Janet Yellen, a former economics professor who was appointed to the Fed job by President Barack Obama in 2014.

The Federal Reserve System is made up of the Federal Reserve Board in Washington, D.C., and twelve regional Federal Reserve Banks located in major cities around the country. The presidents of the regional banks are chosen by each bank's board of directors, whose members are typically drawn from the region's banking and business community.

The Fed has two related jobs. The first is to regulate banks and ensure the health of the banking system. This task is largely the responsibility of the regional Federal Reserve Banks. In particular, the Fed monitors each bank's financial condition and facilitates bank transactions by clearing checks. It also acts as a bank's bank. That is, the Fed makes loans to banks when banks themselves want to borrow. When financially troubled banks find themselves short of cash, the Fed acts as a *lender of last resort*—a lender to those who cannot borrow anywhere else—to maintain stability in the overall banking system.

**money supply**
the quantity of money available in the economy

**monetary policy**
the setting of the money supply by policymakers in the central bank

The Fed's second and more important job is to control the quantity of money that is made available in the economy, called the **money supply**. Decisions by policymakers concerning the money supply constitute **monetary policy**. At the Federal Reserve, monetary policy is made by the Federal Open Market Committee (FOMC). The FOMC meets about every six weeks in Washington, D.C., to discuss the condition of the economy and consider changes in monetary policy.

### 29-2b  The Federal Open Market Committee

The Federal Open Market Committee is made up of the seven members of the board of governors and five of the twelve regional bank presidents. All twelve regional presidents attend each FOMC meeting, but only five get to vote. Voting rights rotate among the twelve regional presidents over time. The president of the New York Fed always gets a vote, however, because New York is the traditional financial center of the U.S. economy and because all Fed purchases and sales of government bonds are conducted at the New York Fed's trading desk.

Through the decisions of the FOMC, the Fed has the power to increase or decrease the number of dollars in the economy. In simple metaphorical terms, you can imagine the Fed printing dollar bills and dropping them around the country by helicopter. Similarly, you can imagine the Fed using a giant vacuum cleaner to suck dollar bills out of people's wallets. Although in practice the Fed's methods for changing the money supply are more complex and subtle than this, the helicopter-vacuum metaphor is a good first step to understanding the meaning of monetary policy.

Later in this chapter, we discuss how the Fed actually changes the money supply, but it is worth noting here that the Fed's primary tool is the *open-market operation*—the purchase and sale of U.S. government bonds. (Recall that a U.S.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

government bond is a certificate of indebtedness of the federal government.) If the FOMC decides to increase the money supply, the Fed creates dollars and uses them to buy government bonds from the public in the nation's bond markets. After the purchase, these dollars are in the hands of the public. Thus, an open-market purchase of bonds by the Fed increases the money supply. Conversely, if the FOMC decides to decrease the money supply, the Fed sells government bonds from its portfolio to the public in the nation's bond markets. After the sale, the dollars the Fed receives for the bonds are out of the hands of the public. Thus, an open-market sale of bonds by the Fed decreases the money supply.

Central banks are important institutions because changes in the money supply can profoundly affect the economy. One of the *Ten Principles of Economics* introduced in Chapter 1 is that prices rise when the government prints too much money. Another of the *Ten Principles of Economics* is that society faces a short-run trade-off between inflation and unemployment. The power of the Fed rests on these principles. For reasons we discuss more fully in the coming chapters, the Fed's policy decisions are key determinants of the economy's rate of inflation in the long run and the economy's employment and production in the short run. Indeed, the Fed's chair has been called the second most powerful person in the United States.

**QuickQuiz** *What are the primary responsibilities of the Federal Reserve? If the Fed wants to increase the supply of money, how does it usually do so?*

## 29-3 Banks and the Money Supply

So far, we have introduced the concept of "money" and discussed how the Federal Reserve controls the supply of money by buying and selling government bonds in open-market operations. This explanation of the money supply is correct, but it is not complete. In particular, it omits the key role that banks play in the monetary system.

Recall that the amount of money you hold includes both currency (the bills in your wallet and coins in your pocket) and demand deposits (the balance in your checking account). Because demand deposits are held in banks, the behavior of banks can influence the quantity of demand deposits in the economy and, therefore, the money supply. This section examines how banks affect the money supply and, in doing so, how they complicate the Fed's job of controlling the money supply.



*"I've heard a lot about money, and now I'd like to try some."*

© MICK STEVENS/ THE NEW YORKER COLLECTION/ WWW.CARTOONBANK.COM

### 29-3a The Simple Case of 100-Percent-Reserve Banking

To see how banks influence the money supply, let's first imagine a world without any banks at all. In this simple world, currency is the only form of money. To be concrete, let's suppose that the total quantity of currency is $100. The supply of money is, therefore, $100.

Now suppose that someone opens a bank, appropriately called First National Bank. First National Bank is only a depository institution—that is, it accepts deposits but does not make loans. The purpose of the bank is to give depositors a safe place to keep their money. Whenever a person deposits some money,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**reserves**
deposits that banks have received but have not loaned out

the bank keeps the money in its vault until the depositor withdraws it, writes a check, or uses a debit card to access her balance. Deposits that banks have received but have not loaned out are called **reserves**. In this imaginary economy, all deposits are held as reserves, so this system is called *100-percent-reserve banking*.

We can express the financial position of First National Bank with a *T-account*, which is a simplified accounting statement that shows changes in a bank's assets and liabilities. Here is the T-account for First National Bank if the economy's entire $100 of money is deposited in the bank:

**First National Bank**

| Assets | | Liabilities | |
|---|---|---|---|
| Reserves | $100.00 | Deposits | $100.00 |

On the left side of the T-account are the bank's assets of $100 (the reserves it holds in its vaults). On the right side are the bank's liabilities of $100 (the amount it owes to its depositors). Because the assets and liabilities exactly balance, this accounting statement is called a *balance sheet*.

Now consider the money supply in this imaginary economy. Before First National Bank opens, the money supply is the $100 of currency that people are holding. After the bank opens and people deposit their currency, the money supply is the $100 of demand deposits. (There is no longer any currency outstanding, since it is all in the bank vault.) Each deposit in the bank reduces currency and raises demand deposits by exactly the same amount, leaving the money supply unchanged. Thus, *if banks hold all deposits in reserve, banks do not influence the supply of money.*

### 29-3b  Money Creation with Fractional-Reserve Banking

Eventually, the bankers at First National Bank may start to reconsider their policy of 100-percent-reserve banking. Leaving all that money idle in their vaults seems unnecessary. Why not lend some of it out and earn a profit by charging interest on the loans? Families buying houses, firms building new factories, and students paying for college would all be happy to pay interest to borrow some of that money for a while. First National Bank has to keep some reserves so that currency is available if depositors want to make withdrawals. But if the flow of new deposits is roughly the same as the flow of withdrawals, First National needs to keep only a fraction of its deposits in reserve. Thus, First National adopts a system called **fractional-reserve banking**.

**fractional-reserve banking**
a banking system in which banks hold only a fraction of deposits as reserves

The fraction of total deposits that a bank holds as reserves is called the **reserve ratio**. This ratio is influenced by both government regulation and bank policy. As we discuss more fully later in the chapter, the Fed sets a minimum amount of reserves that banks must hold, called a *reserve requirement*. In addition, banks may hold reserves above the legal minimum, called *excess reserves*, so they can be more confident that they will not run short of cash. For our purpose here, we take the reserve ratio as given to examine how fractional-reserve banking influences the money supply.

**reserve ratio**
the fraction of deposits that banks hold as reserves

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Let's suppose that First National has a reserve ratio of 1/10, or 10 percent. This means that it keeps 10 percent of its deposits in reserve and loans out the rest. Now let's look again at the bank's T-account:

**First National Bank**

| Assets | | Liabilities | |
|---|---|---|---|
| Reserves | $10.00 | Deposits | $100.00 |
| Loans | 90.00 | | |

First National still has $100 in liabilities because making the loans did not alter the bank's obligation to its depositors. But now the bank has two kinds of assets: It has $10 of reserves in its vault, and it has loans of $90. (These loans are liabilities of the people borrowing from First National, but they are assets of the bank because the borrowers will later repay the loans.) In total, First National's assets still equal its liabilities.

Once again consider the supply of money in the economy. Before First National makes any loans, the money supply is the $100 of deposits. Yet when First National lends out some of these deposits, the money supply increases. The depositors still have demand deposits totaling $100, but now the borrowers hold $90 in currency. The money supply (which equals currency plus demand deposits) equals $190. Thus, *when banks hold only a fraction of deposits in reserve, the banking system creates money.*

At first, this creation of money by fractional-reserve banking may seem too good to be true: It appears that the bank has created money out of thin air. To make this feat seem less miraculous, note that when First National Bank loans out some of its reserves and creates money, it does not create any wealth. Loans from First National give the borrowers some currency and thus the ability to buy goods and services. Yet the borrowers are also taking on debts, so the loans do not make them any richer. In other words, as a bank creates the asset of money, it also creates a corresponding liability for those who borrowed the created money. At the end of this process of money creation, the economy is more liquid in the sense that there is more of the medium of exchange, but the economy is no wealthier than before.

## 29-3c The Money Multiplier

The creation of money does not stop with First National Bank. Suppose the borrower from First National uses the $90 to buy something from someone who then deposits the currency in Second National Bank. Here is the T-account for Second National Bank:

**Second National Bank**

| Assets | | Liabilities | |
|---|---|---|---|
| Reserves | $ 9.00 | Deposits | $90.00 |
| Loans | 81.00 | | |

After the deposit, this bank has liabilities of $90. If Second National also has a reserve ratio of 10 percent, it keeps assets of $9 in reserve and makes $81 in loans. In this way, Second National Bank creates an additional $81 of money. If this $81 is eventually deposited in Third National Bank, which also has a reserve ratio of

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

10 percent, this bank keeps $8.10 in reserve and makes $72.90 in loans. Here is the T-account for Third National Bank:

**Third National Bank**

| Assets | | Liabilities | |
|---|---|---|---|
| Reserves | $ 8.10 | Deposits | $81.00 |
| Loans | 72.90 | | |

The process goes on and on. Each time that money is deposited and a bank loan is made, more money is created.

How much money is eventually created in this economy? Let's add it up:

| | |
|---|---|
| Original deposit | = $100.00 |
| First National lending | = $ 90.00 (= .9 × $100.00) |
| Second National lending | = $ 81.00 (= .9 × $90.00) |
| Third National lending | = $ 72.90 (= .9 × $81.00) |
| • | • |
| • | • |
| • | • |
| Total money supply | = $1,000.00 |

It turns out that even though this process of money creation can continue forever, it does not create an infinite amount of money. If you laboriously add the infinite sequence of numbers in the preceding example, you find that the $100 of reserves generates $1,000 of money. The amount of money the banking system generates with each dollar of reserves is called the **money multiplier**. In this imaginary economy, where the $100 of reserves generates $1,000 of money, the money multiplier is 10.

**money multiplier**
the amount of money the banking system generates with each dollar of reserves

What determines the size of the money multiplier? It turns out that the answer is simple: *The money multiplier is the reciprocal of the reserve ratio.* If R is the reserve ratio for all banks in the economy, then each dollar of reserves generates $1/R$ dollars of money. In our example, $R = 1/10$, so the money multiplier is 10.

This reciprocal formula for the money multiplier makes sense. If a bank holds $1,000 in deposits, then a reserve ratio of 1/10 (10 percent) means that the bank must hold $100 in reserves. The money multiplier just turns this idea around: If the banking system as a whole holds a total of $100 in reserves, it can have only $1,000 in deposits. In other words, if R is the ratio of reserves to deposits at each bank (that is, the reserve ratio), then the ratio of deposits to reserves in the banking system (that is, the money multiplier) must be $1/R$.

This formula shows how the amount of money banks create depends on the reserve ratio. If the reserve ratio were only 1/20 (5 percent), then the banking system would have 20 times as much in deposits as in reserves, implying a money multiplier of 20. Each dollar of reserves would generate $20 of money. Similarly, if the reserve ratio were 1/4 (25 percent), deposits would be 4 times reserves, the money multiplier would be 4, and each dollar of reserves would generate $4 of money. Thus, *the higher the reserve ratio, the less of each deposit banks loan out, and the smaller the money multiplier.* In the special case of 100-percent-reserve banking, the reserve ratio is 1, the money multiplier is 1, and banks do not make loans or create money.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 29-3d Bank Capital, Leverage, and the Financial Crisis of 2008–2009

In the previous sections, we have seen a simplified explanation of how banks work. But the reality of modern banking is a bit more complicated, and these complications played a key role in the financial crisis of 2008 and 2009. Before looking at that crisis, we need to learn a bit more about how banks actually function.

In the bank balance sheets you have seen so far, a bank accepts deposits and either uses those deposits to make loans or holds them as reserves. More realistically, a bank gets financial resources not only from accepting deposits but also, like other companies, from issuing equity and debt. The resources that a bank obtains from issuing equity to its owners are called **bank capital**. A bank uses these financial resources in various ways to generate profit for its owners. It not only makes loans and holds reserves but also buys financial securities, such as stocks and bonds.

Here is a more realistic example of a bank's balance sheet:

**More Realistic National Bank**

| Assets | | Liabilities and Owners' Equity | |
|---|---|---|---|
| Reserves | $200 | Deposits | $800 |
| Loans | 700 | Debt | 150 |
| Securities | 100 | Capital (owners' equity) | 50 |

On the right side of this balance sheet are the bank's liabilities and capital (also called *owners' equity*). This bank obtained $50 of resources from its owners. It also took in $800 of deposits and issued $150 of debt. The total of $1,000 was put to use in three ways; these are listed on the left side of the balance sheet, which shows the bank's assets. This bank held $200 in reserves, made $700 in bank loans, and used $100 to buy financial securities, such as government or corporate bonds. The bank decides how to allocate its resources among asset classes based on their risk and return, as well as on any regulations (such as reserve requirements) that restrict the bank's choices.

By the rules of accounting, the reserves, loans, and securities on the left side of the balance sheet must always equal, in total, the deposits, debt, and capital on the right side of the balance sheet. There is no magic in this equality. It occurs because the value of the owners' equity is, by definition, the value of the bank's assets (reserves, loans, and securities) minus the value of its liabilities (deposits and debt). Therefore, the left and right sides of the balance sheet always sum to the same total.

Many businesses in the economy rely on **leverage**, the use of borrowed money to supplement existing funds for investment purposes. Indeed, whenever anyone uses debt to finance an investment project, she is applying leverage. Leverage is particularly important for banks, however, because borrowing and lending are at the heart of what they do. To fully understand banking, therefore, it is crucial to understand how leverage works.

The **leverage ratio** is the ratio of the bank's total assets to bank capital. In this example, the leverage ratio is $1,000/$50, or 20. A leverage ratio of 20 means that for every dollar of capital that the bank owners have contributed, the bank has

**bank capital**
the resources a bank's owners have put into the institution

**leverage**
the use of borrowed money to supplement existing funds for purposes of investment

**leverage ratio**
the ratio of assets to bank capital

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

$20 of assets. Of the $20 of assets, $19 are financed with borrowed money—either by taking in deposits or issuing debt.

You may have learned in a science class that a lever can amplify a force: A boulder that you cannot move with your arms alone will move more easily if you use a lever. A similar result occurs with bank leverage. To see how this amplification works, let's continue with this numerical example. Suppose that the bank's assets were to rise in value by 5 percent because, say, some of the securities the bank was holding rose in price. Then the $1,000 of assets would now be worth $1,050. Because the depositors and debt holders are still owed $950, the bank capital rises from $50 to $100. Thus, when the leverage rate is 20, a 5-percent increase in the value of assets increases the owners' equity by 100 percent.

The same principle works on the downside, but with troubling consequences. Suppose that some people who borrowed from the bank default on their loans, reducing the value of the bank's assets by 5 percent, to $950. Because the depositors and debt holders have the legal right to be paid before the bank owners, the value of the owners' equity falls to zero. Thus, when the leverage ratio is 20, a 5-percent fall in the value of the bank's assets leads to a 100-percent fall in bank capital. If the value of assets were to fall by more than 5 percent, the bank's assets would fall below its liabilities. In this case, the bank would be *insolvent*, and it would be unable to pay off its debt holders and depositors in full.

**capital requirement**
a government regulation specifying a minimum amount of bank capital

Bank regulators require banks to hold a certain amount of capital. The goal of such a **capital requirement** is to ensure that banks will be able to pay off their depositors (without having to resort to government-provided deposit insurance funds). The amount of capital required depends on the kind of assets a bank holds. If the bank holds safe assets such as government bonds, regulators require less capital than if the bank holds risky assets such as loans to borrowers whose credit is of dubious quality.

Economic turmoil can result when banks find themselves with too little capital to satisfy capital requirements. An example of this phenomenon occurred in 2008 and 2009, when many banks realized they had incurred sizable losses on some of their assets—specifically, mortgage loans and securities backed by mortgage loans. The shortage of capital induced the banks to reduce lending, a phenomenon called a *credit crunch*, which in turn contributed to a severe downturn in economic activity. (This event is discussed more fully in Chapter 33.) To address this problem, the U.S. Treasury, working together with the Federal Reserve, put many billions of dollars of public funds into the banking system to increase the amount of bank capital. As a result, it temporarily made the U.S. taxpayer a part owner of many banks. The goal of this unusual policy was to recapitalize the banking system so that bank lending could return to a more normal level, which in fact occurred by late 2009.

Quick**Quiz**   *Describe how banks create money.*

# 29-4 The Fed's Tools of Monetary Control

As we have already discussed, the Federal Reserve is responsible for controlling the supply of money in the economy. Now that we understand how banking works, we are in a better position to understand how the Fed carries out this job. Because banks create money in a system of fractional-reserve banking, the Fed's control of the money supply is indirect. When the Fed decides to change the money supply, it must consider how its actions will work through the banking system.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

The Fed has various tools in its monetary toolbox. We can group the tools into two groups: those that influence the quantity of reserves and those that influence the reserve ratio and thereby the money multiplier.

### 29-4a How the Fed Influences the Quantity of Reserves

The first way the Fed can change the money supply is by changing the quantity of reserves. The Fed alters the quantity of reserves in the economy either by buying or selling bonds in open-market operations or by making loans to banks (or by some combination of the two). Let's consider each of these in turn.

**Open-Market Operations**   As we noted earlier, the Fed conducts **open-market operations** when it buys or sells government bonds. To increase the money supply, the Fed instructs its bond traders at the New York Fed to buy bonds from the public in the nation's bond markets. The dollars the Fed pays for the bonds increase the number of dollars in the economy. Some of these new dollars are held as currency, and some are deposited in banks. Each new dollar held as currency increases the money supply by exactly $1. Each new dollar deposited in a bank increases the money supply by more than a dollar because it increases reserves and, thereby, the amount of money that the banking system can create.

To reduce the money supply, the Fed does just the opposite: It sells government bonds to the public in the nation's bond markets. The public pays for these bonds with its holdings of currency and bank deposits, directly reducing the amount of money in circulation. In addition, as people make withdrawals from banks to buy these bonds from the Fed, banks find themselves with a smaller quantity of reserves. In response, banks reduce the amount of lending, and the process of money creation reverses itself.

Open-market operations are easy to conduct. In fact, the Fed's purchases and sales of government bonds in the nation's bond markets are similar to the transactions that any individual might undertake for her own portfolio. (Of course, when two individuals engage in a purchase or sale with each other, money changes hands, but the amount of money in circulation remains the same.) In addition, the Fed can use open-market operations to change the money supply by a small or large amount on any day without major changes in laws or bank regulations. Therefore, open-market operations are the tool of monetary policy that the Fed uses most often.

**Fed Lending to Banks**   The Fed can also increase the quantity of reserves in the economy by lending reserves to banks. Banks borrow from the Fed when they feel they do not have enough reserves on hand, either to satisfy bank regulators, meet depositor withdrawals, make new loans, or for some other business reason.

There are various ways banks can borrow from the Fed. Traditionally, banks borrow from the Fed's *discount window* and pay an interest rate on that loan called the **discount rate**. When the Fed makes such a loan to a bank, the banking system has more reserves than it otherwise would, and these additional reserves allow the banking system to create more money.

The Fed can alter the money supply by changing the discount rate. A higher discount rate discourages banks from borrowing reserves from the Fed. Thus, an increase in the discount rate reduces the quantity of reserves in the banking system, which in turn reduces the money supply. Conversely, a lower discount rate encourages banks to borrow from the Fed, increasing the quantity of reserves and the money supply.

**open-market operations**
the purchase and sale of U.S. government bonds by the Fed

**discount rate**
the interest rate on the loans that the Fed makes to banks

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

At times, the Fed has set up other mechanisms for banks to borrow from it. For example, from 2007 to 2010, under the *Term Auction Facility*, the Fed set a quantity of funds it wanted to lend to banks, and eligible banks then bid to borrow those funds. The loans went to the highest eligible bidders—that is, to the banks that had acceptable collateral and offered to pay the highest interest rate. Unlike at the discount window, where the Fed sets the price of a loan and the banks determine the quantity of borrowing, at the Term Auction Facility the Fed set the quantity of borrowing and competitive bidding among banks determined the price. The more funds the Fed made available, the greater the quantity of reserves and the larger the money supply.

The Fed lends to banks not only to control the money supply but also to help financial institutions when they are in trouble. For example, when the stock market crashed by 22 percent on October 19, 1987, many Wall Street brokerage firms found themselves temporarily in need of funds to finance the high volume of stock trading. The next morning, before the stock market opened, Fed Chair Alan Greenspan announced the Fed's "readiness to serve as a source of liquidity to support the economic and financial system." Many economists believe that Greenspan's reaction to the stock crash was an important reason it had few repercussions.

Similarly, in 2008 and 2009, a fall in housing prices throughout the United States led to a sharp rise in the number of homeowners defaulting on their mortgage loans, and many financial institutions holding those mortgages ran into trouble. In an attempt to prevent these events from having broader economic ramifications, the Fed provided many billions of dollars in loans to financial institutions in distress.

### 29-4b  How the Fed Influences the Reserve Ratio

In addition to influencing the quantity of reserves, the Fed changes the money supply by influencing the reserve ratio and thereby the money multiplier. The Fed can influence the reserve ratio either through regulating the quantity of reserves banks must hold or through the interest rate that the Fed pays banks on their reserves. Again, let's consider each of these policy tools in turn.

**Reserve Requirements**   One way the Fed can influence the reserve ratio is by altering **reserve requirements**, the regulations that set the minimum amount of reserves that banks must hold against their deposits. Reserve requirements influence how much money the banking system can create with each dollar of reserves. An increase in reserve requirements means that banks must hold more reserves and, therefore, can loan out less of each dollar that is deposited. As a result, an increase in reserve requirements raises the reserve ratio, lowers the money multiplier, and decreases the money supply. Conversely, a decrease in reserve requirements lowers the reserve ratio, raises the money multiplier, and increases the money supply.

The Fed changes reserve requirements only rarely because such changes disrupt the business of banking. When the Fed increases reserve requirements, for instance, some banks find themselves short of reserves, even though they have seen no change in deposits. As a result, they have to curtail lending until they build their level of reserves to the new required level. Moreover, in recent years, this particular tool has become less effective because many banks hold excess reserves (that is, more reserves than are required).

**reserve requirements**
regulations on the minimum amount of reserves that banks must hold against deposits

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**Paying Interest on Reserves**   Traditionally, banks did not earn any interest on the reserves they held. In October 2008, however, the Fed began paying *interest on reserves*. That is, when a bank holds reserves on deposit at the Fed, the Fed now pays the bank interest on those deposits. This change gives the Fed another tool with which to influence the economy. The higher the interest rate on reserves, the more reserves banks will choose to hold. Thus, an increase in the interest rate on reserves will tend to increase the reserve ratio, lower the money multiplier, and lower the money supply.

### 29-4c  Problems in Controlling the Money Supply

The Fed's various tools—open-market operations, bank lending, reserve requirements, and interest on reserves—have powerful effects on the money supply. Yet the Fed's control of the money supply is not precise. The Fed must wrestle with two problems, each of which arises because much of the money supply is created by our system of fractional-reserve banking.

The first problem is that the Fed does not control the amount of money that households choose to hold as deposits in banks. The more money households deposit, the more reserves banks have, and the more money the banking system can create. The less money households deposit, the less reserves banks have, and the less money the banking system can create. To see why this is a problem, suppose that one day people lose confidence in the banking system and withdraw some of their deposits to hold more currency. When this happens, the banking system loses reserves and creates less money. The money supply falls, even without any Fed action.

The second problem of monetary control is that the Fed does not control the amount that bankers choose to lend. When money is deposited in a bank, it creates more money only when the bank loans it out. Because banks can choose to hold excess reserves instead, the Fed cannot be sure how much money the banking system will create. For instance, suppose that one day bankers become more cautious about economic conditions and decide to make fewer loans and hold greater reserves. In this case, the banking system creates less money than it otherwise would. Because of the bankers' decision, the money supply falls.

Hence, in a system of fractional-reserve banking, the amount of money in the economy depends in part on the behavior of depositors and bankers. Because the Fed cannot control or perfectly predict this behavior, it cannot perfectly control the money supply. Yet if the Fed is vigilant, these problems need not be large. The Fed collects data on deposits and reserves from banks every week, so it quickly becomes aware of any changes in depositor or banker behavior. It can, therefore, respond to these changes and keep the money supply close to whatever level it chooses.

**CASE STUDY**

**BANK RUNS AND THE MONEY SUPPLY**

Most likely you have never witnessed a bank run in real life, but you may have seen one depicted in movies such as *Mary Poppins* or *It's a Wonderful Life*. A bank run occurs when depositors fear that a bank may be having financial troubles and "run" to the bank to withdraw their deposits. The United States has not seen a major bank run in recent history, but in the United Kingdom, a bank called Northern Rock experienced a run in 2007 and, as a result, was eventually taken over by the government.

Bank runs are a problem for banks under fractional-reserve banking. Because a bank holds only a fraction of its deposits in reserve, it cannot satisfy withdrawal



*A not-so-wonderful bank run*

RKO/THE KOBAL COLLECTION/ PICTURE DESK

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

requests from all depositors. Even if the bank is *solvent* (meaning that its assets exceed its liabilities), it will not have enough cash on hand to allow all depositors immediate access to all of their money. When a run occurs, the bank is forced to close its doors until some bank loans are repaid or until some lender of last resort (such as the Fed) provides it with the currency it needs to satisfy depositors.

Bank runs complicate the control of the money supply. An important example of this problem occurred during the Great Depression in the early 1930s. After a wave of bank runs and bank closings, households and bankers became more cautious. Households withdrew their deposits from banks, preferring to hold their money in the form of currency. This decision reversed the process of money creation, as bankers responded to falling reserves by reducing bank loans. At the same time, bankers increased their reserve ratios so that they would have enough cash on hand to meet their depositors' demands in any future bank runs. The higher reserve ratio reduced the money multiplier, which further reduced the money supply. From 1929 to 1933, the money supply fell by 28 percent, without the Federal Reserve taking any deliberate contractionary action. Many economists point to this massive fall in the money supply to explain the high unemployment and falling prices that prevailed during this period. (In future chapters, we examine the mechanisms by which changes in the money supply affect unemployment and prices.)

## IN THE NEWS

# A Trip to Jekyll Island

*Here's the story of how the Federal Reserve came into being.*

## The Stranger-Than-Fiction Story of How the Fed Was Created

**By Roger Lowenstein**

According to opinion surveys, no institution save the Internal Revenue Service is held in lower regard than the Federal Reserve. It's also a font of conspiracy theories stoked by radical libertarians, who insist the Fed is debauching the currency and will ultimately bankrupt the country.

The Fed's unpopularity would make sense if it had, say, failed to intervene and save the system during the 2008 financial crisis. But, in fact, the Fed did rescue the economy....

Nonetheless, dissatisfaction is alive in Congress, where various bills would strip the Fed's autonomy and subject sensitive monetary decisions to the scrutiny of elected politicians. Some bills would go even further and explore a return to the gold standard.

For central bank watchers, this dynamic — effective policy rewarded with populist scorn — is nothing new. In America, it has always been thus.

At Alexander Hamilton's urging, Congress first chartered a national bank — the ur-Fed — in 1791. However, Thomas Jefferson, who famously mistrusted banks (he thought agriculture more virtuous), and who was fearful of a strong central government, opposed this development. After 20 years, the Jeffersonians won and Congress let the charter expire.

This decision led to disaster: ruinous inflation. So Congress chartered a Second Bank of the United States, which began in 1817, providing the growing country with a better, more uniform currency and improved its public finances. But success couldn't save it. Andrew Jackson despised the Second Bank as a tool of East Coast elites, and it too was abolished.

For most of the 19th century, the U.S., unlike most nations in Europe, did not have a lender of last resort. Frequent panics and



credit shortages were the result. Yet some of the very people who could have benefited most from a central bank, such as farmers who were starved for credit, preferred the status quo. Like Jackson and Jefferson before them, they were fearful that a government bank would tyrannize the people, perhaps in cahoots with Wall Street.

After a financial panic in 1907 virtually shut down the banking system, reformers began to press once more for a central bank. But popular mistrust remained so pronounced that they were afraid to go public.

This is the point — 105 years ago — when the story seems to have been hijacked by a future Hollywood scriptwriter.

On a November evening in 1910, a powerful senator, Rhode Island Republican Nelson W. Aldrich, boarded his private rail car near

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Today, bank runs are not a major problem for the U.S. banking system or the Fed. The federal government now guarantees the safety of deposits at most banks, primarily through the Federal Deposit Insurance Corporation (FDIC). Depositors do not make runs on their banks because they are confident that, even if their bank goes bankrupt, the FDIC will make good on the deposits. The policy of government deposit insurance has costs: Bankers whose deposits are guaranteed may have too little incentive to avoid bad risks when making loans. But one benefit of deposit insurance is a more stable banking system. As a result, most people see bank runs only in the movies. ●

### 29-4d  The Federal Funds Rate

If you read about U.S. monetary policy in the newspaper, you will find much discussion of the federal funds rate. This raises several questions:

Q:   What is the federal funds rate?

A:   The **federal funds rate** is the short-term interest rate that banks charge one another for loans. If one bank finds itself short of reserves while another bank has excess reserves, the second bank can lend some reserves to the first. The loans are temporary—typically overnight. The price of the loan is the federal funds rate.

**federal funds rate**
the interest rate at which banks make overnight loans to one another

---

New York. A light snow was falling, muting the hushed, conspiratorial tones of his guests, which is exactly how Aldrich wanted it.

The reform-minded banker Paul Warburg, one of his guests, was toting a hunting rifle, but he had no interest in hunting. The party also included a member of the powerful Morgan bank, as well as an assistant U.S. Treasury secretary, and Frank Vanderlip, head of the country's largest bank, National City.

"On what sort of errand are we going?" Vanderlip inquired.

"It may be a wild-goose chase; it may the biggest thing you and I ever did," Warburg replied.

Masquerading as duck hunters, they disembarked in Brunswick, Ga., and traveled by launch to Jekyll Island, home of an exclusive club surrounded by pine and palmetto groves. Over the course of a week, Aldrich and his bankers mapped out a draft of what was to become the Federal Reserve Act, changing the U.S. economy forever.

Congress was never told that Aldrich's bill had been drafted by Wall Street moguls. His bill did not pass, but it was the basis of a successor bill, the Federal Reserve Act, which Woodrow Wilson signed in 1913. Years later, when the Jekyll trip was revealed to the public, extremists seized on this stranger-than-fiction episode to bolster their claim that the Fed was a bankers' plot against the American people. For conspiracy theorists, the bankers' conclave on Jekyll became a metaphor for the Fed itself. The obvious irony is that, fearing Americans' irrational suspicion of central banking, Aldrich and his crew resorted to a plot that, ultimately, deepened the country's paranoia.

Despite their clandestine tactics, the financiers' motives were actually patriotic. Aldrich had visited Europe and studied its central banks. He wanted expert help to draft an American equivalent. And in between sumptuous meals featuring wild turkey and freshly scalloped oysters, his group of wealthy bankers earnestly wrestled with issues that still provoke us today: How should power over the economy be apportioned between Washington and localities? How should the central bank set interest rates and the money supply?

The Federal Reserve today is not perfect. But it is more transparent than ever, thanks to reforms instituted by the previous chairman, Ben S. Bernanke, and it is no less necessary than was a central bank in 1791. Americans' paranoia is unjustified, just as it has always been. ■



Senator Nelson Aldrich

LIBRARY OF CONGRESS PRINTS AND PHOTOGRAPHS DIVISION WASHINGTON

*Roger Lowenstein is the author of "America's Bank: The Epic Struggle to Create the Federal Reserve."*

**Source:** *Los Angeles Times*, November 2, 2015.

---

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Q:  How is the federal funds rate different from the discount rate?

A:  The discount rate is the interest rate banks pay to borrow directly from the Federal Reserve through the discount window. Borrowing reserves from another bank in the federal funds market is an alternative to borrowing reserves from the Fed, and a bank short of reserves will typically do whichever is cheaper. In practice, the discount rate and the federal funds rate move closely together.

Q:  Does the federal funds rate matter only for banks?

A:  Not at all. Although only banks borrow directly in the federal funds market, the economic impact of this market is much broader. Because different parts of the financial system are highly interconnected, interest rates on different kinds of loans are strongly correlated with one another. So when the federal funds rate rises or falls, other interest rates often move in the same direction.

Q:  What does the Federal Reserve have to do with the federal funds rate?

A:  In recent years, the Federal Reserve has set a target goal for the federal funds rate. When the Federal Open Market Committee meets approximately every 6 weeks, it decides whether to raise or lower that target.

Q:  How can the Fed make the federal funds rate hit the target it sets?

A:  Although the actual federal funds rate is set by supply and demand in the market for loans among banks, the Fed can use open-market operations to influence that market. For example, when the Fed buys bonds in open-market operations, it injects reserves into the banking system. With more reserves in the system, fewer banks find themselves in need of borrowing reserves to meet reserve requirements. The fall in demand for borrowing reserves decreases the price of such borrowing, which is the federal funds rate. Conversely, when the Fed sells bonds and withdraws reserves from the banking system, more banks find themselves short of reserves, and they bid up the price of borrowing reserves. Thus, open-market purchases lower the federal funds rate, and open-market sales raise the federal funds rate.

Q:  But don't these open-market operations affect the money supply?

A:  Yes, absolutely. When the Fed announces a change in the federal funds rate, it is committing itself to the open-market operations necessary to make that change happen, and these open-market operations will alter the supply of money. Decisions by the FOMC to change the target for the federal funds rate are also decisions to change the money supply. They are two sides of the same coin. Other things being equal, a decrease in the target for the federal funds rate means an expansion in the money supply, and an increase in the target for the federal funds rate means a contraction in the money supply.

 *If the Fed wanted to use all of its policy tools to decrease the money supply, what would it do?*

## 29-5 Conclusion

Some years ago, a book made the best-seller list with the title *Secrets of the Temple: How the Federal Reserve Runs the Country*. Though no doubt an exaggeration, this title did highlight the important role of the monetary system in our daily lives. Whenever we buy or sell anything, we are relying on the extraordinarily useful social convention called "money." Now that we know what money is and what determines its supply, we can discuss how changes in the quantity of money affect the economy. We begin to address that topic in the next chapter.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## CHAPTER QuickQuiz

1. The money supply includes all of the following EXCEPT
   a. metal coins.
   b. paper currency.
   c. lines of credit accessible with credit cards.
   d. bank balances accessible with debit cards.

2. Chloe takes $100 of currency from her wallet and deposits it into her checking account. If the bank adds the entire $100 to reserves, the money supply _____, but if the bank lends out some of the $100, the money supply _____.
   a. increases, increases even more
   b. increases, increases by less
   c. is unchanged, increases
   d. decreases, decreases by less

3. If the reserve ratio is ¼ and the central bank increases the quantity of reserves in the banking system by $120, the money supply increases by
   a. $90.
   b. $150.
   c. $160.
   d. $480.

4. A bank has capital of $200 and a leverage ratio of 5. If the value of the bank's assets declines by 10 percent, then its capital will be reduced to
   a. $100.
   b. $150.
   c. $180.
   d. $185.

5. Which of the following actions by the Fed would reduce the money supply?
   a. an open-market purchase of government bonds
   b. a reduction in banks' reserve requirements
   c. an increase in the interest rate paid on reserves
   d. a decrease in the discount rate on Fed lending

6. In a system of fractional-reserve banking, even without any action by the central bank, the money supply declines if households choose to hold _____ currency or if banks choose to hold _____ excess reserves.
   a. more, more
   b. more, less
   c. less, more
   d. less, less

## SUMMARY

- The term *money* refers to assets that people regularly use to buy goods and services.
- Money serves three functions. As a medium of exchange, it is the item used to make transactions. As a unit of account, it provides the way to record prices and other economic values. As a store of value, it offers a way to transfer purchasing power from the present to the future.
- Commodity money, such as gold, is money that has intrinsic value: It would be valued even if it were not used as money. Fiat money, such as paper dollars, is money without intrinsic value: It would be worthless if it were not used as money.
- In the U.S. economy, money takes the form of currency and various types of bank deposits, such as checking accounts.
- The Federal Reserve, the central bank of the United States, is responsible for regulating the U.S. monetary system. The Fed chair is appointed by the president and confirmed by Congress every 4 years. The chair is the head of the Federal Open Market Committee, which meets about every 6 weeks to consider changes in monetary policy.
- Bank depositors provide resources to banks by depositing their funds into bank accounts. These deposits

are part o  a bank's liabilities. Bank owners also provide resources (called bank capital) for the bank. Because of leverage (the use of borrowed funds for investment), a small change in the value of a bank's assets can lead to a large change in the value of the bank's capital. To protect depositors, bank regulators require banks to hold a certain minimum amount of capital.

- The Fed controls the money supply primarily through open-market operations: The purchase of government bonds increases the money supply, and the sale of government bonds decreases the money supply. The Fed also uses other tools to control the money supply. It can expand the money supply by decreasing the discount rate, increasing its lending to banks, lowering reserve requirements, or decreasing the interest rate on reserves. It can contract the money supply by increasing the discount rate, decreasing its lending to banks, raising reserve requirements, or increasing the interest rate on reserves.

- When individuals deposit money in banks and banks loan out some of these deposits, the quantity of money in the economy increases. Because the banking system influences the money supply in this way, the Fed's control of the money supply is imperfect.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

- The Federal Reserve has in recent years set monetary policy by choosing a target for the federal funds rate, a short-term interest rate at which banks make loans to one another. As the Fed achieves its target, it adjusts the money supply.

## KEY CONCEPTS

money, p. 604
medium of exchange, p. 605
unit of account, p. 605
store of value, p. 605
liquidity, p. 605
commodity money, p. 605
fiat money, p. 606
currency, p. 607
demand deposits, p. 607

Federal Reserve (Fed), p. 609
central bank, p. 609
money supply, p. 610
monetary policy, p. 610
reserves, p. 612
fractional-reserve banking, p. 612
reserve ratio, p. 612
money multiplier, p. 614
bank capital, p. 615

leverage, p. 615
leverage ratio, p. 615
capital requirement, p. 616
open-market operations, p. 617
discount rate, p. 617
reserve requirements, p. 618
federal funds rate, p. 621

## QUESTIONS FOR REVIEW

1. What distinguishes money from other assets in the economy?

2. What is commodity money? What is fiat money? Which kind do we use?

3. What are demand deposits and why should they be included in the stock of money?

4. Who is responsible for setting monetary policy in the United States? How is this group chosen?

5. If the Fed wants to increase the money supply with open-market operations, what does it do?

6. Why don't banks hold 100-percent reserves? How is the amount of reserves banks hold related to the amount of money the banking system creates?

7. Bank A has a leverage ratio of 10, while Bank B has a leverage ratio of 20. Similar losses on bank loans at the two banks cause the value of their assets to fall by 7 percent. Which bank shows a larger change in bank capital? Does either bank remain solvent? Explain.

8. What is the discount rate? What happens to the money supply when the Fed raises the discount rate?

9. What are reserve requirements? What happens to the money supply when the Fed raises reserve requirements?

10. Why can't the Fed control the money supply perfectly?

## PROBLEMS AND APPLICATIONS

1. Which of the following are considered money in the U.S. economy? Which are not? Explain your answers by discussing each of the three functions of money.
   a. a U.S. penny
   b. a Mexican peso
   c. a Picasso painting
   d. a plastic credit card

2. Explain whether each of the following events increases or decreases the money supply.
   a. The Fed buys bonds in open-market operations.
   b. The Fed reduces the reserve requirement.

   c. The Fed increases the interest rate it pays on reserves.
   d. Citibank repays a loan it had previously taken from the Fed.
   e. After a rash of pickpocketing, people decide to hold less currency.
   f. Fearful of bank runs, bankers decide to hold more excess reserves.
   g. The FOMC increases its target for the federal funds rate.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

3. Your uncle repays a $100 loan from Tenth National Bank (TNB) by writing a $100 check from his TNB checking account. Use T-accounts to show the effect of this transaction on your uncle and on TNB. Has your uncle's wealth changed? Explain.

4. Beleaguered State Bank (BSB) holds $250 million in deposits and maintains a reserve ratio of 10 percent.
   a. Show a T-account for BSB.
   b. Now suppose that BSB's largest depositor withdraws $10 million in cash from her account. If BSB decides to restore its reserve ratio by reducing the amount of loans outstanding, show its new T-account.
   c. Explain what effect BSB's action will have on other banks.
   d. Why might it be difficult for BSB to take the action described in part (b)? Discuss another way for BSB to return to its original reserve ratio.

5. You take $100 you had kept under your mattress and deposit it in your bank account. If this $100 stays in the banking system as reserves and if banks hold reserves equal to 10 percent of deposits, by how much does the total amount of deposits in the banking system increase? By how much does the money supply increase?

6. Happy Bank starts with $200 in bank capital. It then accepts $800 in deposits. It keeps 12.5 percent (1/8th) of deposits in reserve. It uses the rest of its assets to make bank loans.
   a. Show the balance sheet of Happy Bank.
   b. What is Happy Bank's leverage ratio?
   c. Suppose that 10 percent of the borrowers from Happy Bank default and these bank loans become worthless. Show the bank's new balance sheet.
   d. By what percentage do the bank's total assets decline? By what percentage does the bank's capital decline? Which change is larger? Why?

7. The Fed conducts a $10 million open-market purchase of government bonds. If the required reserve ratio is 10 percent, what are the largest and smallest possible increases in the money supply that could result? Explain.

8. Assume that the reserve requirement is 5 percent. All other things being equal, will the money supply expand more if the Fed buys $2,000 worth of bonds or if someone deposits in a bank $2,000 that she had been hiding in her cookie jar? If one creates more, how much more does it create? Support your thinking.

9. Suppose that the reserve requirement for checking deposits is 10 percent and that banks do not hold any excess reserves.
   a. If the Fed sells $1 million of government bonds, what is the effect on the economy's reserves and money supply?
   b. Now suppose the Fed lowers the reserve requirement to 5 percent, but banks choose to hold another 5 percent of deposits as excess reserves. Why might banks do so? What is the overall change in the money multiplier and the money supply as a result of these actions?

10. Assume that the banking system has total reserves of $100 billion. Assume also that required reserves are 10 percent of checking deposits and that banks hold no excess reserves and households hold no currency.
    a. What is the money multiplier? What is the money supply?
    b. If the Fed now raises required reserves to 20 percent of deposits, what are the change in reserves and the change in the money supply?

11. Assume that the reserve requirement is 20 percent. Also assume that banks do not hold excess reserves and there is no cash held by the public. The Fed decides that it wants to expand the money supply by $40 million.
    a. If the Fed is using open-market operations, will it buy or sell bonds?
    b. What quantity of bonds does the Fed need to buy or sell to accomplish the goal? Explain your reasoning.

12. The economy of Elmendyn contains 2,000 $1 bills.
    a. If people hold all money as currency, what is the quantity of money?
    b. If people hold all money as demand deposits and banks maintain 100 percent reserves, what is the quantity of money?
    c. If people hold equal amounts of currency and demand deposits and banks maintain 100 percent reserves, what is the quantity of money?
    d. If people hold all money as demand deposits and banks maintain a reserve ratio of 10 percent, what is the quantity of money?
    e. If people hold equal amounts of currency and demand deposits and banks maintain a reserve ratio of 10 percent, what is the quantity of money?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# Money Growth and Inflation

Today, if you want to buy an ice-cream cone, you need at least a couple of dollars, but that has not always been the case. In the 1930s, my grandmother ran a sweet shop in Trenton, New Jersey, where she sold ice-cream cones in two sizes. A cone with a small scoop of ice cream cost 3 cents. Hungry customers could buy a large scoop for a nickel.

You may not be surprised at the increase in the price of ice cream. In most modern economies, most prices tend to rise over time. This increase in the overall level of prices is called *inflation*. Earlier in the book, we examined how economists



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-...

measure the inflation rate as the percentage change in the consumer price index (CPI), the GDP deflator, or some other index of the overall price level. These price indexes show that, in the United States over the past 80 years, prices have risen on average 3.6 percent per year. Accumulated over so many years, a 3.6 percent annual inflation rate leads to a seventeenfold increase in the price level.

Inflation may seem natural and inevitable to a person who grew up in the United States during recent decades, but in fact, it is not inevitable at all. There were long periods in the 19th century during which most prices fell—a phenomenon called *deflation*. The average level of prices in the U.S. economy was 23 percent lower in 1896 than in 1880, and this deflation was a major issue in the presidential election of 1896. Farmers, who had accumulated large debts, suffered when declines in crop prices reduced their incomes and thus their ability to pay off their debts. They advocated government policies to reverse the deflation.

Although inflation has been the norm in more recent history, there has been substantial variation in the rate at which prices rise. From 2005 to 2015, prices rose at an average rate of 1.2 percent per year. By contrast, in the 1970s, prices rose by 7.8 percent per year, which meant the price level more than doubled over the decade. The public often views such high rates of inflation as a major economic problem. In fact, when President Jimmy Carter ran for reelection in 1980, challenger Ronald Reagan pointed to high inflation as one of the failures of Carter's economic policy.

International data show an even broader range of inflation experiences. In 2015, while the inflation rate in the United States was a mere 0.1 percent, it was 1.5 percent in China, 4.9 percent in India, 15 percent in Russia, and 84 percent in Venezuela. And even the high inflation rates in Russia and Venezuela are moderate by some standards. In February 2008, the central bank of Zimbabwe announced the inflation rate in its economy had reached 24,000 percent; some independent estimates put the figure even higher. An extraordinarily high rate of inflation such as this is called *hyperinflation*.

What determines whether an economy experiences inflation and, if so, how much? This chapter answers this question by developing the *quantity theory of money*. Chapter 1 summarized this theory as one of the *Ten Principles of Economics*: Prices rise when the government prints too much money. This insight has a long and venerable tradition among economists. The quantity theory was discussed by the famous 18th-century philosopher and economist David Hume and was advocated more recently by the prominent economist Milton Friedman. This theory can explain moderate inflations, such as those we have experienced in the United States, as well as hyperinflations.

After developing a theory of inflation, we turn to a related question: Why is inflation a problem? At first glance, the answer to this question may seem obvious: Inflation is a problem because people don't like it. In the 1970s, when the United States experienced a relatively high rate of inflation, opinion polls placed inflation as the most important issue facing the nation. President Ford echoed this sentiment in 1974 when he called inflation "public enemy number one." Ford wore a "WIN" button on his lapel—for Whip Inflation Now.

But what, exactly, are the costs that inflation imposes on a society? The answer may surprise you. Identifying the various costs of inflation is not as straightforward as it first appears. As a result, although all economists decry hyperinflation, some economists argue that the costs of moderate inflation are not nearly as large as the public believes.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

# 30-1 The Classical Theory of Inflation

We begin our study of inflation by developing the quantity theory of money. This theory is often called "classical" because it was developed by some of the earliest economic thinkers. Most economists today rely on this theory to explain the long-run determinants of the price level and the inflation rate.

### 30-1a The Level of Prices and the Value of Money

Suppose we observe that over some period of time the price of an ice-cream cone rises from a nickel to a dollar. What conclusion should we draw from the fact that people are willing to give up so much more money in exchange for a cone? It is possible that people have come to enjoy ice cream more (perhaps because some chemist has developed a miraculous new flavor). But that is probably not the case. It is more likely that people's enjoyment of ice cream has stayed roughly the same and that, over time, the money used to buy ice cream has become less valuable. Indeed, the first insight about inflation is that it is more about the value of money than about the value of goods.

This insight helps point the way toward a theory of inflation. When the consumer price index and other measures of the price level rise, commentators are often tempted to look at the many individual prices that make up these price indexes: "The CPI rose by 3 percent last month, led by a 20 percent rise in the price of coffee and a 30 percent rise in the price of heating oil." Although this approach does contain some interesting information about what's happening in the economy, it also misses a key point: Inflation is an economy-wide phenomenon that concerns, first and foremost, the value of the economy's medium of exchange.

The economy's overall price level can be viewed in two ways. So far, we have viewed the price level as the price of a basket of goods and services. When the price level rises, people have to pay more for the goods and services they buy. Alternatively, we can view the price level as a measure of the value of money. A rise in the price level means a lower value of money because each dollar in your wallet now buys a smaller quantity of goods and services.

It may help to express these ideas mathematically. Suppose $P$ is the price level as measured by the consumer price index or the GDP deflator. Then $P$ measures the number of dollars needed to buy a basket of goods and services. Now turn this idea around: The quantity of goods and services that can be bought with \$1 equals $1/P$. In other words, if $P$ is the price of goods and services measured in terms of money, $1/P$ is the value of money measured in terms of goods and services.

*"So what's it going to be? The same size as last year or the same price as last year?"*

© FRANK MODELL/ THE NEW YORKER COLLECTION/ WWW.CARTOONBANK.COM

This mathematics is simplest to understand in an economy that produces only a single good, say, ice-cream cones. In that case, $P$ would be the price of a cone. When the price of a cone ($P$) is \$2, then the value of a dollar ($1/P$) is half a cone. When the price ($P$) rises to \$3, the value of a dollar ($1/P$) falls to a third of a cone. The actual economy produces thousands of goods and services, so we use a price index rather than the price of a single good. But the logic remains the same: When the overall price level rises, the value of money falls.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 30-1b Money Supply, Money Demand, and Monetary Equilibrium

What determines the value of money? The answer to this question, like many in economics, is supply and demand. Just as the supply and demand for bananas determines the price of bananas, the supply and demand for money determines the value of money. Thus, our next step in developing the quantity theory of money is to consider the determinants of money supply and money demand.

First consider money supply. In the preceding chapter, we discussed how the Federal Reserve, together with the banking system, determines the supply of money. When the Fed sells bonds in open-market operations, it receives dollars in exchange and contracts the money supply. When the Fed buys government bonds, it pays out dollars and expands the money supply. In addition, if any of these dollars are deposited in banks, which hold some as reserves and loan out the rest, the money multiplier swings into action, and these open-market operations can have an even greater effect on the money supply. For our purposes in this chapter, we ignore the complications introduced by the banking system and simply take the quantity of money supplied as a policy variable that the Fed controls.

Now consider money demand. Most fundamentally, the demand for money reflects how much wealth people want to hold in liquid form. Many factors influence the quantity of money demanded. The amount of currency that people hold in their wallets, for instance, depends on how much they rely on credit cards and on whether an automatic teller machine is easy to find. And as we will emphasize in Chapter 34, the quantity of money demanded depends on the interest rate that a person could earn by using the money to buy an interest-bearing bond rather than leaving it in his wallet or low-interest checking account.

Although many variables affect the demand for money, one variable stands out in importance: the average level of prices in the economy. People hold money because it is the medium of exchange. Unlike other assets, such as bonds or stocks, people can use money to buy the goods and services on their shopping lists. How much money they choose to hold for this purpose depends on the prices of those goods and services. The higher prices are, the more money the typical transaction requires, and the more money people will choose to hold in their wallets and checking accounts. That is, a higher price level (a lower value of money) increases the quantity of money demanded.

What ensures that the quantity of money the Fed supplies balances the quantity of money people demand? The answer depends on the time horizon being considered. Later in this book, we examine the short-run answer and learn that interest rates play a key role. The long-run answer, however, is much simpler. *In the long run, money supply and money demand are brought into equilibrium by the overall level of prices.* If the price level is above the equilibrium level, people will want to hold more money than the Fed has created, so the price level must fall to balance supply and demand. If the price level is below the equilibrium level, people will want to hold less money than the Fed has created, and the price level must rise to balance supply and demand. At the equilibrium price level, the quantity of money that people want to hold exactly balances the quantity of money supplied by the Fed.

Figure 1 illustrates these ideas. The horizontal axis of this graph shows the quantity of money. The left vertical axis shows the value of money $1/P$, and the right vertical axis shows the price level $P$. Notice that the price-level axis on the right is inverted: A low price level is shown near the top of this axis, and a high price level is shown near the bottom. This inverted axis illustrates that when the value of money is high (as shown near the top of the left axis), the price level is low (as shown near the top of the right axis).

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



**FIGURE 1**

**How the Supply and Demand for Money Determine the Equilibrium Price Level**
The horizontal axis shows the quantity of money. The left vertical axis shows the value of money, and the right vertical axis shows the price level. The supply curve for money is vertical because the quantity of money supplied is fixed by the Fed. The demand curve for money slopes downward because people want to hold a larger quantity of money when each dollar buys less. At the equilibrium, point A, the value of money (on the left axis) and the price level (on the right axis) have adjusted to bring the quantity of money supplied and the quantity of money demanded into balance.

The two curves in this figure are the supply and demand curves for money. The supply curve is vertical because the Fed has fixed the quantity of money available. The demand curve for money slopes downward, indicating that when the value of money is low (and the price level is high), people demand a larger quantity of it to buy goods and services. At the equilibrium, shown in the figure as point A, the quantity of money demanded balances the quantity of money supplied. This equilibrium of money supply and money demand determines the value of money and the price level.

### 30-1c The Effects of a Monetary Injection

Let's now consider the effects of a change in monetary policy. To do so, imagine that the economy is in equilibrium and then, suddenly, the Fed doubles the supply of money by printing some dollar bills and dropping them around the country from helicopters. (Or, less dramatically and more realistically, the Fed could inject money into the economy by buying some government bonds from the public in open-market operations.) What happens after such a monetary injection? How does the new equilibrium compare to the old one?

Figure 2 shows what happens. The monetary injection shifts the supply curve to the right from $MS_1$ to $MS_2$, and the equilibrium moves from point A to point B. As a result, the value of money (shown on the left axis) decreases from $1/2$ to $1/4$, and the equilibrium price level (shown on the right axis) increases from 2 to 4. In other words, when an increase in the money supply makes dollars more plentiful, the result is an increase in the price level that makes each dollar less valuable.

This explanation of how the price level is determined and why it might change over time is called the **quantity theory of money**. According to the quantity theory, the quantity of money available in an economy determines the value of money, and growth in the quantity of money is the primary cause of inflation. As economist Milton Friedman once put it, "Inflation is always and everywhere a monetary phenomenon."

**quantity theory of money**
a theory asserting that the quantity of money available determines the price level and that the growth rate in the quantity of money available determines the inflation rate

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 2**

**An Increase in the Money Supply**

When the Fed increases the supply of money, the money supply curve shifts from $MS_1$ to $MS_2$. The value of money (on the left axis) and the price level (on the right axis) adjust to bring supply and demand back into balance. The equilibrium moves from point A to point B. Thus, when an increase in the money supply makes dollars more plentiful, the price level increases, making each dollar less valuable.

### 30-1d  A Brief Look at the Adjustment Process

So far, we have compared the old equilibrium and the new equilibrium after an injection of money. How does the economy move from the old to the new equilibrium? A complete answer to this question requires an understanding of short-run fluctuations in the economy, which we examine later in this book. Here, we briefly consider the adjustment process that occurs after a change in the money supply.

The immediate effect of a monetary injection is to create an excess supply of money. Before the injection, the economy was in equilibrium (point A in Figure 2). At the prevailing price level, people had exactly as much money as they wanted. But after the helicopters drop the new money and people pick it up off the streets, people have more dollars in their wallets than they want. At the prevailing price level, the quantity of money supplied now exceeds the quantity demanded.

People try to get rid of this excess supply of money in various ways. They might use it to buy goods and services. Or they might use this excess money to make loans to others by buying bonds or by depositing the money in a bank savings account. These loans allow other people to buy goods and services. In either case, the injection of money increases the demand for goods and services.

The economy's ability to supply goods and services, however, has not changed. As we saw in the chapter on production and growth, the economy's output of goods and services is determined by the available labor, physical capital, human capital, natural resources, and technological knowledge. None of these is altered by the injection of money.

Thus, the greater demand for goods and services causes the prices of goods and services to increase. The increase in the price level, in turn, increases the quantity of money demanded because people are using more dollars for every transaction. Eventually, the economy reaches a new equilibrium (point B in Figure 2) at which the quantity of money demanded again equals the quantity of money supplied.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

In this way, the overall price level for goods and services adjusts to bring money supply and money demand into balance.

### 30-1e The Classical Dichotomy and Monetary Neutrality

We have seen how changes in the money supply lead to changes in the average level of prices of goods and services. How do monetary changes affect other economic variables, such as production, employment, real wages, and real interest rates? This question has long intrigued economists, including David Hume in the 18th century.

Hume and his contemporaries suggested that economic variables should be divided into two groups. The first group consists of **nominal variables**—variables measured in monetary units. The second group consists of **real variables**—variables measured in physical units. For example, the income of corn farmers is a nominal variable because it is measured in dollars, whereas the quantity of corn they produce is a real variable because it is measured in bushels. Nominal GDP is a nominal variable because it measures the dollar value of the economy's output of goods and services; real GDP is a real variable because it measures the total quantity of goods and services produced and is not influenced by the current prices of those goods and services. The separation of real and nominal variables is now called the **classical dichotomy**. (A *dichotomy* is a division into two groups, and *classical* refers to the earlier economic thinkers.)

Applying the classical dichotomy is tricky when we turn to prices. Most prices are quoted in units of money and, therefore, are nominal variables. When we say that the price of corn is $2 a bushel or that the price of wheat is $1 a bushel, both prices are nominal variables. But what about a *relative* price—the price of one thing compared to another? In our example, we could say that the price of a bushel of corn is 2 bushels of wheat. This relative price is not measured in terms of money. When comparing the prices of any two goods, the dollar signs cancel, and the resulting number is measured in physical units. Thus, while dollar prices are nominal variables, relative prices are real variables.

This lesson has many applications. For instance, the real wage (the dollar wage adjusted for inflation) is a real variable because it measures the rate at which people exchange goods and services for a unit of labor. Similarly, the real interest rate (the nominal interest rate adjusted for inflation) is a real variable because it measures the rate at which people exchange goods and services today for goods and services in the future.

Why separate variables into these groups? The classical dichotomy is useful because different forces influence real and nominal variables. According to classical analysis, nominal variables are influenced by developments in the economy's monetary system, whereas money is largely irrelevant for explaining real variables.

This idea was implicit in our discussion of the real economy in the long run. In previous chapters, we examined how real GDP, saving, investment, real interest rates, and unemployment are determined without mentioning the existence of money. In that analysis, the economy's production of goods and services depends on technology and factor supplies, the real interest rate balances the supply and demand for loanable funds, the real wage balances the supply and demand for labor, and unemployment results when the real wage is kept above the equilibrium level. These conclusions have nothing to do with the quantity of money supplied.

Changes in the supply of money, according to classical analysis, affect nominal variables but not real ones. When the central bank doubles the money supply, the

**nominal variables**
variables measured in monetary units

**real variables**
variables measured in physical units

**classical dichotomy**
the theoretical separation of nominal and real variables

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**monetary neutrality**
the proposition that changes in the money supply do not affect real variables

price level doubles, the dollar wage doubles, and all other dollar values double. Real variables, such as production, employment, real wages, and real interest rates, are unchanged. The irrelevance of monetary changes for real variables is called **monetary neutrality**.

An analogy helps explain monetary neutrality. As the unit of account, money is the yardstick we use to measure economic transactions. When a central bank doubles the money supply, all prices double, and the value of the unit of account falls by half. A similar change would occur if the government were to reduce the length of the yard from 36 to 18 inches: With the new, shorter yardstick, all *measured* distances (nominal variables) would double, but the *actual* distances (real variables) would remain the same. The dollar, like the yard, is merely a unit of measurement, so a change in its value should not have real effects.

Is monetary neutrality realistic? Not completely. A change in the length of the yard from 36 to 18 inches would not matter in the long run, but in the short run, it would lead to confusion and mistakes. Similarly, most economists today believe that over short periods of time—within the span of a year or two—monetary changes affect real variables. Hume himself also doubted that monetary neutrality would apply in the short run. (We will study short-run non-neutrality later in the book, and this topic will help explain why the Fed changes the money supply over time.)

Yet classical analysis is right about the economy in the long run. Over the course of a decade, monetary changes have significant effects on nominal variables (such as the price level) but only negligible effects on real variables (such as real GDP). When studying long-run changes in the economy, the neutrality of money offers a good description of how the world works.

### 30-1f  Velocity and the Quantity Equation

We can obtain another perspective on the quantity theory of money by considering the following question: How many times per year is the typical dollar bill used to pay for a newly produced good or service? The answer to this question is given by a variable called the **velocity of money**. In physics, the term *velocity* refers to the speed at which an object travels. In economics, the velocity of money refers to the speed at which the typical dollar bill travels around the economy from wallet to wallet.

**velocity of money**
the rate at which money changes hands

To calculate the velocity of money, we divide the nominal value of output (nominal GDP) by the quantity of money. If $P$ is the price level (the GDP deflator), $Y$ the quantity of output (real GDP), and $M$ the quantity of money, then velocity is

$$V = (P \times Y)/M.$$

To see why this makes sense, imagine a simple economy that produces only pizza. Suppose that the economy produces 100 pizzas in a year, that a pizza sells for $10, and that the quantity of money in the economy is $50. Then the velocity of money is

$$V = (\$10 \times 100)/\$50$$
$$= 20.$$

In this economy, people spend a total of $1,000 per year on pizza. For this $1,000 of spending to take place with only $50 of money, each dollar bill must change hands on average 20 times per year.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

With slight algebraic rearrangement, this equation can be rewritten as

$$M \times V = P \times Y.$$

This equation states that the quantity of money ($M$) times the velocity of money ($V$) equals the price of output ($P$) times the amount of output ($Y$). It is called the **quantity equation** because it relates the quantity of money ($M$) to the nominal value of output ($P \times Y$). The quantity equation shows that an increase in the quantity of money in an economy must be reflected in one of the other three variables: The price level must rise, the quantity of output must rise, or the velocity of money must fall.

In many cases, it turns out that the velocity of money is relatively stable. For example, Figure 3 shows nominal GDP, the quantity of money (as measured by M2), and the velocity of money for the U.S. economy since 1960. During this period, the money supply and nominal GDP both increased more than thirtyfold. By contrast, the velocity of money, although not exactly constant, has not changed

**quantity equation**
the equation $M \times V = P \times Y$, which relates the quantity of money, the velocity of money, and the dollar value of the economy's output of goods and services

This figure shows the nominal value of output as measured by nominal GDP, the quantity of money as measured by M2, and the velocity of money as measured by their ratio. For comparability, all three series have been scaled to equal 100 in 1960. Notice that nominal GDP and the quantity of money have grown dramatically over this period, while velocity has been relatively stable.

**Source:** U.S. Department of Commerce; Federal Reserve Board.

**FIGURE 3**

**Nominal GDP, the Quantity of Money, and the Velocity of Money**



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

dramatically. Thus, for some purposes, the assumption of constant velocity is a good approximation.

We now have all the elements necessary to explain the equilibrium price level and inflation rate. They are as follows:

1. The velocity of money is relatively stable over time.
2. Because velocity is stable, when the central bank changes the quantity of money ($M$), it causes proportionate changes in the nominal value of output ($P \times Y$).
3. The economy's output of goods and services ($Y$) is primarily determined by factor supplies (labor, physical capital, human capital, and natural resources) and the available production technology. In particular, because money is neutral, money does not affect output.
4. With output ($Y$) determined by factor supplies and technology, when the central bank alters the money supply ($M$) and induces proportional changes in the nominal value of output ($P \times Y$), these changes are reflected in changes in the price level ($P$).
5. Therefore, when the central bank increases the money supply rapidly, the result is a high rate of inflation.

These five steps are the essence of the quantity theory of money.

**CASE STUDY**

**MONEY AND PRICES DURING FOUR HYPERINFLATIONS**

Although earthquakes can wreak havoc on a society, they have the beneficial by-product of providing much useful data for seismologists. These data can shed light on alternative theories and, thereby, help society predict and deal with future threats. Similarly, hyperinflations offer monetary economists a natural experiment they can use to study the effects of money on the economy.

Hyperinflations are interesting in part because the changes in the money supply and price level are so large. Indeed, hyperinflation is generally defined as inflation that exceeds 50 percent *per month*. This means that the price level increases more than 100-fold over the course of a year.

The data on hyperinflation show a clear link between the quantity of money and the price level. Figure 4 graphs data from four classic hyperinflations that occurred during the 1920s in Austria, Hungary, Germany, and Poland. Each graph shows the quantity of money in the economy and an index of the price level. The slope of the money line represents the rate at which the quantity of money was growing, and the slope of the price line represents the inflation rate. The steeper the lines, the higher the rates of money growth or inflation.

Notice that in each graph the quantity of money and the price level are almost parallel. In each instance, growth in the quantity of money is moderate at first and so is inflation. But over time, the quantity of money in the economy starts growing faster and faster. At about the same time, inflation also takes off. Then when the quantity of money stabilizes, the price level stabilizes as well. These episodes illustrate well one of the *Ten Principles of Economics*: Prices rise when the government prints too much money. ●

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

This figure shows the quantity of money and the price level during four hyperinflations. (Note that these variables are graphed on *logarithmic* scales. This means that equal vertical distances on the graph represent equal *percentage* changes in the variable.) In each case, the quantity of money and the price level move closely together. The strong association between these two variables is consistent with the quantity theory of money, which states that growth in the money supply is the primary cause of inflation.

Source: Adapted from Thomas J. Sargent, "The End of Four Big Inflations," in Robert Hall, ed., *Inflation* (Chicago: University of Chicago Press, 1983), pp. 41–93.

**FIGURE 4**

**Money and Prices during Four Hyperinflations**



### 30-1g The Inflation Tax

If inflation is so easy to explain, why do countries experience hyperinflation? That is, why do the central banks of these countries choose to print so much money that its value is certain to fall rapidly over time?

The answer is that the governments of these countries are using money creation as a way to pay for their spending. When the government wants to build roads, pay salaries to its soldiers, or give transfer payments to the poor or elderly, it first has to raise the necessary funds. Normally, the government does this by levying taxes, such as income and sales taxes, and by borrowing from the public by selling government bonds. Yet the government can also pay for spending simply by printing the money it needs.

When the government raises revenue by printing money, it is said to levy an **inflation tax**. The inflation tax is not exactly like other taxes, however, because no one receives a bill from the government for this tax. Instead, the inflation tax is

**inflation tax**
the revenue the government raises by creating money

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

subtler. When the government prints money, the price level rises, and the dollars in your wallet become less valuable. Thus, *the inflation tax is like a tax on everyone who holds money.*

The importance of the inflation tax varies from country to country and over time. In the United States in recent years, the inflation tax has been a trivial source of revenue: It has accounted for less than 3 percent of government revenue. During the 1770s, however, the Continental Congress of the fledgling United States relied heavily on the inflation tax to pay for military spending. Because the new government had a limited ability to raise funds through regular taxes or borrowing, printing dollars was the easiest way to pay the American soldiers. As the quantity theory predicts, the result was a high rate of inflation: Prices measured in terms of the continental dollar rose more than a 100-fold over a few years.

Almost all hyperinflations follow the same pattern as the hyperinflation during the American Revolution. The government has high spending, inadequate tax revenue, and limited ability to borrow. As a result, it turns to the printing press to pay for its spending. The massive increases in the quantity of money lead to massive inflation. The inflation ends when the government institutes fiscal reforms—such as cuts in government spending—that eliminate the need for the inflation tax.

---

**FYI**

## Hyperinflation in Zimbabwe



During the first decade of the 2000s, the nation of Zimbabwe experienced one of history's most extreme examples of hyperinflation. In many ways, the story is common: Large government budget deficits led to the creation of large quantities of money and high rates of inflation. The hyperinflation ended in April 2009 when the Zimbabwe central bank stopped printing the Zimbabwe dollar and the nation started using foreign currencies such as the U.S. dollar and the South African rand as the medium of exchange.

Estimates vary about how high inflation in Zimbabwe got, but the magnitude of the problem is well documented by the denomination of the notes being issued by the central bank. Before the hyperinflation started, the Zimbabwe dollar was worth a bit more than one U.S. dollar, so the denominations of the paper currency were similar to those one would find in the United States. A person might carry, for example, a 10-dollar note in his wallet. In January 2008, however, after years of high inflation, the Reserve Bank of Zimbabwe issued notes worth 10 million Zimbabwe dollars, which was then equivalent to about 4 U.S. dollars. But even that did not prove to be large enough. A year later, the central bank announced it would issue notes worth 10 trillion Zimbabwe dollars, then worth about 3 U.S. dollars.

As prices rose and the central bank printed ever-larger denominations of money, the older, smaller-denomination currency lost value and became almost worthless. One indication of this phenomenon can be found on this sign from a public restroom in Zimbabwe, shown below. ■



ISTOCK/GETTY IMAGES

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 30-1h The Fisher Effect

According to the principle of monetary neutrality, an increase in the rate of money growth raises the rate of inflation but does not affect any real variable. An important application of this principle concerns the effect of money on interest rates. Interest rates are important variables for macroeconomists to understand because they link the economy of the present and the economy of the future through their effects on saving and investment.

To understand the relationship between money, inflation, and interest rates, recall the distinction between the nominal interest rate and the real interest rate. The *nominal interest rate* is the interest rate you hear about at your bank. If you have a savings account, for instance, the nominal interest rate tells you how fast the number of dollars in your account will rise over time. The *real interest rate* corrects the nominal interest rate for the effect of inflation to tell you how fast the purchasing power of your savings account will rise over time. The real interest rate is the nominal interest rate minus the inflation rate:

$$\text{Real interest rate} = \text{Nominal interest rate} - \text{Inflation rate}.$$

For example, if the bank posts a nominal interest rate of 7 percent per year and the inflation rate is 3 percent per year, then the real value of the deposits grows by 4 percent per year.

We can rewrite this equation to show that the nominal interest rate is the sum of the real interest rate and the inflation rate:

$$\text{Nominal interest rate} = \text{Real interest rate} + \text{Inflation rate}.$$

This way of looking at the nominal interest rate is useful because different economic forces determine each of the two terms on the right side of this equation. As we discussed earlier in the book, the supply and demand for loanable funds determine the real interest rate. And according to the quantity theory of money, growth in the money supply determines the inflation rate.

Let's now consider how growth in the money supply affects interest rates. In the long run over which money is neutral, a change in money growth should not affect the real interest rate. The real interest rate is, after all, a real variable. For the real interest rate not to be affected, the nominal interest rate must adjust one-for-one to changes in the inflation rate. Thus, *when the Fed increases the rate of money growth, the long-run result is both a higher inflation rate and a higher nominal interest rate*. This adjustment of the nominal interest rate to the inflation rate is called the **Fisher effect**, after Irving Fisher (1867–1947), the economist who first studied it.

Keep in mind that our analysis of the Fisher effect has maintained a long-run perspective. The Fisher effect need not hold in the short run because inflation may be unanticipated. A nominal interest rate is a payment on a loan, and it is typically set when the loan is first made. If a jump in inflation catches the borrower and lender by surprise, the nominal interest rate they agreed on will fail to reflect the higher inflation. But if inflation remains high, people will eventually come to expect it, and loan agreements will reflect this expectation. To be precise, therefore, the Fisher effect states that the nominal interest rate adjusts to expected inflation. Expected inflation moves with actual inflation in the long run, but that is not necessarily true in the short run.

The Fisher effect is crucial for understanding changes over time in the nominal interest rate. Figure 5 shows the nominal interest rate and the inflation rate in

**Fisher effect**
the one-for-one adjustment of the nominal interest rate to the inflation rate

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 5**

**The Nominal Interest Rate and the Inflation Rate**

This figure uses annual data since 1960 to show the nominal interest rate on three-month Treasury bills and the inflation rate as measured by the consumer price index. The close association between these two variables is evidence for the Fisher effect: When the inflation rate rises, so does the nominal interest rate.

Source: U.S. Department of Treasury; U.S. Department of Labor.

the U.S. economy since 1960. The close association between these two variables is clear. The nominal interest rate rose from the early 1960s through the 1970s because inflation was also rising during this time. Similarly, the nominal interest rate fell from the early 1980s through the 1990s because the Fed got inflation under control. In recent years, both the nominal interest rate and the inflation rate have been low by historical standards.

**QuickQuiz**  *The government of a country increases the growth rate of the money supply from 5 percent per year to 50 percent per year. What happens to prices? What happens to nominal interest rates? Why might the government be doing this?*

## 30-2  The Costs of Inflation

In the late 1970s, when the U.S. inflation rate reached about 10 percent per year, inflation dominated debates over economic policy. And even though inflation has been low over the past 20 years, it remains a closely watched macroeconomic variable. One study found that *inflation* is the economic term mentioned most often in U.S. newspapers (ahead of second-place finisher *unemployment* and third-place finisher *productivity*).

Inflation is closely watched and widely discussed because it is thought to be a serious economic problem. But is that true? And if so, why?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 30-2a  A Fall in Purchasing Power? The Inflation Fallacy

If you ask the typical person why inflation is bad, he will tell you that the answer is obvious: Inflation robs him of the purchasing power of his hard-earned dollars. When prices rise, each dollar of income buys fewer goods and services. Thus, it might seem that inflation directly lowers living standards.

Yet further thought reveals a fallacy in this answer. When prices rise, buyers of goods and services pay more for what they buy. At the same time, however, sellers of goods and services get more for what they sell. Because most people earn their incomes by selling their services, such as their labor, inflation in incomes goes hand in hand with inflation in prices. Thus, *inflation does not in itself reduce people's real purchasing power*.

People believe the inflation fallacy because they do not appreciate the principle of monetary neutrality. A worker who receives an annual raise of 10 percent tends to view that raise as a reward for his own talent and effort. When an inflation rate of 6 percent reduces the real value of that raise to only 4 percent, the worker might feel that he has been cheated of what is rightfully his due. In fact, as we discussed in the chapter on production and growth, real incomes are determined by real variables, such as physical capital, human capital, natural resources, and the available production technology. Nominal incomes are determined by those factors and the overall price level. If the Fed were to lower the inflation rate from 6 percent to zero, our worker's annual raise would fall from 10 percent to 4 percent. He might feel less robbed by inflation, but his real income would not rise more quickly.

If nominal incomes tend to keep pace with rising prices, why then is inflation a problem? It turns out that there is no single answer to this question. Instead, economists have identified several costs of inflation. Each of these costs shows some way in which persistent growth in the money supply does, in fact, have some adverse effect on real variables.

### 30-2b  Shoeleather Costs

As we have discussed, inflation is like a tax on the holders of money. The tax itself is not a cost to society: It is only a transfer of resources from households to the government. Yet most taxes give people an incentive to alter their behavior to avoid paying the tax, and this distortion of incentives causes deadweight losses for society as a whole. Like other taxes, the inflation tax also causes deadweight losses because people waste scarce resources trying to avoid it.

How can a person avoid paying the inflation tax? Because inflation erodes the real value of the money in your wallet, you can avoid the inflation tax by holding less money. One way to do this is to go to the bank more often. For example, rather than withdrawing $200 every four weeks, you might withdraw $50 once a week. By making more frequent trips to the bank, you can keep more of your wealth in your interest-bearing savings account and less in your wallet, where inflation erodes its value.

The cost of reducing your money holdings is called the **shoeleather cost** of inflation because making more frequent trips to the bank causes your shoes to wear out more quickly. Of course, this term is not to be taken literally: The actual cost of reducing your money holdings is not the wear and tear on your shoes but the time and convenience you must sacrifice to keep less money on hand than you would if there were no inflation.

**shoeleather costs**
the resources wasted when inflation encourages people to reduce their money holdings

The shoeleather costs of inflation may seem trivial. Indeed, they are in the U.S. economy, which has had only moderate inflation in recent years. But this cost is magnified in countries experiencing hyperinflation. Here is a description of one

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

person's experience in Bolivia during its hyperinflation (as reported in the August 13, 1985, issue of *The Wall Street Journal*):

> When Edgar Miranda gets his monthly teacher's pay of 25 million pesos, he hasn't a moment to lose. Every hour, pesos drop in value. So, while his wife rushes to market to lay in a month's supply of rice and noodles, he is off with the rest of the pesos to change them into black-market dollars.
>
> Mr. Miranda is practicing the First Rule of Survival amid the most out-of-control inflation in the world today. Bolivia is a case study of how runaway inflation undermines a society. Price increases are so huge that the figures build up almost beyond comprehension. In one six-month period, for example, prices soared at an annual rate of 38,000 percent. By official count, however, last year's inflation reached 2,000 percent, and this year's is expected to hit 8,000 percent—though other estimates range many times higher. In any event, Bolivia's rate dwarfs Israel's 370 percent and Argentina's 1,100 percent—two other cases of severe inflation.
>
> It is easier to comprehend what happens to the thirty-eight-year-old Mr. Miranda's pay if he doesn't quickly change it into dollars. The day he was paid 25 million pesos, a dollar cost 500,000 pesos. So he received $50. Just days later, with the rate at 900,000 pesos, he would have received $27.

As this story shows, the shoeleather costs of inflation can be substantial. With the high inflation rate, Mr. Miranda does not have the luxury of holding the local money as a store of value. Instead, he is forced to convert his pesos quickly into goods or into U.S. dollars, which offer a more stable store of value. The time and effort that Mr. Miranda expends to reduce his money holdings are a waste of resources. If the monetary authority pursued a low-inflation policy, Mr. Miranda would be happy to hold pesos, and he could put his time and effort to more productive use. In fact, shortly after this article was written, the Bolivian inflation rate was reduced substantially with a more restrictive monetary policy.

### 30-2c  Menu Costs

Most firms do not change the prices of their products every day. Instead, firms often announce prices and leave them unchanged for weeks, months, or even years. One survey found that the typical U.S. firm changes its prices about once a year.

**menu costs**
the costs of changing prices

Firms change prices infrequently because there are costs to changing prices. Costs of price adjustment are called **menu costs**, a term derived from a restaurant's cost of printing a new menu. Menu costs include the costs of deciding on new prices, printing new price lists and catalogs, sending these new price lists and catalogs to dealers and customers, advertising the new prices, and even dealing with customer annoyance over price changes.

Inflation increases the menu costs that firms must bear. In the current U.S. economy, with its low inflation rate, annual price adjustment is an appropriate business strategy for many firms. But when high inflation makes firms' costs rise rapidly, annual price adjustment is impractical. During hyperinflations, for example, firms must change their prices daily or even more often just to keep up with all the other prices in the economy.

### 30-2d  Relative-Price Variability and the Misallocation of Resources

Suppose that the Eatabit Eatery prints a new menu with new prices every January and then leaves its prices unchanged for the rest of the year. If there is no inflation, Eatabit's relative prices—the prices of its meals compared to other prices in the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

economy—would be constant over the course of the year. By contrast, if the inflation rate is 12 percent per year, Eatabit's relative prices will automatically fall by 1 percent each month. The restaurant's relative prices will be high in the early months of the year, just after it has printed a new menu, and low in the later months. And the higher the inflation rate, the greater is this automatic variability. Thus, because prices change only once in a while, inflation causes relative prices to vary more than they otherwise would.

Why does this matter? The reason is that market economies rely on relative prices to allocate scarce resources. Consumers decide what to buy by comparing the quality and prices of various goods and services. Through these decisions, they determine how the scarce factors of production are allocated among industries and firms. When inflation distorts relative prices, consumer decisions are distorted and markets are less able to allocate resources to their best use.

### 30-2e  Inflation-Induced Tax Distortions

Almost all taxes distort incentives, cause people to alter their behavior, and lead to a less efficient allocation of the economy's resources. Many taxes, however, become even more problematic in the presence of inflation. The reason is that lawmakers often fail to take inflation into account when writing the tax laws. Economists who have studied the tax code conclude that inflation tends to raise the tax burden on income earned from savings.

One example of how inflation discourages saving is the tax treatment of *capital gains*—the profits made by selling an asset for more than its purchase price. Suppose that in 1988 you used some of your savings to buy stock in IBM for $30 and that in 2016 you sold the stock for $130. According to the tax law, you have earned a capital gain of $100, which you must include in your income when computing how much income tax you owe. But because the overall price level doubled from 1988 to 2016, the $30 you invested in 1988 is equivalent (in terms of purchasing power) to $60 in 2016. When you sell your stock for $130, you have a real gain (an increase in purchasing power) of only $70. The tax code, however, does not take account of inflation and assesses you a tax on a gain of $100. Thus, inflation exaggerates the size of capital gains and inadvertently increases the tax burden on this type of income.

Another example is the tax treatment of interest income. The income tax treats the *nominal* interest earned on savings as income, even though part of the nominal interest rate merely compensates for inflation. To see the effects of this policy, consider the numerical example in Table 1. The table compares two economies, both of which tax interest income at a rate of 25 percent. In Economy A, inflation is zero and the nominal and real interest rates are both 4 percent. In this case, the 25 percent tax on interest income reduces the real interest rate from 4 percent to 3 percent. In Economy B, the real interest rate is again 4 percent but the inflation rate is 8 percent. As a result of the Fisher effect, the nominal interest rate is 12 percent. Because the income tax treats this entire 12 percent interest as income, the government takes 25 percent of it, leaving an after-tax nominal interest rate of only 9 percent and an after-tax real interest rate of only 1 percent. In this case, the 25 percent tax on interest income reduces the real interest rate from 4 percent to 1 percent. Because the after-tax real interest rate provides the incentive to save, saving is much less attractive in the economy with inflation (Economy B) than in the economy with stable prices (Economy A).

The taxes on nominal capital gains and on nominal interest income are two examples of how the tax code interacts with inflation. There are many others. Because of these inflation-induced tax changes, higher inflation tends to

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## TABLE 1

**How Inflation Raises the Tax Burden on Saving**
In the presence of zero inflation, a 25 percent tax on interest income reduces the real interest rate from 4 percent to 3 percent. In the presence of 8 percent inflation, the same tax reduces the real interest rate from 4 percent to 1 percent.

| | Economy A (price stability) | Economy B (inflation) |
|---|---|---|
| Real interest rate | 4% | 4% |
| Inflation rate | 0 | 8 |
| Nominal interest rate (real interest rate + inflation rate) | 4 | 12 |
| Reduced interest due to 25 percent tax (0.25 × nominal interest rate) | 1 | 3 |
| After-tax nominal interest rate (0.75 × nominal interest rate) | 3 | 9 |
| After-tax real interest rate (after-tax nominal interest rate − inflation rate) | 3 | 1 |

discourage people from saving. Recall that the economy's saving provides the resources for investment, which in turn is a key ingredient to long-run economic growth. Thus, when inflation raises the tax burden on saving, it tends to depress the economy's long-run growth rate. There is, however, no consensus among economists about the size of this effect.

One solution to this problem, other than eliminating inflation, is to index the tax system. That is, the tax laws could be rewritten to take account of the effects of inflation. In the case of capital gains, for example, the tax code could adjust the purchase price using a price index and assess the tax only on the real gain. In the case of interest income, the government could tax only real interest income by excluding that portion of the interest income that merely compensates for inflation. To some extent, the tax laws have moved in the direction of indexation. For example, the income levels at which income tax rates change are adjusted automatically each year based on changes in the consumer price index. Yet many other aspects of the tax laws—such as the tax treatment of capital gains and interest income—are not indexed.

In an ideal world, the tax laws would be written so that inflation would not alter anyone's real tax liability. In the real world, however, tax laws are far from perfect. More complete indexation would probably be desirable, but it would further complicate a tax code that many people already consider too complex.

### 30-2f Confusion and Inconvenience

Imagine that we took a poll and asked people the following question: "This year the yard is 36 inches. How long do you think it should be next year?" Assuming we could get people to take us seriously, they would tell us that the yard should stay the same length—36 inches. Anything else would just complicate life needlessly.

What does this finding have to do with inflation? Recall that money, as the economy's unit of account, is what we use to quote prices and record debts. In other words, money is the yardstick with which we measure economic transactions. The job of the Federal Reserve is a bit like the job of the Bureau of

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Standards—to ensure the reliability of a commonly used unit of measurement. When the Fed increases the money supply and creates inflation, it erodes the real value of the unit of account.

It is difficult to judge the costs of the confusion and inconvenience that arise from inflation. Earlier, we discussed how the tax code incorrectly measures real incomes in the presence of inflation. Similarly, accountants incorrectly measure firms' earnings when prices are rising over time. Because inflation causes dollars at different times to have different real values, computing a firm's profit—the difference between its revenue and costs—is more complicated in an economy with inflation. Therefore, to some extent, inflation makes investors less able to sort successful from unsuccessful firms, which in turn impedes financial markets in their role of allocating the economy's saving to alternative types of investment.

### 30-2g  A Special Cost of Unexpected Inflation: Arbitrary Redistributions of Wealth

So far, the costs of inflation we have discussed occur even if inflation is steady and predictable. Inflation has an additional cost, however, when it comes as a surprise. Unexpected inflation redistributes wealth among the population in a way that has nothing to do with either merit or need. These redistributions occur because many loans in the economy are specified in terms of the unit of account—money.

Consider an example. Suppose that Sam Student takes out a $20,000 loan at a 7 percent interest rate from Bigbank to attend college. In 10 years, the loan will come due. After his debt has compounded for 10 years at 7 percent, Sam will owe Bigbank $40,000. The real value of this debt will depend on inflation over the decade. If Sam is lucky, the economy will have a hyperinflation. In this case, wages and prices will rise so high that Sam will be able to pay the $40,000 debt out of pocket change. By contrast, if the economy goes through a major deflation, then wages and prices will fall, and Sam will find the $40,000 debt a greater burden than he anticipated.

This example shows that unexpected changes in prices redistribute wealth among debtors and creditors. A hyperinflation enriches Sam at the expense of Bigbank because it diminishes the real value of the debt; Sam can repay the loan in dollars that are less valuable than he anticipated. Deflation enriches Bigbank at Sam's expense because it increases the real value of the debt; in this case, Sam has to repay the loan in dollars that are more valuable than he anticipated. If inflation were predictable, then Bigbank and Sam could take inflation into account when setting the nominal interest rate. (Recall the Fisher effect.) But if inflation is hard to predict, it imposes risk on Sam and Bigbank that both would prefer to avoid.

This cost of unexpected inflation is important to consider together with another fact: Inflation is especially volatile and uncertain when the average rate of inflation is high. This is seen most simply by examining the experience of different countries. Countries with low average inflation, such as Germany in the late 20th century, tend to have stable inflation. Countries with high average inflation, such as many countries in Latin America, tend to have unstable inflation. There are no known examples of economies with high, stable inflation. This relationship between the level and volatility of inflation points to another cost of inflation. If a country pursues a high-inflation monetary policy, it will have to bear not only the costs of high expected inflation but also the arbitrary redistributions of wealth associated with unexpected inflation.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 30-2h  Inflation Is Bad, but Deflation May Be Worse

In recent U.S. history, inflation has been the norm. But the level of prices has fallen at times, such as during the late 19th century and early 1930s. From 1998 to 2012, Japan experienced a 4-percent decline in its overall price level. So as we conclude our discussion of the costs of inflation, we should briefly consider the costs of deflation as well.

Some economists have suggested that a small and predictable amount of deflation may be desirable. Milton Friedman pointed out that deflation would lower the nominal interest rate (via the Fisher effect) and that a lower nominal interest rate would reduce the cost of holding money. The shoeleather costs of holding money would, he argued, be minimized by a nominal interest rate close to zero, which in turn would require deflation equal to the real interest rate. This prescription for moderate deflation is called the *Friedman rule*.

Yet there are also costs of deflation. Some of these mirror the costs of inflation. For example, just as a rising price level induces menu costs and relative-price variability, so does a falling price level. Moreover, in practice, deflation is rarely as steady and predictable as Friedman recommended. More often, it comes as a surprise, resulting in the redistribution of wealth toward creditors and away from debtors. Because debtors are often poorer, these redistributions in wealth are particularly painful.

Perhaps most important, deflation often arises because of broader macroeconomic difficulties. As we will see in future chapters, falling prices result when some event, such as a monetary contraction, reduces the overall demand for goods and services in the economy. This fall in aggregate demand can lead to falling incomes and rising unemployment. In other words, deflation is often a symptom of deeper economic problems.

**CASE STUDY**

**THE WIZARD OF OZ AND THE FREE-SILVER DEBATE**

As a child, you probably saw the movie *The Wizard of Oz*, based on a children's book written in 1900. The movie and book tell the story of a young girl, Dorothy, who finds herself lost in a strange land far from home. You probably did not know, however, that some scholars believe that the story is actually an allegory about U.S. monetary policy in the late 19th century.

From 1880 to 1896, the price level in the U.S. economy fell by 23 percent. Because this event was unanticipated, it led to a major redistribution of wealth. Most farmers in the western part of the country were debtors. Their creditors were the bankers in the east. When the price level fell, it caused the real value of these debts to rise, which enriched the banks at the expense of the farmers.

According to Populist politicians of the time, the solution to the farmers' problem was the free coinage of silver. During this period, the United States was operating with a gold standard. The quantity of gold determined the money supply and, thereby, the price level. The free-silver advocates wanted silver, as well as gold, to be used as money. If adopted, this proposal would have increased the money supply, pushed up the price level, and reduced the real burden of the farmers' debts.

The debate over silver was heated, and it was central to the politics of the 1890s. A common election slogan of the Populists was "We Are Mortgaged. All but Our Votes." One prominent advocate of free silver was William Jennings Bryan,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

the Democratic nominee for president in 1896. He is remembered in part for a speech at the Democratic Party's nominating convention in which he said, "You shall not press down upon the brow of labor this crown of thorns. You shall not crucify mankind upon a cross of gold." Rarely since then have politicians waxed so poetic about alternative approaches to monetary policy. Nonetheless, Bryan lost the election to Republican William McKinley, and the United States remained on the gold standard.

L. Frank Baum, author of the book *The Wonderful Wizard of Oz*, was a midwestern journalist. When he sat down to write a story for children, he made the characters represent protagonists in the major political battle of his time. Here is how economic historian Hugh Rockoff, writing in the *Journal of Political Economy* in 1990, interprets the story:

|  |  |
|---|---|
| DOROTHY: | Traditional American values |
| TOTO: | Prohibitionist party, also called the Teetotalers |
| SCARECROW: | Farmers |
| TIN WOODSMAN: | Industrial workers |
| COWARDLY LION: | William Jennings Bryan |
| MUNCHKINS: | Citizens of the East |
| WICKED WITCH OF THE EAST: | Grover Cleveland |
| WICKED WITCH OF THE WEST: | William McKinley |
| WIZARD: | Marcus Alonzo Hanna, chairman of the Republican Party |
| OZ: | Abbreviation for ounce of gold |
| YELLOW BRICK ROAD: | Gold standard |

At the end of Baum's story, Dorothy does find her way home, but it is not by just following the yellow brick road. After a long and perilous journey, she learns that the wizard is incapable of helping her or her friends. Instead, Dorothy finally discovers the magical power of her *silver* slippers. (When the book was made into a movie in 1939, Dorothy's slippers were changed from silver to ruby. The Hollywood filmmakers were more interested in showing off the new technology of Technicolor than in telling a story about 19th-century monetary policy.)



*An early debate over monetary policy*

The Populists lost the debate over the free coinage of silver, but they eventually got the monetary expansion and inflation that they wanted. In 1898, prospectors discovered gold near the Klondike River in the Canadian Yukon. Increased supplies of gold also arrived from the mines of South Africa. As a result, the money supply and the price level started to rise in the United States and in other countries operating on the gold standard. Within 15 years, prices in the United States were back to the levels that had prevailed in the 1880s, and farmers were better able to handle their debts. ●

> **QuickQuiz**  *List and describe six costs of inflation.*

## 30-3 Conclusion

This chapter discussed the causes and costs of inflation. The primary cause of inflation is growth in the quantity of money. When the central bank creates money in large quantities, the value of money falls quickly. To maintain stable prices, the central bank must maintain strict control over the money supply.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The costs of inflation are more subtle. They include shoeleather costs, menu costs, increased variability of relative prices, unintended changes in tax liabilities, confusion and inconvenience, and arbitrary redistributions of wealth. Are these costs, in total, large or small? All economists agree that they become huge during hyperinflation. But during periods of moderate inflation—when prices rise by less than 10 percent per year—the size of these costs is more open to debate.

This chapter presented many of the most important lessons about inflation, but the analysis is incomplete. When the central bank reduces the rate of money growth, prices rise less rapidly, as the quantity theory suggests. Yet as the economy makes the transition to the lower inflation rate, the change in monetary policy will likely disrupt production and employment. That is, even though monetary policy is neutral in the long run, it has profound effects on real variables in the short run. Later in this book we will examine the reasons for short-run monetary non-neutrality to enhance our understanding of the causes and effects of inflation.

## CHAPTER QuickQuiz

1. The classical principle of monetary neutrality states that changes in the money supply do not influence _____ variables and is thought most applicable in the _____ run.
   a. nominal, short
   b. nominal, long
   c. real, short
   d. real, long

2. If nominal GDP is $400, real GDP is $200, and the money supply is $100, then
   a. the price level is ½, and velocity is 2.
   b. the price level is ½, and velocity is 4.
   c. the price level is 2, and velocity is 2.
   d. the price level is 2, and velocity is 4.

3. According to the quantity theory of money, which variable in the quantity equation is most stable over long periods of time?
   a. money
   b. velocity
   c. price level
   d. output

4. Hyperinflations occur when the government runs a large budget _____, which the central bank finances with a substantial monetary _____.
   a. deficit, contraction
   b. deficit, expansion
   c. surplus, contraction
   d. surplus, expansion

5. According to the quantity theory of money and the Fisher effect, if the central bank increases the rate of money growth,
   a. inflation and the nominal interest rate both increase.
   b. inflation and the real interest rate both increase.
   c. the nominal interest rate and the real interest rate both increase.
   d. inflation, the real interest rate, and the nominal interest rate all increase.

6. If an economy always has inflation of 10 percent per year, which of the following costs of inflation will it NOT suffer?
   a. shoeleather costs from reduced holdings of money
   b. menu costs from more frequent price adjustment
   c. distortions from the taxation of nominal capital gains
   d. arbitrary redistributions between debtors and creditors

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## SUMMARY

- The overall level of prices in an economy adjusts to bring money supply and money demand into balance. When the central bank increases the supply of money, it causes the price level to rise. Persistent growth in the quantity of money supplied leads to continuing inflation.

- The principle of monetary neutrality asserts that changes in the quantity of money influence nominal variables but not real variables. Most economists believe that monetary neutrality approximately describes the behavior of the economy in the long run.

- A government can pay for some of its spending simply by printing money. When countries rely heavily on this "inflation tax," the result is hyperinflation.

- One application of the principle of monetary neutrality is the Fisher effect. According to the Fisher effect, when the inflation rate rises, the nominal interest rate rises by the same amount so that the real interest rate remains the same.

- Many people think that inflation makes them poorer because it raises the cost of what they buy. This view is a fallacy, however, because inflation also raises nominal incomes.

- Economists have identified six costs of inflation: shoeleather costs associated with reduced money holdings, menu costs associated with more frequent adjustment of prices, increased variability of relative prices, unintended changes in tax liabilities due to nonindexation of the tax code, confusion and inconvenience resulting from a changing unit of account, and arbitrary redistributions of wealth between debtors and creditors. Many of these costs are large during hyperinflation, but the size of these costs for moderate inflation is less clear.

## KEY CONCEPTS

quantity theory of money, p. 631
nominal variables, p. 633
real variables, p. 633
classical dichotomy, p. 633

monetary neutrality, p. 634
velocity of money, p. 634
quantity equation, p. 635
inflation tax, p. 637

Fisher effect, p. 639
shoeleather costs, p. 641
menu costs, p. 642

## QUESTIONS FOR REVIEW

1. Explain how an increase in the price level affects the real value of money.

2. According to the quantity theory of money, what is the effect of an increase in the quantity of money?

3. Explain the difference between nominal and real variables and give two examples of each. According to the principle of monetary neutrality, which variables are affected by changes in the quantity of money?

4. In what sense is inflation like a tax? How does thinking about inflation as a tax help explain hyperinflation?

5. According to the Fisher effect, how does an increase in the inflation rate affect the real interest rate and the nominal interest rate?

6. What are the costs of inflation? Which of these costs do you think are most important for the U.S. economy?

7. If inflation is less than expected, who benefits—debtors or creditors? Explain.

## PROBLEMS AND APPLICATIONS

1. Suppose that this year's money supply is $500 billion, nominal GDP is $10 trillion, and real GDP is $5 trillion.
   a. What is the price level? What is the velocity of money?
   b. Suppose that velocity is constant and the economy's output of goods and services rises by 5 percent each year. What will happen to nominal GDP and the price level next year if the Fed keeps the money supply constant?
   c. What money supply should the Fed set next year if it wants to keep the price level stable?
   d. What money supply should the Fed set next year if it wants inflation of 10 percent?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

2. Suppose that changes in bank regulations expand the availability of credit cards so that people need to hold less cash.
   a. How does this event affect the demand for money?
   b. If the Fed does not respond to this event, what will happen to the price level?
   c. If the Fed wants to keep the price level stable, what should it do?

3. It is sometimes suggested that the Federal Reserve should try to achieve zero inflation. If we assume that velocity is constant, does this zero-inflation goal require that the rate of money growth equal zero? If yes, explain why. If no, explain what the rate of money growth should equal.

4. Suppose that a country's inflation rate increases sharply. What happens to the inflation tax on the holders of money? Why is wealth that is held in savings accounts *not* subject to a change in the inflation tax? Can you think of any way holders of savings accounts are hurt by the increase in the inflation rate?

5. Let's consider the effects of inflation in an economy composed of only two people: Bob, a bean farmer, and Rita, a rice farmer. Bob and Rita both always consume equal amounts of rice and beans. In 2016, the price of beans was $1 and the price of rice was $3.
   a. Suppose that in 2017 the price of beans was $2 and the price of rice was $6. What was inflation? Was Bob better off, worse off, or unaffected by the changes in prices? What about Rita?
   b. Now suppose that in 2017 the price of beans was $2 and the price of rice was $4. What was inflation? Was Bob better off, worse off, or unaffected by the changes in prices? What about Rita?
   c. Finally, suppose that in 2017 the price of beans was $2 and the price of rice was $1.50. What was inflation? Was Bob better off, worse off, or unaffected by the changes in prices? What about Rita?

   d. What matters more to Bob and Rita—the overall inflation rate or the relative price of rice and beans?

6. If the tax rate is 40 percent, compute the before-tax real interest rate and the after-tax real interest rate in each of the following cases.
   a. The nominal interest rate is 10 percent, and the inflation rate is 5 percent.
   b. The nominal interest rate is 6 percent, and the inflation rate is 2 percent.
   c. The nominal interest rate is 4 percent, and the inflation rate is 1 percent.

7. Recall that money serves three functions in the economy. What are those functions? How does inflation affect the ability of money to serve each of these functions?

8. Suppose that people expect inflation to equal 3 percent, but in fact, prices rise by 5 percent. Describe how this unexpectedly high inflation rate would help or hurt the following:
   a. the government
   b. a homeowner with a fixed-rate mortgage
   c. a union worker in the second year of a labor contract
   d. a college that has invested some of its endowment in government bonds

9. Explain whether the following statements are true, false, or uncertain.
   a. "Inflation hurts borrowers and helps lenders, because borrowers must pay a higher rate of interest."
   b. "If prices change in a way that leaves the overall price level unchanged, then no one is made better or worse off."
   c. "Inflation does not reduce the purchasing power of most workers."

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# PART XI

# The Macroeconomics of Open Economies



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 283 of 468

# Open-Economy Macroeconomics: Basic Concepts

**W**hen you decide to buy a car, you may compare the latest models offered by Ford and Toyota. When you take your next vacation, you may consider spending it on a beach in Florida or in Mexico. When you start saving for your retirement, you may choose between a mutual fund that buys stock in U.S. companies and one that buys stock in foreign companies. In all these cases, you are participating not just in the U.S. economy but also in economies around the world.

International trade yields clear benefits: Trade allows people to produce what they produce best and to consume the great variety of goods and services produced around the world. Indeed, one of the *Ten Principles of Economics*



Copyright 2014 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

highlighted in Chapter 1 is that trade can make everyone better off. International trade can raise living standards in all countries by allowing each country to specialize in producing those goods and services in which it has a comparative advantage.

So far, our development of macroeconomics has largely ignored the economy's interaction with other economies around the world. For most questions in macroeconomics, international issues are peripheral. For instance, when we discuss the natural rate of unemployment and the causes of inflation, the effects of international trade can safely be ignored. Indeed, to keep their models simple, macroeconomists often assume a **closed economy**—an economy that does not interact with other economies.

Yet when macroeconomists study an **open economy**—an economy that interacts freely with other economies around the world—they encounter a whole set of new issues. This chapter and the next provide an introduction to open-economy macroeconomics. We begin in this chapter by discussing the key macroeconomic variables that describe an open economy's interactions in world markets. You may have noticed mention of these variables—exports, imports, the trade balance, and exchange rates—in the news. Our first job is to understand what these data mean. In the next chapter, we develop a model to explain how these variables are determined and how they are affected by various government policies.

**closed economy**
an economy that does not interact with other economies in the world

**open economy**
an economy that interacts freely with other economies around the world

# 31-1 The International Flows of Goods and Capital

**exports**
goods and services that are produced domestically and sold abroad

**imports**
goods and services that are produced abroad and sold domestically

**net exports**
the value of a nation's exports minus the value of its imports; also called the trade balance

**trade balance**
the value of a nation's exports minus the value of its imports; also called net exports

**trade surplus**
an excess of exports over imports

**trade deficit**
an excess of imports over exports

An open economy interacts with other economies in two ways: It buys and sells goods and services in world product markets, and it buys and sells capital assets such as stocks and bonds in world financial markets. Here we discuss these two activities and the close relationship between them.

### 31-1a The Flow of Goods: Exports, Imports, and Net Exports

**Exports** are domestically produced goods and services that are sold abroad, and **imports** are foreign-produced goods and services that are sold domestically. When Boeing, the U.S. aircraft manufacturer, builds a plane and sells it to Air France, the sale is an export for the United States and an import for France. When Volvo, the Swedish car manufacturer, makes a car and sells it to a U.S. resident, the sale is an import for the United States and an export for Sweden.

The **net exports** of any country are the difference between the value of its exports and the value of its imports:

Net exports = Value of country's exports − Value of country's imports.

The Boeing sale raises U.S. net exports, and the Volvo sale reduces U.S. net exports. Because net exports tell us whether a country is, in total, a seller or a buyer in world markets for goods and services, net exports are also called the **trade balance**. If net exports are positive, exports are greater than imports, indicating that the country sells more goods and services abroad than it buys from other countries. In this case, the country is said to run a **trade surplus**. If net exports are negative, exports are less than imports, indicating that the country sells fewer goods and services abroad than it buys from other countries. In this case, the country is said to run a **trade deficit**. If net exports are zero,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

its exports and imports are exactly equal, and the country is said to have **balanced trade**.

In the next chapter, we develop a theory that explains an economy's trade balance, but even at this early stage, it is easy to think of many factors that might influence a country's exports, imports, and net exports. Those factors include the following:

- The tastes of consumers for domestic and foreign goods
- The prices of goods at home and abroad
- The exchange rates at which people can use domestic currency to buy foreign currencies
- The incomes of consumers at home and abroad
- The cost of transporting goods from country to country
- Government policies toward international trade

As these variables change, so does the amount of international trade.

**balanced trade**
a situation in which exports equal imports



"But we're not just talking about buying a car—we're talking about confronting this country's trade deficit with Japan."

### THE INCREASING OPENNESS OF THE U.S. ECONOMY

**CASE STUDY** One dramatic change in the U.S. economy over the past six decades has been the increasing importance of international trade and finance. This change is illustrated in Figure 1, which shows the total value of goods and services exported to other countries and imported from other countries expressed as a percentage of gross domestic product. In the 1950s, imports and exports of goods and services were typically between 4 and 5 percent of GDP. In recent years, they have been about three times that level. The trading partners of the United States include a diverse group of countries. As of 2015, the largest trading partner, as measured by imports and exports combined, was China, followed by Canada, Mexico, Japan, Germany, South Korea, and the United Kingdom.

---

**Percent of GDP**

[Line graph showing Imports (green) and Exports (red) as percent of GDP from 1950 to 2010. The vertical axis ranges from 0 to 20. Both begin near 4-5 percent in 1950, rising over time, with Imports reaching near 17-18 percent and Exports near 14 percent by 2010.]

### FIGURE 1

**The Internationalization of the U.S. Economy**
This figure shows exports and imports of the U.S. economy as a percentage of U.S. GDP since 1950. The substantial increases over time show the increasing importance of international trade and finance.

**Source:** U.S. Department of Commerce.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

The increase in international trade over the past several decades is partly due to improvements in transportation. In 1950, the average merchant ship carried less than 10,000 tons of cargo; today, many ships carry more than 100,000 tons. The long-distance jet was introduced in 1958 and the wide-body jet in 1967, making air transport far cheaper than it had been previously. These developments allow goods that once had to be produced locally to be traded around the world. Cut flowers grown in Israel are flown to the United States to be sold. Fresh fruits and vegetables that can grow only in summer in the United States can now be consumed in winter as well because they can be shipped from countries in the Southern Hemisphere.

The increase in international trade has also been influenced by advances in telecommunications, which have allowed businesses to reach overseas customers more easily. For example, the first transatlantic telephone cable was not laid until 1956. As recently as 1966, the technology allowed only 138 simultaneous conversations between North America and Europe. Today, because e-mail is such a common form of business communication, it is almost as easy to communicate with a customer across the world as it is to communicate with one across town.

Technological progress has also fostered international trade by changing the kinds of goods that economies produce. When bulky raw materials (such as steel) and perishable goods (such as foodstuffs) were a large part of the world's output,

## IN THE NEWS

## The Complicated Politics of Trade Agreements

*The political maneuvering over the Trans-Pacific Partnership in 2015 is a good example of how difficult ratifying a trade deal can be.*

### The Great Trans-Pacific Partnership Debate

**By Doyle McManus**

The White House released the text of its new trade deal, the Trans-Pacific Partnership, last week, and like any good citizen, I tried my best to read it. But the 12-country agreement is more than 2,700 pages long, plus annexes, and a lot of it sounds like this: "The parties shall at all times endeavor to agree on the interpretation and application of this agreement, and shall make every attempt through cooperation and consultations to arrive at a mutually satisfactory resolution."

And that's one of the lucid bits. Those members of Congress who say they've read the whole thing? They're fibbing.

There are three ways a befuddled citizen can figure out what to think about a complex deal like the TPP.

The first is tribal: Listen for signals from the politicians you support and assume they've made the right decisions. But that's not so easy when it comes to the TPP because the agreement divides both parties.

It's no surprise that President Obama is strongly in favor of a deal he and his aides just finished negotiating. "It's an agreement that puts American workers first and will help middle-class families get ahead," he said. "It includes the strongest commitments on labor and the environment of any trade agreement in history." The Democratic presidential candidates don't agree. Bernie Sanders says the TPP is "even worse" than he expected. Hillary Rodham Clinton opposes it too, and hopes you'll forget that she once called it "the gold standard" of trade deals.

Among Republicans, "establishment" candidates Jeb Bush and John Kasich support



the agreement, as do Ben Carson and Marco Rubio. But Donald Trump and Ted Cruz have said they are opposed.

A second approach is to listen to what interested parties say and choose sides based on where your sympathies lie.

Manufacturing workers and their unions think another free-trade deal will inevitably hurt them. The last half-century of globalization has coincided with a massive loss of blue-collar jobs; not all of the erosion was due to trade, but to labor, the TPP looks like more of the same. "A bad deal for American workers," AFL-CIO President Richard Trumka said.

Environmentalists are condemning the deal too, mostly because it doesn't crack

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

transporting goods was often costly and sometimes impossible. By contrast, goods produced with modern technology are often light and easy to transport. Consumer electronics, for instance, have low weight for every dollar of value, which makes them easy to produce in one country and sell in another. An even more extreme example is the film industry. Once a studio in Hollywood makes a movie, it can send copies of the film around the world at almost zero cost. And indeed, movies are a major export of the United States.

Governments' trade policies have also been a factor in increasing international trade. As we discussed earlier in this book, economists have long believed that free trade between countries is mutually beneficial. Over time, most policymakers around the world have come to accept these conclusions. International agreements, such as the North American Free Trade Agreement (NAFTA) and the General Agreement on Tariffs and Trade (GATT), have gradually lowered tariffs, import quotas, and other trade barriers. As this book was going to press, the United States was debating whether to ratify a new trade agreement—the Trans-Pacific Partnership—which President Obama's representatives had negotiated with eleven other Pacific Rim nations. (See the accompanying In the News box.) Thus, the pattern of increasing trade illustrated in Figure 1 is a phenomenon that most economists and policymakers endorse and encourage. ●

down on climate change. But this is, after all, a trade deal; talks on global warming are already underway.

Big business is mostly in favor of the deal, although not universally so. Tobacco companies are unhappy that it deprives them of the right to sue countries that restrict trade by limiting cigarette sales. Pharmaceutical companies complain that they aren't getting enough protection for their patents. (Doctors Without Borders thinks they are getting too much.)

Hollywood, Silicon Valley and agribusiness mostly like the deal, which protects entertainment copyrights, eases the flow of data across borders and opens doors for U.S. exports of meat and rice to Asia. California would reap benefits that the Rust Belt won't see.

Now for the final, labor-intensive approach: Listen to smart people who don't have a vested interest but are trying to analyze the deal in a comprehensive way.

For a start, I consulted with Joseph A. Massey, a former U.S. trade negotiator with China and Japan who has served as an advisor to Republicans and Democrats.

Massey made three points.

First, he said, the TPP's impact has probably been oversold. "It has benefits for U.S. export industries, but I think they're modest," he said. "It's clearly good for the entertainment and tech sectors. But it's not revolutionary."

Second, he said, the biggest threat to jobs in the United States isn't free-trade agreements; it's domestic policy. "We've neglected our own manufacturing sector," he said. "Germany is a party to trade agreements too, but they've done a much better job at maintaining a skilled blue-collar workforce. We need more incentives for companies to invest here, employ American workers and invest in their training."

Third, he noted, the TPP isn't only about trade. It's also about economic reform, higher labor standards and environmental protection in developing countries such as Vietnam and Malaysia. And it's a way to knit countries on the Pacific Rim into a trading system that the United States helped design instead of one run by Asia's growing power, China.

Obama hasn't been subtle about pushing that geopolitical argument. "If we don't pass this agreement—if America doesn't write those rules—then countries like China will," he said last week.

To foreign policy strategists, that's a compelling pitch. To American workers, it's not.

So are we better off with or without the TPP? If Congress ratifies it, that won't turbocharge the U.S. economy. If Congress blocks the deal, that won't stop globalization. And like any trade agreement, it creates winners and losers.

One political lesson is clear: The bipartisan consensus that enabled Bill Clinton and George W. Bush to pass trade agreements has broken down, mostly because, to many Americans, their costs have been clearer than their benefits.

To win Congress' approval of the deal—an important part of Obama's second-term agenda and his legacy—the president still has a lot of persuading to do. ■

**Source:** *Los Angeles Times*, November 8, 2015.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 31-1b The Flow of Financial Resources: Net Capital Outflow

So far, we discussed how residents of an open economy participate in world markets for goods and services. In addition, residents of an open economy participate in world financial markets. A U.S. resident with $25,000 could use that money to buy a car from Toyota or, instead, to buy stock in the Toyota Corporation. The first transaction would represent a flow of goods, whereas the second would represent a flow of capital.

**net capital outflow**
the purchase of foreign assets by domestic residents minus the purchase of domestic assets by foreigners

The term **net capital outflow** refers to the difference between the purchase of foreign assets by domestic residents and the purchase of domestic assets by foreigners:

$$\text{Net capital outflow} = \text{Purchase of foreign assets by domestic residents} \\ - \text{Purchase of domestic assets by foreigners.}$$

When a U.S. resident buys stock in Petrobras, the Brazilian energy company, the purchase increases the first term on the right side of this equation and, therefore, increases U.S. net capital outflow. When a Japanese resident buys a bond issued by the U.S. government, the purchase increases the second term on the right side of this equation and, therefore, decreases U.S. net capital outflow.

The flow of capital between the U.S. economy and the rest of the world takes two forms. If McDonald's opens up a fast-food outlet in Russia, that is an example of *foreign direct investment*. Alternatively, if an American buys stock in a Russian corporation, that is an example of *foreign portfolio investment*. In the first case, the American owner (McDonald's Corporation) actively manages the investment, whereas in the second case, the American owner (the stockholder) has a more passive role. In both cases, U.S. residents are buying assets located in another country, so both purchases increase U.S. net capital outflow.

The net capital outflow (sometimes called *net foreign investment*) can be either positive or negative. When it is positive, domestic residents are buying more foreign assets than foreigners are buying domestic assets. Capital is said to be flowing out of the country. When the net capital outflow is negative, domestic residents are buying less foreign assets than foreigners are buying domestic assets. Capital is said to be flowing into the country. That is, when net capital outflow is negative, a country is experiencing a capital inflow.

We develop a theory to explain net capital outflow in the next chapter. Here let's consider briefly some of the more important variables that influence net capital outflow:

- The real interest rates paid on foreign assets
- The real interest rates paid on domestic assets
- The perceived economic and political risks of holding assets abroad
- The government policies that affect foreign ownership of domestic assets

For example, consider U.S. investors deciding whether to buy Mexican government bonds or U.S. government bonds. (Recall that a bond is, in effect, an IOU of the issuer.) To make this decision, U.S. investors compare the real interest rates offered on the two bonds. The higher a bond's real interest rate, the more attractive it is. While making this comparison, however, U.S. investors must also take into account the risk that one of these governments might default on its debt (that is, not pay interest or principal when it is due), as well as any restrictions

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

that the Mexican government has imposed, or might impose in the future, on foreign investors in Mexico.

## 31-1c The Equality of Net Exports and Net Capital Outflow

We have seen that an open economy interacts with the rest of the world in two ways—in world markets for goods and services and in world financial markets. Net exports and net capital outflow each measure a type of imbalance in these markets. Net exports measure an imbalance between a country's exports and its imports. Net capital outflow measures an imbalance between the amount of foreign assets bought by domestic residents and the amount of domestic assets bought by foreigners.

An important but subtle fact of accounting states that, for an economy as a whole, net capital outflow ($NCO$) must always equal net exports ($NX$):

$$NCO = NX.$$

This equation holds because every transaction that affects one side of this equation affects the other side by exactly the same amount. This equation is an *identity*—an equation that must hold because of how the variables in the equation are defined and measured.

To see why this accounting identity is true, let's consider an example. Imagine that you are a computer programmer residing in the United States. One day, you write some software and sell it to a Japanese consumer for 10,000 yen. The sale of software is an export of the United States, so it increases U.S. net exports. What else happens to ensure that this identity holds? The answer depends on what you do with the 10,000 yen you are paid.

First, let's suppose that you simply stuff the yen in your mattress. (We might say you have a yen for yen.) In this case, you are using some of your income to invest in the Japanese economy. That is, a domestic resident (you) has acquired a foreign asset (the Japanese currency). The increase in U.S. net exports is matched by an increase in the U.S. net capital outflow.

More realistically, however, if you want to invest in the Japanese economy, you won't do so by holding on to Japanese currency. More likely, you would use the 10,000 yen to buy stock in a Japanese corporation, or you might buy a Japanese government bond. Yet the result of your decision is much the same: A domestic resident ends up acquiring a foreign asset. The increase in U.S. net capital outflow (the purchase of the Japanese stock or bond) exactly equals the increase in U.S. net exports (the sale of software).

Let's now change the example. Suppose that instead of using the 10,000 yen to buy a Japanese asset, you use them to buy a good made in Japan, such as a Sony TV. As a result of the TV purchase, U.S. imports increase. Together, the software export and the TV import represent balanced trade. Because exports and imports increase by the same amount, net exports are unchanged. In this case, no American ends up acquiring a foreign asset and no foreigner ends up acquiring a U.S. asset, so there is also no impact on U.S. net capital outflow.

A final possibility is that you go to a local bank to exchange your 10,000 yen for U.S. dollars. But this doesn't change the situation because the bank now has to do something with the 10,000 yen. It can buy Japanese assets (a U.S. net capital outflow); it can buy a Japanese good (a U.S. import); or it can sell the yen to another American who wants to make such a transaction. In the end, U.S. net exports must equal U.S. net capital outflow.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

This example all started when a U.S. programmer sold some software abroad, but the story is much the same when Americans buy goods and services from other countries. For example, if Walmart buys $50 million of clothing from China and sells it to American consumers, something must happen to that $50 million. One possibility is that China could use the $50 million to invest in the U.S. economy. This capital inflow from China might take the form of Chinese purchases of U.S. government bonds. In this case, the purchase of the clothing reduces U.S. net exports, and the sale of bonds reduces U.S. net capital outflow. Alternatively, China could use the $50 million to buy a plane from Boeing, the U.S. aircraft manufacturer. In this case, the U.S. import of clothing balances the U.S. export of aircraft, so net exports and net capital outflow are both unchanged. In all cases, the transactions have the same effect on net exports and net capital outflow.

We can summarize these conclusions for the economy as a whole.

- When a nation is running a trade surplus ($NX > 0$), it is selling more goods and services to foreigners than it is buying from them. What is it doing with the foreign currency it receives from the net sale of goods and services abroad? It must be using it to buy foreign assets. Capital is flowing out of the country ($NCO > 0$).
- When a nation is running a trade deficit ($NX < 0$), it is buying more goods and services from foreigners than it is selling to them. How is it financing the net purchase of these goods and services in world markets? It must be selling assets abroad. Capital is flowing into the country ($NCO < 0$).

The international flow of goods and services and the international flow of capital are two sides of the same coin.

### 31-1d Saving, Investment, and Their Relationship to the International Flows

A nation's saving and investment are crucial to its long-run economic growth. As we saw in an earlier chapter, saving and investment are equal in a closed economy. But matters are not as simple in an open economy. Let's now consider how saving and investment are related to the international flows of goods and capital as measured by net exports and net capital outflow.

As you may recall, the term *net exports* appeared earlier in the book when we discussed the components of gross domestic product. The economy's GDP (denoted $Y$) is divided among four components: consumption ($C$), investment ($I$), government purchases ($G$), and net exports ($NX$). We write this as

$$Y = C + I + G + NX.$$

Total expenditure on the economy's output of goods and services is the sum of expenditure on consumption, investment, government purchases, and net exports. Because each dollar of expenditure is placed into one of these four components, this equation is an accounting identity: It must be true because of the way the variables are defined and measured.

Recall that national saving is the income of the nation that is left after paying for current consumption and government purchases. National saving ($S$) equals $Y - C - G$. If we rearrange the equation to reflect this fact, we obtain

$$Y - C - G = I + NX$$
$$S = I + NX.$$

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Because net exports (*NX*) also equal net capital outflow (*NCO*), we can write this equation as

$$
\begin{array}{ccccc}
S & = & I & + & NCO \\
\text{Saving} & = & \dfrac{\text{Domestic}}{\text{investment}} & + & \dfrac{\text{Net capital}}{\text{outflow}}
\end{array}.
$$

This equation shows that a nation's saving must equal its domestic investment plus its net capital outflow. In other words, when a U.S. citizen saves a dollar of her income for the future, that dollar can be used to finance the accumulation of domestic capital or it can be used to finance the purchase of foreign capital.

This equation should look somewhat familiar. Earlier in the book, when we analyzed the role of the financial system, we considered this identity for the special case of a closed economy. In a closed economy, net capital outflow is zero (*NCO* = 0), so saving equals investment (*S* = *I*). By contrast, an open economy has two uses for its saving: domestic investment and net capital outflow.

As before, we can view the financial system as standing between the two sides of this identity. For example, suppose the Garcia family decides to save some of its income for retirement. This decision contributes to national saving, the left side of our equation. If the Garcias deposit their saving in a mutual fund, the mutual fund may use some of the deposit to buy stock issued by General Motors, which uses the proceeds to build a factory in Ohio. In addition, the mutual fund may use some of the Garcias' deposit to buy stock issued by Toyota, which uses the proceeds to build a factory in Osaka. These transactions show up on the right side of the equation. From the standpoint of U.S. accounting, the General Motors expenditure on a new factory is domestic investment, and the purchase of Toyota stock by a U.S. resident is net capital outflow. Thus, all saving in the U.S. economy shows up as investment in the U.S. economy or as U.S. net capital outflow.

The bottom line is that saving, investment, and international capital flows are inextricably linked. When a nation's saving exceeds its domestic investment, its net capital outflow is positive, indicating that the nation is using some of its saving to buy assets abroad. When a nation's domestic investment exceeds its saving, its net capital outflow is negative, indicating that foreigners are financing some of this investment by purchasing domestic assets.

### 31-1e Summing Up

Table 1 summarizes many of the ideas presented so far in this chapter. It describes the three possibilities for an open economy: a country with a trade deficit, a country with balanced trade, and a country with a trade surplus.

Consider first a country with a trade surplus. By definition, a trade surplus means that the value of exports exceeds the value of imports. Because net exports are exports minus imports, net exports, *NX*, are positive. As a result, income, $Y = C + I + G + NX$, must be greater than domestic spending, $C + I + G$. But if income, *Y*, is more than spending, $C + I + G$, then saving, $S = Y - C - G$, must be more than investment, *I*. Because the country is saving more than it is investing, it must be sending some of its saving abroad. That is, the net capital outflow must be positive.

Similar logic applies to a country with a trade deficit (such as the U.S. economy in recent years). By definition, a trade deficit means that the value of exports is less than the value of imports. Because net exports are exports minus imports, net exports, *NX*, are negative. Thus, income, $Y = C + I + G + NX$, must be less than

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## TABLE 1

**International Flows of Goods and Capital: Summary**

This table shows the three possible outcomes for an open economy.

| Trade Deficit | Balanced Trade | Trade Surplus |
| --- | --- | --- |
| Exports $<$ Imports | Exports $=$ Imports | Exports $>$ Imports |
| Net Exports $< 0$ | Net Exports $= 0$ | Net Exports $> 0$ |
| $Y < C + I + G$ | $Y = C + I + G$ | $Y > C + I + G$ |
| Saving $<$ Investment | Saving $=$ Investment | Saving $>$ Investment |
| Net Capital Outflow $< 0$ | Net Capital Outflow $= 0$ | Net Capital Outflow $> 0$ |

domestic spending, $C + I + G$. But if income, $Y$, is less than spending, $C + I + G$, then saving, $S = Y - C - G$, must be less than investment, $I$. Because the country is investing more than it is saving, it must be financing some domestic investment by selling assets abroad. That is, the net capital outflow must be negative.

A country with balanced trade falls between these cases. Exports equal imports, so net exports are zero. Income equals domestic spending, and saving equals investment. The net capital outflow equals zero.

**CASE STUDY**

### IS THE U.S. TRADE DEFICIT A NATIONAL PROBLEM?

You may have heard the press call the United States "the world's largest debtor." The nation earned that description by borrowing heavily in world financial markets during the past three decades to finance large trade deficits. Why did the United States do this, and should this practice give Americans reason to worry?

To answer these questions, let's see what the macroeconomic accounting identities tell us about the U.S. economy. Panel (a) of Figure 2 shows national saving and domestic investment as a percentage of GDP since 1960. Panel (b) shows net capital outflow (that is, the trade balance) as a percentage of GDP. Notice that, as the identities require, net capital outflow always equals national saving minus domestic investment. The figure shows that both national saving and domestic investment, as a percentage of GDP, fluctuate substantially over time. Before 1980, they tended to fluctuate together, so the net capital outflow was typically small— between −1 and 1 percent of GDP. Since 1980, national saving has often fallen well below domestic investment, leading to sizable trade deficits and substantial inflows of capital. That is, the net capital outflow is often a large negative number.

To understand the fluctuations in Figure 2, we need to go beyond these data and discuss the policies and events that influence national saving and domestic investment. History shows that there is no single cause of trade deficits. Rather, they can arise under a variety of circumstances. Here are three prominent historical episodes.

*Unbalanced fiscal policy*: From 1980 to 1987, the flow of capital into the United States went from 0.5 to 3.0 percent of GDP. This 2.5 percentage point change is largely attributable to a fall in national saving of 2.7 percentage points. This decline in national saving, in turn, is often explained by the decline in public saving— that is, the increase in the government budget deficit. These budget deficits arose because President Ronald Reagan cut taxes and increased defense spending, while he found his proposed cuts in nondefense spending harder to enact.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



(a) National Saving and Domestic Investment (as a percentage of GDP)

(b) Net Capital Outflow (as a percentage of GDP)

**FIGURE 2**

**National Saving, Domestic Investment, and Net Capital Outflow**

Panel (a) shows national saving and domestic investment as a percentage of GDP. Panel (b) shows net capital outflow as a percentage of GDP. You can see from the figure that national saving has been lower since 1980 than it was before 1980. This fall in national saving has been reflected primarily in reduced net capital outflow rather than in reduced domestic investment.

Source: U.S. Department of Commerce.

*An investment boom*: A different story explains the trade deficits that arose during the following decade. From 1991 to 2000, the capital flow into the United States went from 0.5 to 3.7 percent of GDP. None of this 3.2 percentage point change is attributable to a decline in saving; in fact, saving increased over this time, as the government's budget switched from deficit to surplus. But investment went from 15.3 to 19.8 percent of GDP, as the economy enjoyed a boom in information technology and many firms were eager to make these high-tech investments.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## ASK THE EXPERTS

### Trade Balances and Trade Negotiations

"A typical country can increase its citizens' welfare by enacting policies that would increase its trade surplus (or decrease its trade deficit)."

**What do economists say?**



66% disagree
28% uncertain
6% agree

"An important reason why many workers in Michigan and Ohio have lost jobs in recent years is because US presidential administrations over the past 30 years have not been tough enough in trade negotiations."

**What do economists say?**



87% disagree
10% uncertain
3% agree

Source: IGM Economic Experts Panel, December 9, 2014 and March 22, 2016.

*An economic downturn and recovery:* During the period from 2000 to 2015, the capital flow into the United States remained large. The consistency of this variable, however, stands in stark contrast to the remarkable changes in saving and investment. From 2000 to 2009, both fell by about 6 percentage points. Investment fell because tough economic times made capital accumulation less profitable, while national saving fell because the government began running extraordinarily large budget deficits in response to the downturn. From 2009 to 2015, as the economy recovered, these forces reversed themselves, and both saving and investment increased by about 3 percentage points.

Are these trade deficits and international capital flows a problem for the U.S. economy? There is no easy answer to this question. One has to evaluate the circumstances and the possible alternatives.

Consider first a trade deficit induced by a fall in saving, as occurred during the 1980s. Lower saving means that the nation is putting away less of its income to provide for its future. Once national saving has fallen, however, there is no reason to deplore the resulting trade deficits. If national saving fell without inducing a trade deficit, investment in the United States would have to fall. This fall in investment, in turn, would adversely affect the growth in the capital stock, labor productivity, and real wages. In other words, given that U.S. saving has declined, it is better to have foreigners invest in the U.S. economy than no one at all.

Now consider a trade deficit induced by an investment boom, like the trade deficits of the 1990s. In this case, the economy is borrowing from abroad to finance the purchase of new capital goods. If this additional capital provides a good return in the form of higher production of goods and services, then the economy should be able to handle the debt that is being accumulated. On the other hand, if the investment projects fail to yield the expected returns, the debts will look less desirable, at least with the benefit of hindsight.

Just as an individual can go into debt in either a prudent or a profligate manner, so can a nation. A trade deficit is not a problem in itself, but it can sometimes be a symptom of a problem. ●

 *Define* net exports *and* net capital outflow. *Explain how they are related.*

## 31-2 The Prices for International Transactions: Real and Nominal Exchange Rates

So far, we have discussed measures of the flow of goods and services and the flow of capital across a nation's border. In addition to these quantity variables, macroeconomists also study variables that measure the prices at which these international transactions take place. Just as the price in any market serves the important role of coordinating buyers and sellers in that market, international prices help coordinate the decisions of consumers and producers as they interact

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

in world markets. Here we discuss the two most important international prices: the nominal and real exchange rates.

### 31-2a  Nominal Exchange Rates

The **nominal exchange rate** is the rate at which a person can trade the currency of one country for the currency of another. For example, when you go to a bank, you might see a posted exchange rate of 80 yen per dollar. If you give the bank 1 U.S. dollar, you will receive 80 Japanese yen in return; and if you give the bank 80 Japanese yen, you will receive 1 U.S. dollar. (In actuality, the bank will post slightly different prices for buying and selling yen. The difference gives the bank some profit for offering this service. For our purposes here, we can ignore these differences.)

> **nominal exchange rate**
> the rate at which a person can trade the currency of one country for the currency of another

An exchange rate can always be expressed in two ways. If the exchange rate is 80 yen per dollar, it is also $1/80$ $(= 0.0125)$ dollar per yen. Throughout this book, we always express the nominal exchange rate as units of foreign currency per U.S. dollar, such as 80 yen per dollar.

If the exchange rate changes so that a dollar buys more foreign currency, that change is called an **appreciation** of the dollar. If the exchange rate changes so that a dollar buys less foreign currency, that change is called a **depreciation** of the dollar. For example, when the exchange rate rises from 80 to 90 yen per dollar, the dollar is said to appreciate. At the same time, because a Japanese yen now buys less of the U.S. currency, the yen is said to depreciate. When the exchange rate falls from 80 to 70 yen per dollar, the dollar is said to depreciate, and the yen is said to appreciate.

> **appreciation**
> an increase in the value of a currency as measured by the amount of foreign currency it can buy

> **depreciation**
> a decrease in the value of a currency as measured by the amount of foreign currency it can buy

At times, you may have heard the media report that the dollar is either "strong" or "weak." These descriptions usually refer to recent changes in the nominal exchange rate. When a currency appreciates, it is said to *strengthen* because it can then buy more foreign currency. Similarly, when a currency depreciates, it is said to *weaken*.

For any country, there are many nominal exchange rates. The U.S. dollar can be used to buy Japanese yen, British pounds, Mexican pesos, and so on. When economists study changes in the exchange rate, they often use indexes that average these many exchange rates. Just as the consumer price index turns the many prices in the economy into a single measure of the price level, an exchange-rate index turns these many exchange rates into a single measure of the international value of a currency. So when economists talk about the dollar appreciating or depreciating, they often are referring to an exchange-rate index that takes into account many individual exchange rates.

### 31-2b  Real Exchange Rates

The **real exchange rate** is the rate at which a person can trade the goods and services of one country for the goods and services of another. For example, if you go shopping and find that a pound of Swiss cheese is twice as expensive as a pound of American cheese, the real exchange rate is $^1/_2$ pound of Swiss cheese per pound of American cheese. Notice that, like the nominal exchange rate, we express the real exchange rate as units of the foreign item per unit of the domestic item. But in this instance, the item is a good rather than a currency.

> **real exchange rate**
> the rate at which a person can trade the goods and services of one country for the goods and services of another

Real and nominal exchange rates are closely related. For example, suppose that a bushel of American rice sells for $100 and a bushel of Japanese rice sells for 16,000 yen. What is the real exchange rate between American and Japanese rice? To answer this question, we must first use the nominal exchange rate to convert

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## FYI

### The Euro

You may have once heard of, or perhaps even seen, currencies such as the French franc, the German mark, or the Italian lira. These types of money no longer exist. During the 1990s, many European nations decided to give up their national currencies and instead use a common currency called the *euro*. The euro started circulating on January 1, 2002, when twelve nations began using it as their official money. As of 2016, there were nineteen nations using the euro. Several European nations, such as the United Kingdom, Sweden, and Denmark, have declined joining and have kept their own currencies.

Monetary policy for the euro area is set by the European Central Bank (ECB), with representatives from all of the participating countries. The ECB issues the euro and controls the supply of this money, much as the Federal Reserve controls the supply of dollars in the U.S. economy.

Why did these countries adopt a common currency? One benefit of a common currency is that it makes trade easier. Imagine if each of the fifty U.S. states had a different currency. Every time you crossed a state border, you would need to change your money and perform the kind of exchange-rate calculations discussed in the text. This would be inconvenient, and it might deter you from buying goods and services outside your own state. The countries of Europe decided that as their economies became more integrated, it would be better to avoid this inconvenience.

To some extent, the adoption of a common currency in Europe was a political decision based on concerns beyond the scope of standard



PETER STONE / ALAMY

economics. Some advocates of the euro wanted to reduce nationalistic feelings and to make Europeans appreciate more fully their shared history and destiny. A single money for most of the continent, they argued, would help achieve this goal.

There are, however, costs of choosing a common currency. If the nations of Europe have only one money, they can have only one monetary policy. If they disagree about what monetary policy is best, they will have to reach some kind of agreement, rather than each country going its own way. Because adopting a single money has both benefits and costs, there is debate among economists about whether Europe's adoption of the euro was a good decision.

From 2010 to 2015, the euro question heated up as several European nations dealt with a variety of economic difficulties. Greece, in particular, had run up a large government debt and found itself facing possible default. As a result, it had to raise taxes and cut back government spending substantially. Some observers suggested that dealing with these problems would have been easier if the government had had an additional tool—a national monetary policy. The possibility of Greece's leaving the euro area and reintroducing its own currency was even discussed. In the end, that outcome did not occur, but it remained a possibility for the future. ■

the prices into a common currency. If the nominal exchange rate is 80 yen per dollar, then a price for American rice of $100 per bushel is equivalent to 8,000 yen per bushel. American rice is half as expensive as Japanese rice. The real exchange rate is $\frac{1}{2}$ bushel of Japanese rice per bushel of American rice.

We can summarize this calculation for the real exchange rate with the following formula:

$$\text{Real exchange rate} = \frac{\text{Nominal exchange rate} \times \text{Domestic price}}{\text{Foreign price}}.$$

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Using the numbers in our example, the formula applies as follows:

$$\text{Real exchange rate} = \frac{(80 \text{ yen/dollar}) \times (\$100/\text{bushel of American rice})}{16,000 \text{ yen/bushel of Japanese rice}}$$

$$= \frac{8,000 \text{ yen/bushel of American rice}}{16,000 \text{ yen/bushel of Japanese rice}}$$

$$= \text{½ bushel of Japanese rice/bushel of American rice.}$$

Thus, the real exchange rate depends on the nominal exchange rate and on the prices of goods in the two countries measured in the local currencies.

Why does the real exchange rate matter? As you might guess, the real exchange rate is a key determinant of how much a country exports and imports. When Uncle Ben's, Inc., is deciding whether to buy U.S. rice or Japanese rice to put into its boxes, it will ask which rice is cheaper. The real exchange rate gives the answer. As another example, imagine that you are deciding whether to take a seaside vacation in Miami, Florida, or in Cancún, Mexico. You might ask your travel agent the price of a hotel room in Miami (measured in dollars), the price of a hotel room in Cancún (measured in pesos), and the exchange rate between pesos and dollars. If you decide where to vacation by comparing costs, you are basing your decision on the real exchange rate.

When studying an economy as a whole, macroeconomists focus on overall prices rather than the prices of individual items. That is, to measure the real exchange rate, they use price indexes, such as the consumer price index, which measure the price of a basket of goods and services. By using a price index for a U.S. basket ($P$), a price index for a foreign basket ($P^*$), and the nominal exchange rate between the U.S. dollar and foreign currencies ($e$), we can compute the overall real exchange rate between the United States and other countries as follows:

$$\text{Real exchange rate} = (e \times P)/P^*.$$

This real exchange rate measures the price of a basket of goods and services available domestically relative to a basket of goods and services available abroad.

As we examine more fully in the next chapter, a country's real exchange rate is a key determinant of its net exports of goods and services. A depreciation (fall) in the U.S. real exchange rate means that U.S. goods have become cheaper relative to foreign goods. This change encourages consumers both at home and abroad to buy more U.S. goods and fewer goods from other countries. As a result, U.S. exports rise and U.S. imports fall; both of these changes raise U.S. net exports. Conversely, an appreciation (rise) in the U.S. real exchange rate means that U.S. goods have become more expensive compared to foreign goods, so U.S. net exports fall.

| Quick**Quiz** | *Define* nominal exchange rate *and* real exchange rate, *and explain how they are related.* • *If the nominal exchange rate goes from 100 to 120 yen per dollar, has the dollar appreciated or depreciated?* |

## 31-3 A First Theory of Exchange-Rate Determination: Purchasing-Power Parity

Exchange rates vary substantially over time. In 1970, a U.S. dollar could be used to buy 3.65 German marks or 627 Italian lira. In 1998, as both Germany and Italy were getting ready to adopt the euro as their common currency, a U.S. dollar

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

bought 1.76 German marks or 1,737 Italian lira. In other words, over this period, the value of the dollar fell by more than half compared to the mark, while it more than doubled compared to the lira.

What explains these large and opposite changes? Economists have developed many models to explain how exchange rates are determined, each emphasizing just some of the many forces at work. Here we develop the simplest theory of exchange rates, called **purchasing-power parity**. This theory states that a unit of any given currency should be able to buy the same quantity of goods in all countries. Many economists believe that purchasing-power parity describes the forces that determine exchange rates in the long run. We now consider the logic on which this long-run theory of exchange rates is based, as well as the theory's implications and limitations.

### 31-3a  The Basic Logic of Purchasing-Power Parity

The theory of purchasing-power parity is based on a principle called the *law of one price*. This law asserts that a good must sell for the same price in all locations. Otherwise, there would be opportunities for profit left unexploited. For example, suppose that coffee beans sold for less in Seattle than in Dallas. A person could buy coffee in Seattle for, say, $4 a pound and then sell it in Dallas for $5 a pound, making a profit of $1 per pound from the difference in price. The process of taking advantage of price differences for the same item in different markets is called *arbitrage*. In our example, as people took advantage of this arbitrage opportunity, they would increase the demand for coffee in Seattle and increase the supply in Dallas. The price of coffee would rise in Seattle (in response to greater demand) and fall in Dallas (in response to greater supply). This process would continue until, eventually, the prices were the same in the two markets.

Now consider how the law of one price applies to the international marketplace. If a dollar (or any other currency) could buy more coffee in the United States than in Japan, international traders could profit by buying coffee in the United States and selling it in Japan. This export of coffee from the United States to Japan would drive up the U.S. price of coffee and drive down the Japanese price. Conversely, if a dollar could buy more coffee in Japan than in the United States, traders could buy coffee in Japan and sell it in the United States. This import of coffee into the United States from Japan would drive down the U.S. price of coffee and drive up the Japanese price. In the end, the law of one price tells us that a dollar must buy the same amount of coffee in all countries.

This logic leads us to the theory of purchasing-power parity. According to this theory, a currency must have the same purchasing power in all countries. That is, a U.S. dollar must buy the same quantity of goods in the United States and Japan, and a Japanese yen must buy the same quantity of goods in Japan and the United States. Indeed, the name of this theory describes it well. *Parity* means equality, and *purchasing power* refers to the value of money in terms of the quantity of goods it can buy. *Purchasing-power parity* states that a unit of a currency must have the same real value in every country.

### 31-3b  Implications of Purchasing-Power Parity

What does the theory of purchasing-power parity say about exchange rates? It tells us that the nominal exchange rate between the currencies of two countries depends on the price levels in those countries. If a dollar buys the same quantity of goods in the United States (where prices are measured in dollars) as in Japan (where prices are measured in yen), then the number of yen per dollar must reflect the prices of

**purchasing-power parity**
a theory of exchange rates whereby a unit of any given currency should be able to buy the same quantity of goods in all countries

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 299 of 468

goods in the United States and Japan. For example, if a pound of coffee costs 500 yen in Japan and $5 in the United States, then the nominal exchange rate must be 100 yen per dollar (500 yen/$5 = 100 yen per dollar). Otherwise, the purchasing power of the dollar would not be the same in the two countries.

To see more fully how this works, it is helpful to use just a bit of mathematics. Suppose that $P$ is the price of a basket of goods in the United States (measured in dollars), $P^*$ is the price of a basket of goods in Japan (measured in yen), and $e$ is the nominal exchange rate (the number of yen a dollar can buy). Now consider the quantity of goods a dollar can buy at home and abroad. At home, the price level is $P$, so the purchasing power of $1 at home is $1/P$. That is, a dollar can buy $1/P$ quantity of goods. Abroad, a dollar can be exchanged into $e$ units of foreign currency, which in turn have purchasing power $e/P^*$. For the purchasing power of a dollar to be the same in the two countries, it must be the case that

$$1/P = e/P^*.$$

With rearrangement, this equation becomes

$$1 = eP/P^*.$$

Notice that the left side of this equation is a constant and the right side is the real exchange rate. Thus, *if the purchasing power of the dollar is always the same at home and abroad, then the real exchange rate—the relative price of domestic and foreign goods—cannot change.*

To see the implication of this analysis for the nominal exchange rate, we can rearrange the last equation to solve for the nominal exchange rate:

$$e = P^*/P.$$

That is, the nominal exchange rate equals the ratio of the foreign price level (measured in units of the foreign currency) to the domestic price level (measured in units of the domestic currency). *According to the theory of purchasing-power parity, the nominal exchange rate between the currencies of two countries must reflect the price levels in those countries.*

A key implication of this theory is that nominal exchange rates change when price levels change. As we saw in the preceding chapter, the price level in any country adjusts to bring the quantity of money supplied and the quantity of money demanded into balance. Because the nominal exchange rate depends on the price levels, it also depends on the money supply and demand in each country. When a central bank in any country increases the money supply and causes the price level to rise, it also causes that country's currency to depreciate relative to other currencies in the world. In other words, *when the central bank prints large quantities of money, that money loses value both in terms of the goods and services it can buy and in terms of the amount of other currencies it can buy.*

We can now answer the question that began this section: Why did the U.S. dollar lose value compared to the German mark and gain value compared to the Italian lira? The answer is that Germany pursued a less inflationary monetary policy than the United States, and Italy pursued a more inflationary monetary policy. From 1970 to 1998, inflation in the United States was 5.3 percent per year. By contrast, inflation was 3.5 percent in Germany and 9.6 percent in Italy. As U.S. prices rose relative to German prices, the value of the dollar fell relative to the mark. Similarly, as U.S. prices fell relative to Italian prices, the value of the dollar rose relative to the lira.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Germany and Italy now have a common currency—the euro. This means that the two countries share a single monetary policy and that the inflation rates in the two countries will be closely linked. But the historical lessons of the lira and the mark will apply to the euro as well. Whether the U.S. dollar buys more or fewer euros 20 years from now than it does today depends on whether the European Central Bank produces more or less inflation in Europe than the Federal Reserve does in the United States.

### THE NOMINAL EXCHANGE RATE DURING A HYPERINFLATION

**CASE STUDY** Macroeconomists can only rarely conduct controlled experiments. Most often, they must glean what they can from the natural experiments that history gives them. One natural experiment is hyperinflation—the high inflation that arises when a government turns to the printing press to pay for large amounts of government spending. Because hyperinflations are so extreme, they illustrate some basic economic principles with clarity.

Consider the German hyperinflation of the early 1920s. Figure 3 shows the German money supply, the German price level, and the nominal exchange rate (measured as U.S. cents per German mark) for that period. Notice that these series move closely together. When the supply of money starts growing quickly, the price level also takes off, and the German mark depreciates. When the money supply stabilizes, so do the price level and the exchange rate.

The pattern shown in this figure appears during every hyperinflation. It leaves no doubt that there is a fundamental link among money, prices, and the nominal exchange rate. The quantity theory of money discussed in the previous chapter explains how the money supply affects the price level. The theory of purchasing-power parity discussed here explains how the price level affects the nominal exchange rate. ●



## FIGURE 3

**Money, Prices, and the Nominal Exchange Rate during the German Hyperinflation**

This figure shows the money supply, the price level, and the nominal exchange rate (measured as U.S. cents per mark) for the German hyperinflation from January 1921 to December 1924. Notice how similarly these three variables move. When the quantity of money started growing quickly, the price level followed and the mark depreciated relative to the dollar. When the German central bank stabilized the money supply, the price level and exchange rate stabilized as well.

**Source:** Adapted from Thomas J. Sargent, "The End of Four Big Inflations," in Robert Hall, ed., *Inflation* (Chicago: University of Chicago Press, 1983), pp. 41–93.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 31-3c Limitations of Purchasing-Power Parity

Purchasing-power parity provides a simple model of how exchange rates are determined. For understanding many economic phenomena, the theory works well. In particular, it can explain many long-term trends, such as the depreciation of the U.S. dollar against the German mark and the appreciation of the U.S. dollar against the Italian lira. It can also explain the major changes in exchange rates that occur during hyperinflations.

Yet the theory of purchasing-power parity is not completely accurate. That is, exchange rates do not always move to ensure that a dollar has the same real value in all countries all the time. There are two reasons the theory of purchasing-power parity does not always hold in practice.

The first reason is that many goods are not easily traded. Imagine, for instance, that haircuts are more expensive in Paris than in New York. International travelers might avoid getting their haircuts in Paris, and some haircutters might move from New York to Paris. Yet such arbitrage would be too limited to eliminate the differences in prices. Thus, the deviation from purchasing-power parity might persist, and a dollar (or euro) would continue to buy less of a haircut in Paris than in New York.

The second reason that purchasing-power parity does not always hold is that even tradable goods are not always perfect substitutes when they are produced in different countries. For example, some consumers prefer German cars, and others prefer American cars. Moreover, consumer tastes can change over time. If German cars suddenly become more popular, the increase in demand will drive up the price of German cars compared to American cars. Despite this difference in prices in the two markets, there might be no opportunity for profitable arbitrage because consumers do not view the two cars as equivalent.

Thus, both because some goods are not tradable and because some tradable goods are not perfect substitutes for their foreign counterparts, purchasing-power parity is not a perfect theory of exchange-rate determination. For these reasons, real exchange rates fluctuate over time. Nonetheless, the theory of purchasing-power parity does provide a useful first step in understanding exchange rates. The basic logic is persuasive: As the real exchange rate drifts from the level predicted by purchasing-power parity, people have greater incentive to move goods across national borders. Even if the forces of purchasing-power parity do not completely fix the real exchange rate, they provide a reason to expect that changes in the real exchange rate are most often small or temporary. As a result, large and persistent movements in nominal exchange rates typically reflect changes in price levels at home and abroad.



*You can find a Big Mac almost anywhere you look.*

**CASE STUDY**

**THE HAMBURGER STANDARD**

When economists apply the theory of purchasing-power parity to explain exchange rates, they need data on the prices of a basket of goods available in different countries. One analysis of this sort is conducted by *The Economist*, an international newsmagazine. The magazine occasionally collects data on a basket of goods consisting of "two all-beef patties, special sauce, lettuce, cheese, pickles, onions, on a sesame seed bun." It's called the "Big Mac" and is sold by McDonald's around the world.

Once we have the prices of Big Macs in two countries denominated in the local currencies, we can compute the exchange rate predicted by the theory of purchasing-power parity. The predicted exchange rate is the one that makes the cost of a Big Mac the same in the two countries. For instance, if the price of a Big

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Mac is $5 in the United States and 500 yen in Japan, purchasing-power parity would predict an exchange rate of 100 yen per dollar.

How well does purchasing-power parity work when applied using Big Mac prices? Here are some examples from January 2016, when the price of a Big Mac was $4.93 in the United States:

| Country | Price of a Big Mac | Predicted Exchange Rate | Actual Exchange Rate |
|---|---|---|---|
| Indonesia | 30,500 rupiah | 6,187 rupiah/$ | 13,947 rupiah/$ |
| South Korea | 4,300 won | 872 won/$ | 1,198 won/$ |
| Japan | 370 yen | 75 yen/$ | 119 yen/$ |
| Mexico | 49 pesos | 9.9 pesos/$ | 17.4 pesos/$ |
| Sweden | 45 krona | 9.1 krona/$ | 8.6 krona/$ |
| Euro area | 3.72 euros | 0.75 euros/$ | 0.93 euros/$ |
| Britain | 2.89 pounds | 0.59 pound/$ | 0.68 pound/$ |

You can see that the predicted and actual exchange rates are not exactly the same. After all, international arbitrage in Big Macs is not easy. Yet the two exchange rates are usually in the same ballpark. Purchasing-power parity is not a precise theory of exchange rates, but it often provides a reasonable first approximation. ●

**QuickQuiz**   *Over the past 20 years, Mexico has had high inflation and Japan has had low inflation. What do you predict has happened to the number of Mexican pesos a person can buy with a Japanese yen?*

# 31-4 Conclusion

The purpose of this chapter has been to develop some basic concepts that macroeconomists use to study open economies. You should now understand how a nation's trade balance is related to the international flow of capital and how national saving can differ from domestic investment in an open economy. You should understand that when a nation is running a trade surplus, it must be sending capital abroad, and that when it is running a trade deficit, it must be experiencing a capital inflow. You should also understand the meaning of the nominal and real exchange rates, as well as the implications and limitations of purchasing-power parity as a theory of how exchange rates are determined.

The macroeconomic variables defined here offer a starting point for analyzing an open economy's interactions with the rest of the world. In the next chapter, we develop a model that can explain what determines these variables. We can then discuss how various events and policies affect a country's trade balance and the rate at which nations make exchanges in world markets.

**CHAPTER QuickQuiz**

1. Comparing the U.S. economy today to that of 1950, one finds that today, as a percentage of GDP,
   a. exports and imports are both higher.
   b. exports and imports are both lower.
   c. exports are higher, and imports are lower.
   d. exports are lower, and imports are higher.

2. In an open economy, national saving equals domestic investment
   a. plus the net outflow of capital abroad.
   b. minus the net exports of goods and services.
   c. plus the government's budget deficit.
   d. minus foreign portfolio investment.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 303 of 468

3. If the value of a nation's imports exceeds the value of its exports, which of the following is NOT true?
   a. Net exports are negative.
   b. GDP is less than the sum of consumption, investment, and government purchases.
   c. Domestic investment is greater than national saving.
   d. The nation is experiencing a net outflow of capital.

4. If a nation's currency doubles in value on foreign exchange markets, the currency is said to _____, reflecting a change in the _____ exchange rate.
   a. appreciate, nominal
   b. appreciate, real
   c. depreciate, nominal
   d. depreciate, real

5. If a cup of coffee costs 2 euros in Paris and $6 in New York and purchasing-power parity holds, what is the exchange rate?
   a. 1/4 euro per dollar
   b. 1/3 euro per dollar
   c. 3 euros per dollar
   d. 4 euros per dollar

6. The theory of purchasing-power parity says that higher inflation in a nation causes the nation's currency to _____, leaving the _____ exchange rate unchanged.
   a. appreciate, nominal
   b. appreciate, real
   c. depreciate, nominal
   d. depreciate, real

## SUMMARY

- Net exports are the value o  domestic goods and services sold abroad (exports) minus the value of foreign goods and services sold domestically (imports). Net capital outflow is the acquisition of foreign assets by domestic residents (capital outflow) minus the acquisition of domestic assets by foreigners (capital inflow). Because every international transaction involves an exchange of an asset for a good or service, an economy's net capital outflow always equals its net exports.
- An economy's saving can be used either to finance investment at home or to buy assets abroad. Thus, national saving equals domestic investment plus net capital outflow.
- The nominal exchange rate is the relative price of the currency of two countries, and the real exchange rate

is t e re ative price o t e goo s an  services o two countries. When the nominal exchange rate changes so that each dollar buys more foreign currency, the dollar is said to *appreciate* or *strengthen*. When the nominal exchange rate changes so that each dollar buys less foreign currency, the dollar is said to *depreciate* or *weaken*.

- According to the theory of purchasing-power parity, a dollar (or a unit of any other currency) should be able to buy the same quantity of goods in all countries. This theory implies that the nominal exchange rate between the currencies of two countries should reflect the price levels in those countries. As a result, countries with relatively high inflation should have depreciating currencies, and countries with relatively low inflation should have appreciating currencies.

## KEY CONCEPTS

c ose  economy, p. 654
open economy, p. 654
exports, p. 654
imports, p. 654
net exports, p. 654

tra e  a ance, p. 654
trade surplus, p. 654
trade deficit, p. 654
balanced trade, p. 655
net capital outflow, p. 658

nomina  exc ange rate, p. 665
appreciation, p. 665
depreciation, p. 665
real exchange rate, p. 665
purchasing-power parity, p. 668

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## QUESTIONS FOR REVIEW

1. Define *net exports* and *net capita out ow*. Explain how and why they are related.

2. Explain the relationship among saving, investment, and net capital outflow.

3. If a Japanese car costs 1,500,000 yen, a similar American car costs $30,000, and a dollar can buy 100 yen, what are the nominal and real exchange rates?

4. Describe the economic logic behind the theory of purchasing-power parity.

5. If the Fed started printing large quantities of U.S. dollars, what would happen to the number of Japanese yen a dollar could buy? Why?

## PROBLEMS AND APPLICATIONS

1. How would the following transactions affect U.S. exports, imports, and net exports?
   a. An American art professor spends the summer touring museums in Europe.
   b. Students in Paris flock to see the latest movie from Hollywood.
   c. Your uncle buys a new Volvo.
   d. The student bookstore at Oxford University in England sells a copy of this textbook.
   e. A Canadian citizen shops at a store in northern Vermont to avoid Canadian sales taxes.

2. Would each of the following transactions be included in net exports or net capital outflow? Be sure to say whether it would represent an increase or a decrease in that variable.
   a. An American buys a Sony TV.
   b. An American buys a share of Sony stock.
   c. The Sony pension fund buys a bond from the U.S. Treasury.
   d. A worker at a Sony plant in Japan buys some Georgia peaches from an American farmer.

3. Describe the difference between foreign direct investment and foreign portfolio investment. Who is more likely to engage in foreign direct investment—a corporation or an individual investor? Who is more likely to engage in foreign portfolio investment?

4. How would the following transactions affect U.S. net capital outflow? Also, state whether each involves direct investment or portfolio investment.
   a. An American cellular phone company establishes an office in the Czech Republic.
   b. Harrods of London sells stock to the General Electric pension fund.

   c. Honda expands its factory in Marysville, Ohio.
   d. A Fidelity mutual fund sells its Volkswagen stock to a French investor.

5. Would each of the following groups be happy or unhappy if the U.S. dollar appreciated? Explain.
   a. Dutch pension funds holding U.S. government bonds
   b. U.S. manufacturing industries
   c. Australian tourists planning a trip to the United States
   d. an American firm trying to purchase property overseas

6. What is happening to the U.S. real exchange rate in each of the following situations? Explain.
   a. The U.S. nominal exchange rate is unchanged, but prices rise faster in the United States than abroad.
   b. The U.S. nominal exchange rate is unchanged, but prices rise faster abroad than in the United States.
   c. The U.S. nominal exchange rate declines, and prices are unchanged in the United States and abroad.
   d. The U.S. nominal exchange rate declines, and prices rise faster abroad than in the United States.

7. A can of soda costs $1.25 in the United States and 25 pesos in Mexico. What is the peso–dollar exchange rate (measured in pesos per dollar) if purchasing-power parity holds? If a monetary expansion caused all prices in Mexico to double, so that soda rose to 50 pesos, what would happen to the peso–dollar exchange rate?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

8. A case study in the chapter analyzed purchasing-power parity for several countries using the price of Big Macs. Here are data for a few more countries:

| Country | Price of a Big Mac | Predicted Exchange Rate | Actual Exchange Rate |
|---|---|---|---|
| Chile | 2,100 pesos | _____ pesos/$ | 715 pesos/$ |
| Hungary | 900 forints | _____ forints/$ | 293 forints/$ |
| Czech Republic | 75 korunas | _____ korunas/$ | 25.1 korunas/$ |
| Brazil | 13.5 real | _____ real/$ | 4.02 real/$ |
| Canada | 5.84 C$ | _____ C$/$ | 1.41 C$/$ |

a. For each country, compute the predicted exchange rate of the local currency per U.S. dollar. (Recall that the U.S. price of a Big Mac was $4.93.)

b. According to purchasing-power parity, what is the predicted exchange rate between the Hungarian forint and the Canadian dollar? What is the actual exchange rate?

c. How well does the theory of purchasing-power parity explain exchange rates?

9. Purchasing-power parity holds between the nations of Ectenia and Wiknam, where the only commodity is Spam.

a. In 2015, a can of Spam costs 4 dollars in Ectenia and 24 pesos in Wiknam. What is the exchange rate between Ectenian dollars and Wiknamian pesos?

b. Over the next 20 years, inflation is expected to be 3.5 percent per year in Ectenia and 7 percent per year in Wiknam. If this inflation comes to pass, what will the price of Spam and the exchange rate be in 2035? (*Hint*: Recall the rule of 70 from Chapter 27.)

c. Which of these two nations will likely have a higher nominal interest rate? Why?

d. A friend of yours suggests a get-rich-quick scheme: Borrow from the nation with the lower nominal interest rate, invest in the nation with the higher nominal interest rate, and profit from the interest-rate differential. Do you see any potential problems with this idea? Explain.

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

# A Macroeconomic Theory of the Open Economy

Over the past three decades, the United States has consistently imported more goods and services than it has exported. That is, U.S. net exports have been negative. While economists debate whether these trade deficits are a problem for the U.S. economy, the nation's business community often has a strong opinion. Many business leaders claim that the trade deficits reflect unfair competition : Foreign firms are allowed to sell their products in U.S. markets, they contend, while foreign governments impede U.S. firms from selling U.S. products abroad.

Imagine that you are the president and you want to end these trade deficits. What should you do? Should you try to limit imports, perhaps by imposing a quota on textiles from China or cars from Japan? Or should you try to influence the nation's trade deficit in some other way?



Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-...

To understand the factors that determine a country's trade balance and how government policies can affect it, we need a macroeconomic theory that explains how an open economy works. The preceding chapter introduced some of the key macroeconomic variables that describe an economy's relationship with other economies, including net exports, net capital outflow, and the real and nominal exchange rates. This chapter develops a model that identifies the forces that determine these variables and explains how these variables are related to one another.

To develop this macroeconomic model of an open economy, we build on our previous analysis in two ways. First, the model takes the economy's GDP as given. We assume that the economy's output of goods and services, as measured by real GDP, is determined by the supplies of the factors of production and by the available production technology that turns these inputs into output. Second, the model takes the economy's price level as given. We assume that the price level adjusts to bring the supply and demand for money into balance. In other words, this chapter takes as a starting point the lessons learned in previous chapters about the determination of the economy's output and price level.

The goal of the model in this chapter is to highlight the forces that determine the economy's trade balance and exchange rate. In one sense, the model is simple : It applies the tools of supply and demand to an open economy. Yet the model is also more complicated than others we have seen because it involves looking simultaneously at two related markets: the market for loanable funds and the market for foreign-currency exchange. After we develop this model of the open economy, we use it to examine how various events and policies affect the economy's trade balance and exchange rate. We will then be able to determine the government policies that are most likely to reverse the trade deficits that the U.S. economy has experienced over the past three decades.

## 32-1 Supply and Demand for Loanable Funds and for Foreign-Currency Exchange

To understand the forces at work in an open economy, we focus on supply and demand in two markets. The first is the market for loanable funds, which coordinates the economy's saving, investment, and flow of loanable funds abroad (called the net capital outflow). The second is the market for foreign-currency exchange, which coordinates people who want to exchange the domestic currency for the currency of other countries. In this section, we discuss supply and demand in each of these markets separately. In the next section, we put these markets together to explain the overall equilibrium for an open economy.

### 32-1a The Market for Loanable Funds

When we first analyzed the role of the financial system in Chapter 26, we made the simplifying assumption that the financial system consists of only one market, called the *market for loanable funds*. All savers go to this market to deposit their saving, and all borrowers go to this market to get their loans. In this market, there is one interest rate, which is both the return to saving and the cost of borrowing.

To understand the market for loanable funds in an open economy, the place to start is the identity discussed in the preceding chapter:

$$S \quad = \quad I \quad + \quad NCO$$

$$\text{Saving} = \frac{\text{Domestic}}{\text{investment}} + \frac{\text{Net capital}}{\text{outflow}} .$$

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Whenever a nation saves a dollar of its income, it can use that dollar to finance the purchase of domestic capital or to finance the purchase of an asset abroad. The two sides of this identity represent the two sides of the market for loanable funds. The supply of loanable funds comes from national saving ($S$), and the demand for loanable funds comes from domestic investment ($I$) and net capital outflow ($NCO$).

Loanable funds should be interpreted as the domestically generated flow of resources available for capital accumulation. The purchase of a capital asset adds to the demand for loanable funds, regardless of whether that asset is located at home ($I$) or abroad ($NCO$). Because net capital outflow can be either positive or negative, it can either add to or subtract from the demand for loanable funds that arises from domestic investment. When $NCO > 0$, the country is experiencing a net outflow of capital; the net purchase of capital overseas adds to the demand for domestically generated loanable funds. When $NCO < 0$, the country is experiencing a net inflow of capital; the capital resources coming from abroad reduce the demand for domestically generated loanable funds.

As we learned in our earlier discussion of the market for loanable funds, the quantity of loanable funds supplied and the quantity of loanable funds demanded depend on the real interest rate. A higher real interest rate encourages people to save and, therefore, raises the quantity of loanable funds supplied. A higher interest rate also makes borrowing to finance capital projects more costly; thus, it discourages investment and reduces the quantity of loanable funds demanded.

In addition to influencing national saving and domestic investment, the real interest rate in a country affects that country's net capital outflow. To see why, consider two mutual funds—one in the United States and one in Germany—deciding whether to buy a U.S. government bond or a German government bond. Each mutual fund manager would make this decision in part by comparing the real interest rates in the United States and Germany. When the U.S. real interest rate rises, the U.S. bond becomes more attractive to both mutual funds. Thus, an increase in the U.S. real interest rate discourages Americans from buying foreign assets and encourages foreigners to buy U.S. assets. For both reasons, a high U.S. real interest rate reduces U.S. net capital outflow.

We illustrate the market for loanable funds with the familiar supply-and-demand diagram in Figure 1. As in our earlier analysis of the financial system, the supply curve slopes upward because a higher interest rate increases the quantity of loanable funds supplied, and the demand curve slopes downward because a higher interest rate decreases the quantity of loanable funds demanded. Unlike the situation in our previous discussion, however, the demand side of the market now represents both domestic investment and net capital outflow. That is, in an open economy, the demand for loanable funds comes not only from those who want loanable funds to buy domestic capital goods but also from those who want loanable funds to buy foreign assets.

The interest rate adjusts to bring the supply and demand for loanable funds into balance. If the interest rate were below the equilibrium level, the quantity of loanable funds supplied would be less than the quantity demanded. The resulting shortage of loanable funds would push the interest rate upward. Conversely, if the interest rate were above the equilibrium level, the quantity of loanable funds supplied would exceed the quantity demanded. The surplus of loanable funds would drive the interest rate downward. At the equilibrium interest rate, the supply of loanable funds exactly balances the demand. In other words, *at the equilibrium interest rate, the amount that people want to save exactly balances the desired quantities of domestic investment and net capital outflow.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



## FIGURE 1

**The Market for Loanable Funds**
The interest rate in an open economy, as in a closed economy, is determined by the supply and demand for loanable funds. National saving is the source of the supply of loanable funds. Domestic investment and net capital outflow are the sources of the demand for loanable funds. At the equilibrium interest rate, the amount that people want to save exactly balances the amount that people want to borrow for the purpose of buying domestic capital and foreign assets.

### 32-1b The Market for Foreign-Currency Exchange

The second market in our model of the open economy is the market for foreign-currency exchange. Participants in this market trade U.S. dollars in exchange for foreign currencies. To understand the market for foreign-currency exchange, we begin with another identity from the last chapter:

$$NCO = NX$$

Net capital outflow = Net exports.

This identity states that the imbalance between the purchase and sale of capital assets abroad ($NCO$) equals the imbalance between exports and imports of goods and services ($NX$). For example, when the U.S. economy is running a trade surplus ($NX > 0$), foreigners are buying more U.S. goods and services than Americans are buying foreign goods and services. What are Americans doing with the foreign currency they are getting from this net sale of goods and services abroad? They must be buying foreign assets, so U.S. capital is flowing abroad ($NCO > 0$). Conversely, if the United States is running a trade deficit ($NX < 0$), Americans are spending more on foreign goods and services than they are earning from selling abroad. Some of this spending must be financed by selling American assets abroad, so foreign capital is flowing into the United States ($NCO < 0$).

Our model of the open economy treats the two sides of this identity as representing the two sides of the market for foreign-currency exchange. Net capital outflow represents the quantity of dollars supplied for the purpose of buying foreign assets. For example, when a U.S. mutual fund wants to buy a Japanese government bond, it needs to change dollars into yen, so it supplies dollars in the market for foreign-currency exchange. Net exports represent the quantity of dollars demanded for the purpose of buying U.S. net exports of goods and services. For example, when a Japanese airline wants to buy a plane made by Boeing, it needs to change its yen into dollars, so it demands dollars in the market for foreign-currency exchange.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

What price balances the supply and demand in the market for foreign-currency exchange? The answer is the real exchange rate. As we saw in the preceding chapter, the real exchange rate is the relative price of domestic and foreign goods and, therefore, is a key determinant of net exports. When the U.S. real exchange rate appreciates, U.S. goods become more expensive relative to foreign goods, making U.S. goods less attractive to consumers both at home and abroad. As a result, exports from the United States fall, and imports into the United States rise. For both reasons, net exports fall. Hence, an appreciation of the real exchange rate reduces the quantity of dollars demanded in the market for foreign-currency exchange.

Figure 2 shows supply and demand in the market for foreign-currency exchange. The demand curve slopes downward for the reason we just discussed : A higher real exchange rate makes U.S. goods more expensive and reduces the quantity of dollars demanded to buy those goods. The supply curve is vertical because the quantity of dollars supplied for net capital outflow does not depend on the real exchange rate. (As discussed earlier, net capital outflow depends on the real interest rate. When discussing the market for foreign-currency exchange, we take the real interest rate and net capital outflow as given.)

It might seem strange at first that net capital outflow does not depend on the exchange rate. After all, a higher exchange value of the U.S. dollar not only makes foreign goods less expensive for American buyers but also makes foreign assets less expensive. One might guess that this would make foreign assets more attractive. But remember that an American investor will eventually want to



The real exchange rate is determined by the supply and demand for foreign-currency exchange. The supply of dollars to be exchanged into foreign currency comes from net capital outflow. Because net capital outflow does not depend on the real exchange rate, the supply curve is vertical. The demand for dollars comes from net exports. Because a lower real exchange rate stimulates net exports (and thus increases the quantity of dollars demanded to pay for these net exports), the demand curve slopes downward. At the equilibrium real exchange rate, the number of dollars people supply to buy foreign assets exactly balances the number of dollars people demand to buy net exports.

**FIGURE 2**

**The Market for Foreign-Currency Exchange**



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

turn the foreign asset, as well as any profits earned on it, back into dollars. For example, a high value of the dollar makes it less expensive for an American to buy stock in a Japanese company, but when that stock pays dividends, those will be in yen. As these yen are exchanged for dollars, the high value of the dollar means that the dividend will buy fewer dollars. Thus, changes in the exchange rate influence both the cost of buying foreign assets and the benefit of owning them, and these two effects offset each other. For these reasons, our model of the open economy posits that net capital outflow does not depend on the real exchange rate, as represented by the vertical supply curve in Figure 2.

The real exchange rate moves to ensure equilibrium in this market. It adjusts to balance the supply and demand for dollars just as the price of any good adjusts to balance supply and demand for that good. If the real exchange rate were below the equilibrium level, the quantity of dollars supplied would be less than the quantity demanded. The resulting shortage of dollars would push the value of the dollar upward. Conversely, if the real exchange rate were above the equilibrium level, the quantity of dollars supplied would exceed the quantity demanded. The surplus of dollars would drive the value of the dollar downward. *At the equilibrium real exchange rate, the demand for dollars by foreigners arising from the U.S. net exports of goods and services exactly balances the supply of dollars from Americans arising from U.S. net capital outflow.*

**QuickQuiz**   *Describe the sources of supply and demand in the market for loanable funds and the market for foreign-currency exchange.*

## FYI

### Purchasing-Power Parity as a Special Case

An alert reader of this book might ask: Why are we developing a theory of the exchange rate here? Didn't we already do that in the preceding chapter?

As you may recall, the preceding chapter developed a theory of the exchange rate called *purchasing-power parity*. This theory asserts that a dollar (or any other currency) must buy the same quantity of goods and services in every country. As a result, the real exchange rate is fixed, and all changes in the nominal exchange rate between two currencies reflect changes in the price levels in the two countries.

The model of the exchange rate developed here is related to the theory of purchasing-power parity. According to the theory of purchasing-power parity, international trade responds quickly to international price differences. If goods were cheaper in one country than in another, they would be exported from the first country and imported into the second until the price difference disappeared. In other words, the theory of purchasing-power parity assumes that net exports are highly responsive to small changes in the real exchange rate. If net exports were in fact so responsive, the demand curve in Figure 2 would be horizontal.

Thus, the theory of purchasing-power parity can be viewed as a special case of the model considered here. In that special case, the demand curve for foreign-currency exchange, instead of sloping downward, is horizontal at the level of the real exchange rate that ensures parity of purchasing power at home and abroad.

While this special case is a good place to start when studying exchange rates, it is far from the end of the story. In practice, foreign and domestic goods are not always perfect substitutes, and there are costs that impede trade. This chapter, therefore, assumes that the demand curve for foreign-currency exchange slopes downward. This allows for the possibility that the real exchange rate changes over time, as in fact it often does in the real world. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 32-2 Equilibrium in the Open Economy

So far, we have discussed supply and demand in two markets: the market for loanable funds and the market for foreign-currency exchange. Let's now consider how these markets are related to each other.

### 32-2a Net Capital Outflow: The Link between the Two Markets

We begin by recapping what we've learned so far in this chapter. We have been discussing how the economy coordinates four important macroeconomic variables: national saving ($S$), domestic investment ($I$), net capital outflow ($NCO$), and net exports ($NX$). Keep in mind the following identities:

$$S = I + NCO$$

and

$$NCO = NX.$$

In the market for loanable funds, supply comes from national saving ($S$), demand comes from domestic investment ($I$) and net capital outflow ($NCO$), and the real interest rate balances supply and demand. In the market for foreign-currency exchange, supply comes from net capital outflow ($NCO$), demand comes from net exports ($NX$), and the real exchange rate balances supply and demand.

Net capital outflow is the variable that links these two markets. In the market for loanable funds, net capital outflow is a piece of demand. An American who wants to buy an asset abroad must finance this purchase by obtaining resources in the U.S. market for loanable funds. In the market for foreign-currency exchange, net capital outflow is the source of supply. An American who wants to buy an asset in another country must supply dollars to exchange them for the currency of that country.

The key determinant of net capital outflow, as we have discussed, is the real interest rate. When the U.S. interest rate is high, owning U.S. assets is more attractive, and U.S. net capital outflow is low. Figure 3 shows this negative relationship between the



**FIGURE 3**

**How Net Capital Outflow Depends on the Interest Rate**
Because a higher domestic real interest rate makes domestic assets more attractive, it reduces net capital outflow. Note the position of zero on the horizontal axis: Net capital outflow can be positive or negative. A negative value of net capital outflow means that the economy is experiencing a net inflow of capital.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

interest rate and net capital outflow. This net-capital-outflow curve is the link between the market for loanable funds and the market for foreign-currency exchange.

### 32-2b Simultaneous Equilibrium in Two Markets

We can now put all the pieces of our model together in Figure 4. This figure shows how the market for loanable funds and the market for foreign-currency exchange jointly determine the important macroeconomic variables of an open economy.

Panel (a) of the figure shows the market for loanable funds (taken from Figure 1). As before, national saving is the source of the supply of loanable funds. Domestic investment and net capital outflow are the source of the demand for loanable funds. The equilibrium real interest rate ($r_1$) brings the quantity of loanable funds supplied and the quantity of loanable funds demanded into balance.

## FIGURE 4

### The Real Equilibrium in an Open Economy

In panel (a), the supply and demand for loanable funds determine the real interest rate. In panel (b), the interest rate determines net capital outflow, which provides the supply of dollars in the market for foreign-currency exchange. In panel (c), the supply and demand for dollars in the market for foreign-currency exchange determine the real exchange rate.



(a) The Market for Loanable Funds

(b) Net Capital Outflow

(c) The Market for Foreign-Currency Exchange

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Panel (b) of the figure shows net capital outflow (taken from Figure 3). The interest rate comes from panel (a) and then determines net capital outflow. A higher interest rate at home makes domestic assets more attractive, and this in turn reduces net capital outflow. Therefore, the net-capital-outflow curve in panel (b) slopes downward.

Panel (c) of the figure shows the market for foreign-currency exchange (taken from Figure 2). Because foreign assets must be purchased with foreign currency, the quantity of net capital outflow from panel (b) determines the supply of dollars to be exchanged into foreign currencies. The real exchange rate does not affect net capital outflow, so the supply curve is vertical. The demand for dollars comes from net exports. Because a depreciation of the real exchange rate increases net exports, the demand curve for foreign-currency exchange slopes downward. The equilibrium real exchange rate ($E_1$) brings into balance the quantity of dollars supplied and the quantity of dollars demanded in the market for foreign-currency exchange.

The two markets shown in Figure 4 determine two relative prices: the real interest rate and the real exchange rate. The real interest rate determined in panel (a) is the price of goods and services in the present relative to goods and services in the future. The real exchange rate determined in panel (c) is the price of domestic goods and services relative to foreign goods and services. These two relative prices adjust simultaneously to balance supply and demand in these two markets. As they do so, they determine national saving, domestic investment, net capital outflow, and net exports. We can use this model to see how all these variables change when some policy or event causes one of these curves to shift.

**Quick Quiz** *In the model of the open economy just developed, two markets determine two relative prices. What are the markets? What are the two relative prices?*

## FYI

### Disentangling Supply and Demand



Suppose the owner of an apple orchard decides to consume some of his own apples. Does this decision represent an increase in the demand for apples or a decrease in the supply? Either answer is defensible, and as long as we are careful in our subsequent analysis, nothing important will hinge on which answer we choose. Sometimes how we divide things between supply and demand is a bit arbitrary.

In the macroeconomic model of the open economy developed in this chapter, the division of transactions between "supply" and "demand" is also a bit arbitrary. This is true both in the market for loanable funds and in the market for foreign-currency exchange.

Consider first the market for loanable funds. The model treats the net capital outflow as part of the demand for loanable funds. Yet instead of writing $S = I + NCO$, we could just as easily have written $S - NCO = I$. When the equation is rewritten in this way, a capital outflow looks like a reduction in the supply of loanable funds. Either way would have worked. The first interpretation ($S = I + NCO$) emphasizes loanable funds generated domestically whether used at home or abroad. The second interpretation ($S - NCO = I$) emphasizes loanable funds available for domestic investment whether generated at home or abroad. The difference is more semantic than substantive.

Similarly, consider the market for foreign-currency exchange. In our model, net exports are the source of the demand for dollars, and net capital outflow is the source of the supply. Thus, when a U.S. resident imports a car made in Japan, our model treats that transaction as a decrease in the quantity of dollars demanded (because net exports fall) rather than an increase in the quantity of dollars supplied. Similarly, when a Japanese citizen buys a U.S. government bond, our model treats that transaction as a decrease in the quantity of dollars supplied (because net capital outflow falls) rather than an increase in the quantity of dollars demanded. This definition of terms may seem somewhat unnatural at first, but it will prove useful when analyzing the effects of various policies. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 32-3  How Policies and Events Affect an Open Economy

Having developed a model to explain how key macroeconomic variables are determined in an open economy, we can now use the model to analyze how changes in policy and other events alter the economy's equilibrium. As we proceed, keep in mind that our model is just supply and demand in two markets : the market for loanable funds and the market for foreign-currency exchange. When using the model to analyze any event, we can apply the three steps outlined in Chapter 4. First, we determine which of the supply and demand curves the event affects. Second, we determine the direction in which the curves shift. Third, we use the supply-and-demand diagrams to examine how these shifts alter the economy's equilibrium.

### 32-3a  Government Budget Deficits

When we first discussed the supply and demand for loanable funds earlier in the book, we examined the effects of government budget deficits, which occur when government spending exceeds government revenue. Because a government budget deficit represents *negative* public saving, it reduces national saving (the sum of public and private saving). Thus, a government budget deficit reduces the supply of loanable funds, drives up the interest rate, and crowds out investment.

Now let's consider the effects of a budget deficit in an open economy. First, which curve in our model shifts? As in a closed economy, the initial impact of the budget deficit is on national saving and, therefore, on the supply curve for loanable funds. Second, in which direction does this supply curve shift? Again as in a closed economy, a budget deficit represents *negative* public saving, so it reduces national saving and shifts the supply curve for loanable funds to the left. This is shown as the shift from $S_1$ to $S_2$ in panel (a) of Figure 5.

Our third and final step is to compare the old and new equilibria. Panel (a) shows the impact of a U.S. budget deficit on the U.S. market for loanable funds. With fewer funds available for borrowers in U.S. financial markets, the interest rate rises from $r_1$ to $r_2$ to balance supply and demand. Faced with a higher interest rate, borrowers in the market for loanable funds choose to borrow less. This change is represented in the figure as the movement from point A to point B along the demand curve for loanable funds. In particular, households and firms reduce their purchases of capital goods. As in a closed economy, budget deficits crowd out domestic investment.

In an open economy, however, the reduced supply of loanable funds has additional effects. Panel (b) shows that the increase in the interest rate from $r_1$ to $r_2$ reduces net capital outflow. (This fall in net capital outflow is also part of the decrease in the quantity of loanable funds demanded in the movement from point A to point B in panel (a).) Because saving kept at home now earns higher rates of return, investing abroad is less attractive, and domestic residents buy fewer foreign assets. Higher interest rates also attract foreign investors, who want to earn the higher returns on U.S. assets. Thus, when budget deficits raise interest rates, both domestic and foreign behaviors cause U.S. net capital outflow to fall.

Panel (c) shows how budget deficits affect the market for foreign-currency exchange. Because net capital outflow is reduced, Americans need less foreign currency to buy foreign assets and, therefore, supply fewer dollars in the market for foreign-currency exchange. The supply curve for dollars shifts leftward from $S_1$ to $S_2$. The reduced supply of dollars causes the real exchange rate to appreciate from $E_1$ to $E_2$. That is, the dollar becomes more valuable compared to

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

When the government runs a budget deficit, it reduces the supply of loanable funds from $S_1$ to $S_2$ in panel (a). The interest rate rises from $r_1$ to $r_2$ to balance the supply and demand for loanable funds. In panel (b), the higher interest rate reduces net capital outflow. Reduced net capital outflow, in turn, reduces the supply of dollars in the market for foreign-currency exchange from $S_1$ to $S_2$ in panel (c). This fall in the supply of dollars causes the real exchange rate to appreciate from $E_1$ to $E_2$. The appreciation of the exchange rate pushes the trade balance toward deficit.

**FIGURE 5**

**The Effects of a Government Budget Deficit**



(a) The Market for Loanable Funds

1. A budget deficit reduces the supply of loanable funds . . .

2. . . . which increases the real interest rate . . .

(b) Net Capital Outflow

3. . . . which in turn reduces net capital outflow.

4. The decrease in net capital outflow reduces the supply of dollars to be exchanged into foreign currency . . .

5. . . . which causes the real exchange rate to appreciate.

(c) The Market for Foreign-Currency Exchange

foreign currencies. This appreciation, in turn, makes U.S. goods more expensive compared to foreign goods. Because people both in the United States and abroad switch their purchases away from the more expensive U.S. goods, exports from the United States fall and imports into the United States rise. For both reasons, U.S. net exports fall. Hence, *in an open economy, government budget deficits raise real interest rates, crowd out domestic investment, cause the currency to appreciate, and push the trade balance toward deficit.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

An important example of this lesson occurred in the United States in the 1980s. Shortly after Ronald Reagan was elected president in 1980, the fiscal policy of the U.S. federal government changed dramatically. The president and Congress enacted large cuts in taxes, but they did not cut government spending by nearly as much. The result was a large budget deficit. Our model of the open economy predicts that such a policy should have led to a trade deficit, and in fact it did, as we saw in a case study in the preceding chapter. Because the budget deficit and trade deficit during this period were so closely related in both theory and practice, they were nicknamed the *twin deficits*. We should not, however, view these twins as identical, for many factors beyond fiscal policy can influence the trade deficit.

### 32-3b Trade Policy

**trade policy**
a government policy that directly influences the quantity of goods and services that a country imports or exports

A **trade policy** is a government policy that directly influences the quantity of goods and services that a country imports or exports. Trade policy takes various forms, usually with the purpose of supporting a particular domestic industry. One common trade policy is a *tariff*, a tax on imported goods. Another is an *import quota*, a limit on the quantity of a good produced abroad that can be sold domestically.

Let's consider the macroeconomic impact of trade policy. Suppose that the U.S. auto industry, concerned about competition from Japanese automakers, convinces the U.S. government to impose a quota on the number of cars that can be imported from Japan. In making their case, lobbyists for the auto industry assert that the trade restriction would shrink the size of the U.S. trade deficit. Are they right? Our model, illustrated in Figure 6, offers an answer.

The first step in analyzing the trade policy is to determine which curve shifts. The initial impact of the import restriction is, not surprisingly, on imports. Because net exports equal exports minus imports, the policy also affects net exports. And because net exports are the source of demand for dollars in the market for foreign-currency exchange, the policy affects the demand curve in this market.

The second step is to determine the direction in which this demand curve shifts. Because the quota restricts the number of Japanese cars sold in the United States, it reduces imports at any given real exchange rate. Net exports, which equal exports minus imports, will therefore *rise* for any given real exchange rate. Because foreigners need dollars to buy U.S. net exports, there is an increased demand for dollars in the market for foreign-currency exchange. This increase in the demand for dollars is shown in panel (c) of Figure 6 as the shift from $D_1$ to $D_2$.

The third step is to compare the old and new equilibria. As we can see in panel (c), the increase in the demand for dollars causes the real exchange rate to appreciate from $E_1$ to $E_2$. Because nothing has happened in the market for loanable funds in panel (a), there is no change in the real interest rate. Because there is no change in the real interest rate, there is also no change in net capital outflow, shown in panel (b). And because there is no change in net capital outflow, there can be no change in net exports, even though the import quota has reduced imports.

It might seem puzzling that net exports stay the same while imports fall. This puzzle is resolved by noting the change in the real exchange rate: When the dollar appreciates in value in the market for foreign-currency exchange, domestic goods become more expensive relative to foreign goods. This appreciation encourages imports and discourages exports, and both of these changes work to offset the direct increase in net exports due to the import quota. In the end, an import quota reduces both imports and exports, but net exports (exports minus imports) are unchanged.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

When the U.S. government imposes a quota on the import of Japanese cars, nothing happens in the market for loanable funds in panel (a) or to net capital outflow in panel (b). The only effect is a rise in net exports (exports minus imports) for any given real exchange rate. As a result, the demand for dollars in the market for foreign-currency exchange rises, as shown by the shift from $D_1$ to $D_2$ in panel (c). This increase in the demand for dollars causes the value of the dollar to appreciate from $E_1$ to $E_2$. This appreciation of the dollar tends to reduce net exports, offsetting the direct effect of the import quota on the trade balance.

FIGURE 6

The Effects of an Import Quota



(a) The Market for Loanable Funds

(b) Net Capital Outflow

3. Net exports, however, remain the same.

1. An import quota increases the demand for dollars . . .

2. . . . and causes the real exchange rate to appreciate.

(c) The Market for Foreign-Currency Exchange

We have thus come to a surprising implication: *Trade policies do not affect the trade balance.* That is, policies that directly influence exports or imports do not alter net exports. This conclusion seems less surprising if one recalls the accounting identity:

$$NX = NCO = S - I.$$

Net exports equal net capital outflow, which equals national saving minus domestic investment. Trade policies do not alter the trade balance because they

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

do not alter national saving or domestic investment. For given levels of national saving and domestic investment, the real exchange rate adjusts to keep the trade balance the same, regardless of the trade policies the government puts in place.

Although trade policies do not affect a country's overall trade balance, these policies do affect specific firms, industries, and countries. When the U.S. government imposes an import quota on Japanese cars, General Motors has less competition from abroad and will sell more cars. At the same time, because the dollar has appreciated in value, Boeing, the U.S. aircraft maker, will find it harder to compete with Airbus, the European aircraft maker. U.S. exports of aircraft will fall, and U.S. imports of aircraft will rise. In this case, the import quota on Japanese cars will increase net exports of cars and decrease net exports of planes. In addition, it will increase net exports from the United States to Japan and decrease net exports from the United States to Europe. The overall trade balance of the U.S. economy, however, stays the same.

The effects of trade policies are, therefore, more microeconomic than macroeconomic. Although advocates of trade policies sometimes suggest (contrary to what our model predicts) that these policies can alter a country's trade balance, they are usually more motivated by concerns about particular firms or industries. One should not be surprised, for instance, to hear an executive from General Motors advocating import quotas for Japanese cars. Economists usually oppose such trade policies. Free trade allows economies to specialize in doing what they do best, making residents of all countries better off. Trade restrictions interfere with these gains from trade and, thus, reduce overall economic well-being.

### 32-3c Political Instability and Capital Flight

**capital flight**
a large and sudden reduction in the demand for assets located in a country

In 1994, political instability in Mexico, including the assassination of a prominent political leader, made world financial markets nervous. People began to view Mexico as a much less stable country than they had previously thought. They decided to pull some of their assets out of Mexico and move these funds to the United States and other "safe havens." Such a large and sudden movement of funds out of a country is called **capital flight**. To see the implications of capital flight for the Mexican economy, we again follow our three steps for analyzing a change in equilibrium, but this time, we apply our model of the open economy from the perspective of Mexico rather than the United States.

Consider first which curves in our model capital flight affects. When investors around the world observe political problems in Mexico, they decide to sell some of their Mexican assets and use the proceeds to buy U.S. assets. This act increases Mexican net capital outflow and, therefore, affects both markets in our model. Most obviously, it affects the net-capital-outflow curve, and this in turn influences the supply of pesos in the market for foreign-currency exchange. In addition, because the demand for loanable funds comes from both domestic investment and net capital outflow, capital flight affects the demand curve in the market for loanable funds.

Now consider the direction in which these curves shift. When net capital outflow increases, there is greater demand for loanable funds to finance these purchases of capital assets abroad. Thus, as panel (a) of Figure 7 shows, the demand curve for loanable funds shifts to the right from $D_1$ to $D_2$. In addition, because net capital outflow is higher for any interest rate, the net-capital-outflow curve also shifts to the right from $NCO_1$ to $NCO_2$, as in panel (b).

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

If people decide that Mexico is a risky place to keep their savings, they will move their capital to safe havens such as the United States, resulting in an increase in Mexican net capital outflow. Consequently, the demand for loanable funds in Mexico rises from $D_1$ to $D_2$, as shown in panel (a), driving up the Mexican real interest rate from $r_1$ to $r_2$. Because net capital outflow is higher for any interest rate, that curve also shifts to the right from $NCO_1$ to $NCO_2$ in panel (b). At the same time, in the market for foreign-currency exchange, the supply of pesos rises from $S_1$ to $S_2$, as shown in panel (c). This increase in the supply of pesos causes the peso to depreciate from $E_1$ to $E_2$, so the peso becomes less valuable compared to other currencies.

**FIGURE 7**

**The Effects of Capital Flight**



(a) The Market for Loanable Funds in Mexico

(b) Mexican Net Capital Outflow

(c) The Market for Foreign-Currency Exchange

To see the effects of capital flight on the Mexican economy, we compare the old and new equilibria. Panel (a) of Figure 7 shows that the increased demand for loanable funds causes the interest rate in Mexico to rise from $r_1$ to $r_2$. Panel (b) shows that Mexican net capital outflow increases. (Although the rise in the interest rate does make Mexican assets more attractive, this only partly offsets the impact of

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

### Is a Strong Currency Always in a Nation's Interest?

*An economist tries to decode the political rhetoric about the exchange rate. (This piece was written in 2011, when the U.S. economy was struggling to recover from a deep recession, but the insights here are timeless.)*



#### Needed: Plain Talk about the Dollar

**By Christina D. Romer**

At a recent news conference, Ben S. Bernanke, the Federal Reserve chairman, was asked about the falling dollar. He parried the question, saying that the Treasury secretary was the government's spokesman on the exchange rate—and, of course, that the United States favors a strong dollar.

Listening to that statement, I flashed back to one of my first experiences as an adviser to Barack Obama. In November 2008, I was sharing a cab in Chicago with Larry Summers, the former Treasury secretary and a fellow economic adviser to the president-elect. To help prepare me for the interviews and the hearings to come, Larry graciously asked me questions and critiqued my answers.

When he asked about the exchange rate for the dollar, I began: "The exchange rate is a price much like any other price, and is determined by market forces."

"Wrong!" Larry boomed. "The exchange rate is the purview of the Treasury. The United States is in favor of a strong dollar."

For the record, my initial answer was much more reasonable. Our exchange rate is just a price—the price of the dollar in terms of other currencies. It is not controlled by anyone. And a high price for the dollar, which is what we mean by a strong dollar, is not always desirable.

Some countries, like China, essentially fix the price of their currency. But since the early 1970s, the United States has let the dollar's value move in response to changes in the supply and demand of dollars in the foreign exchange market. The Treasury no more determines the price of the dollar than the Department of Energy determines the price of gasoline. Both departments have a small reserve that they can use to combat market instability, but neither has the resources or the mandate to hold the relevant price away from its market equilibrium value for very long.

In practice, all that "the exchange rate is the purview of the Treasury" means is that no official other than the Treasury secretary is supposed to talk about it (and even he isn't supposed to say very much). That strikes me as a shame. Perhaps if government officials could talk about the exchange rate forthrightly, there would be more understanding of the issues and more rational policy discussions.

Such discussions would start with some basic economics. The desire to trade with other countries or invest in them is what gives rise to the market for foreign exchange. You need euros to travel in Spain or to buy a German government bond, so you need a way to exchange currencies.

The supply of dollars to the foreign exchange market comes from Americans who want to buy goods, services or assets from abroad. The demand for dollars comes from foreigners who want to buy from the United States.

Anything that increases the demand for dollars or reduces the supply drives up the dollar's price. Anything that lowers the demand for dollars or raises the supply causes the dollar to weaken.

Consider two examples. Suppose American entrepreneurs create many products that foreigners want to buy, and start many companies they want to invest in. That will increase the demand for dollars and so cause the dollar's price to rise. Such innovation will also make Americans want to buy more goods and assets in the United States—and fewer abroad. The supply of dollars to the foreign exchange market will fall, further strengthening the dollar. This example describes

capital flight on net capital outflow.) Panel (c) shows that the increase in net capital outflow raises the supply of pesos in the market for foreign-currency exchange from $S_1$ to $S_2$. That is, as people try to get out of Mexican assets, there is a large supply of pesos to be converted into dollars. This increase in supply causes the peso to depreciate from $E_1$ to $E_2$. Thus, *capital flight from Mexico increases Mexican interest rates and decreases the value of the Mexican peso in the market for foreign-currency exchange.* This is exactly what was observed in 1994. From November 1994 to March 1995, the interest rate on short-term Mexican government bonds rose from 14 percent to 70 percent, and the peso depreciated in value from 29 to 15 U.S. cents per peso.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

very well the conditions of the late 1990s—when the dollar was indeed strong.

Now suppose the United States runs a large budget deficit that causes domestic interest rates to rise. Higher American interest rates make both foreigners and Americans want to buy more American bonds and fewer foreign bonds. Thus the demand for dollars increases and the supply decreases. The price of the dollar will again rise.

This example describes conditions in the early 1980s, when President Ronald Reagan's tax cuts and military buildup led to large deficits. Those deficits, along with the anti-inflationary policies of the Fed, where Paul A. Volcker was then the chairman, led to high American interest rates. The dollar was very strong in this period.

Both developments—brilliant American innovation and troublesome American budget deficits—caused the dollar to strengthen. Yet one is clearly a positive for the American economy, the other a negative. The point is that there is no universal good or bad direction for the dollar to move. The desirability of any shift in the exchange rate depends on why the dollar is moving.

It also depends on the state of the economy. At full employment, a strong dollar is good for standards of living. A high price for the dollar means that our currency buys a lot in foreign countries.

But in a depressed economy, it isn't so clear that a strong dollar is desirable. A weaker dollar means that our goods are cheaper relative to foreign goods. That stimulates our exports and reduces our imports. Higher net exports raise



Christina Romer

domestic production and employment. Foreign goods are more expensive, but more Americans are working. Given the desperate need for jobs, on net we are almost surely better off with a weaker dollar for a while.

Fed policy is determined by inflation and unemployment in the United States. But if Mr. Bernanke could discuss the exchange rate openly, he would probably tell you that one way any monetary expansion helps a distressed economy is by weakening the dollar. That is taught in every introductory economics course, yet the Fed is asked to pretend it isn't true.

Likewise, fiscal policy is determined by domestic considerations. But trimming our budget deficit, as we should over the coming years, would also weaken the dollar. And that,

in turn, would blunt the negative impact of deficit reduction on employment and output in the short run.

Strangely, every politician seems to understand that it would be desirable for the dollar to weaken against one particular currency: the Chinese renminbi. For years, China has deliberately accumulated United States Treasury bonds to keep the dollar's value high in renminbi terms. The United States would export more and grow faster if China allowed the dollar's price to fall. Congress routinely threatens retaliation if China doesn't take steps that amount to weakening the dollar.

But in the very next breath, the same members of Congress shout about the importance of a strong dollar. If a decline in its value relative to the renminbi would be beneficial, a fall relative to the currency of many countries would help even more in the current situation.

To say this openly risks being branded not just an extremist but possibly un-American. Perhaps it is time for a more adult conversation. The exchange rate is the purview of market economics, not of the Treasury or strong-dollar ideologues. ■

*Ms. Romer is an economics professor at University of California at Berkeley and was chair of President Obama's Council of Economic Advisers from 2009 to 2010.*

**Source:** From *The New York Times*, May 22, © 2011. The New York Times. All rights reserved. Used by permission and protected by the Copyright Laws of the United States. The printing, copying, redistribution, or retransmission of this content without express written permission is prohibited.

These price changes that result from capital flight influence some key macroeconomic quantities. The depreciation of the currency makes exports cheaper and imports more expensive, pushing the trade balance toward surplus. At the same time, the increase in the interest rate reduces domestic investment, slowing capital accumulation and economic growth.

Capital flight has its largest impact on the country from which capital is fleeing, but it also affects other countries. When capital flows out of Mexico into the United States, for instance, it has the opposite effect on the U.S. economy as it has on the Mexican economy. In particular, the rise in Mexican net capital outflow

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

coincides with a fall in U.S. net capital outflow. As the peso depreciates in value and Mexican interest rates rise, the dollar appreciates in value and U.S. interest rates fall. The size of this impact on the U.S. economy is small, however, because the economy of the United States is much larger than that of Mexico.

The events that we have been describing in Mexico could happen to any economy in the world, and, in fact, they do from time to time. In 1997, the world learned that the banking systems of several Asian economies, including Thailand, South Korea, and Indonesia, were at or near the point of bankruptcy, and this news induced capital to flee from these nations. In 1998, the Russian government defaulted on its debt, prompting international investors to take whatever money they could and run. A similar (but more complicated) set of events unfolded in Argentina in 2002. In each of these cases of capital flight, the results were much as our model predicts: rising interest rates and a falling currency.

**CASE STUDY**

**CAPITAL FLOWS FROM CHINA**

According to our analysis of capital flight, a nation that experiences an outflow of capital sees its currency weaken in foreign exchange markets, and this depreciation in turn increases the nation's net exports. The country into which the capital is flowing sees its currency strengthen, and this appreciation pushes its trade balance toward deficit.

With these lessons in mind, consider this question: Suppose a nation's government, as a matter of policy, encourages capital to flow to another country, perhaps by making foreign investments itself. What effects would this policy have? The answer is much the same: Other things being equal, it leads to a weaker currency and a trade surplus for the nation encouraging the capital outflows and a stronger currency and a trade deficit for the recipient of those capital flows.

This analysis sheds light on a policy dispute between the United States and China. The Chinese government has sometimes tried to depress the value of its currency, the renminbi, in foreign exchange markets to promote its export industries. It did this by accumulating foreign assets, including substantial amounts of U.S government bonds. From 2000 to 2014, China's total reserves of foreign assets rose from $160 billion to about $4 trillion.

The U.S. government at times objected to China's interventions in foreign exchange markets. By holding down the value of the renminbi, the policy made Chinese goods less expensive, which in turn contributed to the U.S. trade deficit and hurt American producers who made products that compete with imports from China. Because of these effects, the U.S. government encouraged China to stop influencing the exchange value of its currency with government-sponsored capital flows. Some members of Congress even went so far as to advocate tariffs on Chinese imports unless China ceased its "currency manipulation."

Yet the impact of the Chinese policy on the U.S. economy was not all bad. American consumers of Chinese imports benefited from lower prices. In addition, the inflow of capital from China reduced U.S. interest rates, which in turn increased investment in the U.S. economy. To some extent, the Chinese government was financing U.S. economic growth. The Chinese policy of investing in the U.S. economy created winners and losers among Americans. All things considered, the net impact on the U.S. economy was probably small.

The harder question concerns the motives behind the policy: Why were the Chinese leaders interested in producing for export and investing abroad

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

rather than producing for domestic consumption and investing at home? One possibility is that China wanted to accumulate a reserve of foreign assets on which it could draw in emergencies—a kind of national "rainy-day fund." Indeed, in 2015, as the Chinese economy started to falter, the Chinese government started to spend some of the fund, causing its reserves of foreign assets to fall by about $500 billion. ●

**QuickQuiz** Suppose that Americans decided to spend a smaller fraction of their incomes. What would be the effect on saving, investment, interest rates, the real exchange rate, and the trade balance?

## 32-4 Conclusion

International economics is a topic of increasing importance. More and more, American citizens are buying goods produced abroad and producing goods to be sold overseas. Through mutual funds and other financial institutions, they borrow and lend in world financial markets. As a result, a full analysis of the U.S. economy requires an understanding of how the U.S. economy interacts with other economies in the world. This chapter has provided a basic model for thinking about the macroeconomics of open economies.

The study of international economics is valuable, but we should be careful not to exaggerate its importance. Policymakers and commentators are often quick to blame foreigners for problems facing the U.S. economy. By contrast, economists more often view these problems as homegrown. For example, politicians often discuss foreign competition as a threat to American living standards, while economists are more likely to lament the low level of national saving. Low saving impedes growth in capital, productivity, and living standards, regardless of whether the economy is open or closed. Foreigners are a convenient target for politicians because blaming foreigners provides a way to avoid responsibility without insulting any domestic constituency. Whenever you hear popular discussions of international trade and finance, therefore, it is especially important to separate myth from reality. The tools you have learned in the past two chapters should help in that endeavor.

### ASK THE EXPERTS

#### Currency Manipulation

"Economic analysis can identify whether countries are using their exchange rates to benefit their own people at the expense of their trading partners' welfare."

**What do economists say?**

34% disagree
36% uncertain
30% agree

Source: IGM Economic Experts Panel, June 16, 2015.

---

### CHAPTER QuickQuiz

1. Holding other things constant, an increase in a nation's interest rate reduces
   a. national saving and domestic investment.
   b. national saving and the net capital outflow.
   c. domestic investment and the net capital outflow.
   d. national saving only.

2. Holding other things constant, an appreciation of a nation's currency causes
   a. exports to rise and imports to fall.
   b. exports to fall and imports to rise.
   c. both exports and imports to rise.
   d. both exports and imports to fall.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

3. The government in an open economy cuts spending to reduce the budget deficit. As a result, the interest rate _____, leading to a capital _____ and a real exchange rate _____.
   a. falls, outflow, appreciation
   b. falls, outflow, depreciation
   c. falls, inflow, appreciation
   d. rises, inflow, appreciation

4. The nation of Ectenia has long banned the export of its highly prized puka shells. A newly elected president, however, removes the export ban. This change in policy will cause the nation's currency to _____, making the goods Ectenia imports _____ expensive.
   a. appreciate, less
   b. appreciate, more
   c. depreciate, less
   d. depreciate, more

5. A civil war abroad causes foreign investors to seek a safe haven for their funds in the United States, leading to _____ U.S. interest rates and a _____ U.S. dollar.
   a. higher, weaker
   b. higher, stronger
   c. lower, weaker
   d. lower, stronger

6. If business leaders in Great Britain become more confident in their economy, their optimism will induce them to increase investment, causing the British pound to _____ and pushing the British trade balance toward _____.
   a. appreciate, deficit
   b. appreciate, surplus
   c. depreciate, deficit
   d. depreciate, surplus

## SUMMARY

- Two markets are central to the macroeconomics of open economies: the market for loanable funds and the market for foreign-currency exchange. In the market for loanable funds, the real interest rate adjusts to balance the supply of loanable funds (from national saving) and the demand for loanable funds (for domestic investment and net capital outflow). In the market for foreign-currency exchange, the real exchange rate adjusts to balance the supply of dollars (from net capital outflow) and the demand for dollars (for net exports). Because net capital outflow is part of the demand for loanable funds and because it provides the supply of dollars for foreign-currency exchange, it is the variable that connects these two markets.

- A policy that reduces national saving, such as a government budget deficit, reduces the supply of loanable funds and drives up the interest rate. The higher interest rate reduces net capital outflow, which reduces the supply of dollars in the market for foreign-currency exchange. The dollar appreciates, and net exports fall.

- Although restrictive trade policies, such as tariffs or quotas on imports, are sometimes advocated as a way to alter the trade balance, they do not necessarily have that effect. A trade restriction increases net exports for any given exchange rate and, therefore, increases the demand for dollars in the market for foreign-currency exchange. As a result, the dollar appreciates in value, making domestic goods more expensive relative to foreign goods. This appreciation offsets the initial impact of the trade restriction on net exports.

- When investors change their attitudes about holding assets of a country, the ramifications for the country's economy can be profound. In particular, political instability can lead to capital flight, which tends to increase interest rates and cause the currency to depreciate.

## KEY CONCEPTS

trade policy, p. 688                                        capital flight, p. 690

## QUESTIONS FOR REVIEW

1. Describe supply and demand in the market for loanable funds and the market for foreign-currency exchange. How are these markets linked?

2. Why are budget deficits and trade deficits sometimes called the twin deficits?

3. Suppose that a textile workers' union encourages people to buy only American-made clothes. What would this policy do to the trade balance and the real exchange rate? What is the impact on the textile industry? What is the impact on the auto industry?

4. What is capital flight? When a country experiences capital flight, what is the effect on its interest rate and exchange rate?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## PROBLEMS AND APPLICATIONS

1. Japan generally runs a significant trade surplus. Do you think this is most related to high foreign demand for Japanese goods, low Japanese demand for foreign goods, a high Japanese saving rate relative to Japanese investment, or structural barriers against imports into Japan? Explain your answer.

2. Suppose that Congress is considering an investment tax credit, which subsidizes domestic investment.
   a. How does this policy affect national saving, domestic investment, net capital outflow, the interest rate, the exchange rate, and the trade balance?
   b. Representatives of several large exporters oppose the policy. Why might that be the case?

3. The chapter notes that the rise in the U.S. trade deficit during the 1980s was due largely to the rise in the U.S. budget deficit. On the other hand, the popular press sometimes claims that the increased trade deficit resulted from a decline in the quality of U.S. products relative to foreign products.
   a. Assume that U.S. products did decline in relative quality during the 1980s. How did this affect net exports *at any given exchange rate*?
   b. Draw a three-panel diagram to show the effect of this shift in net exports on the U.S. real exchange rate and trade balance.
   c. Is the claim in the popular press consistent with the model in this chapter? Does a decline in the quality of U.S. products have any effect on our standard of living? (*Hint*: When we sell our goods to foreigners, what do we receive in return?)

4. An economist discussing trade policy in *The New Republic* wrote: "One of the benefits of the United States removing its trade restrictions [is] the gain to U.S. industries that produce goods for export. Export industries would find it easier to sell their goods abroad—even if other countries didn't follow our example and reduce their trade barriers." Explain in words why U.S. *export* industries would benefit from a reduction in restrictions on *imports* to the United States.

5. Suppose t e Frenc  su   en y  eve op a strong taste for California wines. Answer the following questions in words and with a diagram.
   a. What happens to the demand for dollars in the market for foreign-currency exchange?
   b. What happens to the value of the dollar in the market for foreign-currency exchange?
   c. What happens to U.S. net exports?

6. A senator renounces his past support for protectionism: "The U.S. trade deficit must be reduced, but import quotas only annoy our trading partners. If we subsidize U.S. exports instead, we can reduce the deficit by increasing our competitiveness." Using a three-panel diagram, show the effect of an export subsidy on net exports and the real exchange rate. Do you agree with the senator?

7. Suppose the United States decides to subsidize the export of U.S. agricultural products, but it does not increase taxes or decrease any other government spending to offset this expenditure. Using a three-panel diagram, show what happens to national saving, domestic investment, net capital outflow, the interest rate, the exchange rate, and the trade balance. Also explain in words how this U.S. policy affects the amount of imports, exports, and net exports.

8. Suppose that real interest rates increase across Europe. Explain how this development will affect U.S. net capital outflow. Then explain how it will affect U.S. net exports by using a formula from the chapter and by drawing a diagram. What will happen to the U.S. real interest rate and real exchange rate?

9. Suppose that Americans decide to increase their saving.
   a. If the elasticity of U.S. net capital outflow with respect to the real interest rate is very high, will this increase in private saving have a large or small effect on U.S. domestic investment?
   b. If the elasticity of U.S. exports with respect to the real exchange rate is very low, will this increase in private saving have a large or small effect on the U.S. real exchange rate?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203


Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# PART XII

# Short-Run Economic Fluctuations



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW   Document 9-1   Filed 07/31/23   Page 330 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicate , in whole or in part. WCN 02-200-203

# Aggregate Demand and Aggregate Supply

E conomic activity fluctuates from year to year. In most years, the production of goods and services rises. Because of increases in the labor force, increases in the capital stock, and advances in technological knowledge, the economy can produce more and more over time. This growth allows everyone to enjoy a higher standard of living. On average, over the past half century, the production of the U.S. economy as measured by real GDP has grown by about 3 percent per year.

In some years, however, instead of expanding, the economy contracts. Firms find themselves unable to sell all the goods and services they have to offer, so



Copyright 2015 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02

**recession**
a period of declining real incomes and rising unemployment

**depression**
a severe recession

they reduce production. Workers are laid off, unemployment becomes widespread, and factories are left idle. With the economy producing fewer goods and services, real GDP and other measures of income decline. Such a period of falling incomes and rising unemployment is called a **recession** if it is relatively mild and a **depression** if it is more severe.

An example of such a downturn occurred in 2008 and 2009. From the fourth quarter of 2007 to the second quarter of 2009, real GDP for the U.S. economy fell by 4.2 percent. The rate of unemployment rose from 4.4 percent in May 2007 to 10.0 percent in October 2009—the highest level in more than a quarter century. Not surprisingly, students graduating during this time found that desirable jobs were hard to come by.

What causes short-run fluctuations in economic activity? What, if anything, can public policy do to prevent periods of falling incomes and rising unemployment? When recessions and depressions occur, how can policymakers reduce their length and severity? These are the questions we take up now.

The variables that we study are largely those we have seen in previous chapters. They include GDP, unemployment, interest rates, and the price level. Also familiar are the policy instruments of government spending, taxes, and the money supply. What differs from our earlier analysis is the time horizon. So far, our goal has been to explain the behavior of these variables in the long run. Our goal now is to explain their short-run deviations from long-run trends. In other words, instead of focusing on the forces that explain economic growth from generation to generation, we are now interested in the forces that explain economic fluctuations from year to year.

There is some debate among economists about how best to analyze short-run fluctuations, but most economists use the *model of aggregate demand and aggregate supply*. Learning how to use this model for analyzing the short-run effects of various events and policies is the primary task ahead. This chapter introduces the model's two pieces: the aggregate-demand curve and the aggregate-supply curve. Before turning to the model, however, let's look at some of the key facts that describe the ups and downs of the economy.

## 33-1 Three Key Facts about Economic Fluctuations

Short-run fluctuations in economic activity have occurred in all countries throughout history. As a starting point for understanding these year-to-year fluctuations, let's discuss some of their most important properties.

### 33-1a Fact 1: Economic Fluctuations Are Irregular and Unpredictable

Fluctuations in the economy are often called *the business cycle*. As this term suggests, economic fluctuations correspond to changes in business conditions. When real GDP grows rapidly, business is good. During such periods of economic expansion, most firms find that customers are plentiful and that profits are growing. When real GDP falls during recessions, businesses have trouble. During such periods of economic contraction, most firms experience declining sales and dwindling profits.

The term *business cycle* is somewhat misleading because it suggests that economic fluctuations follow a regular, predictable pattern. In fact, economic fluctuations are not at all regular, and they are almost impossible to predict with much accuracy. Panel (a) of Figure 1 shows the real GDP of the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## FIGURE 1

**A Look at Short-Run Economic Fluctuations**
This figure shows real GDP in panel (a), investment spending in panel (b), and unemployment in panel (c) for the U.S. economy. Recessions are shown as the shaded areas. Notice that real GDP and investment spending decline during recessions, while unemployment rises.

**Source:** U.S. Department of Commerce; U.S. Department of Labor.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

U.S. economy since 1972. The shaded areas represent times of recession. As the figure shows, recessions do not come at regular intervals. Sometimes recessions are close together, such as the recessions of 1980 and 1982. Sometimes the economy goes many years without a recession. The longest period in U.S. history without a recession was the economic expansion from 1991 to 2001.

### 33-1b Fact 2: Most Macroeconomic Quantities Fluctuate Together

Real GDP is the variable most commonly used to monitor short-run changes in the economy because it is the most comprehensive measure of economic activity. Real GDP measures the value of all final goods and services produced within a given period of time. It also measures the total income (adjusted for inflation) of everyone in the economy.

It turns out, however, that for monitoring short-run fluctuations, it does not really matter which measure of economic activity one looks at. Most macroeconomic variables that measure some type of income, spending, or production fluctuate closely together. When real GDP falls in a recession, so do personal income, corporate profits, consumer spending, investment spending, industrial production, retail sales, home sales, auto sales, and so on. Because recessions are economy-wide phenomena, they show up in many sources of macroeconomic data.

Although many macroeconomic variables fluctuate together, they fluctuate by different amounts. In particular, as panel (b) of Figure 1 shows, investment spending varies greatly over the business cycle. Even though investment averages about one-sixth of GDP, declines in investment account for about two-thirds of the declines in GDP during recessions. In other words, when economic conditions deteriorate, much of the decline is attributable to reductions in spending on new factories, housing, and inventories.



*"You're fired. Pass it on."*

© ROBERT MANKOFF/ THE NEW YORKER COLLECTION/ WWW.CARTOONBANK.COM

### 33-1c Fact 3: As Output Falls, Unemployment Rises

Changes in the economy's output of goods and services are strongly correlated with changes in the economy's utilization of its labor force. In other words, when real GDP declines, the rate of unemployment rises. This fact is hardly surprising: When firms choose to produce a smaller quantity of goods and services, they lay off workers, expanding the pool of unemployed.

Panel (c) of Figure 1 shows the unemployment rate in the U.S. economy since 1972. Once again, the shaded areas in the figure indicate periods of recession. The figure shows clearly the impact of recessions on unemployment. In each of the recessions, the unemployment rate rises substantially. When the recession ends and real GDP starts to expand, the unemployment rate gradually declines. Because there are always some workers between jobs, the unemployment rate never approaches zero. Instead, it fluctuates around its natural rate of about 5 or 6 percent.

**Quick Quiz** *List and discuss three key facts about economic fluctuations.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# 33-2 Explaining Short-Run Economic Fluctuations

Describing what happens to economies as they fluctuate over time is easy. Explaining what causes these fluctuations is more difficult. Indeed, compared to the topics we have studied in previous chapters, the theory of economic fluctuations remains controversial. In this chapter, we begin to develop the model that most economists use to explain short-run fluctuations in economic activity.

## 33-2a The Assumptions of Classical Economics

In previous chapters, we developed theories to explain what determines most important macroeconomic variables in the long run. Chapter 25 explained the level and growth of productivity and real GDP. Chapters 26 and 27 explained how the financial system works and how the real interest rate adjusts to balance saving and investment. Chapter 28 explained why there is always some unemployment in the economy. Chapters 29 and 30 explained the monetary system and how changes in the money supply affect the price level, the inflation rate, and the nominal interest rate.

All of this previous analysis was based on two related ideas: the classical dichotomy and monetary neutrality. Recall that the classical dichotomy is the separation of variables into real variables (those that measure quantities or relative prices) and nominal variables (those measured in terms of money). According to classical macroeconomic theory, changes in the money supply affect nominal variables but not real variables. As a result of this monetary neutrality, Chapters 25 through 28 were able to examine the determinants of real variables (real GDP, the real interest rate, and unemployment) without introducing nominal variables (the money supply and the price level).

In a sense, money does not matter in a classical world. If the quantity of money in the economy were to double, everything would cost twice as much, and everyone's income would be twice as high. But so what? The change would be *nominal* (by the standard meaning of "nearly insignificant"). The things that people *really* care about—whether they have a job, how many goods and services they can afford, and so on—would be exactly the same.

This classical view is sometimes described by the saying, "Money is a veil." That is, nominal variables may be the first things we see when we observe an economy because economic variables are often expressed in units of money. But what's important are the real variables and the economic forces that determine them. According to classical theory, to understand these real variables, we need to look behind the veil.

## 33-2b The Reality of Short-Run Fluctuations

Do these assumptions of classical macroeconomic theory apply to the world in which we live? The answer to this question is of central importance to understanding how the economy works. *Most economists believe that classical theory describes the world in the long run but not in the short run.*

Consider again the impact of money on the economy. Most economists believe that, beyond a period of several years, changes in the money supply affect prices and other nominal variables but do not affect real GDP, unemployment, and other real variables—just as classical theory says. When studying year-to-year changes

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

in the economy, however, the assumption of monetary neutrality is no longer appropriate. In the short run, real and nominal variables are highly intertwined, and changes in the money supply can temporarily push real GDP away from its long-run trend.

Even the classical economists themselves, such as David Hume, realized that classical economic theory did not hold in the short run. From his vantage point in 18th-century England, Hume observed that when the money supply expanded after gold discoveries, it took some time for prices to rise, and in the meantime, the economy enjoyed higher employment and production.

To understand how the economy works in the short run, we need a new model. This new model can be built using many of the tools we developed in previous chapters, but it must abandon the classical dichotomy and the neutrality of money. We can no longer separate our analysis of real variables such as output and employment from our analysis of nominal variables such as money and the price level. Our new model focuses on how real and nominal variables interact.

### 33-2c The Model of Aggregate Demand and Aggregate Supply

Our model of short-run economic fluctuations focuses on the behavior of two variables. The first variable is the economy's output of goods and services, as measured by real GDP. The second is the average level of prices, as measured by the CPI or the GDP deflator. Notice that output is a real variable, whereas the price level is a nominal variable. By focusing on the relationship between these two variables, we are departing from the classical assumption that real and nominal variables can be studied separately.

We analyze fluctuations in the economy as a whole with the **model of aggregate demand and aggregate supply**, which is illustrated in Figure 2. On the vertical axis is the overall price level in the economy. On the horizontal axis is the overall quantity of goods and services produced in the economy. The **aggregate-demand curve** shows the quantity of goods and services that households, firms,

**model of aggregate demand and aggregate supply**
the model that most economists use to explain short-run fluctuations in economic activity around its long-run trend

**aggregate-demand curve**
a curve that shows the quantity of goods and services that households, firms, the government, and customers abroad want to buy at each price level



**FIGURE 2**

**Aggregate Demand and Aggregate Supply**
Economists use the model of aggregate demand and aggregate supply to analyze economic fluctuations. On the vertical axis is the overall level of prices. On the horizontal axis is the economy's total output of goods and services. Output and the price level adjust to the point at which the aggregate-supply and aggregate-demand curves intersect.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the government, and customers abroad want to buy at each price level. The **aggregate-supply curve** shows the quantity of goods and services that firms produce and sell at each price level. According to this model, the price level and the quantity of output adjust to bring aggregate demand and aggregate supply into balance.

It is tempting to view the model of aggregate demand and aggregate supply as nothing more than a large version of the model of market demand and market supply introduced in Chapter 4. But in fact, this model is quite different. When we consider demand and supply in a specific market—ice cream, for instance—the behavior of buyers and sellers depends on the ability of resources to move from one market to another. When the price of ice cream rises, the quantity demanded falls because buyers will use their incomes to buy products other than ice cream. Similarly, a higher price of ice cream raises the quantity supplied because firms that produce ice cream can increase production by hiring workers away from other parts of the economy. This *microeconomic* substitution from one market to another is impossible for the economy as a whole. After all, the quantity that our model is trying to explain—real GDP—measures the *total* quantity of goods and services produced by *all* firms in *all* markets. To understand why the aggregate-demand curve slopes downward and why the aggregate-supply curve slopes upward, we need a *macroeconomic* theory that explains the total quantity of goods and services demanded and the total quantity of goods and services supplied. Developing such a theory is our next task.

> **aggregate-supply curve**
> a curve that shows the quantity of goods and services that firms choose to produce and sell at each price level

**QuickQuiz** *How does the economy's behavior in the short run differ from its behavior in the long run? • Draw the model of aggregate demand and aggregate supply. What variables are on the two axes?*

## 33-3 The Aggregate-Demand Curve

The aggregate-demand curve tells us the quantity of all goods and services demanded in the economy at any given price level. As Figure 3 illustrates, the aggregate-demand curve slopes downward. This means that, other things being equal, a decrease in the economy's overall level of prices (from, say, $P_1$ to $P_2$) raises the quantity of goods and services demanded (from $Y_1$ to $Y_2$). Conversely, an increase in the price level reduces the quantity of goods and services demanded.

### 33-3a Why the Aggregate-Demand Curve Slopes Downward

Why does a change in the price level move the quantity of goods and services demanded in the opposite direction? To answer this question, it is useful to recall that an economy's GDP (which we denote as $Y$) is the sum of its consumption ($C$), investment ($I$), government purchases ($G$), and net exports ($NX$):

$$Y = C + I + G + NX.$$

Each of these four components contributes to the aggregate demand for goods and services. For now, we assume that government spending is fixed by policy. The other three components of spending—consumption, investment, and net exports—depend on economic conditions and, in particular, on the price level. Therefore, to understand the downward slope of the aggregate-demand curve, we must examine how the price level affects the quantity of goods and services demanded for consumption, investment, and net exports.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 3**

**The Aggregate-Demand Curve**
A fall in the price level from $P_1$ to $P_2$ increases the quantity of goods and services demanded from $Y_1$ to $Y_2$. There are three reasons for this negative relationship. As the price level falls, real wealth rises, interest rates fall, and the exchange rate depreciates. These effects stimulate spending on consumption, investment, and net exports. Increased spending on any or all of these components of output means a larger quantity of goods and services demanded.

**The Price Level and Consumption: The Wealth Effect**   Consider the money that you hold in your wallet and your bank account. The nominal value of this money is fixed: One dollar is always worth one dollar. Yet the *real* value of a dollar is not fixed. If a candy bar costs one dollar, then a dollar is worth one candy bar. If the price of a candy bar falls to 50 cents, then one dollar is worth two candy bars. Thus, when the price level falls, the dollars you are holding rise in value, which increases your real wealth and your ability to buy goods and services.

This logic gives us the first reason the aggregate-demand curve slopes downward. *A decrease in the price level raises the real value of money and makes consumers wealthier, which in turn encourages them to spend more. The increase in consumer spending means a larger quantity of goods and services demanded. Conversely, an increase in the price level reduces the real value of money and makes consumers poorer, which in turn reduces consumer spending and the quantity of goods and services demanded.*

**The Price Level and Investment: The Interest-Rate Effect**   The price level is one determinant of the quantity of money demanded. When the price level is lower, households do not need to hold as much money to buy the goods and services they want. Therefore, when the price level falls, households try to reduce their holdings of money by lending some of it out. For instance, a household might use its excess money to buy interest-bearing bonds. Or it might deposit its excess money in an interest-bearing savings account, and the bank would use these funds to make more loans. In either case, as households try to convert some of their money into interest-bearing assets, they drive down interest rates. (The next chapter analyzes this process in more detail.)

Interest rates, in turn, affect spending on goods and services. Because a lower interest rate makes borrowing less expensive, it encourages firms to borrow

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

more to invest in new plants and equipment, and it encourages households to borrow more to invest in new housing. (A lower interest rate might also stimulate consumer spending, especially spending on large durable purchases such as cars, which are often bought on credit.) Thus, a lower interest rate increases the quantity of goods and services demanded.

This logic gives us the second reason the aggregate-demand curve slopes downward. *A lower price level reduces the interest rate, encourages greater spending on investment goods, and thereby increases the quantity of goods and services demanded. Conversely, a higher price level raises the interest rate, discourages investment spending, and decreases the quantity of goods and services demanded.*

**The Price Level and Net Exports: The Exchange-Rate Effect**  As we have just discussed, a lower price level in the United States lowers the U.S. interest rate. In response to the lower interest rate, some U.S. investors will seek higher returns by investing abroad. For instance, as the interest rate on U.S. government bonds falls, a mutual fund might sell U.S. government bonds to buy German government bonds. As the mutual fund tries to convert its dollars into euros to buy the German bonds, it increases the supply of dollars in the market for foreign-currency exchange.

The increased supply of dollars to be turned into euros causes the dollar to depreciate relative to the euro. This leads to a change in the real exchange rate—the relative price of domestic and foreign goods. Because each dollar buys fewer units of foreign currencies, foreign goods become more expensive relative to domestic goods.

The change in relative prices affects spending, both at home and abroad. Because foreign goods are now more expensive, Americans buy less from other countries, causing U.S. imports of goods and services to decrease. At the same time, because U.S. goods are now cheaper, foreigners buy more from the United States, so U.S. exports increase. Net exports equal exports minus imports, so both of these changes cause U.S. net exports to increase. Thus, the fall in the real exchange value of the dollar leads to an increase in the quantity of goods and services demanded.

This logic yields the third reason the aggregate-demand curve slopes downward. *When a fall in the U.S. price level causes U.S. interest rates to fall, the real value of the dollar declines in foreign exchange markets. This depreciation stimulates U.S. net exports and thereby increases the quantity of goods and services demanded. Conversely, when the U.S. price level rises and causes U.S. interest rates to rise, the real value of the dollar increases, and this appreciation reduces U.S. net exports and the quantity of goods and services demanded.*

**Summing Up**  There are three distinct but related reasons a fall in the price level increases the quantity of goods and services demanded:

1.  Consumers are wealthier, which stimulates the demand for consumption goods.
2.  Interest rates fall, which stimulates the demand for investment goods.
3.  The currency depreciates, which stimulates the demand for net exports.

The same three effects work in reverse: When the price level rises, decreased wealth depresses consumer spending, higher interest rates depress investment spending, and a currency appreciation depresses net exports.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 340 of 468

Here is a thought experiment to hone your intuition about these effects. Imagine that one day you wake up and notice that, for some mysterious reason, the prices of all goods and services have fallen by half, so the dollars you are holding are worth twice as much. In real terms, you now have twice as much money as you had when you went to bed the night before. What would you do with the extra money? You could spend it at your favorite restaurant, increasing consumer spending. You could lend it out (by buying a bond or depositing it in your bank), reducing interest rates and increasing investment spending. Or you could invest it overseas (by buying shares in an international mutual fund), reducing the real exchange value of the dollar and increasing net exports. Whichever of these three responses you choose, the fall in the price level leads to an increase in the quantity of goods and services demanded. This is what the downward slope of the aggregate-demand curve represents.

It is important to keep in mind that the aggregate-demand curve (like all demand curves) is drawn holding "other things equal." In particular, our three explanations of the downward-sloping aggregate-demand curve assume that the money supply is fixed. That is, we have been considering how a change in the price level affects the demand for goods and services, holding the amount of money in the economy constant. As we will see, a change in the quantity of money shifts the aggregate-demand curve. At this point, just keep in mind that the aggregate-demand curve is drawn for a given quantity of the money supply.

### 33-3b  Why the Aggregate-Demand Curve Might Shift

The downward slope of the aggregate-demand curve shows that a fall in the price level raises the overall quantity of goods and services demanded. Many other factors, however, affect the quantity of goods and services demanded at a given price level. When one of these other factors changes, the quantity of goods and services demanded at every price level changes and the aggregate-demand curve shifts.

Let's consider some examples of events that shift aggregate demand. We can categorize them according to the component of spending that is most directly affected.

**Shifts Arising from Changes in Consumption**    Suppose Americans suddenly become more concerned about saving for retirement and, as a result, reduce their current consumption. Because the quantity of goods and services demanded at any price level is lower, the aggregate-demand curve shifts to the left. Conversely, imagine that a stock market boom makes people wealthier and less concerned about saving. The resulting increase in consumer spending means a greater quantity of goods and services demanded at any given price level, so the aggregate-demand curve shifts to the right.

Thus, any event that changes how much people want to consume at a given price level shifts the aggregate-demand curve. One policy variable that has this effect is the level of taxation. When the government cuts taxes, it encourages people to spend more, so the aggregate-demand curve shifts to the right. When the government raises taxes, people cut back on their spending and the aggregate-demand curve shifts to the left.

**Shifts Arising from Changes in Investment**    Any event that changes how much firms want to invest at a given price level also shifts the aggregate-demand curve. For instance, imagine that the computer industry introduces a faster

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

line of computers and many firms decide to invest in new computer systems. Because the quantity of goods and services demanded at any price level is higher, the aggregate-demand curve shifts to the right. Conversely, if firms become pessimistic about future business conditions, they may cut back on investment spending, shifting the aggregate-demand curve to the left.

Tax policy can also influence aggregate demand through investment. For example, an investment tax credit (a tax rebate tied to a firm's investment spending) increases the quantity of investment goods that firms demand at any given interest rate and therefore shifts the aggregate-demand curve to the right. The repeal of an investment tax credit reduces investment and shifts the aggregate-demand curve to the left.

Another policy variable that can influence investment and aggregate demand is the money supply. As we discuss more fully in the next chapter, an increase in the money supply lowers the interest rate in the short run. This decrease in the interest rate makes borrowing less costly, which stimulates investment spending and thereby shifts the aggregate-demand curve to the right. Conversely, a decrease in the money supply raises the interest rate, discourages investment spending, and thereby shifts the aggregate-demand curve to the left. Many economists believe that throughout U.S. history, changes in monetary policy have been an important source of shifts in aggregate demand.

**Shifts Arising from Changes in Government Purchases**   The most direct way that policymakers shift the aggregate-demand curve is through government purchases. For example, suppose Congress decides to reduce purchases of new weapons systems. Because the quantity of goods and services demanded at any price level is lower, the aggregate-demand curve shifts to the left. Conversely, if state governments start building more highways, the result is a greater quantity of goods and services demanded at any price level, so the aggregate-demand curve shifts to the right.

**Shifts Arising from Changes in Net Exports**   Any event that changes net exports for a given price level also shifts aggregate demand. For instance, when Europe experiences a recession, it buys fewer goods from the United States. This reduces U.S. net exports at every price level and shifts the aggregate-demand curve for the U.S. economy to the left. When Europe recovers from its recession, it starts buying U.S. goods again and the aggregate-demand curve shifts to the right.

Net exports can also change because international speculators cause movements in the exchange rate. Suppose, for instance, that these speculators lose confidence in foreign economies and want to move some of their wealth into the U.S. economy. In doing so, they bid up the value of the U.S. dollar in the foreign exchange market. This appreciation of the dollar makes U.S. goods more expensive compared to foreign goods, which depresses net exports and shifts the aggregate-demand curve to the left. Conversely, speculation that causes a depreciation of the dollar stimulates net exports and shifts the aggregate-demand curve to the right.

**Summing Up**   In the next chapter, we analyze the aggregate-demand curve in more detail. There we examine more precisely how the tools of monetary and fiscal policy can shift aggregate demand and whether policymakers should use these tools for that purpose. At this point, however, you should have some idea about why the aggregate-demand curve slopes downward and what kinds of events and policies can shift this curve. Table 1 summarizes what we have learned so far.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**TABLE 1**

**The Aggregate-Demand Curve: Summary**

**Why Does the Aggregate-Demand Curve Slope Downward?**
1. *The Wealth Effect:* A lower price level increases real wealth, which stimulates spending on consumption.
2. *The Interest-Rate Effect:* A lower price level reduces the interest rate, which stimulates spending on investment.
3. *The Exchange-Rate Effect:* A lower price level causes the real exchange rate to depreciate, which stimulates spending on net exports.

**Why Might the Aggregate-Demand Curve Shift?**
1. *Shifts Arising from Changes in Consumption:* An event that causes consumers to spend more at a given price level (a tax cut, a stock market boom) shifts the aggregate-demand curve to the right. An event that causes consumers to spend less at a given price level (a tax hike, a stock market decline) shifts the aggregate-demand curve to the left.
2. *Shifts Arising from Changes in Investment:* An event that causes firms to invest more at a given price level (optimism about the future, a fall in interest rates due to an increase in the money supply) shifts the aggregate-demand curve to the right. An event that causes firms to invest less at a given price level (pessimism about the future, a rise in interest rates due to a decrease in the money supply) shifts the aggregate-demand curve to the left.
3. *Shifts Arising from Changes in Government Purchases:* An increase in government purchases of goods and services (greater spending on defense or highway construction) shifts the aggregate-demand curve to the right. A decrease in government purchases on goods and services (a cutback in defense or highway spending) shifts the aggregate-demand curve to the left.
4. *Shifts Arising from Changes in Net Exports:* An event that raises spending on net exports at a given price level (a boom overseas, speculation that causes an exchange-rate depreciation) shifts the aggregate-demand curve to the right. An event that reduces spending on net exports at a given price level (a recession overseas, speculation that causes an exchange-rate appreciation) shifts the aggregate-demand curve to the left.

**Quick Quiz**  *Explain the three reasons the aggregate-demand curve slopes downward. • Give an example of an event that would shift the aggregate-demand curve. In which direction would this event shift the curve?*

## 33-4 The Aggregate-Supply Curve

The aggregate-supply curve tells us the total quantity of goods and services that firms produce and sell at any given price level. Unlike the aggregate-demand curve, which always slopes downward, the aggregate-supply curve shows a relationship that depends crucially on the time horizon examined. *In the long run, the aggregate-supply curve is vertical, whereas in the short run, the aggregate-supply curve slopes upward.* To understand short-run economic fluctuations, and how the short-run behavior of the economy deviates from its long-run behavior, we need to examine both the long-run aggregate-supply curve and the short-run aggregate-supply curve.

### 33-4a Why the Aggregate-Supply Curve Is Vertical in the Long Run

What determines the quantity of goods and services supplied in the long run? We implicitly answered this question earlier in the book when we analyzed the process of economic growth. *In the long run, an economy's production of goods and services*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

*(its real GDP) depends on its supplies of labor, capital, and natural resources and on the available technology used to turn these factors of production into goods and services.*

When we analyzed these forces that govern long-run growth, we did not need to make any reference to the overall level of prices. We examined the price level in a separate chapter, where we saw that it was determined by the quantity of money. We learned that if two economies were identical except that one had twice as much money in circulation, the price level would be twice as high in the economy with more money. But since the amount of money does not affect technology or the supplies of labor, capital, and natural resources, the output of goods and services in the two economies would be the same.

Because the price level does not affect the long-run determinants of real GDP, the long-run aggregate-supply curve is vertical, as in Figure 4. In other words, in the long run, the economy's labor, capital, natural resources, and technology determine the total quantity of goods and services supplied, and this quantity supplied is the same regardless of what the price level happens to be.

The vertical long-run aggregate-supply curve is a graphical representation of the classical dichotomy and monetary neutrality. As we have already discussed, classical macroeconomic theory is based on the assumption that real variables do not depend on nominal variables. The long-run aggregate-supply curve is consistent with this idea because it implies that the quantity of output (a real variable) does not depend on the level of prices (a nominal variable). As noted earlier, most economists believe this principle works well when studying the economy over a period of many years but not when studying year-to-year changes. Thus, *the aggregate-supply curve is vertical only in the long run.*

### 33-4b Why the Long-Run Aggregate-Supply Curve Might Shift

Because classical macroeconomic theory predicts the quantity of goods and services produced by an economy in the long run, it also explains the position of the long-run aggregate-supply curve. The long-run level of production is



**Price Level**

Long-run aggregate supply

$P_1$

$P_2$

1. A change in the price level . . .

2. . . . does not affect the quantity of goods and services supplied in the long run.

0          Natural level of output          **Quantity of Output**

**FIGURE 4**

**The Long-Run Aggregate-Supply Curve**
In the long run, the quantity of output supplied depends on the economy's quantities of labor, capital, and natural resources and on the technology for turning these inputs into output. Because the quantity supplied does not depend on the overall price level, the long-run aggregate-supply curve is vertical at the natural level of output.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**natural level of output**
the production of goods and services that an economy achieves in the long run when unemployment is at its normal rate

sometimes called *potential output* or *full-employment output*. To be more precise, we call it the **natural level of output** because it shows what the economy produces when unemployment is at its natural, or normal, rate. The natural level of output is the rate of production toward which the economy gravitates in the long run.

Any change in the economy that alters the natural level of output shifts the long-run aggregate-supply curve. Because output in the classical model depends on labor, capital, natural resources, and technological knowledge, we can categorize shifts in the long-run aggregate-supply curve as arising from these four sources.

**Shifts Arising from Changes in Labor**   Imagine that an economy experiences an increase in immigration. Because there would be a greater number of workers, the quantity of goods and services supplied would increase. As a result, the long-run aggregate-supply curve would shift to the right. Conversely, if many workers left the economy to go abroad, the long-run aggregate-supply curve would shift to the left.

The position of the long-run aggregate-supply curve also depends on the natural rate of unemployment, so any change in the natural rate of unemployment shifts the long-run aggregate-supply curve. For example, if Congress were to raise the minimum wage substantially, the natural rate of unemployment would rise and the economy would produce a smaller quantity of goods and services. As a result, the long-run aggregate-supply curve would shift to the left. Conversely, if a reform of the unemployment insurance system were to encourage unemployed workers to search harder for new jobs, the natural rate of unemployment would fall and the long-run aggregate-supply curve would shift to the right.

**Shifts Arising from Changes in Capital**   An increase in the economy's capital stock increases productivity and, thereby, the quantity of goods and services supplied. As a result, the long-run aggregate-supply curve shifts to the right. Conversely, a decrease in the economy's capital stock decreases productivity and the quantity of goods and services supplied, shifting the long-run aggregate-supply curve to the left.

Notice that the same logic applies regardless of whether we are discussing physical capital such as machines and factories or human capital such as college degrees. An increase in either type of capital will raise the economy's ability to produce goods and services and, thus, shift the long-run aggregate-supply curve to the right.

**Shifts Arising from Changes in Natural Resources**   An economy's production depends on its natural resources, including its land, minerals, and weather. The discovery of a new mineral deposit shifts the long-run aggregate-supply curve to the right. A change in weather patterns that makes farming more difficult shifts the long-run aggregate-supply curve to the left.

In many countries, crucial natural resources are imported. A change in the availability of these resources can also shift the aggregate-supply curve. For example, as we discuss later in this chapter, events occurring in the world oil market have historically been an important source of shifts in aggregate supply for the United States and other oil-importing nations.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**Shifts Arising from Changes in Technological Knowledge** Perhaps the most important reason that the economy today produces more than it did a generation ago is that our technological knowledge has advanced. The invention of the computer, for instance, has allowed us to produce more goods and services from any given amounts of labor, capital, and natural resources. As computer use has spread throughout the economy, it has shifted the long-run aggregate-supply curve to the right.

Although not literally technological, many other events act like changes in technology. For instance, opening up international trade has effects similar to inventing new production processes because it allows a country to specialize in higher-productivity industries; therefore, it also shifts the long-run aggregate-supply curve to the right. Conversely, if the government passes new regulations preventing firms from using some production methods, perhaps to address worker safety or environmental concerns, the result is a leftward shift in the long-run aggregate-supply curve.

**Summing Up** Because the long-run aggregate-supply curve reflects the classical model of the economy we developed in previous chapters, it provides a new way to describe our earlier analysis. Any policy or event that raised real GDP in previous chapters can now be described as increasing the quantity of goods and services supplied and shifting the long-run aggregate-supply curve to the right. Any policy or event that lowered real GDP in previous chapters can now be described as decreasing the quantity of goods and services supplied and shifting the long-run aggregate-supply curve to the left.

### 33-4c Using Aggregate Demand and Aggregate Supply to Depict Long-Run Growth and Inflation

Having introduced the economy's aggregate-demand curve and the long-run aggregate-supply curve, we now have a new way to describe the economy's long-run trends. Figure 5 illustrates the changes that occur in an economy from decade to decade. Notice that both curves are shifting. Although many forces influence the economy in the long run and can in theory cause such shifts, the two most important forces in practice are technology and monetary policy. Technological progress enhances an economy's ability to produce goods and services, and the resulting increases in output are reflected in continual shifts of the long-run aggregate-supply curve to the right. At the same time, because the Fed increases the money supply over time, the aggregate-demand curve also shifts to the right. As the figure illustrates, the result is continuing growth in output (as shown by increasing $Y$) and continuing inflation (as shown by increasing $P$). This is just another way of representing the classical analysis of growth and inflation we conducted in earlier chapters.

The purpose of developing the model of aggregate demand and aggregate supply, however, is not to dress our previous long-run conclusions in new clothing. Instead, it is to provide a framework for short-run analysis, as we will see in a moment. As we develop the short-run model, we keep the analysis simple by omitting the continuing growth and inflation shown by the shifts in Figure 5. But always remember that long-run trends are the background on which short-run fluctuations are superimposed. *The short-run fluctuations in output and the price level that we will be studying should be viewed as deviations from the long-run trends of output growth and inflation.*

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FIGURE 5

**Long-Run Growth and Inflation in the Model of Aggregate Demand and Aggregate Supply**

As the economy becomes better able to produce goods and services over time, primarily because of technological progress, the long-run aggregate-supply curve shifts to the right. At the same time, as the Fed increases the money supply, the aggregate-demand curve also shifts to the right. In this figure, output grows from $Y_{1990}$ to $Y_{2000}$ and then to $Y_{2010}$ and the price level rises from $P_{1990}$ to $P_{2000}$ and then to $P_{2010}$. Thus, the model of aggregate demand and aggregate supply offers a new way to describe the classical analysis of growth and inflation.



### 33-4d Why the Aggregate-Supply Curve Slopes Upward in the Short Run

The key difference between the economy in the short run and in the long run is the behavior of aggregate supply. The long-run aggregate-supply curve is vertical because, in the long run, the overall level of prices does not affect the economy's ability to produce goods and services. By contrast, in the short run, the price level *does* affect the economy's output. That is, over a period of a year or two, an increase in the overall level of prices in the economy tends to raise the quantity of goods and services supplied, and a decrease in the level of prices tends to reduce the quantity of goods and services supplied. As a result, the short-run aggregate-supply curve slopes upward, as shown in Figure 6.

Why do changes in the price level affect output in the short run? Macroeconomists have proposed three theories for the upward slope of the short-run

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 6**

**The Short-Run Aggregate-Supply Curve**
In the short run, a fall in the price level from $P_1$ to $P_2$ reduces the quantity of output supplied from $Y_1$ to $Y_2$. This positive relationship could be due to sticky wages, sticky prices, or misperceptions. Over time, wages, prices, and perceptions adjust, so this positive relationship is only temporary.

aggregate-supply curve. In each theory, a specific market imperfection causes the supply side of the economy to behave differently in the short run than it does in the long run. The following theories differ in their details, but they share a common theme: *The quantity of output supplied deviates from its long-run, or natural, level when the actual price level in the economy deviates from the price level that people expected to prevail.* When the price level rises above the level that people expected, output rises above its natural level, and when the price level falls below the expected level, output falls below its natural level.

**The Sticky-Wage Theory**   The first explanation of the upward slope of the short-run aggregate-supply curve is the sticky-wage theory. This theory is the simplest of the three approaches to aggregate supply, and some economists believe it highlights the most important reason why the economy in the short run differs from the economy in the long run. Therefore, it is the theory of short-run aggregate supply that we emphasize in this book.

According to this theory, the short-run aggregate-supply curve slopes upward because nominal wages are slow to adjust to changing economic conditions. In other words, wages are "sticky" in the short run. To some extent, the slow adjustment of nominal wages is attributable to long-term contracts between workers and firms that fix nominal wages, sometimes for as long as 3 years. In addition, this prolonged adjustment may be attributable to slowly changing social norms and notions of fairness that influence wage setting.

An example can help explain how sticky nominal wages can result in a short-run aggregate-supply curve that slopes upward. Imagine that a year ago a firm expected the price level today to be 100, and based on this expectation, it signed a contract with its workers agreeing to pay them, say, $20 an hour. In fact, the price level turns out to be only 95. Because prices have fallen below expectations, the firm gets 5 percent less than expected for each unit of its product that it sells. The cost of labor used to make the output, however, is stuck at $20 per hour. Production is now less profitable, so the firm hires fewer workers and reduces

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

the quantity of output supplied. Over time, the labor contract will expire, and the firm can renegotiate with its workers for a lower wage (which they may accept because prices are lower), but in the meantime, employment and production will remain below their long-run levels.

The same logic works in reverse. Suppose the price level turns out to be 105 and the wage remains stuck at $20. The firm sees that the amount it is paid for each unit sold is up by 5 percent, while its labor costs are not. In response, it hires more workers and increases the quantity of output supplied. Eventually, the workers will demand higher nominal wages to compensate for the higher price level, but for a while, the firm can take advantage of the profit opportunity by increasing employment and production above their long-run levels.

In short, according to the sticky-wage theory, the short-run aggregate-supply curve slopes upward because nominal wages are based on expected prices and do not respond immediately when the actual price level turns out to be different from what was expected. This stickiness of wages gives firms an incentive to produce less output when the price level turns out lower than expected and to produce more when the price level turns out higher than expected.

**The Sticky-Price Theory**   Some economists have advocated another approach to explaining the upward slope of the short-run aggregate-supply curve, called the sticky-price theory. As we just discussed, the sticky-wage theory emphasizes that nominal wages adjust slowly over time. The sticky-price theory emphasizes that the prices of some goods and services also adjust sluggishly in response to changing economic conditions. This slow adjustment of prices occurs in part because there are costs to adjusting prices, called *menu costs*. These menu costs include the cost of printing and distributing catalogs and the time required to change price tags. As a result of these costs, prices as well as wages may be sticky in the short run.

To see how sticky prices explain the aggregate-supply curve's upward slope, suppose that each firm in the economy announces its prices in advance based on the economic conditions it expects to prevail over the coming year. Suppose further that after prices are announced, the economy experiences an unexpected contraction in the money supply, which (as we have learned) will reduce the overall price level in the long run. What happens in the short run? Although some firms reduce their prices quickly in response to the unexpected change in economic conditions, many other firms want to avoid additional menu costs. As a result, they temporarily lag behind in cutting their prices. Because these lagging firms have prices that are too high, their sales decline. Declining sales, in turn, cause these firms to cut back on production and employment. In other words, because not all prices adjust immediately to changing conditions, an unexpected fall in the price level leaves some firms with higher-than-desired prices, and these higher-than-desired prices depress sales and induce firms to reduce the quantity of goods and services they produce.

Similar reasoning applies when the money supply and price level turn out to be above what firms expected when they originally set their prices. While some firms raise their prices quickly in response to the new economic environment, other firms lag behind, keeping their prices at the lower-than-desired levels. These low prices attract customers, which induces these firms to increase employment and production. Thus, during the time these lagging firms are operating with outdated prices, there is a positive association between the overall price level and the quantity of output. This positive association is represented by the upward slope of the short-run aggregate-supply curve.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**The Misperceptions Theory**   A third approach to explaining the upward slope of the short-run aggregate-supply curve is the misperceptions theory. According to this theory, changes in the overall price level can temporarily mislead suppliers about what is happening in the individual markets in which they sell their output. As a result of these short-run misperceptions, suppliers respond to changes in the level of prices, and this response leads to an upward-sloping aggregate-supply curve.

To see how this might work, suppose the overall price level falls below the level that suppliers expected. When suppliers see the prices of their products fall, they may mistakenly believe that their *relative* prices have fallen; that is, they may believe that their prices have fallen compared to other prices in the economy. For example, wheat farmers may notice a fall in the price of wheat before they notice a fall in the prices of the many items they buy as consumers. They may infer from this observation that the reward for producing wheat is temporarily low, and they may respond by reducing the quantity of wheat they supply. Similarly, workers may notice a fall in their nominal wages before they notice that the prices of the goods they buy are also falling. They may infer that the reward for working is temporarily low and respond by reducing the quantity of labor they supply. In both cases, a lower price level causes misperceptions about relative prices, and these misperceptions induce suppliers to respond to the lower price level by decreasing the quantity of goods and services supplied.

Similar misperceptions arise when the price level is above what was expected. Suppliers of goods and services may notice the price of their output rising and infer, mistakenly, that their relative prices are rising. They would conclude that it is a good time to produce. Until their misperceptions are corrected, they respond to the higher price level by increasing the quantity of goods and services supplied. This behavior results in a short-run aggregate-supply curve that slopes upward.

**Summing Up**   There are three alternative explanations for the upward slope of the short-run aggregate-supply curve: (1) sticky wages, (2) sticky prices, and (3) misperceptions about relative prices. Economists debate which of these theories is correct, and it is possible that each contains an element of truth. For our purposes in this book, the similarities of the theories are more important than the differences. All three theories suggest that output deviates in the short run from its natural level when the actual price level deviates from the price level that people had expected to prevail. We can express this mathematically as follows:

$$
\begin{pmatrix} \text{Quantity} \\ \text{of output} \\ \text{supplied} \end{pmatrix} = \begin{pmatrix} \text{Natural} \\ \text{level of} \\ \text{output} \end{pmatrix} + a \begin{pmatrix} \text{Actual} \\ \text{price} \\ \text{level} \end{pmatrix} - \begin{pmatrix} \text{Expected} \\ \text{price} \\ \text{level} \end{pmatrix}
$$

where $a$ is a number that determines how much output responds to unexpected changes in the price level.

Notice that each of the three theories of short-run aggregate supply emphasizes a problem that is likely to be temporary. Whether the upward slope of the aggregate-supply curve is attributable to sticky wages, sticky prices, or misperceptions, these conditions will not persist forever. Over time, nominal wages will become unstuck, prices will become unstuck, and misperceptions about relative prices will be corrected. In the long run, it is reasonable to assume that wages and prices are flexible rather than sticky and that people are not confused about relative prices. Thus, while we have several good theories to explain why the short-run aggregate-supply curve slopes upward, they are all consistent with a long-run aggregate-supply curve that is vertical.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 33-4e  Why the Short-Run Aggregate-Supply Curve Might Shift

The short-run aggregate-supply curve tells us the quantity of goods and services supplied in the short run for any given level of prices. This curve is similar to the long-run aggregate-supply curve, but it is upward-sloping rather than vertical because of sticky wages, sticky prices, and misperceptions. Thus, when thinking about what shifts the short-run aggregate-supply curve, we have to consider all those variables that shift the long-run aggregate-supply curve. In addition, we have to consider a new variable—the expected price level—that influences the wages that are stuck, the prices that are stuck, and the perceptions about relative prices that may be flawed.

Let's start with what we know about the long-run aggregate-supply curve. As we discussed earlier, shifts in the long-run aggregate-supply curve normally arise from changes in labor, capital, natural resources, or technological knowledge. These same variables shift the short-run aggregate-supply curve. For example, when an increase in the economy's capital stock increases productivity, the economy is able to produce more output, so both the long-run and short-run aggregate-supply curves shift to the right. When an increase in the minimum wage raises the natural rate of unemployment, the economy has fewer employed workers and thus produces less output, so both the long-run and short-run aggregate-supply curves shift to the left.

The important new variable that affects the position of the short-run aggregate-supply curve is the price level that people expected to prevail. As we have discussed, the quantity of goods and services supplied depends, in the short run, on sticky wages, sticky prices, and misperceptions. Yet wages, prices, and perceptions are set based on the expected price level. So when people change their expectations of the price level, the short-run aggregate-supply curve shifts.

To make this idea more concrete, let's consider a specific theory of aggregate supply—the sticky-wage theory. According to this theory, when workers and firms expect the price level to be high, they are likely to reach a bargain with a higher level of nominal wages. Higher wages raise firms' costs, and for any given actual price level, higher costs reduce the quantity of goods and services supplied. Thus, when the expected price level rises, wages are higher, costs increase, and firms produce a smaller quantity of goods and services at any given actual price level. Thus, the short-run aggregate-supply curve shifts to the left. Conversely, when the expected price level falls, wages are lower, costs decline, firms increase output at any given price level, and the short-run aggregate-supply curve shifts to the right.

A similar logic applies in each theory of aggregate supply. The general lesson is the following: *An increase in the expected price level reduces the quantity of goods and services supplied and shifts the short-run aggregate-supply curve to the left. A decrease in the expected price level raises the quantity of goods and services supplied and shifts the short-run aggregate-supply curve to the right.* As we will see in the next section, the influence of expectations on the position of the short-run aggregate-supply curve plays a key role in explaining how the economy makes the transition from the short run to the long run. In the short run, expectations are fixed and the economy finds itself at the intersection of the aggregate-demand curve and the short-run aggregate-supply curve. In the long run, if people observe that the price level is different from what they expected, their expectations adjust and the short-run aggregate-supply curve shifts. This shift ensures that the economy eventually finds itself at the intersection of the aggregate-demand curve and the long-run aggregate-supply curve.

You should now have some understanding about why the short-run aggregate-supply curve slopes upward and what events and policies can cause this curve to shift. Table 2 summarizes our discussion.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**Why Does the Short-Run Aggregate-Supply Curve Slope Upward?**

1. *The Sticky-Wage Theory:* An unexpectedly low price level raises the real wage, which causes firms to hire fewer workers and produce a smaller quantity of goods and services.
2. *The Sticky-Price Theory:* An unexpectedly low price level leaves some firms with higher-than-desired prices, which depresses their sales and leads them to cut back production.
3. *The Misperceptions Theory:* An unexpectedly low price level leads some suppliers to think their relative prices have fallen, which induces a fall in production.

**Why Might the Short-Run Aggregate-Supply Curve Shift?**

1. *Shifts Arising from Changes in Labor:* An increase in the quantity of labor available (perhaps due to a fall in the natural rate of unemployment) shifts the aggregate-supply curve to the right. A decrease in the quantity of labor available (perhaps due to a rise in the natural rate of unemployment) shifts the aggregate-supply curve to the left.
2. *Shifts Arising from Changes in Capital:* An increase in physical or human capital shifts the aggregate-supply curve to the right. A decrease in physical or human capital shifts the aggregate-supply curve to the left.
3. *Shifts Arising from Changes in Natural Resources:* An increase in the availability of natural resources shifts the aggregate-supply curve to the right. A decrease in the availability of natural resources shifts the aggregate-supply curve to the left.
4. *Shifts Arising from Changes in Technology:* An advance in technological knowledge shifts the aggregate-supply curve to the right. A decrease in the available technology (perhaps due to government regulation) shifts the aggregate-supply curve to the left.
5. *Shifts Arising from Changes in the Expected Price Level:* A decrease in the expected price level shifts the short-run aggregate-supply curve to the right. An increase in the expected price level shifts the short-run aggregate-supply curve to the left.

**TABLE 2**

**The Short-Run Aggregate-Supply Curve: Summary**

**QuickQuiz** *Explain why the long-run aggregate-supply curve is vertical.* • *Explain three theories for why the short-run aggregate-supply curve slopes upward.* • *What variables shift both the long-run and short-run aggregate-supply curves?* • *What variable shifts the short-run aggregate-supply curve but not the long-run aggregate-supply curve?*

## 33-5 Two Causes of Economic Fluctuations

Now that we have introduced the model of aggregate demand and aggregate supply, we have the basic tools we need to analyze fluctuations in economic activity. In particular, we can use what we have learned about aggregate demand and aggregate supply to examine the two basic causes of short-run fluctuations: shifts in aggregate demand and shifts in aggregate supply.

To keep things simple, we assume the economy begins in long-run equilibrium, as shown in Figure 7. Output and the price level are determined in the long run by the intersection of the aggregate-demand curve and the long-run aggregate-supply curve, shown as point A in the figure. At this point, output is at its natural level. Because the economy is always in a short-run equilibrium, the short-run aggregate-supply curve passes through this point as well, indicating that the expected price level has adjusted to this long-run equilibrium. That is, when an economy is in its long-run equilibrium, the expected price level must equal the actual price level so that the intersection of aggregate demand with short-run

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FIGURE 7

**The Long-Run Equilibrium**
The long-run equilibrium of the economy is found where the aggregate-demand curve crosses the long-run aggregate-supply curve (point A). When the economy reaches this long-run equilibrium, the expected price level will have adjusted to equal the actual price level. As a result, the short-run aggregate-supply curve crosses this point as well.



aggregate supply is the same as the intersection of aggregate demand with long-run aggregate supply.

### 33-5a   The Effects of a Shift in Aggregate Demand

Suppose that a wave of pessimism suddenly overtakes the economy. The cause might be a scandal in the White House, a crash in the stock market, or the outbreak of war overseas. Because of this event, many people lose confidence in the future and alter their plans. Households cut back on their spending and delay major purchases, and firms put off buying new equipment.

What is the macroeconomic impact of such a wave of pessimism? In answering this question, we can follow the three steps we used in Chapter 4 when analyzing supply and demand in specific markets. First, we determine whether the event affects aggregate demand or aggregate supply. Second, we determine the direction that the curve shifts. Third, we use the diagram of aggregate demand and aggregate supply to compare the initial and the new equilibrium. The new wrinkle is that we need to add a fourth step: We have to keep track of a new short-run equilibrium, a new long-run equilibrium, and the transition between them. Table 3 summarizes the four steps to analyzing economic fluctuations.

## TABLE 3

**Four Steps for Analyzing Macroeconomic Fluctuations**

1. Decide whether the event shifts the aggregate-demand curve or the aggregate-supply curve (or perhaps both).
2. Decide the direction in which the curve shifts.
3. Use the diagram of aggregate demand and aggregate supply to determine the impact on output and the price level in the short run.
4. Use the diagram of aggregate demand and aggregate supply to analyze how the economy moves from its new short-run equilibrium to its new long-run equilibrium.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 8**

**A Contraction in Aggregate Demand**
A fall in aggregate demand is represented with a leftward shift in the aggregate-demand curve from $AD_1$ to $AD_2$. In the short run, the economy moves from point A to point B. Output falls from $Y_1$ to $Y_2$, and the price level falls from $P_1$ to $P_2$. Over time, as the expected price level adjusts, the short-run aggregate-supply curve shifts to the right from $AS_1$ to $AS_2$, and the economy reaches point C, where the new aggregate-demand curve crosses the long-run aggregate-supply curve. In the long run, the price level falls to $P_3$, and output returns to its natural level, $Y_1$.

The first two steps are straightforward. First, because the wave of pessimism affects spending plans, it affects the aggregate-demand curve. Second, because households and firms now want to buy a smaller quantity of goods and services for any given price level, the event reduces aggregate demand. As Figure 8 shows, the aggregate-demand curve shifts to the left from $AD_1$ to $AD_2$.

With this figure, we can perform step three: By comparing the initial and the new equilibrium, we can see the effects of the fall in aggregate demand. In the short run, the economy moves along the initial short-run aggregate-supply curve, $AS_1$, going from point A to point B. As the economy moves between these two points, output falls from $Y_1$ to $Y_2$ and the price level falls from $P_1$ to $P_2$. The falling level of output indicates that the economy is in a recession. Although not shown in the figure, firms respond to lower sales and production by reducing employment. Thus, the pessimism that caused the shift in aggregate demand is, to some extent, self-fulfilling: Pessimism about the future leads to falling incomes and rising unemployment.

Now comes step four—the transition from the short-run equilibrium to the new long-run equilibrium. Because of the reduction in aggregate demand, the price level initially falls from $P_1$ to $P_2$. The price level is thus below the level that people were expecting ($P_1$) before the sudden fall in aggregate demand. People can be surprised in the short run, but they will not remain surprised. Over time, their expectations catch up with this new reality, and the expected price level falls as well. The fall in the expected price level alters wages, prices, and perceptions, which in turn influences the position of the short-run aggregate-supply curve. For example, according to the sticky-wage theory, once workers and firms come to expect a lower level of prices, they start to strike bargains for lower nominal wages; the reduction in labor costs encourages firms to hire more workers and expand production at any given level of prices. Thus, the fall in the expected price level shifts the short-run aggregate-supply curve to the right from $AS_1$ to $AS_2$ in Figure 8. This shift allows the economy to approach point C, where the new aggregate-demand curve ($AD_2$) crosses the long-run aggregate-supply curve.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

In the new long-run equilibrium, point C, output is back to its natural level. The economy has corrected itself: The decline in output is reversed in the long run, even without action by policymakers. Although the wave of pessimism has reduced aggregate demand, the price level has fallen sufficiently (to $P_3$) to offset the shift in the aggregate-demand curve, and people have come to expect this new lower price level as well. Thus, in the long run, the shift in aggregate demand is reflected fully in the price level and not at all in the level of output. In other words, the long-run effect of a shift in aggregate demand is a nominal change (the price level is lower) but not a real change (output is the same).

What should policymakers do when faced with a sudden fall in aggregate demand? In this analysis, we assumed they did nothing. Another possibility is that, as soon as the economy heads into recession (moving from point A to point B), policymakers could take action to increase aggregate demand. As we noted earlier, an increase in government spending or an increase in the money supply would increase the quantity of goods and services demanded at any price and, therefore, would shift the aggregate-demand curve to the right. If policymakers act with sufficient speed and precision, they can offset the initial shift in aggregate demand, return the aggregate-demand curve to $AD_1$, and bring the economy back to point A. If the policy is successful, the painful period of depressed output and employment can be reduced in length and severity. The next chapter discusses in more detail the ways in which monetary and fiscal policy influence aggregate demand, as well as some of the practical difficulties in using these policy instruments.

To sum up, this story about shifts in aggregate demand has three important lessons:

- In the short run, shifts in aggregate demand cause fluctuations in the economy's output of goods and services.
- In the long run, shifts in aggregate demand affect the overall price level but do not affect output.
- Because policymakers influence aggregate demand, they can potentially mitigate the severity of economic fluctuations.

## FYI

### Monetary Neutrality Revisited



According to classical economic theory, money is neutral. That is, changes in the quantity of money affect nominal variables such as the price level but not real variables such as output. Earlier in this chapter, we noted that most economists accept this conclusion as a description of how the economy works in the long run but not in the short run. With the model of aggregate demand and aggregate supply, we can illustrate this conclusion and explain it more fully.

Suppose that the Federal Reserve reduces the quantity of money in the economy. What effect does this change have? As we discussed, the money supply is one determinant of aggregate demand. The reduction in the money supply shifts the aggregate-demand curve to the left.

The analysis looks just like Figure 8. Even though the cause of the shift in aggregate demand is different, we would observe the same effects on output and the price level. In the short run, both output and the price level fall. The economy experiences a recession. But over time,

the expected price level falls as well. Firms and workers respond to their new expectations by, for instance, agreeing to lower nominal wages. As they do so, the short-run aggregate-supply curve shifts to the right. Eventually, the economy finds itself back on the long-run aggregate-supply curve.

Figure 8 shows when money matters for real variables and when it does not. In the long run, money is neutral, as represented by the movement of the economy from point A to point C. But in the short run, a change in the money supply has real effects, as represented by the movement of the economy from point A to point B. An old saying summarizes the analysis: "Money is a veil, but when the veil flutters, real output sputters." ∎

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### TWO BIG SHIFTS IN AGGREGATE DEMAND: THE GREAT DEPRESSION AND WORLD WAR II

**CASE STUDY**

At the beginning of this chapter, we established three key facts about economic fluctuations by looking at data since 1972. Let's now take a longer look at U.S. economic history. Figure 9 shows data since 1900 on the percentage change in real GDP over the previous 3 years. In an average 3-year period, real GDP grows about 10 percent—a bit more than 3 percent per year. The business cycle, however, causes fluctuations around this average. Two episodes jump out as being particularly significant: the large drop in real GDP in the early 1930s and the large increase in real GDP in the early 1940s. Both of these events are attributable to shifts in aggregate demand.

The economic calamity of the early 1930s is called the *Great Depression*, and it is by far the largest economic downturn in U.S. history. Real GDP fell by 27 percent from 1929 to 1933, and unemployment rose from 3 percent to 25 percent. At the same time, the price level fell by 22 percent over these 4 years. Many other countries experienced similar declines in output and prices during this period.

Economic historians continue to debate the causes of the Great Depression, but most explanations center on a large decline in aggregate demand. What caused aggregate demand to contract? Here is where the disagreement arises.

Many economists place primary blame on the decline in the money supply: From 1929 to 1933, the money supply fell by 28 percent. As you may recall from our discussion of the monetary system, this decline in the money supply was due to problems in the banking system. As households withdrew their money from financially shaky banks and bankers became more cautious and started holding greater reserves, the process of money creation under fractional-reserve banking went into reverse. The Fed, meanwhile, failed to offset this fall in the money multiplier with expansionary open-market operations. As a result, the money supply declined. Many economists blame the Fed's failure to act for the Great Depression's severity.

Over the course of U.S. economic history, two fluctuations stand out as especially large. During the early 1930s, the economy went through the Great Depression, when the production of goods and services plummeted. During the early 1940s, the United States entered World War II and the economy experienced rapidly rising production. Both of these events are usually explained by large shifts in aggregate demand.

**Source:** Louis D. Johnston and Samuel H. Williamson, "What Was GDP Then?" http://www.measuringworth.com/usgdp/; Department of Commerce (Bureau of Economic Analysis).

**FIGURE 9**

**U.S. Real GDP Growth since 1900**



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



*The outcome of a massive decrease in aggregate demand*

Other economists have suggested alternative reasons for the collapse in aggregate demand. For example, stock prices fell about 90 percent during this period, depressing household wealth and thereby consumer spending. In addition, the banking problems may have prevented some firms from obtaining the financing they wanted for new projects and business expansions, reducing investment spending. It is possible that all these forces may have acted together to contract aggregate demand during the Great Depression.

The second significant episode in Figure 9—the economic boom of the early 1940s—is easier to explain. The cause of this event was World War II. As the United States entered the war overseas, the federal government had to devote more resources to the military. Government purchases of goods and services increased almost fivefold from 1939 to 1944. This huge expansion in aggregate demand almost doubled the economy's production of goods and services and led to a 20 percent increase in the price level (although widespread government price controls limited the rise in prices). Unemployment fell from 17 percent in 1939 to about 1 percent in 1944—the lowest level in U.S. history. ●

**CASE STUDY**

### THE GREAT RECESSION OF 2008–2009

In 2008 and 2009, the U.S. economy experienced a financial crisis and a severe downturn in economic activity. In many ways, it was the worst macroeconomic event in more than half a century.

The story of this downturn begins a few years earlier with a substantial boom in the housing market. The boom was, in part, fueled by low interest rates. In the aftermath of the recession of 2001, the Federal Reserve lowered interest rates to historically low levels. Low interest rates helped the economy recover, but by making it less expensive to get a mortgage and buy a home, they also contributed to a rise in housing prices.

In addition to low interest rates, various developments in the mortgage market made it easier for *subprime borrowers*—those borrowers with a higher risk of default based on their income and credit history—to get loans to buy homes. One development was *securitization*, the process by which a financial institution (specifically, a mortgage originator) makes loans and then (with the help of an investment bank) bundles them together into financial instruments called *mortgage-backed securities*. These mortgage-backed securities were then sold to other institutions (such as banks and insurance companies), which may not have fully appreciated the risks in these securities. Some economists blame inadequate regulation for these high-risk loans. Others blame misguided government policy: Certain policies encouraged this high-risk lending to make the goal of homeownership more attainable for low-income families. Together, these many forces drove up housing demand and housing prices. From 1995 to 2006, average housing prices in the United States more than doubled.

The high price of housing, however, proved unsustainable. From 2006 to 2009, housing prices nationwide fell about 30 percent. Such price fluctuations should not necessarily be a problem in a market economy. After all, price movements are how markets equilibrate supply and demand. In this case, however, the price decline had two related repercussions that caused a sizable fall in aggregate demand.

The first repercussion was a substantial rise in mortgage defaults and home foreclosures. During the housing boom, many homeowners had bought their homes with mostly borrowed money and minimal down payments. When housing prices declined, these homeowners were *underwater* (they owed more on their mortgages than their homes were worth). Many of these homeowners stopped repaying their loans. The banks servicing the mortgages responded to these defaults by taking the houses away in foreclosure procedures and then selling them off. The banks'

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

goal was to recoup whatever they could from the bad loans. As you might have expected from your study of supply and demand, the increase in the number of homes for sale exacerbated the downward spiral of house prices. As house prices fell, spending on the construction of housing also collapsed.

A second repercussion was that the various financial institutions that owned mortgage-backed securities suffered huge losses. In essence, by borrowing large sums to buy high-risk mortgages, these companies had bet that house prices would keep rising; when this bet turned bad, they found themselves at or near the point of bankruptcy. Because of these large losses, many financial institutions did not have funds to loan out and the ability of the financial system to channel resources to those who could best use them was impaired. Even creditworthy customers found themselves unable to borrow to finance investment spending.

As a result of all these events, the economy experienced a large contractionary shift in aggregate demand. Real GDP and employment both fell sharply. The introduction to this chapter has already cited the figures, but they are worth repeating: Real GDP declined by 4.2 percent between the fourth quarter of 2007 and the second quarter of 2009, and the rate of unemployment rose from 4.4 percent in May 2007 to 10.0 percent in October 2009. This experience served as a vivid reminder that deep economic downturns and personal hardship they cause are not a relic of history but a constant risk in the modern economy.

As the crisis unfolded, the U.S. government responded in a variety of ways. Three policy actions—all aimed in part at returning aggregate demand to its previous level—are most noteworthy.

First, the Fed cut its target for the federal funds rate from 5.25 percent in September 2007 to about zero in December 2008. The Federal Reserve also started buying mortgage-backed securities and other private loans in open-market operations. By purchasing these instruments from the banking system, the Fed provided banks with additional funds in the hope that the banks would makes loans more readily available.

Second, in an even more unusual move in October 2008, Congress appropriated $700 billion for the Treasury to use to rescue the financial system. Much of this money was used for equity injections into banks. That is, the Treasury put funds into the banking system, which the banks could use to make loans and otherwise continue their normal operations; in exchange for these funds, the U.S. government became a part owner of these banks, at least temporarily. The goal of this policy was to stem the crisis on Wall Street and make it easier for businesses and individuals to obtain loans.

Finally, when Barack Obama became president in January 2009, his first major initiative was a large increase in government spending. After a relatively brief congressional debate over the form of the legislation, the new president signed a $787 billion stimulus bill on February 17, 2009. This policy move is discussed more fully in the next chapter when we consider the impact of fiscal policy on aggregate demand.

The recovery from this recession officially began in June 2009. But it was, by historical standards, only a meager recovery. From the second quarter of 2009 to the fourth quarter of 2015, real GDP growth averaged only 2.1 percent per year, well below the average rate of growth over the past half century of about 3 percent. Although unemployment fell to 5.0 percent by the end of 2015, much of the decline was attributable to individuals leaving the labor force rather than finding jobs. In December 2015, the employment-to-population ratio was only 1.3 percentage points higher than at its trough during the Great Recession and was more than 3 percentage points lower than before the downturn began.

Which, if any, of the many policy moves were most important for ending the recession? And what other policies might have promoted a more robust recovery? These are surely questions that macroeconomic historians will debate in the years to come. ●

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

### What Have We Learned?

*Since the financial crisis and Great Recession of 2008–2009, economists have asked themselves how this episode should change the field of macroeconomics.*

### Olivier Blanchard's Five Lessons for Economists from the Financial Crisis

**By David Wessel**

What did the worst financial crisis and deepest recession in 75 years teach academic economists and policymakers on whose watch it happened? At a recent London School of Economics forum, convened to honor Bank of England Governor Mervyn King, Olivier Blanchard offered some answers.

Mr. Blanchard, 64 years old, is well positioned to offer such reconsideration. An internationally prominent macroeconomist, he spent 25 years on the MIT faculty before becoming chief economist at the International Monetary Fund in September 2008, just before the collapse of Lehman Brothers.

Here are Mr. Blanchard's five lessons in his own words, lightly edited by The Wall Street Journal's David Wessel:

**#1: Humility is in order.**

The Great Moderation [the economically tranquil period from 1987 to 2007] convinced too many of us that the large-economy crisis—a financial crisis, a banking crisis—was a thing of the past. It wasn't going to happen again, except maybe in emerging markets. History was marching on.

My generation, which was born after World War II, lived with the notion that the world was getting to be a better and better place. We knew how to do things better, not only in economics but in other fields as well. What we have learned is that's not true. History repeats itself. We should have known.

**#2: The financial system matters— a lot.**

It's not the first time that we're confronted with what [former U.S. Defense Secretary Donald] Rumsfeld called "unknown unknowns," things that happened that we hadn't thought about. There is another example in macroeconomics:

The oil shocks of the 1970s during which we were students and we hadn't thought about it. It took a few years, more than a few years, for economists to understand what was going on. After a few years, we concluded that we could think of the oil shock as yet another macroeconomic shock. We did not need to understand the plumbing. We didn't need to understand the details of the oil market. When there's an increase in the price of energy or materials, we can just integrate it into our macro models—the implications of energy prices on inflation and so on.

This is different. What we have learned about the financial system is that the problem is in the plumbing and that we have to understand the plumbing. Before I came to the Fund, I thought of the financial system as a set of arbitrage equations. Basically the Federal Reserve would choose one interest rate, and then the expectations hypothesis would give all the rates everywhere else with premia which might vary, but not very much.



It was really easy. I thought of people on Wall Street as basically doing this for me so I didn't have to think about it.

What we have learned is that that's not the case. In the financial system, a myriad of distortions or small shocks build on each other. When there are enough small shocks, enough distortions, things can go very bad. This has fundamental implications for macroeconomics. We do macro on the assumption that we can look at aggregates in some way and then just have them interact in simple models. I still think that's the way to go, but this shows the limits of that approach. When it comes to the financial system, it's very clear that the details of the plumbing matter.

**#3 Interconnectedness matters.**

This crisis started in the U.S. and across the ocean in a matter of days and weeks. Each crisis, even in small islands, potentially has effects on the rest of the world. The complexity of the cross border claims by creditors and by debtors clearly is something that many of us had not fully realized: the cross border movements triggered by the risk-on/risk-off movements, which countries are safe havens, and when and why? Understanding this has become absolutely essential. What happens in one part of the world cannot be ignored by the rest of the world. The fact that we all spend so

### 33-5b The Effects of a Shift in Aggregate Supply

Imagine once again an economy in its long-run equilibrium. Now suppose that suddenly some firms experience an increase in their costs of production. For example, bad weather in farm states might destroy some crops, driving up the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

much time thinking about Cyprus in the last few days is an example of that.

It's also true on the trade side. We used to think if one country was doing badly, then exports to that country would do badly and therefore the exporting countries would do badly. In our models, the effect was relatively small. One absolutely striking fact of the crisis is the collapse of trade in 2009. Output went down. Trade collapsed. Countries which felt they were not terribly exposed through trade turned out to be enormously exposed.

### #4 We don't know if macro-prudential tools work.

It's very clear that the traditional monetary and fiscal tools are just not good enough to deal with the very specific problems in the financial system. This has led to the development of macro-prudential tools, which may or may not become the third leg of macroeconomic policies.

[Macro-prudential tools allow a central bank to restrain lending in specific sectors without raising interest rates for the whole economy, such as increasing the minimum down payment required to get a mortgage, which reduces the loan-to-value ratio.] In principle, they can address specific issues in the financial sector. If there is a problem somewhere you can target the tool at the problem and not use the policy interest rate, which basically is kind of an atomic bomb without any precision.

The big question here is: How reliable are these tools? How much can they be used? The answer—from some experiments before the crisis with loan-to-value ratios and during the crisis with variations in cyclical bank capital ratios or loan-to-value ratios or capital controls, such as in Brazil—is this: They work but they don't work great. People

and institutions find ways around them. In the process of reducing the problem somewhere you tend to create distortions elsewhere.

### #5 Central bank independence wasn't designed for what central banks are now asked to do.

There is two-way interaction between monetary policy and macro-prudential tools. When [Fed chair] Ben Bernanke does expansionary monetary policy, quantitative easing, and interest rates on many assets



Olivier Blanchard

are close to zero, there's a tendency by many players to take risks to increase their rate of return. Some of this risk actually we want them to take. Some we don't want them to take. That is the interaction of monetary policy on the financial system.

You also have it the other way around. If you use macro-prudential tools to, say, slow down the building in the housing sector you have an effect on aggregate demand, which is going to decrease output.

The question is: How do you organize the use of these tools? It makes sense to have them under the same roof. In practice this means the central bank. But that poses questions not only about coordination between the two functions, but also about central bank independence.

One of the major achievements of the last 20 years is that most central banks have become independent of elected governments. Independence was given because the mandate and the tools were very clear. The mandate was primarily inflation, which can be observed over time. The tool was some short-term interest rate that could be used by the central bank to try to achieve the inflation target. In this case, you can give some independence to the institution in charge of this because the objective is perfectly well defined, and everybody can basically observe how well the central bank does..

If you think now of central banks as having a much larger set of responsibilities and a much larger set of tools, then the issue of central bank independence becomes much more difficult. Do you actually want to give the central bank the independence to choose loan-to-value ratios without any supervision from the political process? Isn't this going to lead to a democratic deficit in a way in which the central bank becomes too powerful? I'm sure there are ways out. Perhaps there could be independence with respect to some dimensions of monetary policy—the traditional ones— and some supervision for the rest or some interaction with a political process. ■

Source: Republished with permission of *The Wall Street Journal*, from, "What Have We Learned? *The Wall Street Journal*, April 1, 2013"; permission conveyed through Copyright Clearance Center, Inc. "

cost of producing food products. Or a war in the Middle East might interrupt the shipping of crude oil, driving up the cost of producing oil products.

To analyze the macroeconomic impact of such an increase in production costs, we follow the same four steps as always. First, which curve is affected? Because production costs affect the firms that supply goods and services, changes in

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## FIGURE 10

**An Adverse Shift in Aggregate Supply**
When some event increases firms' costs, the short-run aggregate-supply curve shifts to the left from $AS_1$ to $AS_2$. The economy moves from point A to point B. The result is stagflation: Output falls from $Y_1$ to $Y_2$, and the price level rises from $P_1$ to $P_2$.

production costs alter the position of the aggregate-supply curve. Second, in which direction does the curve shift? Because higher production costs make selling goods and services less profitable, firms now supply a smaller quantity of output for any given price level. Thus, as Figure 10 shows, the short-run aggregate-supply curve shifts to the left, from $AS_1$ to $AS_2$. (Depending on the event, the long-run aggregate-supply curve might also shift. To keep things simple, however, we will assume that it does not.)

The figure allows us to perform step three of comparing the initial and the new equilibrium. In the short run, the economy goes from point A to point B, moving along the existing aggregate-demand curve. The output of the economy falls from $Y_1$ to $Y_2$, and the price level rises from $P_1$ to $P_2$. Because the economy is experiencing both *stagnation* (falling output) and *inflation* (rising prices), such an event is sometimes called **stagflation**.

**stagflation**
a period of falling output and rising prices

Now consider step four—the transition from the short-run equilibrium to the long-run equilibrium. According to the sticky-wage theory, the key issue is how stagflation affects nominal wages. Firms and workers may at first respond to the higher level of prices by raising their expectations of the price level and setting higher nominal wages. In this case, firms' costs will rise yet again, and the short-run aggregate-supply curve will shift farther to the left, making the problem of stagflation even worse. This phenomenon of higher prices leading to higher wages, in turn leading to even higher prices, is sometimes called a *wage-price spiral*.

At some point, this spiral of ever-rising wages and prices will slow. The low level of output and employment will put downward pressure on workers' wages because workers have less bargaining power when unemployment is high. As nominal wages fall, producing goods and services becomes more profitable and the short-run aggregate-supply curve shifts to the right. As it shifts back toward $AS_1$, the price level falls and the quantity of output approaches its natural level. In

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 361 of 468



**FIGURE 11**

**Accommodating an Adverse Shift in Aggregate Supply**
Faced with an adverse shift in aggregate supply from $AS_1$ to $AS_2$, policymakers who can influence aggregate demand might try to shift the aggregate-demand curve to the right from $AD_1$ to $AD_2$. The economy would move from point A to point C. This policy would prevent the supply shift from reducing output in the short run, but the price level would permanently rise from $P_1$ to $P_3$.

the long run, the economy returns to point A, where the aggregate-demand curve crosses the long-run aggregate-supply curve.

This transition back to the initial equilibrium assumes, however, that aggregate demand is held constant throughout the process. In the real world, that may not be the case. Policymakers who control monetary and fiscal policy might attempt to offset some of the effects of the shift in the short-run aggregate-supply curve by shifting the aggregate-demand curve. This possibility is shown in Figure 11. In this case, changes in policy shift the aggregate-demand curve to the right, from $AD_1$ to $AD_2$—exactly enough to prevent the shift in aggregate supply from affecting output. The economy moves directly from point A to point C. Output remains at its natural level, and the price level rises from $P_1$ to $P_3$. In this case, policymakers are said to *accommodate* the shift in aggregate supply. An accommodative policy accepts a permanently higher level of prices to maintain a higher level of output and employment.

To sum up, this story about shifts in aggregate supply has two important lessons:

- Shifts in aggregate supply can cause stagflation—a combination of recession (falling output) and inflation (rising prices).
- Policymakers who can influence aggregate demand can potentially mitigate the adverse impact on output but only at the cost of exacerbating the problem of inflation.

**OIL AND THE ECONOMY**

**CASE STUDY** Some of the largest economic fluctuations in the U.S. economy since 1970 have originated in the oil fields of the Middle East. Crude oil is a key input into the production of many goods and services, and much of the world's oil comes from Saudi Arabia, Kuwait, and other Middle Eastern countries. When some event (usually political in origin) reduces the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

supply of crude oil flowing from this region, the price of oil rises around the world. Firms in the United States that produce gasoline, tires, and many other products experience rising costs, and they find it less profitable to supply their output of goods and services at any given price level. The result is a leftward shift in the aggregate-supply curve, which in turn leads to stagflation.

The first episode of this sort occurred in the mid-1970s. The countries with large oil reserves got together as members of OPEC, the Organization of the Petroleum Exporting Countries. OPEC is a *cartel*—a group of sellers that attempts to thwart competition and reduce production to raise prices. And indeed, oil prices rose substantially. From 1973 to 1975, oil approximately doubled in price. Oil-importing countries around the world experienced simultaneous inflation and recession. The U.S. inflation rate as measured by the CPI exceeded 10 percent for the first time in decades. Unemployment rose from 4.9 percent in 1973 to 8.5 percent in 1975.

Almost the same thing happened a few years later. In the late 1970s, the OPEC countries again restricted the supply of oil to raise the price. From 1978 to 1981, the price of oil more than doubled. Once again, the result was stagflation. Inflation, which had subsided somewhat after the first OPEC event, again rose above 10 percent per year. But because the Fed was not willing to accommodate such a large rise in inflation, a recession was soon to follow. Unemployment rose from about 6 percent in 1978 and 1979 to about 10 percent a few years later.

The world market for oil can also be a source of favorable shifts in aggregate supply. In 1986, squabbling broke out among members of OPEC. Member countries reneged on their agreements to restrict oil production. In the world market for crude oil, prices fell by about half. This fall in oil prices reduced costs to U.S. firms, which now found it more profitable to supply goods and services at any given price level. As a result, the aggregate-supply

## FYI

## The Origins of the Model of Aggregate Demand and Aggregate Supply

Now that we have a preliminary understanding of the model of aggregate demand and aggregate supply, it is worthwhile to step back from it and consider its history. How did this model of short-run fluctuations develop? The answer is that this model, to a large extent, is a by-product of the Great Depression of the 1930s. Economists and policymakers at the time were puzzled about what had caused this calamity and were uncertain about how to deal with it.

In 1936, economist John Maynard Keynes published a book titled *The General Theory of Employment, Interest, and Money*, which attempted to explain short-run fluctuations in general and the Great Depression in particular. Keynes's primary message was that recessions and depressions can occur because of inadequate aggregate demand for goods and services.



John Maynard Keynes

KEYSTONE/HULTON ARCHIVE/GETTY IMAGES

Keynes had long been a critic of classical economic theory—the theory we examined earlier in the book—because it could explain only the long-run effects of policies. A few years before offering *The General Theory*, Keynes had written the following about classical economics:

> The long run is a misleading guide to current affairs. In the long run we are all dead. Economists set themselves too easy, too useless a task if in tempestuous seasons they can only tell us when the storm is long past, the ocean will be flat.

Keynes's message was aimed at policymakers as well as economists. As the world's economies suffered with high unemployment, Keynes advocated policies to increase aggregate demand, including government spending on public works.

In the next chapter, we examine in detail how policymakers can use the tools of monetary and fiscal policy to influence aggregate demand. The analysis in the next chapter, as well as in this one, owes much to the legacy of John Maynard Keynes. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



curve shifted to the right. The U.S. economy experienced the opposite of stagflation: Output grew rapidly, unemployment fell, and the inflation rate reached its lowest level in many years.

In recent years, the world market for oil has not been as important a source of economic fluctuations for the U.S. economy. Part of the reason is that conservation efforts, changes in technology, and the availability of alternative energy sources have reduced the economy's dependence on oil. The amount of oil used to produce a unit of real GDP has declined by more than 50 percent since the OPEC shocks of the 1970s. As a result, the economic impact of any change in oil prices on the U.S. economy is much smaller today than it was in the past. (Of course, some nations rely on oil exports as a major source of their income, and this makes oil prices crucial for them, but that is another story.) ●



*Changes in Middle East oil production are one source of U.S. economic fluctuations.*

**QuickQuiz** *Suppose that the election of a popular presidential candidate suddenly increases people's confidence in the future. Use the model of aggregate demand and aggregate supply to analyze the effect on the economy.*

## 33-6 Conclusion

This chapter has achieved two goals. First, we have discussed some of the important facts about short-run fluctuations in economic activity. Second, we have introduced a basic model to explain those fluctuations, called the model of aggregate demand and aggregate supply. We continue our study of this model in the next chapter to understand more fully what causes fluctuations in the economy and how policymakers might respond to these fluctuations.

### CHAPTER QuickQuiz

1. When the economy goes into a recession, real GDP _____ and unemployment _____.
   a. rises, rises
   b. rises, falls
   c. falls, rises
   d. falls, falls

2. A sudden crash in the stock market shifts
   a. the aggregate-demand curve.
   b. the short-run aggregate-supply curve, but not the long-run aggregate-supply curve.
   c. the long-run aggregate-supply curve, but not the short-run aggregate-supply curve.
   d. both the short-run and the long-run aggregate-supply curves.

3. A change in the expected price level shifts
   a. the aggregate-demand curve.
   b. the short-run aggregate-supply curve, but not the long-run aggregate-supply curve.
   c. the long-run aggregate-supply curve, but not the short-run aggregate-supply curve.
   d. both the short-run and the long-run aggregate-supply curves.

4. An increase in the aggregate demand for goods and services has a larger impact on output _____ and a larger impact on the price level _____.
   a. in the short run, in the long run
   b. in the long run, in the short run
   c. in the short run, also in the short run
   d. in the long run, also in the long run

5. Stagflation is caused by
   a. a leftward shift in the aggregate-demand curve.
   b. a rightward shift in the aggregate-demand curve.
   c. a leftward shift in the aggregate-supply curve.
   d. a rightward shift in the aggregate-supply curve.

6. The idea that economic downturns result from an inadequate aggregate demand for goods and services is derived from the work of which economist?
   a. Adam Smith
   b. David Hume
   c. David Ricardo
   d. John Maynard Keynes

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## SUMMARY

- All societies experience short-run economic fluctuations around long-run trends. These fluctuations are irregular and largely unpredictable. When recessions occur, real GDP and other measures of income, spending, and production fall, while unemployment rises.
- Classical economic theory is based on the assumption that nominal variables such as the money supply and the price level do not influence real variables such as output and employment. Most economists believe that this assumption is accurate in the long run but not in the short run. Economists analyze short-run economic fluctuations using the model of aggregate demand and aggregate supply. According to this model, the output of goods and services and the overall level of prices adjust to balance aggregate demand and aggregate supply.
- The aggregate-demand curve slopes downward for three reasons. The first is the wealth effect: A lower price level raises the real value of households' money holdings, which stimulates consumer spending. The second is the interest-rate effect: A lower price level reduces the quantity of money households demand; as households try to convert money into interest-bearing assets, interest rates fall, which stimulates investment spending. The third is the exchange-rate effect: As a lower price level reduces interest rates, the dollar depreciates in the market for foreign-currency exchange, which stimulates net exports.
- Any event or policy that raises consumption, investment, government purchases, or net exports at a given price level increases aggregate demand. Any event or policy that reduces consumption, investment, government purchases, or net exports at a given price level decreases aggregate demand.
- The long-run aggregate-supply curve is vertical. In the long run, the quantity of goods and services supplied depends on the economy's labor, capital, natural resources, and technology but not on the overall level of prices.

- T ree t eories ave een propose to exp ain t e upward slope of the short-run aggregate-supply curve. According to the sticky-wage theory, an unexpected fall in the price level temporarily raises real wages, which induces firms to reduce employment and production. According to the sticky-price theory, an unexpected fall in the price level leaves some firms with prices that are temporarily too high, which reduces their sales and causes them to cut back production. According to the misperceptions theory, an unexpected fall in the price level leads suppliers to mistakenly believe that their relative prices have fallen, which induces them to reduce production. All three theories imply that output deviates from its natural level when the actual price level deviates from the price level that people expected.
- Events that alter the economy's ability to produce output, such as changes in labor, capital, natural resources, or technology, shift the short-run aggregate-supply curve (and may shift the long-run aggregate-supply curve as well). In addition, the position of the short-run aggregate-supply curve depends on the expected price level.
- One possible cause of economic fluctuations is a shift in aggregate demand. When the aggregate-demand curve shifts to the left, for instance, output and prices fall in the short run. Over time, as a change in the expected price level causes wages, prices, and perceptions to adjust, the short-run aggregate-supply curve shifts to the right. This shift returns the economy to its natural level of output at a new, lower price level.
- A second possible cause of economic fluctuations is a shift in aggregate supply. When the short-run aggregate-supply curve shifts to the left, the effect is falling output and rising prices—a combination called stagflation. Over time, as wages, prices, and perceptions adjust, the short-run aggregate-supply curve shifts back to the right, returning the price level and output to their original levels.

## KEY CONCEPTS

recession, p. 702
depression, p. 702

model of aggregate demand and
    aggregate supply, p. 706
aggregate-demand curve, p. 706

aggregate-supply curve, p. 707
natural level of output, p. 714
stagflation, p. 730

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## QUESTIONS FOR REVIEW

1. Name two macroeconomic variables that decline when the economy goes into a recession. Name one macroeconomic variable that rises during a recession.

2. Draw a diagram with aggregate demand, short-run aggregate supply, and long-run aggregate supply. Be careful to label the axes correctly.

3. List and explain the three reasons the aggregate-demand curve slopes downward.

4. Explain why the long-run aggregate-supply curve is vertical.

5. List and explain the three theories for why the short-run aggregate-supply curve slopes upward.

6. What might shift the aggregate-demand curve to the left? Use the model of aggregate demand and aggregate supply to trace through the short-run and long-run effects of such a shift on output and the price level.

7. What might shift the aggregate-supply curve to the left? Use the model of aggregate demand and aggregate supply to trace through the short-run and long-run effects of such a shift on output and the price level.

## PROBLEMS AND APPLICATIONS

1. Suppose the economy is in a long-run equilibrium.
   a. Draw a diagram to illustrate the state of the economy. Be sure to show aggregate demand, short-run aggregate supply, and long-run aggregate supply.
   b. Now suppose that a stock market crash causes aggregate demand to fall. Use your diagram to show what happens to output and the price level in the short run. What happens to the unemployment rate?
   c. Use the sticky-wage theory of aggregate supply to explain what will happen to output and the price level in the long run (assuming no change in policy). What role does the expected price level play in this adjustment? Be sure to illustrate your analysis in a graph.

2. Explain whether each of the following events will increase, decrease, or have no effect on long-run aggregate supply.
   a. The United States experiences a wave of immigration.
   b. Congress raises the minimum wage to $15 per hour.
   c. Intel invents a new and more powerful computer chip.
   d. A severe hurricane damages factories along the East Coast.

3. Suppose an economy is in long-run equilibrium.
   a. Use the model of aggregate demand and aggregate supply to illustrate the initial equilibrium (call it point A). Be sure to include both short-run and long-run aggregate supply.
   b. The central bank raises the money supply by 5 percent. Use your diagram to show what happens to output and the price level as the economy moves from the initial to the new short-run equilibrium (call it point B).

   c. Now s ow t e new ong-run equi i rium ca it point C). What causes the economy to move from point B to point C?
   d. According to the sticky-wage theory of aggregate supply, how do nominal wages at point A compare to nominal wages at point B? How do nominal wages at point A compare to nominal wages at point C?
   e. According to the sticky-wage theory of aggregate supply, how do real wages at point A compare to real wages at point B? How do real wages at point A compare to real wages at point C?
   f. Judging by the impact of the money supply on nominal and real wages, is this analysis consistent with the proposition that money has real effects in the short run but is neutral in the long run?

4. In 1939, with the U.S. economy not yet fully recovered from the Great Depression, President Roosevelt proclaimed that Thanksgiving would fall a week earlier than usual so that the shopping period before Christmas would be longer. Explain what President Roosevelt might have been trying to achieve, using the model of aggregate demand and aggregate supply.

5. Explain why the following statements are false.
   a. "The aggregate-demand curve slopes downward because it is the horizontal sum of the demand curves for individual goods."
   b. "The long-run aggregate-supply curve is vertical because economic forces do not affect long-run aggregate supply."
   c. "If firms adjusted their prices every day, then the short-run aggregate-supply curve would be horizontal."
   d. "Whenever the economy enters a recession, its long-run aggregate-supply curve shifts to the left."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

6. For each of the three theories for the upward slope of the short-run aggregate-supply curve, carefully explain the following:
   a. how the economy recovers from a recession and returns to its long-run equilibrium without any policy intervention
   b. what determines the speed of that recovery

7. The economy begins in long-run equilibrium. Then one day, the president appoints a new chair of the Federal Reserve. This new chairman is well known for her view that inflation is not a major problem for an economy.
   a. How would this news affect the price level that people would expect to prevail?
   b. How would this change in the expected price level affect the nominal wage that workers and firms agree to in their new labor contracts?
   c. How would this change in the nominal wage affect the profitability of producing goods and services at any given price level?
   d. How does this change in profitability affect the short-run aggregate-supply curve?
   e. If aggregate demand is held constant, how does this shift in the aggregate-supply curve affect the price level and the quantity of output produced?
   f. Do you think this Fed chairman was a good appointment?

8. Explain whether each of the following events shifts the short-run aggregate-supply curve, the aggregate-demand curve, both, or neither. For each event that does shift a curve, draw a diagram to illustrate the effect on the economy.
   a. Households decide to save a larger share of their income.
   b. Florida orange groves suffer a prolonged period of below-freezing temperatures.
   c. Increased job opportunities overseas cause many people to leave the country.

9. For each of the following events, explain the short-run and long-run effects on output and the price level, assuming policymakers take no action.
   a. The stock market declines sharply, reducing consumers' wealth.
   b. The federal government increases spending on national defense.
   c. A technological improvement raises productivity.
   d. A recession overseas causes foreigners to buy fewer U.S. goods.

10. Suppose firms become very optimistic about future business conditions and invest heavily in new capital equipment.
    a. Draw an aggregate-demand/aggregate-supply diagram to show the short-run effect of this optimism on the economy. Label the new levels of prices and real output. Explain in words why the aggregate quantity of output *supplied* changes.
    b. Now use the diagram from part (a) to show the new long-run equilibrium of the economy. (For now, assume there is no change in the long-run aggregate-supply curve.) Explain in words why the aggregate quantity of output *demanded* changes between the short run and the long run.
    c. How might the investment boom affect the long-run aggregate-supply curve? Explain.

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# The Influence of Monetary and Fiscal Policy on Aggregate Demand

magine that you are a member of the Federal Open Market Committee, the group at the Federal Reserve that sets monetary policy. You observe that the president and Congress have agreed to raise taxes. How should the Fed respond to this change in fiscal policy? Should it expand the money supply, contract the money supply, or leave it unchanged?

To answer this question, you need to consider the impact of monetary and fiscal policy on the economy. In the preceding chapter, we used the model of aggregate demand and aggregate supply to explain short-run economic



Copyright Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 0

fluctuations. We saw that shifts in the aggregate-demand curve or the aggregate-supply curve cause fluctuations in the economy's overall output of goods and services and its overall level of prices. As we noted in the previous chapter, both monetary and fiscal policy influence aggregate demand. Thus, a change in one of these policies can lead to short-run fluctuations in output and prices. Policymakers will want to anticipate this effect and, perhaps, adjust the other policy in response.

In this chapter, we examine in more detail how the government's policy tools influence the position of the aggregate-demand curve. These tools include monetary policy (the supply of money set by the central bank) and fiscal policy (the levels of government spending and taxation set by the president and Congress). We have previously discussed the long-run effects of these policies. In Chapters 25 and 26, we saw how fiscal policy affects saving, investment, and long-run economic growth. In Chapters 29 and 30, we saw how monetary policy influences the price level in the long run. We now look at how these policy tools can shift the aggregate-demand curve and thereby affect macroeconomic variables in the short run.

As we have already learned, many factors influence aggregate demand besides monetary and fiscal policy. In particular, desired spending by households and firms determines the overall demand for goods and services. When desired spending changes, aggregate demand shifts. If policymakers do not respond, such shifts in aggregate demand cause short-run fluctuations in output and employment. As a result, monetary and fiscal policymakers sometimes use the policy levers at their disposal to try to offset these shifts in aggregate demand and stabilize the economy. Here we discuss the theory behind these policy actions and some of the difficulties that arise in using this theory in practice.

## 34-1 How Monetary Policy Influences Aggregate Demand

The aggregate-demand curve shows the total quantity of goods and services demanded in the economy for any price level. The preceding chapter discussed three reasons why the aggregate-demand curve slopes downward:

- *The wealth effect:* A lower price level raises the real value of households' money holdings, which are part of their wealth. Higher real wealth stimulates consumer spending and thus increases the quantity of goods and services demanded.
- *The interest-rate effect:* A lower price level reduces the amount of money people want to hold. As people try to lend out their excess money holdings, the interest rate falls. The lower interest rate stimulates investment spending and thus increases the quantity of goods and services demanded.
- *The exchange-rate effect:* When a lower price level reduces the interest rate, investors move some of their funds overseas in search of higher returns. This movement of funds causes the real value of the domestic currency to fall in the market for foreign-currency exchange. Domestic goods become less expensive relative to foreign goods. This change in the real exchange rate stimulates spending on net exports and thus increases the quantity of goods and services demanded.

These three effects occur simultaneously to increase the quantity of goods and services demanded when the price level falls and to decrease it when the price level rises.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Although all three effects work together to explain the downward slope of the aggregate-demand curve, they are not of equal importance. Because money holdings are a small part of household wealth, the wealth effect is the least important of the three. In addition, because exports and imports represent only a small fraction of U.S. GDP, the exchange-rate effect is not large for the U.S. economy. (This effect is more important for smaller countries, which typically export and import a higher fraction of their GDP.) *For the U.S. economy, the most important reason for the downward slope of the aggregate-demand curve is the interest-rate effect.*

To better understand aggregate demand, we now examine the short-run determination of interest rates in more detail. Here we develop the **theory of liquidity preference**. This theory of interest rates helps explain the downward slope of the aggregate-demand curve, as well as how monetary and fiscal policy can shift this curve. By shedding new light on aggregate demand, the theory of liquidity preference expands our understanding of what causes short-run economic fluctuations and what policymakers can potentially do about them.

**theory of liquidity preference**
Keynes's theory that the interest rate adjusts to bring money supply and money demand into balance

### 34-1a  The Theory of Liquidity Preference

In his classic book *The General Theory of Employment, Interest, and Money*, John Maynard Keynes proposed the theory of liquidity preference to explain the factors that determine an economy's interest rate. The theory is, in essence, an application of supply and demand. According to Keynes, the interest rate adjusts to balance the supply of and demand for money.

You may recall that economists distinguish between two interest rates: The *nominal interest rate* is the interest rate as usually reported, and the *real interest rate* is the interest rate corrected for the effects of inflation. When there is no inflation, the two rates are the same. But when borrowers and lenders expect prices to rise over the course of the loan, they agree to a nominal interest rate that exceeds the real interest rate by the expected rate of inflation. The higher nominal interest rate compensates for the fact that they expect the loan to be repaid in less valuable dollars.

Which interest rate are we now trying to explain with the theory of liquidity preference? The answer is both. In the analysis that follows, we hold constant the expected rate of inflation. This assumption is reasonable for studying the economy in the short run, because expected inflation is typically stable over short periods of time. In this case, nominal and real interest rates differ by a constant. When the nominal interest rate rises or falls, the real interest rate that people expect to earn rises or falls by a similar amount. For the rest of this chapter, when we discuss changes in the interest rate, these changes refer to both the real and nominal interest rates.

Let's now develop the theory of liquidity preference by considering the supply and demand for money and how each depends on the interest rate.

**Money Supply**  The first piece of the theory of liquidity preference is the supply of money. As we first discussed in Chapter 29, the money supply in the U.S. economy is controlled by the Federal Reserve. The Fed alters the money supply primarily by changing the quantity of reserves in the banking system through the purchase and sale of government bonds in open-market operations. When the Fed buys government bonds, the dollars it pays for the bonds are typically deposited in banks, and these dollars are added to bank reserves. When the Fed sells government bonds, the dollars it receives for the bonds are withdrawn from the banking system, and bank reserves fall. These changes in bank reserves, in turn, lead to changes in banks' ability to make loans and create money. Thus, by buying and selling bonds in open-market operations, the Fed alters the supply of money in the economy.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

In addition to open-market operations, the Fed can influence the money supply using a variety of other tools. One option is for the Fed to change how much it lends to banks. For example, a decrease in the discount rate (the interest rate at which banks can borrow reserves from the Fed) encourages more bank borrowing, which increases bank reserves and thereby the money supply. Conversely, an increase in the discount rate discourages bank borrowing, which decreases bank reserves and the money supply. The Fed also alters the money supply by changing reserve requirements (the amount of reserves banks must hold against deposits) and by changing the interest rate it pays banks on the reserves they are holding.

These details of monetary control are important for the implementation of Fed policy, but they are not crucial for the analysis in this chapter. Our goal here is to examine how changes in the money supply affect the aggregate demand for goods and services. For this purpose, we can ignore the details of how Fed policy is implemented and assume that the Fed controls the money supply directly. In other words, the quantity of money supplied in the economy is fixed at whatever level the Fed decides to set it.

Because the quantity of money supplied is fixed by Fed policy, it does not depend on other economic variables. In particular, it does not depend on the interest rate. Once the Fed has made its policy decision, the quantity of money supplied is the same, regardless of the prevailing interest rate. We represent a fixed money supply with a vertical supply curve, as in Figure 1.

## FIGURE 1

**Equilibrium in the Money Market**

According to the theory of liquidity preference, the interest rate adjusts to bring the quantity of money supplied and the quantity of money demanded into balance. If the interest rate is above the equilibrium level (such as at $r_1$), the quantity of money people want to hold ($M_1^d$) is less than the quantity the Fed has created, and this surplus of money puts downward pressure on the interest rate. Conversely, if the interest rate is below the equilibrium level (such as at $r_2$), the quantity of money people want to hold ($M_2^d$) is greater than the quantity the Fed has created, and this shortage of money puts upward pressure on the interest rate. Thus, the forces of supply and demand in the market for money push the interest rate toward the equilibrium interest rate, at which people are content holding the quantity of money the Fed has created.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**Money Demand**    The second piece of the theory of liquidity preference is the demand for money. As a starting point for understanding money demand, recall that an asset's *liquidity* refers to the ease with which that asset can be converted into the economy's medium of exchange. Because money is the economy's medium of exchange, it is by definition the most liquid asset available. The liquidity of money explains the demand for it: People choose to hold money instead of other assets that offer higher rates of return because money can be used to buy goods and services.

Although many factors determine the quantity of money demanded, the one emphasized by the theory of liquidity preference is the interest rate. The reason is that the interest rate is the opportunity cost of holding money. That is, when you hold wealth as cash in your wallet, instead of as an interest-bearing bond, you lose the interest you could have earned. An increase in the interest rate raises the cost of holding money and, as a result, reduces the quantity of money demanded. A decrease in the interest rate reduces the cost of holding money and raises the quantity demanded. Thus, as shown in Figure 1, the money demand curve slopes downward.

**Equilibrium in the Money Market**    According to the theory of liquidity preference, the interest rate adjusts to balance the supply and demand for money. There is one interest rate, called the *equilibrium interest rate*, at which the quantity of money demanded exactly balances the quantity of money supplied. If the interest rate is at any other level, people will try to adjust their portfolios of assets and, as a result, drive the interest rate toward the equilibrium.

For example, suppose that the interest rate is above the equilibrium level, such as $r_1$ in Figure 1. In this case, the quantity of money that people want to hold, $M_1^d$, is less than the quantity of money that the Fed has supplied. Those people who are holding the surplus of money will try to get rid of it by buying interest-bearing bonds or by depositing it in interest-bearing bank accounts. Because bond issuers and banks prefer to pay lower interest rates, they respond to this surplus of money by lowering the interest rates they offer. As the interest rate falls, people become more willing to hold money until, at the equilibrium interest rate, people are happy to hold exactly the amount of money the Fed has supplied.

Conversely, at interest rates below the equilibrium level, such as $r_2$ in Figure 1, the quantity of money that people want to hold, $M_2^d$, is greater than the quantity of money that the Fed has supplied. As a result, people try to increase their holdings of money by reducing their holdings of bonds and other interest-bearing assets. As people cut back on their holdings of bonds, bond issuers find that they have to offer higher interest rates to attract buyers. Thus, the interest rate rises until it reaches the equilibrium level.

## 34-1b  The Downward Slope of the Aggregate-Demand Curve

Having seen how the theory of liquidity preference explains the economy's equilibrium interest rate, we now consider the theory's implications for the aggregate demand for goods and services. As a warm-up exercise, let's begin by using the theory to reexamine a topic we already understand—the interest-rate effect and  the downward slope of the aggregate-demand curve. In particular, suppose that the overall level of prices in the economy rises. What happens to the interest rate that balances the supply and demand for money, and how does that change affect the quantity of goods and services demanded?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

As we discussed in Chapter 30, the price level is one determinant of the quantity of money demanded. At higher prices, more money is exchanged every time a good or service is sold. As a result, people will choose to hold a larger quantity of money. That is, a higher price level increases the quantity of money demanded for any given interest rate. Thus, an increase in the price level from $P_1$ to $P_2$ shifts the money demand curve to the right from $MD_1$ to $MD_2$, as shown in panel (a) of Figure 2.

Notice how this shift in money demand affects the equilibrium in the money market. For a fixed money supply, the interest rate must rise to balance money supply and money demand. Because the higher price level has increased the amount of money people want to hold, it has shifted the money demand curve to the right. Yet the quantity of money supplied is unchanged, so the interest rate must rise from $r_1$ to $r_2$ to discourage the additional demand.

This increase in the interest rate has ramifications not only for the money market but also for the quantity of goods and services demanded, as shown in panel (b). At

## FYI

## Interest Rates in the Long Run and the Short Run

In an earlier chapter, we said that the interest rate adjusts to balance the supply of loanable funds (national saving) and the demand for loanable funds (desired investment). Here we just said that the interest rate adjusts to balance the supply of and demand for money. Can we reconcile these two theories?

To answer this question, we need to focus on three macroeconomic variables: the economy's output of goods and services, the interest rate, and the price level. According to the classical macroeconomic theory we developed earlier in the book, these variables are determined as follows:

1. *Output* is determined by the supplies of capital and labor and the available production technology for turning capital and labor into output. (We call this the natural level of output.)
2. For any given level of output, the *interest rate* adjusts to balance the supply and demand for loanable funds.
3. Given output and the interest rate, the *price level* adjusts to balance the supply and demand for money. Changes in the supply of money lead to proportionate changes in the price level.

These are three of the essential propositions of classical economic theory. Most economists believe that these propositions do a good job of describing how the economy works *in the long run*.

Yet these propositions do not hold in the short run. As we discussed in the preceding chapter, many prices are slow to adjust to changes in the money supply; this fact is reflected in a short-run aggregate-supply curve that is upward-sloping rather than vertical. As a result, *in the short run*, the overall price level cannot, by itself, move to balance the supply of and demand for money. This stickiness of the price level requires the interest rate to move to bring the money market into equilibrium. These changes in the interest rate,

in turn, affect the aggregate demand for goods and services. As aggregate demand fluctuates, the economy's output of goods and services moves away from the level determined by factor supplies and technology.

To think about the operation of the economy in the short run (day to day, week to week, month to month, or quarter to quarter), it is best to keep in mind the following logic:

1. The *price level* is stuck at some level (based on previously formed expectations) and, in the short run, is relatively unresponsive to changing economic conditions.
2. For any given (stuck) price level, the *interest rate* adjusts to balance the supply of and demand for money.
3. The interest rate that balances the money market influences the quantity of goods and services demanded and thus the level of *output*.

Notice that this precisely reverses the order of analysis used to study the economy in the long run.

The two different theories of the interest rate are useful for different purposes. When thinking about the long-run determinants of the interest rate, it is best to keep in mind the loanable-funds theory, which highlights the importance of an economy's saving propensities and investment opportunities. By contrast, when thinking about the short-run determinants of the interest rate, it is best to keep in mind the liquidity-preference theory, which highlights the importance of monetary policy. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



An increase in the price level from $P_1$ to $P_2$ shifts the money demand curve to the right, as in panel (a). This increase in money demand causes the interest rate to rise from $r_1$ to $r_2$. Because the interest rate is the cost of borrowing, the increase in the interest rate reduces the quantity of goods and services demanded from $Y_1$ to $Y_2$. This negative relationship between the price level and quantity demanded is represented with a downward-sloping aggregate-demand curve, as in panel (b).

**FIGURE 2**

**The Money Market and the Slope of the Aggregate-Demand Curve**



(a) The Money Market

(b) The Aggregate-Demand Curve

a higher interest rate, the cost of borrowing and the return to saving are greater. Fewer households choose to borrow to buy a new house, and those who do buy smaller houses, so the demand for residential investment falls. Fewer firms choose to borrow to build new factories and buy new equipment, so business investment falls. Thus, when the price level rises from $P_1$ to $P_2$, increasing money demand from $MD_1$ to $MD_2$ and raising the interest rate from $r_1$ to $r_2$, the quantity of goods and services demanded falls from $Y_1$ to $Y_2$.

This analysis of the interest-rate effect can be summarized in three steps: (1) A higher price level raises money demand. (2) Higher money demand leads to a higher interest rate. (3) A higher interest rate reduces the quantity of goods and services demanded. The same logic works for a decline in the price level: A lower price level reduces money demand, which leads to a lower interest rate, and this in turn increases the quantity of goods and services demanded. The result of this analysis is a negative relationship between the price level and the quantity of goods and services demanded, as illustrated by a downward-sloping aggregate-demand curve.

### 34-1c Changes in the Money Supply

So far, we have used the theory of liquidity preference to explain more fully how the total quantity of goods and services demanded in the economy changes as the price level changes. That is, we have examined movements along a downward-sloping aggregate-demand curve. The theory also sheds light, however, on some of the other events that alter the quantity of goods and services demanded. Whenever the quantity of goods and services demanded changes *for any given price level*, the aggregate-demand curve shifts.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

One important variable that shifts the aggregate-demand curve is monetary policy. To see how monetary policy affects the economy in the short run, suppose that the Fed increases the money supply by buying government bonds in open-market operations. (Why the Fed might do this will become clear later, after we understand the effects of such a move.) Let's consider how this monetary injection influences the equilibrium interest rate for a given price level. This will tell us what the injection does to the position of the aggregate-demand curve.

As panel (a) of Figure 3 shows, an increase in the money supply shifts the money supply curve to the right from $MS_1$ to $MS_2$. Because the money demand curve has not changed, the interest rate falls from $r_1$ to $r_2$ to balance money supply and money demand. That is, the interest rate must fall to induce people to hold the additional money the Fed has created, restoring equilibrium in the money market.

Once again, the interest rate influences the quantity of goods and services demanded, as shown in panel (b) of Figure 3. The lower interest rate reduces the cost of borrowing and the return to saving. Households spend more on new homes, stimulating the demand for residential investment. Firms spend more on new factories and new equipment, stimulating business investment. As a result, the quantity of goods and services demanded at a given price level, $\overline{P}$, rises from $Y_1$ to $Y_2$. Of course, there is nothing special about $\overline{P}$: The monetary injection raises the quantity of goods and services demanded at every price level. Thus, the entire aggregate-demand curve shifts to the right.

To sum up: *When the Fed increases the money supply, it lowers the interest rate and increases the quantity of goods and services demanded for any given price level, shifting the aggregate-demand curve to the right. Conversely, when the Fed contracts the money supply, it raises the interest rate and reduces the quantity of goods and services demanded for any given price level, shifting the aggregate-demand curve to the left.*

## FIGURE 3

**A Monetary Injection**

In panel (a), an increase in the money supply from $MS_1$ to $MS_2$ reduces the equilibrium interest rate from $r_1$ to $r_2$. Because the interest rate is the cost of borrowing, the fall in the interest rate raises the quantity of goods and services demanded at a given price level from $Y_1$ to $Y_2$. Thus, in panel (b), the aggregate-demand curve shifts to the right from $AD_1$ to $AD_2$.



(a) The Money Market

(b) The Aggregate-Demand Curve

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 34-1d The Role of Interest-Rate Targets in Fed Policy

How does the Federal Reserve affect the economy? Our discussion here and earlier in the book has treated the money supply as the Fed's policy instrument. When the Fed buys government bonds in open-market operations, it increases the money supply and expands aggregate demand. When the Fed sells government bonds in open-market operations, it decreases the money supply and contracts aggregate demand.

Discussions of Fed policy often treat the interest rate, rather than the money supply, as the Fed's policy instrument. Indeed, in recent years, the Federal Reserve has conducted policy by setting a target for the *federal funds rate*—the interest rate that banks charge one another for short-term loans. This target is reevaluated every six weeks at meetings of the Federal Open Market Committee (FOMC). The FOMC has chosen to set a target for the federal funds rate, rather than for the money supply, as it did at times in the past.

There are several related reasons for the Fed's decision to use the federal funds rate as its target. One is that the money supply is hard to measure with sufficient precision. Another is that money demand fluctuates over time. For any given money supply, fluctuations in money demand would lead to fluctuations in interest rates, aggregate demand, and output. By contrast, when the Fed announces a target for the federal funds rate, it essentially accommodates the day-to-day shifts in money demand by adjusting the money supply accordingly.

The Fed's decision to target an interest rate does not fundamentally alter our analysis of monetary policy. The theory of liquidity preference illustrates an important principle: *Monetary policy can be described either in terms of the money supply or in terms of the interest rate*. When the FOMC sets a target for the federal funds rate of, say, 6 percent, the Fed's bond traders are told: "Conduct whatever open-market operations are necessary to ensure that the equilibrium interest rate is 6 percent." In other words, when the Fed sets a target for the interest rate, it commits itself to adjusting the money supply to make the equilibrium in the money market hit that target.

As a result, changes in monetary policy can be viewed either in terms of changing the interest rate target or in terms of changing the money supply. When you read in the newspaper that "the Fed has lowered the federal funds rate from 6 to 5 percent," you should understand that this occurs only because the Fed's bond traders are doing what it takes to make it happen. To lower the federal funds rate, the Fed's bond traders buy government bonds, and this purchase increases the money supply and lowers the equilibrium interest rate (just as in Figure 3). Similarly, when the FOMC raises the target for the federal funds rate, the bond traders sell government bonds, and this sale decreases the money supply and raises the equilibrium interest rate.

The lessons from this analysis are simple: *Changes in monetary policy aimed at expanding aggregate demand can be described either as increasing the money supply or as lowering the interest rate. Changes in monetary policy aimed at contracting aggregate demand can be described either as decreasing the money supply or as raising the interest rate.*

**CASE STUDY**

**WHY THE FED WATCHES THE STOCK MARKET (AND VICE VERSA)**
"The stock market has predicted nine out of the past five recessions." So quipped Paul Samuelson, the famed economist (and textbook author). Samuelson was right that the stock market is highly volatile and can give wrong signals about the economy. But fluctuations in stock prices are often a sign of broader economic developments. The economic boom of the 1990s, for example, appeared not only in rapid GDP growth and falling unemployment but also in rising stock prices, which increased about fourfold during this decade.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Similarly, the deep recession of 2008 and 2009 was reflected in falling stock prices: From November 2007 to March 2009, the stock market lost about half its value.

How should the Fed respond to stock market fluctuations? The Fed has no reason to care about stock prices in themselves, but it does have the job of monitoring and responding to developments in the overall economy, and the stock market is a piece of that puzzle. When the stock market booms, households become wealthier, and this increased wealth stimulates consumer spending. In addition, a rise in stock prices makes it more attractive for firms to sell new shares of stock, and this stimulates investment spending. For both reasons, a booming stock market expands the aggregate demand for goods and services.

As we discuss more fully later in the chapter, one of the Fed's goals is to stabilize aggregate demand, because greater stability in aggregate demand means greater stability in output and the price level. To promote stability, the Fed might respond to a stock market boom by keeping the money supply lower and interest rates higher than it otherwise would. The contractionary effects of higher interest rates would offset the expansionary effects of higher stock prices. In fact, this analysis does describe Fed behavior: Real interest rates were kept high by historical standards during the stock market boom of the late 1990s.

The opposite occurs when the stock market falls. Spending on consumption and investment tends to decline, depressing aggregate demand and pushing the economy toward recession. To stabilize aggregate demand, the Fed would increase the money supply and lower interest rates. And indeed, that is what it typically does. For example, on October 19, 1987, the stock market fell by 22.6 percent—one of the biggest one-day drops in history. The Fed responded to the market crash by increasing the money supply and lowering interest rates. The federal funds rate fell from 7.7 percent at the beginning of October to 6.6 percent at the end of the month. In part because of the Fed's quick action, the economy avoided a recession. Similarly, as we discussed in a case study in the preceding chapter, the Fed also reduced interest rates during the economic downturn and stock market decline of 2008 and 2009, but this time monetary policy was not sufficient to avert a deep recession.

While the Fed keeps an eye on the stock market, stock market participants also keep an eye on the Fed. Because the Fed can influence interest rates and economic activity, it can alter the value of stocks. For example, when the Fed raises interest rates by reducing the money supply, it makes owning stocks less attractive for two reasons. First, a higher interest rate means that bonds, the alternative to stocks, are earning a higher return. Second, the Fed's tightening of monetary policy reduces the demand for goods and services, which reduces profits. As a result, stock prices often fall when the Fed raises interest rates. ●

**Quick Quiz**   *Use the theory of liquidity preference to explain how a decrease in the money supply affects the equilibrium interest rate. How does this change in monetary policy affect the aggregate-demand curve?*

## 34-1e  The Zero Lower Bound

As we have just seen, monetary policy works through interest rates. This conclusion raises a question: What if the Fed's target interest rate has fallen as far as it can? In the recession of 2008 and 2009, the federal funds rate fell to about zero. In this situation, what, if anything, can monetary policy do to stimulate the economy?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Some economists describe this situation as a *liquidity trap*. According to the *theory of liquidity preference*, expansionary monetary policy works by reducing interest rates and stimulating investment spending. But if interest rates have already fallen to around zero, monetary policy may no longer be effective. Nominal interest rates cannot fall much below zero: Rather than making a loan at a negative nominal interest rate, a person would just hold cash. In this environment, expansionary monetary policy raises the supply of money, making the public's asset portfolio more liquid, but because interest rates can't fall any further, the extra liquidity might not have any effect. Aggregate demand, production, and employment may be "trapped" at low levels.

Other economists are skeptical about the relevance of liquidity traps and believe that a central bank continues to have tools to expand the economy, even after its interest rate target hits its lower bound of zero. One possibility is that the central bank could commit itself to keeping interest rates low for an extended period of time. Such a policy is sometimes called *forward guidance.* Even if the central bank's current target for the interest rate cannot fall any further, the promise that interest rates will remain low may help stimulate investment spending.

A second possibility is that the central bank could conduct expansionary open-market operations with a larger variety of financial instruments. Normally, the Fed conducts expansionary open-market operations by buying short-term government bonds. But it could also buy mortgages, corporate debt, and longer-term government bonds and thereby lower the interest rates on these kinds of loans. The Federal Reserve actively pursued this last option in the aftermath of the financial crisis of 2008 and 2009. This type of unconventional monetary policy is sometimes called *quantitative easing* because it increases the quantity of bank reserves.

Some economists have suggested that the possibility of hitting the zero lower bound for interest rates justifies setting the target rate of inflation well above zero. Under zero inflation, the real interest rate, like the nominal interest, can never fall below zero. But if the normal rate of inflation is, say, 4 percent, then the central bank can easily push the real interest rate to negative 4 percent by lowering the nominal interest rate toward zero. Thus, moderate inflation gives monetary policymakers more room to stimulate the economy when needed, reducing the risk of hitting the zero lower bound and having the economy fall into a liquidity trap.

## 34-2 How Fiscal Policy Influences Aggregate Demand

The government can influence the behavior of the economy not only with monetary policy but also with fiscal policy. **Fiscal policy** refers to the government's choices regarding the overall level of government purchases and taxes. Earlier in the book, we examined how fiscal policy influences saving, investment, and growth in the long run. In the short run, however, the primary effect of fiscal policy is on the aggregate demand for goods and services.

**fiscal policy**
the setting of the level of government spending and taxation by government policymakers

### 34-2a  Changes in Government Purchases
When policymakers change the money supply or the level of taxes, they shift the aggregate-demand curve indirectly by influencing the spending decisions of firms or households. By contrast, when the government alters its own purchases of goods and services, it shifts the aggregate-demand curve directly.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Suppose, for instance, that the U.S. Department of Defense places a $20 billion order for new fighter planes with Boeing, the large aircraft manufacturer. This order raises the demand for the output produced by Boeing, which induces the company to hire more workers and increase production. Because Boeing is part of the economy, the increase in the demand for Boeing planes means an increase in the total quantity of goods and services demanded at each price level. As a result, the aggregate-demand curve shifts to the right.

By how much does this $20 billion order from the government shift the aggregate-demand curve? At first, one might guess that the aggregate-demand curve shifts to the right by exactly $20 billion. It turns out, however, that this is not the case. There are two macroeconomic effects that cause the size of the shift in aggregate demand to differ from the change in government purchases. The first—the multiplier effect—suggests the shift in aggregate demand could be *larger* than $20 billion. The second—the crowding-out effect—suggests the shift in aggregate demand could be *smaller* than $20 billion. We now discuss these two effects in turn.

### 34-2b  The Multiplier Effect

When the government buys $20 billion of goods from Boeing, that purchase has repercussions. The immediate impact of the higher demand from the government is to raise employment and profits at Boeing. Then, as the workers see higher earnings and the firm owners see higher profits, they respond to this increase in income by raising their own spending on consumer goods. As a result, the government purchase from Boeing raises the demand for the products of many other firms in the economy. Because each dollar spent by the government can raise the aggregate demand for goods and services by more than a dollar, government purchases are said to have a **multiplier effect** on aggregate demand.

**multiplier effect**
the additional shifts in aggregate demand that result when expansionary fiscal policy increases income and thereby increases consumer spending

This multiplier effect continues even after this first round. When consumer spending rises, the firms that produce these consumer goods hire more people and experience higher profits. Higher earnings and profits stimulate consumer spending once again and so on. Thus, there is positive feedback as higher demand leads to higher income, which in turn leads to even higher demand. Once all these effects are added together, the total impact on the quantity of goods and services demanded can be much larger than the initial impulse from higher government spending.

Figure 4 illustrates the multiplier effect. The increase in government purchases of $20 billion initially shifts the aggregate-demand curve to the right from $AD_1$ to $AD_2$ by exactly $20 billion. But when consumers respond by increasing their spending, the aggregate-demand curve shifts still further to $AD_3$.

This multiplier effect arising from the response of consumer spending can be strengthened by the response of investment to higher levels of demand. For instance, Boeing might respond to the higher demand for planes by deciding to buy more equipment or build another plant. In this case, higher government demand spurs higher demand for investment goods. This positive feedback from demand to investment is sometimes called the *investment accelerator*.

### 34-2c  A Formula for the Spending Multiplier

Some simple algebra permits us to derive a formula for the size of the multiplier effect that arises when an increase in government purchases induces increases in consumer spending. An important number in this formula is the *marginal propensity to consume* (*MPC*)—the fraction of extra income that a household consumes rather than saves. For example, suppose that the marginal propensity to consume is ¾. This means that for every extra dollar that a household earns, the household

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



**FIGURE 4**

**The Multiplier Effect**
An increase in government purchases of $20 billion can shift the aggregate-demand curve to the right by more than $20 billion. This multiplier effect arises because increases in aggregate income stimulate additional spending by consumers.

spends $0.75 (¾ of the dollar) and saves $0.25. With an $MPC$ of ¾, when the workers and owners of Boeing earn $20 billion from the government contract, they increase their consumer spending by ¾ × $20 billion, or $15 billion.

To gauge the impact on aggregate demand of a change in government purchases, we follow the effects step-by-step. The process begins when the government spends $20 billion, which implies that national income (earnings and profits) also rises by this amount. This increase in income in turn raises consumer spending by $MPC$ × $20 billion, which raises the income for the workers and owners of the firms that produce the consumption goods. This second increase in income again raises consumer spending, this time by $MPC$ × ($MPC$ × $20 billion). These feedback effects go on and on.

To find the total impact on the demand for goods and services, we add up all these effects:

$$
\begin{aligned}
\text{Change in government purchases} &= \$20\text{ billion} \\
\text{First change in consumption} &= MPC \times \$20\text{ billion} \\
\text{Second change in consumption} &= MPC^2 \times \$20\text{ billion} \\
\text{Third change in consumption} &= MPC^3 \times \$20\text{ billion} \\
&\quad\;\vdots \qquad\qquad\;\;\vdots
\end{aligned}
$$

Total change in demand
$$= (1 + MPC + MPC^2 + MPC^3 + \ldots) \times \$20\text{ billion}.$$

Here "..." represents an infinite number of similar terms. Thus, we can write the multiplier as follows:

$$\text{Multiplier} = 1 + MPC + MPC^2 + MPC^3 + \ldots.$$

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 380 of 468

This multiplier tells us the demand for goods and services that each dollar of government purchases generates.

To simplify this equation for the multiplier, recall from math class that this expression is an infinite geometric series. For $x$ between $-1$ and $+1$,

$$1 + x + x^2 + x^3 + \ldots = 1 / (1 - x).$$

In our case, $x = MPC$. Thus,

$$\text{Multiplier} = 1/(1 - MPC).$$

For example, if $MPC$ is ¾, the multiplier is $1/(1 - ¾)$, which is 4. In this case, the $20 billion of government spending generates $80 billion of demand for goods and services.

This formula for the multiplier shows that the size of the multiplier depends on the marginal propensity to consume. While an $MPC$ of ¾ leads to a multiplier of 4, an $MPC$ of ½ leads to a multiplier of only 2. Thus, a larger $MPC$ means a larger multiplier. To see why this is true, remember that the multiplier arises because higher income induces greater spending on consumption. With a larger $MPC$, consumption responds more to a change in income, and so the multiplier is larger.

### 34-2d  Other Applications of the Multiplier Effect

Because of the multiplier effect, a dollar of government purchases can generate more than a dollar of aggregate demand. The logic of the multiplier effect, however, is not restricted to changes in government purchases. Instead, it applies to any event that alters spending on any component of GDP—consumption, investment, government purchases, or net exports.

For example, suppose that a recession overseas reduces the demand for U.S. net exports by $10 billion. This reduced spending on U.S. goods and services depresses U.S. national income, which reduces spending by U.S. consumers. If the marginal propensity to consume is ¾ and the multiplier is 4, then the $10 billion fall in net exports leads to a $40 billion contraction in aggregate demand.

As another example, suppose that a stock market boom increases households' wealth and stimulates their spending on goods and services by $20 billion. This extra consumer spending increases national income, which in turn generates even more consumer spending. If the marginal propensity to consume is ¾ and the multiplier is 4, then the initial impulse of $20 billion in consumer spending translates into an $80 billion increase in aggregate demand.

The multiplier is an important concept in macroeconomics because it shows how the economy can amplify the impact of changes in spending. A small initial change in consumption, investment, government purchases, or net exports can end up having a large effect on aggregate demand and, therefore, the economy's production of goods and services.

### 34-2e  The Crowding-Out Effect

The multiplier effect seems to suggest that when the government buys $20 billion of planes from Boeing, the resulting expansion in aggregate demand is necessarily larger than $20 billion. Yet another effect works in the opposite direction. While an increase in government purchases stimulates the aggregate demand for goods and services, it also causes the interest rate to rise, which reduces investment spending and puts downward pressure on aggregate demand. The reduction in

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

aggregate demand that results when a fiscal expansion raises the interest rate is called the **crowding-out effect**.

To see why crowding out occurs, let's consider what happens in the money market when the government buys planes from Boeing. As we have discussed, this increase in demand raises the incomes of the workers and owners of this firm (and, because of the multiplier effect, of other firms as well). As incomes rise, households plan to buy more goods and services and, as a result, choose to hold more of their wealth in liquid form. That is, the increase in income caused by the fiscal expansion raises the demand for money.

The effect of the increase in money demand is shown in panel (a) of Figure 5. Because the Fed has not changed the money supply, the vertical supply curve remains the same. When the higher level of income shifts the money demand curve to the right from $MD_1$ to $MD_2$, the interest rate must rise from $r_1$ to $r_2$ to keep supply and demand in balance.

The increase in the interest rate, in turn, reduces the quantity of goods and services demanded. In particular, because borrowing is more expensive, the demand for residential and business investment goods declines. In other words, as the increase in government purchases increases the demand for goods and services, it may also crowd out investment. This crowding-out effect partially offsets the impact of government purchases on aggregate demand, as illustrated in panel (b) of Figure 5. The increase in government purchases initially shifts the aggregate-demand curve from $AD_1$ to $AD_2$, but once crowding out takes place, the aggregate-demand curve drops back to $AD_3$.

**crowding-out effect**
the offset in aggregate demand that results when expansionary fiscal policy raises the interest rate and thereby reduces investment spending



Panel (a) shows the money market. When the government increases its purchases of goods and services, the resulting increase in income raises the demand for money from $MD_1$ to $MD_2$, and this causes the equilibrium interest rate to rise from $r_1$ to $r_2$. Panel (b) shows the effects on aggregate demand. The initial impact of the increase in government purchases shifts the aggregate-demand curve from $AD_1$ to $AD_2$. Yet because the interest rate is the cost of borrowing, the increase in the interest rate tends to reduce the quantity of goods and services demanded, particularly for investment goods. This crowding out of investment partially offsets the impact of the fiscal expansion on aggregate demand. In the end, the aggregate-demand curve shifts only to $AD_3$.

**FIGURE 5**

**The Crowding-Out Effect**





Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

To sum up: *When the government increases its purchases by $20 billion, the aggregate demand for goods and services could rise by more or less than $20 billion depending on the sizes of the multiplier and crowding-out effects.* The multiplier effect makes the shift in aggregate demand greater than $20 billion. The crowding-out effect pushes the aggregate-demand curve in the opposite direction and, if large enough, could result in an aggregate-demand shift of less than $20 billion.

### 34-2f Changes in Taxes

The other important instrument of fiscal policy, besides the level of government purchases, is the level of taxation. When the government cuts personal income taxes, for instance, it increases households' take-home pay. Households will save some of this additional income, but they will also spend some of it on consumer goods. Because it increases consumer spending, the tax cut shifts the aggregate-demand curve to the right. Similarly, a tax increase depresses consumer spending and shifts the aggregate-demand curve to the left.

The size of the shift in aggregate demand resulting from a tax change is also affected by the multiplier and crowding-out effects. When the government cuts taxes and stimulates consumer spending, earnings and profits rise, which further stimulates consumer spending. This is the multiplier effect. At the same time, higher income leads to higher money demand, which tends to raise interest rates. Higher interest rates make borrowing more costly, which reduces investment spending. This is the crowding-out effect. Depending on the sizes of the multiplier and crowding-out effects, the shift in aggregate demand could be larger or smaller than the tax change that causes it.

---

**FYI**

## How Fiscal Policy Might Affect Aggregate Supply



So far, our discussion of fiscal policy has stressed how changes in government purchases and changes in taxes influence the quantity of goods and services demanded. Most economists believe that the short-run macroeconomic effects of fiscal policy work primarily through aggregate demand. Yet fiscal policy can potentially influence the quantity of goods and services supplied as well.

For instance, consider the effects of tax changes on aggregate supply. One of the *Ten Principles of Economics* in Chapter 1 is that people respond to incentives. When government policymakers cut tax rates, workers get to keep more of each dollar they earn, so they have a greater incentive to work and produce goods and services. If they respond to this incentive, the quantity of goods and services supplied will be greater at each price level, and the aggregate-supply curve will shift to the right.

Some economists, called *supply siders*, have argued that the influence of tax cuts on aggregate supply is large. According to some supply siders, the influence is so large that a cut in tax rates will stimulate enough additional production and income that tax revenue will actually increase. This is certainly a theoretical possibility, but most economists do not consider it the normal case. While the supply-side effects of taxes are important to consider, they are usually not large enough to cause tax revenue to rise when tax rates fall.

Like changes in taxes, changes in government purchases can also potentially affect aggregate supply. Suppose, for instance, that the government increases expenditure on a form of government-provided capital, such as roads. Roads are used by private businesses to make deliveries to their customers; an increase in the quantity of roads increases these businesses' productivity. Hence, when the government spends more on roads, it increases the quantity of goods and services supplied at any given price level and, thus, shifts the aggregate-supply curve to the right. This effect on aggregate supply is probably more important in the long run than in the short run, however, because it takes time for the government to build new roads and put them into use. ■

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

In addition to the multiplier and crowding-out effects, there is another important determinant of the size of the shift in aggregate demand that results from a tax change: households' perceptions about whether the tax change is permanent or temporary. For example, suppose that the government announces a tax cut of $1,000 per household. In deciding how much of this $1,000 to spend, households must ask themselves how long this extra income will last. If they expect the tax cut to be permanent, they will view it as adding substantially to their financial resources and, therefore, increase their spending by a large amount. In this case, the tax cut will have a large impact on aggregate demand. By contrast, if households expect the tax change to be temporary, they will view it as adding only slightly to their financial resources and, therefore, will increase their spending by only a small amount. In this case, the tax cut will have a small impact on aggregate demand.

An extreme example of a temporary tax cut was the one announced in 1992. In that year, President George H. W. Bush faced a lingering recession and an upcoming reelection campaign. He responded to these circumstances by announcing a reduction in the amount of income tax that the federal government was withholding from workers' paychecks. Because legislated income tax rates did not change, however, every dollar of reduced withholding in 1992 meant an extra dollar of taxes due on April 15, 1993, when income tax returns for 1992 were to be filed. Thus, this "tax cut" actually represented only a short-term loan from the government. Not surprisingly, the impact of the policy on consumer spending and aggregate demand was relatively small.

**QuickQuiz**  *Suppose that the government reduces spending on highway construction by $10 billion. Which way does the aggregate-demand curve shift? Explain why the shift might be larger or smaller than $10 billion.*

# 34-3  Using Policy to Stabilize the Economy

We have seen how monetary and fiscal policy can affect the economy's aggregate demand for goods and services. These theoretical insights raise some important policy questions: Should policymakers use these instruments to control aggregate demand and stabilize the economy? If so, when? If not, why not?

## 34-3a  The Case for Active Stabilization Policy

Let's return to the question that began this chapter: When the president and Congress raise taxes, how should the Federal Reserve respond? As we have seen, the level of taxation is one determinant of the position of the aggregate-demand curve. When the government raises taxes, aggregate demand will fall, depressing production and employment in the short run. If the Federal Reserve wants to prevent this adverse effect of the fiscal policy, it can expand aggregate demand by increasing the money supply. A monetary expansion would reduce interest rates, stimulate investment spending, and expand aggregate demand. If monetary policy is set appropriately, the combined changes in monetary and fiscal policy could leave the aggregate demand for goods and services unaffected.

This analysis is exactly the sort followed by members of the Federal Open Market Committee. They know that monetary policy is an important determinant of aggregate demand. They also know that there are other important determinants as well, including fiscal policy set by the president and Congress. As a result, the FOMC watches the debates over fiscal policy with a keen eye.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

This response of monetary policy to the change in fiscal policy is an example of a more general phenomenon: the use of policy instruments to stabilize aggregate demand and, as a result, production and employment. Economic stabilization has been an explicit goal of U.S. policy since the Employment Act of 1946. This act states that "it is the continuing policy and responsibility of the federal government to . . . promote full employment and production." In essence, the government has chosen to hold itself accountable for short-run macroeconomic performance.

The Employment Act has two implications. The first, more modest, implication is that the government should avoid being a cause of economic fluctuations. Thus, most economists advise against large and sudden changes in monetary and fiscal policy, for such changes are likely to cause fluctuations in aggregate demand. Moreover, when large changes do occur, it is important that monetary and fiscal policymakers be aware of and respond to each others' actions.

The second, more ambitious, implication of the Employment Act is that the government should respond to changes in the private economy to stabilize aggregate demand. The act was passed not long after the publication of Keynes's *The General Theory of Employment, Interest, and Money*, which has been one of the most influential books ever written about economics. In it, Keynes emphasized the key role of aggregate demand in explaining short-run economic fluctuations. Keynes

## IN THE NEWS

## How Large Is the Fiscal Policy Multiplier?



*In the global economic downturn of 2008 and 2009, governments around the world turned to fiscal policy to prop up aggregate demand. This episode ignited a debate about the size of the multipliers, which remains a topic of much research.*

### Much Ado about Multipliers

It is the biggest peacetime fiscal expansion in history. Across the globe countries have countered the recession by cutting taxes and by boosting government spending. The G20 group of economies, whose leaders meet this week in Pittsburgh, have introduced stimulus packages worth an average of 2% of GDP this year [2009] and 1.6% of GDP in 2010. Coordinated action on this scale might suggest a consensus about the effects of fiscal stimulus. But economists are in fact deeply divided about how well, or indeed whether, such stimulus works.

The debate hinges on the scale of the "fiscal multiplier." This measure, first formalised in 1931 by Richard Kahn, a student of John Maynard Keynes, captures how effectively tax cuts or increases in government spending stimulate output. A multiplier of one means that a $1 billion increase in government spending will increase a country's GDP by $1 billion.

The size of the multiplier is bound to vary according to economic conditions. For an economy operating at full capacity, the fiscal multiplier should be zero. Since there are no spare resources, any increase in government demand would just replace spending elsewhere. But in a recession, when workers and factories lie idle, a fiscal boost can increase overall demand. And if the initial stimulus triggers a cascade of expenditure among consumers and businesses, the multiplier can be well above one.

The multiplier is also likely to vary according to the type of fiscal action. Government spending on building a bridge may have a bigger multiplier than a tax cut if consumers save a portion of their tax windfall. A tax cut targeted at poorer people may have a bigger impact on spending than one for the affluent, since poorer folk tend to spend a higher share of their income.

Crucially, the overall size of the fiscal multiplier also depends on how people react to higher government borrowing. If the government's actions bolster confidence and revive animal spirits, the multiplier could rise as demand goes up and private investment is "crowded in." But if interest rates climb in response to government borrowing then some private investment that would otherwise have occurred could get "crowded out." And if consumers expect higher future taxes in order to finance new government borrowing, they could spend less today. All that would reduce the fiscal multiplier, potentially to below zero.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

claimed that the government should actively stimulate aggregate demand when aggregate demand appeared insufficient to maintain production at its full-employment level.

Keynes (and his many followers) argued that aggregate demand fluctuates because of largely irrational waves of pessimism and optimism. He used the term "animal spirits" to refer to these arbitrary changes in attitude. When pessimism reigns, households reduce consumption spending and firms reduce investment spending. The result is reduced aggregate demand, lower production, and higher unemployment. Conversely, when optimism reigns, households and firms increase spending. The result is higher aggregate demand, higher production, and inflationary pressure. Notice that these changes in attitude are, to some extent, self-fulfilling.

In principle, the government can adjust its monetary and fiscal policy in response to these waves of optimism and pessimism and, thereby, stabilize the economy. For example, when people are excessively pessimistic, the Fed can expand the money supply to lower interest rates and expand aggregate demand. When they are excessively optimistic, it can contract the money supply to raise interest rates and dampen aggregate demand. Former Fed Chairman William McChesney Martin described this view of monetary policy very simply: "The Federal Reserve's job is to take away the punch bowl just as the party gets going."

Different assumptions about the impact of higher government borrowing on interest rates and private spending explain wild variations in the estimates of multipliers from today's stimulus spending. Economists in the Obama administration, who assume that the federal funds rate stays constant for a four-year period, expect a multiplier of 1.6 for government purchases and 1.0 for tax cuts from America's fiscal stimulus. An alternative assessment by John Cogan, Tobias Cwik, John Taylor and Volker Wieland uses models in which interest rates and taxes rise more quickly in response to higher public borrowing. Their multipliers are much smaller. They think America's stimulus will boost GDP by only one-sixth as much as the Obama team expects.

When forward-looking models disagree so dramatically, careful analysis of previous fiscal stimuli ought to help settle the debate. Unfortunately, it is extremely tricky to isolate the impact of changes in fiscal policy. One approach is to use microeconomic case studies to examine consumer behaviour in response to specific tax rebates and cuts. These studies, largely based on tax changes in America, find that permanent cuts have a bigger impact on consumer spending than temporary ones and that consumers who find it hard to borrow, such as those close to their credit-card limit, tend to spend more of their tax windfall. But case studies do not measure the overall impact of tax cuts or spending increases on output.

An alternative approach is to try to tease out the statistical impact of changes in government spending or tax cuts on GDP. The difficulty here is to isolate the effects of fiscal-stimulus measures from the rises in social-security spending and falls in tax revenues that naturally accompany recessions. This empirical approach has narrowed the range of estimates in some areas. It has also yielded interesting cross-country comparisons. Multipliers are bigger in closed economies than open ones (because less of the stimulus leaks abroad via imports). They have traditionally been bigger in rich countries than emerging ones (where investors tend to take fright more quickly, pushing interest rates up). But overall economists find as big a range of multipliers from empirical estimates as they do from theoretical models.

To add to the confusion, the post-war experiences from which statistical analyses are drawn differ in vital respects from the current situation. Most of the evidence on multipliers for government spending is based on military outlays, but today's stimulus packages are heavily focused on infrastructure. Interest rates in many rich countries are now close to zero, which may increase the potency of, as well as the need for, fiscal stimulus. Because of the financial crisis relatively more people face borrowing constraints, which would increase the effectiveness of a tax cut. At the same time, highly indebted consumers may now be keen to cut their borrowing, leading to a lower multiplier. And investors today have more reason to be worried about rich countries' fiscal positions than those of emerging markets.

Add all this together and the truth is that economists are flying blind. They can make relative judgments with some confidence. Temporary tax cuts pack less punch than permanent ones, for instance. Fiscal multipliers will probably be lower in heavily indebted economies than in prudent ones. But policymakers looking for precise estimates are deluding themselves. ■

**Source:** *The Economist*, September 24, 2009.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**KEYNESIANS IN THE WHITE HOUSE**

**CASE STUDY** When a reporter in 1961 asked President John F. Kennedy why he advocated a tax cut, Kennedy replied, "To stimulate the economy. Don't you remember your Economics 101?" Kennedy's policy was, in fact, based on the analysis of fiscal policy we have developed in this chapter. His goal was to enact a tax cut, which would raise consumer spending, expand aggregate demand, and increase the economy's production and employment.

In choosing this policy, Kennedy was relying on his team of economic advisers. This team included such prominent economists as James Tobin and Robert Solow, both of whom would later win Nobel Prizes for their contributions to the field. As students in the 1940s, these economists had closely studied John Maynard Keynes's *General Theory*, which was then only a few years old. When the Kennedy advisers proposed cutting taxes, they were putting Keynes's ideas into action.

Although tax changes can have a potent influence on aggregate demand, they have other effects as well. In particular, by changing the incentives that people face, taxes can alter the aggregate supply of goods and services. Part of the Kennedy proposal was an investment tax credit, which gives a tax break to firms that invest in new capital. Higher investment would not only stimulate aggregate demand immediately but also increase the economy's productive capacity over time. Thus, the short-run goal of increasing production through higher aggregate demand was coupled with a long-run goal of increasing production through higher aggregate supply. And indeed, when the tax cut Kennedy proposed was finally enacted in 1964, it helped usher in a period of robust economic growth.

Since the 1964 tax cut, policymakers have from time to time used fiscal policy as a tool for controlling aggregate demand. For example, when President Barack Obama moved into the Oval Office in 2009, he faced an economy in the midst of a recession. One of his first policy initiatives was a stimulus bill, called the American Recovery and Reinvestment Act (ARRA), which included substantial increases in government spending. The In the News box on the preceding two pages discusses some of the debate over this policy initiative. ●



**ASK THE EXPERTS**

## Economic Stimulus

"Because of the American Recovery and Reinvestment Act of 2009, the U.S. unemployment rate was lower at the end of 2010 than it would have been without the stimulus bill."

**What do economists say?**



3% disagree — 0% uncertain

97% agree

..................................................

"Taking into account all of the ARRA's economic consequences—including the economic costs of raising taxes to pay for the spending, its effects on future spending, and any other likely future effects—the benefits of the stimulus will end up exceeding its costs."

**What do economists say?**

6% disagree — 19% uncertain

75% agree

Source: IGM Economic Experts Panel, July 29, 2014.

### 34-3b The Case against Active Stabilization Policy

Some economists argue that the government should avoid active use of monetary and fiscal policy to try to stabilize the economy. They claim that these policy instruments should be set to achieve long-run goals, such as rapid economic growth and low inflation, and that the economy should be left to deal with short-run fluctuations on its own. These economists may admit that monetary and fiscal policy can stabilize the economy in theory, but they doubt whether it can do so in practice.

The primary argument against active monetary and fiscal policy is that these policies affect the economy with a long lag. As we have seen, monetary policy works by changing interest rates, which in turn influence investment spending. But many

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

firms make investment plans far in advance. Thus, most economists believe that it takes at least 6 months for changes in monetary policy to have much effect on output and employment. Moreover, once these effects occur, they can last for several years. Critics of stabilization policy argue that because of this lag, the Fed should not try to fine-tune the economy. They claim that the Fed often reacts too late to changing economic conditions and, as a result, ends up being a cause of rather than a cure for economic fluctuations. These critics advocate a passive monetary policy, such as slow and steady growth in the money supply.

Fiscal policy also works with a lag, but unlike the lag in monetary policy, the lag in fiscal policy is largely attributable to the political process. In the United States, most changes in government spending and taxes must go through congressional committees in both the House and the Senate, be passed by both legislative bodies, and then be signed by the president. Completing this process can take months or, in some cases, years. By the time the change in fiscal policy is passed and ready to implement, the condition of the economy may have changed.

These lags in monetary and fiscal policy are a problem in part because economic forecasting is so imprecise. If forecasters could accurately predict the condition of the economy a year in advance, then monetary and fiscal policymakers could look ahead when making policy decisions. In this case, policymakers could stabilize the economy despite the lags they face. In practice, however, major recessions and depressions arrive without much advance warning. The best that policymakers can do is to respond to economic changes as they occur.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 34-3c  Automatic Stabilizers

**automatic stabilizers**
changes in fiscal policy
that stimulate aggregate
demand when the
economy goes into
a recession without
policymakers having to
take any deliberate action

All economists—both advocates and critics of stabilization policy—agree that the lags in implementation reduce the efficacy of policy as a tool for short-run stabilization. The economy would be more stable, therefore, if policymakers could find a way to avoid some of these lags. In fact, they have. **Automatic stabilizers** are changes in fiscal policy that stimulate aggregate demand when the economy goes into a recession without policymakers having to take any deliberate action.

The most important automatic stabilizer is the tax system. When the economy goes into a recession, the amount of taxes collected by the government falls automatically because almost all taxes are closely tied to economic activity. The personal income tax depends on households' incomes, the payroll tax depends on workers' earnings, and the corporate income tax depends on firms' profits. Because incomes, earnings, and profits all fall in a recession, the government's tax revenue falls as well. This automatic tax cut stimulates aggregate demand and, thereby, reduces the magnitude of economic fluctuations.

Some government spending also acts as an automatic stabilizer. In particular, when the economy goes into a recession and workers are laid off, more people apply for unemployment insurance benefits, welfare benefits, and other forms of income support. This automatic increase in government spending stimulates aggregate demand at exactly the time when aggregate demand is insufficient to maintain full employment. Indeed, when the unemployment insurance system was first enacted in the 1930s, economists who advocated this policy did so in part because of its power as an automatic stabilizer.

The automatic stabilizers in the U.S. economy are not sufficiently strong to prevent recessions completely. Nonetheless, without these automatic stabilizers, output and employment would probably be more volatile than they are. For this reason, many economists oppose a constitutional amendment that would require the federal government always to run a balanced budget, as some politicians have proposed. When the economy goes into a recession, taxes fall, government spending rises, and the government's budget moves toward deficit. If the government faced a strict balanced-budget rule, it would be forced to look for ways to raise taxes or cut spending in a recession. In other words, a strict balanced-budget rule would eliminate the automatic stabilizers inherent in our current system of taxes and government spending.

**Quick Quiz**  *Suppose a wave of negative "animal spirits" overruns the economy, and people become pessimistic about the future. What happens to aggregate demand? If the Fed wants to stabilize aggregate demand, how should it alter the money supply? If it does this, what happens to the interest rate? Why might the Fed choose not to respond in this way?*

## 34-4  Conclusion

Before policymakers make any change in policy, they need to consider all the effects of their decisions. Earlier in the book, we examined classical models of the economy, which describe the long-run effects of monetary and fiscal policy. There we saw how fiscal policy influences saving, investment, and long-run growth and how monetary policy influences the price level and the inflation rate.

In this chapter, we examined the short-run effects of monetary and fiscal policy. We saw how these policy instruments can change the aggregate demand for goods and services and alter the economy's production and employment in the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

short run. When Congress reduces government spending to balance the budget, it needs to consider both the long-run effects on saving and growth and the short-run effects on aggregate demand and employment. When the Fed reduces the growth rate of the money supply, it must take into account the long-run effect on inflation as well as the short-run effect on production. In all parts of government, policymakers must keep in mind both long-run and short-run goals.

---

**CHAPTER QuickQuiz**

1. If the central bank wants to expand aggregate demand, it can _____ the money supply, which would _____ the interest rate.
   a. increase, increase
   b. increase, decrease
   c. decrease, increase
   d. decrease, decrease

2. If the government wants to contract aggregate demand, it can _____ government purchases or _____ taxes.
   a. increase, increase
   b. increase, decrease
   c. decrease, increase
   d. decrease, decrease

3. The Federal Reserve's target rate for the federal funds rate
   a. is an extra policy tool for the central bank, in addition to and independent of the money supply.
   b. commits the Fed to set a particular money supply so that it hits the announced target.
   c. is a goal that is rarely achieved, because the Fed can determine only the money supply.
   d. matters to banks that borrow and lend federal funds but does not influence aggregate demand.

4. With the economy in a recession because of inadequate aggregate demand, the government increases its purchases by $1,200. Suppose the central bank adjusts the money supply to hold the interest rate constant, investment spending is fixed, and the marginal propensity to consume is $2/3$. How large is the increase in aggregate demand?
   a. $400
   b. $800
   c. $1,800
   d. $3,600

5. If the central bank in the preceding question instead holds the money supply constant and allows the interest rate to adjust, the change in aggregate demand resulting from the increase in government purchases will be
   a. larger.
   b. the same.
   c. smaller but still positive.
   d. negative.

6. Which of the following is an example of an automatic stabilizer? When the economy goes into a recession,
   a. more people become eligible for unemployment insurance benefits.
   b. stock prices decline, particularly for firms in cyclical industries.
   c. Congress begins hearings about a possible stimulus package.
   d. the Federal Reserve changes its target for the federal funds rate.

---

## SUMMARY

- In developing a theory of short-run economic fluctuations, Keynes proposed the theory of liquidity preference to explain the determinants of the interest rate. According to this theory, the interest rate adjusts to balance the supply and demand for money.
- An increase in the price level raises money demand and increases the interest rate that brings the money market into equilibrium. Because the interest rate represents the cost of borrowing, a higher interest rate reduces investment and, thereby, the quantity of goods and services demanded. The downward-sloping aggregate-demand curve expresses this negative relationship between the price level and the quantity demanded.

- Policymakers can influence aggregate demand with monetary policy. An increase in the money supply reduces the equilibrium interest rate for any given price level. Because a lower interest rate stimulates investment spending, the aggregate-demand curve shifts to the right. Conversely, a decrease in the money supply raises the equilibrium interest rate for any given price level and shifts the aggregate-demand curve to the left.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW   Document 9-1   Filed 07/31/23   Page 390 of 468

- Policymakers can also influence aggregate demand with fiscal policy. An increase in government purchases or a cut in taxes shifts the aggregate-demand curve to the right. A decrease in government purchases or an increase in taxes shifts the aggregate-demand curve to the left.
- When the government alters spending or taxes, the resulting shift in aggregate demand can be larger or smaller than the fiscal change. The multiplier effect tends to amplify the effects of fiscal policy on aggregate demand. The crowding-out effect tends to dampen the effects of fiscal policy on aggregate demand.
- Because monetary and fiscal policy can influence aggregate demand, the government sometimes uses these policy instruments in an attempt to stabilize the economy. Economists disagree about how active the government should be in this effort. According to advocates of active stabilization policy, changes in attitudes by households and firms shift aggregate demand; if the government does not respond, the result is undesirable and unnecessary fluctuations in output and employment. According to critics of active stabilization policy, monetary and fiscal policy work with such long lags that attempts at stabilizing the economy often end up being destabilizing.

## KEY CONCEPTS

theory of liquidity preference, p. 739
fiscal policy, p. 747

multiplier effect, p. 748
crowding-out effect, p. 751

automatic stabilizers, p. 758

## QUESTIONS FOR REVIEW

1. What is the theory of liquidity preference? How does it help explain the downward slope of the aggregate-demand curve?

2. Use the theory of liquidity preference to explain how a decrease in the money supply affects the aggregate-demand curve.

3. The government spends $3 billion to buy police cars. Explain why aggregate demand might increase by more or less than $3 billion.

4. Suppose that survey measures of consumer confidence indicate a wave of pessimism is sweeping the country. If policymakers do nothing, what will happen to aggregate demand? What should the Fed do if it wants to stabilize aggregate demand? If the Fed does nothing, what might Congress do to stabilize aggregate demand?

5. Give an example of a government policy that acts as an automatic stabilizer. Explain why the policy has this effect.

## PROBLEMS AND APPLICATIONS

1. Explain how each of the following developments would affect the supply of money, the demand for money, and the interest rate. Illustrate your answers with diagrams.
   a. The Fed's bond traders buy bonds in open-market operations.
   b. An increase in credit-card availability reduces the amount of cash people want to hold.
   c. The Federal Reserve reduces banks' reserve requirements.
   d. Households decide to hold more money to use for holiday shopping.
   e. A wave of optimism boosts business investment and expands aggregate demand.

2. The Federal Reserve expands the money supply by 5 percent.
   a. Use the theory of liquidity preference to illustrate in a graph the impact of this policy on the interest rate.
   b. Use the model of aggregate demand and aggregate supply to illustrate the impact of this change in the interest rate on output and the price level in the short run.
   c. When the economy makes the transition from its short-run equilibrium to its new long-run equilibrium, what will happen to the price level?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

d. How will this change in the price level affect the demand for money and the equilibrium interest rate?

e. Is this analysis consistent with the proposition that money has real effects in the short run but is neutral in the long run?

3. Suppose a computer virus disables the nation's automatic teller machines, making withdrawals from bank accounts less convenient. As a result, people want to keep more cash on hand, increasing the demand for money.

a. Assume the Fed does not change the money supply. According to the theory of liquidity preference, what happens to the interest rate? What happens to aggregate demand?

b. If instead the Fed wants to stabilize aggregate demand, how should it change the money supply?

c. If it wants to accomplish this change in the money supply using open-market operations, what should it do?

4. Consider two policies—a tax cut that will last for only one year and a tax cut that is expected to be permanent. Which policy will stimulate greater spending by consumers? Which policy will have the greater impact on aggregate demand? Explain.

5. The economy is in a recession with high unemployment and low output.

a. Draw a graph of aggregate demand and aggregate supply to illustrate the current situation. Be sure to include the aggregate-demand curve, the short-run aggregate-supply curve, and the long-run aggregate-supply curve.

b. Identify an open-market operation that would restore the economy to its natural rate.

c. Draw a graph of the money market to illustrate the effect of this open-market operation. Show the resulting change in the interest rate.

d. Draw a graph similar to the one in part *a* to show the effect of the open-market operation on output and the price level. Explain in words why the policy has the effect that you have shown in the graph.

6. In the early 1980s, new legislation allowed banks to pay interest on checking deposits, which they could not do previously.

a. If we define money to include checking deposits, what effect did this legislation have on money demand? Explain.

b. If the Federal Reserve had maintained a constant money supply in the face of this change, what would have happened to the interest rate? What

would have happened to aggregate demand and aggregate output?

c. If the Federal Reserve had maintained a constant market interest rate (the interest rate on nonmonetary assets) in the face of this change, what change in the money supply would have been necessary? What would have happened to aggregate demand and aggregate output?

7. Suppose economists observe that an increase in government spending of $10 billion raises the total demand for goods and services by $30 billion.

a. If these economists ignore the possibility of crowding out, what would they estimate the marginal propensity to consume (*MPC*) to be?

b. Now suppose the economists allow for crowding out. Would their new estimate of the *MPC* be larger or smaller than their initial one?

8. An economy is operating with output that is $400 billion below its natural level, and fiscal policymakers want to close this recessionary gap. The central bank agrees to adjust the money supply to hold the interest rate constant, so there is no crowding out. The marginal propensity to consume is $4/5$, and the price level is completely fixed in the short run. In what direction and by how much would government spending need to change to close the recessionary gap? Explain your thinking.

9. Suppose government spending increases. Would the effect on aggregate demand be larger if the Federal Reserve held the money supply constant in response or if the Fed were committed to maintaining a fixed interest rate? Explain.

10. In which of the following circumstances is expansionary fiscal policy more likely to lead to a short-run increase in investment? Explain.

a. When the investment accelerator is large or when it is small?

b. When the interest sensitivity of investment is large or when it is small?

11. Consider an economy described by the following equations:

$$Y = C + I + G$$
$$C = 100 + 0.75(Y - T)$$
$$I = 500 - 50\,r$$
$$G = 125$$
$$T = 100$$

where $Y$ is GDP, $C$ is consumption, $I$ is investment, $G$ is government purchases, $T$ is taxes, and $r$ is the interest rate. If the economy were at full

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

employment (that is, at its natural rate), GDP would be 2,000.

a. Explain the meaning of each of these equations.
b. What is the marginal propensity to consume in this economy?
c. Suppose the central bank's policy is to adjust the money supply to maintain the interest rate at 4 percent, so $r = 4$. Solve for GDP. How does it compare to the full-employment level?
d. Assuming no change in monetary policy, what change in government purchases would restore full employment?
e. Assuming no change in fiscal policy, what change in the interest rate would restore full employment?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

# The Short-Run Trade-off between Inflation and Unemployment

**T**wo closely watched indicators of economic performance are inflation and unemployment. When the Bureau of Labor Statistics releases data on these variables each month, policymakers are eager to hear the news. Some commentators have added together the inflation rate and the unemployment rate to produce a *misery index*, which they use to gauge the health of the economy.

How are these two measures of economic performance related to each other? Earlier in the book, we discussed the long-run determinants of unemployment and the long-run determinants of inflation. We saw that the natural rate of



Copyright 2021 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-300

unemployment depends on various features of the labor market, such as minimum-wage laws, the market power of unions, the role of efficiency wages, and the effectiveness of job search. By contrast, the inflation rate depends primarily on growth in the money supply, which a nation's central bank controls. In the long run, therefore, inflation and unemployment are largely unrelated problems.

In the short run, just the opposite is true. One of the *Ten Principles of Economics* discussed in Chapter 1 is that society faces a short-run trade-off between inflation and unemployment. If monetary and fiscal policymakers expand aggregate demand and move the economy up along the short-run aggregate-supply curve, they can expand output and reduce unemployment for a while, but only at the cost of a more rapidly rising price level. If policymakers contract aggregate demand and move the economy down the short-run aggregate-supply curve, they can reduce inflation, but only at the cost of temporarily lower output and higher unemployment.

In this chapter, we examine the inflation–unemployment trade-off more closely. The relationship between inflation and unemployment has attracted the attention of some of the most brilliant economists of the last half century. The best way to understand this relationship is to see how thinking about it has evolved. As we will see, the history of thought regarding inflation and unemployment since the 1950s is inextricably connected to the history of the U.S. economy. These two histories will show why the trade-off between inflation and unemployment holds in the short run, why it does not hold in the long run, and what issues the trade-off raises for economic policymakers.

# 35-1 The Phillips Curve

**Phillips curve**
a curve that shows the short-run trade-off between inflation and unemployment

"Probably the single most important macroeconomic relationship is the Phillips curve." These are the words of economist George Akerlof from the lecture he gave when he received the Nobel Prize in 2001. The **Phillips curve** is the short-run relationship between inflation and unemployment. We begin our story with the discovery of the Phillips curve and its migration to America.

### 35-1a Origins of the Phillips Curve

In 1958, economist A. W. Phillips published an article in the British journal *Economica* that would make him famous. The article was titled "The Relationship between Unemployment and the Rate of Change of Money Wages in the United Kingdom, 1861–1957." In it, Phillips showed a negative correlation between the rate of unemployment and the rate of inflation. That is, Phillips showed that years with low unemployment tend to have high inflation, and years with high unemployment tend to have low inflation. (Phillips examined inflation in nominal wages rather than inflation in prices. For our purposes, the distinction is not important because these two measures of inflation usually move together.) Phillips concluded that two important macroeconomic variables—inflation and unemployment—were linked in a way that economists had not previously appreciated.

Although Phillips's discovery was based on data for the United Kingdom, researchers quickly extended his finding to other countries. Two years after Phillips published his article, economists Paul Samuelson and Robert Solow published an article in the *American Economic Review* called "Analytics of Anti-Inflation Policy" in which they showed a similar negative correlation between inflation and unemployment in data for the United States. They reasoned that this

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



### FIGURE 1

**The Phillips Curve**

The Phillips curve illustrates a negative association between the inflation rate and the unemployment rate. At point A, inflation is low and unemployment is high. At point B, inflation is high and unemployment is low.

correlation arose because low unemployment was associated with high aggregate demand, which in turn put upward pressure on wages and prices throughout the economy. Samuelson and Solow dubbed the negative association between inflation and unemployment the *Phillips curve*. Figure 1 shows an example of a Phillips curve like the one found by Samuelson and Solow.

As the title of their paper suggests, Samuelson and Solow were interested in the Phillips curve because they believed it held important lessons for policymakers. In particular, they suggested that the Phillips curve offers policymakers a menu of possible economic outcomes. By altering monetary and fiscal policy to influence aggregate demand, policymakers could choose any point on this curve. Point A offers high unemployment and low inflation. Point B offers low unemployment and high inflation. Policymakers might prefer both low inflation and low unemployment, but the historical data as summarized by the Phillips curve indicate that this combination is impossible. According to Samuelson and Solow, policymakers face a trade-off between inflation and unemployment, and the Phillips curve illustrates that trade-off.

### 35-1b Aggregate Demand, Aggregate Supply, and the Phillips Curve

The model of aggregate demand and aggregate supply provides an easy explanation for the menu of possible outcomes described by the Phillips curve. *The Phillips curve shows the combinations of inflation and unemployment that arise in the short run as shifts in the aggregate-demand curve move the economy along the short-run aggregate-supply curve.* As we saw in the preceding two chapters, an increase in the aggregate demand for goods and services leads, in the short run, to a larger output of goods and services and a higher price level. Larger output means greater employment and, thus, a lower rate of unemployment. In addition, a higher price level translates into a higher rate of inflation. Thus, shifts in aggregate demand push inflation and unemployment in opposite directions in the short run—a relationship illustrated by the Phillips curve.

To see more fully how this works, let's consider an example. To keep the numbers simple, imagine that the price level (as measured, for instance, by the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**FIGURE 2**

**How the Phillips Curve Is Related to the Model of Aggregate Demand and Aggregate Supply**

This figure assumes a price level of 100 for the year 2020 and charts possible outcomes for the year 2021. Panel (a) shows the model of aggregate demand and aggregate supply. If aggregate demand is low, the economy is at point A; output is low (15,000), and the price level is low (102). If aggregate demand is high, the economy is at point B; output is high (16,000), and the price level is high (106). Panel (b) shows the implications for the Phillips curve. Point A, which arises when aggregate demand is low, has high unemployment (7 percent) and low inflation (2 percent). Point B, which arises when aggregate demand is high, has low unemployment (4 percent) and high inflation (6 percent).

**(a) The Model of Aggregate Demand and Aggregate Supply**



**(b) The Phillips Curve**



consumer price index) equals 100 in the year 2020. Figure 2 shows two possible outcomes that might occur in the year 2021 depending of the strength of aggregate demand. One outcome occurs if aggregate demand is high, and the other occurs if aggregate demand is low. Panel (a) shows these two outcomes using the model of aggregate demand and aggregate supply. Panel (b) illustrates the same two outcomes using the Phillips curve.

Panel (a) of the figure shows what happens to output and the price level in the year 2021. If the aggregate demand for goods and services is low, the economy experiences outcome A. The economy produces output of 15,000, and the price level is 102. By contrast, if aggregate demand is high, the economy experiences outcome B. Output is 16,000, and the price level is 106. This is an example of a familiar conclusion: Higher aggregate demand moves the economy to an equilibrium with higher output and a higher price level.

Panel (b) shows what these two possible outcomes mean for unemployment and inflation. Because firms need more workers when they produce a greater output of goods and services, unemployment is lower in outcome B than in outcome A. In this example, when output rises from 15,000 to 16,000, unemployment falls from 7 percent to 4 percent. Moreover, because the price level is higher at outcome B than at outcome A, the inflation rate (the percentage change in the price level from the previous year) is also higher. In particular, since the price level was 100 in the year 2020, outcome A has an inflation rate of 2 percent and outcome B has an inflation rate of 6 percent. The two possible outcomes for the economy can be compared either in terms of output and the price level (using the model of

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

aggregate demand and aggregate supply) or in terms of unemployment and inflation (using the Phillips curve).

Because monetary and fiscal policy can shift the aggregate-demand curve, they can move an economy along the Phillips curve. Increases in the money supply, increases in government spending, or cuts in taxes expand aggregate demand and move the economy to a point on the Phillips curve with higher inflation and lower unemployment. Decreases in the money supply, cuts in government spending, or increases in taxes contract aggregate demand and move the economy to a point on the Phillips curve with lower inflation and higher unemployment. In this sense, the Phillips curve offers policymakers a menu of combinations of inflation and unemployment.

**QuickQuiz** *Draw the Phillips curve. Use the model of aggregate demand and aggregate supply to show how policy can move the economy from a point on this curve with high inflation to a point with low inflation.*

## 35-2 Shifts in the Phillips Curve: The Role of Expectations

Although the Phillips curve seems to offer policymakers a menu of inflation–unemployment outcomes, it raises a crucial question: Does this set of possible choices remain the same over time? In other words, is the downward-sloping Phillips curve a stable relationship on which policymakers can rely? Economists took up this issue in the late 1960s, shortly after Samuelson and Solow had introduced the Phillips curve into the macroeconomic policy debate.

### 35-2a The Long-Run Phillips Curve

In 1968, economist Milton Friedman published a paper in the *American Economic Review* based on an address he had recently given as president of the American Economic Association. The paper, titled "The Role of Monetary Policy," contained sections on "What Monetary Policy Can Do" and "What Monetary Policy Cannot Do." Friedman argued that one thing monetary policy cannot do, other than for a short time, is lower unemployment by raising inflation. At about the same time, another economist, Edmund Phelps, also published a paper denying the existence of a long-run trade-off between inflation and unemployment.

Both Friedman and Phelps based their conclusions on classical principles of macroeconomics. Classical theory points to growth in the money supply as the primary determinant of inflation. But classical theory also states that monetary growth does not affect real variables such as output and employment; it merely alters all prices and nominal incomes proportionately. In particular, monetary growth does not influence those factors that determine the economy's unemployment rate, such as the market power of unions, the role of efficiency wages, or the process of job search. As a result, Friedman and Phelps concluded that, in the long run, the rate of inflation and the rate of unemployment would not be related.

Here, in his own words, is Friedman's view about what the Federal Reserve can hope to accomplish for the economy in the long run:

> The monetary authority controls nominal quantities—directly, the quantity of its own liabilities [currency plus bank reserves]. In principle, it can use this control to peg a nominal quantity—an exchange rate, the price level, the nominal level of national income, the quantity of money by one definition or another—or to peg the change in a nominal quantity—the rate of inflation or deflation, the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

rate of growth or decline in nominal national income, the rate of growth of the quantity of money. It cannot use its control over nominal quantities to peg a real quantity—the real rate of interest, the rate of unemployment, the level of real national income, the real quantity of money, the rate of growth of real national income, or the rate of growth of the real quantity of money.

According to Friedman, monetary policymakers face a long-run Phillips curve that is vertical, as in Figure 3. If the Fed increases the money supply slowly, the inflation rate is low and the economy finds itself at point A. If the Fed increases the money supply quickly, the inflation rate is high and the economy finds itself at point B. In either case, the unemployment rate tends toward its normal level, called the *natural rate of unemployment*. The vertical long-run Phillips curve illustrates the conclusion that unemployment does not depend on money growth and inflation in the long run.

The vertical long-run Phillips curve is, in essence, one expression of the classical idea of monetary neutrality. Previously, we expressed monetary neutrality with a vertical long-run aggregate-supply curve. Figure 4 shows that the vertical long-run Phillips curve and the vertical long-run aggregate-supply curve are two sides of the same coin. In panel (a) of this figure, an increase in the money supply shifts the aggregate-demand curve to the right from $AD_1$ to $AD_2$. As a result of this shift, the long-run equilibrium moves from point A to point B. The price level rises from $P_1$ to $P_2$, but because the aggregate-supply curve is vertical, output remains the same. In panel (b), more rapid growth in the money supply raises the inflation rate by moving the economy from point A to point B. But because the Phillips curve is vertical, the rate of unemployment is the same at these two points. Thus, the vertical long-run aggregate-supply curve and the vertical long-run Phillips curve both imply that monetary policy influences nominal variables (the price level and the inflation rate) but not real variables (output and unemployment). In the long run, regardless of the monetary policy pursued by the Fed, output is at its natural level and unemployment is at its natural rate.



## FIGURE 3

**The Long-Run Phillips Curve**
According to Friedman and Phelps, there is no trade-off between inflation and unemployment in the long run. Growth in the money supply determines the inflation rate. Regardless of the inflation rate, the unemployment rate gravitates toward its natural rate. As a result, the long-run Phillips curve is vertical.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Panel (a) shows the model of aggregate demand and aggregate supply with a vertical aggregate-supply curve. When expansionary monetary policy shifts the aggregate-demand curve to the right from $AD_1$ to $AD_2$, the equilibrium moves from point A to point B. The price level rises from $P_1$ to $P_2$, while output remains the same. Panel (b) shows the long-run Phillips curve, which is vertical at the natural rate of unemployment. In the long run, expansionary monetary policy moves the economy from lower inflation (point A) to higher inflation (point B) without changing the rate of unemployment.

**FIGURE 4**

**How the Long-Run Phillips Curve Is Related to the Model of Aggregate Demand and Aggregate Supply**



(a) The Model of Aggregate Demand and Aggregate Supply

(b) The Phillips Curve

## 35-2b  The Meaning of "Natural"

What is so "natural" about the natural rate of unemployment? Friedman and Phelps used this adjective to describe the unemployment rate toward which the economy gravitates in the long run. Yet the natural rate of unemployment is not necessarily the socially desirable rate of unemployment. Nor is the natural rate of unemployment constant over time.

For example, suppose that a newly formed union uses its market power to raise the real wages of some workers above the equilibrium level. The result is an excess supply of workers and, therefore, a higher natural rate of unemployment. This unemployment is natural not because it is good but because it is beyond the influence of monetary policy. More rapid money growth would reduce neither the market power of the union nor the level of unemployment; it would lead only to more inflation.

Although monetary policy cannot influence the natural rate of unemployment, other types of policy can. To reduce the natural rate of unemployment, policy-makers should look to policies that improve the functioning of the labor market. Earlier in the book, we discussed how various labor-market policies, such as minimum-wage laws, collective-bargaining laws, unemployment insurance, and job-training programs, affect the natural rate of unemployment. A policy change that reduced the natural rate of unemployment would shift the long-run Phillips curve to the left. In addition, because lower unemployment means more workers are producing goods and services, the quantity of goods and services supplied would be larger at any given price level and the long-run aggregate-supply curve

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

would shift to the right. The economy could then enjoy lower unemployment and higher output for any given rate of money growth and inflation.

### 35-2c  Reconciling Theory and Evidence

At first, Friedman and Phelps's conclusion that there is no long-run trade-off between inflation and unemployment might not seem persuasive. Their argument was based on an appeal to *theory*, specifically classical theory's prediction of monetary neutrality. By contrast, the negative correlation between inflation and unemployment documented by Phillips, Samuelson, and Solow was based on actual *evidence* from the real world. Why should anyone believe that policymakers faced a vertical Phillips curve when the world seemed to offer a downward-sloping one? Shouldn't the findings of Phillips, Samuelson, and Solow lead us to reject monetary neutrality?

Friedman and Phelps were well aware of these questions, and they offered a way to reconcile classical macroeconomic theory with the finding of a downward-sloping Phillips curve in data from the United Kingdom and the United States. They claimed that a negative relationship between inflation and unemployment exists in the short run but that it cannot be used by policymakers as a menu of outcomes in the long run. Policymakers can pursue expansionary monetary policy to achieve lower unemployment for a while, but eventually, unemployment will return to its natural rate. In the long run, more expansionary monetary policy leads only to higher inflation.

Friedman and Phelps's work was the basis of our discussion of the difference between the short-run and long-run aggregate-supply curves in Chapter 33. As you may recall, the long-run aggregate-supply curve is vertical, indicating that the price level does not influence quantity supplied in the long run. But the short-run aggregate-supply curve slopes upward, indicating that an increase in the price level raises the quantity of goods and services that firms supply. According to the sticky-wage theory of aggregate supply, for instance, nominal wages are set in advance based on the price level that workers and firms expected to prevail. When prices are higher than expected, firms have an incentive to increase production and employment; when prices are lower than expected, firms reduce production and employment. Yet because the expected price level and nominal wages will eventually adjust, the positive relationship between the actual price level and quantity supplied exists only in the short run.

Friedman and Phelps applied this same logic to the Phillips curve. Just as the aggregate-supply curve slopes upward only in the short run, the trade-off between inflation and unemployment holds only in the short run. And just as the long-run aggregate-supply curve is vertical, the long-run Phillips curve is also vertical. Once again, expectations are the key for understanding how the short run and the long run are related.

Friedman and Phelps introduced a new variable into the analysis of the inflation–unemployment trade-off: *expected inflation*. Expected inflation measures how much people expect the overall price level to change. Because the expected price level affects nominal wages, expected inflation is one factor that determines the position of the short-run aggregate-supply curve. In the short run, the Fed can take expected inflation (and, thus, the short-run aggregate-supply curve) as already determined. When the money supply changes, the aggregate-demand curve shifts and the economy moves along a given short-run aggregate-supply curve. In the short run, therefore, monetary changes lead to unexpected fluctuations in output, prices, unemployment, and inflation. In this way, Friedman and

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Phelps explained the downward-sloping Phillips curve that Phillips, Samuelson, and Solow had documented.

The Fed's ability to create unexpected inflation by increasing the money supply exists only in the short run. In the long run, people come to expect whatever inflation rate the Fed chooses to produce and nominal wages will adjust to keep pace with inflation. As a result, the long-run aggregate-supply curve is vertical. Changes in aggregate demand, such as those due to changes in the money supply, affect neither the economy's output of goods and services nor the number of workers that firms need to hire to produce those goods and services. Friedman and Phelps concluded that unemployment returns to its natural rate in the long run.

### 35-2d The Short-Run Phillips Curve

The analysis of Friedman and Phelps can be summarized by the following equation:

$$\begin{pmatrix} \text{Unemployment} \\ \text{rate} \end{pmatrix} = \begin{pmatrix} \text{Natural rate of} \\ \text{unemployment} \end{pmatrix} - a\begin{pmatrix} \text{Actual} \\ \text{inflation} - \begin{matrix} \text{Expected} \\ \text{inflation} \end{matrix} \end{pmatrix}$$

This equation (which is, in essence, another expression of the aggregate-supply equation we have seen previously) relates the unemployment rate to the natural rate of unemployment, actual inflation, and expected inflation. In the short run, expected inflation is given, so higher actual inflation is associated with lower unemployment. (The variable $a$ is a parameter that measures how much unemployment responds to unexpected inflation.) In the long run, people come to expect whatever inflation the Fed produces, so actual inflation equals expected inflation, and unemployment is at its natural rate.

This equation implies there can be no stable short-run Phillips curve. Each short-run Phillips curve reflects a particular expected rate of inflation. (To be precise, if you graph the equation, you'll find that the downward-sloping short-run Phillips curve intersects the vertical long-run Phillips curve at the expected rate of inflation.) When expected inflation changes, the short-run Phillips curve shifts.

According to Friedman and Phelps, it is dangerous to view the Phillips curve as a menu of options available to policymakers. To see why, imagine an economy that starts with low inflation, with an equally low rate of expected inflation, and with unemployment at its natural rate. In Figure 5, the economy is at point A. Now suppose that policymakers try to take advantage of the trade-off between inflation and unemployment by using monetary or fiscal policy to expand aggregate demand. In the short run, when expected inflation is given, the economy goes from point A to point B. Unemployment falls below its natural rate, and the actual inflation rate rises above expected inflation. As the economy moves from point A to point B, policymakers might think they have achieved permanently lower unemployment at the cost of higher inflation—a bargain that, if possible, might be worth making.

This situation, however, will not persist. Over time, people get used to this higher inflation rate, and they raise their expectations of inflation. When expected inflation rises, firms and workers start taking higher inflation into account when setting wages and prices. The short-run Phillips curve then shifts to the right, as shown in the figure. The economy ends up at point C, with higher inflation than at point A but with the same level of unemployment. Thus, Friedman and Phelps concluded that policymakers face only a temporary trade-off between inflation

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## FIGURE 5

**How Expected Inflation Shifts the Short-Run Phillips Curve**

The higher the expected rate of inflation, the higher the curve representing the short-run trade-off between inflation and unemployment. At point A, expected inflation and actual inflation are equal at a low rate and unemployment is at its natural rate. If the Fed pursues an expansionary monetary policy, the economy moves from point A to point B in the short run. At point B, expected inflation is still low, but actual inflation is high. Unemployment is below its natural rate. In the long run, expected inflation rises, and the economy moves to point C. At point C, expected inflation and actual inflation are both high, and unemployment is back to its natural rate.



and unemployment. In the long run, expanding aggregate demand more rapidly will yield higher inflation without any reduction in unemployment.

### 35-2e The Natural Experiment for the Natural-Rate Hypothesis

Friedman and Phelps had made a bold prediction in 1968: If policymakers try to take advantage of the Phillips curve by choosing higher inflation to reduce unemployment, they will succeed at reducing unemployment only temporarily. This view—that unemployment eventually returns to its natural rate, regardless of the rate of inflation—is called the **natural-rate hypothesis**. A few years after Friedman and Phelps proposed this hypothesis, monetary and fiscal policymakers inadvertently created a natural experiment to test it. Their laboratory was the U.S. economy.

Before we examine the outcome of this test, however, let's look at the data that Friedman and Phelps had when they made their prediction in 1968. Figure 6 shows the unemployment and inflation rates for the period from 1961 to 1968. These data trace out an almost perfect Phillips curve. As inflation rose over these 8 years, unemployment fell. The economic data from this era seemed to confirm that policymakers faced a trade-off between inflation and unemployment.

The apparent success of the Phillips curve in the 1960s made the prediction of Friedman and Phelps all the bolder. In 1958, Phillips had suggested a negative association between inflation and unemployment. In 1960, Samuelson and Solow had shown that it existed in U.S. data. Another decade of data had confirmed the relationship. To some economists at the time, it seemed ridiculous to claim that the historically reliable Phillips curve would start shifting once policymakers tried to take advantage of it.

In fact, that is exactly what happened. Beginning in the late 1960s, the government followed policies that expanded the aggregate demand for goods and services. In part, this expansion was due to fiscal policy: Government spending rose as the Vietnam War heated up. In part, it was due to monetary policy: Because the

**natural-rate hypothesis**
the claim that unemployment eventually returns to its normal, or natural, rate, regardless of the rate of inflation

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 6**

**The Phillips Curve in the 1960s**
This figure uses annual data from 1961 to 1968 on the unemployment rate and on the inflation rate (as measured by the GDP deflator) to show the negative relationship between inflation and unemployment.

Source: U.S. Department of Labor; U.S. Department of Commerce.

Fed was trying to hold down interest rates in the face of expansionary fiscal policy, the money supply (as measured by M2) rose about 13 percent per year during the period from 1970 to 1972, compared to 7 percent per year in the early 1960s. As a result, inflation stayed high (about 5 to 6 percent per year in the late 1960s and early 1970s, compared to about 1 to 2 percent per year in the early 1960s). But as Friedman and Phelps had predicted, unemployment did not stay low.

Figure 7 displays the history of inflation and unemployment from 1961 to 1973. It shows that the simple negative relationship between these two variables started to break down around 1970. In particular, as inflation remained high in the early 1970s, people's expectations of inflation caught up with reality, and the unemployment rate reverted to the 5 percent to 6 percent range that had prevailed in the early 1960s. Notice that the history illustrated in Figure 7 resembles the theory of a shifting short-run Phillips curve shown in Figure 5. By 1973, policymakers had learned that Friedman and Phelps were right: There is no trade-off between inflation and unemployment in the long run.

**QuickQuiz** *Draw the short-run Phillips curve and the long-run Phillips curve. Explain why they are different.*

## 35-3 Shifts in the Phillips Curve: The Role of Supply Shocks

Friedman and Phelps had suggested in 1968 that changes in expected inflation shift the short-run Phillips curve, and the experience of the early 1970s convinced most economists that Friedman and Phelps were right. Within a few years, however, the economics profession would turn its attention to a different source of shifts in the short-run Phillips curve: shocks to aggregate supply.

This time, the change in focus came not from two American economics professors but from a group of Arab sheiks. In 1974, the Organization of Petroleum

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



## FIGURE 7

**The Breakdown of the Phillips Curve**
This figure shows annual data from 1961 to 1973 on the unemployment rate and on the inflation rate (as measured by the GDP deflator). The Phillips curve of the 1960s breaks down in the early 1970s, just as Friedman and Phelps had predicted. Notice that the points labeled A, B, and C in this figure correspond roughly to the points in Figure 5.

Source: U.S. Department of Labor; U.S. Department of Commerce.

Exporting Countries (OPEC) began to exert its market power as a cartel in the world oil market to increase its members' profits. The countries of OPEC, including Saudi Arabia, Kuwait, and Iraq, restricted the amount of crude oil they pumped and sold on world markets. Within a few years, this reduction in supply caused the world price of oil to almost double.

A large increase in the world price of oil is an example of a supply shock. A **supply shock** is an event that directly affects firms' costs of production and thus the prices they charge; it shifts the economy's aggregate-supply curve and, as a result, the Phillips curve. For example, when an oil price increase raises the cost of producing gasoline, heating oil, tires, and many other products, it reduces the quantity of goods and services supplied at any given price level. As panel (a) of Figure 8 shows, this reduction in supply is represented by the leftward shift in the aggregate-supply curve from $AS_1$ to $AS_2$. Output falls from $Y_1$ to $Y_2$, and the price level rises from $P_1$ to $P_2$. The economy experiences *stagflation*—the combination of falling output (stagnation) and rising prices (inflation).

This shift in aggregate supply is associated with a similar shift in the short-run Phillips curve, shown in panel (b). Because firms need fewer workers to produce the smaller output, employment falls and unemployment rises. Because the price level is higher, the inflation rate—the percentage change in the price level from the previous year—is also higher. Thus, the shift in aggregate supply leads to higher unemployment and higher inflation. The short-run trade-off between inflation and unemployment shifts to the right from $PC_1$ to $PC_2$.

Confronted with an adverse shift in aggregate supply, policymakers face a difficult choice between fighting inflation and fighting unemployment. If they contract aggregate demand to fight inflation, they will raise unemployment further. If they expand aggregate demand to fight unemployment, they will raise inflation further. In other words, policymakers face a less favorable trade-off between inflation and unemployment than they did before the shift in aggregate supply: They

**supply shock**
an event that directly alters firms' costs and prices, shifting the economy's aggregate-supply curve and thus the Phillips curve

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



Panel (a) shows the model of aggregate demand and aggregate supply. When the aggregate-supply curve shifts to the left from $AS_1$ to $AS_2$, the equilibrium moves from point A to point B. Output falls from $Y_1$ to $Y_2$, and the price level rises from $P_1$ to $P_2$. Panel (b) shows the short-run trade-off between inflation and unemployment. The adverse shift in aggregate supply moves the economy from a point with lower unemployment and lower inflation (point A) to a point with higher unemployment and higher inflation (point B). The short-run Phillips curve shifts to the right from $PC_1$ to $PC_2$. Policymakers now face a worse set of options for inflation and unemployment.

**FIGURE 8**

**An Adverse Shock to Aggregate Supply**

have to live with a higher rate of inflation for a given rate of unemployment, a higher rate of unemployment for a given rate of inflation, or some combination of higher unemployment and higher inflation.

Faced with such an adverse shift in the Phillips curve, policymakers will ask whether the shift is temporary or permanent. The answer depends on how people adjust their expectations of inflation. If people view the rise in inflation due to the supply shock as a temporary aberration, expected inflation will not change and the Phillips curve will soon revert to its former position. But if people believe the shock will lead to a new era of higher inflation, then expected inflation will rise and the Phillips curve will remain at its new, less desirable position.

In the United States during the 1970s, expected inflation did rise substantially. This rise in expected inflation was partly attributable to the Fed's decision to accommodate the supply shock with higher money growth. (Recall that policymakers are said to *accommodate* an adverse supply shock when they respond to it by increasing aggregate demand in an effort to keep output from falling.) Because of this policy decision, the recession that resulted from the supply shock was smaller than it otherwise might have been, but the U.S. economy faced an unfavorable trade-off between inflation and unemployment for many years. The problem was compounded in 1979 when OPEC once again started to exert its market power, more than doubling the price of oil. Figure 9 shows inflation and unemployment in the U.S. economy during this period.

In 1980, after two OPEC supply shocks, the U.S. economy had an inflation rate of more than 9 percent and an unemployment rate of about 7 percent. This combination of inflation and unemployment was not at all near the trade-off that seemed possible in the 1960s. (In the 1960s, the Phillips curve suggested that an

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 9**

**The Supply Shocks of the 1970s**
This figure shows annual data from 1972 to 1981 on the unemployment rate and on the inflation rate (as measured by the GDP deflator). In the periods 1973–1975 and 1978–1981, increases in world oil prices led to higher inflation and higher unemployment.

Source: U.S. Department of Labor; U.S. Department of Commerce.

unemployment rate of 7 percent would be associated with an inflation rate of only 1 percent. Inflation of more than 9 percent was unthinkable.) With the misery index in 1980 near a historic high, the public was widely dissatisfied with the performance of the economy. Largely because of this dissatisfaction, President Jimmy Carter lost his bid for reelection in November 1980 and was replaced by Ronald Reagan. Something had to be done, and soon it would be.

**QuickQuiz**   *Give an example of a favorable shock to aggregate supply. Use the model of aggregate demand and aggregate supply to explain the effects of such a shock. How does it affect the Phillips curve?*

## 35-4 The Cost of Reducing Inflation

In October 1979, as OPEC was imposing adverse supply shocks on the world's economies for the second time in a decade, Fed Chairman Paul Volcker decided that the time for action had come. Volcker had been appointed chairman by President Carter only two months earlier, and he had taken the job knowing that inflation had reached unacceptable levels. As guardian of the nation's monetary system, he felt he had little choice but to pursue a policy of disinflation. *Disinflation* is a reduction in the rate of inflation, and it should not be confused with *deflation*, a reduction in the price level. To draw an analogy to a car's motion, disinflation is like slowing down, whereas deflation is like going in reverse. Chairman Volcker, along with many other Americans, wanted the economy's rising level of prices to slow down.

Volcker had no doubt that the Fed could reduce inflation through its ability to control the quantity of money. But what would be the short-run cost of disinflation? The answer to this question was much less certain.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## 35-4a  The Sacrifice Ratio

To reduce the inflation rate, the Fed has to pursue contractionary monetary policy. Figure 10 shows some of the effects of such a decision. When the Fed slows the rate at which the money supply is growing, it contracts aggregate demand. The fall in aggregate demand, in turn, reduces the quantity of goods and services that firms produce, and this fall in production leads to a rise in unemployment. The economy begins at point A in the figure and moves along the short-run Phillips curve to point B, which has lower inflation and higher unemployment. Over time, as people come to understand that prices are rising more slowly, expected inflation falls, and the short-run Phillips curve shifts downward. The economy moves from point B to point C. Inflation is lower than it was initially at point A, and unemployment is back at its natural rate.

Thus, if a nation wants to reduce inflation, it must endure a period of high unemployment and low output. In Figure 10, this cost is represented by the movement of the economy through point B as it travels from point A to point C. The size of this cost depends on the slope of the Phillips curve and how quickly expectations of inflation adjust to the new monetary policy.

Many studies have examined the data on inflation and unemployment to estimate the cost of reducing inflation. The findings of these studies are often summarized in a statistic called the **sacrifice ratio**. The sacrifice ratio is the number of percentage points of annual output lost in the process of reducing inflation by 1 percentage point. A typical estimate of the sacrifice ratio is 5. That is, for each percentage point that inflation is reduced, 5 percent of annual output must be sacrificed in the transition.

Such estimates surely must have made Paul Volcker apprehensive as he confronted the task of reducing inflation. Inflation was running at almost 10 percent per year. To reach moderate inflation of, say, 4 percent per year would mean reducing inflation by 6 percentage points. If each percentage point costs 5 percent

**sacrifice ratio**
the number of percentage points of annual output lost in the process of reducing inflation by 1 percentage point



## FIGURE 10

**Disinflationary Monetary Policy in the Short Run and Long Run**
When the Fed pursues contractionary monetary policy to reduce inflation, the economy moves along a short-run Phillips curve from point A to point B. Over time, expected inflation falls, and the short-run Phillips curve shifts downward. When the economy reaches point C, unemployment is back at its natural rate.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 03-200-203

of the economy's annual output, then reducing inflation by 6 percentage points would require sacrificing 30 percent of annual output.

According to studies of the Phillips curve and the cost of disinflation, this sacrifice could be paid in various ways. An immediate reduction in inflation would depress output by 30 percent for a single year, but that outcome was surely too harsh even for an inflation hawk like Paul Volcker. It would be better, many argued, to spread out the cost over several years. If the reduction in inflation took place over 5 years, for instance, then output would have to average only 6 percent below trend during that period to add up to a sacrifice of 30 percent. An even more gradual approach would be to reduce inflation slowly over a decade so that output would have to be only 3 percent below trend. Whatever path was chosen, however, it seemed that reducing inflation would not be easy.

### 35-4b Rational Expectations and the Possibility of Costless Disinflation

Just as Paul Volcker was pondering how costly reducing inflation might be, a group of economics professors was leading an intellectual revolution that would challenge the conventional wisdom on the sacrifice ratio. This group included such prominent economists as Robert Lucas, Thomas Sargent, and Robert Barro. Their revolution was based on a new approach to economic theory and policy called **rational expectations**. According to the theory of rational expectations, people optimally use all the information they have, including information about government policies, when forecasting the future.

This new approach has had profound implications for many areas of macroeconomics, but none is more important than its application to the trade-off between inflation and unemployment. As Friedman and Phelps had first emphasized, expected inflation is an important variable that explains why there is a trade-off between inflation and unemployment in the short run but not in the long run. How quickly the short-run trade-off disappears depends on how quickly people adjust their expectations of inflation. Proponents of rational expectations expanded upon the Friedman-Phelps analysis to argue that when economic policies change, people adjust their expectations of inflation accordingly. The studies of inflation and unemployment that had tried to estimate the sacrifice ratio had failed to take account of the direct effect of the policy regime on expectations. As a result, estimates of the sacrifice ratio were, according to the rational-expectations theorists, unreliable guides for policy.

In a 1981 paper titled "The End of Four Big Inflations," Thomas Sargent described this new view as follows:

> An alternative "rational expectations" view denies that there is any inherent momentum to the present process of inflation. This view maintains that firms and workers have now come to expect high rates of inflation in the future and that they strike inflationary bargains in light of these expectations. However, it is held that people expect high rates of inflation in the future precisely because the government's current and prospective monetary and fiscal policies warrant those expectations. . . . An implication of this view is that inflation can be stopped much more quickly than advocates of the "momentum" view have indicated and that their estimates of the length of time and the costs of stopping inflation in terms of forgone output are erroneous. . . . This is not to say that it would be easy to eradicate inflation. On the contrary, it would require more than a few temporary restrictive fiscal and monetary actions. It would require a

**rational expectations**
the theory that people optimally use all the information they have, including information about government policies, when forecasting the future

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

change in the policy regime. . . . How costly such a move would be in terms of forgone output and how long it would be in taking effect would depend partly on how resolute and evident the government's commitment was.

According to Sargent, the sacrifice ratio could be much smaller than suggested by previous estimates. Indeed, in the most extreme case, it could be zero: If the government made a credible commitment to a policy of low inflation, people would be rational enough to lower their expectations of inflation immediately. The short-run Phillips curve would shift downward, and the economy would reach low inflation quickly without the cost of temporarily high unemployment and low output.

### 35-4c The Volcker Disinflation

As we have seen, when Paul Volcker faced the prospect of reducing inflation from its peak of about 10 percent, the economics profession offered two conflicting predictions. One group of economists offered estimates of the sacrifice ratio and concluded that reducing inflation would have great cost in terms of lost output and high unemployment. Another group offered the theory of rational expectations and concluded that reducing inflation could be much less costly and, perhaps, could even have no cost at all. Who was right?

Figure 11 shows inflation and unemployment from 1979 to 1987. As you can see, Volcker did succeed at reducing inflation. Inflation came down from almost 10 percent in 1981 and 1982 to about 4 percent in 1983 and 1984. Credit for this reduction in inflation goes completely to monetary policy. Fiscal policy at this time was acting in the opposite direction: The increases in the budget deficit during the Reagan administration were expanding aggregate demand, which tends to raise inflation. The fall in inflation from 1981 to 1984 is attributable to the tough anti-inflation policies of Fed Chairman Paul Volcker.

The figure shows that the Volcker disinflation did come at the cost of high unemployment. In 1982 and 1983, the unemployment rate was about 10 percent—about 4 percentage points above its level when Paul Volcker was appointed Fed



### FIGURE 11

**The Volcker Disinflation**

This figure shows annual data from 1979 to 1987 on the unemployment rate and on the inflation rate (as measured by the GDP deflator). The reduction in inflation during this period came at the cost of very high unemployment in 1982 and 1983. Note that the points labeled A, B, and C in this figure correspond roughly to the points in Figure 10.

**Source:** U.S. Department of Labor; U.S. Department of Commerce.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

chairman. At the same time, the production of goods and services as measured by real GDP was well below its trend level. The Volcker disinflation produced a recession that was, at the time, the deepest the United States had experienced since the Great Depression of the 1930s.

Does this episode refute the possibility of costless disinflation as suggested by the rational-expectations theorists? Some economists have argued that the answer to this question is a resounding yes. Indeed, the pattern of disinflation shown in Figure 11 is similar to the pattern predicted in Figure 10. To make the transition from high inflation (point A in both figures) to low inflation (point C), the economy had to experience a painful period of high unemployment (point B).

Yet there are two reasons not to reject the conclusions of the rational-expectations theorists so quickly. First, even though the Volcker disinflation did impose a cost of temporarily high unemployment, the cost was not as large as many economists had predicted. Most estimates of the sacrifice ratio based on the Volcker disinflation are smaller than estimates that had been obtained from previous data. Perhaps Volcker's tough stand on inflation did have some direct effect on expectations, as the rational-expectations theorists claimed.

Second, and more important, even though Volcker announced that he would aim monetary policy to lower inflation, much of the public did not believe him. Because few people thought Volcker would reduce inflation as quickly as he did, expected inflation did not fall immediately; as a result, the short-run Phillips curve did not shift down as quickly as it might have. Some evidence for this hypothesis comes from the forecasts made by commercial forecasting firms: Their forecasts of inflation fell more slowly in the 1980s than did actual inflation. Thus, the Volcker disinflation does not necessarily refute the rational-expectations view that credible disinflation can be costless. It does show, however, that policymakers cannot count on people to immediately believe them when they announce a policy of disinflation.

### 35-4d  The Greenspan Era

Since the OPEC inflation of the 1970s and the Volcker disinflation of the 1980s, the U.S. economy has experienced relatively mild fluctuations in inflation and unemployment. Figure 12 shows inflation and unemployment from 1984 to 2005. This period is called the Greenspan era, after Alan Greenspan who in 1987 followed Paul Volcker as chairman of the Federal Reserve.

This period began with a favorable supply shock. In 1986, OPEC members started arguing over production levels, and their long-standing agreement to restrict supply broke down. Oil prices fell by about half. As the figure shows, this favorable supply shock led to falling inflation and falling unemployment from 1984 to 1986.

Throughout the Greenspan era, the Fed was careful to avoid repeating the policy mistakes of the 1960s, when excessive aggregate demand pushed unemployment below the natural rate and raised inflation. When unemployment fell and inflation rose in 1989 and 1990, the Fed raised interest rates and contracted aggregate demand, leading to a small recession in 1991 and 1992. Unemployment then rose above most estimates of the natural rate, and inflation fell once again.

The rest of the 1990s witnessed a period of economic prosperity. Inflation gradually drifted downward, approaching zero by the end of the decade. Unemployment also drifted downward, leading many observers to believe that the natural rate of unemployment had fallen. Part of the credit for this good economic performance goes to Alan Greenspan and his colleagues at the Fed, for low inflation can be achieved only with prudent monetary policy. But good luck in the form of favorable supply shocks is also part of the story.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



**FIGURE 12**

**The Greenspan Era**
This figure shows annual data from 1984 to 2005 on the unemployment rate and on the inflation rate (as measured by the GDP deflator). During most of this period, Alan Greenspan was chairman of the Federal Reserve. Fluctuations in inflation and unemployment were relatively small.

Source: U.S. Department of Labor; U.S. Department of Commerce.

In 2001, however, the economy ran into problems. The end of the dot-com stock market bubble, the 9/11 terrorist attacks, and corporate accounting scandals all depressed aggregate demand. Unemployment rose as the economy experienced its first recession in a decade. But a combination of expansionary monetary and fiscal policies helped end the downturn, and by early 2005, unemployment was close to most estimates of the natural rate.

In 2005, President Bush nominated Ben Bernanke to follow Alan Greenspan as the chairman of the Fed. Bernanke was sworn in on February 1, 2006. In 2009, Bernanke was reappointed by President Obama. At the time of his initial nomination, Bernanke said, "My first priority will be to maintain continuity with the policies and policy strategies established during the Greenspan years."

### 35-4e  A Financial Crisis Takes Us for a Ride along the Phillips Curve

Ben Bernanke may have hoped to continue the policies of the Greenspan era and to enjoy the relative calm of those years, but his wishes would not be fulfilled. During his first few years on the job, the new Fed chairman faced some significant and daunting economic challenges.

As we have seen in previous chapters, the main challenge arose from problems in the housing market and financial system. From 1995 to 2006, the U.S. housing market boomed and average U.S. house prices more than doubled. But this housing boom proved unsustainable, and from 2006 to 2009 house prices fell by about one-third. This large fall led to declines in household wealth and difficulties for many financial institutions that had bet (through the purchase of mortgage-backed securities) that house prices would continue to rise. The resulting financial crisis resulted in a large decline in aggregate demand and a steep increase in unemployment.

We have already looked at the story of the crisis and the policy responses to it in previous chapters, but Figure 13 shows what these events meant for inflation

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203



**FIGURE 13**

**The Phillips Curve during and after the Recession of 2008–2009**
This figure shows annual data from 2006 to 2015 on the unemployment rate and on the inflation rate (as measured by the GDP deflator). A financial crisis caused aggregate demand to plummet, leading to much higher unemployment and pushing inflation down to a very low level.

Source: U.S. Department of Labor; U.S. Department of Commerce.

and unemployment. From 2007 to 2010, as the decline in aggregate demand raised unemployment from below 5 percent to about 10 percent, it also reduced the rate of inflation from about 3 percent to about 1 percent. In essence, the economy rode down the short-run Phillips curve.

From 2010 to 2015, the economy slowly recovered. Unemployment fell back to about 5 percent, while the rate of inflation remained between 1 and 2 percent. One notable feature of this period is that the very low inflation of 2009 and 2010 does not appear to have substantially reduced expected inflation and shifted the short-run Phillips curve downward. Instead, expected inflation appears to have remained steady at about 2 percent, which kept the short-run Phillips curve relatively stable. A common explanation for this phenomenon is that the Federal Reserve had, over the previous 20 years, established a lot of credibility in its commitment to keep inflation at about 2 percent. As a result, expected inflation and the position of the short-run Phillips curve reacted less to the dramatic short-run events.

 *What is the sacrifice ratio? How might the credibility of the Fed's commitment to reduce inflation affect the sacrifice ratio?*

## 35-5 Conclusion

This chapter has examined how economists' thinking about inflation and unemployment has evolved. We have discussed the ideas of many of the best economists of the 20th century: from the Phillips curve of Phillips, Samuelson, and Solow, to the natural-rate hypothesis of Friedman and Phelps, to the rational-expectations theory of Lucas, Sargent, and Barro. Six members of this group won Nobel Prizes for their work in economics.

Although the trade-off between inflation and unemployment has generated much intellectual turmoil, certain principles have developed that command

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

consensus. Here is how Milton Friedman expressed the relationship between inflation and unemployment in 1968:

> There is always a temporary tradeoff between inflation and unemployment; there is no permanent tradeoff. The temporary tradeoff comes not from inflation per se, but from unanticipated inflation, which generally means, from a rising rate of inflation. The widespread belief that there is a permanent tradeoff is a sophisticated version of the confusion between "high" and "rising" that we all recognize in simpler forms. A rising rate of inflation may reduce unemployment, a high rate will not.
>
> But how long, you will say, is "temporary"? . . . I can at most venture a personal judgment, based on some examination of the historical evidence, that the initial effects of a higher and unanticipated rate of inflation last for something like two to five years.

Today, about a half century later, this statement still summarizes the view of most macroeconomists.

## CHAPTER QuickQuiz

1. When the Federal Reserve increases the money supply and expands aggregate demand, it moves the economy along the Phillips curve to a point with _____ inflation and _____ unemployment.
   a. higher, higher
   b. higher, lower
   c. lower, higher
   d. lower, lower

2. If the Federal Reserve increases the rate of money growth and maintains it at the new higher rate, eventually expected inflation will _____ and the short-run Phillips curve will shift _____.
   a. decrease, downward
   b. decrease, upward
   c. increase, downward
   d. increase, upward

3. When an adverse supply shock shifts the short-run aggregate-supply curve to the left, it also
   a. moves the economy along the short-run Phillips curve to a point with higher inflation and lower unemployment.
   b. moves the economy along the short-run Phillips curve to a point with lower inflation and higher unemployment.
   c. shifts the short-run Phillips curve to the right.
   d. shifts the short-run Phillips curve to the left.

4. Advocates of the theory of rational expectations believe that
   a. the sacrifice ratio can be much smaller if policymakers make a credible commitment to low inflation.
   b. if disinflation catches people by surprise, it will have minimal impact on unemployment.
   c. wage and price setters never expect the central bank to follow through on its announcements.
   d. expected inflation depends on the rates of inflation that people have recently observed.

5. From one year to the next, inflation falls from 5 to 4 percent, while unemployment rises from 6 to 7 percent. Which of the following events could be responsible for this change?
   a. The central bank increases the growth rate of the money supply.
   b. The government cuts spending and raises taxes to reduce the budget deficit.
   c. Newly discovered oil reserves cause world oil prices to plummet.
   d. The appointment of a new Fed chair increases expected inflation.

6. From one year to the next, inflation rises from 4 to 5 percent, while unemployment rises from 6 to 7 percent. Which of the following events could be responsible for this change?
   a. The central bank increases the growth rate of the money supply.
   b. The government cuts spending and raises taxes to reduce the budget deficit.
   c. Newly discovered oil reserves cause world oil prices to plummet.
   d. The appointment of a new Fed chair increases expected inflation.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## SUMMARY

- The Phillips curve describes a negative relationship between inflation and unemployment. By expanding aggregate demand, policymakers can choose a point on the Phillips curve with higher inflation and lower unemployment. By contracting aggregate demand, policymakers can choose a point on the Phillips curve with lower inflation and higher unemployment.
- The trade-off between inflation and unemployment described by the Phillips curve holds only in the short run. In the long run, expected inflation adjusts to changes in actual inflation, and the short-run Phillips curve shifts. As a result, the long-run Phillips curve is vertical at the natural rate of unemployment.
- The short-run Phillips curve also shifts because of shocks to aggregate supply. An adverse supply shock,

such as an increase in world oil prices, gives policymakers a less favorable trade-off between inflation and unemployment. That is, after an adverse supply shock, policymakers have to accept a higher rate of inflation for any given rate of unemployment or a higher rate of unemployment for any given rate of inflation.
- When the Fed contracts growth in the money supply to reduce inflation, it moves the economy along the short-run Phillips curve, which results in temporarily high unemployment. The cost of disinflation depends on how quickly expectations of inflation fall. Some economists argue that a credible commitment to low inflation can reduce the cost of disinflation by inducing a quick adjustment of expectations.

## KEY CONCEPTS

Phillips curve, p. 764
natural-rate hypothesis, p. 772

supply shock, p. 774
sacrifice ratio, p. 777

rational expectations, p. 778

## QUESTIONS FOR REVIEW

1. Draw the short-run trade-off between inflation and unemployment. How might the Fed move the economy from one point on this curve to another?

2. Draw the long-run trade-off between inflation and unemployment. Explain how the short-run and long-run trade-offs are related.

3. What is "natural" about the natural rate of unemployment? Why might the natural rate of unemployment differ across countries?

4. Suppose a drought destroys farm crops and drives up the price of food. What is the effect on the short-run trade-off between inflation and unemployment?

5. The Fed decides to reduce inflation. Use the Phillips curve to show the short-run and long-run effects of this policy. How might the short-run costs be reduced?

## PROBLEMS AND APPLICATIONS

1. Suppose the natural rate of unemployment is 6 percent. On one graph, draw two Phillips curves that describe the four situations listed here. Label the point that shows the position of the economy in each case.
   a. Actual inflation is 5 percent, and expected inflation is 3 percent.
   b. Actual inflation is 3 percent, and expected inflation is 5 percent.
   c. Actual inflation is 5 percent, and expected inflation is 5 percent.
   d. Actual inflation is 3 percent, and expected inflation is 3 percent.

2. Illustrate the effects of the following developments on both the short-run and long-run Phillips curves. Give the economic reasoning underlying your answers.
   a. a rise in the natural rate of unemployment
   b. a decline in the price of imported oil
   c. a rise in government spending
   d. a decline in expected inflation

3. Suppose that a fall in consumer spending causes a recession.
   a. Illustrate the immediate change in the economy using both an aggregate-supply/aggregate-demand diagram and a Phillips-curve diagram.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

On both graphs, label the initial long-run equilibrium as point A and the resulting short-run equilibrium as point B. What happens to inflation and unemployment in the short run?

b. Now suppose that over time expected inflation changes in the same direction that actual inflation changes. What happens to the position of the short-run Phillips curve? After the recession is over, does the economy face a better or worse set of inflation–unemployment combinations? Explain.

4. Suppose the economy is in a long-run equilibrium.
   a. Draw the economy's short-run and long-run Phillips curves.
   b. Suppose a wave of business pessimism reduces aggregate demand. Show the effect of this shock on your diagram from part *a*. If the Fed undertakes expansionary monetary policy, can it return the economy to its original inflation rate and original unemployment rate?
   c. Now suppose the economy is back in long-run equilibrium and then the price of imported oil rises. Show the effect of this shock with a new diagram like that in part *a*. If the Fed undertakes expansionary monetary policy, can it return the economy to its original inflation rate and original unemployment rate? If the Fed undertakes contractionary monetary policy, can it return the economy to its original inflation rate and original unemployment rate? Explain why this situation differs from that in part *b*.

5. The inflation rate is 10 percent, and the central bank is considering slowing the rate of money growth to reduce inflation to 5 percent. Economist Milton believes that expectations of inflation change quickly in response to new policies, whereas economist James believes that expectations are very sluggish. Which economist is more likely to favor the proposed change in monetary policy? Why?

6. Suppose the Federal Reserve's policy is to maintain low and stable inflation by keeping unemployment at its natural rate. However, the Fed believes that the natural rate of unemployment is 4 percent when the actual natural rate is 5 percent. If the Fed based its policy decisions on its belief, what would happen to the economy? How might the Fed come to realize that its belief about the natural rate was mistaken?

7. Suppose the Federal Reserve announced that it would pursue contractionary monetary policy to reduce the inflation rate. Would the following conditions make the ensuing recession more or less severe? Explain.
   a. Wage contracts have short durations.
   b. There is little confidence in the Fed's determination to reduce inflation.
   c. Expectations of inflation adjust quickly to actual inflation.

8. As described in the chapter, the Federal Reserve in 2008 faced a decrease in aggregate demand caused by the housing and financial crises and a decrease in short-run aggregate supply caused by rising commodity prices.
   a. Starting from a long-run equilibrium, illustrate the effects of these two changes using both an aggregate-supply/aggregate-demand diagram and a Phillips-curve diagram. On both diagrams, label the initial long-run equilibrium as point A and the resulting short-run equilibrium as point B. For each of the following variables, state whether it rises or falls or whether the impact is ambiguous: output, unemployment, the price level, the inflation rate.
   b. Suppose the Fed responds quickly to these shocks and adjusts monetary policy to keep unemployment and output at their natural rates. What action would it take? On the same set of graphs from part *a*, show the results. Label the new equilibrium as point C.
   c. Why might the Fed choose not to pursue the course of action described in part *b*?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 416 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicate , in whole or in part. WCN 02-200-203

# PART XIII
# Final Thoughts



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW     Document 9-1     Filed 07/31/23     Page 418 of 468



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

# Six Debates over Macroeconomic Policy

I t is hard to follow the news without finding some politician or editorial writer advocating a change in economic policy. The president should raise taxes to reduce the budget deficit, or he should stop worrying about the budget deficit. The Federal Reserve should cut interest rates to stimulate a flagging economy, or it should avoid such moves in order not to risk higher inflation. Congress should reform the tax system to promote faster economic growth, or it should reform the tax system to achieve a more equal distribution of income. Such economic issues are central to the continuing political debate in the United States and other countries around the world.



Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02

Previous chapters have developed the tools that economists use to analyze the behavior of the economy as a whole and the impact of policies on the economy. This final chapter considers six classic questions about macroeconomic policy. Economists have long debated these questions, and they will likely continue to do so for years to come. The knowledge you have accumulated in this course provides the foundation upon which we can discuss these important, unsettled issues. It should help you choose a side in these debates or, at least, help you see why choosing a side is so difficult.

# 36-1  Should Monetary and Fiscal Policymakers Try to Stabilize the Economy?

In the preceding three chapters, we saw how changes in aggregate demand and aggregate supply can lead to short-run fluctuations in production and employment. We also saw how monetary and fiscal policy can shift aggregate demand and, thereby, influence these fluctuations. But even if policymakers *can* influence short-run economic fluctuations, does that mean they *should*? Our first debate concerns whether monetary and fiscal policymakers should use the tools at their disposal in an attempt to smooth the ups and downs of the business cycle.

### 36-1a  Pro: Policymakers Should Try to Stabilize the Economy

Left on their own, economies fluctuate. When households and firms become pessimistic, for instance, they cut back on spending, and this reduces the aggregate demand for goods and services. The fall in aggregate demand, in turn, reduces the production of goods and services. Firms lay off workers, and the unemployment rate rises. Real GDP and other measures of income fall. Rising unemployment and falling income help confirm the pessimism that initially generated the economic downturn.

Such a recession has no benefit for society—it represents a sheer waste of resources. Workers who lose their jobs because of declining aggregate demand would rather be working. Business owners whose factories are idle during a recession would rather be producing valuable goods and services and selling them at a profit.

There is no reason for society to suffer through the booms and busts of the business cycle. Macroeconomic theory shows policymakers how to reduce the severity of economic fluctuations. By "leaning against the wind" of economic change, monetary and fiscal policy can stabilize aggregate demand and, thereby, production and employment. When aggregate demand is inadequate to ensure full employment, policymakers should boost government spending, cut taxes, and expand the money supply. When aggregate demand is excessive, risking higher inflation, policymakers should cut government spending, raise taxes, and reduce the money supply. Such policy actions put macroeconomic theory to its best use by leading to a more stable economy, which benefits everyone.

### 36-1b  Con: Policymakers Should Not Try to Stabilize the Economy

Monetary and fiscal policy can be used to stabilize the economy in theory, but there are substantial obstacles to the use of such policies in practice.

One problem is that monetary and fiscal policies do not affect the economy immediately but instead work with a long lag. Monetary policy affects aggregate demand primarily by changing interest rates, which in turn affect spending,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



FRANK MODELL/WWW.CARTOONBANK.COM

particularly residential and business investment. But many households and firms set their spending plans in advance. As a result, it takes time for changes in interest rates to alter the aggregate demand for goods and services. Many studies indicate that changes in monetary policy have little effect on aggregate demand until about 6 months after the change is made.

Fiscal policy works with a lag because of the long political process that governs changes in spending and taxes. To make any change in fiscal policy, a bill must go through congressional committees, pass both the House and the Senate, and be signed by the president. It can take years to propose, pass, and implement a major change in fiscal policy.

Because of these long lags, policymakers who want to stabilize the economy need to look ahead to economic conditions that are likely to prevail when their actions will take effect. Unfortunately, economic forecasting is highly imprecise, in part because macroeconomics is such a primitive science and in part because the shocks that cause economic fluctuations are intrinsically unpredictable. Thus, when policymakers change monetary or fiscal policy, they must rely on educated guesses about future economic conditions.

Too often, policymakers trying to stabilize the economy end up having the opposite effect. Economic conditions can easily change between the time a policy action begins and the time it takes effect. Because of this, policymakers can inadvertently exacerbate rather than mitigate the magnitude of economic fluctuations. Some economists have claimed that many of the major economic fluctuations in history, including the Great Depression of the 1930s, can be traced to destabilizing policy actions.

A rule that all physicians learn early in their training is "first, do no harm." The human body has natural restorative powers. Confronted with a sick patient and an uncertain diagnosis, often a doctor should do nothing but leave the patient's body to its own devices. Intervening in the absence of reliable knowledge merely risks making matters worse.

The same can be said about treating an ailing economy. It might be desirable if policymakers could eliminate all economic fluctuations, but that is not a realistic

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

goal given the limits of macroeconomic knowledge and the inherent unpredictability of world events. Economic policymakers should refrain from intervening often with monetary and fiscal policy and be content if they do no harm.

**QuickQuiz**  *Explain why monetary and fiscal policies work with a lag. Why do these lags matter in the choice between active and passive policy?*

## 36-2  Should the Government Fight Recessions with Spending Hikes Rather Than Tax Cuts?

When George W. Bush became president in 2001, the economy was slipping into a recession. He responded by cutting tax rates. When Barack Obama became president in 2009, the economy was in the middle of the Great Recession, the worst economic downturn in many decades. He responded with a stimulus package that offered some tax reductions but also included substantial increases in government spending. The contrast between these two policies illustrates a classic question of macroeconomics: Which instrument of fiscal policy—government spending or taxes—is better for reducing the severity of economic downturns?

### 36-2a  Pro: The Government Should Fight Recessions with Spending Hikes

John Maynard Keynes transformed economics when he wrote *The General Theory of Employment, Interest and Money* in the midst of the Great Depression of the 1930s, the worst economic downturn in U.S. history. Since then, economists have understood that the fundamental problem during recessions is inadequate aggregate demand. When firms are unable to sell a sufficient quantity of goods and services, they reduce production and employment. The key to ending recessions is to restore aggregate demand to a level consistent with full employment of the economy's labor force.

To be sure, monetary policy is the first line of defense against economic downturns. By increasing the money supply, the central bank reduces interest rates. Lower interest rates in turn reduce the cost of borrowing to finance investment projects, such as new factories and new housing. Increased spending on investment adds to aggregate demand and helps to restore normal levels of production and employment.

Fiscal policy provides an additional tool to combat recessions. When the government cuts taxes, it increases households' disposable income, which encourages them to increase spending on consumption. When the government buys goods and services, it adds directly to aggregate demand. Moreover, these fiscal actions can have multiplier effects: Higher aggregate demand leads to higher incomes, which in turn induces additional consumer spending and further increases in aggregate demand.

Fiscal policy is particularly useful when the tools of monetary policy lose their effectiveness. During the Great Recession of 2008 and 2009, for example, the Federal Reserve cut its target interest rate to about zero. The Fed cannot reduce interest rates below zero, because people would hold onto their cash rather than lending it out at a negative interest rate. Thus, once interest rates are at zero, the Fed loses its most powerful tool for stimulating the economy. In this circumstance, it is natural for the government to turn to fiscal policy—taxes and government spending—to prop up aggregate demand.



*President Barack Obama delivers remarks at the groundbreaking of a road project funded by the American Recovery and Reinvestment Act, Friday, June 18, 2010, in Columbus, Ohio.*

AP PHOTO/AMY SANCETTA

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Traditional Keynesian analysis indicates that increases in government purchases are a more potent tool than decreases in taxes. When the government gives a dollar in tax cuts to a household, part of that dollar may be saved rather than spent. (That is especially true if households view the tax reduction as temporary rather than permanent.) The part of the dollar that is saved does not contribute to the aggregate demand for goods and services. By contrast, when the government spends a dollar buying a good or service, that dollar immediately and fully adds to aggregate demand.

In 2009, economists in the Obama administration used a conventional macroeconomic model to calculate the magnitude of these effects. According to their computer simulations, each dollar of tax cuts increases GDP by $0.99, whereas each dollar of government purchases increases GDP by $1.59. Thus, increases in government spending offer a bigger "bang for the buck" than decreases in taxes. For this reason, the policy response in 2009 featured fewer federal tax cuts and more increases in federal spending.

Policymakers focused on three kinds of spending. First, there was spending on "shovel-ready" projects. These were public works projects such as repairs to highways and bridges on which construction could begin immediately, putting the unemployed back to work. Second, there was federal aid to state and local governments. Because many of these governments are constitutionally required to run balanced budgets, falling tax revenues during recessions can make it necessary for them to lay off teachers, police, and other public workers; federal aid prevented that outcome or, at least, reduced its severity. Third, there were increased payments to the jobless through the unemployment insurance system. Because the unemployed are often financially stretched, they were thought to be likely to spend rather than save this extra income. Thus, these transfer payments were thought to contribute more to aggregate demand—and thereby production and employment—than tax cuts would. According to the macroeconomic model used by the Obama administration, the $800 billion stimulus package would create or save more than 3 million jobs by the end of the president's second year in office.

It is impossible to know for sure what effect the stimulus in fact had. Because we get only one run at history, we cannot observe what would have happened without the stimulus package. Yet one thing is clear: While the economic downturn of 2008–2009 was severe, it could have been worse. In the Great Depression of the 1930s, real GDP fell by 27 percent and unemployment reached 25 percent. In the Great Recession, real GDP fell by only 4 percent and unemployment reached only 10 percent. As judged by either GDP or unemployment, the Great Recession did not approach the magnitude of the Great Depression.

### 36-2b Con: The Government Should Fight Recessions with Tax Cuts

There is a long tradition of using tax policy to stimulate a moribund economy. President Kennedy proposed a tax reduction as one of his major economic initiatives; it eventually passed under President Johnson in 1964. President Reagan also signed into law significant tax cuts when he became president in 1981. Both of these tax reductions were soon followed by robust economic growth.

Tax cuts have a powerful influence on both aggregate demand and aggregate supply. They increase aggregate demand by increasing households' disposable income, as emphasized in traditional Keynesian analysis. But they can also increase aggregate demand by altering incentives. For example, if the tax reductions take the form of an expanded investment tax credit, they can induce increased spending on investment goods. Because investment spending is the

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

most volatile component of GDP over the business cycle, stimulating investment is a key to ending recessions. Policymakers can target investment specifically with well-designed tax policy.

At the same time that tax cuts increase aggregate demand, they can also increase aggregate supply. When the government reduces marginal tax rates, workers keep a higher fraction of any income they earn. As a result, the unemployed have a greater incentive to search for jobs, and the employed have a greater incentive to work longer hours. Increased aggregate supply, along with the increased aggregate demand, means that the production of goods and services can expand without putting upward pressure on the rate of inflation.

There are various problems with increasing government spending during recessions. First of all, consumers understand that higher government spending, together with the government borrowing needed to finance it, will likely lead to higher taxes in the future. The anticipation of those future taxes will induce consumers to cut back spending today. Moreover, like most taxes, those in the future are likely to cause a variety of deadweight losses. As businesses look ahead to a more highly distorted future economy, they may reduce their expectations of future profits and reduce investment spending today. Because of these various effects, government-spending multipliers may be smaller than is conventionally believed.

It is also far from clear whether the government can spend money both wisely and quickly. Large government spending projects often require years of planning, as policymakers and voters weigh the costs and benefits of the many alternative courses of action. By contrast, when unemployment soars during recessions, the need for additional aggregate demand is immediate. If the government increases spending quickly, it may end up buying things of little public value. But if it tries to be careful and deliberate in planning its expenditures, it may fail to increase aggregate demand in a timely fashion.

Tax cuts have the advantage of decentralizing spending decisions, rather than relying on a centralized and highly imperfect political process. Households spend their disposable income on things they value. Firms spend their investment dollars on projects they expect to be profitable. By contrast, when the government tries to spend large sums of money fast, subject to various political pressures, it may end up building "bridges to nowhere." Ill-conceived public projects may employ some workers, but they create little lasting value. Moreover, they will leave future generations of taxpayers with significant additional debts. In the end, the short-run benefits of additional aggregate demand from increased government spending may fail to compensate for the long-run costs.

 *According to traditional Keynesian analysis, which has a larger impact on GDP—a dollar of tax cuts or a dollar of additional government spending? Why?*

## 36-3   Should Monetary Policy Be Made by Rule Rather Than by Discretion?

As we learned in the chapter on the monetary system, the Federal Open Market Committee sets monetary policy in the United States. The committee meets about every 6 weeks to evaluate the state of the economy. Based on this evaluation and forecasts of future economic conditions, it chooses whether to raise, lower, or leave unchanged the level of short-term interest rates. The Fed then adjusts

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

the money supply to reach that interest-rate target, which will normally remain unchanged until the next meeting.

The Federal Open Market Committee operates with almost complete discretion over how to conduct monetary policy. The laws that created the Fed give the institution only vague recommendations about what goals it should pursue. A 1977 amendment to the 1913 Federal Reserve Act said the Fed "shall maintain long run growth of the monetary and credit aggregates commensurate with the economy's long run potential to increase production, so as to promote effectively the goals of maximum employment, stable prices, and moderate long-term interest rates." But the act does not specify how to weight these various goals, nor does it tell the Fed how to pursue whatever objective it might choose.

Some economists are critical of this institutional design. Our next debate over macroeconomic policy, therefore, focuses on whether the Federal Reserve should have its discretionary powers reduced and, instead, be committed to following a rule for how it conducts monetary policy.

### 36-3a  Pro: Monetary Policy Should Be Made by Rule

Discretion in the conduct of monetary policy has two problems. The first is that it does not limit incompetence and abuse of power. When the government sends police into a community to maintain civic order, it gives them strict guidelines about how to carry out their job. Because police have great power, allowing them to exercise that power however they wanted would be dangerous. Yet when the government gives central bankers the authority to maintain economic order, it gives them few guidelines. Monetary policymakers are allowed undisciplined discretion.

One example of the abuse of power is that central bankers are sometimes tempted to use monetary policy to affect the outcome of elections. Suppose that the vote for the incumbent president is based on economic conditions at the time he is up for reelection. A central banker sympathetic to the incumbent might be tempted to pursue expansionary policies just before the election to stimulate production and employment, knowing that the resulting inflation will not show up until after the election. Thus, to the extent that central bankers ally themselves with politicians, discretionary policy can lead to economic fluctuations that reflect the electoral calendar. Economists call such fluctuations the *political business cycle*. Prior to the election of 1972, for instance, President Richard Nixon pressured Federal Reserve Chairman Arthur Burns to pursue a more expansionary monetary policy, presumably to bolster Nixon's reelection chances.

The second and subtler problem with discretionary monetary policy is that it might lead to more inflation than is desirable. Central bankers, knowing that there is no long-run trade-off between inflation and unemployment, often announce that their goal is zero inflation. Yet they rarely achieve price stability. Why? Perhaps it is because, once the public forms expectations of inflation, policymakers face a short-run trade-off between inflation and unemployment. They are tempted to renege on their announcement of price stability to achieve lower unemployment. This discrepancy between announcements (what policymakers *say* they are going to do) and actions (what they subsequently in fact do) is called the *time inconsistency of policy*. Because policymakers are so often time inconsistent, people are skeptical when central bankers announce their intentions to reduce the rate of inflation. As a result, people always expect more inflation than monetary policymakers claim they are trying to achieve. Higher expectations of inflation, in turn, shift the short-run Phillips curve upward, making the short-run trade-off between inflation and unemployment less favorable than it otherwise might be.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

One way to avoid these two problems with discretionary policy is to commit the central bank to a policy rule. For example, suppose that Congress passed a law requiring the Fed to increase the money supply by exactly 3 percent per year. (Why 3 percent? Because real GDP grows on average about 3 percent per year, and because money demand grows with real GDP, 3 percent growth in the money supply is roughly the rate necessary to produce long-run price stability.) Such a law would eliminate incompetence and abuse of power on the part of the Fed, and it would make the political business cycle impossible. In addition, policy could no longer be time inconsistent. People would now believe the Fed's announcement of low inflation because the Fed would be legally required to pursue a low-inflation monetary policy. With low expected inflation, the economy would face a more favorable short-run trade-off between inflation and unemployment.

Other rules for monetary policy are also possible. A more active rule might allow some feedback from the state of the economy to changes in monetary policy. For example, a more active rule might require the Fed to increase monetary growth by 1 percentage point for every percentage point that unemployment rises above its natural rate. Regardless of the precise form of the rule, committing the Fed to some rule would yield advantages by limiting incompetence, abuse of power, and time inconsistency in the conduct of monetary policy.

### 36-3b  Con: Monetary Policy Should Not Be Made by Rule

There may be pitfalls with discretionary monetary policy, but there is also an important advantage to it: flexibility. The Fed has to confront various circumstances, not all of which can be foreseen. In the 1930s, banks failed in record numbers. In the 1970s, the price of oil skyrocketed around the world. In October 1987, the stock market fell by 22 percent in a single day. From 2007 to 2009, house prices dropped, home foreclosures soared, and the financial system experienced significant problems. The Fed must decide how to respond to these shocks to the economy. A designer of a policy rule could not possibly consider all the contingencies and specify in advance the right policy response. It is better to appoint good people to conduct monetary policy and then give them the freedom to do the best they can.

Moreover, the alleged problems with discretion are largely hypothetical. The practical importance of the political business cycle, for instance, is far from clear. While it is true that Nixon tried to pressure Burns in 1972, it is not clear that he succeeded: Interest rates rose significantly during the election year. Moreover, in some cases, just the opposite seems to occur. President Jimmy Carter appointed Paul Volcker to head the Federal Reserve in 1979. Nonetheless, in October of that year, Volcker switched to a contractionary monetary policy to combat the high rate of inflation that he had inherited from his predecessor. The predictable result of Volcker's decision was a recession, and the predictable result of the recession was a decline in Carter's popularity. Rather than using monetary policy to help the president who had appointed him, Volcker took actions he thought were in the national interest, even though they contributed to Carter's defeat by Ronald Reagan in the November 1980 election.

The practical importance of time inconsistency is also far from clear. Although most people are skeptical of central-bank announcements, central bankers can achieve credibility over time by backing up their words with actions. In the 1990s and 2000s, the Fed achieved and maintained a low rate of inflation, despite the ever-present temptation to take advantage of the short-run trade-off between inflation and unemployment. This experience shows that low inflation does not require that the Fed be committed to a policy rule.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

---

### FYI

## Inflation Targeting

Over the past few decades, many central banks around the world have adopted a policy called *inflation targeting*. Sometimes this takes the form of a central bank announcing its intentions regarding the inflation rate over the next few years. At other times it takes the form of a national law that specifies an inflation goal for the central bank.

Inflation targeting is not a commitment to an ironclad rule. In all the countries that have adopted inflation targeting, central banks are left with a fair amount of discretion. Inflation targets are usually set as a range—an inflation rate of 1 to 3 percent, for example—rather than a particular number. Thus, the central bank can choose where in the range it wants to be. Moreover, the central bank is sometimes allowed to adjust its target for inflation, at least temporarily, if some event (such as a shock to world oil prices) pushes inflation outside the target range.

Although inflation targeting leaves the central bank with some discretion, the policy does constrain how that discretion is used. When a central bank is told simply to "do the right thing," it is hard to hold the central bank accountable, because people can argue forever about what is right. By contrast, when a central bank has an inflation target, the public can more easily judge whether the central bank is meeting its goals. Inflation targeting does not tie the hands of the central bank, but it does increase the transparency and accountability of monetary policy. In a sense, inflation targeting is a compromise in the debate over rules versus discretion.

Compared with other central banks around the world, the Federal Reserve was slow to adopt a policy of inflation targeting, although some commentators had long suggested that the Fed had an implicit inflation target of about 2 percent. In January 2012, the Federal Open Market Committee made the policy more explicit. Its press release read as follows:

*The inflation rate over the longer run is primarily determined by monetary policy, and hence the Committee has the ability to specify a longer-run goal for inflation. The Committee judges that inflation at the rate of 2 percent, as measured by the annual change in the price index for personal consumption expenditures, is most consistent over the longer run with the Federal Reserve's statutory mandate. Communicating this inflation goal clearly to the public helps keep longer-term inflation expectations firmly anchored, thereby fostering price stability and moderate long-term interest rates and enhancing the Committee's ability to promote maximum employment in the face of significant economic disturbances.* ■

---

Any attempt to replace discretion with a rule must confront the difficult task of specifying a precise rule. Despite much research examining the costs and benefits of alternative rules, economists have not reached consensus about what a good rule would be. Until there is consensus, society has little choice but to give central bankers discretion to conduct monetary policy as they see fit.

 *Give an example of a monetary policy rule. Why might your rule be better than discretionary policy? Why might it be worse?*

## 36-4 Should the Central Bank Aim for Zero Inflation?

One of the *Ten Principles of Economics* discussed in Chapter 1, and developed more fully in the chapter on money growth and inflation, is that prices rise when the government prints too much money. Another of the *Ten Principles of Economics* discussed in Chapter 1, and developed more fully in the preceding chapter, is that society faces a short-run trade-off between inflation and unemployment. Put together, these two principles raise a question for policymakers: How much inflation should the central bank be willing to tolerate? Our next debate is whether zero is the right target for the inflation rate.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

### 36-4a   Pro: The Central Bank Should Aim for Zero Inflation

Inflation confers no benefit on society, but it imposes several real costs. As we have discussed, economists have identified six costs of inflation:

- Shoeleather costs associated with reduced money holdings
- Menu costs associated with more frequent adjustment of prices
- Increased variability of relative prices
- Unintended changes in tax liabilities due to nonindexation of the tax code
- Confusion and inconvenience resulting from a changing unit of account
- Arbitrary redistributions of wealth associated with dollar-denominated debts

Some economists argue that these costs are small, at least for moderate rates of inflation, such as the 3 percent inflation experienced in the United States during the 1990s and 2000s. But other economists claim these costs can be substantial, even for moderate inflation. Moreover, there is no doubt that the public dislikes inflation. When inflation heats up, opinion polls identify inflation as one of the nation's leading problems.

The benefits of zero inflation have to be weighed against the costs of achieving it. Reducing inflation usually requires a period of high unemployment and low output, as illustrated by the short-run Phillips curve. But this disinflationary recession is only temporary. Once people come to understand that policymakers are aiming for zero inflation, expectations of inflation will fall and the short-run trade-off will improve. Because expectations adjust, there is no trade-off between inflation and unemployment in the long run.

Reducing inflation is, therefore, a policy with temporary costs and permanent benefits. Once the disinflationary recession is over, the benefits of zero inflation persist into the future. If policymakers are farsighted, they should be willing to incur the temporary costs for the permanent benefits. This was precisely the calculation made by Paul Volcker in the early 1980s, when he tightened monetary policy and reduced inflation from about 10 percent in 1980 to about 4 percent in 1983. Although in 1982 unemployment reached its highest level since the Great Depression, the economy eventually recovered from the recession, leaving a legacy of low inflation. Today, Volcker is considered a hero among central bankers.

Moreover, the costs of reducing inflation need not be as large as some economists claim. If the Fed announces a credible commitment to zero inflation, it can directly influence expectations of inflation. Such a change in expectations can improve the short-run trade-off between inflation and unemployment, allowing the economy to reach lower inflation at a reduced cost. The key to this strategy is credibility: People must believe that the Fed is actually going to carry through on its announced policy. Congress could help in this regard by passing legislation that makes price stability the Fed's primary goal. Such a law would decrease the cost of achieving zero inflation without reducing any of the resulting benefits.

One advantage of a zero-inflation target is that zero provides a more natural focal point for policymakers than any other number. Suppose, for instance, that the Fed were to announce that it would keep inflation at 3 percent—the rate experienced during much of the previous two decades. Would the Fed really stick to that 3 percent target? If events inadvertently pushed inflation up to 4 or 5 percent, why wouldn't it just raise the target? There is, after all, nothing special about the number 3. By contrast, zero is the only number for the inflation rate at which the Fed can claim that it has achieved price stability and fully eliminated the costs of inflation.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

### 36-4b Con: The Central Bank Should Not Aim for Zero Inflation

Price stability may be desirable, but the benefits of zero inflation compared to moderate inflation are small, whereas the costs of reaching zero inflation are large. Estimates of the sacrifice ratio suggest that reducing inflation by 1 percentage point requires giving up about 5 percent of one year's output. Reducing inflation from, say, 4 percent to zero requires a loss of 20 percent of a year's output. People might dislike inflation of 4 percent, but it is not at all clear that they would (or should) be willing to pay 20 percent of a year's income to get rid of it.

The social costs of disinflation are even larger than this 20 percent figure suggests, for the lost income is not spread equitably over the population. When the economy goes into recession, all incomes do not fall proportionately. Instead, the fall in aggregate income is concentrated on those workers who lose their jobs. The vulnerable workers are often those with the least skills and experience. Hence, much of the cost of reducing inflation is borne by those who can least afford to pay it.

Economists can list several costs of inflation, but there is no professional consensus that these costs are substantial. The shoeleather costs, menu costs, and others that economists have identified do not seem great, at least for moderate rates of inflation. It is true that the public dislikes inflation, but the public may be misled into believing the inflation fallacy—the view that inflation erodes living standards. Economists understand that living standards depend on productivity, not monetary policy. Because inflation in nominal incomes goes hand in hand with inflation in prices, reducing inflation would not cause real incomes to rise more rapidly.

Moreover, policymakers can reduce many of the costs of inflation without actually reducing inflation. They can eliminate the problems associated with the nonindexed tax system by rewriting the tax laws to take account of the effects of inflation. They can also reduce the arbitrary redistributions of wealth between creditors and debtors caused by unexpected inflation by issuing indexed government bonds, as the Clinton administration did in 1997. Such an act insulates holders of government debt from inflation. In addition, by setting an example, the policy might encourage private borrowers and lenders to write debt contracts indexed for inflation.

Reducing inflation might be desirable if it could be done at no cost, as some economists argue is possible. Yet this trick seems hard to carry out in practice. When economies reduce their rate of inflation, they almost always experience a period of high unemployment and low output. It is risky to believe that the central bank could achieve credibility so quickly as to make disinflation painless.

Indeed, a disinflationary recession can potentially leave permanent scars on the economy. Firms in all industries reduce their spending on new plants and equipment substantially during recessions, making investment the most volatile component of GDP. Even after the recession is over, the smaller stock of capital reduces productivity, incomes, and living standards below the levels they otherwise would have achieved. In addition, when workers become unemployed in recessions, they lose job skills, permanently reducing their value as workers.

A little bit of inflation may even be a good thing. Some economists believe that inflation "greases the wheels" of the labor market. Because workers resist cuts in nominal wages, a fall in real wages is more easily accomplished with a rising price level. Inflation thus makes it easier for real wages to adjust to changes in labor-market conditions.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

## IN THE NEWS

## On Kiwis and Currencies

*How do central bankers choose a rate of inflation to target?*

### The Goal of 2% Inflation, Rethought

**By Neil Irwin**

Sometimes, decisions that shape the world's economic future are made with great pomp and gain widespread attention. Other times, they are made through a quick, unanimous vote by members of the New Zealand Parliament who were eager to get home for Christmas.

That is what happened 25 years ago this Sunday, when New Zealand became the first country to set a formal target for how much prices should rise each year—zero to 2 percent in its initial action. The practice was so successful in making the high inflation of the 1970s and '80s a thing of the past that all of the world's most advanced nations have emulated it in one form or another. A 2 percent inflation target is now the norm across much of the world, having become virtually an economic religion....

Yet even as the idea of a 2 percent target has become the orthodoxy, a worrying possibility is becoming clear: What if it's wrong? What if it is one of the reasons that the global economy has been locked in five years of slow growth?

Some economists are beginning to consider the possibility that 2 percent inflation at all times leaves central banks with too little flexibility to adequately fight a deep economic malaise.

To understand that thinking, it's worth understanding how New Zealand's 2 percent target became so entrenched in the world economic order to begin with. The story starts in that Southern Hemisphere nation in the summer of 1989, with a kiwi farmer and banker named Don Brash.

When Mr. Brash stepped down as managing director of the New Zealand Kiwifruit Authority to lead the country's central bank in 1988, he was taking the helm of an economy that had been through a rough two decades, with high inflation and disappointing growth.

Mr. Brash tells the story of an uncle who sold an apple orchard in 1971 and put the money into long-term government bonds to finance his retirement, only to see inflation wipe out 90 percent of his life savings by the time the bonds matured.

In the years before Mr. Brash took the helm of the central bank—the Reserve Bank of New Zealand—his predecessor had made progress in bringing down inflation and making the bank more independent from the whims of politicians. But that independence had not been codified in law.

That's what the Reserve Bank Act of 1989 was supposed to do. It directed the finance minister and the head of the central bank to arrive at a formal target for how high inflation should be, and granted the central bank political independence to guide interest rates to achieve that inflation level. The head of the central bank could be dismissed for failure to reach the inflation goal.

For David Caygill, New Zealand's finance minister at the time, the essential part of the law was establishing the bank's independence from the political process. "Inflation targeting wasn't from our point of view the main point of the act," he said in an interview this month.

The debate over the legislation was contentious. Labor unions feared that focusing so pointedly on inflation would lead to higher unemployment. Some business interests agreed....

Ultimately, however, the leaders of the majority party in Parliament decided to brush off the concerns. It helped the cause that one of the bill's strongest opponents was laid up in hospital. And Christmas was around the corner.

Once the law was enacted, though, there was the difficult question of what the inflation target should be. Zero percent? Two percent? Five percent?

Mr. Brash and Mr. Caygill got a head start on an answer from an offhand comment made during a television interview in 1988. Roger Douglas, Mr. Caygill's predecessor as finance minister, had been seeking to dissuade New Zealanders from thinking that the central bank would be content with high inflation, and so he said in an interview that he was aiming for inflation of around zero to 1 percent.



"It was almost a chance remark," Mr. Brash said in a recent interview. "The figure was plucked out of the air to influence the public's expectations."

With Mr. Douglas's figures as a starting point, Mr. Brash and Mr. Caygill agreed that it would be best to expand the range to give them more room to maneuver, but only a bit. New Zealand would aim for inflation between zero and 2 percent.

Not surprisingly, the passage of a law to reform the central bank governance of an archipelago of 3.4 million people received no coverage in the major American papers. But across the close-knit world of global central bankers, people started to notice the Kiwis' monetary policy experiment.

At the time, the idea of a central bank simply announcing how much inflation it was aiming for was an almost radical idea. After all, central bankers had long considered a certain man-behind-the-curtain mystique as one of their tools of power.

The inflation goal may have reduced that mystique, but it created a kind of magic of its own. Merely by announcing its goals for inflation, and giving the central bank the independent authority to reach that goal, New Zealand made that result a reality. In negotiations over wages or making plans for price increases, businesses and labor unions across New Zealand started assuming that inflation would indeed be around 2 percent. It thus became self-fulfilling, with wages and prices rising more slowly.

Inflation was 7.6 percent at the end of 1989 when the law was passed. By the end of 1991, it was 2 percent. Mr. Brash did a bit of global campaigning, describing New Zealand's success to his fellow central bankers at a conference in Jackson Hole, Wyo.—and to anyone else who would listen.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 431 of 468

One by one, more countries adopted the approach. Canada, grappling with persistently high inflation, set an inflation target of 2 percent in 1991. Countries including Sweden and Britain soon followed....

But the more that countries set about announcing a target, the more keen was the discussion about the actual number.

One view was that zero inflation should be the goal—that a dollar today should have the same buying power as a dollar in a decade, or two or three. That was the view embraced by, among others, Paul A. Volcker, the former Fed chairman. Alan Greenspan, Mr. Volcker's successor at the Fed, argued that inflation needed to be low enough that it didn't have to be factored into business decisions.

Either of those approaches would imply that a proper target would be zero, or perhaps 0.5 percent or 1 percent, given the difficulty of measuring inflation precisely.

But there was an alternate view—that keeping inflation that low might be dangerous. And the person mounting that argument most forcefully within the Federal Reserve in the 1990s was a Fed governor named Janet L. Yellen.

Behind the oversize doors of the Federal Reserve's boardroom on Constitution Avenue in Washington, the fight over whether the world's largest economy should emulate the likes of Canada and New Zealand took place in 1995 and 1996.

Ms. Yellen, who now runs the institution, worried that announcing an inflation target would make the Fed focus only on inflation and neglect its responsibilities to bolster growth and jobs. She worried that zero inflation could paralyze the economy, particularly during slumps, and felt that some inflation was necessary.

"To my mind the most important argument for some low inflation rate is the 'greasing-the-wheels argument,'" Ms. Yellen said in a closed-door meeting of Fed policy makers in July 1996.

When businesses run into rough times, they may be inclined to cut workers' pay. But in practice, that doesn't happen much. Even in a severe downturn, businesses are more likely to cut hours, conduct layoffs or keep positions vacant than cut pay. That's one reason recessions tend to lead to higher unemployment instead of lower wages.

Inflation helps deal with this problem. When there is a bit of inflation, employers can hold workers' pay steady during a downturn yet have it decline in inflation-adjusted terms. Inflation creates an adjustment mechanism: An assembly line worker may keep making exactly $20 an hour through a downturn, but in inflation-adjusted terms that pay falls by 2 percent a year, which could make the factory less likely to resort to layoffs.

In that 1996 debate, another argument that Ms. Yellen raised against a zero percent target was particularly prescient. The higher the level of inflation, the more that central banks can stimulate the economy during a downturn.

Imagine that there is a severe recession and the Fed cuts interest rates to zero, so that when you put money in the bank you get no return. If there is no inflation, your money will retain its purchasing power and be worth the same when you withdraw it. But if there is inflation, the value of your money sitting in the bank becomes steadily less valuable, meaning that you have more incentive to spend or invest it.

"A little inflation permits real interest rates to become negative on the rare occasions when required to counter a recession," Ms. Yellen said in 1996. "This could be important."

She, along with her colleagues across the world of central banking, had no idea just how important.

Ms. Yellen's argument—that some inflation would help grease the economy's wheels and give central banks more flexibility to respond to a downturn—prevailed, in the sense that 2 percent became the widespread target of global central banks.

But even as that target was embraced, signs started to emerge that it wasn't high enough to avoid the kinds of problems that Ms. Yellen and others had described.

Starting in the late 1990s, Japan found itself stuck in a pattern of falling prices, or deflation, even after it cut interest rates all the way to zero. The United States suffered a mild recession in 2001, and the Fed cut interest rates to 1 percent to help spur a recovery. Then came the global financial crisis of 2007 to 2009, spurring a steep downturn across the planet and causing central banks to slash interest rates.



Janet Yellen

All of this has quite a few smart economists wondering whether the central bankers got the target number wrong. If they had set it a bit higher, perhaps at 3 or 4 percent, they might have been better able to combat the Great Recession because they could cut inflation-adjusted interest rates by more.

"Should policy makers therefore aim for a higher target inflation rate in normal times, in order to increase the room for monetary policy to react to such shocks?" asked Olivier Blanchard, the chief economist of the International Monetary Fund, in a 2010 paper with two co-authors. "To be concrete, are the net costs of inflation much higher at, say, 4 percent than at 2 percent, the current target range?"...

Such a shift would come at a cost. At 2 percent inflation, it is easy to enter into many financial transactions without really having to adjust for inflation. At 2 percent inflation, the value of a dollar falls by half over 35 years, whereas at 4 percent it falls in half every 18 years. On the other hand, inflation also hovered in the range of 3 to 4 percent through the mid-1980s, hardly remembered as an economic nightmare.

A shift in the target, furthermore, could well cause disruptions in financial markets and potentially a sharp, sudden rise in longer-term interest rates that could slow growth.

Current central bankers view the cost of raising the target as too high to pay. The Fed's vice chairman, Stanley Fischer, reasserted his support of a 2 percent target earlier this month. And Ms. Yellen has given no indication that she wishes to rethink the target. ◼

Source: *New York Times*, December 21, 2014.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

In addition, inflation allows for the possibility of negative real interest rates. Nominal interest rates can never fall below zero, because lenders can always hold on to their money rather than lending it out at a negative return. If inflation is zero, real interest rates can also never be negative. However, if inflation is positive, then a cut in nominal interest rates below the inflation rate produces negative real interest rates. Sometimes the economy may need negative real interest rates to provide sufficient stimulus to aggregate demand—an option ruled out by zero inflation.

In light of all these arguments, why should policymakers put the economy through a costly and inequitable disinflationary recession to achieve zero inflation? Economist Alan Blinder, who was once vice chairman of the Federal Reserve, argued in his book *Hard Heads, Soft Hearts* that policymakers should not make this choice:

> The costs that attend the low and moderate inflation rates experienced in the United States and in other industrial countries appear to be quite modest—more like a bad cold than a cancer on society. . . . As rational individuals, we do not volunteer for a lobotomy to cure a head cold. Yet, as a collectivity, we routinely prescribe the economic equivalent of lobotomy (high unemployment) as a cure for the inflationary cold.

Blinder concludes that it is better to learn to live with moderate inflation.

 *Explain the costs and benefits of reducing inflation to zero. Which are temporary and which are permanent?*

## 36-5   Should the Government Balance Its Budget?

A persistent macroeconomic debate concerns the government's finances. Whenever the government spends more than it collects in tax revenue, it covers this budget deficit by issuing government debt. In our study of financial markets, we saw how budget deficits affect saving, investment, and interest rates. But how big a problem are budget deficits? Our next debate concerns whether fiscal policymakers should make balancing the government's budget a high priority.

### 36-5a   Pro: The Government Should Balance Its Budget

The U.S. federal government is far more indebted today than it was three decades ago. In 1980, the federal debt was $712 billion; in 2015, it was $13.1 trillion. If we divide today's debt by the size of the population, we learn that each person's share of the government debt is about $41,000.

The most direct effect of the government debt is to place a burden on future generations of taxpayers. When these debts and accumulated interest come due, future taxpayers will face a difficult choice. They can choose some combination of higher taxes and less government spending to make resources available to pay off the debt and accumulated interest. Or, instead, they can delay the day of reckoning and put the government into even deeper debt by borrowing once again to pay off the old debt and interest. In essence, when the government runs a budget deficit and issues government debt, it allows current taxpayers to pass the bill for some of their government spending on to future taxpayers. Inheriting such a large debt will lower the living standard of future generations.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

In addition to this direct effect, budget deficits have various macroeconomic effects. Because budget deficits represent *negative* public saving, they lower national saving (the sum of private and public saving). Reduced national saving causes real interest rates to rise and investment to fall. Reduced investment leads over time to a smaller stock of capital. A lower capital stock reduces labor productivity, real wages, and the economy's production of goods and services. Thus, when the government increases its debt, future generations are born into an economy with lower incomes as well as higher taxes.

There are, nevertheless, situations in which running a budget deficit is justifiable. Throughout history, the most common cause of increased government debt has been war. When a military conflict raises government spending temporarily, it is reasonable to finance this extra spending by borrowing. Otherwise, taxes during wartime would have to rise precipitously. Such high tax rates would greatly distort the incentives faced by those who are taxed, leading to large deadweight losses. In addition, such high tax rates would be unfair to current citizens who are making the sacrifice of fighting the war to ensure security and freedom not only for themselves but also for future generations.

Similarly, it is reasonable to allow a budget deficit during a temporary downturn in economic activity. When the economy goes into a recession, tax revenue falls automatically because the income tax and the payroll tax are levied on measures of income. If the government tried to balance its budget during a recession, it would have to raise taxes or cut spending at a time of high unemployment. Such a policy would tend to depress aggregate demand at precisely the time it needed to be stimulated and, therefore, would tend to increase the magnitude of economic fluctuations.

Yet not all budget deficits can be justified as a result of war or recession. U.S. government debt as a percentage of GDP increased from 26 percent in 1980 to 50 percent in 1995. During this period, the United States experienced neither a major military conflict nor a major economic downturn. Yet the government consistently ran a sizable budget deficit, largely because the president and Congress found it easier to increase government spending than to increase taxes.

The budget deficits that the U.S. government has run in recent years can, perhaps, be rationalized by the wars in Iraq and Afghanistan and the effects of the recessions in 2001 and 2008–2009. But it is imperative that this deficit not signal a return to the unsustainable fiscal policy of an earlier era. As the economy recovers from the most recent recession and unemployment returns to its natural rate, the government should bring spending in line with tax revenue. Compared to the alternative of ongoing budget deficits, a balanced budget means greater national saving, investment, and economic growth. It means that future college graduates will enter a more prosperous economy.



*"What?!? My share of the government debt is $41,000?"*

### 36-5b Con: The Government Should Not Balance Its Budget

The problem of government debt is often exaggerated. Although the government debt does represent a tax burden on younger generations, it is not large compared to the average person's lifetime income. The debt of the U.S. federal government is about $41,000 per person. A person who works 40 years for $50,000 a year will earn $2 million over his lifetime. His share of the government debt represents only about 2 percent of his lifetime resources.

Moreover, it is misleading to view the effects of budget deficits in isolation. The budget deficit is just one piece of a large picture of how the government chooses to raise and spend money. In making these decisions about fiscal policy,

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

policymakers affect different generations of taxpayers in many ways. The government's budget deficit or surplus should be considered together with these other policies.

For example, suppose the government reduces the budget deficit by cutting spending on public investments, such as education. Does this policy make younger generations better off? The government debt will be smaller when they enter the labor force, which means a smaller tax burden. Yet if they are less educated than they could be, their productivity and incomes will be lower. Many estimates of the return from schooling (the increase in a worker's wage that results from an additional year in school) find that it is quite large. Reducing the budget deficit rather than funding more education spending could, all things considered, make future generations worse off.

Single-minded concern about the budget deficit is also dangerous because it draws attention away from various other policies that redistribute income across generations. For example, in the 1960s and 1970s, the U.S. federal government raised Social Security benefits for the elderly. It financed this higher spending by increasing the payroll tax on the working-age population. This policy redistributed income away from younger generations toward older generations, even though it did not affect the government debt. Thus, the budget deficit is only a small part of the larger issue of how government policy affects the welfare of different generations.

To some extent, forward-looking parents can reverse the adverse effects of government debt. Parents can offset the impact simply by saving and leaving a larger bequest. The bequest would enhance their children's ability to bear the burden of future taxes. Some economists claim that people do in fact behave this way. If this were true, higher private saving by parents would offset the public dissaving of budget deficits; as a result, deficits would not affect the economy. Most economists doubt that parents are so farsighted, but some people probably do act this way, and anyone could. Deficits give people the opportunity to consume at the expense of their children, but deficits do not require them to do so. If the government debt were actually a great problem facing future generations, some parents would help to solve it.

Critics of budget deficits sometimes assert that the government debt cannot continue to rise forever, but in fact, it can. Just as a bank evaluating a loan application would compare a person's debts to his income, we should judge the burden of the government debt relative to the size of the nation's income. Population growth and technological progress cause the total income of the U.S. economy to grow over time. As a result, the nation's ability to pay the interest on the government debt grows over time as well. As long as the government debt grows more slowly than the nation's income, there is nothing to prevent the government debt from growing forever.

Some numbers can put this into perspective. The real output of the U.S. economy grows on average about 3 percent per year. If the inflation rate is 2 percent per year, then nominal income grows at a rate of 5 percent per year. The government debt, therefore, can rise by 5 percent per year without increasing the ratio of debt to income. In 2015, the federal government debt was $13.1 trillion; 5 percent of this figure is $655 billion. As long as the federal budget deficit is smaller than $655 billion, the policy is sustainable.

To be sure, very large budget deficits cannot persist forever. From 2009 to 2012, the federal budget deficit was over $1 trillion every year, but this astonishing number was driven by extraordinary circumstances: a major financial crisis, a deep

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

economic downturn, and the policy responses to these events. No one suggests that a deficit of this magnitude can continue. But zero is the wrong target for fiscal policymakers. As long as the deficit is only moderate in size, there will never be a day of reckoning that forces government borrowing to end or the economy to collapse.

**Quick Quiz** *Explain how reducing a government budget deficit makes future generations better off. What fiscal policy might improve the lives of future generations more than reducing a government budget deficit?*

## 36-6 Should the Tax Laws Be Reformed to Encourage Saving?

A nation's standard of living depends on its ability to produce goods and services. This was one of the *Ten Principles of Economics* in Chapter 1. As we saw in the chapter on production and growth, a nation's productive capability, in turn, is determined largely by how much it saves and invests for the future. Our last debate is whether policymakers should reform the tax laws to encourage greater saving and investment.

### 36-6a Pro: The Tax Laws Should Be Reformed to Encourage Saving

A nation's saving rate is a key determinant of its long-run economic prosperity. When the saving rate is higher, more resources are available for investment in new plant and equipment. A larger stock of plant and equipment, in turn, raises labor productivity, wages, and incomes. It is, therefore, no surprise that international data show a strong correlation between national saving rates and measures of economic well-being.

Another of the *Ten Principles of Economics* presented in Chapter 1 is that people respond to incentives. This lesson should apply to people's decisions about how much to save. If a nation's laws make saving attractive, people will save a higher fraction of their incomes, and this higher saving will lead to a more prosperous future.

Unfortunately, the U.S. tax system discourages saving by taxing the return to saving quite heavily. For example, consider a 25-year-old worker who saves $1,000 of his income to have a more comfortable retirement at the age of 70. If he buys a bond that pays an interest rate of 10 percent, the $1,000 will accumulate at the end of 45 years to $72,900 in the absence of taxes on interest. But suppose he faces a marginal tax rate on interest income of 40 percent, which is typical for many workers once federal and state income taxes are added together. In this case, his after-tax interest rate is only 6 percent, and the $1,000 will accumulate at the end of 45 years to only $13,800. That is, accumulated over this long span of time, the tax rate on interest income reduces the benefit of saving $1,000 from $72,900 to $13,800—or by about 80 percent.

The tax code further discourages saving by taxing some forms of capital income twice. Suppose a person uses some of his saving to buy stock in a corporation. When the corporation earns a profit from its capital investments, it first pays tax on this profit in the form of the corporate income tax. If the corporation pays out the rest of the profit to the stockholder in the form of dividends, the stockholder pays tax on this income a second time in the form of the individual income tax. This double taxation substantially reduces the return to the stockholder, thereby reducing the incentive to save.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



## ASK THE EXPERTS

### Taxing Capital and Labor

"One drawback of taxing capital income at a lower rate than labor income is that it gives people incentives to relabel income that policymakers find hard to categorize as 'capital' rather than 'labor'."

**What do economists say?**



3% disagree
1% uncertain
96% agree

"Despite relabeling concerns, taxing capital income at a permanently lower rate than labor income would result in higher average long-term prosperity, relative to an alternative that generated the same amount of tax revenue by permanently taxing capital and labor income at equal rates instead."

**What do economists say?**



46% agree
21% disagree
33% uncertain

"Although they do not always agree about the precise likely effects of different tax policies, another reason why economists often give disparate advice on tax policy is because they hold differing views about choices between raising average prosperity and redistributing income."

**What do economists say?**



0% disagree
2% uncertain
98% agree

Source: IGM Economic Experts Panel, October 9, 2012.

The tax laws again discourage saving if a person wants to leave his accumulated wealth to his children (or anyone else) rather than consuming it during his lifetime. Parents can bequeath some money to their children tax-free, but if the bequest becomes large, the estate tax rate can be as high as 40 percent. To a large extent, concern about national saving is motivated by a desire to ensure economic prosperity for future generations. It is odd, therefore, that the tax laws discourage the most direct way in which one generation can help the next.

In addition to the tax code, many other policies and institutions in our society reduce the incentive for households to save. Some government benefits, such as welfare and Medicaid, are means-tested; that is, the benefits are reduced for those who in the past have been prudent enough to save some of their income. Colleges and universities grant financial aid as a function of the wealth of the students and their parents. Such a policy is like a tax on wealth and, as such, discourages students and parents from saving.

There are various ways in which the tax code could provide an incentive to save, or at least reduce the disincentive that households now face. Already the tax laws give preferential treatment to some types of retirement saving. When a taxpayer puts income into an Individual Retirement Account (IRA), for instance, that income and the interest it earns are not taxed until the funds are withdrawn at retirement. The tax code gives a similar tax advantage to retirement accounts that go by other names, such as 401(k), 403(b), and profit-sharing plans. There are, however, limits to who is eligible to use these plans and, for those who are eligible, limits on the amount that can be put in them. Moreover, because there are penalties for withdrawal before retirement age, these retirement plans provide little incentive for other types of saving, such as saving to buy a house or pay for college. A small step to encourage greater saving would be to expand the ability of households to use such tax-advantaged savings accounts.

A more comprehensive approach would be to reconsider the entire basis by which the government collects revenue. The centerpiece of the U.S. tax system is the income tax. A dollar earned is taxed the same whether it is spent or saved. An alternative advocated by many economists is a consumption tax. Under a consumption tax, a household pays taxes only on the basis of what it spends. Income that is saved is exempt from taxation until the saving is later withdrawn and spent on consumption goods. In essence, a consumption tax automatically puts all saving into a tax-advantaged savings account, much like an IRA. A switch from income to consumption taxation would greatly increase the incentive to save.

### 36-6b Con: The Tax Laws Should Not Be Reformed to Encourage Saving

Increasing saving may be desirable, but it is not the only goal of tax policy. Policymakers also must be sure to distribute the tax

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

burden fairly. The problem with proposals to increase the incentive to save is that they increase the tax burden on those who can least afford it.

It is undeniable that high-income households save a greater fraction of their income than low-income households. As a result, any tax change that favors people who save will also tend to favor people with high income. Policies such as tax-advantaged retirement accounts may seem appealing, but they lead to a less egalitarian society. By reducing the tax burden on the wealthy who can take advantage of these accounts, they force the government to raise the tax burden on the poor.

Moreover, tax policies designed to encourage saving may not be effective at achieving that goal. Economic theory does not give a clear prediction about whether a higher rate of return would increase saving. The outcome depends on the relative size of two conflicting forces, called the *substitution effect* and the *income effect*. On the one hand, a higher rate of return raises the benefit of saving: Each dollar saved today produces more consumption in the future. This substitution effect tends to increase saving. On the other hand, a higher rate of return lowers the need for saving: A household has to save less to achieve any target level of consumption in the future. This income effect tends to reduce saving. If the substitution and income effects approximately cancel each other, as some studies suggest, then saving will not change when lower taxation of capital income raises the rate of return.

There are ways to increase national saving other than by giving tax breaks to the rich. National saving is the sum of private and public saving. Instead of trying to alter the tax code to encourage greater private saving, policymakers can simply raise public saving by reducing the budget deficit, perhaps by raising taxes on the wealthy. This offers a direct way of raising national saving and increasing prosperity for future generations.

Indeed, once public saving is taken into account, tax provisions to encourage saving might backfire. Tax changes that reduce the taxation of capital income reduce government revenue and, thereby, lead to a larger budget deficit. To increase national saving, such a change in the tax code must stimulate private saving by more than the decline in public saving. If this is not the case, so-called saving incentives can potentially make matters worse.

 *Give three examples of how our society discourages saving. What are the drawbacks of eliminating these disincentives?*

## 36-7 Conclusion

This chapter has considered six classic debates over macroeconomic policy. For each, it began with a controversial proposition and then offered the arguments pro and con. If you find it hard to choose a side in these debates, you may find some comfort in the fact that you are not alone. The study of economics does not always make it easy to choose among alternative policies. Indeed, by clarifying the inevitable trade-offs that policymakers face, it can make the choice more difficult.

Difficult choices, however, have no right to seem easy. When you hear politicians or commentators proposing something that sounds too good to be true, it probably is. If they sound like they are offering you a free lunch, you should look for the hidden price tag. Few if any policies come with benefits but no costs. By helping you see through the fog of rhetoric so common in political discourse, the study of economics should make you a better participant in our national debates.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

## CHAPTER Quick**Quiz**

1. Approximately how long does it take a change in monetary policy to influence aggregate demand?
   a. 1 month
   b. 6 months
   c. 2 years
   d. 5 years

2. According to traditional Keynesian analysis, which of the following will increase aggregate demand the most?
   a. $100 billion increase in taxation
   b. $100 billion decrease in taxation
   c. $100 billion increase in government spending
   d. $100 billion decrease in government spending

3. Advocates for setting monetary policy by rule rather than discretion often argue that
   a. central bankers with discretion are tempted to renege on their announced commitments to low inflation.
   b. central bankers following a rule will be more responsive to the needs of the political process.
   c. fiscal policy is a much better tool for economic stabilization than is monetary policy.
   d. it is sometimes useful to give the economy a burst of surprise inflation.

4. Which of the following is NOT an argument for maintaining a positive rate of inflation?
   a. It permits real interest rates to be negative.
   b. It allows real wages to fall without cuts in nominal wages.
   c. It increases the variability of relative prices.
   d. It would be costly to reduce inflation to zero.

5. Throughout U.S. history, what has been the most common cause of substantial increases in government debt?
   a. recessions
   b. wars
   c. financial crises
   d. tax cuts

6. Advocates of taxing consumption rather than income argue that
   a. a consumption tax is a better automatic stabilizer.
   b. taxing consumption does not cause any deadweight losses.
   c. the rich consume a higher fraction of income than the poor.
   d. the current tax code discourages people from saving.

## SUMMARY

- Advocates of active monetary and fiscal policies view the economy as inherently unstable and believe that policy can manage aggregate demand to offset the inherent instability. Critics of active monetary and fiscal policies emphasize that policy affects the economy with a lag and that our ability to forecast future economic conditions is poor. As a result, attempts to stabilize the economy can end up being destabilizing.

- Advocates of increased government spending to fight recessions argue that because tax cuts may be saved rather than spent, direct government spending does more to increase aggregate demand, which is key to promoting production and employment. Critics of spending hikes argue that tax cuts can expand both aggregate demand and aggregate supply and that hasty increases in government spending may lead to wasteful public projects.

- Advocates of rules for monetary policy argue that discretionary policy can suffer from incompetence, the abuse of power, and time inconsistency. Critics of rules for monetary policy argue that discretionary policy is more flexible in responding to changing economic circumstances.

- Advocates of a zero-inflation target emphasize that inflation has many costs and few if any benefits. Moreover, the cost of eliminating inflation—depressed output and employment—is only temporary. Even this cost can be reduced if the central bank announces a credible plan to reduce inflation, thereby directly lowering expectations of inflation. Critics of a zero-inflation target claim that moderate inflation imposes only small costs on society, whereas the recession necessary to reduce inflation is quite costly. The critics also point out several ways in which moderate inflation may be helpful to an economy.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

- Advocates of a balanced government budget argue that budget deficits impose an unjustifiable burden on future generations by raising their taxes and lowering their incomes. Critics of a balanced government budget argue that the deficit is only one small piece of fiscal policy. Single-minded concern about the budget deficit can obscure the many ways in which policy, including various spending programs, affects different generations.
- Advocates of tax incentives for saving point out that our society discourages saving in many ways, such as by heavily taxing capital income and by reducing benefits for those who have accumulated wealth. They endorse reforming the tax laws to encourage saving, perhaps by switching from an income tax to a consumption tax. Critics of tax incentives for saving argue that many proposed changes to stimulate saving would primarily benefit the wealthy, who do not need a tax break. They also argue that such changes might have only a small effect on private saving. Raising public saving by decreasing the government's budget deficit would provide a more direct and equitable way to increase national saving.

## QUESTIONS FOR REVIEW

1. What causes the lags in the effect of monetary and fiscal policies on aggregate demand? What are the implications of these lags for the debate over active versus passive policy?

2. According to traditional Keynesian analysis, why does a tax cut have a smaller effect on GDP than a similarly sized increase in government spending? Why might the opposite be the case?

3. What might motivate a central banker to cause a political business cycle? What does the political business cycle imply for the debate over policy rules?

4. Explain how credibility might affect the cost of reducing inflation.

5. Why are some economists against a target of zero inflation?

6. Explain two ways in which a government budget deficit hurts a future worker.

7. What are two situations in which most economists view a budget deficit as justifiable?

8. Some economists say that the government can continue running a budget deficit forever. How is that possible?

9. Some income from capital is taxed twice. Explain.

10. What adverse effect might be caused by tax incentives to increase saving?

## PROBLEMS AND APPLICATIONS

1. The chapter suggests that the economy, like the human body, has "natural restorative powers."
   a. Illustrate the short-run effect of a fall in aggregate demand using an aggregate-demand/aggregate-supply diagram. What happens to total output, income, and employment?
   b. If the government does not use stabilization policy, what happens to the economy over time? Illustrate this adjustment on your diagram. Does it generally occur in a matter of months or a matter of years?
   c. Do you think the "natural restorative powers" of the economy mean that policymakers should be passive in response to the business cycle?

2. Policymakers who want to stabilize the economy must decide how much to change the money supply, government spending, or taxes. Why is it difficult for policymakers to choose the appropriate strength of their actions?

3. The problem of time inconsistency applies to fiscal policy as well as to monetary policy. Suppose the government announced a reduction in taxes on income from capital investments, like new factories.
   a. If investors believed that capital taxes would remain low, how would the government's action affect the level of investment?

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

b. After investors have responded to the announced tax reduction, does the government have an incentive to renege on its policy? Explain.

c. Given your answer to part *b*, would investors believe the government's announcement? What can the government do to increase the credibility of announced policy changes?

d. Explain why this situation is similar to the time-inconsistency problem faced by monetary policymakers.

4. Chapter 2 explains the difference between positive analysis and normative analysis. In the debate about whether the central bank should aim for zero inflation, which areas of disagreement involve positive statements and which involve normative judgments?

5. Why are the benefits of reducing inflation permanent and the costs temporary? Why are the costs of increasing inflation permanent and the benefits temporary? Use Phillips-curve diagrams in your answer.

6. Suppose the federal government cuts taxes and increases spending, raising the budget deficit to 12 percent of GDP. If nominal GDP is rising 5 percent per year, are such budget deficits sustainable forever? Explain. If budget deficits of this size are maintained for 20 years, what is likely to happen to your taxes and your children's taxes in the future? Can you personally do something today to offset this future effect?

7. Explain how each of the following policies redistributes income across generations. Is the redistribution from young to old or from old to young?

a. an increase in the budget deficit

b. more generous subsidies for education loans

c. greater investments in highways and bridges

d. an increase in Social Security benefits

8. What is the fundamental trade-off that society faces if it chooses to save more? How might the government increase national saving?

To find additional study resources, visit cengagebrain.com, and search for "Mankiw."

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



# Glossary

## A

**ability-to-pay principle** the idea that taxes should be levied on a person according to how well that person can shoulder the burden

**absolute advantage** the ability to produce a good using fewer inputs than another producer

**accounting profit** total revenue minus total explicit cost

**adverse selection** the tendency for the mix of unobserved attributes to become undesirable from the standpoint of an uninformed party

**agent** a person who is performing an act for another person, called the principal

**aggregate-demand curve** a curve that shows the quantity of goods and services that households, firms, the government, and customers abroad want to buy at each price level

**aggregate-supply curve** a curve that shows the quantity of goods and services that firms choose to produce and sell at each price level

**appreciation** an increase in the value of a currency as measured by the amount of foreign currency it can buy

**Arrow's impossibility theorem** a mathematical result showing that, under certain assumed conditions, there is no scheme for aggregating individual preferences into a valid set of social preferences

**automatic stabilizers** changes in fiscal policy that stimulate aggregate demand when the economy goes into a recession without policymakers having to take any deliberate action

**average fixed cost** fixed cost divided by the quantity of output

**average revenue** total revenue divided by the quantity sold

**average tax rate** total taxes paid divided by total income

**average total cost** total cost divided by the quantity of output

**average variable cost** variable cost divided by the quantity of output

## B

**balanced trade** a situation in which exports equal imports

**bank capital** the resources a bank's owners have put into the institution

**behavioral economics** the subfield of economics that integrates the insights of psychology

**benefits principle** the idea that people should pay taxes based on the benefits they receive from government services

**bond** a certificate of indebtedness

**budget constraint** the limit on the consumption bundles that a consumer can afford

**budget deficit** a shortfall of tax revenue from government spending

**budget surplus** an excess of tax revenue over government spending

**business cycle** fluctuations in economic activity, such as employment and production

## C

**capital** the equipment and structures used to produce goods and services

**capital flight** a large and sudden reduction in the demand for assets located in a country

**capital requirement** a government regulation specifying a minimum amount of bank capital

**cartel** a group of firms acting in unison

**catch-up effect** the property whereby countries that start off poor tend to grow more rapidly than countries that start off rich

**central bank** an institution designed to oversee the banking system and regulate the quantity of money in the economy

**circular-flow diagram** a visual model of the economy that shows how dollars flow through markets among households and firms

**classical dichotomy** the theoretical separation of nominal and real variables

**closed economy** an economy that does not interact with other economies in the world

**club goods** goods that are excludable but not rival in consumption

**Coase theorem** the proposition that if private parties can bargain without cost over the allocation of resources, they can solve the problem of externalities on their own

**collective bargaining** the process by which unions and firms agree on the terms of employment

**collusion** an agreement among firms in a market about quantities to produce or prices to charge

**commodity money** money that takes the form of a commodity with intrinsic value

**common resources** goods that are rival in consumption but not excludable

811

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 442 of 468

**comparative advantage** the ability to produce a good at a lower opportunity cost than another producer

**compensating differential** a difference in wages that arises to offset the nonmonetary characteristics of different jobs

**competitive market** a market with many buyers and sellers trading identical products so that each buyer and seller is a price taker

**complements** two goods for which an increase in the price of one leads to a decrease in the demand for the other

**compounding** the accumulation of a sum of money in, say, a bank account, where the interest earned remains in the account to earn additional interest in the future

**Condorcet paradox** the failure of majority rule to produce transitive preferences for society

**constant returns to scale** the property whereby long-run average total cost stays the same as the quantity of output changes

**consumer price index (CPI)** a measure of the overall cost of the goods and services bought by a typical consumer

**consumer surplus** the amount a buyer is willing to pay for a good minus the amount the buyer actually pays for it

**consumption** spending by households on goods and services, with the exception of purchases of new housing

**core CPI** a measure of the overall cost of consumer goods and services excluding food and energy

**corrective tax** a tax designed to induce private decision makers to take into account the social costs that arise from a negative externality

**cost** the value of everything a seller must give up to produce a good

**cost–benefit analysis** a study that compares the costs and benefits to society of providing a public good

**cross-price elasticity of demand** a measure of how much the quantity demanded of one good responds to a change in the price of another good, computed as the percentage change in quantity demanded of the first good divided by the percentage change in price of the second good

**crowding out** a decrease in investment that results from government borrowing

**crowding-out effect** the offset in aggregate demand that results when expansionary fiscal policy raises the interest rate and thereby reduces investment spending

**currency** the paper bills and coins in the hands of the public

**cyclical unemployment** the deviation of unemployment from its natural rate

# D

**deadweight loss** the fall in total surplus that results from a market distortion, such as a tax

**demand curve** a graph of the relationship between the price of a good and the quantity demanded

**demand deposits** balances in bank accounts that depositors can access on demand by writing a check

**demand schedule** a table that shows the relationship between the price of a good and the quantity demanded

**depreciation** a decrease in the value of a currency as measured by the amount of foreign currency it can buy

**depression** a severe recession

**diminishing marginal product** the property whereby the marginal product of an input declines as the quantity of the input increases

**diminishing returns** the property whereby the benefit from an extra unit of an input declines as the quantity of the input increases

**discount rate** the interest rate on the loans that the Fed makes to banks

**discouraged workers** individuals who would like to work but have given up looking for a job

**discrimination** the offering of different opportunities to similar individuals who differ only by race, ethnic group, sex, age, or other personal characteristics

**diseconomies of scale** the property whereby long-run average total cost rises as the quantity of output increases

**diversification** the reduction of risk achieved by replacing a single risk with a large number of smaller, unrelated risks

**dominant strategy** a strategy that is best for a player in a game regardless of the strategies chosen by the other players

# E

**economic profit** total revenue minus total cost, including both explicit and implicit costs

**economics** the study of how society manages its scarce resources

**economies of scale** the property whereby long-run average total cost falls as the quantity of output increases

**efficiency** the property of a resource allocation of maximizing the total surplus received by all members of society

**efficiency wages** above-equilibrium wages paid by firms to increase worker productivity

**efficient markets hypothesis** the theory that asset prices reflect all publicly available information about the value of an asset

**efficient scale** the quantity of output that minimizes average total cost

**elasticity** a measure of the responsiveness of quantity demanded or quantity supplied to a change in one of its determinants

**equality** the property of distributing economic prosperity uniformly among the members of society

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**equilibrium**  a situation in which the market price has reached the level at which quantity supplied equals quantity demanded

**equilibrium price**  the price that balances quantity supplied and quantity demanded

**equilibrium quantity**  the quantity supplied and the quantity demanded at the equilibrium price

**excludability**  the property of a good whereby a person can be prevented from using it

**explicit costs**  input costs that require an outlay of money by the firm

**exports**  goods and services that are produced domestically and sold abroad

**externality**  the uncompensated impact of one person's actions on the well-being of a bystander

# F

**factors of production**  the inputs used to produce goods and services

**federal funds rate**  the interest rate at which banks make overnight loans to one another

**Federal Reserve (Fed)**  the central bank of the United States

**fiat money**  money without intrinsic value that is used as money by government decree

**finance**  the field that studies how people make decisions regarding the allocation of resources over time and the handling of risk

**financial intermediaries**  financial institutions through which savers can indirectly provide funds to borrowers

**financial markets**  financial institutions through which savers can directly provide funds to borrowers

**financial system**  the group of institutions in the economy that help to match one person's saving with another person's investment

**firm-specific risk**  risk that affects only a single company

**fiscal policy**  the setting of the level of government spending and taxation by government policymakers

**Fisher effect**  the one-for-one adjustment of the nominal interest rate to the inflation rate

**fixed costs**  costs that do not vary with the quantity of output produced

**fractional-reserve banking**  a banking system in which banks hold only a fraction of deposits as reserves

**free rider**  a person who receives the benefit of a good but avoids paying for it

**frictional unemployment**  unemployment that results because it takes time for workers to search for the jobs that best suit their tastes and skills

**fundamental analysis**  the study of a company's accounting statements and future prospects to determine its value

**future value**  the amount of money in the future that an amount of money today will yield, given prevailing interest rates

# G

**game theory**  the study of how people behave in strategic situations

**GDP deflator**  a measure of the price level calculated as the ratio of nominal GDP to real GDP times 100

**Giffen good**  a good for which an increase in the price raises the quantity demanded

**government purchases**  spending on goods and services by local, state, and federal governments

**gross domestic product (GDP)**  the market value of all final goods and services produced within a country in a given period of time

# H

**horizontal equity**  the idea that taxpayers with similar abilities to pay taxes should pay the same amount

**human capital**  the accumulation of investments in people, such as education and on-the-job training

# I

**implicit costs**  input costs that do not require an outlay of money by the firm

**imports**  goods and services that are produced abroad and sold domestically

**incentive**  something that induces a person to act

**income effect**  the change in consumption that results when a price change moves the consumer to a higher or lower indifference curve

**income elasticity of demand**  a measure of how much the quantity demanded of a good responds to a change in consumers' income, computed as the percentage change in quantity demanded divided by the percentage change in income

**indexation**  the automatic correction by law or contract of a dollar amount for the effects of inflation

**indifference curve**  a curve that shows consumption bundles that give the consumer the same level of satisfaction

**inferior good**  a good for which, other things being equal, an increase in income leads to a decrease in demand

**inflation**  an increase in the overall level of prices in the economy

**inflation rate**  the percentage change in the price index from the preceding period

**inflation tax**  the revenue the government raises by creating money

**informational efficiency**  the description of asset prices that rationally reflect all available information

**in-kind transfers**  transfers to the poor given in the form of goods and services rather than cash

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**internalizing the externality** altering incentives so that people take into account the external effects of their actions

**investment** spending on business capital, residential capital, and inventories

## J

**job search** the process by which workers find appropriate jobs given their tastes and skills

## L

**labor force** the total number of workers, including both the employed and the unemployed

**labor-force participation rate** the percentage of the adult population that is in the labor force

**law of demand** the claim that, other things being equal, the quantity demanded of a good falls when the price of the good rises

**law of supply** the claim that, other things being equal, the quantity supplied of a good rises when the price of the good rises

**law of supply and demand** the claim that the price of any good adjusts to bring the quantity supplied and the quantity demanded for that good into balance

**leverage** the use of borrowed money to supplement existing funds for purposes of investment

**leverage ratio** the ratio of assets to bank capital

**liberalism** the political philosophy according to which the government should choose policies deemed just, as evaluated by an impartial observer behind a "veil of ignorance"

**libertarianism** the political philosophy according to which the government should punish crimes and enforce voluntary agreements but not redistribute income

**life cycle** the regular pattern of income variation over a person's life

**liquidity** the ease with which an asset can be converted into the economy's medium of exchange

**lump-sum tax** a tax that is the same amount for every person

## M

**macroeconomics** the study of economy-wide phenomena, including inflation, unemployment, and economic growth

**marginal change** a small incremental adjustment to a plan of action

**marginal cost** the increase in total cost that arises from an extra unit of production

**marginal product** the increase in output that arises from an additional unit of input

**marginal product of labor** the increase in the amount of output from an additional unit of labor

**marginal rate of substitution** the rate at which a consumer is willing to trade one good for another

**marginal revenue** the change in total revenue from an additional unit sold

**marginal tax rate** the amount by which taxes increase from an additional dollar of income

**market** a group of buyers and sellers of a particular good or service

**market economy** an economy that allocates resources through the decentralized decisions of many firms and households as they interact in markets for goods and services

**market failure** a situation in which a market left on its own fails to allocate resources efficiently

**market for loanable funds** the market in which those who want to save supply funds and those who want to borrow to invest demand funds

**market power** the ability of a single economic actor (or small group of actors) to have a substantial influence on market prices

**market risk** risk that affects all companies in the stock market

**maximin criterion** the claim that the government should aim to maximize the well-being of the worst-off person in society

**median voter theorem** a mathematical result showing that if voters are choosing a point along a line and each voter wants the point closest to his most preferred point, then majority rule will pick the most preferred point of the median voter

**medium of exchange** an item that buyers give to sellers when they want to purchase goods and services

**menu costs** the costs of changing prices

**microeconomics** the study of how households and firms make decisions and how they interact in markets

**model of aggregate demand and aggregate supply** the model that most economists use to explain short-run fluctuations in economic activity around its long-run trend

**monetary neutrality** the proposition that changes in the money supply do not affect real variables

**monetary policy** the setting of the money supply by policymakers in the central bank

**money** the set of assets in an economy that people regularly use to buy goods and services from other people

**money multiplier** the amount of money the banking system generates with each dollar of reserves

**money supply** the quantity of money available in the economy

**monopolistic competition** a market structure in which many firms sell products that are similar but not identical

**monopoly** a firm that is the sole seller of a product without any close substitutes

**moral hazard** the tendency of a person who is imperfectly monitored to engage in dishonest or otherwise undesirable behavior

**multiplier effect** the additional shifts in aggregate demand that result when expansionary fiscal policy increases income and thereby increases consumer spending

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

**mutual fund** an institution that sells shares to the public and uses the proceeds to buy a portfolio of stocks and bonds

# N

**Nash equilibrium** a situation in which economic actors interacting with one another each choose their best strategy given the strategies that all the other actors have chosen

**national saving (saving)** the total income in the economy that remains after paying for consumption and government purchases

**natural level of output** the production of goods and services that an economy achieves in the long run when unemployment is at its normal rate

**natural monopoly** a type of monopoly that arises because a single firm can supply a good or service to an entire market at a lower cost than could two or more firms

**natural-rate hypothesis** the claim that unemployment eventually returns to its normal, or natural, rate, regardless of the rate of inflation

**natural rate of unemployment** the normal rate of unemployment around which the unemployment rate fluctuates

**natural resources** the inputs into the production of goods and services that are provided by nature, such as land, rivers, and mineral deposits

**negative income tax** a tax system that collects revenue from high-income households and gives subsidies to low-income households

**net capital outflow** the purchase of foreign assets by domestic residents minus the purchase of domestic assets by foreigners

**net exports** spending on domestically produced goods by foreigners (exports) minus spending on foreign goods by domestic residents (imports)

**nominal exchange rate** the rate at which a person can trade the currency of one country for the currency of another

**nominal GDP** the production of goods and services valued at current prices

**nominal interest rate** the interest rate as usually reported without a correction for the effects of inflation

**nominal variables** variables measured in monetary units

**normal good** a good for which, other things being equal, an increase in income leads to an increase in demand

**normative statements** claims that attempt to prescribe how the world should be

# O

**oligopoly** a market structure in which only a few sellers offer similar or identical products

**open economy** an economy that interacts freely with other economies around the world

**open-market operations** the purchase and sale of U.S. government bonds by the Fed

**opportunity cost** whatever must be given up to obtain some item

# P

**perfect complements** two goods with right-angle indifference curves

**perfect substitutes** two goods with straight line indifference curves

**permanent income** a person's normal income

**Phillips curve** a curve that shows the short-run trade-off between inflation and unemployment

**physical capital** the stock of equipment and structures that are used to produce goods and services

**political economy** the study of government using the analytic methods of economics

**positive statements** claims that attempt to describe the world as it is

**poverty line** an absolute level of income set by the federal government for each family size below which a family is deemed to be in poverty

**poverty rate** the percentage of the population whose family income falls below an absolute level called the poverty line

**present value** the amount of money today that would be needed, using prevailing interest rates, to produce a given future amount of money

**price ceiling** a legal maximum on the price at which a good can be sold

**price discrimination** the business practice of selling the same good at different prices to different customers

**price elasticity of demand** a measure of how much the quantity demanded of a good responds to a change in the price of that good, computed as the percentage change in quantity demanded divided by the percentage change in price

**price elasticity of supply** a measure of how much the quantity supplied of a good responds to a change in the price of that good, computed as the percentage change in quantity supplied divided by the percentage change in price

**price floor** a legal minimum on the price at which a good can be sold

**principal** a person for whom another person, called the agent, is performing some act

**prisoners' dilemma** a particular "game" between two captured prisoners that illustrates why cooperation is difficult to maintain even when it is mutually beneficial

**private goods** goods that are both excludable and rival in consumption

**private saving** the income that households have left after paying for taxes and consumption

**producer price index** a measure of the cost of a basket of goods and services bought by firms

**producer surplus** the amount a seller is paid for a good minus the seller's cost of providing it

**production function** the relationship between the quantity of inputs used to make a good and the quantity of output of that good

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**production possibilities frontier**  a graph that shows the combinations of output that the economy can possibly produce given the available factors of production and the available production technology

**productivity**  the quantity of goods and services produced from each unit of labor input

**profit**  total revenue minus total cost

**progressive tax**  a tax for which high-income taxpayers pay a larger fraction of their income than do low-income taxpayers

**property rights**  the ability of an individual to own and exercise control over scarce resources

**proportional tax**  a tax for which high-income and low-income taxpayers pay the same fraction of income

**public goods**  goods that are neither excludable nor rival in consumption

**public saving**  the tax revenue that the government has left after paying for its spending

**purchasing-power parity**  a theory of exchange rates whereby a unit of any given currency should be able to buy the same quantity of goods in all countries

## Q

**quantity demanded**  the amount of a good that buyers are willing and able to purchase

**quantity equation**  the equation $M \times V = P \times Y$, which relates the quantity of money, the velocity of money, and the dollar value of the economy's output of goods and services

**quantity supplied**  the amount of a good that sellers are willing and able to sell

**quantity theory of money**  a theory asserting that the quantity of money available determines the price level and that the growth rate in the quantity of money available determines the inflation rate

## R

**random walk**  the path of a variable whose changes are impossible to predict

**rational expectations**  the theory that people optimally use all the information they have, including information about government policies, when forecasting the future

**rational people**  people who systematically and purposefully do the best they can to achieve their objectives

**real exchange rate**  the rate at which a person can trade the goods and services of one country for the goods and services of another

**real GDP**  the production of goods and services valued at constant prices

**real interest rate**  the interest rate corrected for the effects of inflation

**real variables**  variables measured in physical units

**recession**  a period of declining real incomes and rising unemployment

**regressive tax**  a tax for which high-income taxpayers pay a smaller fraction of their income than do low-income taxpayers

**reserve ratio**  the fraction of deposits that banks hold as reserves

**reserve requirements**  regulations on the minimum amount of reserves that banks must hold against deposits

**reserves**  deposits that banks have received but have not loaned out

**risk aversion**  a dislike of uncertainty

**rivalry in consumption**  the property of a good whereby one person's use diminishes other people's use

## S

**sacrifice ratio**  the number of percentage points of annual output lost in the process of reducing inflation by 1 percentage point

**scarcity**  the limited nature of society's resources

**screening**  an action taken by an uninformed party to induce an informed party to reveal information

**shoeleather costs**  the resources wasted when inflation encourages people to reduce their money holdings

**shortage**  a situation in which quantity demanded is greater than quantity supplied

**signaling**  an action taken by an informed party to reveal private information to an uninformed party

**social insurance**  government policy aimed at protecting people against the risk of adverse events

**stagflation**  a period of falling output and rising prices

**stock**  a claim to partial ownership in a firm

**store of value**  an item that people can use to transfer purchasing power from the present to the future

**strike**  the organized withdrawal of labor from a firm by a union

**structural unemployment**  unemployment that results because the number of jobs available in some labor markets is insufficient to provide a job for everyone who wants one

**substitutes**  two goods for which an increase in the price of one leads to an increase in the demand for the other

**substitution effect**  the change in consumption that results when a price change moves the consumer along a given indifference curve to a point with a new marginal rate of substitution

**sunk cost**  a cost that has already been committed and cannot be recovered

**supply curve**  a graph of the relationship between the price of a good and the quantity supplied

**supply schedule**  a table that shows the relationship between the price of a good and the quantity supplied

**supply shock**  an event that directly alters firms' costs and prices, shifting the economy's aggregate-supply curve and thus the Phillips curve

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

**surplus** a situation in which quantity supplied is greater than quantity demanded

## T

**tariff** a tax on goods produced abroad and sold domestically

**tax incidence** the manner in which the burden of a tax is shared among participants in a market

**technological knowledge** society's understanding of the best ways to produce goods and services

**theory of liquidity preference** Keynes's theory that the interest rate adjusts to bring money supply and money demand into balance

**total cost** the market value of the inputs a firm uses in production

**total revenue** the amount paid by buyers and received by sellers of a good, computed as the price of the good times the quantity sold

**trade balance** the value of a nation's exports minus the value of its imports; also called net exports

**trade deficit** an excess of imports over exports

**trade policy** a government policy that directly influences the quantity of goods and services that a country imports or exports

**trade surplus** an excess of exports over imports

**Tragedy of the Commons** a parable that illustrates why common resources are used more than is desirable from the standpoint of society as a whole

**transaction costs** the costs that parties incur during the process of agreeing to and following through on a bargain

## U

**unemployment insurance** a government program that partially protects workers' incomes when they become unemployed

**unemployment rate** the percentage of the labor force that is unemployed

**union** a worker association that bargains with employers over wages, benefits, and working conditions

**unit of account** the yardstick people use to post prices and record debts

**utilitarianism** the political philosophy according to which the government should choose policies to maximize the total utility of everyone in society

**utility** a measure of happiness or satisfaction

## V

**value of the marginal product** the marginal product of an input times the price of the output

**variable costs** costs that vary with the quantity of output produced

**velocity of money** the rate at which money changes hands

**vertical equity** the idea that taxpayers with a greater ability to pay taxes should pay larger amounts

## W

**welfare** government programs that supplement the incomes of the needy

**welfare economics** the study of how the allocation of resources affects economic well-being

**willingness to pay** the maximum amount that a buyer will pay for a good

**world price** the price of a good that prevails in the world market for that good

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203



# Index

Page numbers in boldface refer to pages where key terms are defined.

## A

Ability, wages and, 388–389
Ability-to-pay principle, **237**, 237–239
  horizontal equity, 239
  vertical equity, 237–239
Absolute advantage, **52**
Absolute value, 91–92
Accidents, associated with driving, 197–198
Account, unit of, **605**
Accountants, economists *vs.*, 249–250
Accounting, 547
Accounting profit, **250**, 250–251
Adjustment process, 632–633
Administrative burden, 234–235
Adverse selection, **454**, 568
Advertising, 328–332
  brand names and, 331–332
  critique of, 328–329
  debate over, 328–329
  defense of, 329
  and price of eyeglasses, 329
  signaling theory of, 389
  as signal of quality, 330–331
Aeppel, Timothy, 486, 532
Agents, **452**, 452–454
Aggregate demand. *See also* Model of aggregate demand and aggregate supply
  automatic stabilizers, 758
  changes in government purchases, 747–748
  changes in taxes, 752–753
  contraction in, 723
  crowding-out effect, 750–752
  depicting long-run growth and inflation, 715–716
  economic fluctuations, 702–707
  effects of shift in, 722–724
  fiscal policy and, 747–758
  Great Depression, 725–726
  monetary policy and, 738–747
  multiplier effect, 748
  Phillips curve and, 765–767
  recession of 2008-2009, 726–727
  spending multiplier, formula for, 748–750
  stabilization policy, 753–758
  theory of liquidity preference, 739–741

World War II, 725–726
Aggregate-demand curve, **706**, 707–712. *See also* Aggregate demand; Model of aggregate demand and aggregate supply
  downward slope of, 707–710, 712, 741–743
  exchange-rate effect, 709, 712
  interest-rate effect, 708–709, 712
  shifts in, 710–712
  wealth effect, 708, 712
Aggregate supply. *See also* Model of aggregate demand and aggregate supply
  adverse shock, 775
  depicting long-run growth and inflation, 715–716
  economic fluctuations, 702–707
  effects of shift in, 728–731
  fiscal policy and, 752
  oil and the economy, 731–733
  Phillips curve and, 765–767
  stagflation, 730
  wage-price spiral, 730
Aggregate-supply curve, **707**, 712–721. *See also* Aggregate supply; Model of aggregate demand and aggregate supply
  menu costs, 718
  misperceptions theory, 719
  natural rate of output, 714
  shifts in, 713–715, 720–721
  short-run, 717
  slopes upward in short run, 716–719
  sticky-price theory, 718
  sticky-wage theory, 717–718
  vertical in long run, 712–713
Aid, using experiments to evaluate, 536–537
Airline prices, price discrimination and, 307
Aldrich, Nelson W., 620–621
Allin, Paul, 488
American Airlines, 350
American Association of Ice-Cream Eaters, 121
American Economic Association, 488
*American Economic Review*, 388, 393, 764, 767
*American Heritage*, 518

American Recovery and Reinvestment Act (ARRA), 756, 792
"Analytics of Anti-Inflation Policy" (Samuelson & Solow), 764
Analytics of price discrimination, 305–306
Angrist, Joshua, 371
Animals as common resources, 221–222
Annuity, 567
Antipoverty programs
  fighting poverty is public good, 215–216
  minimum-wage laws, 413
  negative income tax, 414–415
  welfare, 414
  work incentives, 415–418
Antitrust laws
  increasing competition with, 308–309
  restraint of trade and, 349–350
Antitrust policy
  controversies over, 350–353
  predatory pricing, 351–352
  resale price maintenance, 351
  tying, 352
Appreciation, **665**
Arbitrage, 305, 668
Argentina
  economic growth of, 531
  GDP, 517, 531
  inward-oriented policies of trade, 531
Arms races, as example of prisoners' dilemma, 346
ARRA. *See* American Recovery and Reinvestment Act
Arrow, Kenneth, 459
Arrow's impossibility theorem, 458–459, **459**
Asset valuation, 571–574
Assumptions, 21–22, 705
Asymmetric information, 452–457
  adverse selection, 454
  agents, 452–454
  gifts as signals, 455–456
  lemons problem, 454
  moral hazards, 452–454
  principals, 452–454
  and public policy, 456–457
  screening to uncover private information, 456
  signaling, 455–456
AT&T, 309
Austria, hyperinflation in, 636–637

819

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Automatic stabilizers, **758**
Automobile industry, safety laws, 7–8
Autor, David H., 405
*Avatar*, 504
*Avengers, The,* 352
Average cost, 6–7
    and marginal-cost curves, 257
Average fixed cost, **256,** 262
Average-fixed-cost (AFC) curve, 257
Average revenue, **270,** 294
Average tax rates, **235**
Average total cost, **256,** 262, 271–272
    related to marginal cost and, 258
    related to short- and long-run,
        260–261
    U-shaped, 257–258
Average total cost (ATC) curve, 257,
    271–272
Average variable cost, **256,** 262
Average variable cost (AVC) curve, 257,
    259
Axelrod, Robert, 349

## B

Baker, Greg, 393
Balance budget debate, 802–805
Balanced budget, 554
Balanced trade, **655**
Balance sheet, 612
Bangladesh
    economic growth of, 516–517
    income inequality in, 404
Bank capital, **615**
Banks. *See also* Central bank; European
    Central Bank
    bank capital, leverage, and financial
        crisis of 2008-2009, 615–616
    Fed lending to, 617–618
    as financial intermediaries, 544–545
    100-percent-reserve banking, 611–612
    money creation with fractional-
        reserve banking, 612–613
    money multiplier, 613–614
    money supply and, 611–616
    runs, money supply and, 619–621
Bar graph, 37, 38
Barro, Josh, 205
Barro, Robert, 778
Barter, 604
Bartlett, Bruce, 417
Base year, 483
Basket of goods and services, 498
Baum, L. Frank, 647
Bauman, Yoram, 199
BEA. *See* Bureau of Economic Analysis
*Beautiful Mind, A,* 340
Beauty, benefits of, 388–389
Beauty premium, 389
Behavioral economics, **461,** 461–466
    fairness and, 463–465

inconsistency and, 466
    rationality and, 462–463, 464–465
Benefits principle, **236,** 236–237
Benevolent social planner, 143–144
Benham, Lee, 329
Bentham, Jeremy, 410
Bernanke, Ben S., 621, 692–693, 781
Berra, Yogi, 508
Bertrand, Marianne, 393
Biddle, Jeff, 388–389
Billion Prices Project, 501
Black Death, economics of, 377–378
Blacks, economics of discrimination,
    391–396
Blanchard, Olivier, 728–729, 801
Blinder, Alan, 802
BLS. *See* Bureau of Labor Statistics
BMW, 342
Bolivia, hyperinflation in, 642
Bond, **543**
Bond market, 543
Borda count, 458–459
Borjas, George, 405
Botswana, elephants as private good,
    222
Brain drain, 528
Brand names, 331–332
Braniff Airways, 350
Brash, Don, 800
Brazil
    economic growth of, 517
    income inequality in, 404
Brooks, Arthur C., 177
Bryan, William Jennings, 646
Budget, 802–805
    constraint, **427,** 427–428
Budget deficits, **548**
    crowding out, 555
    market for loanable funds and,
        554–556
Budget surplus, **548,** 554
    market for loanable funds and,
        554–556
Bureau of Economic Analysis (BEA), 482
Bureau of Labor Statistics (BLS), 578, 585,
    763
    computing CPI, 496, 498, 500
Bush, George H. W., 417, 753
Bush, George W., 242, 781, 788
    government debt under, 557
    tax cuts under, 242, 792
Bush, Jeb, 656
Business cycle, **14,** 702
Business-stealing externality, 327
Buyers
    marginal, 135–136
    number of, and shifts in demand, 71
    taxes on, affect market outcomes,
        122–124
    variables that influence, 71
    willingness to pay, 134–135

## C

Cameron, David, 488
Canada
    economic growth of, 517
    income inequality in, 404
    NAFTA and, 181
Capital, 362, **375**
    aggregate-supply curve shifts and,
        714
    cost of, 249–250
    defined, 362
    equilibrium in markets for,
        375–376
    factor of production, 375–378
    human, 385–386, 519, 522, 524, 528
    international flows of, 654–664
    physical, 519–522
Capital flight, **690**
    effects of, 691
    political instability and, 690–694
Capital flow China, 694–695
Capital gains, 643
Capital income, 376
Capital outflow, net
    equality of net exports and, 659–660
    interest rates, 683
    link between two markets, 683–684
Capital requirement, **616**
Capital stock, population growth diluting
    of, 534–535
Carbon tax, 199
Carnegie, Andrew, 444
Carney, John, 84
Carson, Ben, 656
Cartels, **339,** 732. *See also* Organization of
    the Petroleum Exporting Countries
    (OPEC)
    competition and, 339–340
    monopolies and, 339–340
    union as type of, 592–593
Carter, Jimmy, 628, 796
Catch-up effect, 525–527, **526**
Cause and effect, 43–45
Cavallo, Alberto, 501
Caygill, David, 800
CBO. *See* Congressional Budget Office
Central bank, **609.** *See also* Federal Reserve
    (Fed)
    zero inflation debate, 797–802
Centrally planned economies, 9
Chamberlin, Edward, 331
Chance, wages and, 388–389
Charities, private solution to externalities,
    203
Chew, Victor, 146
Chile, unilateral approach to free trade,
    181
China
    capital flow, 694–695
    economic growth of, 516–517

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

economic growth rate of, 516
income inequality in, 404
living standards in, 13
one child per family policy of, 535
Choice. *See* Consumer choice; Optimization
Christie, Chris, 84
Circular-flow diagram, **22,** 22–24, 475
Classical dichotomy, **633,** 633–634
Classical economics, assumptions of, 705
Clayton Antitrust Act, 309, 350
Clean Air Act, 199, 201
Clean air and water as common resources, 219
Climate change, 199
Clinton, Bill, 242
    government debt, 557
Clinton, Hillary Rodham, 656
Closed economy, 547, **654**
Club goods, **213,** 292
Coase, Ronald, 203
Coase theorem, **203,** 203–204, 205
Coca-Cola Company, 308, 523
Cogan, John, 755
Cold War, 346
Collective bargaining, **592**
College education, cost of, 385–386, 389, 392
Collins, Suzanne, 319
Collusion, **339**
Columbus, Christopher, 536
Command-and-control policies, 195–196
Commodity money, **605**
Common resources, **213,** 218–222
    as an example of prisoners' dilemma, 347
    animals as, 221–222
    clean air and water, 219
    congested roads, 219–221
    elephants, 222
    fish, whales, and other wildlife, 221–222
    importance of property rights, 223
    oceans least regulated, 222
    Tragedy of the Commons, 218–219
Communism, collapse in Soviet Union and Eastern Europe, 9
Comparative advantage, **53**
    absolute advantage, 52
    applications of, 55–58
    opportunity cost and, 52–53
    trade and, 53–54
    world price and, 169
Compensating differentials, **384**
    wage differences and, 384
Competition, 66–67
    cartels and, 339–340
    with differentiated products, 322–328
    gender differences and, 389, 392

increasing with antitrust laws, 308–309
international trade increases, 176
markets and, 66–67
monopolistic *vs.* perfect, 324–327
monopoly *vs.,* 293–294, 312
Competitive firms
    demand curves for, 294
    demand for labor, 362–368
    long-run decision to exit or enter a market, 276–277
    long-run supply curve, 277, 282–284
    marginal-cost curve, 271–273
    marginal-cost curve and supply decision of, 271–273
    market supply with entry and exit, 279–280
    market supply with fixed number of, 279
    measuring profit in graph, 277–278
    profit maximization and, 270–278, 363
    revenue of, 269–270
    shift in demand in short run and long run, 281–282
    short-run decision to shut down, 273–275
    short-run supply curve, 275
    sunk costs and, 274, 275–276
    supply curve, marginal cost as, 271–273
    supply decision, 271–273
    zero profit and, 280–281
Competitive market, **66, 268,** 268–270
    characteristics of, 268
    firms in, 267–284
    long-run supply curve, 282–284
    market supply with entry and exit, 279–280
    market supply with fixed number of firms, 279
    meaning of, 268
    revenue of competitive firm, 269–270
    shift in demand in short run and long run, 281–282
    supply curve in, 279–284
    zero profit and, 280–281
Complements, **70**
    cross-price elasticity of demand, **98**
Compounding, **564**
    magic of, 566
    rule of 70, 566
Concentration ratio, 320
Condorcet, Marquis de, 457
Condorcet paradox, **458**
Congestion
    common resource and, 220–221
    gas tax and, 197
    pricing, 219, 220
    traffic and toll roads, 220–221

Congressional Budget Office (CBO), 29, 238, 239, 581
Constant returns to scale, **261,** 523
Consumer choice
    budget constraint, 426–427
    consumer optimal choices, 432–434
    deriving demand curve, 438–439
    Giffen goods, 440
    income changes and, 434–435
    income effect, 436–438
    indifference curve, 428–432
    inferior good, 435
    interest rates and household saving, 444–446
    marginal rate of substitution, 428
    normal good, 434
    optimization, 432–439
    perfect complements, 431–432
    perfect substitutes, 431
    preferences, 428–432
    price changes and, 435–436
    substitution effect, 436–438
    theory of, 439–446
    wages affect labor supply, 440–443
Consumer price index (CPI), **496,** 496–503
    basket of, 498
    calculating, 496–499
    core, 499
    defined, 496
    GDP deflator *vs.,* 502
Consumer surplus, 134–138, **135,** 300
    evaluating market equilibrium, 144–146
    lower price raises, 136–137
    market efficiency and, 142–148
    measure, 137–138
    price affects, 138
    using demand curve to measure, 135–136, 137
    willingness to pay, 134–135
Consumption, **479**
    aggregate-demand curve shifts due to changes in, 710, 712
    as component of GDP, 479, 482
    price level and, 708
    rivalry in, 212
    trade expands set of opportunities, 51
Consumption-saving decision, 444
Consumption tax, 234
Cooper, Michael, 146
Cooperation, economics of, 342–349
Coordinate system, 37–39
Coordination problems, 261–262
Core CPI, **499**
Core inflation, 501
Cornwell, Patricia, 319
Corporate income taxes, 231, 240–241
Corporation, defined, 231
Corrective taxes, **196,** 196–198
Correlation, positive and negative, 39
Cost(s), **139,** 248–251

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

average fixed, 256, 262
average total, 256, 262, 271–272
average variable, 256, 262
of capital, 249–250
economic profit *vs.* accounting profit, 250–251
economies of scale and, 176
explicit, 249, 250, 262
fixed, 255, 262
implicit, 249, 262
of inflation, 640–647
marginal (*See* Marginal cost (MC))
menu, 642, 718
opportunity (*See* Opportunity cost(s))
of possible sellers, 139
production and, 251–253
shoeleather, 641–642
in short run and long run, 259–262
social, 192–193
sunk, 274, 275–276
of taxation, 153–164
total, 248–249
transaction, 204
variable, 255, 262
various measures of, 254–259
Costanza, George, 147
Cost-benefit analysis, 216–218, **217**
Cost curves
and their shapes, 256–258
typical, 258–259
Cost of living
allowance (COLA), 506
consumer price index, 496–503
measuring, 495–512
problems in measuring, 499–501
regional differences in, 505–506
Cost of reducing inflation, 776
costless disinflation, possibility of, 778–779
Greenspan era, 780–781
rational expectations, 778–779
recession of 2008–2009, 782
sacrifice ratio, **777,** 777–778
Volcker disinflation, 779–780
Council of Economic Advisers (CEA), 28
Countries
application of supply, demand, and elasticity, 104–105
failure to keep price of oil high, 104–105
increase in price of crude oil, 114–115
Cowen, Tyler, 405
CPI. *See* Consumer price index
Crandall, Robert, 350
Credit cards, 609
Credit crunch, 616
Credit risk, bonds, 543
Cross-price elasticity of demand, **98**
Crowding out, **555**
Crowding-out effect, 750–752, **751**
Cruz, Ted, 656

Currency, **607**
Currency manipulation, 695
Current Population Survey, 578
Curves, 39–41
movements along, 40–41
shifts of, 40–41
slope of, 41–43
Customers, discrimination by, 395–396
Cwik, Tobias, 755
Cyclical unemployment, 578, **581**

## D

Dairy industry, 268, 269
Date of maturity, bonds, 543
Deadweight loss, **157,** 228, 232–234
changes in welfare, 157
debate, 160–161
determinants of, 158–161
elasticity and, 158–161
gains from trade and, 157–158
in monopoly, 301–302
source of, 158
tariffs and, 174–175
of taxation, 154–158
tax revenue and, 161–163
Deaton, Angus, 489
DeBeers, 291
Debt(s)
dealing with, 802–805
dollar-denominated, 798
government, 554, 556–557, 799, 802–805
Debt finance, stock, 545
Debt-to-GDP ratio, 556–557
Default, bonds, 543
Deferring payment method, 609
Deficits
budget (*See* Budget deficits)
dealing with, 802–805
trade, **654**
Deflation, 628, 776
measuring a nation's income, 474
Defoe, Daniel, 518
Demand, 67–72. *See also* Model of aggregate demand and aggregate supply
applications of, 102–107
change in, 80
cross-price elasticity of, 98
decrease in, 69
derived, 362
disentangling supply and, 685
elastic, 90, 93, 94, 97
elasticity of (*See* Demand elasticity)
equilibrium of supply and, 76–78
excess, 77, 78
expectations and, 70–71
income changes, 69–70
increase in, 69, 79–80, 283
individual, 68–69

inelastic, 90, 93, 94, 97
for labor, 362–368
law of, 67
market, 68–69
market forces of supply and, 65–85
number of buyers and, 71
perfectly inelastic, 93, 94
price elasticity of, 94
prices of related goods and, 70
reducing smoking, 71–72
relationship between price and quantity demanded, 67–68
supply and, 76–83, 111–112, 363, 367
tastes and, 70
Demand curve(s), 39–40, 67–68, **68**
for competitive firms, 294
demand schedule and, 136
deriving, 438–439
elasticity of linear, 97
measuring consumer surplus with, 135–136, 137
for monopoly firms, 294
price elasticity of demand and, 92, 93, 94
shifts in, 40–41, 69–72
shifts in *vs.* movements along, 72
variety of, 93–94
Demand deposits, **607**
Demand elasticity, 90–98
income, 98
price, 90–91
Demand schedule, **67**
demand curve and, 68, 136
Department of Commerce, 482
Department of Justice, 28, 290, 308–309, 350, 353
Department of Labor, 28, 496, 578, 589
Department of the Treasury, 28
Depreciation, 478, **665**
Depression, **702**
Derived demand, 362
Determinants of productivity
human capital per worker, 522
natural resources per worker, 522
physical capital per worker, 519–522
technological knowledge, 523–524
Differentiated products
competition with, 322–328
Diminishing marginal product, **253, 364**
Diminishing marginal utility, 410
Diminishing returns, **525,** 525–527
Discount coupons, price discrimination and, 307
Discounting, 565
Discount rate, **617**
Discount window, 617
Discouraged workers, **583**
Discrimination, **391**
by customers and governments, 395–396

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

earnings and, 383–396
economics of, 391–396
by employers, 393–395
in labor market, 391–393
measuring labor-market discrimination, 391–393
profit motive and, 394–395
in sports, 395–396
Diseconomies of scale, **261,** 261–262
Disinflation, 776
rational expectations and possibility of costless, 778–779
Volcker, 779–780
Disinflationary monetary policy, 777
Disposable personal income, 478
Distribution
of income, worldwide view of, 405
of income in U.S., 402–403
neoclassical theory of, 378
Diversification, **568,** 573
risk reduction, 569
Dividends, 545, 571
Dominant strategy, **343**
Dorn, David, 405
Double coincidence of wants, 604
Doucleff, Michaeleen, 536–537
Dow Jones Industrial Average, 544
Downey, Robert, Jr., 390
Downs, Anthony, 220
Drug interdiction, applications of supply, demand, and elasticity, 105–107
Drugs
generic *vs.* monopoly, 299–300
Duopoly, 338–339

# E

Earned income tax credit (EITC), 120, 415, 590–591
Earnings per share, 545
Easterlin, Richard, 488
ECB. *See* European Central Bank
*Economica,* 764
Economic fluctuations
causes of, 721–733
facts about, 702–704
irregular and unpredictable, 702–704
as output falls, unemployment rises, 704
short-run, 705–707
Economic growth
around world, 516–518
diminishing returns and catch-up effect, 525–527
education and, 528
experiences, variety of, 517
free trade and, 530–531
health and nutrition, 528–529
importance of long-run growth, 538
investment from abroad, 527–528
natural resources as limit to, 524

population growth and, 534–537
production possibilities frontier and, 24–26
productivity and, 518–524
property rights and political stability, 529–530
public policy and, 525–537
research and development, 531–534
saving and investment, 525
Economic life cycle, 407–408
Economic mobility, 409
Economic models, 22–26
Economic profit, **250,** 250–251
*Economic Report of the President,* 28
Economics, **4.** *See also* Welfare economics
assumptions of, 705
behavioral, 461–466
of Black Death, 377–378
of cooperation, 342–349
of discrimination, 391–396
of immigration, 372–373
within a marriage, 56–57
studying, 33
supply-side, and Laffer curve, 162–163
ten principles of, 3–15
of union, 592–593
Economic variables, 503–508
Economic welfare
total surplus and, 143
Economies of scale, **261,** 261–262
as a cause of monopoly, 292
lower costs through, 176
specialization and, 261–262
Economists
*vs.* accountants, 249–250
disagreement among, 30–32
follow-up on advice of, 29
as policy adviser, 27–29
propositions which most agree about, 31
as scientist, 20–27
thinking like, 19–33
in Washington, 28–29
Economy
centrally planned, 9
closed, 547, 654
increasing openness of U.S., 655–657
inflation and, 628
interest rates in U.S., 508
labor-force participation of men and women in U.S., 581–582
market, 9–10
money in U.S., 607–609
open, 547, 654
parable for modern, 48–52
political, 457–461
underground, 161
unions, good or bad for, 593
U.S. deep economic downturn, 14
using policy to stabilize, 790–792

Education
alternative view of, 389–390
cost of college, 5–6
economic growth and, 528
as positive externality, 193–194, 528
public policy and, 528
signaling theory of, 389–390
social optimum and, 194
type of human capital, 385–387
wages and, 389–390
Efficiency, **5, 143**
of equilibrium quantity, 145
government intervention and, 12
informational, 572
market (*See* Market efficiency)
production possibilities frontier and, 25
taxes and, 232–236
total surplus and, 143
trade-off between equity and, 242
Efficiency wages, 390–**391, 594,** 594–596
Efficiency wages theory, 594–596
Efficient markets hypothesis, **571,** 571–573
Efficient scale, **258,** 280, 325
Efforts
wages and, 388–389
worker, 595
Einstein, Albert, 20
EITC. *See* Earned income tax credit
Elastic demand, 90, 93, 94, 97
Elasticity, **90**
along a linear demand curve, 96–98
applications of, 89–107
deadweight loss and, 158–161
of demand (*See* Demand elasticity)
income elasticity of demand, 98
real world, 93
of supply, 99–101
tax incidence and, 124–126
Elephants, common resource, 222
Employers, discrimination by, 393–395
Entry/exit into market
firm's long-run decision to, 276–277
long run market supply with, 279–280
Environmental Protection Agency (EPA), 196
Environmental regulations, 196
EPA. *See* Environmental Protection Agency
Equality, **5, 143**
government intervention and, 12
of net exports and net capital outflow, 659–660
Equilibrium, **76,** 76–78
analyzing changes in, 78–82
for an oligopoly, 340–341
consumer and producer surplus in market, 144
decrease in supply affects, 81
increase in demand affects, 80

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

interest rate, 741
in labor market, 369–374
long-run, 323–324, 722
market, and shift in supply, 80–81
in markets for land and capital, 375–376
markets not in, 78
monetary, 630–631
money market, 740, 741
in open economy, 683–685
of supply and demand, 76–78
without international trade, 167–169
zero-profit, 281
Equilibrium price, **76**
Equilibrium quantity, **76,** 145
Equilibrium wages, 391
ability, effort, and chance, 388–389
above-equilibrium wages, 390–391
compensating differentials, 384
determinants of, 384–391
human capital, 385–386
signaling, 389–390
superstar phenomenon, 390
Equity
horizontal, 237, 239
taxes and, 236–242
trade-off between efficiency and, 242
vertical, 237–239
Equity finance, stock, 545
*Essay on the Principle of Population as It Affects the Future Improvement of Society* (Malthus), 534
Ethiopia, income inequality in, 404
EU. *See* European Union
Euro, 666
Europe, 354
*vs.* Google, 354
European Central Bank (ECB), 666
European Commission, 354
European Union (EU), 353, 354
Excess capacity, 325–326
Excess supply and demand, 77
Exchange-rate effect, 709, 712, 738
Excise taxes, 231
Excludability, **212,** 213, 215, 216
Expansionary monetary policy, 747
Expectations
of free trade, 179
rational, 778–779
role of, 767–773
shift in Phillips curve, 767–776
shifts in demand curve, 70–71
shifts in supply curve, 75
Expected inflation, 770
short-run Phillips curve and, 772
Expenditures, nation's overall economy and, 474–475
Explicit costs, **249,** 250, 262
Exports, **57, 654**. *See also* International trade

gains and losses from exporting country, 170–171
net, 480–482, 654
Externalities, **12,** 149, 189–206, **190,** 528
business-stealing, 327
carbon tax, 199
Coase theorem, 203–204
command-and-control policies, 195–196
corrective taxes and subsidies, 196–198
education as, 193–194
gas tax and, 197–198
internalizing, 193
market inefficiency and, 191–195
negative, 190, 192–193
positive, 190, 193–195
private solutions to, 202–206
product-variety, 327
public policies toward, 195–202
technology spillovers, 194–195
tradable pollution permits, 200–202
transaction costs, 204
Exxon, 347
Eyeglasses, 329

# F

Factors of production, 22–24, **362,** 522
competitive profit-maximizing firm, 363
demand for labor, 362–368
equilibrium in labor market, 369–374
land and capital, 375–378
linkages among, 377–378
markets for, 22–24, 361–378
production function and marginal product of labor, 363–365
shifting labor-demand curve, 366–368
supply of labor, 368–369
value of marginal product, 365–366
Fair Labor Standards Act of 1938, 118
Fairly valued stock, 571
Fairness, behavioral economics and, 463–465
Farming, applications of supply, demand, and elasticity, 102–104
FDIC. *See* Federal Deposit Insurance Corporation
Federal Deposit Insurance Corporation (FDIC), 621
Federal funds rate, **621,** 621–622, 745
Federal government
receipts of, 230
taxes collected by, 228–231
Federal Open Market Committee (FOMC), 610–611, 745, 794–795
Federal Reserve (Fed), 29, **609**
cost of reducing inflation, 776–782
federal funds rate, 621–622
FOMC, 610–611

100-percent-reserve banking, 611–612
lending to banks, 617–618
monetary policy and, 794–797
organization of, 609–610
Phillips curve during financial crisis, 781–782
problems in controlling money supply, 619–621
quantity of reserves, 617–618
reserve ratio, 612, 618–619
role of interest-rate target in, 745
stock market, 745–746
system, 609–611
tools of monetary control, 616–622
zero inflation debate, 798
Fiat money, **606**
FICA (Federal Insurance Contributions Act), 124
Final good, GDP includes value of, 476–477
Finance, **564**
Financial aid, price discrimination and, 307
Financial intermediaries, **544**
banks, 544–545
mutual funds, 545–546
Financial markets, **542**
bond market, 543
stock market, 543–544
Financial system, **542**
*Financial Times,* 501
Firm(s). *See also* Competitive firms
in circular-flow diagram, 22–24
efficient scale of, 325
marginal, 284
market supply with fixed number of, 279
profit-maximizing, 363
Firm-specific risk, **569**
diversification of, 568–569
Fiscal policy, **747**. *See also* Government spending
aggregate demand and, 747–758
aggregate supply and, 752
automatic stabilizers, 758
changes in government purchases, 747–748
changes in taxes, 752–753
crowding-out effect, 750–752
multiplier effect, 748
savings and, 555
spending multiplier, formula for, 748–750
stabilization, 753–758, 790–792
unbalanced, 662
Fisher, Franklin, 353
Fisher, Irving, 639
Fisher effect, **639,** 639–640
Fixed costs, **255,** 262
average, 256, 262
Flypaper theory of tax incidence, 239

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Fogel, Robert, 528–529
FOMC. *See* Federal Open Market Committee
Food aid, 537
Food Stamp program, 215
Ford, Gerald, 14
Ford, Henry, 523, 595–596, 628
Ford Motor Company, 260, 342, 527
Foreign-currency exchange
    market for, 680–682
    supply and demand, 678–682
Foreign investment
    direct, 527
    economic growth and, 527–528
    portfolio, 527
401(k) plans, 234, 806
403(b), 806
Fractional-reserve banking, **612,** 612–613
France, income inequality in, 404
Franklin, Ben, 227
Free rider, **214**
Free-silver debate, 646–647
*Free To Be You and Me* style, 56
Free trade, 167–183
    economic growth and, 530–531
Frictional unemployment, **585,** 586
Friedman, Milton, 628, 646, 767
Friedman rule, 646
Fundamental analysis, **571**
Future value, **564**

## G

Gains from trade
    comparative advantage, 52–58
    deadweight losses and, 157–158
    of exporting country, 170–171
    of importing country, 171–173
    production possibilities, 49–50
    specialization, 50–52
Gale, William, 417
Game theory, **338**
Gasoline prices, incentive effects of, 7
Gasoline tax, 236
    as corrective tax, 197–198
    road congestion and, 197
Gates, Bill, 353, 518
GATT. *See* General Agreement on Tariffs and Trade
GDP. *See* Gross domestic product
GDP deflator, **484,** 484–485
    computing inflation rate, 484
    *vs.* consumer price index, 502
Gender, 389, 392. *See also* Women
General Agreement on Tariffs and Trade (GATT), 181–182, 657
General Mills, 330
General Motors, 342
*General Theory of Employment, Interest and Money, The* (Keynes), 739, 754, 792

Generic drugs *vs.* monopoly drugs, 299–300
Germany
    average income in, 517
    economic growth of, 517
    hyperinflation in, 636–637
    income inequality in, 404
    inflation in, 13–14
Giffen, Robert, 440
Giffen goods, **440**
Gifts as signals, 455–456
GNP. *See* Gross national product
Gold standard, 605, 606
Goldstein, Jacob, 606
*Gone with the Wind,* 504
Good(s), 70
    club, 213, 292
    complements, **70**
    CPI basket of, 498
    currently produced, GDP includes, 477
    different kinds of, 212–213
    excludability of, 212, 213, 215, 216
    final, 476–477
    inferior, 70, 98, 435
    intermediate, 477
    international flows of, 654–664
    international trade increases variety of, 176
    markets for, 22–24
    normal, 70, 98, 434
    private, 212, 213
    public, 212, 213, 214–218, 531
    related, 70
    rivalry in consumption, 212
    substitutes, 70
    tangible, 477
    types of, 212–213
Google, 290, 354, 486, 500–501
    Europe *vs.,* 354
Google Price Index, 501
Gordon, Robert, 532–533
Government. *See also* Federal government
    balance budget debate, 802–805
    benefits of, 11–12
    debate over spending hikes, 792–794
    discrimination by, 395–396
Government budget deficits, 686–688
Government-created monopolies, 291–292
Government debt, 554
    crowding out, 555
    history of U.S., 556–557
Government policies
    price control and, 112–120
    supply, demand, and, 111–112
    taxes and, 120–127
Government purchases, **480**
    aggregate-demand curve shifts due to changes in, 711, 712
    as component of GDP, 480, 482

fiscal policy changes in, 747–748
Government spending, 793. *See also* Fiscal policy
Graham, Carol, 488
Graph(s), 37–45
    cause and effect, 43–45
    curves in, 39–41
    measuring profit in, 277–278
    of single variable, 37, 38
    slope of, 41–43
    of two variable, 37–39
Great Britain
    caloric consumption and height of population, 528–529
    malnutrition and, 529
    unilateral approach to free trade, 181
Great Depression, 495, 791, 792, 793, 798
    bank runs during, 620
    shift in aggregate demand, 725–726
Great Recession, 793
Greenspan, Alan, 234, 573, 618, 780, 801
Greenspan era, 780–781
Gross domestic product (GDP), 474, **476,** 515–516, 519–520, 527, 547–548
    components of, 479–482
    consumption, 479, 482
    drugs and, 480–481
    as economy's income and expenditure, 474–475
    GDP deflator, 484–485
    government purchases, 480, 482
    international differences in, 490
    investment, 479–480, 482
    measurement of, 476–478
    as measure of economic well-being, 486–490
    net exports, 480–482
    nominal (*See* Nominal GDP)
    prostitution and, 480–481
    quality of life and, 490
    U.S., components of, 481–482
Gross national product (GNP), 478, 527
Growth, production and, 515–538
"Guns and butter" tradeoff, 5

## H

Hamermesh, Daniel, 388–389
*Hamlet,* 352
Hanson, Gordon H., 405
*Hard Heads, Soft Hearts* (Blinder), 802
Health
    economic growth and, 528–529
    efficiency wages and, 594
Health insurance, 567–568
Hemingway, Mark, 205
Higher education
    price discrimination in, 308
Holmes, Oliver Wendell, Jr., 153
*Homo economicus,* 462, 464
*Homo sapiens,* 462

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Honda, 342
Hoover, Herbert, 495, 504
Horizontal equity, **237,** 239
Households
    in circular-flow diagram, 22–24
    decisions faced by, 3
Housing
    in basket of goods of CPI, 498
    rent control, 115–116
Hsu, Shi-Ling, 199
Human capital, **385,** 385–386, 519, **522,** 524, 528
    as determinant of productivity, 522
    economic growth and, 522
    education as, 385–387, 528
    health and nutrition as investment in, 528
    role of, 392
Human-capital theory, 389
Human life, value of, 217–218
Human organs, market for, 147–148
Hume, David, 628
Hungary, hyperinflation in, 636–637
Hyperinflation, 628
    money and prices during, 636–637
    nominal exchange rates, 670

I

Immigration, 369
Imperfect competition, 320
Implicit costs, **249,** 262
Import quota, 32, 689
    compared to tariff, 175
Imports, **57, 654.** *See also* International trade
    gains and losses of importing country, 171–173
Incentives, **7,** 7–8
Income. *See also* Wages
    capital, 376
    changes in affect consumers' choices, 434–435
    disposable personal, 478
    economic life cycle, 407–408
    effect, 436–438, 807
    in-kind transfers as, 407
    measuring a nation's, 473–491
    national, 478
    nation's overall economy and, 474–475
    other measures of, 478
    permanent, 408
    personal, 478
    political philosophy of redistributing, 409–413
    shifts in demand and, 70
    transitory *vs.* permanent, 408
    U.S. distribution of, 402–403
Income distribution, worldwide view of, 405
Income effect, 436–438, **807**

Income elasticity of demand, **98**
Income inequality
    alternative measures of, 408–409
    around world, 403–404
    economic mobility, 409
    measurement of, 402–409
    poverty and, 406–407
    in U.S., 402–403
Income or consumption debate, taxation, 233–234
Income redistribution, international differences in, 416–417
Income tax, negative, 414–415
Inconsistency, behavioral economics and, 466
Indexation, **506**
Index funds, 546
    random walk and, 572–573
India
    average income in, 515
    economic growth of, 517
    income inequality in, 404
Indifference curve(s), **428**
    extreme examples of, 430–432
    income effect, 428–432
    perfect complements, 431–432
    perfect substitutes, 431
    properties of, 429–430
Individual demand, 68–69
Individual retirement account (IRA), 234, 806
Individual supply *vs.* market supply, 74
Indonesia
    average income in, 517
    economic growth of, 517
    income inequality in, 404
Industrial organization, 248
Industrial policy, 194–195
Inefficiency, externalities and, 191–195
Inelastic demand, 90, 93, 94, 97
Inelastic supply, 99
Inequality
    alternative measures of, 408–409
    around world, 403–404
Infant-industry argument for trade restrictions, 180–181
Inferior goods, **70, 435**
    income elasticity of demand and, 98
Inflation, **13,** 13–14, 484, 496, 627–628
    arbitrary redistributions of wealth, 645
    brief look at adjustment process, 632–633
    classical dichotomy, 633–634
    confusion and inconvenience, 644–645
    core inflation, 501
    correcting economic variables for effect of, 503–508
    cost of reducing, 776–782
    costs of, 640–647

economy and, 628
    effects of monetary injection, 631–632
    effects of on box office receipts, 504
    expected, 770
    fall in purchasing power, 641
    Fisher effect, 639–640
    inflation-induced tax distortions, 643–644
    inflation tax, 637–638
    level of prices and value of money, 629
    measures of, 502–503
    measuring a nation's income, 474
    menu costs, 642
    monetary neutrality, 633–634
    money growth and, 627–628
    money supply, money demand, and monetary equilibrium, 630–631
    money supply and, 14
    monitoring inflation in internet age, 500–501
    online-based measures, 501
    quantity equation, 634–636
    raises tax burden on saving, 644
    relative-price variability and misallocation of resources, 642–643
    shoeleather costs, 641–642
    short-run-trade-off between unemployment and, 14–15, 763–784
    six costs of, 798
    special cost of unexpected, 645
    theory of, 629–640
    velocity of money, 634–636
    zero, 797–802
Inflation fallacy, 641
Inflation-induced tax distortions, 643–644
Inflation rate, 484, **496,** 498
    calculating, 496–498
    equilibrium price level and, 636
    high, 507
    nominal interest rate and, 640
    in U.S. economy, 508
Inflation targeting, 797
Inflation tax, **637,** 637–638
Information, asymmetry. *See* Asymmetric information
Informational efficiency, **572**
In-kind transfers, **407**
    policies to reduce poverty, 415
    problems in measuring inequality, 407
Input demand and output supply, 367
Input prices and supply, 75
*Inquiry into the Nature and Causes of the Wealth of Nations, An* (Smith), 9, 10, 55, 261
Insolvency, 616
Insurance
    adverse selection, 568
    health, 567–568

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

market for, 567–568
social (*See* Social insurance taxes)
unemployment, 587–588
Intangible services, GDP includes, 477
Interest rate(s), 506–508, **507**
equilibrium, 741
federal funds rate, 621, 745
in long run, 742
market for loanable funds, 551
net capital outflow, 683
nominal, 506–508, 551, 639, 739
real, 551, 639, 739
in short run, 742
supply and demand for loanable funds, 550–551
targets in Fed policy, role of, 745
in U.S. economy, 508
Interest-rate effect, 708–709, 712, 738
Intermediate good, 477
Internalizing the externality, **193**
International Monetary Fund (IMF), 528
International trade, 167–183
benefits of, 176–178
comparative advantage, 169
determinants of, 168–169
effects of tariffs, 173–175
equilibrium without, 168–169
gains and losses of exporting country, 170–171
gains and losses of importing country, 171–173
import quota compared to tariff, 175
lessons for policy of, 175–176
multilateral approach to free trade, 181
relative demand for skilled and unskilled labor and, 386
restriction of, 175
of United States, 57–58
winners and losers from, 170–178
world price, 169
International transactions, prices for, 664–667
Internet
and inflation, 500–501
shopping through, 500
Intrinsic value, 605
Intuit, 309
Inventory, GDP and, 479
Investment, **479,** 479–480
from abroad, 527–528
aggregate-demand curve shifts due to changes in, 710–711, 712
as component of GDP, 479–480, 482
as demand for loanable funds, 550
economic growth and, 525
foreign, 527–528
incentives, 553–554
national income accounts, 547–549
in people, 385

price level and, aggregate-demand curve downward slope, 708–709
saving, and their relationship to international flows, 660–661
savings and, 549
schooling as, 387
Investment accelerator, 748
Investment tax credit, 553
Invisible hand, 10, 11–12, 146–147
Inward-oriented policies, 530
IRA. *See* Individual retirement account
Irwin, Neil, 800–801
Israel, shifts in labor supply and, 371
Italy, income inequality in, 404

**J**

Jackson, Penfield, 353
Japan
average income in, 515
economic growth of, 517
income inequality in, 404
inflation, 646
Jensen, Robert, 440
Job(s)
argument for trade restrictions, 178–180
characteristics of, 388, 393
number, 585
Job search, **586**
public policy and, 586–587
some frictional unemployment is inevitable, 586
unemployment insurance, 587–588
Johnson, David W. (Otis), 827
Jones, Charles, 488
*Journal of Economic History,* 394
*Journal of Labor Economics,* 396
*Journal of Law and Economics, The,* 329
Junk bonds, 543

**K**

Karabell, Zachary, 480–481
Karlan, Dean, 536–537
Kasich, John, 656
Kellogg, 330
Kennedy, John F., 756
Kennedy, Robert, 486–487
Kenya, elephant poaching, 222
Kershaw, Clayton, 495
Kestenbaum, David, 606
Keynes, John Maynard, 29, 32–33, 573, 732, 739, 756, 792
Keynesians in White House, 756
King, Stephen, 319
Klenow, Peter, 488
Knee, Defender, 205
Kremer, Michael, 535–536
Kumar, Sanat, 606–607

**L**

Labor
aggregate-supply curve shifts and, 714
demand for, 362–368
international trade and demand for skilled and unskilled, 386
jobs argument for trade restrictions, 178–180
marginal product of, 363–365
measures of underutilization, 583
supply of, 368–369
taxes on, 160–161
technology and demand for skilled and unskilled, 386
Labor demand
minimum wage and, 119
shifts in, 371–374
Labor-demand curve
output price, 366
supply of other factors, 367–368
technological change, 366–367
Labor force, **579**
Labor-force participation rate, **580**
Labor market
discrimination, measuring, 391–393
equilibrium in, 369–374
minimum wage effects on, 118–119
racial discrimination in, 394, 396
Labor supply
shifts in, 370–371
Labor-supply curve
changes in alternative opportunities, 369
changes in tastes, 368–369
immigration, 369
shift in, 368–369
Labor tax, deadweight loss of, 160–161
Laffer, Arthur, 162–163, 199
Laffer curve, 162–163
Laffer curve and supply-side economics, 163
*Laissez faire,* 145
Lakner, Christoph, 405
Land
equilibrium in markets for factors of production, 375–378
Landsburg, Steven E., 179
Law of demand, **67,** 439
Law of one price, 668
Law of supply, **73**
Law of supply and demand, **78**
Learning by doing, 57
Leisure, trade-off between work and, 368
Lemons problem, 454
Lender of last resort, 610
Leverage, **615**
Leverage ratio, **615**
Liberalism, **411**–412
Libertarianism, **412**–413

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

Life cycle, **407**
Lighthouses as public goods, 216
Liquidity, **605**
　of asset, 741
　of money, 741
　theory of liquidity preference, 739–741
　trap, 747
Loanable funds, 549
　market for, 678–680
　supply and demand, 678–682
Local government, taxes collected by, 231–232
Logarithmic scales, 637
Long, Russell, 236
Long run
　costs in, 259–262
　decision to exit or enter a market, 276–277
　disinflationary monetary policy, 777
　interest rates, 742
　market supply, 279–280, 281
　Phillips curve, 767–769
　rent control, 115–116
　shift in demand, 281–282
　supply curve, 277, 282–284
Long-run equilibrium, 323–324, 722
Los Angeles Dodgers, 495
Losses. *See also* Deadweight loss
　of exporting country, 170–171
　of importing country, 171–173
Lowenstein, Roger, 620
Lowrey, Annie, 500
Lucas, Robert, 516, 778
Lump-sum taxes, **235,** 235–236
Luxuries
　income elasticity of demand and, 98
　price elasticity of demand and, 90–91
Luxury tax, 126–127

# M

Macroeconomics, 26–27, **27, 474**
　quantities fluctuate together in, 704
　six debates over policy for, 789–807
Malawi, elephants as private good, 222
Mali, poor country, 520, 521
Malthus, Thomas Robert, 534
Mankiw, N. Gregory, 199, 240
Margin, defined, 6
Marginal benefits, 6
Marginal buyers, 135–136
Marginal change, **6**
Marginal cost (MC), 6–7, 255–256, **256,** 262, 367
　markup over, 326–327
　related to average total cost, 258
　rising, 257
Marginal-cost (MC) curve
　and average-cost curves, 257
　firm's supply decision and, 271–273

Marginal firm, 284
Marginally attached workers, 583
Marginal product, **252**
　demand for labor and value of, 365–366
　diminishing, 253, 364
Marginal product of labor (MPL), **364**
　production function and, 363–365
　value of, 365–366
Marginal propensity to consume (MPC), 748
Marginal rate of substitution (MRS), **428**
Marginal revenue (MR), **270,** 295
　for competitive firm, 269–270
Marginal revenue product, 365
Marginal seller, 140
Marginal tax rates, 160, 230, **235**
　*vs.* average tax rates, 235
Market(s), **66**. *See also* Competitive market
　bond, 543
　competition and, 66–67
　definition of, 91
　efficiency of, 133–148
　financial, 542
　firm's long-run decision to exit or enter, 276–277
　for foreign-currency exchange, 680–682
　for goods and services, 22–24
　for insurance, 567–568
　for land and capital, equilibrium in, 375–376
　for loanable funds, 678–680
　with only few sellers, 338–342
　perfectly competitive, 66
　risk, 569
　size of oligopoly affecting, 341–342
　stock, 543–544
Market demand, 68–69
Market economy, **9,** 9–10
Market efficiency, 142–149
　consumer surplus and, 142–148
　market failure and, 148–149
　producer surplus and, 142–148
Market equilibrium, evaluating, 144–148
Market failure, **12,** 148–149. *See also* Externalities
Market for loanable funds, **549,** 678–680
　government budget deficits and surpluses, 554–557
　investment incentives, 553–554
　saving incentives, 551–553
　supply and demand for loanable funds, 550–551
Market irrationality, 573–574
Market power, **12,** 148, 268
Market risk, **569**
Market structure, types of, 321
Market supply
　with entry and exit, long run, 279–280
　with fixed number of firms, short run, 279

　*vs.* individual supply, 74
　as sum of individual supplies, 74
Markup over marginal cost, 326–327
Marron, Donald, 205
Martin, William McChesney, 755
Massey, Joseph A., 657
Maximin criterion, **411**
MC. *See* Marginal cost
McDonald's, 331–332
McGinty, Jo Craven, 146
McKinley, William, 647
McManus, Doyle, 656
McTeer, Robert D., Jr., 33
Median voter theorem, 459–461, **460**
Medicaid, 232, 415
Medicare, 124, 160, 231
Medium of exchange, 545, **605**
Menu costs, **642,** 718
Mexico
　economic growth of, 517
　effect of capital flight on economy, 691
　income inequality in, 404
　living standards in, 13
　middle-income country, 520, 521
　NAFTA and, 181
　political instability, 690
Microeconomics, 26–27, **27, 474**
　asymmetric information, 452–457
　behavioral economics, 461–466
　political economy, 457–461
Microsoft Corporation, 289–290, 309, 352–353
Midpoint method, 92
Milanovic, Branko, 405
Mill, John Stuart, 410
Miller, Nolan, 440
Minimum wage, 118–120
　advocates and opponents of, 119–120
　Fair Labor Standards Act of 1938, 118
　labor market and, 118–119
　price floor, 118–120
　teenage labor market and, 119
　who earns, 589–591
Minimum-wage laws, 588–591
　determinant of equilibrium wages, 390–391
　evaluating price controls, 120
　policies to reduce poverty, 413
Misery index, 763
Misperceptions theory, 719
Model of aggregate demand and aggregate supply, 702, **706,** 706–707
　aggregate-demand curve, 707–712
　aggregate-supply curve, 712–721
　long-run Phillips Curve, 769
　Phillips curve, 766
Mokyr, Joel, 532–533
Monetary equilibrium, 630–631
Monetary income, 407
Monetary injection, 744

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Monetary neutrality, 633–634, **634**
  Fischer effect, 639–640
  revisited, 724
Monetary policy, **610**
  aggregate demand and, 738–747
  changes in money supply, 743–744
  debate, policy made by rule or
    discretion, 794–797
  disinflationary, 777
  effects of monetary injection,
    631–632
  expansionary, 747
  free-silver debate, 646–647
  inflation targeting, 797
  monetary injection, 744
  role of interest-rate targets in Fed
    policy, 745
  stabilization policy arguments,
    790–792
  theory of liquidity preference,
    739–741
  zero lower bound, 746–747
Monetary system, 604
  banks and the money supply, 611–616
  Federal Reserve system, 609–611,
    616–622
  meaning of money, 604–609
Money, **604**
  commodity, 605
  creation with fractional-reserve
    banking, 612–613
  credit cards and, 609
  fiat, 606
  functions of, 605
  future value, 564–566
  during hyperinflations, 636–637
  kinds of, 605–606
  liquidity of, 741
  measuring time value of, 564–566
  present value, 564–566
  quantity theory of, 628, 631
  stock, 607
  in U.S. economy, 607–609
  value of, 629
  velocity of, 634–636
Money demand, 630–631
  theory of liquidity preference, 741
Money market
  equilibrium in, 740, 741
  slope of the aggregate-demand curve,
    743
Money multiplier, **613,** 613–614
Money supply, **610,** 630–631
  bank capital, leverage, and financial
    crisis of 2008-2009, 615–616
  bank runs and, 619–621
  banks and, 611–616
  creation with fractional-reserve
    banking, 612–613
  discount rate, 617
  excess reserves, 612

Fed's tools of monetary control,
    616–622
  inflation and, 14
  monetary neutrality, 634
  money multiplier, 613–614
  open-market operations, 610, 617
  paying interest on reserves, 619
  problems in controlling, 619–621
  reserve requirements, 612, 618–619
  theory of liquidity preference,
    739–740
Monopolistically competitive firms
  in the short run, 322–323
Monopolistic competition, 319–333, **321**
  advertising, 328–332
  competition with differentiated
    products, 322–328
  excess capacity, 325–326
  free entry and exit of firms, 321
  long-run equilibrium, 323–324
  many sellers, 321
  markup over marginal cost, 326–327
  between monopoly and perfect
    competition, 320–322
  *vs.* perfect competition, 324–327
  product differentiation, 321
  and welfare of society, 327–328
Monopolistic competitors in the short run,
  322–323
Monopoly(ies), 67, 289–312, **290,** 320–322
  arising, 290–293
  cartels and, 339–340
  *vs.* competition, 293–294
  competition *vs.,* 312
  deadweight loss in, 301–302
  demand and marginal-revenue
    curves for, 296
  economies of scale as a cause of, 292
  government-created, 291–292
  inefficiency of, 302
  marginal-cost pricing for a natural,
    310
  natural, 213, 292–293
  parable about pricing, 304
  prevalence of, 311–312
  price discrimination and, 303–308
  production and pricing decisions in,
    293–300
  profit, 298–300
  profit as social cost, 303
  profit maximization for, 297
  profit maximization in, 296–298
  public ownership and, 310–311
  public policy toward, 308–311
  regulation, 309–310
  resources, 291
  revenue, 294–296
  supply curve, 298
  welfare cost of, 300–303
Monopoly drugs *vs.* generic drugs,
  299–300

Monopoly firms, demand curves for, 294
Monopsony, 374
Moral hazards, **452,** 452–454
  insurance, 568
Morris, Eric A., 220
Movie tickets, price discrimination and,
  306–307
MPC. *See* Marginal propensity to
  consume
MPL. *See* Marginal product of labor
MR. *See* Marginal revenue
MRS. *See* Marginal rate of substitution
Mullainathan, Sendhil, 393
Multiplier effects, **748,** 792
  aggregate demand, 748
  formula for spending, 748–750
  other applications of, 750
Municipal bonds, 543
Muskie, Edmund, 202
Mutual funds, **545**
  as financial intermediaries, 545–546
  index funds, 546
  portfolio, 545

## N

Nader, Ralph, 8
NAFTA. *See* North American Free Trade
  Agreement
Namibia, elephants as private good, 222
NASA, 531
NASDQA. *See* National Association
  of Securities Dealers Automated
  Quotations
Nash, John, 340
Nash equilibrium, **340,** 341
National Association of Securities Dealers
  Automated Quotations (NASDAQ),
  544
National defense
  important public goods, 214–215
National Highway Traffic Safety
  Administration, 197
National income, 361, 478
National Institutes of Health (NSF), 215,
  531
National Labor Relations Board (NLRB),
  593
National saving, **548,** 803, 805–807
  economic well-being and, 805
  ways to increase, 807
National Science Foundation, 215, 531
National-security argument for trade
  restrictions, 180
Natural disasters, price and, 84–85
Natural level of output, **714**
Natural monopolies, 213, **292,** 292–293
  marginal-cost pricing for, 310
Natural-rate hypothesis, **772**
  natural experiment for, 772–773

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Natural rate of unemployment, 578, **581,** 768
  natural-rate hypothesis, 772–773
Natural resources, **522**
  aggregate-supply curve shifts and, 714
  as determinant of productivity, 522
  limit to growth, 524
  population growth stretching of, 534
Negative correlation, 39
Negative externalities, 190, 192–193
Negative income tax, **414**–415
Negative public saving, 803
Neoclassical theory of distribution, 378
Net capital outflow, **658**
  equality of net exports, 659–660
  flow of financial resources, 658–659
  interest rates, 683
  link between two markets, 683–684
Net exports, **480,** 480–482, **654**
  aggregate-demand curve shifts due to changes in, 711, 712
  as component of GDP, 480–482
  equality of, 659–660
  price level and, aggregate-demand curve downward slope, 709
  trade policy, 688–690
Net foreign investment, 658
Net national product (NNP), 478
Newton, Isaac, 20
New York Stock Exchange, 544
*New York Times,* 350
New York Yankees, 495
New Zealand, 800–801
New Zealand Kiwifruit Authority, 800
Nigeria
  average income in, 515
  income inequality in, 404
  living standards in, 13
NLRB. *See* National Labor Relations Board
NNP. *See* Net national product
Nominal exchange rates, **665**
  during hyperinflations, 670
Nominal GDP, **482,** 633
  numerical example of real *vs.,* 482–484
  real GDP *vs.,* 482–486
  velocity and quantity equation, 635
Nominal interest rates, 506–508, **507,** 551, 639, 739
  Fisher effect, 639–640
  inflation rate and, 640
  in U.S. economy, 508
Nominal variables, **633**
Normal goods, **70, 434**
  income elasticity of demand and, 98
Normative statements, 27–28, **28**
North American Free Trade Agreement (NAFTA), 181, 657
Nozick, Robert, 412
Nutrition, health and, 528–529

## O

Obama, Barack, 14–15, 239, 242, 610, 656, 657, 692, 756, 792–793
Observation, 20–21
Oceans, common resources, 222
Office of Management and Budget, 28
Office of National Statistics, 488
*Oikonomos,* 3
Oligopoly, **320, 337**
  economics of cooperation, 342–349
  equilibrium for, 340–341
  markets with only a few sellers, 338–342
  as prisoners' dilemma, 344–345
  public policy toward, 349–354
  size of, affecting market outcome, 341–342
Omitted variable, 43–44
OPEC. *See* Organization of the Petroleum Exporting Countries
Open economy, 547, **654**
  equality of net exports and net capital outflow, 659–660
  equilibrium, 683–685
  Euro, 666
  flow of financial resources, 658–659
  flow of goods, 654–664
  government budget deficits, 686–688
  how policies and events affect, 686–695
  increasing openness of U.S. economy, 655–657
  international flows of goods and capital, 654–664
  market for foreign-currency exchange, 680–682
  market for loanable funds, 678–680
  nominal exchange rates, 665
  political instability and capital flight, 690–694
  prices for international transactions, 664–667
  purchasing-power parity, 667–672
  real equilibrium, 684–685
  real exchange rates, 665–667
  trade policy, 688–690
Open-market operations, 610, **617,** 739–740, 745
Opportunity cost(s), **6, 52,** 52–53, 249–250
  comparative advantage and, 52–53
  cost of capital as, 249–250
  costs as, 249
  economists *vs.* accountants, 249–250
  explicit and implicit costs, 249–250, 262
  production possibilities frontier and, 24–26
Optimization
  consumer optimal choice, 432–434
  deriving demand curve, 438–439

income changes and, 434–435
  income effect, 436–438
  price changes and, 435–436
  substitution effect, 436–438
  utility of, 433
Optimum, 192, 432
Ordered pair, 37
Organization of the Petroleum Exporting Countries (OPEC), 345
  inflation, 780
  and price of oil, 104–105
  supply shocks and, 774–775
  and world oil market, 345
  world oil market and price ceilings and lines at gas pump, 114–115
Organs (human), market for, 147–148
Origin, of graph, 38
Orrenius, Pia, 372–373
Orszag, Peter, 199
Oster, Emily, 56–57
Output, 742
Output effect, 295, 341
Output price, 366
Outsourcing, 179
Outward-oriented policies, 530
Overvalued stock, 571
Owners' equity, 615

## P

Pakistan
  economic growth of, 516–517
  income inequality in, 404
Palestine, shifts in labor supply and, 371
Parity, 668
Parking spots, 146–147
Patent protection, 194–195
Payroll taxes, 230–231
  burden of, 124
Peltzman, Sam, 8
PepsiCo, 308
Perception *vs.* reality, 31–32
Perfect competition, 320–322
  excess capacity, 325–326
  markup over marginal cost, 326–327
  *vs.* monopolistic competition, 324–327
Perfect complements, **431**–432
Perfectly competitive markets, 66, 268
Perfectly elastic supply, 100
Perfectly inelastic demand, 93, 94
Perfectly inelastic supply, 100
Perfect price discrimination, 305
Perfect substitutes, **431**
Permanent income, **408**
Perpetuity, bonds, 543
Personal income, 478
Personal income taxes, 230
Philbrick, Nathaniel, 319
Philippines, income inequality in, 404
Phillips, A. W., 764

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Phillips curve, **764**
in 1960s, 773
aggregate demand, aggregate supply, and, 765–767
breakdown of, 774
during financial crisis, 781–782
long-run, 767–769
natural-rate hypothesis, 772–773
origins of, 764–765
rational expectations, 778–779
reconciling theory and evidence, 770–771
sacrifice ratio, 777–778
shifts in, 767–776
short-run, 771–772
supply shocks and, 773–776
Physical capital, **519**
as determinant of productivity, 519–522
Pie chart, 37, 38
Pigou, Arthur, 196, 197
Pigovian taxes, 196
Pin factory, 261
Poland, hyperinflation in, 636–637
Political business cycle, 795–796
Political economy, **457**, 457–461
Arrow's impossibility theorem, 458–459
Condorcet voting paradox, 457–458
median voter theorem, 459–461
politicians' behavior, 461
Political instability, capital flight and, 690–694
Political stability, economic growth and, 529–530
Politicians, behavior of, 461
Pollution
clean air and water as common resource, 219
corrective taxes and, 196–198
Environmental Protection Agency (EPA), 196
gas tax, 198
as negative externality, 219
objections to economic analysis of, 202
regulation and, 196–197
social optimum and, 192
tradable pollution permits, 200–202
Population growth
diluting the capital stock, 534–535
economic growth and, 534–537
promoting technological progress, 535–537
stretching natural resources, 534
Porter, Eduardo, 416
Portfolio, mutual funds, 545
Positive correlation, 39
Positive externalities, 190, 193–195
technology spillovers, industrial policy, and patent protection, 194–195

Positive statements, 27–28, **28**
Poverty
correlated with age, race, and family composition, 406–407
fighting, as public good, 215–216
income inequality and, 406–407
in-kind transfers, 415
policies to reduce, 413–418
Poverty line, **406**
Poverty rate, **406**
Predatory pricing, 351–352
Preferences
consumer choices, 428–432
marginal rate of substitution, 428
representing with indifference curves, 428–429
utility and, 433
Present value, **564,** 564–566
Prevalence of monopolies, 311–312
Price(s). *See also* Consumer price index (CPI)
allocation of resources and, 83–84
changes in consumer choices, 435–436
control on, 112–120
equilibrium, **76**
higher price raises producer surplus, 141–142
during hyperinflations, 636–637
input prices and supply, 75
international transactions, 664–667
level of, 629
lower price raises consumer surplus, 136–137
market-clearing, 76
natural disasters and, 84–85
output, 366
purchase, of land or capital, 375–376
quantity demanded and, 67–68
quantity supplied and, 73
of related goods and demand, 70
relative, 642–643
rental, of land or capital, 375–377
shortages and, 77
surplus and, 77
of trade, 54
when supply and demand shifts, 81–82
willingness to pay, 134–135
world, 169
Price ceiling, **112**
binding constraint, 113
lines at gas pump, 114–115
market outcomes and, 112–113
not binding, 112
rent control, 115–116
Price controls, evaluating, 120
Price discrimination, **303**
airline prices, 307
analytics of, 305–306
discount coupons, 307
examples of, 306–307

financial aid, 307
in higher education, 308
monopolies and, 303–308
movie tickets, 306–307
quantity discounts, 307
welfare with and without, 306
Price-earnings ratio, 545
Price effect, 295, 341
Price elasticity of demand, **90,** 90–91
computing, 91–92
determinants of, 90–91
elasticity and total revenue along a linear demand curve, 96–98
midpoint method, 92
total revenue and, 95–96
variety of demand curves, 93–94
Price elasticity of supply, **99**
computing, 99
determinants of, 99
variety of supply curves, 100–101
Price floor, **112**
market outcomes and, 116–117
minimum wage, 118–120
Price gouging, 83, 84–85
Price level, 742
consumption and, 708
exchange-rate effect, 709
investment and, 708–709
net exports and, 709
Price maker, 290
Price takers, 67, 170, 268, 290
Pricing
congestion, 219, 220
in monopoly, 304
predatory, 351–352
value, 220
Pricing decisions
in monopolies, 293–300
Principal, bonds, 543
Principals, **452,** 452–454
*Principles of Political Economy and Taxation* (Ricardo), 55
Prisoners' dilemma, **342,** 343–344
arms races, 346
common resources, 347
cooperation and, 348–349
examples of, 346–347
oligopolies as, 344–345
and the welfare of society, 347–348
Prisoners' dilemma tournament, 348–349
Private goods, **212,** 213
Private saving, **548**
Producer price index, **499**
Producer surplus, **139,** 139–142, 300
cost and willingness to sell, 139–140
evaluating market equilibrium, 144–146
higher price raises, 141–142
market efficiency and, 142–148
using supply curve to measure, 140–141

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Case 1:23-cv-00629-CCE-JLW    Document 9-1    Filed 07/31/23    Page 462 of 468

Product differentiation, 321
Production
    cost of, 247–248
    and costs, 251–253
    within country, GDP measures value
        of, 477
    factors of, 22–24, 361–378, 522
    growth and, 515–538
    in market economies, 529–530
    resources, limited quantities of, 282
    within specific interval of time, GDP
        measures value of, 477–478
Production decisions
    in monopolies, 293–300
Production function, **252, 364,** 523
    from, to the total-cost curve, 253
    illustration, 526
    marginal product of labor and,
        363–365
    total cost and, 251–253
Production possibilities frontier, **24,** 24–26
    economic growth and, 24–26
    efficiency and, 25
    gains from trade, 49–50
    opportunity costs and, 24–26
    trade-offs and, 25–26
Productivity, **13, 519**
    determinants of, 519–524
    health and nutrition affects, 528–529
    importance of, 518–519
    living standards and, 518–519
    production function, 523
    relationship between living standards
        and, 13
    role of, 518–524
    wages and, 373–374
Product-variety externality, 327
Profit, **248,** 248–249
    accounting, 250–251
    as area between price and average
        total cost, 278
    economic, 250–251
    measuring in graph for competitive
        firm, 277–278
    in monopoly, 298–300
Profit maximization
    competitive firm's supply curve and,
        270–278
    example of, 270–271
    in monopoly, 296–298
Progressive tax, **237**
Property rights, **11,** 11–12
    economic growth and, 529–530
    importance of, 223
    technology and, 195
Property taxes, 231–232
Proportional tax, **237**
Prostitution, GDP and, 480–481
Protection-as-a-bargaining-chip argument
    for trade restrictions, 181
Public good(s), **212,** 531

antipoverty programs, 215–216
basic research, 215
cost-benefit analysis, 216–218
free-rider problem, 214
importance of property rights, 223
lighthouses as, 216
national defense, 214–215
value of human life, 217–218
Public investment, schooling as, 387
Public ownership, monopolies and,
    310–311
Public policy, 12, 456–457. *See also*
    Antitrust laws; Fiscal policy; Monetary
    policy
    diminishing returns and catch-up
        effect, 525–527
    economic growth and, 525–537
    education and, 528
    free trade and, 530–531
    health and nutrition, 528–529
    investment from abroad, 527–528
    job search and, 586–587
    population growth and, 534–537
    property rights and political stability,
        529–530
    research and development, 531–534
    saving and investment, 525
    toward externalities, 195–202
    toward monopolies, 308–311
    toward oligopolies, 349–354
Public policymakers, 7
Public saving, **548,** 803–807
    budget deficit and, 807
    negative, 803
    saving incentives and, 807
Purchase price, 375–376
Purchasing power, 668
    inflation and, 641
Purchasing-power parity, 667–672, **668**
    basic logic of, 668
    hamburger standard, 671–672
    implications of, 668–670
    limitations of, 671
    as special case, 682
Putnam, Howard, 350

**Q**

Quality
    advertising as a signal of, 330–331
    change in, and CPI, 500–501
    theory of efficiency wages and
        worker quality, 595
Quality of life, 490
Quantitative easing, 747
Quantity
    equilibrium, 76
    of reserves, Fed influences, 617–618
Quantity demanded, **67**
    change in, 80
    relationship between price and, 67–68

Quantity discounts, price discrimination
    and, 307
Quantity equation, 634–636, **635**
Quantity supplied, **73,** 79
Quantity theory of money, 628, **631**
*Quarterly Journal of Economics,* 396, 535
Quintile ratio, 404
Quintiles, 238, 402
Quotas, import, 32, 175

**R**

Race
    discrimination in labor market, 394,
        396
    discrimination in sports, 395–396
    median annual earnings by, 392
    segregated streetcars and, 394–395
Randlett, Tom, 147
Random walk, **572**
    index funds and, 572–573
Rational expectations, **778**
    and possibility of costless
        disinflation, 778–779
Rationality, behavioral economics and,
    462–463, 464–465
Rational people, **6,** 6–7
Rawls, John, 411
Reagan, Ronald, 30, 242, 628, 662, 693, 793,
    796
    government debt, 557
    tax cuts under, 163
Real exchange rates, **665,** 665–667
Real GDP, **483**
    half century of, 485
    *vs.* nominal GDP, 482–486
    numerical example of nominal *vs.,*
        482–484
Real interest rates, 506–508, **507,** 551, 639,
    739
    Fisher effect, 639–640
    in U.S. economy, 508
Reality, perception *vs.,* 31–32
Real variables, **633**
Recession, 557, **702**
    government debate over spending
        hikes or tax cuts, 792–794
    real GDP and, 485
    Volcker's decision, 796
Recession (2008–2009), 726–727
    Phillips curve during and after, 782
Reconciling theory, 770–771
Regional differences, cost of living and,
    505–506
Regional price parities, 505
Regressive tax, **237**
Regulation of externalities, 195
"Relationship between Unemployment
    and the Rate of Change of Money
    Wages in the United Kingdom, 1861–
    1957" (Phillips), 764

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Relative price
    misallocation of resources and, 642–643
    variability, 642–643
Rental price, 375–376
Rent control, 32
    evaluating price controls, 120
    price ceiling, 115–116
    in short run and long run, 115–116
Rent subsidies, 120
Resale price maintenance, 351
Research and development, economic
    growth and, 531–534
Reserve Bank Act of 1989, 800
Reserve ratio, **612**, 618–619
Reserve requirements, 612, **618**–619
Reserves, **612**
Resources
    common, 213, 218–222, 347
    flow of financial, 658–659
    limited quantities of production, 282
    monopoly, 291
    natural, 522, 524, 534
    prices and allocation of, 83–84
    relative-price variability and
        misallocation of, 642–643
    scarcity of, 4
Restraint of trade, 349–350
Retained earnings, 478, 545
Revenue. *See also* Total revenue
    average, 270, 294
    of competitive firm, 269–270
    marginal, 269–270, 295
    monopoly, 294–296
    tax, 155
    total, 294
Reverse causality, 44–45
Rhodes, Cecil, 291
Ricardo, David, 55
Right-to-work laws, 593
Rigobon, Roberto, 501
Risk
    diversification reduces, 569
    firm-specific, 569
    managing, 566–570
    market, 569
    and return, trade-off between, 569–570
Risk aversion, **566,** 566–567
Rivalry in consumption, **212**
Road congestion, gasoline tax and, 197
Roback, Jennifer, 394
*Robinson Crusoe* (Defoe), 518–519
Rockefeller, John D., 518
"Role of Monetary Policy, The"
    (Friedman), 767
Romer, Christina D., 692–693
Rubio, Marco, 656
Rule of 70, 566
Russia
    income inequality in, 404
    inflation rate, 628
Ruth, Babe, 495–496, 503–504

## S

Sacks, Daniel, 488
Sacrifice ratio, **777,** 777–778
Saldate, Edward, 147
Sales taxes, 231–232
Samsung, 290
Samuelson, Paul, 745, 764
Sanders, Bernie, 656
Sargent, Thomas, 778
Sarkozy, Nicolas, 488
Satisficers, 462
Saving(s), **548,** 805–807
    economic growth and, 525
    fiscal policy and, 555
    incentives, 551–553
    inflation raises tax burden on, 644
    investment, and their relationship
        to international flows,
        660–661
    investment and, 549
    national, 548, 803, 805–807
    national income accounts, 547–549
    negative public, 803
    private, 548
    public, 548, 803–807
    as supply of loanable funds, 550
    tax law reform debate to encourage
        saving, 805–807
Scarcity, **4**
Scatterplot, 38–39
Schmalensee, Richard, 353
Scientific judgments, differences among
    economists, 30
Scientific method, 20–21
Screening, **456**
Seasonal adjustment, 477
Sectoral shifts, 586
Segregation, segregated streetcars and
    profit motive, 394–395
Seller(s)
    number of, and shifts in supply
        curve, 76
    taxes on, affect market outcomes,
        121–122
    variables that influence, 76
Sensible tax, 199
Services
    CPI basket of, 498
    currently produced, GDP includes,
        477
    intangible, 477
    markets for, 22–24
Sex, median annual earnings by, 392
Sharapova, Maria, 390
Shaw, George Bernard, 30, 520
Sherman Antitrust Act, 309, 349–350
Shoeleather costs, **641,** 641–642
Shortage, **77**
    lines at gas pump, 114–115
    price ceilings and, 113

Short run
    aggregate-supply curve, 717
    costs in, 259–262
    disinflationary monetary policy, 777
    economic fluctuations, 705–707
    increase in demand, 283
    interest rates, 742
    market supply with fixed number of
        firms, 279
    monopolistically competitive firm in,
        322–323
    monopolistic competitors in, 322–323
    Phillips curve, 771–772
    rent control, 115–116
    shift in demand, 281–282
Shoup, Donald, 147
Shut down
    competitive firm's short-run decision
        to, 273–275
    near-empty restaurants and, 275–276
    off-season miniature golf and, 275–276
Sierra Club, 203
Signaling, **455,** 455–456
    advertising, 389
    education, 389–390
Silicon Valley, 486–487
Simon, Herbert, 462
Singapore, pursued outward-oriented
    policies, 531
Skill-biased technological change, 386
Skills, increasing value of, 385–386
Slope, 41–43
Smith, Adam, 9–11, 55, 146, 261, 350
Smith, Noah, 387
Smoking, reducing, 71–72
SNAP. *See* Supplemental Nutrition
    Assistance Program
*Social Choice and Individual Values* (Arrow),
    459
Social cost, 192–193
    monopoly's profit as, 303
Social insurance, **411**–412
Social insurance taxes, 231
Social Security, 124, 231, 238
    indexation of benefits under, 506
    tax, 160
Society
    decisions faced by, 4
    faces short-run trade-off between
        inflation and unemployment, 14
Solow, Robert, 756, 764
Soltas, Evan, 308
*Sound of Music, The,* 504
South Africa, income inequality in, 404
South Korea
    caloric consumption and height of
        population, 529
    economic growth rate of, 526–527, 529
    GDP to investment, 526
    pursued outward-oriented policies, 531
    unilateral approach to free trade, 181

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

Soviet Union, collapse of communism in, 9
Specialization
        driving force of, 52–58
        economies of scale and, 261–262
        trade and, 50–52
Speculative bubble, 573–574
Spending multiplier, formula for, 748–750
Sports, discrimination in, 395–396
SSI. *See* Supplemental Security Income
Stabilization
        automatic stabilizers, **758**
        debate, 790–792
        policy arguments, 753–758
Stagflation, **730,** 774
Standard of living
        determinants of, 13
        relationship between productivity
                and, 13
Standard & Poor's, 544
Starbucks, 23
*Star Wars: The Force Awakens,* 504
State government
        taxes collected by, 231–232
Statistical discrepancy, 478
Stevenson, Betsey, 488
Sticky-price theory, 718
Sticky-wage theory, 717–718
Stigler, George, 311
Stiglitz, Joseph E., 199
Stock, **544**
        diversification of firm-specific risk,
                568–569
        efficient markets hypothesis, 571–573
        fundamental analysis, 571
        index funds, 572–573
        market irrationality, 573–574
        money, 607
        random walks, 572–573
Stock index, 544
Stockman, David, 163
Stock market, 543–544
        Federal Reserve (Fed), 745–746
Stone, Emma, 388
Store of value, 545, **605**
Strike, **391, 592**
Structural unemployment, **585**
Subsidies
        market-based policy, 196–198
        rent, 120
        wage, 120
Substitutes, **70**
        cross-price elasticity of demand, 98
        price elasticity of demand, 90
Substitution bias, 499
Substitution effect, 436–438, **807**
Sunk costs, 274, **275,** 275–276
Superstar phenomenon, 390
Supplemental Nutrition Assistance
        Program (SNAP), 415
Supplemental Security Income (SSI), 414

Supply, 73–76. *See also* Model of aggregate
        demand and aggregate supply
        applications of, 102–107
        change in, 80
        decrease in, 75, 81
        disentangling demand and, 685
        elasticity of, 99–101
        equilibrium of demand and, 77–78
        excess, 77
        increase in, 75, 103
        individual, 74
        inelastic, 99
        input prices and, 75
        of labor, 368–369
        law of, 73
        market *vs.* individual, 74
        number of sellers and, 76
        perfectly elastic, 100
        perfectly inelastic, 100
        price elasticity of, 100, 101
        relationship between price and
                quantity supplied, 73–74
        shift in, and market equilibrium,
                80–81
        technology and, 75
Supply and demand, 76–82, 111–112
        disentangling, 685
        equilibrium of, 76–77
        for foreign-currency exchange,
                678–682
        law of, 78
        for loanable funds, 678–682
        market forces of, 65–85
        shift in, 81–82
        versatility of, 363
Supply curve(s), **74**
        in competitive market, 279–284
        price elasticity of supply, 100–101
        shifts in, 75–76
        shifts in *vs.* movements along, 80
        supply schedule and, 73–74, 140
        using to measure producer surplus,
                140–141
        variety of, 100–101
Supply schedule, **73**
        supply curve and, 73–74, 140
Supply shock(s), **774**
        of the 1970s, 776
        accommodating adverse, 775
        adverse shock to aggregate supply,
                775
        Phillips curve and, 773–776
        role of, 773–776
Supply-side economics and Laffer curve,
        163
Supply siders (economists), 752
Surplus, **77**. *See also* Budget surplus;
        Consumer surplus; Total surplus;
        Trade surplus
        government budget deficits and,
                554–556

price floors and, 118
producer (*See* Producer surplus)
trade, 654
Sweden
        income inequality in, 404
        Laffer curve, 163
Synergies, 309

**T**

T-account, 612
Taiwan
        economic growth rate of, 531
        pursued outward-oriented policies,
                531
TANF. *See* Temporary Assistance for
        Needy Families
Tangible goods, GDP includes, 477
Tanzania, elephant poaching, 222
Tariff(s), 32, **173,** 688
        compared to import quotas, 175
        deadweight loss and, 174–175
        effects of in international trade,
                173–175
Tastes
        changes in, 368–369
        shifts in the demand curve and, 70
Tax burden
        distributed, 238–239
        divided, 125–126
Tax cuts
        under George H. W. Bush, 753
        under George W. Bush, 792
        under Kennedy, 756
        under Reagan, 163
Tax equity, 239–241
Taxes, 120–127
        ability-to-pay principle, 237–239
        administrative burden, 234–235
        benefits principle, 236–237
        on buyers, market outcomes and,
                122–124
        carbon, 199
        collected by state and local
                governments, 231–232
        collected by the federal government,
                228–231
        consumption, 234
        corporate income, 231, 240–241
        corrective, 196–198
        costs of, 153–164
        cuts under Reagan, 163
        deadweight losses, 232–234
        deadweight loss of taxation, 154–158,
                161–163
        and efficiency, 232–236
        and equity, 236–242
        excise, 231
        fiscal policy changes, 752–753
        gas, 197–198
        incidence, 121

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203

income or consumption debate, 233–234
inflation, 637–638
on labor, 160–161
lump-sum, 235–236
luxury, 126–127
marginal tax rates *vs.* average tax rates, 235
negative income, 414–415
payroll, 124, 230–231
personal income, 230
Pigovian, 196
progressive, 237
property, 231–232
proportional, 237
regressive, 237
sales, 231–232
on sellers, market outcomes and, 121–122
social insurance, 231
tax effects on market participants, 155–157
tax equity, 239–241
tax incidence, 239–241
Tax expenditures, 240–241
Tax incidence, **121,** 239–241
elasticity and, 124–126
Tax laws debate, 805–807
Tax revenue, 155, 161–163
Tax systems, design of, 227–242
Tax treatment, bonds, 543
Taylor, John, 755
Technological change, 366–367
Technological knowledge, **523,** 523–524
aggregate-supply curve shifts and, 715
specific, 215
Technology
demand for skilled and unskilled labor and, 386
population growth promoting of, 535–537
property rights and, 195
shifts in supply curve and, 75
spillovers, 194–195
Teenage labor market, minimum wage and, 119
Temporary Assistance for Needy Families (TANF), 215, 414
Term, bonds, 543
Term auction facility, 618
Texaco, 347
Textile market, 168–182
Thaler, Richard H., 464–465
Theory, 20–21
Theory of inflation, 629–640
Theory of liquidity preference, **739**
equilibrium, money market, 741
money demand, 741
money supply, 739–740

Time horizon, price elasticity of demand, 91
Time inconsistency of policy, 795–796
practical importance of, 796–797
Time-series graph, 37, 38
Time value of money, measuring, 564–566
*Titanic,* 504
Tit-for-tat strategy, 349
T-Mobile, 309
Tobin, James, 756
Toll roads, 220–221
Tools of monetary control, 616–622
Total-cost curve, 253
Total costs, **248,** 248–249
average, 256, 262
production function and
Total revenue, **95, 248,** 248–249
along a linear demand curve, 96–98
changes with price changes, 96
for competitive firm, 269–270
price elasticity of demand and, 95–96
Total surplus, 143, 145, 300
Toyota, 342
Tradable pollution permits, 200–202
Trade. *See also* Free trade; Gains from trade; International trade
agreements and World Trade Organization, 182
benefits of, 8–9
comparative advantage and, 53–54
deadweight losses and gains from, 157–158
equilibrium without international, 168–169
interdependence and gains from, 47–58
price of, 54
restraint of, 349–350
restrictions (*See* Trade restrictions)
specialization and, 50–52
as a tool for economic development, 177
Trade balance, **654**
Trade barriers, 32
Trade deficit, **654**
measuring a nation's income, 474
in U.S., 662–664
Trade-offs, 4–5
between equity and efficiency, 242
between inflation and unemployment, 14–15
policy decisions and, 28
production possibilities frontier and, 25–26
between risk and return, 569–570
between work and leisure, 368
Trade policy, **688,** 688–690
import quota, 689
tariff, 688
Trade restrictions
arguments for, 178–182

infant-industry argument, 180–181
jobs argument for, 178–180
national-security argument, 180
protection-as-a-bargaining-chip argument, 181
tariffs, 32
unfair-competition argument for, 181
Trade surplus, **654**
Traffic, congested roads as public goods or common resources, 220–221
Tragedy of the Commons, **218,** 218–219
Transaction costs, **204**
Transfer payments, 480
Transitivity, 458
Transitory income, 408
Transportation, 498
Truman, Harry, 28
Trumka, Richard, 656
Trump, Donald, 656
Turnover, efficiency wages and, 594–595
Tying, 352

# U

Uber, 11
Uganda, elephant poaching, 222
Ultimatum game, 463
Underground economy, 161
Undervalued stock, 571
Unemployment
benefits, 587–588
cyclical, 578, 581
efficiency wages and, 594–596
frictional, 585, 586
how long without work, 584
identifying, 578–585
insurance, **587–**588
job search and, 586–588
measuring a nation's income, 474
measuring of, 578–582
minimum-wage laws and, 588–591
natural rate of, 578, 581, 768
short-run trade-off between inflation and, 14–15, 763–784
structural, 585
wages of, 588–589
why some people always experience, 584–585
Unemployment rate, **579**
measures, 582–583
since 1960, 581
Unfair-competition argument for trade restrictions, 181
Unions, **391, 592**
collective bargaining and, 592
determinant of equilibrium wages, 390–391
economics of, 592–593
good or bad for economy, 593
strike, 592
type of cartel, 592–593

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

United Kingdom
 advanced economy, 520
 economic growth of, 517
 income inequality in, 404
 real GDP per person, 517
United States
 average income in, 515, 516–517
 carbon tax, 199
 distribution of income in, 402–403
 economic growth of, 517
 GDP to investment, 526–527
 government debt, 556–557
 income inequality in, 402–404
 inflation in, 14
 inflation rate, 628
 interest rates in, 508
 internationalization of economy, 655
 international trade and finance,
  655–657
 international trade with, 57–58
 living standards in, 13
 malnutrition in, 529
 money in, 607–609
 NAFTA and, 181
 real GDP in, 485
 trade deficit, 662–664
 various laws to manage use of fish
  and other wildlife, 222
United States Postal Service, 311
Unit of account, **605**
Unmeasured quality change, 500
*Unsafe at Any Speed* (Nader), 8
U-shaped average total cost, 257–258
Utilitarianism, **410**–411
Utility, **410**
 function of, 567
 preferences and, 433

## V

Value-added tax (VAT), 234
Value of human life, cost-benefit analysis,
 217–218
Value of marginal product, **365,** 365–366
Value pricing, 220
Values, differences among economists in,
 30–31
Vanderlip, Frank, 621
Variable costs, **255,** 262
 average, 256, 262
Variables
 graphs of single, 37, 38
 graphs of two, 37–39
 nominal, 633
 omitted, 43–44
 real, 633
 that influence buyers, 71
 that influence sellers, 76
Variable tolling, 220
Varian, Hal, 486, 501

VAT. *See* value-added tax
Velocity of money, **634,** 634–636
Venezuela, inflation rate, 628
Vertical equity, **237,** 237–239
Vestager, Margrethe, 354
Volcker, Paul A., 693, 776, 780, 801
 decision led to recession, 796
 disinflation, 779–780
Volkswagen, 342
Voting systems
 Arrow's impossibility theorem,
  458–459
 Condorcet voting paradox, 457–458
 median voter theorem, 459–461

## W

Wage-price spiral, 730
Wages. *See also* Income
 ability, effort, and chance, 388–389
 above-equilibrium, 390–391
 beauty and, 388–389
 Black Death and, 377–378
 compensating differentials, 384
 determinants of equilibrium, 384–391
 $5-a-day, 595–596
 $15-an-hour, 590–591
 education and, 389–390
 efficiency, 390–391, 594–596
 human capital, 385–386
 immigration and, 369, 372–373
 labor supply and, 440–443
 minimum, 118–120
 minimum-wage laws, 588–591
 minimum-wage laws, unions, and
  efficiency wages, 390–391
 productivity and, 373–374
 signaling, 389–390
 superstar phenomenon, 390
 of unemployment, 588–589
Wage subsidies, 120
Wagner Act, 593
Walsh, Emily, 393
Warburg, Paul, 621
Wealth
 arbitrary redistributions of, 645
 effect, 708, 712, 738
*Wealth of Nations, The* (Smith), 350
Welfare, **414**
 effects of free trade, 170
 effects of tariffs, 173–175
 policies to reduce poverty, 414
 tax affects, 156–157
Welfare cost of monopolies, 300–303
Welfare economics, **134,** 134–148, 155–157
Welfare of society
 monopolistic competition and,
  327–328
 prisoners' dilemma and, 347–348
Wessel, David, 728

Whitehouse, Mark, 488
Why gold, 606–607
Wieland, Volker, 755
Willingness to pay, **134,** 134–135
Willingness to sell, cost and, 139–140
Wolfers, Justin, 488–489
Women
 gender differences in competition,
  389, 392
 labor-force participation in U.S.
  economy of, 581–582
 labor force participation rates since
  1950, 582
*Wonderful Wizard of Oz, The* (Baum), 647
Work, trade-off between leisure and, 368
Workers
 discouraged, 583
 efforts, 595
 health, 594
 human capital per, 522
 natural resources, 522
 physical capital per, 519–522
 quality, 595
 turnover, 594–595
Work incentives, antipoverty programs
 and, 415–418
Work-leisure decision, 441
World Bank, 527–528
World price, **169**
World Trade Organization (WTO), 182
 trade agreements and, 182
World War II, 346, 528
 shift in aggregate demand, 725–726
WTO. *See* World Trade Organization

## X

X-coordinate, 38

## Y

Y-coordinate, 38
Yellen, Janet L., 610, 801

## Z

Zero inflation, 797–802
Zero lower bound, 746–747
Zero profit
 competitive firms stay in business
  with, 280–281
 equilibrium, 281–282
Zimbabwe
 income per person in, 516
 inflation rate, 628, 638

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. WCN 02-200-203

This is an electronic version of the print textbook. Due to electronic rights restrictions, some third party content may be suppressed. Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. The publisher reserves the right to remove content from this title at any time if subsequent rights restrictions require it. For valuable information on pricing, previous editions, changes to current editions, and alternate formats, please visit www.cengage.com/highered to search by ISBN#, author, title, or keyword for materials in your areas of interest.

Important Notice: Media content referenced within the product description or the product text may not be available in the eBook version.

Copyright 2018 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part.  WCN 02-200-203