IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-cv-629 |

## PLAINTIFF NATERA'S MOTION FOR EXPEDITED DISCOVERY

Plaintiff Natera, Inc. ("Natera"), by and through undersigned counsel, respectfully moves for Expedited Discovery to serve narrow and targeted requests for production, interrogatories, and a Rule 30(b)(6) deposition notice on Defendant NeoGeonomics Laboratories, Inc. ("NeoGenomics").

Plaintiff respectfully requests that the Court grant this Motion for Expedited Discovery for the reasons given in the accompanying Memorandum of Law. Natera respectfully requests leave to present oral argument in support of this Motion.

Natera's Motion for Expedited Discovery is filed contemporaneously with (1) Natera's First Set of Interrogatories (Nos. 1-3); (2) Natera's First Set of Requests for Production (Nos. 1-7); and (3) Natera's Notice of Deposition of Defendant NeoGenomics Laboratories, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6). A Proposed Order is attached.

1

Respectfully submitted this 1st day of August, 2023.

By: */s/ Robert C. Van Arnam*
N.C. Bar No. 28838
Attorney for Plaintiff
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4055
Fax: (919) 981-4300
Email: rvanarnam@williamsmullen.com

Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
ashores@williamsmullen.com

Kevin P.B. Johnson*
Victoria F. Maroulis*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
555 Twin Dolphin Shores, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Andrew M. Holmes*
Sam S. Stake*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
drewholmes@quinnemanuel.com
samstake@quinnemanuel.com

Sandra Haberny, Ph.D.*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
sandrahaberny@quinnemanuel.com

*Counsel for Plaintiff Natera, Inc.*

*\*Special Appearance under Local Civil Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: August 1, 2023

        By:   */s/ Robert C. Van Arnam*
               Robert C. Van Arnam
               N.C. Bar No. 28838
               WILLIAMS MULLEN
               301 Fayetteville Street, Suite 1700
               Raleigh, NC 27601
               Tel: (919) 981-4000
               rvanarnam@williamsmullen.com

               *Counsel for Plaintiff Natera, Inc.*