IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-cv-629 |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff Natera, Inc. ("Natera")'s Motion for Expedited Discovery (the "Motion"). Having considered the Motion and the papers in support, the Court find good cause for expedited discovery and hereby GRANTS Natera's Motion. Defendant shall have twenty days from the entry of this Order to respond to Natera's First Set of Interrogatories and produce documents responsive to Natera's First Set of Request for Production. Defendant shall produce a corporate witness for a deposition within fourteen days following the production of documents.

SO ORDERED this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE