UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| NATERA, INC. | ) |
|---|---|
| Plaintiff(s), | ) |
| vs. | ) Case No.: 1:23-cv-629 |
| NEOGENOMICS LABORATORIES, INC. | ) |
| Defendant(s). | ) |

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE AND LIMITED LIABILITY PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__NeoGenomics Laboratories, Inc.__ who is __Defendant__,
(Name of Party)                    (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          (✓) No

2. Does party have any parent corporations?

    (✓) Yes          ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: NeoGenomics, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (✓) Yes      ( ) No

If yes, identify all such owners: NeoGenomics, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      ✓ ( ) No

If yes, identify entity and nature of interest: _____

5. In a case based on diversity jurisdiction, pursuant to Fed.R.Civ.P.7.1(a)(2), the following is a list of all members or partners of _____ and their states of citizenship:
    (name of LLC or LP party)

| (name of member or partner) | (state of citizenship) |
|---|---|
| (name of member or partner) | (state of citizenship) |
| (name of member or partner) | (state of citizenship) |
| (name of member or partner) | (state of citizenship) |

Note: If there are additional members or partners, provide their names and states of citizenship on a separate page. If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

*/s/ John F. Morrow, Jr.*          *8/3/2023*
(Signature)          (Date)

MDNC (12/22)