# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATERA, INC.,

                Plaintiff,

       v.

NEOGENOMICS LABORATORIES, INC.

               Defendant.

C.A. No. 1:23-cv-629

**DECLARATION OF JAMES E. MALACKOWSKI IN SUPPORT OF NEOGENOMICS LABORATORIES, INC.'S OPPOSITION TO NATERA, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# TABLE OF CONTENTS

I.      Introduction ...................................................................................................... 1

        A.      Qualifications .......................................................................................... 1

        B.      Assignment ............................................................................................. 3

II.     Summary of Opinions ..................................................................................... 3

III.    Legal Standards .............................................................................................. 7

IV.     Background ..................................................................................................... 8

        A.      Parties ..................................................................................................... 8

                1.      NeoGenomics ............................................................................... 8

                2.      Natera ......................................................................................... 12

        B.      MRD Testing Market ........................................................................... 17

                1.      Overview .................................................................................... 17

                2.      Tumor-Informed and Tumor-Naïve Assays ............................... 19

                3.      Market Size and Maturity .......................................................... 20

        C.      Asserted Patents and Alleged Infringement ......................................... 27

                1.      U.S. Patent No. 11,530,454 ....................................................... 27

                2.      U.S. Patent No. 11,519,035 ....................................................... 28

V.      *Winter* Factors Analysis ................................................................................. 29

        A.      *Winter* Factor #1: Likelihood of Natera Succeeding on the Merits ........................ 29

        B.      *Winter* Factor #2: Likelihood of Natera Suffering Irreparable Harm in the Absence
                of Preliminary Relief ............................................................................ 29

                1.      Admitted Lack of Direct Competition ........................................ 31

                2.      No Overlap in Market Opportunities .......................................... 32

                3.      Natera's Durable Leadership and Market Position ..................... 39

                4.      Harms Are Readily Quantifiable and Fully Compensate Natera ................. 40

                a)      Natera Financial Records and Projections ................................. 40

                b)      Clarient License .......................................................................... 41

                c)      ArcherDX Verdict ...................................................................... 43

                5.      Conclusion ................................................................................. 45

        C.      *Winter* Factor #3: Likelihood the Balance of Equities Tips in Natera's Favor ......... 45

                1.      Natera's Prior Investments are Unaffected ................................. 45

                2.      Natera's Growth, Reputation, and Pricing Prospects are Unaffected ......... 47

3.    NeoGenomics' Involvement in Research and Clinical Trials ...................... 52

4.    NeoGenomics' At-Risk Investment .......................................................... 54

D.    *Winter* Factor #4: Likelihood an Injunction is in the Public Interest ...................... 56

1.    Alternatives Do Not Benefit the Public Interest ........................................ 56

2.    Impact of Injunction in Clinical Trials ...................................................... 59

3.    Potential Capacity Issues .......................................................................... 60

VI.    Conclusion ........................................................................................................ 63

I, James E. Malackowski, state and declare as follows:

## I. INTRODUCTION

### A. Qualifications

1.      I am a Co-founder and Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held. Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property ("IP"). Practice offerings address economic damage calculations and testimony; technology and intangible asset valuation; strategy and risk management consulting; debt and equity private placement; and IP brokerage. With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

2.      Along with Supreme Court Justice Stephen Breyer, I was inducted into the IP Hall of Fame in 2022, chosen by the IP Hall of Fame Academy from a long list of nominees put forward by the global IP community. I was recognized by the Academy in 2022 with the Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset. My inclusion into the IP Hall of Fame follows annual recognition since 2007 by leading industry publications as one of the "World's Leading IP Strategists."

3.      On more than 100 occasions, I have served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice, the U.S. Patent and Trademark Office Patent Trial and Appeal Board, and global arbitrations on questions relating to IP economics including the subjects of valuation, reasonable royalty, lost profits, price erosion, profit disgorgement, commercial success,

irreparable harm, equities of a potential injunction, corrective advertising, creditor allocations, business significance of licensing terms including RAND obligations, and venture financing including expected risk / return. I have publicly addressed policy issues affecting international trade and have provided expert opinions concerning antidumping and countervailing duties imposed by the U.S. Department of Commerce as well as testimony on domestic industry, bond, and remedies before the International Trade Commission. I have substantial experience as a Board Director for leading technology corporations and research organizations as well as companies with critical brand management issues.

4.      I am a Past President of The Licensing Executives Society International, Inc. ("LESI"), with oversight for more than ten thousand members in 32 countries. As President of LESI, I helped facilitate the development of professional standards among members engaged in the licensing of technology of IP rights. I also oversaw initiatives to inform and educate the public – international bodies, government bodies, and the business community – concerning the economic significance of licensing and importance of developing professional standards.

5.      I am a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy. I am Certified/Accredited in Financial Forensics, Business Valuation and Blockchain Fundamentals. I am a Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois. My curriculum vitae, which sets forth my qualifications to be an expert witness in this case, is attached hereto as Attachment A-1. My hourly billing rate on this matter is $1,200. My and/or Ocean Tomo's

compensation is not dependent on the outcome of this matter. Ocean Tomo's work on this matter was performed by me or under my supervision.

## B. Assignment

6. I have been asked by counsel for NeoGenomics Laboratories, Inc. ("NeoGenomics") to provide this Declaration in connection with its response to Plaintiff Natera's Memorandum of Law in Support of its Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65(A) and 35 U.S.C. § 283 [D.I. 6] ("PI Motion"), submitted July 31, 2023. I have also been asked by counsel for NeoGenomics to review and respond to the opinions set forth in the Declaration of Anup Malani, Ph.D. In Support of Plaintiff Natera, Inc.'s Motion for a Preliminary Injunction [D.I. 7–12] ("Malani Declaration"), also dated July 31, 2023.

7. A listing of documents considered in this matter is included in the footnotes to this Declaration and/or the summary provided in Attachment A-2. References to documents are meant to provide examples of supporting information but are not intended to be a comprehensive or exhaustive list of all known support, or to signify a heightened level of importance. I reserve the right to supplement my opinions and the bases for my opinions in the event any additional information or opinions are submitted by the parties or experts in this matter.

## II. SUMMARY OF OPINIONS

8. Natera, Inc. ("Natera") alleges that NeoGenomics infringes U.S. Patent Nos. 11,519,035 ("the '035 Patent") and 11,530,454 ("the '454 Patent," and collectively with the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

'035 Patent, "the Asserted Patents").[1] Natera is now seeking a preliminary injunction, specifically regarding NeoGenomics' RaDaR assay ("the Accused Product") "to enjoin NeoGenomics' infringement, avert the resulting irreparable harm to Natera's market share and reputation, and maintain the *status quo* during the pendency of this litigation."[2] In support of the PI Motion, Natera submitted the Malani Declaration.

9.     Dr. Malani's analysis grossly overstates the "direct competition" between Natera and NeoGenomics, and therefore the irreparable harms claimed to have befallen Natera as a result of NeoGenomics' alleged infringement of the Asserted Patents. To the contrary, Natera and NeoGenomics rarely, if ever, compete in the minimal residual disease ("MRD") testing market. And to the extent such competition has resulted in any harms to Natera, these are easily and readily quantifiable and would fully compensate Natera, as indicated by Natera's own licensing and litigation history.

10.     First, the current estimated size of the MRD testing market – approximately $20 billion per annum across four cancer indications (colorectal, breast, lung, and bladder) – indicates that Natera and NeoGenomics would be unlikely to directly compete against each other in the MRD testing market.[3] Natera's CEO, Mr. Steve Chapman, even noted at a recent global healthcare conference that Natera "very, very rarely see[s] any competitors in the field today," continuing that if "Natera did see a competitor, it was Guardant Health

---

[1] D.I. 1 at p. 1, Complaint for Patent Infringement, July 28, 2023 ("Complaint").
[2] D.I. 6 at p. 1, PI Motion.
[3] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 7. I understand that the projected total available market for MRD testing for all indications is estimated to be approximately $35 billion, and some projections estimate the MRD market will be approximately $60 billion once additional reimbursement and indications are approved, *See*, Exhibit 1 at p. 10, "Genomic Tools and Labs: Oncologist Survey: MRD in Early Stage of Adoption," *Piper Sandler*, September 25, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

with their tumor-naïve MRD testing."[4] Indeed, NeoGenomics current and projected market share are approximately 3%, and 5%, respectively, while Natera is the largest player in the MRD testing market with approximately 74% aggregate market share.[5] There are also numerous other public and private companies that have either launched or announced clinical or pharmaceutical MRD assays.[6]

11.     Second, Signatera and the Accused Product currently have Medicare coverage for different clinical indications.[7] Specifically, Signatera is indicated for use in both the adjuvant and surveillance settings; the Accused Product is approved only for the surveillance setting.[8] I understand the adjuvant setting allows healthcare providers and researchers to assess how patients respond to treatments, while surveillance monitoring after treatment assesses cancer recurrence.[9] More specifically, I understand that RaDaR is only covered by Medicare for "patients with a personal history of specific breast cancer subtypes, five or more years from diagnosis who presently do not have any evidence of disease."[10] Natera, however, does not have this limitation and is capable of capturing a patient with Signatera

---

[4] Exhibit 2 at p. 2, NEOGEN00018316-323; D.I. 12-22 at p. 6, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

[5] D.I. 12-23 at 35-36, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[6] Exhibit 3 at p. 6, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023; D.I. 12-23 at 35, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023; D.I. 6-13 at p. 1, "Genomic Tools and Labs – MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022.

[7] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 8.

[8] Exhibit 3 at p. 7, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

[9] Exhibit 3 at pp. 6-7, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

[10] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 8.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

five years prior to RaDaR being able to receive Medicare coverage for that patient.[11] This key difference provides Natera the opportunity to capture MRD testing at an earlier stage in the therapeutic journey with oncologists.[12]



.[13] It also strongly indicates Natera's

Additionally, Natera's recent litigation experience with ArcherDX (now Invitae) indicates that a previous fact finder was able to quantify and award specific damages for alleged infringement by third-party MRD testing products, and in an amount significantly lower than requested by Natera's damages expert in that litigation.

13.     In light of the above, Natera and Dr. Malani have failed to satisfy the requirements set forth in the *Winter* factors #2, #3 and #4 supporting the issuance of a preliminary injunction. Specifically, with respect to *Winter* Factor #2, Natera has not shown that it has been irreparably harmed as Signatera does not compete directly with the Accused

[11] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 8.

[12] Exhibit 3 at p. 7, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

[13] Exhibit 4 at pp. 1-6, NAT-NEO-00584060-080.

Product. Any such harms can be calculated as seen by Natera's own ████ and litigation activities – real-world quantitative value indicators – which demonstrate the ability to quantify and fully compensate Natera for NeoGenomics' alleged infringement. Additionally, I find the balance of equities tips in favor of NeoGenomics, and the public interest favors not issuing an injunction in this matter. For at least these reasons, a preliminary injunction against NeoGenomics and its RaDaR assay is not appropriate in this case.

## III.    LEGAL STANDARDS

14.    I am not an attorney. NeoGenomics' counsel has conveyed to me certain legal principles relevant to my analysis in this report. I am relying on their instructions for these legal standards and I have applied these legal standards in forming my opinions in this report. I have included my understanding of these legal principles below.

15.    I understand that irreparable injury encompasses different types of losses that are often difficult to quantify, including potentially lost market share, erosion in reputation, and loss of brand distinction. I understand that a finding of irreparable harm requires proof of a nexus between the alleged harm and the alleged infringement. I understand that Natera must establish the following four points, also known as the *Winter* factors, which include:

1) The likelihood of Natera succeeding on the merits;

2) The likelihood of Natera suffering irreparable harm in the absence of preliminary relief;

3) The balance of equities tips in Natera's favor; and

4)  That an injunction is in the public interest.[14]

16.     I understand, consistent with Dr. Malani, "that the Federal Circuit has deemed harms related to direct competition such as lost sales, loss of market share, and reputational harm, among others, as valid considerations for a finding of irreparable harm" and "more generally, the Federal Circuit and district courts have considered harms that are difficult to quantify with reasonable certainty as sufficient for establishing irreparable harm."[15] Finally, I also understand that recently a district court declined to impose a permanent injunction between two direct competitors in which lost profits damages were awarded, as well as declined to even consider the other three relevant factors after plaintiff failed to establish irreparable harm.[16]

## IV.  BACKGROUND

### A.    Parties

#### 1.    NeoGenomics

17.     Founded in 2001 and headquartered in Fort Myers, Florida, NeoGenomics Laboratories, Inc. is the primary operating subsidiary of NeoGenomics, Inc., a "premier cancer diagnostic, pharma services, and information services company serving oncologists, pathologists, pharmaceutical companies, and academic centers in their pursuit of providing

---

[14] D.I. 12-30 at 374, *Donald C. Winter, Secretary of the Navy, et al. v. Natural Resources Defense Council,, Inc. et al.*, 129 S.Ct. 365. ("*Winter*")

[15] D.I. 7 at 5, Malani Declaration, citing D.I. 7-13 at 1138, *Broadcom Corp. v. Emulex Corp.*, 732 F.3d 1325 (Fed. Cir. 2013); D.I. 7-25 at 930, *Celsis In Vitro, Inc. v. CellzDirect, Inc.*, 664 F.3d 922 (Fed. Cir. 2012); D.I. 7-34 at 1344-1345, *Douglas Dynamics, LLC v. Buyers Prod. Co.*, 717 F.3d 1336 (Fed. Cir. 2013); D.I. 11-11 at 1363, *Presidio Components v. American Technical Ceramics*, 702 F.3d 1351 (Fed. Cir. 2012); and D.I. 12-28 at 22, *Veeco Instruments Inc. v. SGL Carbon, LLC*, 17-cv-2217 (PKC) (EDNY 2017).

[16] Exhibit 5 at p. 3, Order Denying Impinj's Motion for a Permanent Injunction, *Impinj, Inc. v. NXP USA, Inc.* 19-cv-03161-YGR (NDCA), October 3, 2023.

better futures for people living with cancer."[17] NeoGenomics is "a leader in oncology testing" with one of the most "comprehensive oncology-focused testing menus in the world."[18] The company's goal is to "remove the complexities of diagnosing cancer and to empower oncologists, pathologists, and our pharma and biotech partners to provide patients with the best care possible."[19]

18.    NeoGenomics operates its network of testing laboratories across the U.S. and Europe, through which it services both Clinical Services customers (*i.e.*, community-based pathology and oncology practices, hospital pathology labs, reference labs, and academic centers) and Pharma Services customers (*i.e.*, pharmaceutical companies to whom it provides testing and other services to support their research studies and clinical trials).[20] NeoGenomics' test menu includes cytochemistry, cytogenetics, fluorescence in situ hybridization ("FISH"), flow cytometry, immunohistochemistry ("IHC"), in situ hybridization ("ISH"), and molecular tests.[21] According to NeoGenomics, its specific areas of testing expertise include:

[17] Exhibit 6, "NeoGenomics, Inc. – Public Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=1335304; Exhibit 7, "NeoGenomics Laboratories – Private Company with Public Debt Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=58220006; D.I. 6-5 at p. 4, NeoGenomics, Inc., Form 10-K for the fiscal year ended December 31, 2022; D.I. 11-6 at Exhibit 10.8 and Exhibit 21.1, NeoGenomics, Inc., Form 10-K for the fiscal year ended December 31, 2022; D.I. 10-23 at p. 1, "About," *NeoGenomics*, https://neogenomics.com/about.

[18] Exhibit 8, "One Lab. Vital Answers.," *NeoGenomics*, https://neogenomics.com/; Exhibit 9, "Investor Relations," *NeoGenomics*, https://ir.neogenomics.com/.

[19] Exhibit 8 "One Lab. Vital Answers.," *NeoGenomics*, https://neogenomics.com/.

[20] Exhibit 6, "NeoGenomics, Inc. – Public Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=1335304; D.I. 6-5 at pp. 4-5, NeoGenomics, Inc., Form 10-K for the fiscal year ended December 31, 2022; I understand that the raw data storage and analysis of the RaDaR test is transferred to a NeoGenomics location outside of the United States. *See*, Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, pp. 25, 28.

[21] Exhibit 10, "Test Menu," *NeoGenomics*, https://neogenomics.com/test-menu.

*[C]ancer cytogenetics with industry-leading turnaround times; hematologic and solid tumor FISH testing with the largest menu of technical-only services available; 10-color flow cytometry; IHC supported by an extensive antibody library; and over 100 molecular oncology tests comprising the most comprehensive combination of multiparameter profiles and targeted biomarker tests in the industry.*[22]

19.    On April 23, 2020, Inivata announced its plans to offer RaDaR to biopharmaceutical companies for "real-world clinical scenario[s]."[23] The U.S. Food & Drug Administration ("FDA") granted Breakthrough Device Designation to RaDaR "for use in the detection of MRD in early-stage lung cancer patients" on February 26, 2021.[24]

20.    In May 2020, NeoGenomics entered into an agreement with Inivata that granted NeoGenomics the ability to purchase Inivata's remaining ordinary and preferred shares it did not already own.[25] I understand that NeoGenomics' initial "minority equity investment" in Inivata was valued at $25 million.[26]

21.    In May 2021, NeoGenomics announced that it had agreed to acquire Inivata; the deal closed in June 2021.[27] At the time of the acquisition, NeoGenomics announced they "expect to accelerate the development of our promising RaDaR minimal residual disease (MRD) assay and accelerate commercialization efforts with biopharma before driving

---

[22] Exhibit 11, "NeoGenomics Laboratories," *LinkedIn*, https://www.linkedin.com/company/neogenomics-laboratories/.

[23] Exhibit 12, NEOGEN00014489.

[24] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 6; D.I. 6-13 at p. 5, "Genomic Tools and Labs – MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022.

[25] D.I. 11-1 at 20, NeoGenomics, Inc., Form 8-K/A, June 18, 2021.

[26] D.I. 11-1 at 32, NeoGenomics, Inc., Form 8-K/A, June 18, 2021.

[27] Exhibit 13, "NeoGenomics to Acquire Inivata – Combining Best-In-Class Liquid Biopsy Technology with Leading Community Oncology Platform," *NeoGenomics*, May 5, 2021, https://ir.neogenomics.com/press-releases/detail/176/neogenomics-to-acquire-inivata---combining-best-in-class; Exhibit 14, "NeoGenomics Completes Inivata Acquisition – Combining Best-In-Class Liquid Biopsy Technology with Leading Community Oncology Program", *NeoGenomics*, June 18, 2021, https://ir.neogenomics.com/press-releases/detail/180.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

successful launch into the clinical setting[.]"[28] On May 25, 2021, Inivata announced a collaboration with F-star Therapeutics for the use of RaDaR.[29]

22.    In March 2023, NeoGenomics announced that RaDaR was now fully commercially available for breast, colorectal, lung, and head and neck cancer patients.[30]  The RaDaR assay monitors up to 48 specific tumor-specific mutations, and is highly sensitive with high specificity for fewer false positives.[31] As shown in the figure below, RaDaR requires an initial tumor sample from which a patient's tumor DNA is sequenced using whole-exome sequencing ("WES") to determine the tumor's unique mutation profile.[32] After the initial personalized panel is designed, circulating tumor DNA ("ctDNA") is tested using the patient's blood samples and custom RaDaR panel.[33]

---

[28] Exhibit 13, "NeoGenomics to Acquire Inivata – Combining Best-In-Class Liquid Biopsy Technology with Leading Community Oncology Platform," *NeoGenomics*, May 5, 2021, https://ir.neogenomics.com/press-releases/detail/176/neogenomics-to-acquire-inivata---combining-best-in-class.

[29] Exhibit 15, "Inivata Announces Collaboration with F-star Therapeutics for the use of RadarTM Assay," *GlobeNewswire by notified*, May 25, 2021, https://www.globenewswire.com/news-release/2021/05/25/2235281/0/en/Inivata-Announces-Collaboration-with-F-star-Therapeutics-for-the-use-of-RaDaRTM-Assay.html.

[30] D.I. 1-23, "NeoGenomics Announces Commercial Availability of the RaDaR® Molecular Residual Disease Test," *NeoGenomics*, March 16, 2023, https://ir.neogenomics.com/press-releases/detail/236#:~:text=FT%20MYERS%2C%20FL%20%2F%20ACCESSWIRE%20%2F,minimal%20residual%20disease%20(MRD).

[31] Exhibit 16, "If the Cancer Is There, RaDaR® Will Help You Find It," *RaDaR*, https://finditwithradar.com/.

[32] Exhibit 16, "If the Cancer Is There, RaDaR® Will Help You Find It," *RaDaR*, https://finditwithradar.com/; D.I. 13-4, "RaDaR® Technology," *RaDaR*, https://finditwithradar.com/radar-technology.

[33] Exhibit 16, "If the Cancer Is There, RaDaR® Will Help You Find It," *RaDaR*, https://finditwithradar.com/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 1: RaDaR Workflow**[34]



23.     On July 27, 2023, NeoGenomics announced that RaDaR received Medicare coverage for breast cancer, retroactively effective as of March 24, 2023.[35]  The company "plans to seek MolDx coverage in two more indications by the end of the year."[36] The MolDx program "was developed in 2011 to identify and establish coverage and reimbursement for molecular diagnostic test" and is administered by Palmetto GBA.[37]

### 2.     Natera

24.     Founded in 2003 and headquartered in Austin, Texas, Natera, is "a diagnostics company, [which] develops and commercializes molecular testing services worldwide."[38] Natera has stated that it "is a global leader in cell-free DNA (cfDNA) testing with a focus on women's health, oncology, and organ health."[39]

---

[34] Exhibit 16, "If the Cancer Is There, RaDaR® Will Help You Find It," *RaDaR*, https://finditwithradar.com/.

[35] Exhibit 17, "NeoGenomics Announces Medicare Coverage for RaDaR Assay for Minimal Residual Disease and Recurrence in Breast Cancer," *NeoGenomics*, July 27, 2023, https://ir.neogenomics.com/press-releases/detail/249.

[36] Exhibit 18, Taylor, Nick Paul, "NeoGenomics secures Medicare coverage for breast cancer blood test," *LabPulse.com*, August 8, 2023, https://www.labpulse.com/diagnostic-technologies/molecular-diagnostics/article/15543850/neogenomics-secures-medicare-coverage-for-breast-cancer-blood-test.

[37] Exhibit 19, "MolDX® Program (Administered by Palmetto GBA)," *Palmetto GBA*, read://https_www.palmettogba.com/?url=https%3A%2F%2Fwww.palmettogba.com%2Fmoldx.

[38] Exhibit 20, "Natera, Inc. – Public Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=27603970.

[39] Exhibit 21, "Corporate Overview," *Natera*, https://investor.natera.com/overview/default.aspx.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

25.　According to Natera's public filings, the company's goal is to change the management of disease worldwide through the application of its proprietary molecular and bioinformatics technology.[40] Specifically, Natera "aim[s] to make personalized genetic testing and diagnostics part of the standard of care to protect health and inform earlier, more targeted interventions that help lead to longer, healthier lives."[41]

26.　As shown in the figure below, the company initially focused on the women's health space, in which it "develop[s] and commercialize[s] non- or minimally- invasive tests to evaluate risk for, and thereby enable early detection of, a wide range of genetic conditions, such as Down syndrome."[42]

**Figure 2: Natera cfDNA Product Portfolio Over Time**[43]



27.　Since its 2013 launch of Panorama – a non-invasive prenatal test ("NIPT") – Natera has become the market leader by volume in the relevant U.S. women's health market.[44] According to the company's most recent annual report, Natera's Panorama test and Horizon carrier screening test "together represent a majority of [Natera's] revenues."[45]

---

[40] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[41] D.I. 10-2, "About Us," *Natera*, https://www.natera.com/company/about-us/.
[42] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[43] Exhibit 22, "Our Technology," *Natera*, https://www.natera.com/company/our-technology/.
[44] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[45] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Currently, Natera's technology is "being proven in the oncology market, in which [it is] commercializing, among others, a personalized blood-based DNA test to detect molecular residual disease, or MRD, and monitor for disease recurrence, as well as in the organ health market, with tests to assess organ transplant rejection."[46]

28.     Natera's oncology products, which together represent the minority of Natera's revenues, currently include Empower, Altera, and Signatera.[47] Empower is a hereditary cancer test, which "screens for genes associated with increased risk for [12+ types of] common hereditary cancers."[48] Altera provides comprehensive tumor profiling to provide "insight into the tumor's genomic alterations and oncology biomarkers," which "supports therapy selection by prioritizing potentially beneficial therapies based on a patient's tumor biomarkers and cancer type."[49] Signatera is "a highly sensitive and personalized molecular residual disease assay (MRD) using circulating tumor DNA (ctDNA), custom designed for each patient to help identify relapse earlier than standard of care tools."[50]

29.     The Signatera workflow starts with a "[c]ustom-built assay – based on the unique mutation signature of each patient's tumor – [that] identifies and tracks tumor mutations at the source."[51] Natera explains that a "[o]ne-time, primary tissue sample and matched normal tissue is required for whole exome sequencing and personalized test

---

[46] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[47] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022; Exhibit 23, "Oncology," *Natera*, https://www.natera.com/oncology/.
[48] Exhibit 24, "Empower™," *Natera*, https://www.natera.com/oncology/empower-hereditary-cancer-test/.
[49] Exhibit 25, "Altera™ Comprehensive Genomic Profiling," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/clinicians/altera/.
[50] Exhibit 26, "Signatera™," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/.
[51] Exhibit 26, "Signatera™," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/.

design."[52] After a personalized assay is designed, "a patient's blood can be used to accurately monitor for the presence or absence of the disease over time," and "only a blood sample is needed each subsequent time Signatera™ is ordered for the adjuvant program or surveillance program."[53]

30. Beginning in 2015,[54] Natera has also licensed its Constellation software, which enables laboratories "to run the molecular workflows themselves and then access [Natera's] computation-intensive bioinformatics algorithms through Constellation, which runs in the cloud, to analyze the results."[55] As of December 2022, Natera had eleven revenue generating licensing and service agreements with laboratories in the U.S. and internationally who are using the Constellation platform commercially in non-invasive prenatal testing and prenatal paternity testing.[56] The company expects to "expand this distribution model to other products in the future."[57] I understand that Natera states the principal focus of their commercial operations is to offer Natera's tests "through both [their] direct sales force and laboratory distribution partners, and [their] Constellation licensees under [their] cloud-based distribution model."[58]

31. Natera also recognizes revenue from its strategic collaboration agreements.[59] From 2020-2022 these "comprised the Qiagen LC, ["Qiagen"], BGI Genomics Co. Ltd.

---

[52] Exhibit 26, "Signatera™," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/.
[53] Exhibit 26, "Signatera™," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/.
[54] Exhibit 63 at p. 71, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[55] Exhibit 63 at p. 12, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[56] Exhibit 63 at pp. 12, 73-74, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[57] Exhibit 63 at p. 12, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[58] Exhibit 63 at pp. 71-72, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[59] Exhibit 63 at p. 100, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

["BGI Genomics"], and Foundation Medicine, Inc. ["Foundation Medicine"] agreements."[60]
In February 2019, for example, Natera entered into a License Agreement with BGI
Genomics "to develop, manufacture, and commercialize NGS-based genetic testing assays
for clinical and commercial use," under which Natera licensed its intellectual property and
will provide development services.[61] According to Mr. Moshkevich, Natera's President of
Clinical Diagnostics , ███████████████████████████████████████████
███████████
██████[62] As consideration, Natera is "entitled to a total of $50 million, comprised of
upfront technology license fees, prepaid royalties relating to future sales of licensed products
and performance of assay interpretation services, and milestone payments."[63] Similarly, in
August 2019, Natera entered into a License and Collaboration Agreement with Foundation
Medicine "to develop and commercialize personalized circulating tumor DNA monitoring
assays, for use by biopharmaceutical and clinical customers who order Foundation
Medicine's FoundationOne CDx."[64] Under the agreement, Natera agreed to provide
development services in conjunction with granting the use of the Natera's intellectual
property.[65] In consideration, Foundation Medicine agreed to pay Natera approximately $13.3
million in upfront licensing fees and prepaid revenues, and up to approximately $32.0 million

---

[60] Exhibit 63 at pp. 73, 100, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022; Exhibit 27, NAT-NEO-00612643-678; Exhibit 28, NAT-NEO-00660081-144; Exhibit 29, NAT-NEO-00587463-516; Exhibit 30, NAT-NEO-00590295-356.
[61] Exhibit 63 at p. 101, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[62] Exhibit 31 at p. 138, Deposition of Solomon Moshkevich, September 22, 2023.
[63] Exhibit 63 at p. 101, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[64] Exhibit 63 at p. 102, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[65] Exhibit 63 at p. 102, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

in minimum annual payments and payments tied to Natera's achievement of certain developmental, regulatory, and commercial milestones.[66]

32.     In addition to enhancing its existing products, Natera intends to expand its product portfolio, launch new products, and seek to enable even wider adoption of its technology through its global cloud-based distribution model.[67]

## B.    MRD Testing Market

### 1.    Overview

33.     According to a 2021 *Frontiers in Oncology* article, "[t]he fact that symptoms of many cancer types are frequently absent at an early stage has resulted in extensive research efforts to create non-invasive, reliable, and cost-effective early detection techniques for these diseases."[68] Typically, solid tumors, which "account for 90% of all tumors," are "undetected until they are advanced enough to be picked up by a medical image or physician examination."[69] However, "[g]rowing evidence suggests MRD monitoring and testing can detect recurrence sooner than standard imaging in patients who have undergone treatment with curative intent."[70]

---

[66] Exhibit 63 at p. 102, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.

