IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | Case No. 1:23-cv-629-CCE-JLW |

### DEFENDANT'S NOTICE OF APPEAL

Defendant NeoGenomics Laboratories, Inc. hereby appeals this Court's Order entered on December 27, 2023 (Doc. No. 171) granting a preliminary injunction and all other orders, rulings, and judgments underlying the December 27, 2023 Order, including but not limited to this Court's Opinion entered on December 27, 2023 (Doc. No. 169), to the United States Court of Appeals for the Federal Circuit. The December 27, 2023 Order is immediately appealable under 28 U.S.C. § 1292(a)(1).

Respectfully submitted this 27th day of December, 2023.

By: */s/ Edward R. Reines*
Edward R. Reines*
Derek C. Walter*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com

1

John F. Morrow, Jr. (N.C. Bar No. 23382)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Tel: 336.721.3584
Fax: 336.733.8429
John.Morrow@wbd-us.com

*Counsel for Defendant NeoGenomics Laboratories, Inc.*
*\*Special Appearance under Local Civil Rule 83.1(d)*

2

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: December 27, 2023

*/s/ Edward R. Reines*
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com

*Counsel for Defendant NeoGenomics Laboratories, Inc.*