IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-CV-629 |

**DEFENDANT NEOGENOMICS LABORATORIES, INC. MOTION TO STAY**

Pursuant to Federal Rule of Civil Procedure 62(d), Defendant NeoGenomics Laboratories, Inc. ("NeoGenomics" or "Defendant") respectfully requests an immediate stay of the Court's preliminary injunction of December 27, 2023 (D.I. 171) pending resolution of its appeal to the Federal Circuit and, in any event, an expedited resolution of this motion. As cause therefore, NeoGenomics provides the accompanying supporting brief attached hereto and requests a response to this motion by January 2, 2024 in view of the harms identified.

This the 29th day of December, 2023

/s/ Edward R. Reines
Edward R. Reines (CA Bar No. 135960)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134

1

Telephone: (650) 802-3022
Facsimile: (650) 802 3100
Edward.reines@weil.com

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr. (N.C. Bar No. 23382)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336.721.3584
Facsimile: 336.733.8429
John.Morrow@wbd-us.com

*Counsel for Defendant NeoGenomics Laboratories, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I electronically filed the foregoing **DEFENDANT NEOGENOMICS LABORATORIES, INC.'S MOTION TO STAY** with the Clerk of Court using the CM/ECF system.

Dated: December 29, 2023

By: */s/ Edward R. Reines*
Edward R. Reines (CA Bar No. 135960)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3022
Facsimile: (650) 802 3100
Edward.reines@weil.com