IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATERA, INC.,

    Plaintiff,

v.

NEOGENOMICS LABORATORIES, INC.,

    Defendant.

Case No. 1:23-cv-629-CCE-JLW

## [PROPOSED] ORDER GRANTING MOTION TO STAY

This matter came before the Court on Defendant NeoGenomics Laboratories, Inc's ("NeoGenomics") Motion to Stay the preliminary injunction pending resolution of appeal.

Upon consideration of the motion and materials submitted by NeoGenomics and for good cause shown, the Court grants NeoGenomics's motion.

1

Accordingly, IT IS HEREBY ORDERED that NeoGenomics's Motion is **GRANTED.** The preliminary injunction is stayed pending resolution of the appeal.

This \_\_\_\_ day of _____, 202\_.

_____
UNITED STATES DISTRICT JUDGE