IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-CV-629 |

## DEFENDANT NEOGENOMICS LABORATORIES, INC.'S MOTION TO MODIFY AND/OR CLARIFY

Defendant NeoGenomics Laboratories, Inc. ("Defendant" or "NeoGenomics") respectfully requests modifications and/or clarifications of this Court's preliminary injunction order of December 27, 2023 (D.I. 171) to eliminate legal over-breadth, impose the required security, and add specificity. As cause therefore, NeoGenomics provides the accompanying supporting brief attached hereto.

This the 29th day of December, 2023

/s/ Edward R. Reines
Edward R. Reines (CA Bar No. 135960)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone:  (650) 802-3022
Facsimile:   (650) 802 3100
Edward.reines@weil.com

/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (N.C. Bar No. 23382)

WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:   336.721.3584
Facsimile:    336.733.8429
John.Morrow@wbd-us.com

*Counsel for Defendant NeoGenomics Laboratories, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I electronically filed the foregoing **DEFENDANT NEOGENOMICS LABORATORIES, INC.'S MOTION TO MODIFY AND/OR CLARIFY** with the Clerk of Court using the CM/ECF system.

Dated: December 29, 2023

By: */s/ Edward R. Reines*
Edward R. Reines (CA Bar No. 135960)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3022
Facsimile: (650) 802 3100
Edward.reines@weil.com