IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-cv-629-CCE-JLW |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Shannon Prince hereby enters a notice of special appearance as counsel for Plaintiff, Natera, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Robert C. Van Arnam. I agree to the requirements set forth by Local Civil Rule 83.1(d)(i) and (ii) and will provide all documents to local counsel for review prior to filing the document with the court.

/s/ *Shannon Prince*
Shannon Prince (NY Bar No. 5666961)
Attorney for the Plaintiff
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
700 Louisiana St., Ste. 3900
Houston, Texas 77002
Telephone: 713-221-7029
shannonprince@quinnemanuel.com

/s/ *Robert C. Van Arnam*
Robert C. Van Arnam
North Carolina Bar No. 28828
Attorney for Plaintiff
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601

Telephone: (919) 981-4055
rvanarnam@williamsmullen.com

*Local Civil Rule 83.1(d) Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to counsel of record in the above-captioned case.

Dated: July 12, 2024

By: /s/ *Shannon Prince*
Shannon Prince (NY Bar No. 5666961)
Attorney for the Plaintiff
QUINN EMANUEL URQUHART
　& SULLIVAN, LLP
700 Louisiana St., Ste. 3900
Houston, Texas 77002
Telephone: 713-221-7029
shannonprince@quinnemanuel.com
