# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-cv-629 |

## JOINT MOTION FOR PARTIAL DISMISSAL AND ENTRY OF A STIPULATED PERMANENT INJUNCTION

Plaintiff Natera, Inc. and Defendant NeoGenomics Laboratories, Inc. (collectively "the Parties"), jointly move the Court for entry of the attached proposed order dismissing certain of the Parties' claims for relief and enjoining, with certain exceptions, the making, using, selling, or offering for sale in the United States the RaDaR 1.0 Assay. The Parties request and understand that the dismissal of their respective claims for relief is contingent upon entry by the Court of the proposed injunction in substantially the format agreed upon by the Parties.

Respectfully submitted this 20th day of September, 2024.

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam (N.C. Bar No. 28838)
Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com

1

<table>
<tr><td></td><td>QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kevin P.B. Johnson*  
Victoria F. Maroulis*  
555 Twin Dolphin Shores, 5th Floor  
Redwood Shores, CA 94065  
(650) 801-5000

Andrew Bramhall*  
Kevin Smith*  
Tara Srinivasan, Ph.D.*  
50 California Street, 22nd Floor  
San Francisco, CA 94111  
(415) 875-6600

Sandra Haberny, Ph.D.*  
865 South Figueroa Street, 10th Floor  
Los Angeles, CA 90017  
(213) 443-3000

*Counsel for Natera*

*Special Appearance under Local Civil Rule 83.1(d)*</td></tr>
<tr><td>This the 20th day of September, 2024</td><td>/s/ Matthew Kreeger  
DARALYN J. DURIE*  
MATTHEW I. KREEGER*  
ANNIE A. LEE*  
JACK WILLIAM HAISMAN*  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, CA 94105  
Tel: (415) 268-7000  
Fax: (415) 268-7522  
DDurie@mofo.com  
MKreeger@mofo.com  
AnnieLee@mofo.com  
JHaisman@mofo.com</td></tr>
</table>

CHARLES CALHOUN PROVINE*
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
Fax: (202) 887-0763
CProvine@mofo.com

ERIC NIKOLAIDES*
MORRISON & FOERSTER LLP
250 West 55th St.
New York, NY 10019
Tel: (212) 336-4061
ENikolaides@mofo.com

AARON G. FOUNTAIN*
HUI ZHAO*
MORRISON & FOERSTER
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (737) 309-0700
AFountain@mofo.com
HZhao@mofo.com

MATTHEW R. STEPHENS*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
Tel: (858) 720-5100
Fax: (858) 720-5125
MStephens@mofo.com

JOHN F. MORROW, JR.
JOHN D. WOOTEN IV
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Tel: 336-721-3584
Fax: 336-733-8429
Email: John.Morrow@wbd-us.com
        JD.Wooten@wbd-us.com

3

*Counsel for NeoGenomics Laboratories, Inc.*
*\*Special Appearance under Local Civil Rule 83.1(d)*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: September 20, 2024    By: */s/ Andrew R. Shores*
Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
ashores@williamsmullen.com

*Counsel for Plaintiff Natera, Inc.*