| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 23cv629 |
|---|---|
| Name of Plaintiff(s): Natera, Inc. | REPORT OF MEDIATOR (*For Placement on the CM/ECF Docket*) |
| VERSUS Name of Defendant(s): Neogenomics Laboratories, Inc. | |
| Mediator Name: Mark LeHocky Telephone No.: 510 693 6443 E-Mail Address: mark@marklehocky.com | ☑ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☐ was held on July 24, 2024 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**

   ☑ No Objection was made on the grounds that any required attendee was absent.

   ☐ Objection was made by _____

3. **Outcome**

   ☐ Complete settlement of the case

   ☐ Conditional settlement or other disposition

   ☐ Partial settlement of the case

   ☑ Recess (i.e., mediation to be resumed at a later date)

   ☐ Impasse

   ☑ Additional Information: Follow up mediation to take place by June 13, 2025

4. **Settlement Filings**

   a) The document(s) to be filed to effort the settlement are _____

   b) The person responsible for filing the document(s) is counsel on both sides

   c) The agreed deadline for filing the document(s) is 7 days prior to follow up session

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____ Mediator Signature

January 28, 2025 Date

RECEIVED By Melisa Bond at 4:08 pm, Jan 30, 2025