IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:23-CV-629 |
| | ) |
| NEOGENOMICS LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court has previously construed the term "sequencing the amplicons" in the '454 patent to have its plain and ordinary meaning. Doc. 280 at 15. This construction allows for intermediate steps such as barcoding between multiplex amplification and sequencing. Doc. 280 at 7-10. The defendant, Neogenomics Laboratories, Inc., asks the Court to modify this construction. It contends that the plaintiff, Natera, Inc., has taken a position before the Patent Trial and Appeal Board that is inconsistent with the construction it asked the Court to adopt and that the Court did adopt. Doc. 364. NeoGenomics takes the statements made by Natera out of context and interprets those statements in a way that is unfair and inaccurate. The motion will be denied.

It is **ORDERED** that the defendant's motion to modify the Court's construction of the claim term "sequencing the amplicons," Doc. 364, is **DENIED**.

This the 19th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE