IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-CV-629 |

## NOTICE OF FILING
### PLAINTIFF'S DEMONSTRATIVES FROM 596 PATENT *MARKMAN* HEARING

Plaintiff Natera, Inc. ("Natera") respectfully submits concurrently herewith the slide deck presented to the Court during the March 11, 2025 *Markman* Hearing. These materials previously presented to the Court are submitted here to make them available on the Court's docket for future reference by the Court and/or the Parties, including in any related ongoing or future appellate proceeding.

These materials do not contain any subject matter designated as confidential or attorneys' eyes only and therefore are not subject to any pending Motion to Seal.

Respectfully submitted this 24th day of March, 2025.

|  |  |
|---|---|
| | /s/ *Robert C. Van Arnam* |
| | Robert Van Arnam (N.C. Bar No. 28838) |
| | Andrew R. Shores (N.C. Bar No. 46600) |
| | WILLIAMS MULLEN |
| | P.O. Drawer 1000 |
| | Raleigh, NC 27602-1000 |
| | Telephone: (919) 981-4015 |
| OF COUNSEL: | Fax: (919) 981-4300 |
| | rvanarnam@williamsmullen.com |
| QUINN EMANUEL URQUHART | ashores@williamsmullen.com |
| & SULLIVAN, LLP | |
| Kevin P.B. Johnson* | *Counsel for Plaintiff Natera, Inc.* |
| Victoria F. Maroulis* | |
| 555 Twin Dolphin Shores, 5th Floor | |
| Redwood Shores, CA 94065 | |
| (650) 801-5000 | |
| kevinjohnson@quinnemanuel.com | |
| victoriamaroulis@quinnemanuel.com | |

Andrew Bramhall
Kevin Smith
Tara Srinivasan, Ph.D.*
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
andrewbramhall@quinnemanuel.com
kevinsmith@quinnemanuel.com
taravasan@quinnemanuel.com

Sandra Haberny, Ph.D.*
865 South Figueroa Street,
10th Floor
Los Angeles, CA 90017
(213) 443-3000
sandrahaberny@quinnemanuel.com

*Special Appearance under Local Civil Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: March 24, 2025

>By: */s/ Andrew R. Shores*
>Robert C. Van Arnam (N.C. Bar No. 28838)
>Andrew R. Shores (N.C. Bar No. 46600)
>WILLIAMS MULLEN
>P.O. Drawer 1000
>Raleigh, NC 27602-1000
>Telephone: (919) 981-4015
>Fax: (919) 981-4300
>rvanarnam@williamsmullen.com
>ashores@williamsmullen.com