IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-CV-629-CCE-JLW |

## NOTICE OF FILING DEFENDANT'S DEMONSTRATIVES FROM 596 PATENT *MARKMAN* HEARING

Defendant NeoGenomics Laboratories, Inc. ("NeoGenomics") respectfully submits concurrently herewith the slide deck it presented to the Court during the March 11, 2025 *Markman* Hearing. These materials previously presented are filed herewith to make them available on the Court's docket for future reference by the Court and/or the Parties, including in any related ongoing or future appellate proceeding.

These materials do not contain any subject matter designated as confidential or attorneys' eyes only and therefore are not subject to any pending Motion to Seal.

Respectfully submitted this 25th day of March, 2025.

                                                */s/ John F. Morrow, Jr.*
                                                JOHN F. MORROW, JR.
                                                WOMBLE BOND DICKINSON (US) LLP
                                                One West Fourth Street
                                                Winston-Salem, NC 27101
                                                Tel: 336-721-3584
                                                Fax: 336-733-8429
                                                Email: John.Morrow@wbd-us.com

                                              /S/ *MATTHEW I. KREEGER*

DARALYN J. DURIE*
MATTHEW I. KREEGER*
ANNIE A. LEE*
JACK WILLIAM HAISMAN*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
DDurie@mofo.com
MKreeger@mofo.com
AnnieLee@mofo.com
JHaisman@mofo.com

CHARLES CALHOUN PROVINE*
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
Fax: (202) 887-0763
CProvine@mofo.com

ERIC NIKOLAIDES*
MORRISON & FOERSTER LLP
250 West 55th St.
New York, NY 10019
Tel: (212) 336-4061
ENikolaides@mofo.com

AARON G. FOUNTAIN*
HUI ZHAO*
MORRISON & FOERSTER
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (737) 309-0700
AFountain@mofo.com
HZhao@mofo.com

MATTHEW R. STEPHENS*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 720-5100

Fax: (858) 720-5125
MStephens@mofo.com

*Counsel for NeoGenomics Laboratories, Inc.*
*\*Special Appearance under Local Civil Rule 83.1(d)*

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on March 25, 2025, I electronically filed the foregoing **NOTICE OF FILING DEFENDANT'S DEMONSTRATIVES FROM 596 PATENT *MARKMAN* HEARING** with the Clerk of Court using the CM/ECF System.

This the 25th day of March, 2025       */s/ John F. Morrow, Jr.*
                                                              John F. Morrow, Jr.