## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATERA, INC.,

              Plaintiff,

       v.

NEOGENOMICS LABORATORIES,
INC.,

              Defendant.

C.A. No. 1:23-CV-629

## JOINT AMENDED MOTION TO MAINTAIN UNDER SEAL CONFIDENTIAL MATERIALS SUBMITTED WITH SUMMARY JUDGMENT AND DAUBERT MOTIONS

Pursuant to Local Rule 5.4, and the Parties' Joint Stipulation for Filing Motions Under Seal (Doc. 252, as modified and adopted by the Court at Doc. 257), Plaintiff Natera, Inc. ("Natera"), and Defendant NeoGenomics Laboratories, Inc. ("NeoGenomics"), jointly through their respective undersigned counsel, hereby move the Court to maintain under seal certain confidential information submitted in connection with the Parties' respective Summary Judgment and *Daubert* Motions, as well as Demonstratives presented at the August 8, 2025 hearing on the Parties' Summary Judgment Motions.

In support of this Amended Motion, the Parties state further as follows:

1.      On March 22, 2024, in response to the Court's March 7, 2024 Text Order, the Parties' jointly submitted a proposal to the Court for filing motions to seal in connection with future motion practice in this case. Doc. 252.

2.      On April 3, 2024, following the April 1, 2024 Hearing, the Court accepted the proposal and entered the slightly modified version of the stipulation. Doc. 257.

1

3.      Much of the factual record at issue for the Parties' Summary Judgment arguments is included and appended to the various experts' reports and deposition transcripts, including:

| Natera's Expert Reports and Deposition Transcripts | NeoGenomics' Expert Reports and Deposition Transcripts |
| --- | --- |
| April 18, 2025 Opening Expert Report of Dr. Michael L. Metzker | April 18, 2025 Opening Expert Report of Dr. Niall Lennon |
| April 18, 2025 Opening Expert Report of Dr. Anup Malani | April 18, 2025 Opening Expert Report of Mr. Stephen Dell |
| April 18, 2025 Opening Expert Report of Ms. Ambreen Salters | May 14, 2025 Rebuttal Expert Report of Dr. Niall Lennon |
| May 14, 2025 Rebuttal Expert Report of Dr. Michael L. Metzker | May 14, 2025 Rebuttal Expert Report of Mr. Stephen Dell |
| May 14, 2025 Rebuttal Expert Report of Ms. Ambreen Salters | May 28, 2025 Reply Expert Report of Dr. Niall Lennon |
| May 28, 2025 Reply Expert Report of Dr. Michael L. Metzker | May 28, 2025 Reply Expert Report of Mr. Stephen Dell |
| May 28, 2025 Reply Expert Report of Dr. Anup Malani | June 4, 2025 Deposition Transcript of Mr. Stephen Dell |
| May 28, 2025 Reply Expert Report of Ms. Ambreen Salters | June 5, 2025 Deposition Transcript of Dr. Niall Lennon |
| June 2, 2025 Deposition Transcript of Dr. Michael L. Metzker | June 6, 2025 Deposition Transcript of Dr. Niall Lennon |
| June 6, 2025 Deposition Transcript of Dr. Anup Malani | |
| June 6, 2025 Deposition Transcript of Ms. Ambreen Salters | |

4.      The aforementioned expert reports also include exhibits containing relevant fact witness deposition testimony that are likewise relevant to the Parties' summary judgment arguments.

2

5.      The aforementioned expert reports, including the exhibits attached thereto, and expert deposition transcripts are also germane to the Parties' respective *Daubert* challenges.

6.      The Parties conferred and rather than attach the reports to each party's respective Motions, resulting in potentially multiple copies of the same report and extensive appended materials on the docket, the Parties agreed to file the relevant expert reports in advance of the Summary Judgment briefing, such that both Parties could subsequently cite these materials as needed.

7.      On June 19, 2025, the Parties filed sealed and public versions the aforementioned expert reports, including the exhibits attached thereto, and expert deposition transcripts on the docket. On June 20, 2025, the Parties filed a summary of the docket locations for these materials. Doc. 487.

8.      The Parties submitted opening Summary Judgment and *Daubert* Motions on June 20, 2025, Oppositions on July 3, 2025, and Replies on July 18, 2025 pursuant to the Scheduling Order.  Doc. 330.  Additional exhibits were submitted in connection with the Parties' briefing.  Filed herewith is the required appendix (Doc. 560-2) listing the docket numbers of all exhibits attached to any brief filed in connection with Summary Judgment and *Daubert* Motions, a description of the exhibit, and the docket location of the sealed version and the redacted version. Doc. 257.

9.      On August 8, 2025, the Court heard arguments on the Parties' Summary Judgment Motions. On August 15, 2025, the Parties filed their respective Demonstratives

from the August 8 hearing under seal, which contain confidential information belonging to both Parties. Docs. 557-1, 557-2, 557-3, 559-1.

10.    In accordance with the Parties' Joint Stipulation (Doc. 252) and pursuant to the Court's Order (Doc. 257), the Parties hereby submit this Amended Motion identifying all redactions and materials sought to be maintained under seal in connection with the Summary Judgment and *Daubert* Motions (Docs. 487, 560-2), along with their respective arguments and requisite evidence in support of the same.

11.    A proposed order is included with this Amended Motion. Doc. 560-1.

Respectfully submitted this 15th day of August, 2025.

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam (N.C. Bar No. 28838)
Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com

4

QUINN EMANUEL URQUHART
   & SULLIVAN, LLP

Kevin P.B. Johnson*
Victoria F. Maroulis*
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA  94065
(650) 801-5000

Andrew Bramhall
Kevin Smith
Tara Srinivasan, Ph.D.*
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

Sandra Haberny, Ph.D.*
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

*Counsel for Plaintiff Natera, Inc.*

*\*Special Appearance under Local Civil Rule 83.1(d)*

5

This the 15th day of August, 2025

/s/ John F. Morrow, Jr.

DARALYN J. DURIE*
MATTHEW I. KREEGER*
ANNIE A. LEE*
JACK WILLIAM HAISMAN*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
DDurie@mofo.com
MKreeger@mofo.com
AnnieLee@mofo.com
JHaisman@mofo.com


CHARLES CALHOUN PROVINE*
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
Fax: (202) 887-0763
CProvine@mofo.com

ERIC NIKOLAIDES*
MORRISON & FOERSTER LLP
250 West 55th St.
New York, NY 10019
Tel: (212) 336-4061
ENikolaides@mofo.com

AARON G. FOUNTAIN*
HUI ZHAO*
MORRISON & FOERSTER
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (737) 309-0700
AFountain@mofo.com
HZhao@mofo.com

MATTHEW R. STEPHENS*
MORRISON & FOERSTER LLP

6

12531 High Bluff Drive, Suite 100
San Diego, CA  92130
Tel: (858) 720-5100
Fax: (858) 720-5125
MStephens@mofo.com

JOHN F. MORROW, JR.
JOHN D. WOOTEN IV
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Tel: 336-721-3584
Fax: 336-733-8429
Email: John.Morrow@wbd-us.com
        JD.Wooten@wbd-us.com

*Counsel for NeoGenomics Laboratories, Inc.*
*\*Special Appearance under Local Civil Rule*
*83.1(d)*

7

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document via the CM/ECF system which

will cause the document to be served on all counsel of record.


Dated: August 15, 2025       By:  */s/ Andrew R. Shores*

Andrew R. Shores (N.C. Bar No. 46600)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
ashores@williamsmullen.com

*Counsel for Plaintiff Natera, Inc.*

8