IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC.,<br><br>    Plaintiff,<br> v.<br><br>NEOGENOMICS LABORATORIES, INC.,<br><br>    Defendant. | C.A. No. 1:23-cv-629 |

### [PROPOSED] ORDER GRANTING MOTION TO SEAL

This matter comes before the Court on the Parties' Joint Amended Motion to Maintain Under Seal Confidential Materials Submitted with the Parties' Summary Judgment and *Daubert* briefing and Demonstratives presented at the August 8, 2025 Summary Judgment Hearing (Doc. 442). For reasons set out in the Motion and the Parties' respective supporting evidence and Memoranda of Law, and for good cause shown, IT IS ORDERED that the Motion is GRANTED.

The parties' confidential information as identified in Doc. 487 and Doc. 560-2 shall remain under seal.

So ORDERED this the ___ day of August, 2025.

                        _____
                          United States District Judge