# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-cv-629 |

## APPENDIX TO THE PARTIES' AMENDED MOTION TO SEAL

Pursuant to the Court's Order (Doc. 257), Plaintiff Natera, Inc. ("Natera") hereby submits this appendix summarizing the docket locations of all sealed and public documents the parties respectively filed in connection with Defendant NeoGenomics Laboratories, Inc.'s ("NeoGenomics") Motion for Summary Judgment (Doc. 490), Natera's Motion for Summary Judgment of (Doc. 494), Natera's Motion to Exclude Testimony and Opinions Offered by Dr. Niall Lennon (Doc. 496), Natera's Motion to Exclude Testimony and Opinions Offered by Mr. Stephen Dell (Doc. 498), NeoGenomics' Motion to Exclude Opinions and Testimony from Dr. Michael Metzker (Doc. 501), Notice of Natera's Summary Judgment Demonstratives Presented at the August 8, 2025 hearing (Doc. 557), Notice of NeoGenomics' Summary Judgment Demonstratives Presented at the August 8, 2025 hearing (Doc. 559).

1

## I. NeoGenomics' Motion for Summary Judgment (Doc. 490)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 490 | Doc. 492 | NeoGenomics' Memorandum in Support of Motion for Summary Judgment | Yes; narrowed to screenshots on pp. 7-10 and quoted material from Ex. 13 on p. 13. | Yes[3] |

---

[1] The table below lists all briefing and exhibits filed in connection with the Motion, including in Opposition and Reply briefing.

[2] Natera has narrowed its designations of confidential information, where applicable, in view of the parties' arguments raised at the public August 8, 2025 hearing. In some cases, Natera does not seek to maintain any information under seal and has affixed footnote no. 4 in the table accordingly. In other cases, Natera requests that only specific portions of a document be maintained under seal and has annotated the entries in the table accordingly. Pending the Court's ruling on the narrowed confidentiality designations, and subject to the Court's approval, Natera will provide substitute versions of the docket entries reflecting the narrowed redactions.

[3] Unless indicated that the entire document is requested to be filed under seal, NeoGenomics' confidential information in each of the sealed documents is highlighted in green. NeoGenomics has narrowed its designations of confidential information, where applicable, in view of the parties' arguments raised at the public August 8, 2025 hearing. Where applicable, NeoGenomics has indicated the specific portions of a document it requests to maintain under seal and has annotated the entries in the table accordingly. Pending the Court's ruling on the narrowed confidentiality designations, and subject to the Court's approval, NeoGenomics will provide substitute versions of the docket entries reflecting the narrowed redactions.

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 491 | Doc. 493 | Declaration of Hui Zhao | No[4] | No |
| Doc. 491-1 | Doc. 493-1 | Exhibit 1: September 10-11, 2014 email communications (NAT-NEO-00653076) | No[5] | No |
| Doc. 491-2 | Doc. 493-2 | Exhibit 2: PowerPoint presentation attached to Exhibit 1 (NAT-NEO-00653078) | Yes | No |
| Doc. 491-3 | Doc. 493-3 | Exhibit 3: September 10, 2014 email communications (NAT-NEO-00653107-09) and attachment | Yes;[6] narrowed to ECF 6-11. | No |
| Doc. 491-4 | Doc. 493-4 | Exhibit 4: September 15, 2014 email communications (NAT-NEO-00653122-23) | Yes | No |
| Doc. 491-5 | Doc. 493-5 | Exhibit 5: September 17, 2014 email communications (NAT-NEO-00653145-46) | Yes | No |
| Doc. 491-6 | Doc. 493-6 | Exhibit 6: Excel spreadsheet attached to Exhibit 5 (NAT-NEO-00653147) | Yes | No |
| Doc. 491-7 | Doc. 493-7 | Exhibit 7: Excel spreadsheet (NAT-NEO-00653432) | Yes | No |

---

[4] Natera is not seeking to maintain under seal the information identified as Natera's confidential information (highlighted in yellow) following the public August 8, 2025 hearing. Natera therefore requests that the Court unseal the document to the extent it does not include any of NeoGenomics' confidential information.

[5] The majority of the contents of this document were previously filed at Doc. 153-1 and unsealed pursuant to the Court's Order at Doc. 198 at 1. Accordingly, Natera requests that the Court unseal the document.

[6] The majority of the contents of this document (ECF 2-4) were previously filed at Doc. 153-1 and unsealed pursuant to the Court's Order at Doc. 198 at 1. Accordingly, Natera only requests to maintain under seal other portions of this document (ECF 6-11) that have not been previously made public.

