PIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-cv-00629 |

**SUMMARY OF DOCKET LOCATIONS FOR CONFIDENTIAL MATERIALS FILED WITH MOTION TO SEAL (DOC. 442)**

In accordance with the Parties' Joint Stipulation (Doc. 252, as modified at Doc. 257), Defendant NeoGenomics Laboratories, Inc. ("NeoGenomics") by and through its respective undersigned counsel, hereby submit this submission summarizing the docket locations of all sealed and public documents in connection with the Amended Motion to Seal.

The charts are organized according to the Parties' respective expert reports, deposition transcripts, and Summary Judgment and *Daubert* Motions. Unless indicated otherwise, NeoGenomics' confidential information is denoted by green highlighting in the sealed versions of the documents referenced at the docket numbers below.

1

## I. NATERA'S EXPERT REPORTS

### A. Opening Expert Report of Dr. Michael L. Metzker

| Opening Expert Report of Dr. Michael L. Metzker | | | | |
|---|---|---|---|---|
| **Public Doc.** | **Sealed Doc.** | **Description** | **Designating Party** | **Confidential Information** |
| 410 | 443 | April 18, 2025 Opening Expert Report of Dr. Michael L. Metzker | Natera and NeoGenomics | Non-public details regarding the design, development timeline, identification of suppliers and specific components, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 410-6 | 443-6 *filed fully under seal* | Exhibit 6 – NEOGEN00306807-00306839, NeoGenomics Presentation dated November 22, 2024 | NeoGenomics | Non-public confidential business, commercial, and financial information |
| 410-7 | 443-7 *filed fully under seal* | Exhibit 7 – NEOGEN00276148-00276156, RaDaR White Paper Draft | NeoGenomics | Non-public details regarding research and development, design, testing, and analysis strategies of RaDaR assays |
| 410-8 | 443-8 *filed fully under seal* | Exhibit 8 – Ex. 8, NEOGEN00358884-00358898, NeoGenomics Presentation dated January 22, 2025 | NeoGenomics | Non-public details regarding research and development, design, testing, and analysis strategies of RaDaR assays |
| 410-9 | 443-9 | Exhibit 9 – July 16, 2024, Giovanni Marsico 30(b)(6) Deposition Tr. | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |

| Opening Expert Report of Dr. Michael L. Metzker | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 410-11 | 443-11 *filed fully under seal* | Exhibit 11 – NEOGEN00000638-00000651, CORP-WI-0239 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 410-12 | 443-12 *filed fully under seal* | Exhibit 12 – Declaration of Jeremy Peirce dated July 16, 2024 | NeoGenomics / Illumina | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 410-13 | 443-13 *filed fully under seal* | Exhibit 13 – Declaration of Allister J. Maynard dated July 18, 2024 | NeoGenomics / Illumina | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 410-14 | 443-14 *filed fully under seal* | Exhibit 14 – NEOGEN00311488-00311515, CORP-WI-0353, printed on February 21, 2025 | NeoGenomics | Non-public details regarding product research and development, design, testing, and experimentation |
| 411 | 444 *filed fully under seal* | Exhibit 15 – NEOGEN00287963-00287987, CORP-WI-0379, printed on October 21, 2024 | NeoGenomics | Non-public details regarding product research and development, design, testing, and experimentation |

| | | Opening Expert Report of Dr. Michael L. Metzker | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 411-1 | 444-1 *filed fully under seal* | Exhibit 16 – NEOGEN00287741-00287779, CORP-WI-0357, printed on October 11, 2024 | NeoGenomics | Non-public details regarding product research and development, design, testing, and experimentation |
| 411-2 | 444-2 | Exhibit 17 – March 31, 2025, Pete Ellis Tr. | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies. |
| 411-3 | 444-3 | Exhibit 18 – April 4, 2025, Tim Forshew 30(b)(6) Tr. | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |
| 411-4 | 444-4 *filed fully under seal* | Exhibit 19 – NEOGEN00261677-00261697, Inivata Report dated April 27, 2027 | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 411-5 | 444-5 *filed fully under seal* | Exhibit 20 – Natera Final Infringement Contentions | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 411-6 | 444-6 | Exhibit 21 – July 26, 2024, Vishal Sikri 30(b)(1) Tr. | NeoGenomics | Non-public details regarding research and development, design, testing, and analysis strategies of RaDaR assays |
| 411-7 | 444-7 | Exhibit 22 – July 26, 2024, Vishal Sikri 30(b)(6) Tr. | NeoGenomics | Non-public details regarding research and development, design, testing, and analysis strategies of RaDaR assays |
| 411-8 | 444-8 | Exhibit 23 – May 29, 2024, Nathan Campbell Tr. | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 411-9 | 444-9 | Exhibit 24 – April 1, 2025, Giovanni Marsico 30(b)(1) Tr. | NeoGenomics | Non-public details regarding product research and development, design, testing, and experimentation |
| 411-10 | 444-10 | Exhibit 25 – April 1, 2025, Giovanni Marsico 30(b)(6) Tr. | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |

