

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATERA, INC., )
 )
 Plaintiff, )
 )
v. ) 1:23-CV-629
 )
NEOGENOMICS LABORATORIES, )
INC., )
 )
 Defendant. )

## ORDER

This matter is before the Court an Amended Motion to Seal filed by the parties on

August 15, 2025. Public notice has been given by virtue of the public filing of the

motion several weeks ago and by virtue of the original motions filed well before that. No

one has objected. In the amended motion, the parties narrowed their original requests to

seal.

The materials submitted in connection with summary judgment briefing are

subject to the First Amendment right of access. The materials submitted with *Daubert*

motions relate to evidence anticipated at trial and are subject to the First Amendment

right of access. The Court adopts by reference its discussion of the legal principles

applicable to motions to seal, as stated in previous orders. *See, e.g.*, Doc. 335 at 3-7. The

Court has applied those principles here.

The Court has reviewed the materials along with the evidence in support. The

motion will be granted in part and denied part, as stated in the attached chart. All page

numbers refer to the page numbers appended by the CM-ECF system.

As to all matters where the motion is granted, the material is confidential business information the disclosure of which would damage the movant's business interests and the movant's interests outweigh the public's right of access. Where the motion is denied, the Court has stated its reason in summary form in the attached chart.

It is **ORDERED** that:

1. The joint amended motion to seal, Doc. 560, is **GRANTED in part and DENIED in part** as stated in the Attachment hereto**.**

2. As to all matters where the motion is denied in part for any reason, the parties **SHALL** promptly provide documents redacted consistent with this Order to the Court Operations Manager for substitution on the public docket.

3. For all materials ordered sealed by this Order, the seal will expire on October 15, 2035. Any motion to extend the seal **SHALL** be filed no later than September 13, 2035. In the absence of such a motion, the Clerk **SHALL** unseal all documents subject to this order on October 15, 2035.

4. The Clerk **SHALL** unseal the materials as ordered herein on October 13, 2025. This the 7th day of October, 2025.

UNITED STATES DISTRICT JUDGE

# ATTACHMENT

## I.    NeoGenomics' Motion for Summary Judgment (Doc. 490)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 490 | Doc. 492 | NeoGenomics' Memorandum in Support of Motion for Summary Judgment | Yes; narrowed to screenshots on pp. 7-10 and quoted material from Ex. 13 on p. 13. | Yes[3] | Denied since same information is available in the patent. Unseal Doc. 492. |
| Doc. 491 | Doc. 493 | Declaration of Hui Zhao | No[4] | No | Unseal Doc. 493 |

---

[1]    The table below lists all briefing and exhibits filed in connection with the Motion, including in Opposition and Reply briefing.

[2]    Natera has narrowed its designations of confidential information, where applicable, in view of the parties' arguments raised at the public August 8, 2025 hearing. In some cases, Natera does not seek to maintain any information under seal and has affixed footnote no. 4 in the table accordingly. In other cases, Natera requests that only specific portions of a document be maintained under seal and has annotated the entries in the table accordingly. Pending the Court's ruling on the narrowed confidentiality designations, and subject to the Court's approval, Natera agreed to provide substitute versions of the docket entries reflecting the narrowed redactions.

[3]    Unless indicated that the entire document is requested to be filed under seal, NeoGenomics' confidential information in each of the sealed documents is highlighted in green. NeoGenomics has narrowed its designations of confidential information, where applicable, in view of the parties' arguments raised at the public August 8, 2025 hearing.    Where applicable, NeoGenomics has indicated the specific portions of a document it requests to maintain under seal and has annotated the entries in the table accordingly. Pending the Court's ruling on the narrowed confidentiality designations, and subject to the Court's approval, NeoGenomics has agreed to provide substitute versions of the docket entries reflecting the narrowed redactions.

[4]    Natera is not seeking to maintain under seal the information identified as Natera's confidential information (highlighted in yellow) following the public August 8, 2025 hearing. Natera therefore requests that the Court unseal the document to the extent it does not include any of NeoGenomics' confidential information.