[67] Exhibit 63 at p. 6, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.

[68] Exhibit 32 at p. 2, Peng, Y. *et al.*, "Circulating Tumor DNA and Minimal Residual Disease (MRD) in Solid Tumors: Current Horizons and Future Perspectives," *Frontiers in Oncology*, vol. 11 763790, November 18, 2021, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8637327/, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8637327/pdf/fonc-11-763790.pdf. ("MRD in Solid Tumors: Current Horizons and Future Perspectives")

[69] Exhibit 33, "Leading advances in precision oncology," *Springer Nature*, https://www.nature.com/articles/d42473-022-00040-1; D.I. 7-38, "Molecular Residual Disease," *Exact Sciences*, https://www.exactsciences.com/Pipeline-and-Data/Molecular-Residual-Disease.

[70] Exhibit 34, "Personalized Cancer Monitoring," *Invitae*, https://www.invitae.com/en/providers/molecular-residual-disease.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

34. MRD "describe[s] a very small number of cancer cells that remain in the body during or after treatment."[71] I understand that if left untreated, "[t]hese cells have the potential to […] cause relapse."[72] MRD "is closely associated with disease recurrence" and "is considered a promising prognostic marker to identify individuals at increased risk of recurrence and who may benefit from treatment."[73] As a result, "MRD detection aids in assessing treatment response, patient prognosis, and risk of recurrence."[74] Natera itself describes MRD current and potential use cases, stating:

> *Molecular residual disease is the presence of small traces of cancer in the blood, such as ctDNA or microscopic pieces of tumor DNA that are often undetectable with standard imaging techniques. If left untreated, residual cancer cells can multiply and cause recurrence. MRD testing and molecular monitoring offers the potential for physicians to change or escalate treatment in patients who are MRD-positive, and to de-escalate or avoid unnecessary treatment in patients who are MRD-negative. It also holds potential as a surrogate endpoint in clinical trials.*[75]

35. I understand that, "[c]urrently, minimal residual disease can only be detected by the use of […] ctDNA."[76] ctDNA is a type of cell-free DNA ("cfDNA") fragment in the blood stream originating from tumor cells.[77] The ctDNA can be identified as coming from cancer cells, "because of the unique mutations that are only present in the cancer cells and not in other healthy tissues in the body."[78] Consistent with the above quote from Natera, I

---

[71] Exhibit 35, "MRD," *National Cancer Institute at the National Institutes of Health*, https://www.cancer.gov/publications/dictionaries/cancer-terms/def/mrd; D.I. 7-38, "Molecular Residual Disease," *Exact Sciences*, https://www.exactsciences.com/Pipeline-and-Data/Molecular-Residual-Disease.
[72] Exhibit 36, Boldt, C., "What is minimal residual disease (MRD)?" *The University of Texas MD Anderson Cancer Center*, https://www.mdanderson.org/cancerwise/what-is-minimal-residual-disease--mrd--multiple-myeloma-lymphoma-leukemia-patients.h00-159383523.html.
[73] Exhibit 32 at p. 1, MRD in Solid Tumors: Current Horizons and Future Perspectives.
[74] Exhibit 32 at p. 1, MRD in Solid Tumors: Current Horizons and Future Perspectives.
[75] Exhibit 63 at p. 10, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[76] Exhibit 37, "Learn about Minimal Residual Disease and ctDNA," *Colorectal Cancer Minimal Residual Disease*, https://crcmrd.org/?page_id=2247.
[77] Exhibit 32 at p. 1, MRD in Solid Tumors: Current Horizons and Future Perspectives.
[78] Exhibit 37, "Learn about Minimal Residual Disease and ctDNA," *Colorectal Cancer Minimal Residual Disease*, https://crcmrd.org/?page_id=2247.

understand the "detection of ctDNA at extremely low levels has the potential to provide crucial insights that may help discover cancer recurrence earlier and inform treatment decisions."[79]

## 2. Tumor-Informed and Tumor-Naïve Assays

36. According to the FDA, ctDNA assays for MRD assessment include tumor-informed and tumor-naïve tests.[80] As explained by Vishal Sikri, NeoGenomics' President of the Advanced Diagnostics Division, "[t]umor-informed assays … use a tissue sample from a patient to generate a personalized panel[] … [that] makes it possible to detect small changes in a patient's condition."[81] Mr. Sikri noted that "[w]hen tissue samples cannot be obtained, or there is not enough tissue available to generate a personalized panel for a particular patient, tumor-naïve assays like Guardant Reveal™ are utilized."[82] Mr. Sikri noted that "[t]umor-informed and tumor-naïve MRD assays provide health care professionals with the flexibility necessary to make informed treatment decisions."[83]

37. According to Cowen and Company, a tumor-informed approach is utilized by Natera, NeoGenomics, Invitae, Personalis, Inc. ("Personalis"), Myriad Genetics, Inc. ("Myriad"), and Exact Sciences Corp. ("Exact").[84] According to Mr. Sikri, additional

---

[79] D.I. 7-38, "Molecular Residual Disease," *Exact Sciences*, https://www.exactsciences.com/Pipeline-and-Data/Molecular-Residual-Disease.

[80] Exhibit 38 at p. 5, "Use of Circulating Tumor DNA for Early-Stage Solid Tumor Drug Development, Guidance for Industry – Draft Guidance," *FDA*, https://www.fda.gov/media/158072/download.

[81] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, pp. 7-8.

[82] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, pp. 7-8.

[83] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 8.

[84] D.I. 12-23 at pp. 3, 10, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

competitors include "Guardant's tumor-naïve MRD assay" for clinical contracts and "ArcherDX, Inc./Invitae Corporation; C2i Genomics, Inc.; Foresight Diagnostics, Inc.; Predicine, Inc.; Burning Rock Dx; Haystack Oncology; and Foundation Medicine, Inc[]" for biopharmaceutical contracts.[85]

38.     According to DeciBio, a strategy consulting and marketing intelligence firm serving clients across the precision medicine ecosystem, "[w]hile most competitors are betting on tumor-informed assays to achieve this required sensitivity," "[t]umor-informed and tumor-naïve approaches each have benefits and drawbacks and preference likely will be defined by the unique needs of each indication and MRD / monitoring use case."[86]

39.     However, I understand that the tumor-informed and tumor-naïve approaches are competitive with one another. According to Mr. Chapman, while investors focus on the technologies underlying the tumor-informed and tumor-naïve approaches, doctors do not - the rare competition Natera (a tumor-informed MRD assay) sees "in the field today" is from Guardant's tumor-naïve MRD assay.[87]

### 3.     Market Size and Maturity

40.     As further described by DeciBio in June 2021, "we've seen the first gradual growth of MRD adoption in the clinic and expect this to greatly accelerate in the coming years as (1) reimbursement becomes better established, (2) ongoing trials provide further

---

[85] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, pp. 8-9.

[86] Exhibit 39, Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth. *See also*, Exhibit 40, Wang, T., "ctDNA MRD and Monitoring Front and Center at ASCO 2022," *DeciBio*, https://www.decibio.com/insights/ctdna-mrd-and-monitoring-front-and-center-at-asco-2022.

[87] Exhibit 2 at p. 2, NEOGEN00018316-323.

validation for these technologies, and (3) the utility of MRD is proven in a larger number of cancer types and use cases."[88] DeciBio explained that, "[o]verall, the MRD / monitoring space is still in the relatively early stages of research, development, and clinical adoption today…However, significant runway remains, with the potential to be incredibly impactful in the fine-tuning of oncology patient care."[89] DeciBio expected "that MRD and ctDNA monitoring [would] be an integral part of patient care" and that activity in the MRD industry would accelerate, in part, due to its "[h]igh revenue potential, given serial testing (e.g., treatment response monitoring, recurrence monitoring) and multiple use cases across the patient journey."[90] The company further expected the MRD industry "to become competitive and crowded[.]"[91]

41. In 2021 and 2022, Natera, NeoGenomics, DeciBio, and stock analysts estimated that the total addressable market in the U.S. for detecting MRD for solid tumor cancers could exceed $15 billion annually.[92] In 2023, Cowen and Company estimated that, across the top four cancers – colorectal, breast, lung, and bladder – MRD monitoring in

---

[88] Exhibit 39, Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth.
[89] Exhibit 39, Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth.
[90] Exhibit 39, Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth.
[91] Exhibit 39, Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth.
[92] Exhibit 63 at p. 10, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022; Exhibit 39, Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth; Exhibit 41, Alpert, B., "How Natera Is Defending Its Lead in a $15B Cancer-Testing Market," *Barron's*, June 22, 2021, https://www.barrons.com/articles/natera-stock-cancer-testing-market-51624372368; Exhibit 13, "NeoGenomics to Acquire Inivata – Combining Best-In-Class Liquid Biopsy Technology with Leading Community Oncology Platform," *NeoGenomics*, May 5, 2021, https://ir.neogenomics.com/press-releases/detail/176/neogenomics-to-acquire-inivata---combining-best-in-class.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

solid tumors could represent a total addressable market larger than $20 billion per year in the next five years.[93] I understand that the projected total available market for MRD testing for all indications is estimated to be approximately $35 billion, and some projections estimate the MRD test market will be approximately $60 billion once additional reimbursement and indications are approved.[94]

42.     In June 2023, Mr. Chapman acknowledged the vast MRD test market in a Goldman Sachs Global Healthcare Conference:

> *[I]t's a very large market, so obviously there's a lot of room for competition to come in. But I think the reality is, is that you hear a lot in the investment community about MRD entrants, but we really don't hear about these companies in the field speaking with physicians. I mean, I think certainly there's some presence from Guardant Health, but I think largely they're really the only company that we've seen actually in the field from the standpoint of MRD testing.[95]*

More recently, in a Morgan Stanley Global Health Conference that took place on September 11, 2023, Mr. Chapman used similar language as above and acknowledged that Natera "very, very rarely see[s] any competitors in the field today [and] … in the vast majority of cases, if [Natera] do[es] see a competitor, it's Guardant and the tumor-naïve MRD testing."[96] Mr. Chapman also noted that Natera competes in a "very large, relatively underpenetrated market[,]" and that Natera is in a leadership position in "the very early stages of penetration of [the] $20-plus billion market."[97]

---

[93] D.I. 12-23 at pp. 1-2, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[94] Exhibit 1 at p. 10, "Genomic Tools and Labs: Oncologist Survey: MRD in Early Stage of Adoption," *Piper Sandler*, September 25, 2023.
[95] Exhibit 42 at p. 12, "Natera, Inc. (NTRA) Goldman Sachs Global Healthcare Conference," *FactSet CallStreet, LLC*, June 13, 2023.
[96] Exhibit 2 at p. 2, NEOGEN00018316-323.
[97] Exhibit 2 at p. 1, NEOGEN00018316-323.

43.     According to report from TD Cowen, Natera's Signatera leads the market with a 74% share across all indications, with Guardant Health "the clear number 2 for current market share…and is expected to be the biggest share gainer," due to its fast turnaround time ("TAT") of about seven days as compared to Signatera TAT of four to six weeks.[98] I understand that Guardant Health's Reveal tumor-naïve test currently is indicated for use in colorectal, breast, lung cancers.[99] NeoGenomics' RaDaR and Invitae's PCM tests both currently represent modest shares of the market.[100]

**Figure 3: Current Clinical MRD Tests**[101]

| COMPANY | TICKER | TEST NAME | REIMBURSEMENT |
|---|---|---|---|
| natera | NTRA | Signatera | Medicare (CRC, Breast, IO, MIBC)<br>Commercial: Blue Shield of California, Blue Cross and Blue Shield of Louisiana |
| GUARDANT | GH | Reveal | Medicare: (CRC) |
| NEO GENOMICS | NEO | RaDaR | Commercial: Blue Shield of California (Pan Cancer) |
| INVITAE | NVTA | Personalized Cancer Monitoring (PCM) Assay | Commercial: Blue Shield of California (Pan Cancer |

44.     Additionally, I understand that "[n]umerous companies under coverage are planning to launch new MRD assays in the coming ~year."[102] For example, Personalis "launched its tumor-informed liquid biopsy MRD assay, NeXT Personal (RUO) in late '21 and plans to launch NeXT Dx (clinical LDT offering) by the end of '23…the company

[98] D.I. 12-23 at p. 18, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[99] D.I. 12-23 at p. 7, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023; Exhibit 43, "Guardant Reveal," *Guardant Complete*, https://www.guardantcomplete.com/guardant-portfolio/reveal; D.I. 8-9, "Improving the management of early-stage cancer," *Guardant*, https://guardanthealth.com/products/tests-for-patients-with-early-stage-cancer/.

[100] D.I. 12-23 at p. 19, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[101] D.I. 12-23 at p. 25, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023. I note that "CRC = Colorectal Cancer"; "IO = Immuno-oncology"; and "MIBC = Muscle-invasive Bladder Cancer."

[102] D.I. 12-23 at p. 6, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

expects to receive Medicare coverage for its first indication in '24."[103] As another example, in April 2023, Quest Diagnostics Inc. ("Quest") announced the acquisition of Haystack Oncology, which Quest "believes [] has developed a best-in-class tumor-informed ctDNA MRD technology."[104] Quest "plans to first seek CMS coverage in CRC, begin generating revenue in 1H24, and then seek additional indications in breast, lung and possibly skin."[105]

**Figure 4: Expected Clinical MRD Tests**[106]

| COMPANY | TICKER | TECHNOLOGY |
|---|---|---|
| Personalis | PSNL | Single panel includes tumor-derived content and a customized analysis of 1,800 single-nucleotide variants. PSNL believes the use of this hybrid approach, along with whole genome upfront sequencing will result in a 10-100x sensitivity improvement compared to competitors. Our model does not include any contribution from MRD. |
| Quest Diagnostics | DGX (Haystack) | Test is powered by Haystack's proprietary sequencing chemistry that focuses on detection of low-abundance mutant DNA molecules |

45.     As shown in the figure below, at least three other public companies also have MRD test under development. Myriad Genetics, Inc. "plans to launch its tumor-informed MRD test as an LDT in late '23/early '24 and to file with MolDX and launch with coverage in early '25."[107] Exact Sciences Corp ("EXAS") "expects to launch an LDT for their tumor-informed CRC MRD 'OncoDetect' later in '23 after validation [is] submitted - EXAS is targeting MolDX submission in '24. Breast is expected to follow."[108] Illumina, Inc.'s ("Illumina") GRAIL also "recently launched an RUO MRD assay."[109]

[103] D.I. 12-23 at p. 20, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[104] D.I. 12-23 at p. 20, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[105] D.I. 12-23 at p. 20, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[106] D.I. 12-23 at p. 26, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[107] D.I. 12-23 at p. 20, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[108] D.I. 12-23 at p. 20, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[109] D.I. 12-23 at p. 20, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 5: Public Companies with MRD Tests Under Development**[110]



| COMPANY | TICKER | TECHNOLOGY |
|---------|--------|------------|
| EXACT SCIENCES | EXAS | Test targets 50-100 variants with their test, aiming for 'best in-class'. Further down the pipe, EXAS are also collaborating with the Broad Institute on an upfront whole genome panel based MRD test against the whole exome version they are commercializing today. |
| Myriad genetics | MYGN | Test looks at the whole genome (vs. many competitors doing whole exome sequencing) and analyzes ~500 targets ). |
| illumina GRAIL | ILMN | RUO MRD assay based upon proprietary targeted methylation platform to analyze cfDNA isolated from peripheral blood. GRAIL's RUO technology solution estimates tumor burden based on methyl variant allele fraction (MVAF), enabling longitudinal monitoring and surveillance solutions. |

46.     Furthermore, as shown in Figure 6 below, "[t]here is a significant list of private players focused on the MRD market…many of which look to offer unique/ differentiated features in their assays."[111] While some industry experts expect "the future MRD field to be concentrated to a small number of assays/vendors," "many of the private MRD vendors [] are focused on technologies/approaches which seek to deliver superior sensitivity compared to incumbents (in addition to other differentiating features including time to result, cost, lower starting amount of blood)," thus "attract[ing] the necessary capital to support clinical development and ultimately commercialization."[112]

---

[110] D.I. 12-23 at p. 26, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[111] D.I. 12-23 at p. 6, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[112] D.I. 12-23 at p. 21, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Figure 6: Private Company MRD Market Offerings[113]

| COMPANY | TECHNOLOGY | COMMERCIAL STAGE |
|---|---|---|
| **Adela** | Leverages cell-free methylated DNA immunoprecipitation and high-throughput sequencing (cfMeDIP-seq), a genome-wide approach to detecting methylation. | In development |
| **C2i Genomics** | Cloud-based SaaS platform performs cancer tumor burden monitoring, combining WGS and AI-based pattern detection, which the company believes is up to 100x more sensitive than competing technologies. | RUO |
| **Caris** | MRD assay is under development and will employ a significantly more comprehensive approach (similar to the company's leading therapy selection offerings) compared to peers, and include whole exome (cfDNA) and whole transcriptome (cfRNA) sequencing. | In Development |
| **Droplet Biosciences** | Unique sampling strategy uses lymph-rich surgical drain fluid instead of blood or urine. The approach can be used for a tumor-informed or tumor-agnostic approach and is expected to offer improved sensitivity and faster time to result. | In Development |
| **Exai Bio** | Tech based on proprietary repertoire of orphan non-coding RNAs (oncRNAs), an abundant class of small non-coding RNA sequences that are actively secreted only by cancer cells and abnormal tissue. Platform features AI algorithms that profile oncRNA to predict cancer tissue-of-origin. | In Development |
| **Freenome** | Leverages a multi-omic approach by looking at cfDNA, methylation signatures and proteins, both from nascent tumors and from the immune system. Freenome is currently focused on early cancer detection, but has presented studies on 1) the potential of pre-surgery cfDNA and circulating proteins as biomarkers of NSCLC progression; and 2) the exploration of predictive biomarkers of ICI response and potential mechanisms of resistance in NSCLC, kidney cancer, and melanoma using cfDNA profiles | In Development |
| **Foresight Diagnostics** | Uses multiple somatic mutations in individual DNA fragments to improve the sensitivity of ctDNA detection. In a 2021 study, Foresight applied PhasED-seq to participants with solid tumors through personalized identification of phased variants (PVs). This included upfront WGS from tumor-normal pairs to identify candidate PVs, designing a personalized panel, and targeted sequencing of cfDNA in regions containing PVs. | Anticipated clinical LDT launch in 2023 |
| **Genescopy** | Uses proprietary methods to stabilize and extract eukaryotic RNA biomarkers from stool samples. | N/A |
| **Harbinger Health** | Highly sensitive diagnostic test combining AI with proprietary insights into the biology of the beginnings of cancer to identify cancer before its visible or symptomatic. | N/A |
| **Intervenn** | Technology focuses on the interrogation of the glycoproteome; workflow combines advanced liquid chromatography and mass spectrometry with AI-based software. Intervenn is currently focused on other clinical applications (e.g., early cancer detection), but we see Intervenn as a likely entrant into the solid tumor MRD monitoring market. | N/A |
| **Naveris** | Quantifies fragments of circulating tumor-tissue modified HPV (TTMV) DNA, a unique HPV-driven biomarker that cancer cells shed into blood. NavDx is currently being used to help physicians detect and monitor HPV+ oropharyngeal (head and neck) and anal cancer. | Commercially available LDT for HPV-driven cancer, including HPV+ head & neck cancer |
| **Predicine** | Tissue agnostic solution that offers flexibility in baseline profiling (tissue, blood, or urine), features high sensitivity, with a limit of detection of 0.005%. Test tracks up to 50 personalized mutations, including fusions, and detects 500 actionable mutations, including genome-wide copy number changes. Test is currently offered as a biopharma (RUO) solution through a pilot program. | Commercially available LDT |
| **SAGA** | Test developed to monitor chromosomal rearrangements which can be found in all tumors and tend to be very stable over time. Baseline profiling conducted using whole genome sequencing with longitudinal testing conducted using proprietary digital PCR and AI-based analytics. | Commercially available LDT |
| **Strata** | Ultra-sensitive tumor-informed test leverages simultaneous ctDNA and quantitative RNA sequencing from a single small tumor tissue sample to define and construct patient-specific liquid biopsy monitoring assays | In Development |
| **Tempus** | Tempus' MRD assay is under development, and the company has discussed both tumor-informed and tumor-agnostic approaches are under consideration. Very recently the company announced its sponsoring a study with AZN in NSCLC which will include an investigational MRD assay, with results being used for biomarker discovery including potentially for MRD. | In Development |

[113] D.I. 12-23 at p. 27-28, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

47.     According to a TD Cowen report, Natera is the dominant vendor today and is expected to remain in that dominant position into the future.[114] For example, Natera is projected to currently have a 74% total market share, while NeoGenomics currently has about 3% total market share.[115] In the next three to five years, Natera is expected to decrease its total market share by around 7% while Guardant Health is expected to increase its total market share by around 6%.[116] During this same 3-5 year time period, NeoGenomics is expected to only increase its total market share by approximately 2%.[117] In the breast cancer indication, Guardant Health is projected to gain approximately 11% market share while Natera is projected to lose approximately 11% share in the next 3-5 years.[118]

### C.     Asserted Patents and Alleged Infringement

48.     I understand that Natera alleges the Accused Product infringes the Asserted Patents by practicing at least one claim of each of the Asserted Patents.[119]

#### 1.     U.S. Patent No. 11,530,454

49.     U.S. Patent No. 11,530,454, titled "Detecting Mutations and Ploidy in Chromosomal Segments," was filed May 6, 2022 and issued on December 20, 2022.[120] The abstract of the '454 Patent summarizes the invention as follows:

> *The invention provides methods, systems, and computer readable medium for detecting ploidy of chromosome segments or entire chromosomes, for detecting single nucleotide variants and for detecting*

---

[114] D.I. 12-23 at p. 16, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023. I understand that Dr. Malani admitted the MRD market is expected to increase rapidly over 2025-2030. *See*, Exhibit 44 at pp. 129-134,
Deposition of Anup Malani, Ph.D., October 2, 2023.

[115] D.I. 12-23 at p. 35-36, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[116] D.I. 12-23 at 35-36, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[117] D.I. 12-23 at p. 37, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[118] D.I. 12-23 at p. 37, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023. I note that TD Cowen expected NeoGenomics' pending MolDX coverage decision in mid to late 2023. *See*, D.I. 12-23 at p. 19.

[119] D.I. 1 at p. 13, Complaint.

[120] D.I. 1-1 at 2, U.S. Patent No. 11,530,454.

*both ploidy of chromosome segments and single nucleotide variants. In some aspects, the invention provides methods, systems, and computer readable medium for detecting cancer or a chromosomal abnormality in a gestating fetus.*[121]

50.     I understand the '454 Patent claims priority as a continuation of U.S. patent application number 17/692,469, filed March 11, 2022, which in turn is a continuation of U.S. patent application number 15/898,145, filed February 15, 2018 (now U.S. Patent No. 11,319,595), which in turn is a continuation of U.S. patent application number 14/692,703, filed April 21, 2015 (now U.S. Patent No. 10,179,937).[122] Based on this, I understand the '454 Patent is expected to expire on April 21, 2035.[123]

### 2.    U.S. Patent No. 11,519,035

51.     U.S. Patent No. 11,519,035, titled "Methods for Simultaneous Amplification of Target Loci," was filed July 21, 2020 and issued on December 6, 2022.[124] The abstract of the '035 Patent summarizes the invention as follows:

> *The invention provides methods for simultaneously amplifying multiple nucleic acid regions of interest in one reaction volume as well as methods for selecting a library of primers for use in such amplification methods. The invention also provides libraries of primers with desirable characteristics, such as minimal formation of amplified primer dimers or other non-target amplicons.*[125]

52.     I understand the '035 Patent claims priority as a continuation of U.S. patent application number 16/743,724, filed January 15, 2020 (now U.S. Patent No. 10,731,220), which in turn is a continuation of U.S. patent application number 16/399,268, filed April 30, 2019 (now U.S. Patent No. 10,538,814), which in turn is a continuation of U.S. patent

---

[121] D.I. 1-1 at 2, U.S. Patent No. 11,530,454.
[122] D.I. 1-1 at 2, U.S. Patent No. 11,530,454.
[123] Exhibit 45, "US11530454B2," *Google*, https://patents.google.com/patent/US11530454B2/en?oq=us+11530454.
[124] D.I. 1-2 at 2, U.S. Patent No. 11,519,035.
[125] D.I. 1-2 at 2, U.S. Patent No. 11,519,035.

application number 16/140,298, filed September 24, 2018, which in turn is a continuation of

U.S. patent application number 14/918,544, filed October 20, 2015 (now U.S. Patent No.

10,316,362), which is a continuation-in-part of U.S. applications 14/877,925, filed on

October 7, 2015 (now abandoned), 14/692,703, filed April 21, 2015 (now U.S. Patent No.

10,179,937), and 14/538,982, filed November 24, 2014 (now U.S. Patent No. 9,677,118).[126]

These continuations-in-part extend in priority back to May 18, 2011; Based on this, I

understand the '035 Patent is expected to expire on May 18, 2031.[127]

## V.    *WINTER* FACTORS ANALYSIS

### A.    *Winter* Factor #1: Likelihood of Natera Succeeding on the Merits

53.    Consistent with Dr. Malani, I have not been asked to offer opinions on *Winter*

Factor #1, as I understand this is largely a technical issue.[128] As such, I do not have an

opinion as the likelihood of Natera succeeding on the merits, and do not reach a conclusion

regarding *Winter* Factor #1.

### B.    *Winter* Factor #2: Likelihood of Natera Suffering Irreparable Harm in the Absence of Preliminary Relief

54.    The likelihood of Natera suffering irreparable harm in the absence of a

preliminary injunction is minimal, if not nonexistent.[129] First, a TD Cowen report found that

Natera is the dominant vendor today and is expected to remain in that dominant position

into the future.[130] For example, Natera is projected to currently have a 74% total market

---

[126] D.I. 1-2 at 2-3, U.S. Patent No. 11,519,035.
[127] D.I. 1-2 at 2-3, U.S. Patent No. 11,519,035; Exhibit 46, "US11519035B2," *Google*,
https://patents.google.com/patent/US11519035B2/en?oq=us11519035.
[128] D.I. 7 at p. 5, Malani Declaration.
[129] I understand that Dr. Malani agrees that NeoGenomics' removal from the market via preliminary injunction would be
irreparable harm. *See*, Exhibit 44 at pp. 145-146, Deposition of Anup Malani, Ph.D., October 2, 2023.
[130] D.I. 12-23 at 16, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

share, while NeoGenomics currently has about 3% total market share.[131] In the next three to five years, Natera is expected to decrease its total market share by around 7% while Guardant Health is expected to increase its total market share by around 6%.[132] During this same 3-5 year time period, NeoGenomics is expected to only increase its total market share by approximately 2% (to approximately 5%).[133] In the breast cancer indication, Guardant Health is projected to gain approximately 11% market share while Natera is projected to lose approximately 11% share in the next 3-5 years.[134] Additionally, given the significantly large, immature market, Natera has explained that it very rarely experiences direct competition, and when it does, it competes against Guardant, who offers a tumor-naïve assay.[135] Such evidence indicates that tumor-informed and tumor-naïve assays compete directly in the same market. Moreover, even with the entrance of NeoGenomics, Natera is expected to remain the dominant competitor in the market, and to the extent Natera loses market share, it is likely that such share will be lost to Guardant, not NeoGenomics.