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 491-8 | Doc. 493-8 | Exhibit 8: U.S. Patent Application Publication No. 2013/0123120 (NEOGEN00342014-146) | No | No |
| Doc. 491-9 | Doc. 493-9 | Exhibit 9: April 10, 2015 email communications (NAT-NEO-00655515-17) | No[4] | No |
| Doc. 491-10 | Doc. 493-10 | Exhibit 10: Natera description (NAT-NEO-00655518-19) | No[4] | No |
| Doc. 491-11 | Doc. 493-11 | Exhibit 11: September 12, 2014 Natera Presentation (NAT-NEO-00884638-61) | Yes | No |
| Doc. 491-12 | Doc. 493-12 | Exhibit 12: October 14, 2014 Natera email communications (NAT-NEO-00653534-40) | Yes; narrowed to ECF 3-6 | No |
| Doc. 491-13 | Doc. 493-13 | Exhibit 13: September 12, 2014 email communications (NAT-NEO-00887899-900) | Yes | No |
| Doc. 491-14 | Doc. 493-14 | Exhibit 14: Merriam-Webster Dictionary excerpts | No | No |
| **Natera's Opposition** | | | | |
| Doc. 512 | Doc. 514 | Natera's Opposition to NeoGenomics' Motion for Summary Judgment | No[4] | Yes |
| Doc. 512-1 | Doc. 514-1 | Exhibit 1: September 24, 2014 email communications (NAT-NEO-00653213-17) | Yes | No |
| Doc. 512-2 | Doc. 514-2 | Exhibit 2: April 10, 2015 email communications (NAT-NEO-00655515-17) | No[4] | No |
| Doc. 512-3 | Doc. 514-3 | Exhibit 3: February 23, 2015 email communications (NAT-NEO-00654297-302) | Yes | No |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 512-4 | Doc. 514-4 | Exhibit 4: Article authored by Charles Swanton | No | No |
| Doc. 512-5 | Doc. 514-5 | Exhibit 5: October 7, 2014 email communication (NAT-NEO-00653431) | Yes | No |

4

| | | **NeoGenomics' Reply** | | |
|---|---|---|---|---|
| Doc. 534 | Doc. 535 | NeoGenomics' Reply in Support of Motion for Summary Judgment | No[4,7] | Yes; ECF 17[8] |
| Doc. 536 | n/a | Declaration of Matthew R. Stephens | No | No |
| Doc. 536-1 | n/a | Exhibit 1: U.S. Provisional Patent App. No. 62/146,188 | No | No |
| Doc. 536-2 | n/a | Exhibit 2: U.S. Provisional Patent App. No. 62,148,173 | No | No |
| Doc. 536-3 | n/a | Exhibit 3: January to February 2025 email correspondence | No | No |

---

[7] Natera is not seeking to maintain under seal the information identified as Natera's confidential information (highlighted in yellow) on pp. 1-4 and 7 following the public August 8, 2025 hearing. The remainder of the material highlighted in yellow appears to corresponds to NeoGenomics' confidential information.

[8] Inadvertently highlighted in yellow.