| | | **Opening Expert Report of Dr. Michael L. Metzker** | | |
|---|---|---|---|---|
| **Public Doc.** | **Sealed Doc.** | **Description** | **Designating Party** | **Confidential Information** |
| 411-11 | 444-11 | Exhibit 26 – July 19, 2024, Tim Forshew 30(b)(1) Tr. | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |
| 411-12 | 444-12 | Exhibit 27 – July 10, 2024, Warren Stone 30(b)(6) Tr. | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 411-13 | 444-13 | Exhibit 28 – April 1, 2025, Warren Stone 30(b)(1) Tr. | NeoGenomics | Non-public confidential business, commercial, and financial information |
| 412 | 445 *filed fully under seal* | Exhibit 29 – NEOGEN00353760-00353797, *NeoGenomics Presentation* | NeoGenomics | Non-public confidential business, commercial, and product development information |
| 412-2 | 445-2 *filed fully under seal* | Exhibit 31 – NEOGEN00010680-00010706, NeoGenomics Presentation | NeoGenomics | Non-public confidential business, commercial, and product development information |
| 412-4 | 445-4 *filed fully under seal* | Exhibit 33 – NEOGEN00288266-00288291, NeoGenomics Report | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 412-5 | 445-5 *filed fully under seal* | Exhibit 34 – NEOGEN00288107-00288108, NeoGenomics Presentation | NeoGenomics | Non-public confidential business, commercial, and product development information |
| 412-6 | 445-6 *filed fully under seal* | Exhibit 35 – NEOGEN00287937-002879627, CORP-WI-0375 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 413-1 | 446-1 *filed fully under seal* | Exhibit 39 – NEOGEN00306684-00306722, *RaDaR QC Report* | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |

| Opening Expert Report of Dr. Michael L. Metzker | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 413-2 | 446-2 *filed fully under seal* | Exhibit 40 – NEOGEN00287705-00287716, CORP-SOP-0363 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 413-3 | 446-3 *filed fully under seal* | Exhibit 41 – NeoGenomics' Sixth Supplemental Responses and Objections to Natera's Second Set of Interrogatories (No. 4) | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 413-9 | 446-9 *filed fully under seal* | Exhibit 47a – NEOGEN00311867 annotated | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 413-10 | 446-10 *filed fully under seal* | Exhibit 47b – NEOGEN00311867 annotated | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 413-11 | 446-11 *filed fully under seal* | Exhibit 48 – NEOGEN00311867 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 414 | 447 *filed fully under seal* | Exhibit 49 – NEOGEN00011878-00011905, NeoGenomics Presentation | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |
| 414-3 | 447-3 *filed fully under seal* | Exhibit 52 – NE0GEN00287780-00287808, CORP-WI-0358 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 414-4 | 447-4 *filed fully under seal* | Exhibit 53 – NEOGEN00014719-00014745, NeoGenomics Presentation | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |

| | | Opening Expert Report of Dr. Michael L. Metzker | | |
|---|---|---|---|---|
| **Public Doc.** | **Sealed Doc.** | **Description** | **Designating Party** | **Confidential Information** |
| 414-5 | 447-5 *filed fully under seal* | Exhibit 54 – NEOGEN00216915-00216958, Technical Assessment | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 415 | 448 *filed fully under seal* | Exhibit 55 – NEOGEN00306792-00306806, Verification Report | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 415-1 | 448-1 *filed fully under seal* | Exhibit 56 – NEOGEN00304709-00304715, Analytical Accuracy | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 415-2 | 448-2 *filed fully under seal* | Exhibit 57 – NeoGenomics' Supplemental Responses and Objections to Interrogatory Nos. 10-16 | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 415-5 | 448-5 *filed fully under seal* | Exhibit 60 – NEOGEN00304819-00304828 Accuracy Run3_RTPR09DEC2403 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 415-6 | 448-6 *filed fully under seal* | Exhibit 61 – NEOGEN00304798-00304808, Accuracy Run1_RTPR09DEC2401 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 415-7 | 448-7 *filed fully under seal* | Exhibit 62 – NEOGEN00304809-00304818 Accuracy Run2_RTPR09DEC2402 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 415-8 | 448-8 *filed fully under seal* | Exhibit 63 – NEOGEN00311853 Accuracy 1_2_RTPR09DEC2402_RTPR09DEC2401 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |