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 491-1 | Doc. 493-1 | Exhibit 1: September 10-11, 2014 email communications (NAT-NEO-00653076) | No[5] | No | Unseal Doc. 493-1 |
| Doc. 491-2 | Doc. 493-2 | Exhibit 2: PowerPoint presentation attached to Exhibit 1 (NAT-NEO-00653078) | Yes | No | Granted. Maintain Doc. 493-2 under seal |
| Doc. 491-3 | Doc. 493-3 | Exhibit 3: September 10, 2014 email communications (NAT-NEO-00653107-09) and attachment | Yes;[6] narrowed to ECF 6-11. | No | Granted as narrowed to pp 6-11. Otherwise denied as withdrawn. Upon substitution of Doc. 491-3 consistent with this order, maintain Doc. 493-3 under seal. |
| Doc. 491-4 | Doc. 493-4 | Exhibit 4: September 15, 2014 email communications (NAT-NEO-00653122-23) | Yes | No | Granted. Maintain Doc. 493-4 under seal |
| Doc. 491-5 | Doc. 493-5 | Exhibit 5: September 17, 2014 email | Yes | No | Granted. Maintain |

---

[5] The majority of the contents of this document were previously filed at Doc. 153-1 and unsealed pursuant to the Court's Order at Doc. 198 at 1. Accordingly, Natera requests that the Court unseal the document.

[6] The majority of the contents of this document (ECF 2-4) were previously filed at Doc. 153-1 and unsealed pursuant to the Court's Order at Doc. 198 at 1. Natera only requests to maintain under seal other portions of this document (ECF 6-11) that have not been previously made public.

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | communications (NAT-NEO-00653145-46) | | | Doc. 493-5 under seal |
| Doc. 491-6 | Doc. 493-6 | Exhibit 6: Excel spreadsheet attached to Exhibit 5 (NAT-NEO-00653147) | Yes | No | Granted. Maintain Doc. 493-6 under seal |
| Doc. 491-7 | Doc. 493-7 | Exhibit 7: Excel spreadsheet (NAT-NEO-00653432) | Yes | No | Granted. Maintain Doc. 493-7 under seal |
| Doc. 491-8 | Doc. 493-8 | Exhibit 8: U.S. Patent Application Publication No. 2013/0123120 (NEOGEN00342014-146) | No | No | Unseal Doc. 493-8 |
| Doc. 491-9 | Doc. 493-9 | Exhibit 9: April 10, 2015 email communications (NAT-NEO-00655515-17) | No[4] | No | Unseal Doc. 493-9 |
| Doc. 491-10 | Doc. 493-10 | Exhibit 10: Natera description (NAT-NEO-00655518-19) | No[4] | No | Unseal Doc. 493-10 |
| Doc. 491-11 | Doc. 493-11 | Exhibit 11: September 12, 2014 Natera Presentation (NAT-NEO-00884638-61) | Yes | No | Granted. Maintain Doc. 493-11 under seal. |
| Doc. 491-12 | Doc. 493-12 | Exhibit 12: October 14, 2014 Natera email communications (NAT-NEO-00653534-40) | Yes; narrowed to ECF 3-6 | No | Granted as narrowed to pp 3-6. Otherwise denied as withdrawn. Upon substitution of Doc 491-12 consistent |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | | | | with this Order, maintain Doc. 493-12 under seal. |
| Doc. 491-13 | Doc. 493-13 | Exhibit 13: September 12, 2014 email communications (NAT-NEO-00887899-900) | Yes | No | Denied. Inadequate support for contention that this dated, non-technical information is confidential. Unseal Doc. 493-13. |
| Doc. 491-14 | Doc. 493-14 | Exhibit 14: Merriam-Webster Dictionary excerpts | No | No | Unseal Doc. 493-14 |
| Natera's Opposition | | | | | |
| Doc. 512 | Doc. 514 | Natera's Opposition to NeoGenomics' Motion for Summary Judgment | No[4] | Yes | Granted as to material highlighted in green in Doc. 514 p 18, otherwise denied as withdrawn.

Upon substitution of Doc. 512 consistent with this order, maintain Doc. 514 under seal. |
| Doc. 512-1 | Doc. 514-1 | Exhibit 1: September 24, 2014 email | Yes | No | Granted. Maintain |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | communications (NAT-NEO-00653213-17) | | | Doc. 514-1 under seal. |
| Doc. 512-2 | Doc. 514-2 | Exhibit 2: April 10, 2015 email communications (NAT-NEO-00655515-17) | No[4] | No | Unseal Doc. 514-2 |
| Doc. 512-3 | Doc. 514-3 | Exhibit 3: February 23, 2015 email communications (NAT-NEO-00654297-302) | Yes | No | Granted. Maintain Doc. 514-3 under seal. |
| Doc. 512-4 | Doc. 514-4 | Exhibit 4: Article authored by Charles Swanton | No | No | Unseal Doc. 514-4 |
| Doc. 512-5 | Doc. 514-5 | Exhibit 5: October 7, 2014 email communication (NAT-NEO-00653431) | Yes | No | Granted. Maintain Doc. 514-5 under seal. |
| **NeoGenomics' Reply** | | | | | |
| Doc. 534 | Doc. 535 | NeoGenomics' Reply in Support of Motion for Summary Judgment | No[4,7] | Yes; ECF 17[8] | Granted as to Doc. 535 at 17; otherwise denied as withdrawn.<br><br>Upon substitution of pages in Doc. 534 consistent with this |