55.     Finally, to the extent any such harm is found as a result of NeoGenomics' direct competition, Natera's previous ▌▌▌▌ and litigation activities indicate the ability to readily quantify and fully compensate Natera for any alleged infringement. I also understand that recently a district court declined to impose a permanent injunction between two direct competitors in which lost profits damages were awarded, as well as declined to even consider

---

[131] D.I. 12-23 at p. 35, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[132] D.I. 12-23 at pp. 35-36, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[133] D.I. 12-23 at p. 37, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[134] D.I. 12-23 at p. 37, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023. I note that TD Cowen expected NeoGenomics' pending MolDX coverage decision in mid to late 2023. *See,* D.I. 12-23 at 19.
[135] Exhibit 2 at p. 2, NEOGEN00018316-323; Exhibit 44 at p. 45, Deposition of Anup Malani, Ph.D., October 2, 2023.

the other three relevant factors after plaintiff was found it did not establish irreparable harm.[136] While direct competition arguments are not relevant here, this recent finding underscores the fact finder's ability to quantify damages which fully compensate the patent owner for alleged infringement.

### 1. Admitted Lack of Direct Competition

56. Mr. Steven Chapman, Natera's CEO since 2019, publicly admitted at a September 2023 global healthcare conference that Natera "very, very rarely see any competitors in the [MRD] field today."[137] He built upon this statement, noting that if Natera did see a competitor, it was Guardant Health with its tumor-naïve MRD test, adding that new market entrants have a "very long way to go" before they are "really a part of the discussion from a physician standpoint."[138] Mr. Moshkevich, testified that he had no reason to believe that Mr. Chapman's statement was incorrect.[139] Third-party research reports have also quoted Natera's management statements indicating "limited competition from [Invitae] and [NeoGenomics] to date[.]"[140] NeoGenomics Accused Product does not compete directly with Signatera, as recently stated multiple times by Natera's management personnel.[141]

57. The evidence presented below reinforces these statements recently made by Natera management personnel; taken together, the lack of direct competition between

---

[136] Exhibit 5 at p. 3, Order Denying Impinj's Motion for a Permanent Injunction, *Impinj, Inc. v. NXP USA, Inc.* 19-cv-03161-YGR (NDCA), October 3, 2023.
[137] Exhibit 2 at p. 2, NEOGEN00018316-323.
[138] Exhibit 2 at p. 2, NEOGEN00018316-323.
[139] Exhibit 31 at pp. 53-54, Deposition of Solomon Moshkevich, September 22, 2023.
[140] D.I. 12-22 at p. 6, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[141] Exhibit 31 at pp. 60-61, 64-66, Deposition of Solomon Moshkevich, September 22, 2023.

Signatera and the Accused Product is consistent with zero irreparable harm suffered by Natera as a result of NeoGenomics' alleged infringement.

## 2. No Overlap in Market Opportunities

58. As noted above, Natera and NeoGenomics rarely compete for the same opportunities in the MRD testing market; this phenomenon is due, at least in part, to 1) the breadth and penetration of the current MRD testing market; 2) the presence and expected entrance of other competitors; and 3) the success of the Accused Product attributable to features not claimed by the Asserted Patents.

59. First, the total addressable market ("TAM") of MRD testing – currently estimated at $20 billion – is expected to continue its rapid expansion resulting in a $93 billion TAM by 2027.[142] Despite this large estimated market size, current penetration is relatively low. NeoGenomics has acknowledged such in its public presentations, which also estimate the MRD cancer monitoring segment near $20 billion.[143] Dr. Malani confirmed as much in his recent deposition.[144]

60. And while investment analysts have acknowledged Natera's current and expected future success in the broad MRD testing market – with expectations to "capture the majority share and have over $1 [billion] in MRD revenue by 2026" – NeoGenomics current and projected future market share are both relatively small – approximately 3% and

---

[142] D.I. 6-13 at p. 1, "Genomic Tools and Labs, MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022; D.I. 12-22 at p. 2, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023; Exhibit 44 at p. 130, Deposition of Anup Malani, Ph.D., October 2, 2023; D.I. 6-13 at p. 1, "Genomic Tools and Labs, MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022.

[143] D.I. 14-5 at p. 9, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023.

[144] Exhibit 44 at pp. 129-130, Deposition of Anup Malani, Ph.D., October 2, 2023.

5%, respectively.[145] As such, the likelihood of Natera and NeoGenomics competing for the same MRD testing customers is minimal.

61.     With respect to the clinical market, Dr. Malani did not list any specific customers that have stopped using Signatera in favor of RaDaR, much less any reason that such customers product switch was tied to the benefits of the alleged infringement.[146] With respect to the biopharmaceutical market, Dr. Malani testified, ███████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████ However, neither Dr. Malani nor

Mr. Moshkevich ███████████████████████████████

████████████████████████████████[148] Dr. Malani also

testified that ██████████████████████████████████████

████████████████████[149] In direct opposition to these claims is

testimony from Natera's recent trial against ArcherDX/Invitae, in which Natera personnel

suggested that Natera lost biopharmaceutical contracts in the MRD space due to negative



---

[145] D.I. 12-23 at pp. 35-36, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023; D.I. 6-13 at p. 1, "Genomic Tools and Labs, MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022; D.I. 12-22 at p. 4, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

[146] D.I. 7 at pp. 66-68, 80-82, Malani Declaration; Exhibit 44 at pp. 45-49, 57-58, Deposition of Anup Malani, Ph.D., October 2, 2023.

[147] D.I. 14 at p. 10, Moshkevich Declaration; Exhibit 44 at pp. 40-41, 43-44, 57, 154, Deposition of Anup Malani, Ph.D., October 2, 2023.

[148] Exhibit 3 at pp. 9-11, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

[149] Exhibit 44 at pp. 34-35, 41, Deposition of Anup Malani, Ph.D., October 2, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

sentiment from a prominent, well-respected researcher in this space, Professor Swanton.[150] Again, the reason Natera lost these contracts was entirely unrelated to any alleged infringement, as is likely the case here.

62. Third, as discussed above, other companies have recognized the potential market opportunity in MRD testing, with many companies having either recently released or expected to release MRD assays in the near future. Natera itself is ████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████[151]



[150] Exhibit 44 at pp. 68-71, Deposition of Anup Malani, Ph.D., October 2, 2023; Exhibit 3 at p. 11, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023; Exhibit 47 at pp. 256:11-257:13, "Trial Transcript Volume A," *Natera, Inc., v. ArcherDX Inc., et al*, May 8, 2023.
[151] Exhibit 48 at 4, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 4, (NAT-NEO-00729119-155); Exhibit 49 at 22, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 3, (NAT-NEO-00729487-583).
[152] Exhibit 48 at 4, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 4, (NAT-NEO-00729119-155).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



63.     Third-party analyst reports indicate the entrance of other MRD testing products in the near-term as well, including "Neo[G]enomics, Exact Sciences, and Invitae."[154] A July 2023 equity research analysis stated that "numerous companies under coverage are planning to launch new MRD assays in the coming year including [Myriad], [Exact], & [Personalis] (an RUO version already launched in late '21), as well as [Quest] (not covered), while [Illumina] (GRAIL) is in the market with an RUO assay."[155]

64.     With the entrance of new assays into the MRD testing market, Natera is unable to specifically ascribe any lost market share, price erosion, or reputational harm specifically to NeoGenomics' market activities generally or the alleged infringement specifically. Dr. Malani repeatedly identifies the rapidly changing landscape of the MRD testing market generally.[156] As such, a finding of irreparable harm is unjustified in this case.

[153] Exhibit 49 at 22, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 3, (NAT-NEO-00729487-583).
[154] D.I. 6-13 at p. 1, "Genomic Tools and Labs, MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022.
[155] D.I. 12-23 at 6, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[156] D.I. 7 at 61-63, 65, 75, 83, Malani Declaration.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

65.     Fourth, NeoGenomics and the Accused Product's success can be attributed to positive differentiations from other MRD tests available in the market, none of which Mr. Moshkevich and Dr. Malani were able to link to the teachings of the Asserted Patents.[157] Dr. Malani was unable to describe or remember Dr. Metzker's description of the key innovative components of either of the Asserted Patents.[158]

66.     As an example of a key differentiator, Mr. Moshkevich pointed to NeoGenomics' historical relationship with pathologists as the reason Signatera tests might have been replaced with RaDaR tests.[159] Investment analysts have also acknowledged NeoGenomics' "pathology strength" and "comprehensive offering" as "key to managing tissue logistics with low turnaround time" and customer relationships for MRD.[160] NeoGenomics' historical and continued focus on calling on pathologists, as opposed to Natera's focus on oncologists, is not related in any way to the teachings of the Asserted Patents or any alleged infringement.

67.     I also understand the Accused Product's chemistry is an additional differentiator when compared to Signatera. For example, the Accused Product uses "custom Inivata-developed software" that interrogates "up to 48 tumor variants" in a patient using a blood draw.[161] Signatera, on the other hand, only uses "16 tumor-specific, clonal, comatic

---

[157] Exhibit 31 at pp. 11, 13, 181-182, Deposition of Solomon Moshkevich, September 22, 2023; Exhibit 44 at pp. 120-121, Deposition of Anup Malani, Ph.D., October 2, 2023.

[158] Exhibit 44 at pp. 120-121, Deposition of Anup Malani, Ph.D., October 2, 2023.

[159] Exhibit 31 at pp. 28-29, Deposition of Solomon Moshkevich, September 22, 2023.

[160] D.I. 12-21 at p. 1, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023.

[161] Exhibit 50 at p. 5, NeoGenomics Laboratories, Inc.'s Supplemental Responses and Objections to Natera's First Set of Interrogatories (Nos. 1-3), September 15, 2023; Exhibit 51, "NeoGenomics Announces RaDaR™ Assay Receives CE Mark and is Submitted for US Reimbursement via the MolDx Program," *NeoGenomics*, January 11, 2022, https://ir.neogenomics.com/press-releases/detail/194/neogenomics-announces-radartm-assay-receives-ce-mark-and.

variants" to conduct its tests.[162] Even Dr. Malani admitted that there were "many differences" between the Accused Product and Signatera.[163] One of those differences, as Dr. Malani acknowledged, is that "NeoGenomics looks at 48 variants as opposed to the 16 in the Signatera test."[164]



68.     While Mr. Moshkevich states that ███████████████████ ███████████████ he acknowledged that ███████████████████ ████████████████████████████████████████████ ████████████████████████.[165] According to Mr. Moshkevich, ██████████ ███████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████.[166] Thus, Mr. Moshkevich admitted that ██████████████████████████████████████████ ████████████████."[167]

69.     Currently, Mr. Moshkevich explained that ██████████████████ ████████████████████████████████████████████████ ███████."[168] Mr. Moshkevich expects ██████████████████████████████

[162] D.I. 10-8, "A personalized, tumor-informed approach to detect molecular residual disease with high sensitivity and specificity," *Natera*, https://www.natera.com/wp-content/uploads/2020/11/Oncology-Clinical-A-personalized-tumor-informed-approach-to-detect-molecular-residual-disease-SGN_SR_WP.pdf.

[163] Exhibit 44 at p. 100, Deposition of Anup Malani, Ph.D., October 2, 2023.

[164] Exhibit 44 at p. 100, Deposition of Anup Malani, Ph.D., October 2, 2023.

[165] Exhibit 31 at pp. 92-93, 164-166 Deposition of Solomon Moshkevich, September 22, 2023.

[166] Exhibit 31 at pp. 166-167, Deposition of Solomon Moshkevich, September 22, 2023.

[167] Exhibit 31 at p. 167 Deposition of Solomon Moshkevich, September 22, 2023.

[168] Exhibit 31 at p. 167 Deposition of Solomon Moshkevich, September 22, 2023.

HIGHLY CONFIDENTAL – ATTORNEYS' EYES ONLY

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████ ."[169]

70.     Another example of differentiation includes the logistical support and
efficiency provided by NeoGenomics as a "one-stop shop," resulting in lower turn-around
time ("TAT").[170] In fact, TAT was ranked the second most important factor for choosing an
MRD vendor in a recent equity research note; this is significantly higher than insurance
coverage which was ranked lower; this is consistent with the discussion above as well.[171] I
understand that TAT is not contemplated by the Asserted Patents.

71.     Another differentiator, wholly unrelated to the Asserted Patents, is the current
coverages and indications for Signatera and the Accused Product. Specifically, I understand
that Signatera is approved for use in the adjuvant and surveillance monitoring stages, while
the Accused Product is approved for only in the surveillance monitoring stage.[172] As the
entirety of NeoGenomics' sales occur at a point later than Signatera's adjuvant indication
allows for, Accused Product sales cannot threaten Signatera sales.

72.     Lastly, I understand that pricing is another differentiator between Signatera
and RaDaR. Dr. Malani notes in his declaration that "the competitive relationship between
Natera and NeoGenomics" could "potentially [cause] price erosion," without providing any

[169] Exhibit 31 at p. 167 Deposition of Solomon Moshkevich, September 22, 2023.
[170] D.I. 12-21 at p. 1, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023. I understand that Natera ███████████████████████████████████████████████████████ *See*, Exhibit 52 at p. 39, NAT-NEO-00729334-432 and Exhibit 49 at 49, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 3, (NAT-NEO-00729487-583).
[171] D.I. 12-23 at p. 3, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[172] Exhibit 3 at pp. 6-7, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

analysis.[173] Dr. Malani has not even identified specific evidence of lost sales, let alone price erosion. Indeed, Dr. Malani testified that in connection with his opinion, 

[174] According to Mr. Sikri, RaDaR is more expensive than other MRD assays on the market based on feedback from biopharma companies, but despite this, NeoGenomics has been selected for trials (with ▬▬▬ for example) because the "RaDaR test is substantially more sensitive and accurate than other MRD assays on the market."[175] I understand that ▬▬▬

▬▬▬[176] As such, any claims by Natera for price erosion are irrelevant.

73.    Together, these differentiators, each entirely unrelated to the Asserted Patents, indicate that any potential irreparable harm created by the Accused Product is not tied to the alleged infringement.

### 3.    Natera's Durable Leadership and Market Position

74.    Natera's first-mover advantage and reputational harm are not being threatened by NeoGenomics or the Accused Product, as Natera's CEO and investment analysts expect Natera to continue to lead the market where many indications have little to no competition against Natera's offerings. Indeed, a research report highlighted the "view [of] Signatera as a

---

[173] D.I. 7 at pp. 80, 81, Malani Declaration.

[174] D.I. 7 at pp. 54-57, Malani Declaration.

[175] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 15.

[176] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p.22.

clear leader in the MRD market with 196k vol in 2022, followed by [Guardant Health]'s

Reveal and then RaDaR."[177] Furthermore, a report from TD Cowen found that Natera is the

dominant MRD vendor today and they expected to remain dominant into the future.[178] This

same TD Cowen report highlights that Natera is expected to remain the market leader in the

next three to five years and "clinical evidence" should help Natera to retain its lead.[179]

75.    Natera's reputation cannot have been harmed by NeoGenomics' alleged

infringement as it continues to be seen by analysts as an innovator working to expand its

MRD testing coverages.[180] For example, a June 2023 report stated "[Natera] has established

an early lead in the $20B MRD market (SVBS estimate), both in terms of volume,

reimbursement, and clinical evidence."[181] The analyst also stated that "this lead will prove

durable given the significant investments made in proving clinical utility[.]"[182]

### 4.    Harms Are Readily Quantifiable and Fully Compensate Natera

#### a)    Natera Financial Records and Projections

76.    As a preliminary measure, I understand that as a public company Natera is

required to maintain certain detailed financial records. Such financial records could inform

the quantification of potential damages. I understand Natera has produced such detailed

financial records in other cases, and as noted in the PI Motion, recently used such data in

---

[177] D.I. 12-21 at pp. 1-2, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023.

[178] D.I. 12-23 at pp. 2, 16, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[179] D.I. 12-23 at p. 5, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.

[180] D.I. 12-23 at p. 4, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023; D.I. 12-22 at p. 2, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

[181] D.I. 12-22 at p. 2, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

[182] D.I. 12-22 at p. 2, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

HIGHLY CONFIDENTAL – ATTORNEYS' EYES ONLY

obtaining a jury verdict against ArcherDX, another competitor in the MRD testing market, as discussed in more detail below.

77.    Additionally, as part of the normal course of business, Natera's management provides quarterly and full-year guidance to research analysts covering its stock. Prior to communicating this guidance to the public, Natera generally considers other market players and other factors that could affect demand or manufacturing capacity going forward.[183] Such projections, created prior to first alleged infringement, can be used to place the parties in the same position they would have been, absent the alleged infringement, *i.e.*, to calculate potential damages; I have used this data and methodology numerous times. Furthermore, Natera's future projections can be adjusted *ex post* to account for any events that may have altered the market for Signatera.

### b)    Clarient License

78.    In 2015, Natera and Clarient, which NeoGenomics subsequently acquired, entered into the 2015 Clarient Agreement as both parties desired that Clarient license Natera's ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████[184] The license provided to Clarient was ███████████████████████████████████████████

██████████.[185] The Clarient License was, however, limited to █████████████████

---

[183] Exhibit 63 at pp. 32-33, 63, Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[184] Exhibit 4 at p. 1, NAT-NEO-00584060-080; D.I. 11-3 at p. 7, NeoGenomics, Inc., Form 10-K for the fiscal year ended December 31, 2016.
[185] Exhibit 4 at p. 3, NAT-NEO-00584060-080.



79. Licensed IP included ████████████████████████ [186]

██████████████████████████████████████

████████████████████████████████████████ .[187] The

Analytical Software, ██████████████████████████

██████████████████████████████████████████████

█████████████████████ .[188] In exchange for the license granted, Clarient agreed ████

████████████████████████████████████████ .[189]

80. While I am unaware of the current status or the amount of royalties paid under the 2015 Clarient Agreement, the agreement itself speaks volumes to Natera's willingness to accept, promote, and even create, direct competition within the MRD test market years prior to the Accused Product entering the biopharmaceutical MRD testing space. A Form S-1 filed by Natera with the SEC on July 1, 2015, states that "we have recently executed a license agreement with Clarient […], one of the largest oncology laboratories in the United States. Under this license, Clarient, which processes approximately 10% of the cancer tumor samples in the United States, will develop an oncology test to support pharmaceutical clinical trials based on our technology and employing Constellation."[190] What is more, Natera agreed to ████████████████████████

---

[186] Exhibit 4 at p. 2, NAT-NEO-00584060-080.
[187] Exhibit 4 at pp. 2, 15-21, NAT-NEO-00584060-080.
[188] Exhibit 4 at p. 2, NAT-NEO-00584060-080.
[189] Exhibit 4 at p. 6, NAT-NEO-00584060-080.
[190] Exhibit 53 at pp. 7, 99, 105, Natera, Inc., Form S-1, July 1, 2015.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

███████████████████████████████████████████████████ outside the

context of litigation years before either Signatera or the Accused Product were released.[191] It

now defies logic that Dr. Malani argues that the market is too nascent or immature in 2023

(or even 2021) to quantify the value of infringement or harm when Natera itself was able to

do so in 2015.

81.     Dr. Malani testified that ████████████████████████████████



████████████████████████████████████.[192] Regardless,

Natera's willingness ████████████████████████████████████

████████████ renders Dr. Malani's claims regarding irreparable or hard-to-

estimate harm moot.

### c)     ArcherDX Verdict

82.     In May 2023, Natera received a favorable finding in its case against ArcherDX

(now Invitae) finding direct infringement of three patents (U.S. Patent No. 10,557,172; U.S.

Patent No. 10,597,708; and U.S. Patent No. 10,731,220) by defendants' PCM and non-PCM

products.[193] The jury awarded $9,356,886 in lost profits and $0 in reasonable royalties for

infringing sales of the PCM product along with $0 in lost profits and $9,995,114 in

---

[191] License application number 14/538,982 is noted as a priority application to the '035 Patent. *See*, D.I. 1-2 at 2, U.S. Patent No. 11,519,035; Exhibit 4 at p. 15, NAT-NEO-00584060-080.

[192] Exhibit 44 at pp. 60, 68, Deposition of Anup Malani, Ph.D., October 2, 2023.

[193] Exhibit 54, Verdict Form, *Natera, Inc. v. ArcherDX, Inc., ArcherDX, LLC, and Invitae Corp.* (D. Del.), Case No. 1:20-cv-00125, May 15, 2023, pp. 1-2. I understand that PCM is ArcherDX's Personalized Cancer Monitoring technology, "a bespoke, minimally-invasive and highly sensitive product intended for early-stage cancer treatment monitoring and recurrence surveillance." *See*, Exhibit 55, "ArcherDX Personalized Cancer Monitoring (PCM) Technology Designated by FDA as Breakthrough Device," *PRNewsWire*, https://www.prnewswire.com/news-releases/archerdx-personalized-cancer-monitoring-pcm-technology-designated-by-fda-as-breakthrough-device-300986701.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

reasonable royalties for infringing sales of non-PCM products.[194] Dr. Malani discusses this finding at multiple points in his declaration.[195]

83.    I understand, however, that Natera's damages expert in the matter opined to approximately $38 million in damages; the full jury award represents approximately 50% of $38 million.[196] As a threshold matter, Natera's own damages expert was able to reasonably quantify the amount of alleged harm to Natera, which occurred under similar circumstances as this case – in which Signatera faced competition from a new market entrant around the same timeframe to which Dr. Malani opines. What is more, the jury declined to award Natera its full lost profits damages request and awarded zero reasonable royalty damages for PCM products, indicating that the amount found by the jury fully compensated Natera for the alleged harm caused by the PCM products, which are similar to the Accused Product in this matter. I also understand that Natera did not move to institute a preliminary injunction in that matter.[197]

84.    Nonetheless, as in prior cases involving Natera and cancer diagnostic products, the damages experts here will be able to calculate damages amounts that will fully compensate Natera for NeoGenomics' alleged infringement of the Asserted Patents.

---

[194] Exhibit 54, Verdict Form, *Natera, Inc. v. ArcherDX, Inc., ArcherDX, LLC, and Invitae Corp.* (D. Del.), Case No. 1:20-cv-00125, May 15, 2023, p. 10.

[195] D.I. 7 at pp. 27, 46, Malani Declaration.

[196] Exhibit 56, "Natera Nets $19M Verdict In Cancer Test Patent Case," Law360, https://www.law360.com/articles/1607477/natera-nets-19m-verdict-in-cancer-test-patent-case.

[197] Exhibit 44 at pp. 5-7, Deposition of Anup Malani, Ph.D., October 2, 2023.

### 5.    Conclusion

85.    In conclusion, Natera and NeoGenomics do not directly compete in the MRD testing market, as evidenced by Natera's CEO statements, current market characteristics, other market competitors, and the success of the Accused Product due to attributes not associated with the Asserted Patents. Given the significant evidence against direct competition, Natera is unable to show a nexus between the alleged harm and NeoGenomics' alleged infringement. To the extent that any competition is deemed direct, any such harm is readily quantifiable and fully compensates Natera, as indicated through its historical licensing and recent litigation activities.

## C.    *Winter* Factor #3: Likelihood the Balance of Equities Tips in Natera's Favor

### 1.    Natera's Prior Investments are Unaffected

86.    I understand that Natera's investments into the vast MRD market are larger than NeoGenomics' significant investments at least in part due to the fact that Natera entered the market years prior to NeoGenomics. Those significant investments have resulted in large market share and acknowledgment of Natera as the "clear leader."[198] However, if an injunction is not granted, the impact, if any, to Natera is unlikely to be significant.

87.    For example, Natera's CEO stated last month that Natera "very, very rarely" sees competition and when they do it is Guardant Health's tumor-naïve test, not RaDaR.[199] Furthermore, Natera filed a lawsuit against Inivata for RaDaR's alleged infringement of the

---

[198] D.I. 12-21 at pp. 1-2, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023.
[199] Exhibit 2 at p. 2, NEOGEN00018316-323.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

'454 Patent and then waited seven months to file this suit against NeoGenomics.[200] In addition, at the time Natera filed this suit against NeoGenomics, RaDaR had been commercially available for clinical use and biopharmaceutical collaboration for over four months and almost two years, respectively.[201] Moreover, it was public knowledge that NeoGenomics had closed the acquisition of Inivata by June 2021 and that before the acquisition was consummated, RaDaR was awarded Breakthrough Device Designation by the FDA and Inivata had also announced collaborations with F-Therapeutics.[202] Throughout that time, Natera has continued to apply for and expand Signatera approved indications and uses.[203] As such, Natera's delay undermines any claim that its investments have been spoiled due specifically to NeoGenomics' entrance into the MRD testing market, as Natera continues to receive new coverages, indications, customers, and research trials.

88.     Further, Natera conceded that there are many new entrants in the vast MRD test market, as is normal in any early-stage market, but that those new entrants had a long way to go before they were "part of the discussions from a physician standpoint."[204] Indeed, NeoGenomics commands about 3% market share and is not expected to grow beyond 5%

---

[200] Exhibit 57 at p. 1, Complaint for Patent Infringement, *Natera, Inc., v. Inivata, Inc. and Inivata LTD.*, December 20, 2022.
[201] D.I. 1-23 at p. 2, "NeoGenomics Announces Commercial Availability of the RaDaR® Molecular Residual Disease Test," *NeoGenomics*, March 16, 2023, https://ir.neogenomics.com/press-releases/detail/236#:~:text=FT%20MYERS%2C%20FL%20%2F%20ACCESSWIRE%20%2F,minimal%20residual%20disease%20(MRD); Exhibit 51, "NeoGenomics Announces RaDaR™ Assay Receives CE Mark and is Submitted for US Reimbursement via the MolDX Program," *NeoGenomics*, January 11, 2022, https://ir.neogenomics.com/press-releases/detail/194/neogenomics-announces-radartm-assay-receives-ce-mark-and.
[202] *See*, Section IV.A.1.
[203] Exhibit 58, "Natera to Present New Signatera™ Clinical Data Across Multiple Cancer Types at the 2022 ASCO Annual Meeting," *Natera*, https://www.natera.com/company/news/natera-to-present-new-signatera-clinical-data-across-multiple-cancer-types-at-the-2022-asco-annual-meeting/; Exhibit 59, "Natera Submits First PMA Module to the FDA for Singatera™," *Natera*, https://investor.natera.com/news/news-details/2023/Natera-Submits-First-PMA-Module-to-the-FDA-for-Signatera/default.aspx.
[204] Exhibit 2 at p. 2, NEOGEN00018316-323.

market share in the next five years.[205] As the nascent MRD test market continues to rapidly grow, NeoGenomics' market share gain will not have to come at the expense of Natera's current market share.[206] Indeed, a securities analyst viewed "Signatera as a clear leader in the MRD market with 196k vol[ume] in 2022[.]"[207] Furthermore, another analyst report stated that Natera "has the ability to expand the MRD TAM dramatically as it files for expanded Medicare coverage across cancer types (and later private payor coverage)[,]" and that "[g]iven Natera's first mover advantage, [Piper Sandler] think[s] the company can reasonably capture the majority share[.]"[208]

## 2. Natera's Growth, Reputation, and Pricing Prospects are Unaffected

89.     As previously discussed, there is no quantifiable negative impact to Natera's growth in the tumor-informed MRD test market due to the lack of direct competition between the two parties here. Additionally, multiple analysts covering the stock, along with Natera's management, see the new market entrants as immaterial threats. According to Natera's CEO, competition is rarely seen in this market today, and the most likely competitor seen is Guardant Health with their tumor-naïve Reveal product.[209]

---

[205] D.I. 12-23 at 35-36, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023; Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 10.