## II. Natera's Motion for Summary Judgment (Doc. 494)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 495 | Doc. 503 | Natera's Memorandum in Support of Motion for Summary Judgment | No[4] | Yes; narrowed to Section IV.A.1(b), (c), IV.A.2, 4; ECF 14-19 |
| Doc. 495-1 | Doc. 503-1 | Declaration of Dr. Matthew Rabinowitz in Support of Natera's Motion for Summary Judgment | Yes; narrowed to ¶¶4-32. | No |
| Doc. 495-2 | Doc. 503-2 | Declaration of Dr. Bernhard Zimmermann in Support of Natera's Motion for Summary Judgment | Yes; narrowed to ¶¶4-19. | No |
| **NeoGenomics' Opposition** | | | | |
| Doc. 516 | Doc. 520 | Declaration of Matthew Stephens in Support of NeoGenomics' Opposition to Natera's Motion for Summary Judgment and Motions to Exclude Opinions and Testimony of Dr. Niall Lennon and Mr. Stephen Dell | No | Yes |
| Doc. 516-1 | Doc. 520-1 | Exhibit A: Excerpt of Natera's 5th Supplemental Interrogatory Responses, dated April 4, 2025 | No[4] | No |
| Doc. 516-2 | Doc. 520-2 | Exhibit B: February 24, 2015 Natera presentation (NAT-NEO-00654281-95) | Yes | No |
| Doc. 516-3 | Doc. 520-3 | Exhibit C: Charles Swanton Deposition Errata | No[4] | No |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 516-4 | Doc. 520-4 | Exhibit D: January 21, 2015 email communications (NAT-NEO-00654148) | Yes | No |
| Doc. 516-5 | Doc. 520-5 | Exhibit E: Appendix B NeoGenomics' chart | No[4] | No |
| Doc. 516-6 | Doc. 520-6 | Exhibit F: Appendix C NeoGenomics' chart | No[4] | No |
| Doc. 516-7 | Doc. 520-7 | Exhibit G: Sequencing Output Files website printout (NEOGEN00281695-96) | No | No |
| Doc. 516-8 | Doc. 520-8 | Exhibit H: FASTQ files explained website printout (NEOGEN00416078-81) | No | No |
| Doc. 516-9 | Doc. 520-9 | Exhibit I: Output Files website printout (NEOGEN00416111-17) | No | No |
| Doc. 516-10 | Doc. 520-10 | Exhibit J: NeoGenomics internal operating procedure document (NEOGEN00287824-36) | No | Yes |
| Doc. 516-11 | Doc. 520-11 | Exhibit K: IPR2025-00455 Patent Owner's Preliminary Response | No | No |
| Doc. 516-12 | Doc. 520-12 | Exhibit L: Attorney created chart | No[4] | No |
| Doc. 519 | Doc. 523 | NeoGenomics' Opposition to Natera's Motion for Summary Judgment | No[4] | Yes |
| **Natera's Reply** | | | | |
| Doc. 539 | Doc. 540 | Natera's Reply in Support of Motion for Summary Judgment | No[4] | Yes; narrowed to highlighted selections on ECF 10 (citing Doc. 523, 13), 10 (citing Doc. 514, 15-16), 11 (citing Doc. 503, 10), 11 (citing Doc. |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| | | | | 523, 14; Doc. 459, ¶¶ 226-245, 442), 11(citing Doc. 523, 13-14), 12 (citing Doc. 485, 275:2-13, 299:24-300:18), 12 (citing Doc. 523, 16-17), 13 (citing Doc. 459, ¶¶ 290-293), 13 (citing 444-2, 237:18-238:12), 14 (citing Doc. 523, 19-22), 14 (citing *Id*. at 20-21), 14 (citing *Id*., NEOGEN00287784-88; Doc. 443, ¶ 228), 14-15 (citing Doc. 444-10, 61:1-10, 62:1-25, 65:15-66:5), 15 (citing *Id*., 34:1-18), 15 (citing Doc. 17-7), 15-16 (citing *Id*.) |

III. **Natera's Motion to Exclude Opinions and Testimony of Dr. Niall Lennon (Doc. 496)[1]**

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 497 | Doc. 506 | Natera's Memorandum in Support of Motion to Exclude Opinions and Testimony of Dr. Niall Lennon | No[4] | Yes; narrowed to highlighted selections on ECF 20 (citing Doc. 469, ¶ 30), 22 (citing Doc. 469 at § XII.A.1.d, ¶ 413), 22-23 (citing *Id.*, ¶ 412), 24 (citing Doc. 469, ¶¶ 323, 340-70, 372-81, 422-23, 470), 24 (citing *Id.*, ¶ 339), 25 (citing Doc. 469, ¶¶ 102-104, 328-341), 25 (citing *Id.*, ¶ 363), 26 (citing Doc. 469 at § XII.A.1.c, ¶¶ 385-409), 27 (citing Doc. 469, ¶ 434), 28 (citing Doc. 469, ¶455, § XII.B.1.b; Doc. |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| | | | | 444-10 (Marisco 4/1/25 30(b)(6) Tr.) at 47:16–48:6), 28-29 (citing Doc. 469, ¶¶455-67) |
| **NeoGenomics' Opposition** | | | | |
| Doc. 517 | Doc. 521 | NeoGenomics' Opposition to Natera's Motion to Exclude Opinions and Testimony of Dr. Niall Lennon | No[4] | Yes; narrowed to highlighted selections on ECF 28-29, 31 (citing Dkt. 469, ¶¶ 463-466), 31 (citing *Id.*), 31 (citing *Id.*), 32 (citing Dkt. 469, ¶¶ 163, 174, 273, 291; Dkt. 485, 459:11-21), 32 (citing Dkt. 469, ¶ 313) |
| **Natera's Reply** | | | | |
| Doc. 537 | Doc. 538 | Natera's Reply in Support of Motion to Exclude Opinions and Testimony of Dr. Niall Lennon | No | Yes |

## IV. Natera's Motion to Exclude Opinions and Testimony of Mr. Stephen Dell (Doc. 498)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 498 | Doc. 508 | Natera's Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | No | Yes |
| Doc. 499 | Doc. 509 | Natera's Memorandum in Support of Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | Yes | Yes |
| Doc. 499-1 | Doc. 509-1 | Exhibit 1: Terminal Disclaimer for U.S. Patent App. No. 11/212,812 | No | No |
| **NeoGenomics' Opposition** | | | | |
| Doc. 518 | Doc. 522 | NeoGenomics' Opposition to Natera's Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | Yes | Yes |
| **Natera's Reply** | | | | |
| Doc. 532 | Doc. 533 | Natera's Reply in Support of Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | Yes | Yes |