| Opening Expert Report of Dr. Michael L. Metzker ||||| 
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| --- | --- | --- | --- | --- |
| 415-10 | 448-10 *filed fully under seal* | Exhibit 65 – NeoGenomics' First Supplemental Responses and Objections to Natera's Fifth Sets of Interrogatories (No. 22) | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 415-11 | 448-11 *filed fully under seal* | Exhibit 66 – NEOGEN00280060-00280071, License Agreement | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |

**B. Rebuttal Expert Report of Dr. Michael L. Metzker**

| Rebuttal Expert Report of Dr. Michael L. Metzker |||||
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| --- | --- | --- | --- | --- |
| 416 | 449 | May 14, 2025 Rebuttal Expert Report of Dr. Michael L. Metzker | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections in ¶¶303, 307, 754. |

## C. Reply Expert Report of Dr. Michael L. Metzker

| Reply Expert Report of Dr. Michael L. Metzker ||||| 
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 437 | 459 | May 28, 2025 Reply Expert Report of Dr. Michael L. Metzker | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections in ECF 3; ¶ 112, §§ VIII.C-VIII.F; ¶¶ 137-138, 144, 149-150; ¶ 157 & n. 188; ¶¶ 165-166; ¶ 167 & ns. 199, 200; ¶¶ 169, 172-174; ¶ 175 & n. 214; ¶ 176 & ns. 216, 217, 218; ¶¶ 177-181; ¶ 182 & n. 226; § IX.B.ii; ¶ 190 & n. 245; ¶¶ 191-192; ¶ 194 & n. 253; ¶195 & n. 254; ¶¶ 196-198; ¶ 200 & n. 258; ¶¶ 202-207, 210. 213, 215, 217, 220-222, 230-231, 241, 247-265, 272-279, 290-299, 309-320, 383; §§ XI.A., XI.B.; ¶¶ 413-416; §§ XIV.A., XIV.B. |
| 437-17 | 459-17 *filed fully under seal* | Exhibit 17 – NEOGEN00287837-00287846, CORP-WI-0361 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 437-18 | 459-18 *filed fully under seal* | Exhibit 18 – NEOGEN00415194-00415267, Inivata, *Report* | NeoGenomics | Non-public details regarding product research and development, design, testing, and analysis strategies |
| 438 | 460 *filed fully under seal* | Exhibit 19 – NEOGEN00287733-00287740, CORP-WI-0347 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |

| Reply Expert Report of Dr. Michael L. Metzker | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 438-1 | 460-1 *filed fully under seal* | Exhibit 20 – NEOGEN00287856-00287864, NeoGenomics, CORP-WI-0363 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 438-2 | 460-2 *filed fully under seal* | Exhibit 21 – NEOGEN00287717-00287732, CORP-WI-0346 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 438-4 | 460-4 *filed fully under seal* | Exhibit 23 – NEOGEN00287865-00287877, NeoGenomics, CORP-WI-0364 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 438-5 | 460-5 *filed fully under seal* | Exhibit 24 – NEOGEN00287878-00287884, NeoGenomics, CORP-WI-0365 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |
| 439-1 | 486-1 *filed fully under seal* | Exhibit 26 – NEOGEN00287927-00287936, CORP-WI-0374 | NeoGenomics | Non-public technical details regarding product research and development, design, testing, and experimentation |

D. Expert Reports of Dr. Anup Malani

| Expert Reports of Dr. Anup Malani | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 426 | 463 | April 18, 2025 Opening Expert Report of Dr. Anup Malani | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information |
| 427 | 464 | May 28, 2025 Reply Expert Report of Dr. Anup Malani | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information |

E. Expert Reports of Ms. Ambreen Salters

| Expert Reports of Ms. Ambreen Salters | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 428 | 465 | April 18, 2025 Opening Expert Report of Ms. Ambreen Salters | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information; non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 429 | 466 | May 14, 2025 Rebuttal Expert Report of Ms. Ambreen Salters | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information |
| 430 | 467 | May 28, 2025 Reply Expert Report of Ms. Ambreen Salters | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information; non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |

II. **NEOGENOMICS' EXPERT REPORTS**

A. Expert Reports of Dr. Niall Lennon

| Expert Reports of Dr. Niall Lennon | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 431 | 468 | April 18, 2025 Opening Expert Report of Dr. Niall Lennon | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |

| | | Expert Reports of Dr. Niall Lennon | | |
|---|---|---|---|---|
| **Public Doc.** | **Sealed Doc.** | **Description** | **Designating Party** | **Confidential Information** |
| 432 | 469 | May 14, 2025 Rebuttal Expert Report of Dr. Niall Lennon | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections in ECF 7; ¶¶ 9, 124-128, 144-147, 152, 155, 158-164, 166-171, 174-201; ¶ 205 & n. 8; ¶¶ 206-225, 270-301, 310-315, 323-325, 329, 333-340, 345, 360-381, 384; ¶ 388 & n. 17; ¶¶ 389, 394-403, 409, 413-416, 425-427, 434; ¶ 437 & n. 26; ¶¶ 438-444, 456-467, 472, 478-479, 485-502, 508-509, 551-558, 566-567, 594; § XVII.B.; ¶¶ 620-627. |
| 433 | 470 | May 28, 2025 Reply Expert Report of Dr. Niall Lennon | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections in ¶¶ 18, 39, 41-42, 44-47, 108, 114, 243. |

B. Expert Reports of Mr. Stephen Dell

| Expert Reports of Mr. Stephen Dell | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 435 | 472 | May 14, 2025 Rebuttal Expert Report of Mr. Stephen Dell | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information; information regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |

III. **EXPERT DEPOSITION TRANSCRIPTS**

| Public Doc. | Sealed Doc. | Description | Designating Party | |
|---|---|---|---|---|
| 474 | 480 *filed fully under seal* | June 2, 2025 Deposition Transcript of Dr. Michael L. Metzker | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 475 | 481 *filed fully under seal* | June 6, 2025 Deposition Transcript of Dr. Anup Malani | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information |
| 476 | 482 *filed fully under seal* | June 6, 2025 Deposition Transcript of Ms. Ambreen Salters | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information; information regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |

| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
|---|---|---|---|---|
| 477 | 483 *filed fully under seal* | June 4, 2025 Deposition Transcript of Mr. Stephen Dell | Natera and NeoGenomics | Non-public confidential business, commercial, and financial information; information regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 479 | 485 *filed fully under seal* | June 6, 2025 Deposition Transcript of Dr. Niall Lennon | Natera and NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |

## IV. NEOGENOMICS' SUMMARY JUDGMENT MOTION

| NeoGenomics' Summary Judgment Briefings ||||| 
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 490 | 492 | NeoGenomics' Memorandum in Support of Motion for Summary Judgment of Invalidity and Non-infringement | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 519 | 523 | NeoGenomics' Memorandum in Opposition to Natera's Motion for Summary Judgment | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |
| 516-10 | 520-10 *filed fully under seal* | Exhibit J – NEOGEN00287824 | NeoGenomics | Non-public details regarding product research and development, design, testing, and experimentation |
| 534 | 535 | NeoGenomics' Reply in Support of Motion for Summary Judgment | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |

## V. NATERA'S SUMMARY JUDGMENT MOTION

| Natera's Summary Judgment Briefings | | | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 495 | 503 | Natera's Memorandum in Support of Motion for Summary Judgment | NeoGenomics | Non-public details regarding research and development, design, testing, and analysis strategies of RaDaR assays<br><br>Narrowed to §§ IV.A.1(b), (c), IV.A.2, 4; ECF 14-19 |
| 512 | 514 | Natera's Opposition to Defendant NeoGenomics Laboratories, Inc.'s Motion for Summary Judgment | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |

| | | Natera's Summary Judgment Briefings | | |
|---|---|---|---|---|
| **Public Doc.** | **Sealed Doc.** | **Description** | **Designating Party** | **Confidential Information** |
| 539 | 540 | Natera's Reply in Support of Motion for Summary Judgment | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections on ECF 10 (citing Doc. 523, 13), 10 (citing Doc. 514, 15-16), 11 (citing Doc. 503, 10), 11 (citing Doc. 523, 14; Doc. 459, ¶¶ 226-245, 442), 11(citing Doc. 523, 13-14), 12 (citing Doc. 485, 275:2-13, 299:24-300:18), 12 (citing Doc. 523, 16-17), 13 (citing Doc. 459, ¶¶ 290-293), 13 (citing 444-2, 237:18-238:12), 14 (citing Doc. 523, 19-22), 14 (citing *Id.* at 20-21), 14 (citing *Id.*, NEOGEN00287784-88; Doc. 443, ¶ 228), 14-15 (citing Doc. 444-10, 61:1-10, 62:1-25, 65:15-66:5), 15 (citing *Id.*, 34:1-18), 15 (citing Doc. 17-7), 15-16 (citing *Id.*) |