---

[7]    Natera is not seeking to maintain under seal the information identified as Natera's confidential information (highlighted in yellow) on pp. 1-4 and 7 following the public August 8, 2025 hearing.  The remainder of the material highlighted in yellow appears to corresponds to NeoGenomics' confidential information.

[8]    Inadvertently highlighted in yellow.

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | | | | order maintain Doc. 535 under seal. |
| Doc. 536 | n/a | Declaration of Matthew R. Stephens | No | No | Not under seal now |
| Doc. 536-1 | n/a | Exhibit 1: U.S. Provisional Patent App. No. 62/146,188 | No | No | Not under seal now |
| Doc. 536-2 | n/a | Exhibit 2: U.S. Provisional Patent App. No. 62,148,173 | No | No | Not under seal now |
| Doc. 536-3 | n/a | Exhibit 3: January to February 2025 email correspondence | No | No | Not under seal now |

8

## II.    Natera's Motion for Summary Judgment (Doc. 494)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 495 | Doc. 503 | Natera's Memorandum in Support of Motion for Summary Judgment | No[4] | Yes; narrowed to Section IV.A.1(b), (c), IV.A.2, 4; ECF 14-19 | Granted as to Doc. 503 at pp 14-19, as highlighted in green in Section IV.A.1(b), (c), IV.A.2, 4; otherwise denied as withdrawn.<br><br>Upon substitution of Doc. 495 consistent with this order, maintain Doc. 503 under seal. |
| Doc. 495-1 | Doc. 503-1 | Declaration of Dr. Matthew Rabinowitz in Support of Natera's Motion for Summary Judgment | Yes; narrowed to ¶¶4-32. | No | Denied as to ¶ 4, too general to be meaningfully confidential. Granted at to ¶¶ 5-32. Otherwise denied as withdrawn.<br><br>Upon substitution of Doc.495-1 consistent with this |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | | | | order, maintain Doc. 503-1 under seal. |
| Doc. 495-2 | Doc. 503-2 | Declaration of Dr. Bernhard Zimmermann in Support of Natera's Motion for Summary Judgment | Yes; narrowed to ¶¶4-19. | No | Denied as to ¶ 19, too general to be meaningfully confidential or speaks to publicly known problems.<br><br>Granted as to ¶ 4-18.<br><br>Otherwise denied as withdrawn.<br><br>Upon substitution of Doc. 495-2 consistent with this order, maintain Doc. 503-2 under seal. |
| **NeoGenomics' Opposition** | | | | | |
| Doc. 516 | Doc. 520 | Declaration of Matthew Stephens in Support of NeoGenomics' Opposition to Natera's Motion for Summary Judgment and Motions to Exclude Opinions | No | Yes | Denied. Nothing confidential in this declaration. Unseal Doc. 520. |

10

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | and Testimony of Dr. Niall Lennon and Mr. Stephen Dell | | | |
| Doc. 516-1 | Doc. 520-1 | Exhibit A: Excerpt of Natera's 5th Supplemental Interrogatory Responses, dated April 4, 2025 | No[4] | No | Unseal Doc. 520-1 |
| Doc. 516-2 | Doc. 520-2 | Exhibit B: February 24, 2015 Natera presentation (NAT-NEO-00654281-95) | Yes | No | Granted. Maintain Doc. 520-2 under seal |
| Doc. 516-3 | Doc. 520-3 | Exhibit C: Charles Swanton Deposition Errata | No[4] | No | Unseal Doc. 520-3 |
| Doc. 516-4 | Doc. 520-4 | Exhibit D: January 21, 2015 email communications (NAT-NEO-00654148) | Yes | No | Granted. Maintain Doc. 520-4 under seal. |
| Doc. 516-5 | Doc. 520-5 | Exhibit E: Appendix B NeoGenomics' chart | No[4] | No | Unseal Doc. 520-5 |
| Doc. 516-6 | Doc. 520-6 | Exhibit F: Appendix C NeoGenomics' chart | No[4] | No | Unseal Doc. 520-6 |
| Doc. 516-7 | Doc. 520-7 | Exhibit G: Sequencing Output Files website printout (NEOGEN00281695-96) | No | No | Unseal Doc. 520-7 |
| Doc. 516-8 | Doc. 520-8 | Exhibit H: FASTQ files explained website printout (NEOGEN00416078-81) | No | No | Unseal Doc. 520-8 |
| Doc. 516-9 | Doc. 520-9 | Exhibit I: Output Files website printout | No | No | Unseal Doc. 520-9 |