[206] D.I. 7 at 61-62, Malani Declaration.

[207] D.I. 12-21 at pp. 1-2, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023.

[208] D.I. 6-13 at p. 1, "Genomic Tools and Labs, MRD: The Unlocking of Billions in TAM; NTRA as a Top Pick," *Piper Sandler*, October 26, 2022.

[209] Exhibit 2 at p. 2, NEOGEN00018316-323.

90.     Mr. Moshkevich explained that ███████████████████████████

██████████████████████"[210] Mr. Moshkevich estimated that ██████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████.[211] Natera's ██████████████████████

████████████████████████████████████ and none from NeoGenomics

specifically, as NeoGenomics does not offer a tumor-naïve MRD product.

91.     In addition, NeoGenomics' RaDaR is only approved for clinical use in the

surveillance setting and has not received approval for the adjuvant setting like Signatera.

Thus, NeoGenomics is not approved for as many settings as Natera, so it cannot market to

all Signatera's customers. Instead, NeoGenomics focuses its efforts on surveillance and

creating its own niche in that segment of the market.

92.     NeoGenomics' past expansions into additional cancer indications do not

guarantee continued expansions into additional cancer indications. For example, *genomeweb*,

an independent online news organization that covers "the scientific and economic ecosystem

spurred by the advent of high-throughput genome sequencing" notes that "NeoGenomics

had initially struggled to obtain coverage from Medicare, failing in its bid to the MolDx

program for a colorectal cancer indication in 2022."[212] Moreover, I understand that Natera's

investment in the market and reimbursement approval do not necessarily translate into

---

[210] Exhibit 31 at pp. 56-57, Deposition of Solomon Moshkevich, September 22, 2023.
[211] Exhibit 31 at pp. 56, 163, Deposition of Solomon Moshkevich, September 22, 2023.
[212] D.I. 8-5 at p. 1, "NeoGenomics Gets Medicare Coverage for Radar Minimal Residual Disease Assay in Breast Cancer," *genomeweb*, https://www.genomeweb.com/business-news/neogenomics-gets-medicare-coverage-radar-minimal-residual-disease-assay-breast-cancer; Exhibit 60, "About Us," *genomeweb*, https://www.genomeweb.com/about-us.

benefits for NeoGenomics, as evidenced by Mr. Chapman's statement to investors during a

September 2023 healthcare conference:

> The other thing that I think is important is that this idea that you can just ride the reimbursement coattails of a company like Natera. That's proven actually to in fact not be true. And I think we've seen now a couple of companies that have gone and got Medicare reimbursement where they've actually only gotten a very limited reimbursement from Medicare.
>
> And I think that the paradigm has set up is, if you want to get reimbursement for Medicare, you have to go do it yourself and you have to go publish your own peer-reviewed study and you have to show that your test works across all the different use cases. And so, this notion that you can just ride coattails and get reimbursement, rising tide helps all ships is just not – that's just not the case.[213]

93      As discussed above, Natera currently does not see much, if any competition.

Mr. Moshkevich testified



[213] Exhibit 61 at p. 5, "Baird Global Healthcare Conference – Management Discussion Section," *AlphaSense, Inc,* September 12, 2023.
[214] Exhibit 31 at p. 76, Deposition of Solomon Moshkevich, September 22, 2023.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



216

94.     Furthermore, Natera is more focused on expanding the MRD testing market,

rather than on specific competitors. Indeed, in a 2023 Morgan Stanley Global Health

Conference, Mr. Chapman stated the following:

> *I think for us, we're focused not on talking about like what competitors are doing or what we're doing, but on expanding the market. Because we have 90-plus percent market share at this point and we have 50 peer-reviewed publications. We have over 100 clinical studies that are underway, that are going to be reading out. And we have Medicare coverage across a broad swath of indications, and we've got a pipeline of commercial coverage that we think it's coming down the pike. So, we're focusing on unlocking the next leg of growth in the MRD setting and really tapping into that $20 billion market opportunity.*[217]

[215] Exhibit 49 at p. 20, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 3, (NAT-NEO-00729487-583).

[216] Exhibit 49 at p. 20, Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 3, (NAT-NEO-00729487-583).

[217] Exhibit 2 at p. 2, NEOGEN00018316-323; Exhibit 31 at p. 65, Deposition of Solomon Moshkevich, September 22, 2023.

95.     As discussed above, Natera's growth is not diminished by NeoGenomics' market participation in the MRD testing market and this is the same case for Natera's reputation. For example, a June 2023 analyst report stated that "[Natera] has established an early lead in the $20B MRD market (SVBS estimate), both in terms of volume, reimbursement, and clinical evidence."[218] The report continues, stating: "this lead will prove durable given the significant investments made in proving clinical utility[.]"[219] With respect to clinical utility, "[t]hough analytical validation data presented by NEO suggest potential sensitivity advantage, NTRA argues that oncologists are sophisticated enough to look past these claims and focus on clinical utility, where we see performance is roughly in-line (though no true head-to-head study is available)."[220] Indeed, in another research report focused on NeoGenomics, those same analysts stated that they "view Signatera as a clear leader in the MRD market with 196k vol in 2022, followed by GH's Reveal and then RaDaR."[221]

96.     Thus, it is my opinion that the balance of hardships from NeoGenomics' alleged infringement of the Asserted Patents does not transfer to Natera. Many analyst reports that I have included above state that Natera is currently the clear leader in terms of volume and cancer indications. Furthermore, even with the additional competitors entering the market, Natera's outlook is not adjusted downward, as it includes the expected expansion and penetration of TAM as additional cancer indications are approved. Thus,

---

[218] D.I. 12-22 at p. 2, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[219] D.I. 12-22 at p. 2, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[220] D.I. 12-22 at p. 6, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[221] D.I. 12-21 at pp. 1-2, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023.

Natera's investments into the market are not affected by the entrance of a single player with small market share.

          **3.**      **NeoGenomics' Involvement in Research and Clinical Trials**

97.      I understand the MRD market is "compromised of two major segments: biopharmaceutical and clinical."[222] The biopharmaceutical segment "includes joint studies and clinical trials hosted by biopharmaceutical companies with the goal of developing a novel product for the market."[223]  The clinical segment includes "joint studies and clinical trials performed in conjunction with universities and/or research institutions/hospitals."[224]

98.      According to Mr. Sikri, NeoGenomics does not generally view Natera as a "head to head competitor" for NeoGenomics existing contracts with ███████████ ████████████████████████████████████████████████████ ███████████████████ among others.[225]  I understand that pharmaceutical companies reach out to NeoGenomics because of its unique capabilities that include "RaDaR's ability to detect cancer in early stages due to its high level of sensitivity which is needed for the sample type and tumor type they are interested in."[226]

99.      According to Mr. Sikri, NeoGenomics is engaged in or has completed several on-going clinical trials, studies, and other research which utilize RaDaR, including ███

---

[222] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14.

[223] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14.

[224] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14.

[225] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14.

[226] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY


227

100.     According to Mr. Sikri, Natera's Signatera cannot substitute for NeoGenomics' RaDaR in these trials and studies for a variety of reasons.  For example, in certain studies, according to Mr. Sikri, Natera's Signatera does not meet the requisite level of sensitivity to test the cancer variant being studied.  Additionally, for NeoGenomics' ongoing trials, I understand switching to Natera's Signatera would be highly disruptive because  (1) it is dangerous and medically unethical to patients to change test methodologies during an on-going clinical trial, (2) any change to a different assay requires extensive modifications to the study protocol, (3) the associated delays could jeopardize patients' access to the clinical trial therapies, and (4)  it is unlikely that the FDA would approve a change in testing methodology during an on-going clinical trial.[228] Thus, if NeoGenomics' RaDaR test was enjoined, NeoGenomics and its partners' research and clinical trials would be disrupted, yet Natera would gain nothing because it would be unable to fill the void.

[227] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14-20.

[228] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 14-20.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 4.    NeoGenomics' At-Risk Investment

101.    Even though NeoGenomics is a small player in the MRD test market with only approximately 3% market share, it is not unfamiliar to the cancer treatment market more broadly. NeoGenomics has supported oncologists and pathologists "to provide patients with the best care possible since 2002."[229] Indeed, in NeoGenomics' 2023 Investor Day presentation, accelerating advanced diagnostics was listed as one of its "2023 strategy priorities."[230] Accelerating advanced diagnostics includes the launch of new innovative products such as "RaDaR (MRD)" and "Neo Comprehensive (NGS)" along with improvements to pharmaceutical growth and profitability and focus on enterprise data strategy.[231] NeoGenomics also states that they are "driving to be an innovative R&D company and investing in next generation products that will help cancer patients for years to come."[232] NeoGenomics further states that RaDaR is a "key differentiator" for the company and that it should allow for "longer-term revenue growth."[233] Lastly, "RaDaR growth" was listed as one of the "key drivers" for NeoGenomics' revenue expectations for fiscal year 2023.[234]

102.    I understand that Natera's Signatera is approved for the adjuvant and surveillance settings, while NeoGenomics' RaDaR is only approved for the surveillance setting.[235] NeoGenomics has invested significantly in research and development efforts and

---

[229] D.I. 13-4 at p. 1, "RaDaR® Technology," *RaDaR*, https://finditwithradar.com/radar-technology.
[230] D.I. 14-5 at p. 15, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023.
[231] D.I. 14-5 at p. 15, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023.
[232] D.I. 14-5 at p. 66, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023.
[233] D.I. 14-5 at p. 66, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023.
[234] D.I. 14-5 at p. 68, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023.
[235] Exhibit 3 at pp. 6-7, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

also made acquisitions, like the acquisition of Inivata for over ████████ to improve NeoGenomics leadership in the MRD testing market.[236] NeoGenomics is not benefiting from Natera's investment in the vast MRD test market because NeoGenomics is investing its revenues back into the company to continue to improve its offerings for patients. Further, NeoGenomics cannot benefit from any Natera investment that relates to the use of Signatera in the adjuvant setting because NeoGenomics' RaDaR is not approved for the use in the adjuvant setting and is only approved for the surveillance setting.[237]

103.    Thus, if NeoGenomics' RaDaR test was enjoined, NeoGenomics would be unable to recoup and likely halt investment in the MRD testing market; the potential loss of NeoGenomics' significant investments into RaDaR, including at least the over ████████ acquisition of Inivata, would place a disproportionately negative impact on NeoGenomics' financial stability.[238] For example, NeoGenomics' R&D expense as percent of revenue was 4.5% in 2021 and increased to 5.9% in 2022, which NeoGenomics attributed to the Inivata subsidiary.[239] I also understand from Mr. Sikri that NeoGenomics has continued to invest ████████████████████████████████████████.[240] Furthermore, NeoGenomics notes that "[w]e anticipate research and development expenditures will significantly increase in the

[236] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 21; I understand NeoGenomics initially invested ████████ for a minority interest in Inivata, and then later decided to purchase Inivata's remaining equity for ████████ *See*, D.I. 11-1 at 32, NeoGenomics, Inc., Form 8-K/A, June 18, 2021.

[237] Exhibit 3 at pp. 6-7, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

[238] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 21.

[239] D.I. 6-5 at p. 48, NeoGenomics, Inc., Form 10-K for the fiscal year ended December 31, 2022.

[240] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 21.

future as we continue to invest in development costs for strategic innovation projects and bringing new test to market."[241] However, as Natera's CEO stated during a Global Health Conference, new entrants into the market have "a very long way to go" and Natera's investments into that market would not be negatively impacted as Natera has "90-plus percent market share[.]"[242] NeoGenomics' significant, and recent, investments into the MRD testing market, like the acquisition of Inivata, would be negatively impacted if an injunction was granted against RaDaR given the relative size and success of its product compared to Signatera.

### D. *Winter* Factor #4: Likelihood an Injunction is in the Public Interest

#### 1. Alternatives Do Not Benefit the Public Interest

104. I understand that the RaDaR assay provides a "highly sensitive and specific automated method to detect low levels of tumor DNA in plasma of cancer patients to test for minimal residual disease and for recurrence monitoring."[243] Furthermore, "the assay demonstrates high sensitivity, while maintaining specificity above 99%."[244] This allows RaDaR to "detect[] a significant number of samples that other MRD tests may miss" and to consistently identify ctDNA and perform well-below the established limit of detection using diluted samples.[245]

---

[241] D.I. 6-5 at p. 48, NeoGenomics, Inc., Form 10-K for the fiscal year ended December 31, 2022.
[242] Exhibit 2 at p. 2, NEOGEN00018316-323; Exhibit 31 at pp. 61-62, Deposition of Solomon Moshkevich, September 22, 2023.
[243] D.I. 6-10 at p. 3, "NeoGenomics, Inc. (NEO) Q1 2023 Earnings Call Transcript," *Seeking Alpha*.
[244] D.I. 6-10 at p. 3, "NeoGenomics, Inc. (NEO) Q1 2023 Earnings Call Transcript," *Seeking Alpha*.
[245] D.I. 14-5 at p. 54, "2023 Investor Day NeoGenomics Form 8-K," *NeoGenomics*, April 4, 2023; D.I. 14-10 at 1, "Evaluation of a tumor informed MRD assay with contrived breast cancer samples," *AACR Presentation*.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

105    Even though Natera claims Signatera is an alternative product to RaDaR, I understand that the features and benefits described above allow RaDaR to be the premier choice for certain clinical trials and research studies, even though these sophisticated customers are aware of Signatera.[246] For example, Mr. Moshkevich admits that 

[247]

Mr. Moshkevich described

[248] However, Mr. Moshkevich did also note that

.[249]

106.    I also note that

[250] As Mr. Moshkevich explained,

.[251]

[246] I understand that Nick Turner, a key opinion leader in cfDNA biomarker testing, opined that Signatera should not be used. *See*, Exhibit 31 at pp. 38-41, 123, 126-127, 133, Deposition of Solomon Moshkevich, September 22, 2023. I also understand that Professor Swanton did not recommend Signatera to biopharma companies. *See*, Exhibit 44 at p. 71, Deposition of Anup Malani, Ph.D., October 2, 2023.

[247] Exhibit 31 at pp. 118-119, Deposition of Solomon Moshkevich, September 22, 2023.

[248] Exhibit 31 at p. 117, Deposition of Solomon Moshkevich, September 22, 2023.

[249] Exhibit 31 at pp. 117-118, Deposition of Solomon Moshkevich, September 22, 2023.

[250] Exhibit 31 at p. 153, Deposition of Solomon Moshkevich, September 22, 2023.

[251] Exhibit 31 at pp. 124-125, Deposition of Solomon Moshkevich, September 22, 2023.

107.     If Natera is allowed to enjoin NeoGenomics' RaDaR test from the MRD market, current and upcoming entrants to the MRD testing market may hold off on applying for coverage or stop investing in the market altogether. These new or potential entrants might reconsider their investments in this market and either reduce or shift focus if any entrant into the MRD test market faces an injunction before being able to recoup their investment. The potential reduction of R&D investments would in turn negatively impact cancer patients that would otherwise enjoy the benefits of added market entrants who focus on new cancers or that provide a better companion diagnostic for a new therapeutic treatment in development. Furthermore, limiting the number of market participants in what is expected to be a broad and competitive MRD testing market would be unlikely to benefit Natera, but patient and clinician trust in these cutting-edge solutions would be significantly tarnished.

108.     Thus, Natera claims Signatera is an alternative to RaDaR, but sophisticated customers and research institutions have selected RaDaR over other competitors as described above, for reasons outside the alleged benefits of the Asserted Patents. NeoGenomics' – as a "one-stop shop" – proffers an entire portfolio available to pathologists and oncologists for all needs, allowing for increased efficiency and reduced vendors requirements.[252]

---

[252] D.I. 12-19 at p. 17, "Life Science Tools & Diagnostics: Dx Preview Ahead of Expected Preannouncements," *SVB Securities*, January 6, 2023; D.I. 12-21 at p. 1, "NEO ASCO Booth Tour: NGS and RaDaR Key to the Growing Outlook," *SVB Securities*, June 5, 2023; D.I. 7-20 at p. 2, "NeoGenomics, Inc. (NEO, Buy, $25 PT)," *BTIG*, May 9, 2023.

## 2. Impact of Injunction in Clinical Trials

109. Enjoining NeoGenomics' RaDaR MRD test would cause significant harm to NeoGenomics and the general public. For example, I understand from Mr. Sikri that an injunction would "prevent NeoGenomics from fulfilling its obligations under those agreements, preventing potential scientific advancement as well as actual harm to the individual patients enrolled in those trials."[253] If NeoGenomics is not able to meet its contractual obligations, it would jeopardize NeoGenomics' relationships with its pharmaceutical partners, hospitals and research institutions. Furthermore, Mr. Sikri notes that it would also "discard years of research and severely damage the over ▮▮▮ investment NeoGenomics made when acquiring Inivata."[254]

110. According to Mr. Sikri, RaDaR's high sensitivity "has been shown to detect disease recurrence earlier compared to less sensitive MRD assays as well as standard methods like radiography."[255] I understand this performance can increase treatment options and potentially improve outcomes for patients.[256] Furthermore, I also understand that RaDaR's reliable detection of MRD "can lead to substantial reductions in trial sample size."[257] Mr. Sikri notes that these benefits can reduce clinical trial durations and cost, which

---

[253] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 21.

[254] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 21.

[255] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 23.

[256] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 23.

[257] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 24.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

could positively impact patients if new therapies are approved at an expedited pace.[258]



[259]

111.    Therefore, the public interest would be negatively impacted if NeoGenomics is enjoined.  The cost and inefficiencies of clinical trials could increase, negatively impacting the development of new therapies. Moreover, doctors like Dr. Beitsch would have less access to the best available treatment options due to delayed detection of cancer recurrence, leading to negative impacts on patient outcomes and survival rates.

### 3.    Potential Capacity Issues

112.    Natera claims to have capacity to absorb any demand that would be shifted from RaDaR test orders to Signatera in the event a preliminary injunction was granted. However, there are significant potential market shifts that Natera has not accounted for which may lead to strained capacity in the event a preliminary injunction is granted.

113.    Natera management has stated that seven to eight indications have been submitted for Signatera, including neoadjuvant breast, gastroesophageal, ovarian, pancreatic, and lung.[260] Lung cancer is an important indication which accounts for approximately 15%

[258] Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023, p. 24.

[259] Exhibit 62, Letter from Dr. Peter Beitsch, October 16, 2023.

[260] D.I. 12-22 at p. 3, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

HIGHLY CONFIDENTAL – ATTORNEYS' EYES ONLY

of Signatera test volume today and could become "800k annual tests opportunity in total."[261] Additionally, Natera "has indications in the pipeline that it estimates total a 13M annual test volume opportunity."[262] To put these figures in perspective, the annual Natera oncology unit volume were 3,000, 18,000, 76,000, and over 190,000 in 2019, 2020, 2021, and 2022, respectively.[263]

**Figure 10: Natera Oncology Volume Growth**[264]



114.     Additionally, these figures include not just Signatera, but Altera annual unit volumes as well. Under a preliminary injunction, forcing one company to meet the entirety of market demand could prove costly for both customer choice and patient experience in the long-run. With the potential for poor clinician and patient experiences in a developing market under a one-player market, overall MRD testing market growth could be significantly

[261] D.I. 12-22 at p. 3, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[262] D.I. 12-22 at p. 3, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[263] D.I. 10-16 at p. 8, "Natera, Inc. Investor Presentation: JPMorgan Healthcare Conference," *Natera*.
[264] D.I. 10-16 at p. 8, "Natera, Inc. Investor Presentation: JPMorgan Healthcare Conference," *Natera*.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hindered. It could also delay TAT, which was ranked the second most important factor for choosing an MRD vendor in a recent equity research note.[265]

115.    As stated previously, current market entrants and new future market entrants to the MRD testing market might also be discouraged by a preliminary injunction against NeoGenomics and decide to reduce investments in the market or exit the market, leaving a potential capacity void that Natera is not equipped to address. This could also result in fewer indications approved, fewer patients using MRD testing, poorer clinical outcomes overall, and fewer companion diagnostics to support therapeutic development.

116.    A June 2023 research report noted that Natera was attempting to take WES in-house.[266] The report further noted that only one-third of WES volume was run in-house at Natera, but that management wanted to increase in-house WES volume up to 80-90% by year-end.[267] These external WES processes costs Natera between $950 to $1,050 per test, significantly higher than Natera in-house WES costs.[268] The analyst states that Natera's management attributes these costs along with other factors to Natera's gross margin miss in Q1 2023.[269]

117.    If Natera incurs a significant demand surge due to the potential injunction of NeoGenomics' RaDaR, and additional indications come online, these outsourced sequencing costs of the Signatera assay could vary drastically. Furthermore, if these outsourced costs become too large and variable or if Natera's "in-house" initiative fails or produces lower

---

[265] D.I. 12-23 at p. 3, "Liquid Biopsy: Going Deeper on MRD in Solid Tumors," *TD Cowen*, July 19, 2023.
[266] D.I. 12-22 at p. 4, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[267] D.I. 12-22 at p. 4, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[268] D.I. 12-22 at p. 4, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.
[269] D.I. 12-22 at p. 4, "NTRA at ASCO: Strong Catalyst Path Ahead in MRD, NIPT," *SVB Securities*, June 6, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

quality results when compared to the outsourced options, it could lead to a deterioration in the market that could harm patients or shift those patients and physicians back to the historical standard of care. Finally, Natera has requested an injunction in its litigation against ArcherDX/Invitae, and if the court there enjoins the relevant PCM product, Natera will face additional demand it will need to absorb.

118.    Lastly, NeoGenomics currently has existing contracts with pharmaceutical customers that include ███████████████████████████████████ among others, for clinical research trials.[270] NeoGenomics has also jointly funded clinical trials or investigator studies with hospitals and academic centers.[271] I understand that Natera has not provided evidence Signatera was considered for any of the studies mentioned, whether Signatera was able to meet the requirements set forth by those studies, and whether Natera has the resources and capacity to successfully run these studies if NeoGenomics is enjoined.[272]

## VI.    CONCLUSION

119.    Natera has not been irreparably harmed by NeoGenomics' market activities related to the Accused Product. As the evidence indicates, the two parties "very, very rarely" compete against each other in the MRD testing market and therefore Natera's claimed irreparable harms such as lost sales, lost market share, and reputational harm cannot be due

---

[270] Exhibit 3 at p. 9, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.
[271] Exhibit 3 at p. 9, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.
[272] Exhibit 3 at pp. 9-10, NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

to direct competition between Signatera and the Accused Product. Additionally, to the extent that Natera has suffered any harm, this harm is readily compensable as indicated by both ████████████████████ and Natera's litigation damages lost profits and reasonable royalty damages award for infringement by third-party MRD testing products.

120.   Additionally, the evidence indicates that the balance of equities in fact favors NeoGenomics and that an injunction is not in the public interest. In sum, Natera, through Dr. Malani, has failed to satisfy the requirements set forth in *Winter* factors #2, #3, and #4. To the contrary, the evidence indicates that such a preliminary injunction would be more harmful to NeoGenomics and the public if issued; as such, a preliminary injunction is not appropriate in this instance.

Date:  October 19, 2023          Respectfully submitted,

James E. Malackowski

# ATTACHMENT A-1



# JAMES E. MALACKOWSKI
# CURRICULUM VITAE

**James E. Malackowski** is a Co-founder and Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held. Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property (IP) and other intangible assets; corporate accounting investigations; regulatory and reporting obligations; solvency and restructuring; and contractual or competition disputes. Practice offerings address economic damage calculations and testimony; accounting investigations and financial forensics; technology and intangible asset valuation; strategy and risk management consulting; mergers and acquisitions; debt and equity private placement; and IP brokerage. Subsidiaries of Ocean Tomo include Ocean Tomo Investments Group, LLC, a registered broker-dealer. With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

Along with Supreme Court Justice Stephen Breyer, Mr. Malackowski was inducted as the 87th member of the IP Hall of Fame, chosen by the IP Hall of Fame Academy from a longlist of nominees put forward by the global IP community. Mr. Malackowski was recognized by the Academy in 2022 with the Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset. Mr. Malackowski's inclusion into the IP Hall of Fame follows annual recognition since 2007 by leading industry publications as one of the 'World's Leading IP Strategists'. Significantly, Mr. Malackowski is listed among "50 Under 45" by *IP Law & Business™*; included in the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers; and, named as one of "The Most Influential People in IP" by *Managing Intellectual Property™*. Mr. Malackowski was named as1 of 50 individuals, companies and institutions that framed the first 50 issues of *IAM Magazine* as well as 1 of 60 leading global Economics Expert Witnesses by the same publication in 2014. In 2011 Mr. Malackowski was selected by the World Economic Forum as one of less than twenty members of the Network of Global Agenda Councils to focus on questions of IP policy. In 2013 he was inducted into the Chicago Area Entrepreneurship Hall of Fame by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration. In 2018, Mr. Malackowski joined the Standards Development Organization Board of the Licensing Executives Society (USA & Canada), Inc. governing voluntary consensus-based professional practices that are guided in their development by the American National Standards Institute's (ANSI's) Essential Requirements. LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management.

On more than one hundred occasions, Mr. Malackowski has served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice, the Federal Court of Australia, the U.S. Patent and Trademark Office Patent Trial and Appeal Board, and global arbitrations on questions relating to intellectual property economics including the subject of valuation, reasonable royalty, lost profits, price erosion, commercial success, corrective advertising, creditor allocations, Hatch Waxman Act market exclusivity, business significance of licensing terms including RAND obligations, venture financing including expected risk / return, and equities of a potential injunction. Mr. Malackowski's experience extends to matters of general business valuation and commercial disputes, both domestic and foreign. Mr. Malackowski has publicly addressed policy issues affecting international trade and has provided expert opinions concerning antidumping and countervailing duties imposed by the U.S. Department of Commerce as well as testimony on domestic industry, bond, and remedies before the International Trade Commission.



Mr. Malackowski has substantial experience as a Board Director for leading technology corporations and research organizations as well as companies with critical brand management issues. He is Past President of The Licensing Executives Society International, Inc., with oversight for more than ten thousand members in thirty-two countries. Mr. Malackowski has focused his non-for-profit efforts with organizations leveraging science and innovation for the benefit of children and students, including those located in lesser developed countries. He has served for more than two decades as a Trustee or Director of the National Inventors Hall of Fame, Inc., an organization providing summer enrichment programs for more than 100,000 students annually. For more than ten years Mr. Malackowski served as a Director of Chicago's Stanley Manne Children's Research Institute, advancing the organization's agenda to measure and report the impact of its pediatric research. He recently completed service on the Pritzker School of Molecular Engineering Council at the University of Chicago and continues as an Advisor to the Venture Builder Community at the University of Notre Dame.

Mr. Malackowski is a frequent speaker on emerging technology markets and related financial measures. He has addressed mass media audiences including Bloomberg Morning Call, Bloomberg Evening Market Pulse, Bloomberg Final Word, CNBC Closing Bell, CNBC On the Money, CNBC Street Signs, CNBC Worldwide Exchange, CBS News Radio and Fox Business National Television as well as other recognized news-based internet video channels. Mr. Malackowski is a current or past judge for numerous new venture competitions awarding financial grants recognizing intellectual property protected products and services developed by students, university faculty, and professional entrepreneurs.

As an inventor, Mr. Malackowski has more than twenty issued U.S. patents. He is a frequent instructor for graduate studies on IP management and markets. Recently, Mr. Malackowski has lectured on application of intangible asset valuation models to corporate Environmental, Social, and Governance (ESG) standards, including applicability of United Nations Sustainable Development Goals (SDGs) to investment decisions. He is a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy. Mr. Malackowski is Certified/Accredited in Financial Forensics, Business Valuation and Blockchain Fundamentals; a Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois; and, certified to receive United States Sensitive Security Information (SSI) as governed by Title 49 Code of Federal Regulations.