V. **NeoGenomics' Motion to Exclude Opinions and Testimony of Dr. Michael Metzker (Doc. 501)[1]**

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 502 | Doc. 507 | NeoGenomics' Memorandum in Support of Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | No[4] | Yes; narrowed to highlighted selections on ECF 18 (citing Dkt. 480 at 329:4-10, 329:21-8), 19 (citing *Id.* at 329:11-14), 19 (citing *Id.* ¶¶ 87, 92), 19 (citing *Id.* at 441:8-18), 19 (citing *Id.* ¶¶ 284-286), 25 (citing Dkt. 443 ¶ 136; Dkt. 449 ¶¶ 304, 743), 27 (citing from Dkt. 480 at 430:17-23; *id.* at 443:19-22; *id.* at 438:6-10) |
| Doc. 505 | Doc. 510 | Declaration of Matthew R. Stephens | No | No |
| Doc. 505-1 | Doc. 510-1 | Exhibit A: May 28, 2025 email communications | No | No |
| Doc. 505-2 | Doc. 510-2 | Exhibit B: NeoGenomics' First Requests for Production, dated August 9, 2023 | No | No |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 505-3 | Doc. 510-3 | Exhibit C: November 6, 2023 letter from Natera's counsel to NeoGenomics' counsel | No[4] | No |
| Doc. 505-4 | Doc. 510-4 | Exhibit D: December 27, 2023 email communications (NAT-NEO-01065431-39) | No[4] | No |
| Doc. 505-5 | Doc. 510-5 | Exhibit E: March 13, 2025 Document Production Deficiencies email communications | No[4] | No |
| Doc. 505-6 | Doc. 510-6 | Exhibit F: June 19, 2025 Discovery Deficiencies email communications | No[4] | No |
| **Natera's Opposition** | | | | |
| Doc. 513 | Doc. 515 | Natera's Opposition to NeoGenomics' Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | No[4] | Yes; narrowed to highlighted selections on ECF 26-27 (citing *Id.*, ¶153; Doc. 480, 329:4-330:13, 445:5-12, 446:1-2) |
| Doc. 513-1 | Doc. 515-1 | Exhibit 1: November 22, 2022 email communications | No | No |
| Doc. 513-2 | Doc. 515-2 | Exhibit 2: January 17, 2024 email communications | No[4] | No |
| Doc. 513-3 | Doc. 515-3 | Exhibit 3: April 30, 2024 email communications | No[4] | No |
| Doc. 513-4 | Doc. 515-4 | Exhibit 4: May 24, 2024 email communications | No[4] | No |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 513-5 | Doc. 515-5 | Exhibit 5: February 26, 2025 email communications | No | No |
| Doc. 513-6 | Doc. 515-6 | Exhibit 6: March 10, 2025 email communications | No | No |
| Doc. 513-7 | Doc. 515-7 | Exhibit 7: January 30, 2025 email communications | No[4] | No |
| Doc. 513-8 | Doc. 515-8 | Exhibit 8: Natera document production service emails (2023) | No | No |
| Doc. 513-9 | Doc. 515-9 | Exhibit 9: Natera document production service emails (2024-2025) | No | No |
| Doc. 513-10 | Doc. 515-10 | Exhibit 10: June 16, 2025 email communications | No[4] | No |
| **NeoGenomics' Reply** | | | | |
| Doc. 530 | Doc. 531 | NeoGenomics' Reply in Support of Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | No[4,9] | Yes; narrowed to highlighted selections on ECF 9 (citing Dkt. 443, ¶ 90, 9 (citing Dkt. 379, ¶ 94), 9 (citing Dkt. 280, 8-9; Dkt. 394, 5; Dkt. 272, 11), 10 |

---

[9] Natera is not seeking to maintain under seal the information identified as Natera's confidential information (highlighted in yellow) on pp. 1 and 6-11 following the public August 8, 2025 hearing. The remainder of the material highlighted in yellow appears to corresponds to NeoGenomics' confidential information.

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| | | | | (citing Dkt. 480, 441:8-18) |

**VI.     The Parties' Demonstratives From August 8, 2025 Summary Judgment Hearing**

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information |
|---|---|---|---|---|
| Doc. 556-1 | Doc. 557-1 | Natera's Demonstratives in Opposition to NeoGenomics' Motion for Summary Judgment on Invalidity (Section 101) | No | No |
| Doc. 556-2 | Doc. 557-2 | Natera's Demonstratives in Support of Natera's Motion for Summary Judgment on Infringement | No | Yes |
| Doc. 556-3 | Doc. 557-3 | Natera's Demonstratives Regarding the Parties' Cross Motions for Summary Judgment on Inventorship | Yes | No |
| Doc. 558-1 | Doc. 559-1 | NeoGenomics' Demonstratives in Support of its Motion for Summary Judgment and in Opposition to Natera's Motion for Summary Judgment | Yes | Yes |