## VI. NEOGENOMICS' *DAUBERT* MOTION

| | | NeoGenomics' *Daubert* Motion | | |
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 502 | 507 | NeoGenomics' Motion to Exclude Opinions and Testimony from Dr. Metzker | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay;<br><br>Narrowed to highlighted selections on ECF 18 (citing Dkt. 480 at 329:4-10, 329:21-8), 19 (citing *Id.* at 329:11-14), 19 (citing *Id.* ¶¶ 87, 92), 19 (citing *Id.* at 441:8-18), 19 (citing *Id.* ¶¶ 284-286), 25 (citing Dkt. 443 ¶ 136; Dkt. 449 ¶¶ 304, 743), 27 (citing from Dkt. 480 at 430:17-23; *id.* at 443:19-22; *id.* at 438:6-10) |
| 517 | 521 | NeoGenomics' Memorandum in Opposition to Natera's Motion to Exclude Testimony and Opinions offered by Dr. Niall Lennon | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay;<br><br>Narrowed to highlighted selections on ECF 28-29, 31 (citing Dkt. 469, ¶¶ 463-466), 31 (citing *Id.*), 31 (citing *Id.*), 32 (citing Dkt. 469, ¶¶ 163, 174, 273, 291; Dkt. 485, 459:11-21), 32 (citing Dkt. 469, ¶ 313) |

| | | NeoGenomics' *Daubert* Motion | | |
|---|---|---|---|---|
| **Public Doc.** | **Sealed Doc.** | **Description** | **Designating Party** | **Confidential Information** |
| 518 | 522 | NeoGenomics' Opposition to Motion to Exclude Testimony and Opinions Offered by Stephen Dell | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 530 | 531 | NeoGenomics' Reply in Support of Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections on ECF 9 (citing Dkt. 443, ¶ 90, 9 (citing Dkt. 379, ¶ 94), 9 (citing Dkt. 280, 8-9; Dkt. 394, 5; Dkt. 272, 11), 10 (citing Dkt. 480, 441:8-18) |

## VII. NATERA'S *DAUBERT* MOTIONS

| Natera's *Daubert* Motion |||||
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 497 | 506 | Natera's Memorandum in Support of Motion to Exclude Testimony and Opinions Offered by Dr. Niall Lennon | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay;<br><br>Narrowed to highlighted selections on ECF 20 (citing Doc. 469, ¶ 30), 22 (citing Doc. 469 at § XII.A.1.d, ¶ 413), 22-23 (citing *Id.*, ¶ 412), 24 (citing Doc. 469, ¶¶ 323, 340-70, 372-81, 422-23, 470), 24 (citing *Id.*, ¶ 339), 25 (citing Doc. 469, ¶¶ 102-104, 328-341), 25 (citing *Id.*, ¶ 363), 26 (citing Doc. 469 at § XII.A.1.c, ¶¶ 385-409), 27 (citing Doc. 469, ¶ 434), 28 (citing Doc. 469, ¶455, § XII.B.1.b; Doc. 444-10 (Marisco 4/1/25 30(b)(6) Tr.) at 47:16–48:6), 28-29 (citing Doc. 469, ¶¶455-67) |
| 498 | 508 | Natera's Motion to Exclude Testimony of Stephen Dell | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 499 | 509 | Natera's Memorandum in Support of Motion to Exclude Testimony and Opinions of Stephen Dell | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |

| Natera's *Daubert* Motion |||||
|---|---|---|---|---|
| Public Doc. | Sealed Doc. | Description | Designating Party | Confidential Information |
| 513 | 515 | Natera's Opposition to NeoGenomics' Motion to Exclude Certain Opinions from Dr. Michael Metzker | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay<br><br>Narrowed to highlighted selections on ECF 26-27 (citing *Id.*, ¶153; Doc. 480, 329:4-330:13, 445:5-12, 446:1-2) |
| 532 | 533 | Natera's Reply in Support of Motion to Exclude Dell | NeoGenomics | Non-public details regarding business partnerships between NeoGenomics and third parties which are subject to contracts with confidentiality provisions |
| 537 | 538 | Natera's Reply in Support of Motion to Exclude Testimony and Opinions Offered by Dr. Niall Lennon | NeoGenomics | Non-public, technical details regarding the specific workflow, development, and experimentation of NeoGenomics' new RaDaR 1.1 assay |