11

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | (NEOGEN00416111-17) | | | |
| Doc. 516-10 | Doc. 520-10 | Exhibit J:NeoGenomics internal operating procedure document (NEOGEN00287824-36) | No | Yes | Granted. Maintain Doc. 520-10 under seal. |
| Doc. 516-11 | Doc. 520-11 | Exhibit K: IPR2025-00455 Patent Owner's Preliminary Response | No | No | Unseal Doc. 520-11 |
| Doc. 516-12 | Doc. 520-12 | Exhibit L: Attorney created chart | No[4] | No | Unseal Doc. 520-12 |
| Doc. 519 | Doc. 523 | NeoGenomics' Opposition to Natera's Motion for Summary Judgment | No[4] | Yes | Granted as to material highlighted in green at pp. 23-35, except for the first sentence under the heading "argument" on page 29, which is not confidential. Denied otherwise as withdrawn.<br><br>Upon substitution of Doc. 519 consistent with this order, the Clerk shall |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | | | | maintain Doc. 523 under seal. |
| | | **Natera's Reply** | | | |
| Doc. 539 | Doc. 540 | Natera's Reply in Support of Motion for Summary Judgment | No[4] | Yes; narrowed to highlighted selections on ECF 10 (citing Doc. 523, 13), 10 (citing Doc. 514, 15-16), 11 (citing Doc. 503, 10), 11 (citing Doc. 523, 14; Doc. 459, ¶¶ 226-245, 442), 11(citing Doc. 523, 13-14), 12 (citing Doc. 485, 275:2-13, 299:24-300:18), 12 (citing Doc. 523, 16-17), 13 (citing Doc. 459, ¶¶ 290-293), 13 (citing 444-2, 237:18-238:12), 14 (citing Doc. 523, 19-22), 14 (citing *Id.* at 20-21), 14 (citing *Id.*, NEOGEN00287784-88; Doc. 443, ¶ 228), 14-15 (citing Doc. 444-10, 61:1-10, 62:1-25, 65:15-66:5), 15 (citing *Id.*, 34:1-18), 15 (citing Doc. 17-7), 15-16 (citing *Id.*) | Granted as to material highlighted in green on p. 10-16, as narrowed. Denied otherwise as withdrawn. Upon substitution of Doc. 539 consistent with this order, the Clerk shall maintain Doc. 540 under seal |

## III. Natera's Motion to Exclude Opinions and Testimony of Dr. Niall Lennon (Doc. 496)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 497 | Doc. 506 | Natera's Memorandum in Support of Motion to Exclude Opinions and Testimony of Dr. Niall Lennon | No[4] | Yes; narrowed to highlighted selections on ECF 20 (citing Doc. 469, ¶ 30), 22 (citing Doc. 469 at § XII.A.1.d, ¶ 413), 22-23 (citing *Id.*, ¶ 412), 24 (citing Doc. 469, ¶¶ 323, 340-70, 372-81, 422-23, 470), 24 (citing *Id.*, ¶ 339), 25 (citing Doc. 469, ¶¶ 102-104, 328-341), 25 (citing *Id.*, ¶ 363), 26 (citing Doc. 469 at § XII.A.1.c, ¶¶ 385-409), 27 (citing Doc. 469, ¶ 434), 28 (citing Doc. 469, ¶455, § XII.B.1.b; Doc. 444-10 (Marisco | Granted as to material highlighted in green on .p 20-24, as narrowed. Denied otherwise as withdrawn.<br><br>Upon substitution of Doc. 497 consistent with this order, the Clerk shall maintain Doc. 506 under seal |