---

**EMPLOYMENT**

Co-Founder and Senior Managing Director, *Ocean Tomo, LLC, a part of J.S. Held.,* July 1, 2003 to present. Mr. Malackowski is responsible for all aspects of the firm's intellectual property focused merchant banking practice. Mr. Malackowski served as Chairman from the firm's founding in 2003 until acceptance of Bow River Capital as a strategic partner in 2020. He served as Chief Executive Officer of Ocean Tomo, LLC from formation until its sale to J.H. Held in 2022.

President and Chief Executive Officer, *IP Equity Management, LLC,* doing business as Duff & Phelps Capital Partners, March 1, 2002 to June 30, 2003. The firm's intellectual property structured finance efforts were consolidated with Ocean Tomo on July 1, 2003.

Principal and Founder, *VIGIC Services, LLC*, July 1, 2000 to February 28, 2002. Mr. Malackowski identified and evaluated intellectual capital based private equity investment opportunities and served as an advisor to four completed transactions.



Principal and co-Founder, *IPC Group LLC*, August 1, 1988 – June 30, 2000. Mr. Malackowski also held the offices of President and CEO and was a Board member / chairman of the firm. Along with four co-founders, Mr. Malackowski grew IPC Group to become the largest professional services firm specializing in intellectual property valuation and strategy consulting. IPC Group was sold in 1999 later changing its name to InteCap.

Executive Consultant, *Peterson & Co. Consulting*, Chicago, June 3, 1985 – July 30, 1988. Mr. Malackowski began with Peterson as a Staff Consultant and was the firm's quickest promotion to both Senior Consultant and Executive Consultant. Mr. Malackowski helped to establish the firm's intellectual property litigation and valuation practice. Peterson & Co. was sold to Saatchi & Saatchi PLC in 1988.

| | |
|---|---|
| **NON-PROFIT AND ASSOCIATION EXPERIENCE** | Mr. Malackowski has been active in The Licensing Executives Society (LES) locally, nationally and internationally. LES is the premiere global professional association of technology transfer and intellectual asset management professionals with more than 9,000 members in more than 32 countries. |

Mr. Malackowski is Past President of the Licensing Executives Society International, LLC, where his experience included the following positions:

- Director, LES Standards Development Organization (2018 – present)
- Chair, Past President's Council (2012 – 2013)
- President and Member of the Board (2011 - 2012)
- President Elect and Member of the Board (2010 - 2011)
- Secretary and Member of the Board (2007 - 2010)
- Member and Permanent Alternate, Board of Delegates (1992 - 2005)
- Past Chair, Membership, Investment, Education, Long-range Planning and Global Technology Impact Forum Committees.

Mr. Malackowski's term as President of LESI has been recognized for creation of the LESI Global Technology Impact Forum and concurrent Invent For Humanity™ Technology Transfer Exchange Fair; formalizing the National Presidents' Council; establishing the position of a permanent Executive Director; and, restructuring the leadership of LESI committees utilizing a Chair, Past Chair, Chair Elect ladder combined with functional responsibilities for committee Vice Chairs. This later organizational stamp is based largely on Mr. Malackowski's experience as President of LES USA & Canada described below where he led a restructuring of the Board from a regional to a functional focus for each officer and Trustee. As with his tenure at his national Society discussed below, Mr. Malackowski led a financial turn-around returning LESI to positive cash flow following its' only two years of loss.

Mr. Malackowski is also Past President of The Licensing Executives Society (USA and Canada), Inc. where he held numerous offices in the organization including:

- President and Member of the Board (2001 – 2002)

3



- International Vice President and Member of the Board (2000)
- Treasurer and Member of the Board (1996 -- 1999)
- Trustee and Member of the Board (1992 – 1996)
- Chair, Annual Meeting in Miami Beach (1998) and the Summer Meeting in Chicago (1997)

Mr. Malackowski presided over a restructuring of the LES USA & Canada Board and a financial turn-around returning the organization to positive cash flow following its only two years of loss to such date. Mr. Malackowski is the youngest President to hold office at LES USA & Canada as well as at LES International.

In 2007, Mr. Malackowski was the Founding Chair of the Board of Governors for what is now Certified Licensing Professionals, Inc., administrator of the Certified Licensing Professional (CLP) program for professionals in the fields of licensing, business development and commercialization of intellectual property. More than 1,000 individuals involved in patenting, marketing, valuation, IP law, negotiation, and intellectual asset management have earned the CLP certification. CLP, Inc. is a 501(c)(6) organization whose mission is to elevate the licensing profession through knowledge and standards.

In 2018 Mr. Malackowski joined the Standards Development Organization Board of LES USA & Canada. LES standards are voluntary consensus-based professional practices that are guided in their development by the "American National Standards Institute's (ANSI's) Essential Requirements." ANSI is the unique accrediting agency in the United States for voluntary consensus standards development organizations. LES is an accredited ANSI Standards Developer and as such guarantees its constituents that its standards will be developed in a fair, balanced, consensus-based, due process driven way. LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management and, where appropriate, offer enterprises the opportunity to differentiate themselves based on their use of these consensus professional practices, through certification of conformance to those standards.

Mr. Malackowski extends significant time to non-profit activities directed towards a further understanding of the economic importance of innovation and intellectual property, in both the United States and developing economies. These efforts include:

- Founding Board Member and member of the Executive Committee, United Stages Intellectual Property Alliance (USIPA) and Global Intellectual Property Alliance, (2020 -)
- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Advisory Council, University of Chicago, Pritzker School of Molecular Engineering (2018 - 2022)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 - 2020)
- Member, World Economic Forum Network of Global Agenda Councils (2011 - 2012)
- Member, Master of IP Management & Markets Advisory Council, Chicago-Kent College of Law | Illinois Tech (2008 - )

4



- Director, International Intellectual Property Institute, Washington D.C., (2002 - 2007)
- Resident Advisor, U.S. Information Agency, (1999)
- Resident Advisor, U.S. Department of Commerce Commercial Law and Development Program (1997)
- Founder and Chairman, The Center for Applied Innovation, Inc. (2004 -)

Recognizing the economic value created by new businesses enterprise protected by intellectual property, Mr. Malackowski has been appointed as a judge in numerous new venture competitions including:

- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Judge, 1st Source Bank Commercialization Awards (2019 -)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 – 2020)
- PBS *Everyday Edisons* (2008)

In addition to his university instruction described herein, Mr. Malackowski focuses his non-for-profit efforts with those organizations leveraging science and innovation for the benefit of children.

- Director, Children's Research Fund (2013); Co-Chair Annual Fund Campaign (2013)
- Director, National Inventors Hall of Fame, Inc. (NIHF) including service as a Member, Trustee or Director of related subsidiaries and Board Committees (2001 - 2022).   The NIHF has provided summer enrichment programs for significantly more than one million students including Camp Invention™ for kids in grades 1-6 (and their parents and teachers); Collegiate Inventors Competition™ for college students (and their mentors); and, Club Invention™ for kids in grades 1-6 (and their parents and teachers).  NIHF provides more than 20,000 camp scholarships annually for children in financial need.
- President's Council, Chicago Museum of Science and Industry (2005 -2011) including participation on the Education Advisory Committee (2007 -2009) and the Alternative Revenue Committee (2008 - 2011)
- Director, Stanley Manne Children's Research Institute (2009 - 2020) including Chair of the Board's Technology Transfer Committee (2014 -2020) and the Strategic Planning Resources Committee (2011 - 2012).  Mr. Malackowski is recognized for initiating the development of a program to measure and track innovation metrics relevant to the Institute.

Mr. Malackowski was the Founder of the Center for Applied Innovation, a Chicago based non-for-profit with both local and international programs.  CAI was created to manage education, public policy outreach and related economic activity around applied technology and intellectual property (IP) rights in the State of Illinois and around the world.

- CAI created and patented the first commoditized contract for technology licensing, the Unit License Right™.  This innovation has been licensed to the Chicago-based Intellectual Property Exchange International.

5



- Under Mr. Malackowski's continued leadership as Chairman, CAI organizes the Invent for Humanity™ Technology Transfer Exchange Fair (InventforHumanity.org) launched in January, 2012, in Geneva, Switzerland. Invent for Humanity showcases field-ready, sustainable innovations, known as "appropriate technologies", leveraging the experience of licensing professionals to match and structure the actual transfer of such technology to meet recognized needs of emerging market economies.

Mr. Malackowski's association and non-profit activities are informed in part by his participation in the Harvard Business School Executive Education Program on Governing for Nonprofit Excellence, November 2000. Mr. Malackowski's Board service is informed by his participation at the Rock Center Corporate Governance Directors College for Venture-Backed Company Directors, Stanford University, March 2016.

**RELATED OFFICES**

*Berg, LLC*, Member, Council of Advisors, Senior Advisor, Intellectual Property Licensing & Innovation (2012 - 2015)

*The Copyright Hub, LLC d/b/a 3Discovered*, Founder. The company was formed as a collaborative venture between Ocean Tomo, LLC and Liberty Advisor Group in 2013. 3Discovered is a current portfolio company of US-based venture capital firm AITV. Mr. Malackowski served as Chairman of the company through September 2016. (2103 – 2106)

*Career Capture, LLC*, Secretary (2022 - ). Career Capture is a video based recruiting platform focused on engineering and technical school graduates entering the labor market. The company is a University of Southern California Iovine & Young Academy project led by Chase J. Malackowski (son).

*Curious Networks, Inc.*, Director, (1999 - 2000), Co-Chair of the Board's Strategic Partnership Committee. Mr. Malackowski led the company's first and second round of venture funding.

*ewireless, Inc.* (f/k/a JEMAN Holdings, Inc. d/b/a Cellular Linking), Director, (1995-1999, 2000-2002)

*Ford Global Technologies, Inc.*, Ford Motor Company, Director (1997 - 2001). Mr. Malackowski advised Ford Motor Company on the original business strategy which led to the formation of FGTI. FGTI was the largest known technology management company in the United States during Mr. Malackowski's term.

*Infocast, Corporation* (OTC BB: IFCC.OB), Director (2001-2002). Member of the Audit and Compensation Committees. Mr. Malackowski led the transition of the company's senior management team and continued U.S. based funding efforts.

Case 1:23-cv-00629-CCE-JLW    Document 100    Filed 10/19/23    Page 74 of 137



*Insignis, Inc.*, Director (2000 - 2002)  Mr. Malackowski led the company's first round of venture funding.  Insignis is a Chicago based provider of institutional financial data services.

*The Intellectual Property Coin Group, Inc.*, Chairman and Co-Founder (2018 - 2021).  The company is a planned Ethereum based blockchain platform and related cryptocurrency designed to facilitate IP based transactions.

*The Intellectual Property Exchange International, Inc.*  Mr. Malackowski was the founder of the company guiding initial product development of IPXI and recruitment of executive management.  In 2011, IPXI was funded by an industry consortium including the Chicago Board Options Exchange.  Mr. Malackowski was the Chair or Co-Chair of the Exchange from inception to February 26, 2015.

*JEMAN Technologies, Inc.*, Founder. (1995 – 1999).  Mr. Malackowski led the company's efforts to develop new technologies related to wireless direct response services.  JEMAN was sold to ewireless, Inc. in 1999 as part of a venture transaction funded by Bedrock Capital Partners and Tredegar Investments.

*Positive Growth Ventures, LLC*, Chairman. (2021 - ).  Mr. Malackowski organized the formation of an industry collective to facilitate direct-to-consumer cooperative advertising for health supplements and related medical products.

*Silent-Yachts, GmbH*, Member, Advisory Board (2021 - ).  Mr. Malackowski provides general business advice to both the company's chief executive as well as its U.S. distributor of solar-electric catamarans.  Silent-Yachts is located in Magdalensberg, Kärnten, Austria.

*Solutionary, Inc.*, Director (2000 - 2013).  Arranged and advised on Solutionary's asset acquisition of S3Networks effective August 31, 2001 and sale to strategic buyer in 2013.  Member of the Board's Compensation Committee.

*Sendle, Pty*, Advisor (2012 - 2015).  See www.Sendle.com.

---

| **EDUCATION AND CERTIFICATION** | University of Notre Dame, B.B.A., Bachelor of Business Administration with majors in Accountancy and Philosophy.  Graduated Summa Cum Laude, 1985. |
| --- | --- |

Registered Certified Public Accountant, State of Illinois Certificate Number 41,187 issued October 3, 2006; License No. 239.007831; Expires September 30, 2024.

Certified Licensing Professional, Certificate Number 1606 issued July 1, 2008; Recertification through November 30, 2023.

Certified in Financial Forensics, CFF™, American Institute of Certified Public Accountants, Certificate Number 391 issued July 31, 2008; Expires July 31, 2023.

7



Accredited in Business Valuation, ABV™, American Institute of Certified Public Accountants, Certificate Number 4278 issued May 31, 2014; Expires July 31, 2023.

Accredited in Blockchain Fundamentals for Accounting and Finance Professionals, American Institute of Certified Public Accountants, Certificate Number 15860970, 2018 - 2020.

---

**UNIVERSITY INSTRUCTION**

John Marshall Law School, Intellectual Property Damages (1992 - 1994)

DePaul University, Intellectual Property Entrepreneurial Finance (2003)

The George Washington University Law School, Intellectual Property Management (2004)

The University of Chicago Graduate School of Business:

- Intellectual Property Investment (2004 - 2006)
- Entrepreneurial Discovery, MBA Course 34705, Adjunct Professors Mark Tebbe and Brian Coe (Fall 2014 - 2015)

Indiana University Kelly School of Business, Intellectual Property Finance (2005)

University of Notre Dame, Mendoza College of Business, Adjunct Instructor:

- MBA Interterm Intensives, Intellectual Property Based Market Transactions, Valuation and Trading (Fall 2006, Fall 2008)
- MBA Executive Program, Course MBAE 70639, Intellectual Property, (Spring Semester 2008)
- MBA Program, Litigation Support and Valuation (Spring 2009)
- Notre Dame Law School, Advanced Trial Advocacy, LAW 75713-10 (Spring 2017)
- Member, Venture Builder Community Advisory Board (2019 - )
- MBA 60452: Climate Resilience In Business & Communities (Fall 2023)

University of California at Berkeley Haas School of Business, Innovation Markets (2008)

Chicago-Kent College of Law, Adjunct Professor of Law, IP Financial Markets and Legal Principles (Fall 2008)

Rutgers Professional Science Master's Program, Fundamentals of Intellectual Property (Summer 2011)

Northwestern University Kellogg School of Management, Adjunct Instructor:

8



- MGMT 441, Intellectual Property Management, Clinical Professor James G. Conley (Fall 2012, Spring 2013 - 2017)
- DSGN 460, Innovation in Context, McCormick Engineering School (Spring 2017)

University of Texas McCombs School of Business, MBA Course: Open Innovation, Professor Sirkka Jarvenpaa (Spring 2013)

University of Arizona, James E. Rogers College of Law, Advisor, Intellectual Property & Entrepreneurship Clinic (2017 - )

- IP Valuation (Spring 2017)
- IP Valuation for Commercial Transactions (Spring 2019)

University of Southern California, Lloyd Greif Center for Entrepreneurial Studies at the Marshall School of Business, Entrepreneurs Guide to Intellectual Property, Professor Luke L. Dauchot, JFF 322 (Fall 2017)

---

**MEMBERSHIPS**

American Institute of Certified Public Accountants, Member 01182237 (1985 -)
The Economic Club of Chicago (1990 - 2019)
The Licensing Executives Society (1988 - )
Young Presidents' Organization ("YPO" / "YPO Gold" Chicago Chapter, 2006 – 2017) (Mid-America U.S. At Large Chapter, 2019 - 2021)

---

**RECOGNITION AND AWARDS**

Individually, Mr. Malackowski has been recognized for his expertise as well as his work in developing markets for intellectual property transfer including:

- Inductee, IP Hall of Fame (2022). Mr. Malackowski was inducted as the 87th member of IP Hall of Fame, joining 13 current or former Directors of governmental patent offices, 10 former judges, two past U.S. Presidents, Nikola Tesla, and Thomas Edison.
- Received Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset (2022)
- *EY Entrepreneur Of The Year®*, Regional Semifinalist (2019 and 2020)
- "IAM Global Leaders", *IAM Magazine* (2020)
- "IAM Patent 1000: The World's Leading Patent Professionals", *IAM Magazine* (2015-2021)
- Named to the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers. (August 2014)
- Named as 1 of 60 leading global Economics Expert Witnesses in the *IAM Patent 1000, IAM Magazine.* Selection based on interviews by IAM researchers with more than 100 patent litigators. (May 2014)
- Inductee, Chicago Area Entrepreneurship Hall of Fame as selected by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration, (2013; 28th Year of Program)
- Named as 1 of 50 Individuals, Companies and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011.
- "IP Personalities of 2008", *IAM blog* by Joff Wild, Editor

9



- "IAM Strategy 300: The World's Leading IP Strategists", *IAM Magazine* (2012-2021); formally presented and included as "World's 250 Leading IP Strategists", *IAM Magazine* (2009-2011)
- "50 Under 45", *IP Law & Business*™ (2008)
- "The Most Influential People in IP", *Managing Intellectual Property*™ (2007)
- Member, IP Hall of Fame Academy (2007- )

Ocean Tomo as a firm has been likewise recognized for its accomplishments including:

- Ocean Tomo was chosen as the exclusive U.S. representative for the 2016 Healthcare & Pharma Leading Expert Awards by *Global Health & Pharma Magazine*.
- Ocean Tomo was recognized as a member of the *2015 Inc.5000®* list of fastest-growing private companies in America.
- Ocean Tomo was honored in 2011 with the "Best of Chicago Award in Investment Advisory Services" by the U.S. Commerce Association (USCA).
- In addition to Mr. Malackowski, Ocean Tomo as a firm was named as 1 of 50 Individuals, Companies, and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011 and the only firm other than Microsoft (2 of 50 mentions) to be recognized multiple times (5 of 50 mentions).
- The firm's Chicago office was presented the *2011 Alfred P. Sloan Awards for Business Excellence in Workplace Flexibility* after having been finalist for scoring in the top 20% of all firm's measured nationally.
- Ocean Tomo was recognized in 2010 by Corporate Voices for Working Families for its work-life balance as part of the National Workplace Flexibility Campaign published by *USA Today*.
- Ocean Tomo was recognized as a juried Finalist for the Illinois Technology Association 2010 CityLIGHTS Award for raising the stature of the Illinois technology industry.
- Selected as case study organization for Haas School of Business, University of California, Berkeley (2009)
- Selected as case study organization for Harvard Business School MBA Program (2008)
- Ocean Tomo was named one of 20 small and mid-sized firms recognized as the "Best Places to Work in Illinois" by Best Companies Group in a competition sponsored by the Illinois Chamber of Commerce and the Illinois State Council Society for Human Resource (2007)
- Ocean Tomo Auctions received the 2006 Chicago Innovation Award for most innovative new product or service introduced between January 1, 2005, and July 31, 2006, that uniquely satisfied unmet needs in the marketplace. The award was presented by Kuczmarski & Associates and the *Chicago Sun-Times*.
- Ocean Tomo Auctions was awarded the Department of Commerce Technology Administration & National Knowledge & Intellectual Property Management 2006 Innovator of the Year Award.
- Ocean Tomo was recognized as a "Top Ten IP Newsmakers of 2006" by *IP Law & Business*, Almanac 2006.



Numerous authors and graduate business programs have written case studies about Ocean Tomo and its affiliates including:

- Piscione, Deborah Perry, <u>The Risk Factor</u>, Copyright 2014.
- Houle, David, <u>Entering the Shift Age</u>, Copyright 2013.
- Kuczmarski, Thomas D., Dan Miller and Luke Tanen, <u>Innovating Chicago-Style: How Local Innovators Are Building The National Economy</u>, Copyright 2012.
- Houle, David, <u>The Shift Age</u>, Copyright 2007.
- Chesbrough, Henry, <u>Open Business Models: How to Thrive in the New Innovation Landscape</u>, Copyright 2006.
- Harvard Business School Case Study
- University of California Business School Case Study

| | |
|---|---|
| **RELATED U.S. SPEECHES AND PUBLICATIONS** | "The Determination of a Reasonable Royalty: Hypothetical Negotiation v. A General License Agreement", The Licensing Executives Society, Chicago Chapter, December 8, 1987. |

"The Business Economics of Technology Development", The Licensing Executives Society, New England Chapter, February 9, 1988.

"The Importance of Protecting Intellectual Property Through Corporate Transition", Licensing Executives Society, National Meeting, October 18, 1989, Moderator.

"Valuation of Intellectual Property Rights", The Chicago Bar Association, March 6, 1990.

"Dispute Resolution -- There Are Alternatives!", Licensing Executives Society, National Meeting, October 22, 1990.

"How to Value a License", Adding to the Bottomline Through Licensing, LES / John Marshall Law School, November 1, 1990.

"An Advanced Discussion on Licensing and Patent Damages", Licensing Executives Society, National Meeting, October 28, 1992.

"An Advanced Discussion on Patent Damages", Licensing Executives Society, National Meeting, October 18, 1993.

Royalty Provisions in Technology License Agreements, Technology Transfers, American Conference Institute, November 15 & 16, 1993.

"Commercializing Technology and the Intellectual Property Quality Management Imperative", Technology Transfer, American Conference Institute, June 20 & 21, 1994.

11



"How to Accurately Value Software", The Software Protection and Litigation Institute, July 28 & 29, 1994.

"IP Damages Advanced Case Studies", Licensing Executives Society, National Meeting, October 19, 1994.

"Preparation and Presentation of Damages by Outside Consultants", AIPLA Mid-Winter Meeting, February 1, 1995

"Damages Discovery - An Expert's Perspective", Intellectual Property Law Association, New York, December 15, 1995.

"Pre-Litigation Damages Techniques: Patents and More", The Intellectual Property Strategist, March 1996.

"Corporate Exposures to Copyright, Patent, Trademark, and Trade Secret Claims", Digital Bullets - Digital Shields: A Financial Perspective, American Conference Institute, New York, March 5, 1996.

"IP Management and Taxation - How companies are proactively managing IP assets to maximize shareholder value, including measuring contribution of IP protection to corporate value", American Bar Association, Virginia, April 11, 1996.

"Effectively Select & Use Experts in Trademark & Copyright Cases", AIPLA Spring Meeting, Boston, May 1, 1996.

"The Industry-University Interface: Mechanisms For Technology Transfer", 1996 AUTM Central Region / Licensing Executives Society Chicago Chapter, Chicago, July 21, 1996.

"Valuing Health Care Technologies", Licensing Executives Society Winter Meeting, South Carolina, March 13, 1997.

"Creative Marketing & Packaging - How to Differentiate Yourself in a Competitive Market", CTIA Annual Meeting, Atlanta, February 23, 1998.

"Intellectual Property Valuation: The Latest Techniques from Boardroom and Courtroom", Patent Law Association of South Florida Annual Meeting, Fort Lauderdale, October 22, 1998.

"The Aftermath of Rite-Hite v. Kelly", 16th Judicial Conference of the U.S. Court of Appeals for the Federal Circuit, Washington D.C., April 6, 1999.

"Expert Admissibility After Daubert", Wisconsin Academy of Trial Lawyers, Milwaukee, December 3, 1999.

"Intellectual Property Strategic Planning: a Corporate Perspective", Research Directors Association of Chicago, Winter Meeting, January 10, 2000.



"Intellectual Property Asset Management: Linking IP and Corporate Strategy", 44th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School, Chicago, February 25, 2000.

"Boost Your Client's Intellectual Capital IQ: Get Top Management Involved", Corporate Legal Times, October 2000, p. 104.

"Strategic and Financial Opportunities for Privately Held and Public Middle Market Companies:  Building Shareholder Value", The Standard Club, Chicago, October 5, 2000.

"Commercializing Intellectual Capital Through Venture Funding", LESI Expanded Board of Directors Meeting and Seminar, Delray Beach, Florida, January 26, 2001; LES Chicago Meeting, May 10, 2001.

"New Paths to Growth:  Joint Ventures and Accessing Equity Capital", Panel Presentation and Discussion, LaSalle Street Project Economic Summit, Chicago, May 10, 2001.

*ViewPoints*, The Newsletter of the Licensing Executives Society (U.S.A. and Canada), Inc., President's Column: Vol. VIII No. 5, Nov. / Dec. 2001, "President Changes the Way LES Does Business";  Vol. VIV No. 1, Jan. / Feb. 2002, "It's Time To Count Our Intellectual Assets"; Vol. VIV No. 2; Vol. VIV No. 3, May / June 2002, "Mid-Year Review"; Vol. VIV No. 4, July / August 2002, "Ethical Issues Related To Intellectual Property".

"Venture Investment Grounded In Intellectual Capital", From Ideas To Assets: Investing Wisely in Intellectual Property, Edited by Bruce Berman, John Wiley & Sons, Inc., 2002.

"Current Issues in Accounting for Intangibles", Congressional Economic Leadership Institute, Panel Presentation and Discussion with Steven H. Wallman, Former Commissioner, United States Securities and Exchange Commission, Washington, DC, May 1, 2002.

"Intellectual Capital Based Corporate Carve-outs: Strategy, Structure and Funding", James E. Malackowski and Suzanne Harrison, The LESI Guide to Licensing Best Practices, Edited by Robert Goldscheider, John Wiley & Sons, Inc., 2002.

"Intellectual Property Finance: Securitization to Venture Capital", American Bar Association Intellectual Property Law Conference, Philadelphia, June 28, 2002.

"The IIPI Roundtable:  The New Emphasis on Patent Value – Opportunities and Challenges", Washington DC, July 22, 2002.

"Moving Technology from University to Marketplace:  Business Creation and the Venture Capital Community, Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Presidents' Forum on Intellectual Property:  A Leadership Discussion with The Licensing Executives Society, the American Intellectual Property Law



Association, the Association of University Technology Managers, the Intellectual Property Owners Association, The National Inventors Hall of Fame, and BIO", Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Extracting Value From Your Intellectual Asset Portfolio: Ensuring ROI from IP and Technology Assets", World Research Group, November 22, 2002, Chicago, Illinois.

"Licensing", American Intellectual Property Law Association 2003 Mid-Winter Institute, Marco Island, Florida, January 22 – 25, 2003.

"Cashing in on Chicago: A Closer Look at Liquidity in the Heartland", The Executives' Club of Chicago, Panel Discussion, February 11, 2003.

Conference Chair and Speaker, "Optimizing Valuation & Value Realization of your IP/Intellectual Assets", World Research Group, Las Vegas, February 27-28, 2003.

Live Webcast, "Turning Your Intellectual Property into Cash", Ernst & Young Business Insights, April 28, 2003.

Intermediate PDS Workshop: Application of Private Equity and Leveraged Finance Investing to Intellectual Property, LES / AUTM Summer Meeting, Philadelphia, May 8, 2003.

World Research Group, Advanced Intellectual Property Structured Finance, Conference Co-Chairperson, New York City, June 29-30, 2003.

The Conference Board, The 2003 Conference on Intellectual Asset Management & Value Reporting, "Application of Private Equity and Leveraged Finance Investing to Intellectual Property", Chicago, June 4, 2003.

Intellectual Property and Information Technology for Investment Funds, "Intellectual Capital Equity Management", Panel Discussion Sponsored by Schulte Roth & Zabel, New York City, June 18, 2003.

Chicago Capital Access Forum III, "Private Investors: The Case for Domestic Emerging Market Investments", Panel Discussion, Chicago, June 26, 2003.

Pension Consultants' Forum, "Extracting Value from Private Equity Investing", World Research Group, Chicago, July 22, 2003.

Midwest Intellectual Property Institute, "Intellectual Capital Equity Management", Minneapolis, September 19, 2003.

"Intellectual Asset Strategies", Add-On Seminar at the 2003 Licensing Executives Society Annual Meeting, San Diego, September 25, 2003.

"Leveraging Intellectual Property", Keynote Speaker, Thomson Financial Thought Leadership Forum, New York, October 8, 2003.



"Beyond Licensing: Innovative Techniques for Extracting Value", Advanced Forum on Licensing Intellectual Property, San Francisco, December 9, 2003.