14

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | | | 4/1/25 30(b)(6) Tr.) at 47:16–48:6), 28-29 (citing Doc. 469, ¶¶455-67) | |
| **NeoGenomics' Opposition** | | | | | |
| Doc. 517 | Doc. 521 | NeoGenomics' Opposition to Natera's Motion to Exclude Opinions and Testimony of Dr. Niall Lennon | No[4] | Yes; narrowed to highlighted selections on ECF 28-29, 31 (citing Dkt. 469, ¶¶ 463-466), 31 (citing *Id.*), 31 (citing *Id.*), 32 (citing Dkt. 469, ¶¶ 163, 174, 273, 291; Dkt. 485, 459:11-21), 32 (citing Dkt. 469, ¶ 313) | Granted as to material highlighted in green on p. 28-32, as narrowed. Denied otherwise as withdrawn. Upon substitution of Doc. 517 consistent with this order, the Clerk shall maintain Doc. 521 under seal |
| **Natera's Reply** | | | | | |
| Doc. 537 | Doc. 538 | Natera's Reply in Support of Motion to Exclude Opinions and Testimony of Dr. Niall Lennon | No | Yes | Granted. The Clerk shall maintain Doc. 538 under seal. |

## IV. Natera's Motion to Exclude Opinions and Testimony of Mr. Stephen Dell (Doc. 498)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 498 | Doc. 508 | Natera's Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | No | Yes | Granted. The Clerk shall maintain Doc. 508 under seal. |
| Doc. 499 | Doc. 509 | Natera's Memorandum in Support of Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | Yes | Yes | Granted. The Clerk shall maintain Doc. 508 under seal. |
| Doc. 499-1 | Doc. 509-1 | Exhibit 1: Terminal Disclaimer for U.S. Patent App. No. 11/212,812 | No | No | Unseal Doc. 509-1 |
| **NeoGenomics' Opposition** | | | | | |
| Doc. 518 | Doc. 522 | NeoGenomics' Opposition to Natera's Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | Yes | Yes | Granted. The Clerk shall maintain Doc. 522 under seal. |
| **Natera's Reply** | | | | | |
| Doc. 532 | Doc. 533 | Natera's Reply in Support of Motion to Exclude Opinions and Testimony of Mr. Stephen Dell | Yes | Yes | Granted. The Clerk shall maintain Doc. 533 under seal. |

## V. NeoGenomics' Motion to Exclude Opinions and Testimony of Dr. Michael Metzker (Doc. 501)[1]

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 502 | Doc. 507 | NeoGenomics' Memorandum in Support of Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | No[4] | Yes; narrowed to highlighted selections on **ECF 18** (citing Dkt. 480 at 329:4-10, 329:21-8), **19** (citing *Id.* at 329:11-14), **19** (citing *Id.* ¶¶ 87, 92), **19** (citing *Id.* at 441:8-18), **19** (citing *Id.* ¶¶ 284-286), 25 (citing Dkt. 443 ¶ 136; Dkt. 449 ¶¶ 304, 743), 27 (citing from Dkt. 480 at 430:17-23; *id.* at 443:19-22; *id.* at 438:6-10) | Granted as to material highlighted in green on p 18-19, 25, 27, as narrowed. Denied otherwise as withdrawn. Upon substitution of Doc. 502 consistent with this order, the Clerk shall maintain Doc. 507 under seal |
| Doc. 505 | Doc. 510 | Declaration of Matthew R. Stephens | No | No | Unseal Doc. 510 |
| Doc. 505-1 | Doc. 510-1 | Exhibit A: May 28, 2025 email communications | No | No | Unseal Doc. 510-1 |
| Doc. 505-2 | Doc. 510-2 | Exhibit B: NeoGenomics' First Requests for Production, dated August 9, 2023 | No | No | Unseal Doc. 510-2 |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 505-3 | Doc. 510-3 | Exhibit C: November 6, 2023 letter from Natera's counsel to NeoGenomics' counsel | No[4] | No | Unseal Doc. 510-3 |
| Doc. 505-4 | Doc. 510-4 | Exhibit D: December 27, 2023 email communications (NAT-NEO-01065431-39) | No[4] | No | Unseal Doc. 510-4 |
| Doc. 505-5 | Doc. 510-5 | Exhibit E: March 13, 2025 Document Production Deficiencies email communications | No[4] | No | Unseal Doc. 510-5 |
| Doc. 505-6 | Doc. 510-6 | Exhibit F: June 19, 2025 Discovery Deficiencies email communications | No[4] | No | Unseal Doc. 510-6 |
| **Natera's Opposition** | | | | | |
| Doc. 513 | Doc. 515 | Natera's Opposition to NeoGenomics' Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | No[4] | Yes; narrowed to highlighted selections on ECF 26-27 (citing *Id.*, ¶153; Doc. 480, 329:4-330:13, 445:5-12, 446:1-2) | Granted as to material highlighted in green on p. 16-27, as narrowed. Denied otherwise as withdrawn. Upon substitution of Doc. 513 consistent with this order, the Clerk shall maintain Doc. 515 under seal |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 513-1 | Doc. 515-1 | Exhibit 1: November 22, 2022 email communications | No | No | Unseal Doc. 515-1 |
| Doc. 513-2 | Doc. 515-2 | Exhibit 2: January 17, 2024 email communications | No[4] | No | Unseal Doc. 515-2 |
| Doc. 513-3 | Doc. 515-3 | Exhibit 3: April 30, 2024 email communications | No[4] | No | Unseal Doc. 515-3 |
| Doc. 513-4 | Doc. 515-4 | Exhibit 4: May 24, 2024 email communications | No[4] | No | Unseal Doc. 515-4 |
| Doc. 513-5 | Doc. 515-5 | Exhibit 5: February 26, 2025 email communications | No | No | Unseal Doc. 515-5 |
| Doc. 513-6 | Doc. 515-6 | Exhibit 6: March 10, 2025 email communications | No | No | Unseal Doc. 515-6 |
| Doc. 513-7 | Doc. 515-7 | Exhibit 7: January 30, 2025 email communications | No[4] | No | Unseal Doc. 515-7 |
| Doc. 513-8 | Doc. 515-8 | Exhibit 8: Natera document production service emails (2023) | No | No | Unseal Doc. 515-8 |
| Doc. 513-9 | Doc. 515-9 | Exhibit 9: Natera document production service emails (2024-2025) | No | No | Unseal Doc. 515-9 |
| Doc. 513-10 | Doc. 515-10 | Exhibit 10: June 16, 2025 email communications | No[4] | No | Unseal Doc. 515-10 |