<u>Intellectual Asset Management</u>, *Column: IP Merchant Banker*, Douglas R. Elliott & James E. Malackowski, Issue 01, "Challenges of the Fifth Epoch", July / August 2003; Issue 02, "What the Market Fortells", September / October 2003; Issue 03, "Economics, Ethos and Intellectual Ethics", December / January 2004; Issue 04, "Patent Predictions – facts or fictions?", February / March 2004; "Wealth management in the age of patents", June / July 2004; "Patent pools – the 80% solution", August / September 2004.

"Intellectual Capital Equity Management: IP as an Asset Class", Minnesota State Bar Association Continuing Legal Education, Minneapolis, January 15-16, 2004.

"Understanding the Motivations Behind an IP Structured Finance Transaction", "Analyzing the Anatomy of A Patent-Based Structured Finance Transaction", World Research Group, New York, January 21-22, 2004.

"Managing Your Intellectual Property", Investment Banking for Women / Minority Owned Business Enterprises, Annual Forum, Conference Co-Chairperson, Chicago, March 3-5, 2004.

"Private Equity: Investor Capital for Mature Businesses", Dream*Makers* Forum 2004, Santa Barbara, California, March 7 – 10, 2004.

"IP Finance: Convergence of IP Valuation and Value Creation", World Research Group 2nd Annual Strategies and Solutions for Optimizing IP Valuation & Value Creation, Chicago, March 23 – 24, 2004.

"Leveraging the Value of Intellectual Property", Creating, Managing & Valuing an Intellectual Property Portfolio, Vedder Price Conference Series, Chicago, April 28, 2004.

"Federal Circuit Damages Decision Emphasizes the Importance of Sound Economic Models", IP Review, McDermott Will & Emery, with Robert M. Hess, Spring 2004.

"Intellectual Property Merchant Banking: Leveraging Corporate Intangible Assets", The Licensing Executives Society (U.S.A. & Canada), Inc., Fairfield-Westchester Counties Chapter, June 23, 2004.

"Intellectual Property Financing and Securitization: Conclusions and Future Implications for Financing the IP Market", New York, New York, July 21, 2004.

"Emerging Financial Concepts in IP Asset Management", Mining Patent Portfolios, Seattle, Washington, September 13, 2004.

"Intellectual Property Investment", National Institutes of Health, Commercialization Assistance Program, Larta Institute, Chicago, November 12, 2004.



"Using Intellectual Property to Grow", The Beacon, Chicagoland
Entrepreneurial Center, Volume 3, Issue 4, December 10, 2004.

"Techniques for Assessing the Value of Your IP Portfolio", The Wall Street
Transcript Intellectual Property Conference, New York, January 27, 2005.

"The Tipping Point: Assessing Major Challenges and Growth Opportunities in
IP Finance", Moderator, The 3rd Annual Advancing IP Structured Finance
World Research Group Conference", New York, February 3, 2005.

"Commerce One IP Auction", Optimizing IP Valuation and Value Creation,
World Research Group Conference, Miami, March 30-31, 2005.

"Intellectual Capital Equity Management: IP As An Asset Class", Minnesota
Continuing Legal Education Conference, Minneapolis, May 12, 2005.

"Techniques for Evaluating IP Potential", Life for After Rembrandts, Law
Seminars International, Chicago, Illinois, August 4, 2005.

Keynote Address, 2nd Annual Intellectual Property Financing and Securitization
Summit, New York, September 26, 2005.

"The Power of Intellectual Property in Private Equity Deals", Association for
Corporate Growth and The Licensing Executives Society Connecticut Chapters,
Greenwich, Connecticut, October 6, 2005.

"Maximizing the Value of Distressed Debt Backed by Intellectual Property",
Financial Research Associates Distressed Debt Summit 2005, New York,
October 7, 2005.

"To Sell or Not to Sell", Licensing in the Boardroom 2005, a supplement to
Intellectual Asset Management magazine, 2005.

Patent Auctions & Marketplaces: Leveraging Value from Under-employed
Technologies, IP Master Class Presentation, Washington DC, January 10, 2006.

"Risky Business: Overlooking Patents as Financial Assets", Making Innovation
Pay, Edited by Bruce Berman, Published by John Wiley & Sons, Inc., 2006.

"The State of Development & Current Trends in IP Structured Finance" and
"The Tipping Point: Assessing Major Challenges, Growth Opportunities and
Future Trends in IP Finance", Moderator, The 4th Annual Summit on IP
Structured Finance, New York, March 22-23, 2006.

"Generating Revenue From Your Inventions", IIR 2nd Annual Summit on IP
Rights for Financial Services, New York, April 25-26, 2006.

"A Behind the Scenes Look at the Patent Bazaar: How Companies and Industry
Are Buying and Selling Patents", Innovators in IP Litigation, IP Law &
Business, San Jose, California, May 17, 2006.

16



"Patent Markets and Their Impact to R&D Strategy", Industrial Research Institute Annual Meeting, May 21-24, 2006, Colorado.

USC Gould School of Law 2006 Intellectual Property Institute; Featured Speaker, "A Final Word"; Panelist, "Patent Trolls: The Good, the Bad and the Ugly"; May 23, 2006, Los Angeles.

"Patent Auctions: Past, Present & Future", The 50th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School Center for Intellectual Property Law, May 25-26, 2006, Chicago. Speech published as "The Intellectual Property Marketplace: Past, Present and Future", 5 J. Marshall Rev. of Intell. Prop. L. 605, (2006)

"Patent Auctions: Risky Endeavor or Legitimate Market Opportunity?", Strafford Legal Teleconference Presentations, June 8, 2006.

The Intellectual Property Investment Summit: Connecting Investors with Strategic Intellectual Property Opportunities, presented by the Center for Applied Innovation, Summit Co-Chairperson, June 15, 2006, Chicago.

Innovative Structures for Acquiring Intellectual Property: The Benefits, Challenges and Process, LSI Law Seminars International, Program Co-Chair, July 17, 2006, Chicago.

"Licensing and Intellectual Property", Chicago Regional Independent Inventor's Conference, Presented by the United States Patent and Trademark Office, Northwestern University School of Law, and the National Inventors Hall of Fame Foundation, July 28-29, 2006, Chicago.

"Reinventing the IP Marketplace – The Exclusive Ocean Tomo Patent Auction Case Study", IP Licensing Summit: Practical Strategies to Maximize Revenue in Today's Challenging Intellectual Property Marketplace, August 21-23, 2006, New York.

"Unlocking the Value of Intellectual Property Rights", Conference of the International Bar Association, September 20, 2006, Chicago.

"This Too Shall Pass", Americas IP Focus 2006, Managing Intellectual Property Rights, Copyright, Euromoney Institutional Investor, PLC, 2006.

"Developing Markets for Intellectual Assets and Technology", 21st Annual Intellectual Assets and Technology Law Institute, October 5 & 6, 2006, Irving, Texas.

"Patent Damages" and "Patent Reform Efforts: An Update and Review", The Sedona Conference Patent Litigation VII, October 12-13, 2006, Sedona, Arizona.

"Patent Auctions", 44th Annual Intellectual Property Law Conference, The Center for American and International Law, November 9-10, 2006, Plano, Texas.



"The Future of Developing IP Markets", 3rd Annual Monetization of Intellectual
Property & Intangible Assets, Strategic Research Institute, November 16-17,
2006, Boston.

"The IP Transactional Landscape", Economics of IP Based Transactions,
National Knowledge & Intellectual Property Management Taskforce Series
Program, November 29-30, 2006, Washington, D.C.

Keynote Presentation, The Business of Intellectual Property Conference, Tech
Council of Maryland, Rockville, Maryland, January 10, 2007.

Luncheon Speaker, Corporate Intellectual Property Roundtable, Georgia State
University College of Law, Atlanta, January 24, 2007.

"Patent Markets", American Intellectual Property Law Association, 2007 Mid-
Winter Institute, New Orleans, January 24-27, 2007.

"Assessing the Real Value of Your IP Portfolio" and "Growing IP Impact on
Public and Semi-Public Markets", The 5th Annual Summit on Monetizing,
Financing & Securitizing IP, New York, January 30-31, 2007.

"Ocean's 300", Moderator, World Intellectual Property Review 2007, pp. 16-20.

"The Intellectual Property Marketplace: Emerging Transaction and Investment
Vehicles", Co-author with Cardoza, Gray and Conroy, *The Licensing Journal*,
Aspen Publishers, Vol. 27, No. 2, pages 1 - 11, February 2007.

"The Importance of Emerging Intellectual Property Market Opportunities to the
City of Chicago", Keynote Speaker, Notre Dame Club of Chicago Meeting,
Chicago, March 8, 2007.

"The Intellectual Property Marketplace", Harvard Business School Club of New
York, New York, April 12, 2007.

Keynote Address, BRICs & Mortar: Technological Drivers in Booming
Economies of Brazil, Russia, India and China, Northwestern University Journal
of Technology & Intellectual Property Second Annual Symposium, Chicago,
April 13, 2007.

"Innovation Measurement: The Economic Impact of Patent Value", Co-author
with Barney, Cardoza, Walker and Gray, Submission to United States
Department of Commerce Economics and Statistics Administration, Pursuant to
Notice in the Federal Register, Vol. 72, No. 71, 18627, May 11, 2007.

"Objective Patent Valuation", Business Meeting, Association of Corporate
Patent Counsel, Newport, Rhode Island, June 27, 2007.

"Intellectual Property Exchange Chicago", a two-day symposium presented by
The National Knowledge & Intellectual Property Management Taskforce and
The Center for Applied Innovation, Moderator and Speaker, July 17 – 18, 2007,
Chicago.

18



"Start-up Stories: Tales from the Front Line", TiE Midwest, August 1, 2007, Chicago.

Keynote Address, Notre Dame Financial Executives Alumni Conference, September 21, 2007, South Bend, Indiana.

"The Birth of an IP Marketplace", Missouri Bar Association Seminar, November 2, 2007, St. Louis, Missouri.

"Market Forces and IP", The Giles S. Rich American Inn of Court, Howard University, January 17, 2008.

"Market for Technology: Challenges and Opportunities", Panel Discussion on Impediments to Technology Markets, Duke University's Fuqua School of Business, February 20, 2008.

"IP Markets – An Intangible Walk Down Wall Street", Keynote Address, Securities Industry and Financial Markets Association, March 11, 2008, New York.

"Patent Valuation, Is there One or Many?", Mini-Plenary Session of the High Tech Sector, The Licensing Executives Society International Annual Meeting, May 7, 2008, Chicago.

"What is Patent Quality – A Merchant Banc's Perspective", with Jonathan A. Barney, *les Nouvelles*, June 2008, p. 123 – 134.

"Intangibles in the Firm and Financial Markets", *Intangible Assets: Measuring and Enhancing Their Contribution to Corporate Value and Economic Growth*, The National Academies, Washington DC, June 23, 2008.

"Developing IP Markets: Opportunity for the Financial Services Industry", Keynote Address, The 5th Annual Patents & The Financial Services Industry Symposium, New York, July 29, 2008.

"New Trends in Monetizing IP Rights: Trolls, Licensing and Securitization", Managing *Intellectual Property* Webinar, September 3, 2008.

"Magnificent Mile – Shopping for the Ideal IP Expert", DRI Intellectual Property Litigation Seminar, September 4-5, 2008, Chicago.

From Assets to Profits: Competing for IP Value and Return, Contributing Author, Edited by Bruce Berman, John Wiley & Sons, November 2008.

Ocean Tomo: The New Kid on the (Auction) Block is All Grown Up, Institute for Law and Technology, 46th Annual Conference on Intellectual Property Law, November 10 – 11, 2008, Plano, Texas.

Federal Trade Commission: The Evolving Intellectual Property Marketplace, Keynote Address, Public Hearings, April 17, 2009, Washington, DC.



"Protecting and Commercializing New Ideas", CoreNet Global Chicago Chapter Meeting, Chicago, May 13, 2009.

"The Future of the IP Marketplace", Moderator and Plenary Speaker, IP Markets 2009, Chicago, July 23, 2009.

"Staying Ahead of the Curve – Strategic Intelligence, Value Assessments and Monetization in a Highly Competitive Economy", The 6th Annual Patents & The Financial Services Industry Conference, New York City, July 28-29, 2009.

"Helping Companies in a Down Economy: Strategic Planning for Identifying and Valuing Your IP", American Bar Association Annual Meeting, Chicago, July 31, 2009.

"Managing IP During Uncertain Times", NanoBusiness Alliance Conference, Chicago, September 8, 2010.

National Economic Framework for Intellectual Property Based Commerce, A Research Report by the National Knowledge & Intellectual Property Management Taskforce, Net Worth Press, 2009.

"The Role of IP in Tough Economic Times and How to Use it to Your Advantage:  Corporate Recovery and Restructuring", Licensing Executives Society Annual Meeting, San Francisco, October 19, 2009.

"Global IP Market Development", 11th Annual Utah IP Summit, Salt Lake City, February 13, 2010.

"Law, Economics, Business and Policy Implications for Innovation and Competition of Diverse Business Models for Using Patents", Stanford University Hoover Institution Annual Conference, Stanford, California, June 25, 2010.

"Establishing an Objective Value of IP", IPO Annual Meeting, Atlanta, September 14, 2010.

"Intellectual Property and the Marketplace:  Hot Topics Impacting the Role of Patents, Trademarks and Copyrights in Today's Business World", Vedder Price Illinois Continuing Legal Education Forum, Chicago, October 6, 2010.

"IP Essentials for the Chief Executive Officer", Illinois Technology Association, Chairman's Dinner Keynote Speaker, Chicago, October 20, 2010.

"Valuation of IP in Emerging Market Platforms", 2010 IP Damages Institute, CalCPA Education Foundation, Los Angeles, November 8, 2010.

"Shifting Sands:  What is Discoverable and Admissible for Damages, Willfulness and Other Purposes", Intellectual Property Owners Association CLE Roundtable, Washington, DC, March 21, 2011.



"Intellectual Property: From Asset-to-Asset Class", <u>Intellectual Property Strategies for the 21st Century Corporation</u>, Bryer, Lebson & Asbell Editors, John Wiley & Sons, Inc., 2011.

"The Next Big Think in Monetizing IP: A Natural Progression to Exchange-Traded Units", Ian D. McClure co-author, *LANDSLIDE*, A Publication of the ABA Section of Intellectual Property Law, Volume 3, Number 5, May/June 2011, pp. 32-37.

"Risk Management Strategies to Defend Against Patent Trolls and the New Trend in Patent Royalty Trusts", 2011 Congress on Patent Strategies for the Financial Services Industry, New York, September 19-20, 2011.

"Patent Quality and its Impact on Valuation", Licensing Executives Society United States and Canada, Inc., Annual Meeting, San Diego, October 17, 2011.

Introduction, "LESI Global Technology Impact Forum (GTIF) Creates Tech Transfer Platform", *les Nouvelles*, Journal of the Licensing Executives Society International, Volume XLVII No. 2, June 2012.

Panelist, "IP Monetization", McDermott Will & Emery 2012 Intellectual Property Symposium, Chicago, June 14, 2012.

Keynote Address, Northwestern Law Fifth Annual Conference on Entrepreneurship and Innovation, Chicago, June 14, 2012.

"IP Market Development", 38th Annual Intellectual Property Law Summer Institute, Sponsored by the Intellectual Property Law Section of the State Bar of Michigan, Traverse City, Michigan, July 21, 2012.

"An Investors' Perspective on IP", CenterForce IP Strategy Summit, New York City, New York, November 13, 2012.

"Investing in IP", DealFlow Media Webinar, January 10, 2013.

"Evolving IP Marketplace", American Intellectual Property Law Association, Mid-Winter Meeting, Tampa, Florida, February 1, 2013.  Includes paper: *New Emphasis on the Analytical Approach of Apportionment In Determination of a Reasonable Royalty* by James E. Malackowski, Justin Lewis and Robert Mazur.

"An Inventor's Walk Down Wall Street", PatCon 3 at Illinois Institute of Technology Chicago-Kent School of Law, Chicago, April 12, 2013.

*Report on Judge Rader Comments at the 2013 LESI Annual Conference*, LES Global News, Vol. XLVIII No. 2, June 2013.

"Strategic Insights", Plenary Panel Discussion, IPBC 2013, IP Business Congress, Boston, June 9, 2013.

"IP and Antitrust", Panel Discussion, McDermott 2013 IP Symposium, June 13, 2013, Chicago.



*IP Investments and Markets* Presented by the Center for Applied Innovation, Panelist on IP Marketplace, Chicago, June 25-26, 2013.

*Capturing Innovation*, Irish Entrepreneurs: An Affiliate Group of the Notre Dame Club of Chicago, Chicago, September 5, 2013.

*Preventing the Napsterization of 3D Printing: Areas for Industry Collaboration and Transparency*, Inside 3D Printing Conference and Expo, San Jose, California, September 18, 2013.

*The Latest Thinking about Non-Practicing Entities*, 2013 AIPLA Annual Meeting, Washington, DC, October 25, 2013.

*Challenges and Opportunities in Asia*, Think Asia, Think Hong Kong: IP, Technology & China/U.S. Opportunities, The Hong Kong Business Association of the Midwest, Chicago, November 19, 2013.

*Rationalizing Remedies,* The 2013 Patent Institute presented by Cravath Swain & Moore, New York, December 5, 2013.

*Special Address: Looking to the Future of the Intellectual Property Marketplace – Where Will We Be in 2020?,* Best Practices in Patent Monetization, Law Seminars International, San Francisco, March 6-7, 2014.

*Reinventing Finance: Funding Innovation Beyond Silicon Valley*, Forbes Reinventing America Summit, Chicago, March 27-28, 2014.

*IP Pricing – Current Issues for Markets and Courts*, Georgia State University / Licensing Executives Society Joint Meeting, Atlanta, May 28, 2014.

*The Growing Global 3DP IP Market & How Much Is At Stake*, 3D Printing Politics, Washington D.C., September 17, 2014.

*The Changing Role of the Expert*, 2014 IP Institute presented by the Engleberg Center on Innovation Law & Policy at New York University and Cravath, Swaine & Moore, LLP, New York, December 4, 2104.

"Intellectual Property Exchange", Dallas Chapter Meeting of the Licensing Executives Society (USA & Canada), Inc., Dallas, January 22, 2015.

"Actavis, Valuation, and Fairness Opinions", 2015 Generic Pharmaceutical Association Annual Meeting, Miami, February 9-11, 2015.

Patent Damages Roundtable, USC Gould School of Law 2015 Intellectual Property Institute, Los Angeles, March 23, 2015.

"Intellectual Property Impact on M&A", Transaction Advisors Midwest Symposium, Chicago, September 17, 2015



"The Changing Landscape of Patent Value and Patent Risks", 2016 Berkeley Law / Cleary Gottlieb M&A-IP-Antitrust Conference, Berkeley Center for Law, Business and the Economy, San Francisco, January 29, 2016.

"Damages Experts on Evidence and Gatekeeping", The University of Texas School of Law Conference on Patent Damages, Austin, Texas, June 9-10, 2016.

"Investing In Innovation: Global Trends In Innovation and Sustainability", CFA Society of Chicago, Chicago, September 28, 2016.

IP Remedies Roundtable and Workshop, USC Gould School of Law 2017 Intellectual Property Institute, Los Angeles, March 20, 2017.

"Economic Tools Used for Damages Estimation", Panel Discussion, Intellectual Property Owners Association, Chicago, June 7, 2017.

"Quantitative Approaches to Determining FRAND Royalties", Intellectual Property Owners Association Annual Meeting, San Francisco, September 18, 2017.

"The Intersection of Intellectual Property, Blockchain and Cryptocurrency", Licensing Executives Society International Annual Conference, San Diego, April 30, 2018 – May 1, 2018.

"Best Practices and Useful Tools for Assessing the Value of Your Company's IP", American Intellectual Property Law Association 2018 Spring Meeting, May 15 - 17, 2018.

"Practical Blockchain", IDEA Week Innovation Festival, South Bend, Indiana, April 8, 2019.

"Blockchain Primer," Introductory Remarks by Hon. Kara F. Stoll, The Giles S. Rich American Inn of Court, Washington D.C., February 11, 2020.

*Managing Your Intellectual Property*, LESI Business Briefings, Series Co-author, May 2020.

"IP Transaction Ecosystem: An Update on Market Activity", LES USA & Canada, Inc., Greater Washington D.C. Chapter, September 9, 2021.

"Judicial Perspectives on Using Damages Specialty Experts", Intellectual Property Law Association of Chicago, Litigation Committee, September 15, 2021

"Global Patent Issues", Plenary Panel, University of Illinois Chicago 65th Annual IP Law Conference, UIC School of Law, Chicago, November 4, 2021.

| | |
|---|---|
| **INTERNATIONAL SPEECHES AND** | "Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996. |



**PUBLICATIONS**

"Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996.

"License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996

"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.

"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia, Puerto Vallarta Mexico, November 15, 2002.

"Les brevets en tant qu'actifs economiques: comment les exploiter au mieux" and "Brevets et financement: couvrir les couts, trouver des investisseurs", Un System Du Brevet Competitif Pour L'Europe, sponsored by the European Patent Office, Brussels, May 3-4, 2006.

"What is Patent Quality?", Co-author with Jonathan A. Barney, Paper Presented to the Colloquium on a Comprehensive Approach to Patent Quality, Federation Internationale Des Conseils En propriete Industrielle, Amsterdam, June 8-9, 2007.

"Fostering Innovation with Seed Money and Venture Capital", Licensing Executives Society International Annual Conference, Zurich, June 19, 2007.

"Legal Problems Arising from Auctioning of IPR", Bi-Annual International Forum, Association Internationale Pour La Protection De La Propriete Intellectuelle, October 6, 2007.

24



"IP Auctions", Plenary Address, The Licensing Executives Society Annual Meeting, October 16, 2007, Vancouver, Canada.

"IP Valuation for IPO's", Warsaw Stock Exchange Executive Conference, June 27, 2008, Warsaw, Poland.

"IP As A Business Tool", Licensing Executives Society International Conference, January 29-30, 2009, New Delhi, India.

"Global IP Market Development", Keynote Address, The Licensing Executives Society Australia and New Zealand, April 2-4, 2009, Camberra, Australia.

"Global IP Market Development", The Licensing Executives Society Philippines, June 8, 2009, Manila, Philippines.
Entwicklung einer Infrastruktur im Blickpunkt, Der Intellectual Property Exchange, *IP Manager: Journal for the Knowledge Economy*, 01/2009.

"Global IP Market View", Division des Analyses Economiques et des Statistiques, Organization de Cooperation et de Developpement Economiques, January 8, 2010, Paris, France.

"Global IP Market View", BusinessEurope Patents Working Group Meeting, The Confederation of European Business a.l.a.b.l., January 28, 2010, Brussels, Belgium.

"Global IP Market View", Inaugural Annual Conference, LES Turkey, January 29, 2010, Istanbul, Turkey.

"Commercialization Strategies for Industrial Property Assets", LES Brazil Annual Congress, January 28, 2011, Rio de Janeiro, Brazil.

"Developing Commercial IP Markets", LES Arab Countries and Abu Dhabi Higher Colleges of Technology Seminar, October 12, 2011, Abu Dhabi, UAE.

"Asian IP Market Development", LES Asia Pacific Meeting, LES Singapore, November 9-10, 2011, Singapore.

"Patent Auctions & Technology in an Emerging Global Economy", LES Philippines, November 16, 2011, Manila.

"Tech Transfer for Humanitarian Purpose", LESI Annual Conference, April 2, 2012, Auckland.

Moderator, "New Challenges in ICT: How to Compete Using IP Assets", LES Pan European Meeting, Rome, June 12, 2012.

Workshop Panelist, "Accelerate Licensing & Avoid Litigation: Effective Use of Transparency, Investors & Risk Management Tools", LES Pan European Meeting, Rome, June 12, 2012.



Keynote Speech, "Research Trends Around the Globe on Licensing", LES Asia Pacific Regional Conference, Tokyo, Japan, September 3, 2012.

"Investing in IP and Developing IP Monetization and Risk Markets: U.S. Perspective", LES Scandinavia Annual Meeting, Helsinki, Finland, September 12, 2012.

"El Mercado Global De Tecnologia", LESI Innovation Tour, LES Mexico and Asociacion Mexicana de Directivos de la Investigation Aplicada y el Desarrollo Tecnologico, A.C., Mexico City, Mexico, September 21, 2012.

Research Handbook on Intellectual Property Licensing, Forward, Jacques de Werra, University of Geneva, Editor, Edward Elgar Publishing, 2012.

"Markets for Humanitarian Technology Transfer" and "Adoption by Resolution of LESI IP Business Principles", LESI Global Technology Impact Forum, Geneva, Switzerland, January 22, 2013.

Forward, Research Handbook on Intellectual Property Licensing, Edited by Jacques de Werra, Edward Elgar Publishing Limited, 2013.

"IP Market Development" / "Simplicity in Global IP Valuation", LESI Annual Conference, Rio de Janeiro, Brazil, April 10, 2013.

"Collaboration for IP Based Accounting and Reporting", LESI Global Technology Impact Forum, Geneva, Switzerland, January 20-21, 2014.

"IP Licensing and Intermediaries", LES Asia-Pacific Regional Conference, Seoul, Korea, November 4-6, 2014.

"Building IP Transaction Platforms", Keynote Presentation, 14th Annual Shanghai International Intellectual Property Forum, Hosted by the World Intellectual Property Organization, (Shenzhen, China, December 7, 2017 as an advance local presentation) Shanghai, China, December 13, 2017.

"Building and Enforcing a Global Portfolio for Protection and Monetization", Moderator, 2018 LES IP100 Executive Forum, Phoenix, Arizona, February 15-16, 2018.

"Valuation of IP In the Eye of the Beholder" and "IP Monetization Lifecycle", Moderator, Inaugural IP Conference on Issues that Make a Difference, University of Arizona Law, Tucson, Arizona, March 5-6, 2018.

Best Practices and Useful Tools For Assessing the Value of IP, Co-authored with Mick Baciu and Drew Sills, American Intellectual Property Law Association 2018 Spring Meeting, Seattle, Washington, May 15-17, 2018.

"Toward Early Dispute Resolution of Standard Essential Patents in the 5G Era", International Arbitration Center Tokyo, Mock Arbitration, Tokyo, Japan, June 29, 2018.



"Practical Blockchain", LESI Annual Conference, Yokohama, Japan, May 28, 2019.

"Managing Your Intellectual Property", LESI Business Briefing Report, published by the Licensing Executives Society International, Inc., Copyright 2020.

"Managing Your Intellectual Property", Rigorous Empirical Research on Intellectual Property, virtual presentation by 4iP Council and the Licensing Executives Society International, September 29, 2020.

"A Global Economic Framework for Intellectual Based Commerce", World IP Forum, India, April 30, 2021.

"Growth Financing", European Patent Office High-Tech Business Forum, European Patent Academy, October 28, 2021.

---

**TELEVISION, RADIO AND EDITORIAL**

Bloomberg Morning Call with Brian Sullivan, "Patent Auctions", March 3, 2006.

CNBC Closing Bell, "Patents for Purchase", Interview with Maria Bartilomo, April 4, 2006.

CNBC On the Money, "Patents for Sale", Interview and Report by Scott Wapner, April 7, 2006.

Bloomberg Morning Call with Brian Sullivan, "Ocean Tomo 300 Index" and "Fall Intellectual Property Auction", September 13, 2006.

CBS WBBM-AM News Radio with Andy Giersher, Noon Business Hour, "New Stock Market Index", December 2, 2006 plus repeats.

Bloomberg Evening *Market Pulse* with Pimm Fox, "Stock Selections with Strong Patents", January 9, 2007.

Judge, *Everyday Edisons: Ordinary People, Extraordinary Ideas*, a Public Broadcasting System documentary series, 2nd Season, to be aired 2008.

Bloomberg Final Word with Brian Sullivan, "Changes in IP Laws Affect Stock Price", March 10, 2008.

FOX Business National, "Investing in Patents", June 5, 2008.

"It's the auto technology, Congress", *The Detroit News*, detnews.com, December 2, 2008.