| NeoGenomics' Reply | | | | |
|---|---|---|---|---|
| Doc. 530 | Doc. 531 | NeoGenomics' Reply in Support of Motion to Exclude Opinions and Testimony of Dr. Michael Metzker | No[4,9] | Yes; narrowed to highlighted selections on ECF 9 (citing Dkt. 443, ¶ 90, 9 (citing Dkt. 379, ¶ 94), 9 (citing Dkt. 280, 8-9; Dkt. 394, 5; Dkt. 272, 11), 10 (citing Dkt. 480, 441:8-18) | Granted as to material highlighted in green on p. 9-10, as narrowed.<br><br>Denied otherwise as withdrawn.<br><br>Upon substitution of Doc. 530 consistent with this order, the Clerk shall maintain Doc. 531 under seal |

---

[9] Natera is not seeking to maintain under seal the information identified as Natera's confidential information (highlighted in yellow) on pp. 1 and 6-11 following the public August 8, 2025 hearing. The remainder of the material highlighted in yellow appears to corresponds to NeoGenomics' confidential information.

## VI. The Parties' Demonstratives From August 8, 2025 Summary Judgment Hearing

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| Doc. 556-1 | Doc. 557-1 | Natera's Demonstratives in Opposition to NeoGenomics' Motion for Summary Judgment on Invalidity (Section 101) | No | No | Unseal Doc. 557-1 |
| Doc. 556-2 | Doc. 557-2 | Natera's Demonstratives in Support of Natera's Motion for Summary Judgment on Infringement | No | Yes | Denied. These slides were used in open court and the Court does not recall any mention of confidentiality. Unseal Doc. 557-2. |
| Doc. 556-3 | Doc. 557-3 | Natera's Demonstratives Regarding the Parties' Cross Motions for Summary Judgment on Inventorship | Yes | No | Denied. These slides were used in open court and the Court does not recall any mention of confidentiality. Unseal Doc. 557-3. |
| Doc. 558-1 | Doc. 559-1 | NeoGenomics' Demonstratives in Support of its Motion for Summary Judgment and in Opposition to Natera's Motion | Yes | Yes | Denied. These slides were used in open court and the Court does not recall any mention of confidentiality. |

| Public Doc. | Sealed Doc. | Description | Natera Confidential Information[2] | NeoGenomics Confidential Information | Result |
|---|---|---|---|---|---|
| | | for Summary Judgment | | | Unseal Doc. 559-1. |

END OF ATTACHMENT