FOX Business National, "Capturing Value from IP During a Recession", January 12, 2009.



FOX Business National, "The Value of Technology and Patents in a Chrysler Bankruptcy", May 1, 2009.

FOX Business National, "Exchange Looks to Value Patents", October 5, 2009.

TV Tokyo, "IP Markets, October 4, 2010.

FOX Business National, "Patent Litigation Trends", October 4, 2010.

CNBC Street Signs, "Patent-Palooza", July 26, 2011.

CNBC Street Signs, "Patent Battleground", August 15, 2011.

CNBC Street Signs, "IPXI: Trading Patents in 2012", December 14, 2011.

CEO IntroNet, May 16, 2012.

CNBC Street Signs, "Research In Motion's Patent Portfolio, May 30, 2012.

Crain's Chicago Business, Chicago Business Video, "Preview of the Eureka Index", April 25, 2013.

CNBC Street Signs, "Valuing Intangible Assets", August 5, 2013.

Chicago Tribune Blue Sky Innovation, "Why Robots Roam the Halls…", July 16, 2014.

CNBC Worldwide Exchange, "The Big Battle Over Intellectual Property: U.S. – China Trade Tariffs and IP", March 26, 2018.

---

**EXPERT TESTIMONY**

01 Communique Laboratory, Inc. v. Citrix Systems, Inc. & Citrix Online, LLC
Civil Action 1:06-CV-0253 (N.D. Ohio)
United States District Court for the Northern District of Ohio
Deposition Testimony

Abiomed Inc. v. Maquet Cardiovascular LLC
No. 1:16-cv-10914-FDS
United States District Court for the District of Massachusetts
Deposition Testimony

ABS Global, Inc. v. Inguran, LLC d/b/a Sexing Technologies and XY, LLC v. Genus, PLC
Civil Action: 14-cv503-wmc
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Acadia Research Group, LLC and Lifeport Sciences, LLC v. Boston Scientific Corporation
AAA File No. 02-15-0004-9460
American Arbitration Association

28



Hearing and Deposition Testimony

Acantha LLC v. DePuy Synthese Sales, Inc., DePuy Synthes Products, Inc.,
DePuy Synthes, Inc., Johnson & Johnson, Inc. Synthes, Inc. Synthes USA, LLC,
DePuy Orthopaedics, Inc. and DePuy Spine, LLC
Case No. 1:15-cv-01257-WCG
United States District Court for the Eastern District of Wisconsin Green Bay
Division
Trial and Deposition Testimony

Acorda Therapeutics, Inc. v. Alkermes PLC
Case No. 01-20-0010-8421
American Arbitration Association
Hearing and Deposition Testimony

Advanced Aerospace Technologies, Inc. v. The United States of America and
The Boeing Company and Institu, Inc.
Case No. 12-85C
United States Court of Federal Claims
Deposition Testimony

Advanced Micro Devices, Inc. and ATI Technologies, ULC v. Samsung
Electronics Co. Ltd. et al.
No. CV-08-0986-SI
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Advanced Technology Materials, Inc. v. Praxair, Inc.,
Civil Action No.03 CV 5161 (RO)
United States District Court for the Southern District of New York
Deposition Testimony

A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No.94-C-5196
Deposition Testimony

Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Allscripts Healthcare, LLC v. DR / Decision Resources, LLC
Case No. 1:19-cv-11038
United States District Court for the District of Massachusetts
Trial and Deposition Testimony

Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceuticals Industries Ltd., et. al.
Civil Action No. 04-2355
United States District Court for the District of New Jersey



Deposition Testimony

Altria Client Services LLC and U.S. Smokeless Tobacco Company LLC v. R.J.
Reynolds Vapor Company and Modoral Brands, Inc.
Civil Action No. 1:20-cv-00472
Trial and Deposition Testimony

Analog Devices, Inc. v. Christopher Michalski, Kiran Karnik and Maxim
Integrated Products, Inc.
Case 01 CVS 10614
State of North Carolina Superior Court Division, County of Guilford
Deposition Testimony

Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC and SmithKline
Beecham Corporation
Case No. 05-23264-CIV-Graham/O'Sullivan
United States District Court for the Southern District of Florida
Deposition Testimony

Appian Corporation v. Pegasystems Inc. and Youyong Zou
Case No 2020 07216
Virginia: In the Circuit Court of the Fairfax County
Trial and Deposition Testimony

Appliance Computing III, Inc. Redfin Corporation
Case No. 6:20-cv-00376-ADA
United States District Court for the Western District of Texas
Trial and Deposition Testimony

Applied Medical Resources Corporation v. Gaya Limited
AAA Case No. 50 133T00316 06
Arbitration Testimony

Arendi S.A.R.L. v. Apple Inc.
Case No. 1:12-cv-01596
United States District Court for the District of Delaware
Deposition Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Ashley Furniture Industries v. Laura Ashley Holdings Plc and Laura Ashley, Inc.
AAA File No. 51 133 Y 01056 08
American Arbitration Association
Arbitration and Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil
Oil Corporation, Shell Oil Products Company and Texaco Refining &
Marketing, Inc. v. Unocal Corporation and Union Oil Company of California
and  Union Oil Company of California v. Atlantic Richfield Company, Chevron



U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products
Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony

Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Aylus Networks, Inc. vs. Apple, Inc.
Case No. 3:13-cv-4700
United States District Court for the Northern District of California
Deposition Testimony

Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC
Case No. 11 Civ 1594 (GBD)
United States District Court for the Southern District of New York
Deposition Testimony

Baxalta Inc. and Baxalta, GMbH v. Genentech, Inc.
C.A. No. 17-cv-00509-TBD
United States District Court for the District of Delaware
Deposition Testimony

Baxter International Inc. and Baxter Healthcare Corp. v. CyDex
Pharmaceuticals, Inc.
AAA Case No. 01-21-0002-6106
American Arbitration Association
Deposition Testimony

Bayer Pharma AG, Bayer Intellectual Property GMBH and Bayer Healthcare
Pharmaceuticals, Inc. v. Watson Laboratories, Inc.
Civil Action No 12-517-GMS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Bio-Rad Laboratories, Inc. and the President and Fellows of Harvard College v.
10x Genomics, Inc.
Case No. 1:19-cv-12533
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc., the University of Chicago, Lawrence Livermore
National Security, LLC and Fellows of Harvard College v. Stilla Technologies,
Inc and Stilla Technologies



Case No. 1:19-cv-11587
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc. and the University of Chicago v. 10x Genomics, Inc.
Case No. 15-152-RGA
United States District Court for the District of Delaware
Trial and Deposition Testimony

Board of Trustees of the Leland Stanford Junior University and Litton Systems,
Inc. v. Tyco International LTD., Tyco International, Inc., Tyco
Telecommunications, Inc, Tyco Networks, Inc., Lucent Technologies, Inc.,
Agere Systems, Inc., JDS Uniphase Corporation, Ciena Corporation, Pirelli
S.p.A., Ericsson, Inc., Telefonaktiebolaget Lm Ericsson and Ericsson
Microelectronics Ab, Optoelectronic Products.
Case No. Cv-00-10584-TJH (RCx)
United States District Court for the Central District of California – Western
California
Deposition Testimony

Bracco Diagnostics, Inc. v. Amersham Health Inc., Amersham Health AS,
Amersham plc and Amersham Health Inc. v. Bracco Diagnostics, Inc.
Civil Action No. 03-6025
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Briggs & Stratton Corporation v. Kohler Company
Case No. 05-C-0025-C
United States District Court for the Western District of Wisconsin
Deposition Testimony

Bristol-Myers Squibb Company v. Apotex Inc. and Apotex Corp.
Civil Action No. 3:10-cv-05810 (MLC)
United States District Court for District of New Jersey
Deposition Testimony

Brocade Communications Systems, Inc. and Foundry Networks, LLC v. A10
Networks, Inc. et al.
Case No. 10-cv-03428 LHK
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Callpod, Inc. v. GN Netcom, Inc. et al.
Case No. 06-CV-4961
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony



CareDx, Inc. v. Natera, Inc.
Case No. 1:19-cv-00662-CFC-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

CareFusion 303 v. Sigma International
Case No 10cv0442 DMS (WMC)
United States District Court for the Northern District of California
Trial and Deposition Testimony

Carter Bryant v. Mattel, Inc. and Consolidated Actions
United States District Court for the Central District of California Southern Division
Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)
Deposition Testimony

Caterpillar Inc. v. International Truck & Engine Corp., Siemens Diesel Systems Technology, LLC, Sturman Industries, Inc., Sturman Engine Systems, LLC, Oded E. Sturman and Carol K. Sturman
United States District Court for the District of South Carolina, Columbia Division
Case No. 3:03-1739-17
Deposition Testimony

Catherine Alexander v. Take-Two Interactive Software, et al.
United States District Court for the Southern District of Illinois East St. Louis Division
Civil Action No. 3:18-cv-966-MJR-MAB
Trial Testimony

CEATS, Inc. v. Continental Airlines, Inc., AeroSvit Airlines, CJSC, Air China, Ltd., Air Europa Lineas Aereas, SAU, AirTran Airways, Inc., Alaska Airlines, Inc., Horizon Air Industries, Inc., All Nippon Airways Co., Ltd., Aerovias Del Contenente Americano SA, Brendan Airways, LLC, Caribbean Airlines, Ltd., Delta Air Lines, Inc., EgyptAir Airlines, Co., Frontier Airlines, Inc., JetBlue Airways Corporation, Malaysia Airline System Berhad, Qatar Airways Company QCSC, Alia Royal Jordanian, PLC, TAM, SA, Thai Airways International Public Co., Ltd., United Air Lines, Inc., US Airways, Inc., Virgin America, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

CEATS, Inc. v. Granada Theater, Live Nation Worldwide, Inc., Ticketmaster, LLC, Tickets.com, Inc., Ticket Software, LLC, Ticket Network, Inc., TicketsNow.com, Inc., TNow Entertainment Group, Inc., Concur Technologies, Inc.



Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

Centripetal Networks, Inc. v. Cisco Systems, Inc.
Case No. 2:18-CV-00094-HCM-LRL
United States District Court for the Eastern District of Virginia Norfolk Division
Trial and Deposition Testimony

Cheetah Omni, LLC v. Alcatel-Lucent USA Inc., et al. (on behalf of Tellabs
North America, Inc.)
Case No. 6:11CV390
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.
Civil Action No. 04-293
United States District Court for the District of Delaware
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Jedd Williams
In Arbitration before JAMS
Reference No. 1310025030
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Plantronics, Inc., et al.
Case No. 4:19-CV-07562
United States District Court for the Northern District of California
Deposition Testimony

Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New
Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Comet Technologies USA Inc. v. XP Power LLC
Case No. 5:20-CV-06408-NC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Lenovo
(United States) et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:09-cv-00399-LED
Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Cisco
Systems, Inc.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:11-cv-00343-LED
Trial and Deposition Testimony



Commonwealth Scientific and Industrial Research Organization v. MediaTek
Inc., et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:12-cv-578-LED
Deposition Testimony

Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc.
and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony

Confidential Parties
Case No. 01-21-4508
American Arbitration Association
Hearing Testimony

Construction Technology, Inc. v. Cybermation, Inc. et al.
Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

CoStar Realty Information, Inc. v. Civix-DDI, LLC and Civix-DDI, LLC v.
LoopNet, Inc.
Case No. 1:12-cv-04968 (consolidated with 07091 and 08632)
United States District Court for the Northeastern District of Illinois Eastern
Division
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788
Trial Testimony

Crocs, Inc. v. Effervescent, Inc. et al.
Civil Action No. 06-cv-00605-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Cuker Interactive, LLC v. Pillsbury Winthrop Shaw Pittman LLP
AAA Case No. 01-18-0001-5005
American Arbitration Association
Arbitration Testimony

Curtis Amplatz and Carina Royalty, LLC v. AGA Medical Corporation
Court File No. 27-CV-10-27664
State of Minnesota District Court, County of Hennepin, Fourth Judicial District
Trial Testimony



DaiNippon Screen Mfg., Co. Ltd. *et al*. v. Scitex Corp. Ltd. *et al*.
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Arbitration and Deposition Testimony

Dalmatia Import Group, Inc. and Maia MaGee v. Foodmatch, Inc., Lancaster
Fine Foods, Inc. et al.
Case No. 2:16-cv-02767-EGS
United States District Court for the Eastern District of Pennsylvania
Trial and Deposition Testimony

Dana-Farber Cancer Institute, Inc. v. Bristol-Myers Squibb, Co., E.R. Squibb &
Sons, LLC and Ono Pharmaceutical Co. Ltd.
Civil Action No. 1:19-cv-11380
United States District Court for the District of Massachusetts
Deposition Testimony

Digital-Vending Services International, Inc. v. The University of Phoenix, Inc.
Civil Action No. 2:09-cv-00555
United States District Court for the Eastern District of Virginia
Deposition Testimony

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Donald R. Cameron, et al. v. Apple Inc.
Civil Action No. 4:19-cv-03074-YGR
United States District Court for the Northern District of California
Deposition Testimony

DTS, Inc. and DTS Licensing Ltd. v. Nero AG and Nero Inc.
Case No. 2:14-cv-09791-RGK-PJW
United States District Court for the Central District of California
Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony

Dynetix Design Solutions, Inc. v. Synopsys, Inc. and Does 1-50
Case No. 5:11-cv-05973-PSG
United States District Court for the Northern District of California
Deposition Testimony

Dyson, Inc. v. Bissell Homecare, Inc.
Case No. 10-cv-08126
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony



Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony

Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Emblaze Ltd. v. Apple Inc.
Civil Action No. 45:11-cv-01079-SBA (PSG)
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Energy Conversion Devices Liquidation Trust v. Ovonyx, Inc., Micron
Technology Inc. and Intel Corporation et al.
Case No. 12-43166-TJT
United States Bankruptcy Court, Eastern District of Michigan Southern Division
Deposition Testimony

Enterasys Networks, Inc. v. Extreme Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Epic Games, Inc. v. Apple Inc.
Civil Action No. 4:20-cv-05640-YGR
United States District Court for the Northern District of California Oakland
Division
Trial and Deposition Testimony

Errant Gene Therapeutics, LLC v. Sloan Kettering Institute for Cancer Research
and Bluebird Bio Inc.
Index No. 150586/2017
Supreme Court of the State of New York
Trial and Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Esquel Enterprises, Ltd., v. TAL Apparel Limited and TALTECH Limited
Civil Action No. C04-974Z
United States District Court for the Western District of Washington at Seattle
Deposition Testimony

EVEMeta, LLC v. Siemens Convergence Creators Corporation, Synacore, Inc.
Case No. 23139/MK
Supreme Court of New York for the County of New York
Deposition Testimony



Express, LLC v. Fetish Group, Inc.
Civil Action No. CV05-2931 SWV (JTLx)
United States District Court for the Central District of California Western
Division
Deposition Testimony

Extreme Networks, Inc. v. Enterasys Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Facebook, Inc. & Subsidiaries v. Commission of Internal Revenue
Docket No. 21959-16
U.S. Tax Court
Trial Testimony

Fairchild Semiconductor Corporation and System General Corporation v. Power
Integrations, Inc.
Civil Action No. 12-00540
United States District Court for the District of Delaware
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony

FidoPharm, Inc. & Omnipharm, Ltd. v. Cheminova, Inc. A/S
AAA Case No. 50 503 T 00266 12
American Arbitration Association
Hearing Testimony

First Quality Tissue, LLC v. Irving Consumer Products Limited and Irving
Consumer Products, Inc.
Case No. 1:19-cv-00428
United States District Court for the District of Delaware
Deposition Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.
Case No.: CV07-02-962
United States District Court for the Central District for the State of California
Deposition Testimony

Fractus, S.A. v. Samsung Electronics Co. Ltd.; et al (including LG Electronics,
Inc. and related parties)
Civil Action No. 6:09cv203
United States District Court for the Eastern District of Texas Tyler Division



Deposition Testimony

Fraunhofer-Gesellschaft Zur Forderlung der Andgwandten Forschung E.V. v.
Sirius XM Radio Inc.
Civil Action No. 1:17-cv-00184
United States District Court for the District of Delware
Deposition Testimony

Fujitsu Ltd. v. Tellabs, Inc. et al.
Case No. 1:09-cv-04530
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

FXOne, LLC & Rosario Ingargiola v. Seabury Financial Solutions, et. al
JAMS New York, New York
Arbitration Hearing Testimony

General Mills, Inc. and General Mills IP Holdings II, LLC v. Fage Dairy
Industry, S.A., Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc.
United States District Court for the Northern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287
United States District Court for the District of Puerto Rico
Deposition Testimony

The Gillette Company LLC v. Dollar Shave Club, Inc., Dorco Company Ltd.,
and Pace Shave, Inc.
Case No. 1:15-CV-01158 (LPS)
United States District Court for the District of Delaware
Deposition Testimony

Google LLC v. Anthony Levandowski and Lior Ron
JAMS Ref No. 1100086069
Hearing and Deposition Testimony

Google LLC v. Sonos, Inc.
United States District Court for Northern District of California
Civil Action No. 3:20-cv-06754
Trial and Deposition Testimony



Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

Group One v. Hallmark
Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western
Division
Deposition Testimony

GSI Technology, Inc. v. United Memories, Inc., Integrated Silicon Solution, Inc.
Case No. 13-CV-1081-PSG
United States District Court for the Northern District of California, San Jose
Division
Trial and Deposition Testimony

Guardant Health, Inc. v. Natera, Inc.
Case No. 3:21-CV-04062-EMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

hiQ Labs, Inc. v. LinkedIn Corporation
Civil Action No. 3:17-cv-03301
United States District Court for the Northern District of California
Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display
Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics
America Inc. and Office Depot
Civil Action No. 97-1988-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Kevin P. Chase
Civil Action No. 94-75361
United States District Court
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

Huawei Technologies Co. Ltd. v. Verizon Communications, Inc. et al.
Civil Action No. 2:20-cv-00030
United States District Court for the Eastern District of Texas Marshall Division
Trial and Deposition Testimony

ICON Health & Fitness, Inc. v. Peloton Interactive, Inc.

Case 1:23-cv-00629-CCE-JLW    Document 100    Filed 10/19/23    Page 108 of 137



Case No. 1:20-cv-01386-RGA
United States District Court for the District of Delaware
Deposition Testimony

iHance, Inc. v. Eloqua Limited and Eloqua Corporation
Case No. 2;11-CV-257-MSD-TEM
United States District Court for the Eastern District of Virginia Norfolk Division
Deposition Testimony

Illumina, Inc. et. al v. Ariosa Diagnostics, Inc.
Case No 3:14-cv-01921-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Immunocept, LLC, Patrice Anne Lee, and James Reese Matson v. Fullbright &
Jaworski, LLP
Cause No. A 05 CA 334 SS
United States District Court of Texas, Austin Division
Deposition Testimony

Impact Engine, Inc. v. Google LLC
Case No. 3:19-cv-01301-CAB-DEB
United States District Court for the Southern District of California
Deposition Testimony

In Re Apple iPhone Antitrust Litigation
Civil Action No. 4:11-cv-06714-YGR
United States District Court for the Northern District of California
Deposition Testimony

In Re Gabapentin Patent Litigation
MDL Docket No. 1384 (FSH)
Master Civil Action No. 00-2931 (FSH)
On behalf of Defendants Teva Pharmaceutical Industries Ltd. and IVAX
Corporation and related parties
United States District Court for the District of New Jersey
Deposition Testimony

In Re Nortel Networks Inc. et al. and
In the Matter of the Companies' Creditors Arrangement Act
Case No. 09-10138 (KG) and R.S.C. 1985, c. C-36
United States Bankruptcy Court for the District of Delaware and the Ontario
Superior Court of Justice
Trial and Deposition Testimony

In the Matter of Arbitration Between Open Text, Inc., Claimant, and State
Employee's Credit Union, Respondent
JAMS Arbitration No. 1400015026
Arbitration Testimony

In the Matter of Certain Botulinum Toxin Products, Processes for
Manufacturing or Relating to Same and Certain Products Containing Same



Investigation No. 337-TA-1145
On behalf of Allergan plc, Allergan, Inc. and Medytox Inc.
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Computer Network Security Equipment and Systems,
Related Software, Components Thereof, and Products Containing Same
Investigation No. 337-TA-1314
On behalf of Respondent Centripetal Networks, Inc.
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Electronic Devices with Graphics Data Processing
Systems, Components Thereof, and Associated Software
Investigation No. 337-TA-813
On behalf of Respondent Apple Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Pre-Filled Syringes for Intravitreal Injection and
Components Thereof
Investigation No. 337-TA-1207
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Robotic Floor Cleaning Devices and Components
Thereof
Case No. 337-TA-1252
On behalf of the Respondents SharkNinja Operating LLC, SharkNinja
Management LLC, SharkNinja Management Company, SharkNinja Sales
Company, SharkNinja Hong Kong Co. Ltd., and EP Midco LLC
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Semiconductor Chips with Minimized Chip Package
Size and Products Containing Same (III)
Investigation No. 337-TA-630
On behalf of Respondents Acer, Nanya and Powerchip
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Short-Wavelength Light Emitting Diodes, Laser Diodes,
and Products Containing Same
Investigation No. 337-TA-640
On behalf of Respondent Panasonic
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wearable Activity Tracking Devices, Systems and
Components Thereof
Investigation No. 337-TA-973
On Behalf of Complainant Fitbit, Inc.



United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wiper Blades
Investigation No. 337-TA-816
On behalf of Respondents
United States International Trade Commission
Hearing (written) and Deposition Testimony

Industrial Print Technologies, LLC v. O'Neil Data Systems, Inc. and Hewlett-Packard Company et. al
Case No. 3:15-cv-01100-M, 01101-M, 01103-M, 01104-M and 01106-M
United States District Court for the Northern District of Texas Dallas Division
Deposition Testimony

InLine Connection, Corp v. AOL Time Warner, Inc. and American Online, Inc
Civil Action 02-272
United States District Court for the District of Delaware
Deposition Testimony

InLine Connection, Corp v. Earthlink, Inc.
Civil Action 02-477
United States District Court for the District of Delaware
Deposition Testimony

Innovention Toys, LLC v. MGA Entertainment, Inc., Wal-Mart Stores, Inc. and Toys 'R Us, Inc.
Civil Action No. 07-6510
United States District Court for the Eastern District of Louisiana
Trial and Deposition Testimony

Intel Corporation v. Future Link Systems, LLC
Civil Action No. 14-377(LPS)
United States District Court for the District of Delaware
Deposition Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73
United States District Court for the District of Delaware
Trial and Deposition Testimony

International Business Machines Corporation v. Groupon, Inc.
C.A. No. 16-122-LPS-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

Invensas Corporation v. Renesas Electronics Corporation and Renesas Electronics America, Inc.
Case No. 11-cv-00448-GMS
United States District Court for the District of Delaware
Deposition Testimony



Invention Capital Partners v. Phoenix Technologies Ltd., Marlin Equity
Partners, et. al
Case No: 113CV242491
Superior Court of the State of California County of Santa Clara
Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Jaguar Land Rover Limited v. Bentley Motors Limited and Bentley Motors, Inc.
Case No. 2:18-cv-320-MSD-LRL
United States District Court for the Eastern District of Virginia, Norfolk
Division
Deposition Testimony

Jamdat Mobile, Inc. v. JAMSTER International Sarl, Ltd; JAMBA! GMBH; and
Verisign, Inc.
Civil Action No. CV05-3945 PA (FMOx)
Deposition Testimony

James Hayden v. 2K Games, Inc. and Take-Two Interactive Software, Inc.
Civil Action No. 1:17-cv-02636-CAB
United States District Court for the Northern District of Ohio Eastern Division
Deposition Testimony

Jenner & Block LLP v. Parallel Networks, LLC and EpicRealm Licensing LP
JAMS Arbitration No. 1310019934
Arbitration and Deposition Testimony

John W. Evans, et al. v. General Motors Corporation
Docket # X06-CV-94-0156090S
Superior Court of Connecticut Judicial District of Waterbury
Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable
Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.



Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony

Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Trial and Deposition Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

Keurig, Inc. v. Kraft Foods Global, Inc., Tassimo Corp., and Kraft Foods Inc.
C.A. No. 07-17 (GMS)
United States District Court for the District of Delaware
Deposition Testimony

Kimberly-Clark Corporation v. Cardinal Health 200, LLC
Civil Action No. 1:10 CV-0034-CAP
United States District Court Northern District of Georgia, Atlanta Division
Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc., Richard Weston,
Medela AG, Medela, Inc., and Patient Care Systems, Inc.
Civil Action SA-03-CA-0832-RG
United States District Court Western District of Texas San Antonio Division
Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc. and Smith &
Nephew, Inc.
Case No. SA:08-CV-00102-WRF
United States District Court Western District of Texas San Antonio Division
Preliminary Injunction Hearing, Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical
Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest
University Health Sciences v. Convatec, Inc., Boehringer Wound Systems, LLC
and Boehringer Technologies, LP
Civil Action No. 1:08-CV-00918-WO-LPA
United States District Court for the Middle District of North Carolina
Deposition Testimony

Kruse Technology Partnership v. Caterpillar, Inc.
Case No. CV 04-10435
United States District Court for the Central District of California
Deposition Testimony

Kuryakan Holdings LLC v. Ciro, LLC et al
Civ. No. 3:15-CV-00703



United States District Court for the Western District of Wisconsin
Deposition Testimony

Leo Pharma A/S v. Tolmar, Inc. et al.
United States District Court for District of Delaware
C.A. No. 10-269 (SLR)
Deposition Testimony

Lincoln Electric Company, et al. v. National Standard, LLC
No. 1:09-cv-01886-DCN
United States District Court of Ohio Eastern Division
Deposition Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v.
Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lotes Co. Ltd. v. Hon Hai Precision Industry Co. Ltd and Foxconn Electronics, Inc.
Civil Action No. 3:11-cv-01036-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)
United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Match Group, LLC v. Bumble Trading Inc. et al.
Civil Action 6:18-cv-00080
United States District Court for the Western District of Texas Waco Division
Deposition Testimony

Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., Oppo Digital., and
Micro-Star International Computer Corp.
Case No. C05-03148 MMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Medgraph, Inc. v. Medtronic, Inc.



Case No. 6:09-cv-06610-DGL-MWP
United States District Court for the Western District of New York
Rochester Division
Deposition Testimony

MedImpact Healthcare Systems, Inc. et al v. IQVIA, Inc. et al.
Case No. 3:19-cv-1865-GPC-DEB
United States District Court for the Southern District of California
Deposition Testimony

Medtronic Xomed, Inc. v. Gryus ENT LLC
Case No.: 3:04CV400-J-32 MCR
United States District Court for the Middle District of Florida
Jacksonville Division
Deposition Testimony

MEI, Inc. v. JCM American Corp & Japan Cash Machine Co. Ltd.
Civil Action No. 09-00351
United States District Court for the District of New Jersey
Deposition Testimony

Meribear Productions, Inc. v. Showroom Interiors, Inc. et. al.
Case No. VC065653
Superior Court of the State of California, County of Los Angeles
Deposition Testimony

Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties
Civil Action No. 379CV-1813H
Trial Testimony

Mexichem Amanco Holdings, S.A. de C.V. v. The Chemours Company and The
Chemours Company FC, LLC
Civil Action No. 4:20-cv-01960
Deposition Testimony

MGA Entertainment, Inc. and Isaac Larian v. Hartford Insurance Company of
the Midwest, Harford Fire Insurance Company, The Hartford Financial Services
Group and Does 1 through 10.
Case No. CV 08-0457 DOC (RNBx)
United States District Court for the Central District of California Southern
Division
Deposition Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Milwaukee Electric Tool Corporation, Metco Battery Technologies, LLC AC
(Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd. v.
Snap-On Incorporated
Case No. 2:14-cv-01296
United States District Court for the Eastern District of Wisconsin



Trial and Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon
Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst
Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Trial and Deposition Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Mitsubishi Electric Corp., Koninklijke Philips N.V., Thomson Licensing, GE
Technology Development, Inc. Panasonic Corporation and Sony Corporation v.
Sceptre, Inc.
Case No. 2:14-cv-04994-ODW-AJW
United States District Court for the Central District of California
Deposition Testimony

Money Suite Company v. Insurance Answer Center, LLC; Answer Financial,
Inc.; AllState Insurance Company; Esurance Insurance Services, Inc.
United States District Court Central District of California Southern Division
Deposition Testimony

Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony

Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN, BHD v. Hytera
Communications Corporation Ltd., Hytera America, Inc. and Hytera
Communications America (West), Inc.
Civil Action No. 1:17-cv-1973
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Motorsport Aftermarket Group, Inc. v. Thomas Ellsworth
AAA Case No. 01-15-0006-1319
American Arbitration Association
Hearing Testimony

Natera, Inc. v. ArcherDx, Inc., ArcherDx, LLC and Invitae Corp.
Civil Action No. 20-125-LPS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Nellcor Puritan Bennett, LLC v. CAS Medical Systems, Inc.
Case No. 2:11-CV-15697
United States District Court for the Eastern District of Michigan Southern
Division
Deposition Testimony

48



Netlist, Inc. v. Diablo Technologies, Inc.
Civil Action No. 4:13-CV-05962-YGR
United States District Court for the Central District of California Oakland Division
Trial Testimony

Nomadix, Inc. v. Hewlett-Packard Company, et al.
Civil Action No. CV09-08441 DDP(VBKx)
United States District Court for the Central District of California Western Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

Optical Air Data Systems, LLC v. L-3 Communications Corporation et al.
Civil Action No. N17C-05-619
Superior Court of the State of Delware
Trial and Deposition Testimony

Oracle America, Inc. v. Google, Inc.
Case No. 3:10-CV-03561-WHA
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)
United States District Court for the District of New Jersey
Trial and Deposition Testimony

PACT XPP Schweiz AG et al. v. Intel Corporation
Civil Action No. 19-cv-01006-JDW
United States District Court for the District of Delaware
Deposition Testimony

Pharmacia & Upjohn Company, LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
Civil Action No. 04-833 (KAJ)
United States District Court for the District of Delaware
Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony



PepsiCo, Inc. v. Commissioner of Taxation and
Stokely-Van Camp, Inc. v. Commissioner of Taxation
VID53/2022, VID55/2022, VID57/2022, VID74/2022, VID82/2022
Federal Court of Australia
Hearing Testimony

Peter Daou and James Boyce v. Arianna Huffington, Kenneth Lerer and
TheHuffingtonPost.com, Inc.
Index No. 651997/2010
Supreme Court of the State of New York, County of New York
Deposition Testimony

PlastiPak Packaging, Inc. v. Premium Waters Inc.
Case No. 3:20-cv-00098
United States District Court for the Western District of Wisconsin
Deposition Testimony

Plexxikon Inc. v. Novartis Pharmaceuticals Corporation
Case No. 4:17-cv-04405-HSG
United States District Court for the Northern District of California Oakland
Division
Trial Deposition Testimony

Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., Fairchild
Semiconductor Corporation and System General Corporation
Case No. 3:09-cv-05235-MMC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Powertech Technology, Inc. v. Tessera, Inc.
Case No. CV10-00945EMC
United States District Court for the Northern District of California
Deposition Testimony

Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced
Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

Prism Technologies, LLC v. AT&T Mobility, LLC
Civil Action No. 8:12-cv-122-LES-TDT
United States District Court of Nebraska
Deposition Testimony

Prism Technologies, LLC v. T-Mobile USA, Inc.
Civil Action No. 8:12-cv-00124
United States District Court of Nebraska
Trial and Deposition Testimony

Prism Technologies, LLC v. Sprint Spectrum L.P. d/b/a/ Sprint PCS



Civil Action No. 8:12-cv-123-LES-TDT
United States District Court of Nebraska
Trial and Deposition Testimony

The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

Purecircle USA Inc. and Purecircle SDN BHD v. Sweegen, Inc. and Phyto Tech
Corp.
Case No. 8:18-CV-1679 JVS (JDE)
United States District Court for Central District of California Southern Division
Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Radware, LTD, and Radware, Inc. v. F5 Networks, Inc.
Civil Action No. 5:13-cv-02024 RMW
United States District Court for the Southern District of California San Jose
Division
Trial and Deposition Testimony

Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG et. Al
Case IPR2021-00816
United States Patent and Trademark Office Before the Patent Trial and Appeal
Board
Deposition Testimony and Written Declaration

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony



Rensselaer Polytechnic Institute and Dynamic Advances, LLC v. Apple Inc.
Case No 1:13-cv-00633 (DNH/DEP)
United States District Court for the Northern District of New York
Deposition Testimony

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Robert E. Morley, Jr. and REM Holdings 3, LLC v. Square, Inc., Jack Dorsey
and James McKelvey, Jr.
No. 4:14-cv-00172-CDP
United States District Court for the Eastern District of Missouri
Deposition Testimony

Roche Diabetes Care, Inc. v. Insulet Corporation
Case No. 1:20-cv-00825
United States District Court for the District of Delaware
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Ameren Corporation; Union
Electric Company; Central Illinois Public Service Company; Cilcorp, Inc.;
Central Illinois Light Company
Case No. 07-4955 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. AOL, LLC, CompuServe
Interactive Services and Netscape Communications Corporation
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Cablevision Systems Corporation
et. al.
Case No. 2:07-ML-01816 / 02314 RGK-FFM
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Charter Communications, Inc.;
Charter Communications Holding Company, LLC; Charter Communications
Operating, LLC; and Charter Communications Entertainment I, LLC
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony



Ronald A. Katz Technology Licensing, LP v. CIGNA Corporation, CIGNA
Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug of
Pennsylvania, LLC and Tel-Drug, Inc.
CV 07-2192 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Comcast Corporation, Sirius-XM
Radio, Inc., et al.
NO. 2:07-ML-01816-C RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. DHL Holdings (USA) Inc., DHL
Express (USA), Inc., and Sky Courier, Inc.
Case No. 07-ml-01816-B RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Fifth Third Bankcorp, Fifth Third
Bank, Fifth Third Bank (Central Ohio)
Case No. 07-4960 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Time Warner Cable Inc., Time
Warner NY Cable LLC and Time Warner Entertainment Company, L.P.
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. United States Cellular
Corporation, TDS Telecommunications Corporation and TDS Metrocom, LLC
Case No.07-ML-01816-B-RGK (FFMX)
United States District Court for the Central District of California
Deposition Testimony

Rosetta Stone Ltd. v. Google Inc.
Civil Action No. 1:09 CV 736 GBL / JFA
United States District Court for the Eastern District of Virginia
Deposition Testimony

RWM Kinetic Enterprises, Inc. and Thomas J. Ring v. Kinetic Concepts, Inc.
and KCI Therapeutic Services, Inc.
Case No. SA-96-CA-603-OG
United States District Court for the Western District of Texas San Antonio
Division
Trial Testimony

Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. v. Genentech,
Inc. and City of Hope
Case No. 2:15-CV-05685



United States District Court for the Central District of California Western Division
Deposition Testimony

Sanyo Electric Co., Ltd. v. Intel Corporation
Civil Action No. 2018-0723-MTZ
Court of Chancery of the State of Delaware
Deposition Testimony

Saxon Innovations, LLC v. Nokia Corp, et al. (including Samsung Electronics, Co. and related parties)
Civil Action No. 6:07-cv-490-LED-JDL
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

SecurityPoint Holdings, Inc. v. The United States
Case No. 1:11-cv-00268-EGB
In the United States Federal Court of Claims
Deposition and Trial Testimony

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd., S-LCD Corporation, Samsung Electronics America, Inc. Samsung Telecommunications America, LLC
Civil Action No. 3:09-cv-00001
United States District Court for the Western District of Wisconsin
Deposition Testimony

Selex Galileo, Inc. v. Nomir Medical Technologies, Inc.
Case No. 01-17-0003-0930
American Arbitration Association
Hearing Testimony

Seven Networks, LLC v. Apple Inc.
Civil Action No. 2:19-cv-115-JRG
United States District Court for the Western District of Texas Marshall Division
Deposition Testimony

Shuffle Tech International, LLC and Aces Up Gaming, Inc. and Poydras-Talrick Holdings, LLC v. Scientific Games Corporation and Bally Technologies, Inc. (d/b/a SHFL Entertainment or Shuffle Master) and Bally Gaming, Inc.
Civil Action No. 1:15-cv-3702
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Silicon Image, Inc. v. Analogix Semiconductor, Inc.
Case No. C 07-00635 JCS
United States District Court for the Northern District of California, San Francisco Division
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766



Deposition Testimony

Slot Speaker Technologies, Inc. v. Apple Inc.
Case No. 4:13-cv-01161-HSG
United States District Court Northern District of California Oakland Division
Deposition Testimony

SmartPhone Technologies, LLC v. Research In Motion Corp. et. al (on behalf
LG Electronics, Inc. and LG Electronics USA, Inc.)
Civil Action No. 6:10cv74-LED
United States District Court Eastern District of Texas Tyler Division
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji
Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Trial and Deposition Testimony

Steven E. Berkheimer v. Hewlett-Packard Company
Case No. 1:12-cv-09023
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV44
United States District Court of Texas Sherman Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV45
United States District Court of Texas Sherman Division
Deposition Testimony

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil,
and Technics, Inc.
Civil Action No. 4:19-cv-01145
United States District Court for the Southern District of Texas Houston Division
Trial and Deposition Testimony

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil,
and Technics, Inc.
Civil Action No. 1:15-CV-8178
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Synopsys, Inc. v. Ubiquiti Networks, Inc. et al.
Civil Action No. 3:17-cv-00561-WHO
United States District Court for the Northern District of California
Deposition Testimony

Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.



Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Deposition Testimony

Tekmira Pharmaceuticals Corporation and Protiva Pharmaceuticals, Inc. v.
Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.
Civil Action No. 11-1010-BLS2
Massachusetts Superior Court for Suffolk County
Deposition Testimony

Tessera, Inc. v. Advanced Micro Devices, Inc. et al.
Case No. 4:05-cv-04063-CW
United States District Court for Northern District of California Oakland Division
Deposition Testimony

Tessera, Inc. v. UTAC (Taiwan) Corporation
Case No.: 5:10-cv-04435-EJD
United States District Court for Northern District of California San Jose
Division
Deposition Testimony

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, v.
ROSS Intelligence Inc.
Case No. 20-613-SB
United States District Court for the District of Delaware
Deposition Testimony

Toro Company v. MTD Products Inc., MTD Consumer Group Inc., and Cub
Cadet LLC
Civil Action No 10-cv-007-JNE-TNL
United States District Court for the District of Minnesota
Deposition Testimony

Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and
CaptionCall, LLC
Case No.: 3:14-cv-66-BBC
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Unwired Planet, LLC v. Apple, Inc.
Case No. 3:13-cv-4134-VC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

56



U.S.A. Dawgs, Inc. et al. v. Ronald Synder, et al.
Civil Action No. 16-cv-02004-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Verinata Health, Inc. and the Board of Trustees of the Leland Stanford Junior
University v. Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.
Case No. 3:12-cv-00865-SI
Deposition Testimony

Verinata Health, Inc. v. Ariosa Diagnostics, Inc.
Case No. 3:12-cv-055501-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Viacom International Inc. v. MGA Entertainment, Inc.
Case No.: 2:15-cv-09621-R (Ex)
United States District Court for the Central District of California
Deposition Testimony

VimpelCom Ltd. v. Orascom TMT Investments S.a.r.l.
London Court of International Arbitration
Arbitration No: 153077
Hearing Testimony

Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies
AG and Infineon Technologies North America Corporation
Case No. C 08-05129 CRB
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications
Corporation
Civil Action No. 97-1628-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

Waymo LLC v. Uber Technologies, Inc., Ottomotto LLC and Otto Trucking LLC

57



Case No. 3:17-cv-00939-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Whirlpool Corporation v. Drinker Biddle & Reath LLP et. al.
Case No. 2015-L-007631
Circuit Court of Cook County, Illinois
Trial and Deposition Testimony

Wisk Aero LLC v. Archer Aviation Inc.
Civil Action No. 3:21-cv-02450-WHO
United States District Court for the Northern District of California
Deposition Testimony

Zenith Electronics LLC, Panasonic Corporation, U.S., Philips Corporation, and
the Trustees of Columbia University in the City of New York v. Sceptre, Inc.
Case No. 9:13-CV-80567
United States District Court for the Central District of California
Deposition Testimony

Zenith Electronics LLC v. Vizio, Inc.; Westinghouse Digital Electronics LLC, et al.
No. 5:06CV246-DF
United States District Court for the Eastern District of Texas
Texarkana Division
Deposition Testimony

ZiiLabs Inc., Ltd. v. Samsung Electronics Co. Ltd (and related Samsung parties)
and Apple Inc.
Case No. 2:14-cv-00203
United States District Court for the Eastern District of Texas Marshall Division
Deposition Testimony

---

**PATENTS**

Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony
Fulfillment Service System, May 12, 1998.

Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony
Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6.397,057, System and Method of Providing
Advertising Information to a Subscriber Through a Wireless Device, May 28,
2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing
Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable
Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices,
August 3, 2004.



Inventor, United States Patent No. 6,839,556, System and Method of Providing Information to a Subscriber through a Wireless Device, January 4, 2005.

Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent No. 7,181,200, Method of Providing Information to a Telephony Subscriber, February 20, 2007.

Inventor, United States Patent No. 7,353,202, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 1, 2008.

Inventor, United States Patent No. 7,769,685, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, August 3, 2010.

Inventor, United States Patent No. 7,813,716, Method of Providing Information to a Telephony Subscriber, October 12, 2010.

Inventor, United States Patent No. 7,885,897, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, February 8, 2011.

Inventor, United States Patent No. 7,930,231, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 19, 2011.

Inventor, United States Patent No. 7,987,142, Intellectual Property Trading Exchange, July 26, 2011.

Inventor, United States Patent No. 8,041,341, System of Providing Information to a Telephony Subscriber, October 18, 2011.

Inventor, United States Patent No. 8,180,711, Intellectual Property Trading Exchange, May 15, 2012.

Inventor, United States Patent No. 8,255,932, System and Method for Managing Intellectual Property-Based Risks, January 15, 2013.

Inventor, United States Patent No. 8,515,851, Method and System for Generating an Index of Securities, August 20, 2013.

Inventor, United States Patent No. 8,554,687, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, October 8, 2013.

Inventor, United States Patent No. 8,694,419, Methods and Systems for Utilizing Intellectual Property Assets and Rights, April 8, 2014.

59



Inventor, United States Patent No. 8,787,878, System of Providing Information to a Telephony Subscriber, July 22, 2014.

Inventor, United States Patent No. 8,831,985, Financial Instrument Based on Content and Methods for Valuation, September 9, 2014.

Inventor, United States Patent No. 8,880,031, System of Providing Information to a Telephony Subscriber, November 4, 2014.

Inventor, United States Patent No. 9,058,628, Marketplace for Trading Intangible Asset Derivatives and a Method for Trading Intangible Asset Derivatives, June 16, 2015.

Inventor, United States Patent No. 9,244,292, Eyewear with Exchangeable Temples Housing A Radio Frequency, January 26, 2016.

---

**CONTACT**        James E. Malackowski, CPA, CLP
Co-founder and Senior Managing Director
Ocean Tomo, LLC, a part of J.S. Held
Miami, Florida

312-327-4410 Direct
james.malackowski@jsheld.com

# ATTACHMENT A-2

*Natera, Inc., v. NeoGenomics Laboratories, Inc.*
**DOCUMENTS CONSIDERED**
Attachment A-2

## Exhibits

Exhibit 1      "Genomic Tools and Labs: Oncologist Survey: MRD in Early Stage of Adoption," *Piper Sandler*, September 25, 2023.

Exhibit 2      NEOGEN00018316-323.

Exhibit 3      NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023. (Attorney's Eyes Only).

Exhibit 4      NAT-NEO-00584060-080 (Attorney's Eyes Only).

Exhibit 5      Order Denying Impinj's Motion for a Permanent Injunction, *Impinj, Inc. v. NXP USA, Inc.* 19-cv-03161-YGR (NDCA), October 3, 2023.

Exhibit 6      "NeoGenomics, Inc. – Public Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=1335304.

Exhibit 7      "NeoGenomics Laboratories – Private Company with Public Debt Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=58220006.

Exhibit 8      "One Lab. Vital Answers.," *NeoGenomics*, https://neogenomics.com/.

Exhibit 9      "Investor Relations," *NeoGenomics*, https://ir.neogenomics.com/.

Exhibit 10      "Test Menu," *NeoGenomics*, https://neogenomics.com/test-menu.

Exhibit 11      "NeoGenomics Laboratories," *LinkedIn*, https://www.linkedin.com/company/neogenomics-laboratories/.

Case 1:23-cv-00629-CCE-JLW     Document 100     Filed 10/19/23     Page 130 of 137

| | |
|---|---|
| Exhibit 12 | NEOGEN00014489. |
| Exhibit 13 | "NeoGenomics to Acquire Inivata – Combining Best-In-Class Liquid Biopsy Technology with Leading Community Oncology Platform," *NeoGenomics*, May 5, 2021, https://ir.neogenomics.com/press-releases/detail/176/neogenomics-to-acquire-inivata---combining-best-in-class. |
| Exhibit 14 | "NeoGenomics Completes Inivata Acquisition – Combining Best-In-Class Liquid Biopsy Technology with Leading Community Oncology Program, *NeoGenomics*, June 18, 2021, https://ir.neogenomics.com/press-releases/detail/180. |
| Exhibit 15 | "Inivata Announces Collaboration with F-star Therapeutics for the use of RadarTM Assay," *GlobeNewswire by notified*, May 25, 2021, https://www.globenewswire.com/news-release/2021/05/25/2235281/0/en/Inivata-Announces-Collaboration-with-F-star-Therapeutics-for-the-use-of-RaDaRTM-Assay.html. |
| Exhibit 16 | "If the Cancer Is There, RaDaR® Will Help You Find It," *RaDaR*, https://finditwithradar.com/. |
| Exhibit 17 | "NeoGenomics Announces Medicare Coverage for RaDaR Assay for Minimal Residual Disease and Recurrence in Breast Cancer," *NeoGenomics*, July 27, 2023, https://ir.neogenomics.com/press-releases/detail/249. |
| Exhibit 18 | Taylor, Nick Paul, "NeoGenomics secures Medicare coverage for breast cancer blood test," *LabPulse.com*, August 8, 2023, https://www.labpulse.com/diagnostic-technologies/molecular-diagnostics/article/15543850/neogenomics-secures-medicare-coverage-for-breast-cancer-blood-test. |

| | |
|---|---|
| Exhibit 19 | "MolDX® Program (Administered by Palmetto GBA)," *Palmetto GBA*, read://https_www.palmettogba.com/?url=https%3A%2F%2Fwww.palmettogba.com%2Fmoldx. |
| Exhibit 20 | "Natera, Inc. – Public Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=27603970. |
| Exhibit 21 | "Corporate Overview," *Natera*, https://investor.natera.com/overview/default.aspx. |
| Exhibit 22 | "Our Technology," *Natera*, https://www.natera.com/company/our-technology/. |
| Exhibit 23 | "Oncology," *Natera*, https://www.natera.com/oncology/. |
| Exhibit 24 | "Empower™," *Natera*, https://www.natera.com/oncology/empower-hereditary-cancer-test/. |
| Exhibit 25 | "Altera™ Comprehensive Genomic Profiling," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/clinicians/altera/. |
| Exhibit 26 | "Signatera™," *Natera*, https://www.natera.com/oncology/signatera-advanced-cancer-detection/. |
| Exhibit 27 | NAT-NEO-00612643-678 (Attorney's Eyes Only). |
| Exhibit 28 | NAT-NEO-00660081-144 (Attorney's Eyes Only). |
| Exhibit 29 | NAT-NEO-00587463-516 (Attorney's Eyes Only). |
| Exhibit 30 | NAT-NEO-00590295-356 (Attorney's Eyes Only). |
| Exhibit 31 | Deposition of Solomon Moshkevich, September 22, 2023 (Attorney's Eyes Only). |

| | |
|---|---|
| Exhibit 32 | Peng, Y. et al., "Circulating Tumor DNA and Minimal Residual Disease (MRD) in Solid Tumors: Current Horizons and Future Perspectives," *Frontiers in Oncology*, vol. 11 763790, November 18, 2021, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8637327/, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8637327/pdf/fonc-11-763790.pdf. ("MRD in Solid Tumors: Current Horizons and Future Perspectives") |
| Exhibit 33 | "Leading advances in precision oncology," *Springer Nature*, https://www.nature.com/articles/d42473-022-00040-1. |
| Exhibit 34 | "Personalized Cancer Monitoring," *Invitae*, https://www.invitae.com/en/providers/molecular-residual-disease. |
| Exhibit 35 | "MRD," *National Cancer Institute at the National Institutes of Health*, https://www.cancer.gov/publications/dictionaries/cancer-terms/def/mrd. |
| Exhibit 36 | Boldt, C., "What is minimal residual disease (MRD)?" *The University of Texas MD Anderson Cancer Center*, https://www.mdanderson.org/cancerwise/what-is-minimal-residual-disease--mrd--multiple-myeloma-lymphoma-leukemia-patients.h00-159383523.html. |
| Exhibit 37 | "Learn about Minimal Residual Disease and ctDNA," *Colorectal Cancer Minimal Residual Disease*, https://crcmrd.com/?page_id=2247. |
| Exhibit 38 | "Use of Circulating Tumor DNA for Early-Stage Solid Tumor Drug Development, Guidance for Industry – Draft Guidance," *FDA*, https://www.fda.gov/media/158072/download. |

Exhibit 39    Zhou, S., "Industry Snapshot: The nascent ctDNA MRD space continues to see rapid growth," *DeciBio*, https://www.decibio.com/insights/industry-snapshot-the-nascent-ctdna-mrd-space-continues-to-see-rapid-growth.

Exhibit 40    Wang, T., "ctDNA MRD and Monitoring Front and Center at ASCO 2022," *DeciBio*, https://www.decibio.com/insights/ctdna-mrd-and-monitoring-front-and-center-at-asco-2022.

Exhibit 41    Alpert, B., "How Natera Is Defending Its Lead in a $15B Cancer-Testing Market," *Barron's*, June 22, 2021, https://www.barrons.com/articles/natera-stock-cancer-testing-market-51624372368.

Exhibit 42    "Natera, Inc. (NTRA) Goldman Sachs Global Healthcare Conference," *FactSet CallStreet, LLC*, June 13, 2023.

Exhibit 43    "Guardant Reveal," *Guardant Complete*, https://www.guardantcomplete.com/guardant-portfolio/reveal.

Exhibit 44    Deposition of Anup Malani, Ph.D., October 2, 2023 (Attorney's Eyes Only).

Exhibit 45    "US11530454B2," *Google*, https://patents.google.com/patent/US11530454B2/en?oq=us+11530454.

Exhibit 46    "US11519035B2," *Google*, https://patents.google.com/patent/US11519035B2/en?oq=us11519035.

Exhibit 47    "Trial Transcript Volume A," *Natera, Inc., v. ArcherDX Inc., et al*, May 8, 2023.

Exhibit 48    Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 4, (NAT-NEO-00729119-155) (Attorney's Eyes Only).

Exhibit 49    Deposition of Solomon Moshkevich, September 22, 2023, Exhibit 3, (NAT-NEO-00729487-583) (Attorney's Eyes Only).

| | |
|---|---|
| Exhibit 50 | NeoGenomics Laboratories, Inc.'s Supplemental Responses and Objections to Natera's First Set of Interrogatories (Nos. 1-3), September 15, 2023 (Attorney's Eyes Only). |
| Exhibit 51 | "NeoGenomics Announces RaDaR™ Assay Receives CE Mark and is Submitted for US Reimbursement via the MolDx Program," *NeoGenomics*, January 11, 2022, https://ir.neogenomics.com/press-releases/detail/194/neogenomics-announces-radartm-assay-receives-ce-mark-and. |
| Exhibit 52 | NAT-NEO-00729334-432 (Attorney's Eyes Only). |
| Exhibit 53 | Natera, Inc., Form S-1, July 1, 2015. |
| Exhibit 54 | Verdict Form, *Natera, Inc. v. ArcherDX, Inc., ArcherDX, LLC, and Invitae Corp.* (D. Del.), Case No. 1:20-cv-00125, May 15, 2023. |
| Exhibit 55 | "ArcherDX Personalized Cancer Monitoring (PCM) Technology Designated by FDA as Breakthrough Device," *PRNewsWire*, https://www.prnewswire.com/news-releases/archerdx-personalized-cancer-monitoring-pcm-technology-designated-by-fda-as-breakthrough-device-300986701.html. |
| Exhibit 56 | "Natera Nets $19M Verdict In Cancer Test Patent Case," *Law360*, https://www.law360.com/articles/1607477/natera-nets-19m-verdict-in-cancer-test-patent-case. |
| Exhibit 57 | Complaint for Patent Infringement, *Natera, Inc., v. Inivata, Inc. and Inivata LTD.*, December 20, 2022. |
| Exhibit 58 | "Natera to Present New Signatera™ Clinical Data Across Multiple Cancer Types at the 2022 ASCO Annual Meeting," *Natera*, https://www.natera.com/company/news/natera-to-present-new-signatera-clinical-data-across-multiple-cancer-types-at-the-2022-asco-annual-meeting/. |

| | |
|---|---|
| Exhibit 59 | "Natera Submits First PMA Module to the FDA for Singatera™," *Natera*, https://investor.natera.com/news/news-details/2023/Natera-Submits-First-PMA-Module-to-the-FDA-for-Signatera/default.aspx. |
| Exhibit 60 | "About Us," *genomeweb*, https://www.genomeweb.com/about-us. |
| Exhibit 61 | "Baird Global Healthcare Conference - Management Discussion Section," *AlphaSense, Inc*, September 12, 2023. |
| Exhibit 62 | Letter from Dr. Peter Beitsch, October 16, 2023 (Attorney's Eyes Only). |
| Exhibit 63 | Natera, Inc., Form 10-K for the fiscal year ended December 31, 2022. |

## Legal Filings and Associated Exhibits

| | |
|---|---|
| D.I. 1 | Complaint for Patent Infringement, July 28, 2023. |
| D.I. 5 | Plaintiff Natera's Motion for a Preliminary Injunction, July 31, 2023. |
| D.I. 6 | Plaintiff Natera's Memorandum of Law in Support of its Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65(A) and 35 U.S.C. § 283. |
| *See* Exhibit 50 | NeoGenomics Laboratories, Inc.'s Supplemental Responses and Objections to Natera's First Set of Interrogatories (Nos. 1-3), September 15, 2023 (Attorney's Eyes Only). |
| *See* Exhibit 3 | NeoGenomics Laboratories, Inc.'s First Supplemental Responses and Objections to Natera's Interrogatories No. 3 & 6, October 14, 2023. (Attorney's Eyes Only). |

Case 1:23-cv-00629-CCE-JLW    Document 100    Filed 10/19/23    Page 136 of 137

## Declarations and Associated Exhibits

| D.I. 7 - D.I. 12 | Declaration of Anup Malani, Ph.D. In Support of Plaintiff Natera, Inc.'s Motion for a Preliminary Injunction, July 31, 2023. |
|---|---|
| D.I. 13, D.I. 17 | Declaration of Dr. Michael L. Metzker in Support of Plaintiff Natera, Inc.'s Motion for a Preliminary Injunction, July 29, 2023. |
| D.I. 14, D.I 18 | Declaration of Solomon Moshkevich in Support of Plaintiff Natera, Inc.'s Motion for a Preliminary Injunction, July 28, 2023. |
| - | Declaration of Vishal Sikri in Support of NeoGenomics Laboratories, Inc.'s Response in Opposition to Natera, Inc.'s Motion for Preliminary Injunction, October 18, 2023. |

## Depositions and Associated Exhibits

| *See* Exhibit 44 | Deposition of Anup Malani, Ph.D., October 2, 2023 (Attorney's Eyes Only). |
|---|---|
| *See* Exhibit 31 | Deposition of Solomon Moshkevich, September 22, 2023 (Attorney's Eyes Only). |