IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC.,<br><br>                Plaintiff,<br>v.<br><br>NEOGENOMICS LABORATORIES, INC.,<br><br>                Defendant. | C.A. No. 1:23-cv-629 |

## PLAINTIFF NATERA, INC.'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 4(a), Plaintiff Natera, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on September 29, 2025 (D.I. 579), and from any and all adverse orders, rulings, findings, opinions, and conclusions incorporated in, antecedent to, ancillary to, or underlying and related to that Judgment, and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, opinions and claim constructions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Respectfully submitted this 29th day of October, 2025.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Robert C. Van Arnam |
|  | Robert C. Van Arnam (N.C. Bar No. 28838) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Williams Mullen |
| Kevin P.B. Johnson* | P.O. Drawer 1000 |
| Victoria F. Maroulis* | Raleigh, NC 27602-1000 |
| 555 Twin Dolphin Shores, 5th Floor | Telephone: (919) 981-4015 |
| Redwood Shores, CA 94065 | Fax: (919) 981-4300 |
| (650) 801-5000 | rvanarnam@williamsmullen.com |
|  |  |
| Andrew Bramhall |  |
| Kevin Smith | *Attorneys for Plaintiff Natera, Inc.* |
| Tara Srinivasan, Ph.D.* |  |
| 50 California Street, 22nd Floor |  |
| San Francisco, CA 94111 |  |
| (415) 875-6600 |  |
| Sandra Haberny, Ph.D.* |  |
| 865 South Figueroa Street, |  |
| 10th Floor |  |
| Los Angeles, CA 90017 |  |
| (213) 443-3000 |  |

*Special Appearance under Local Civil Rule 83.1(d)*

1

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document via the CM/ECF system which will cause the document to be served on all counsel of record.

Dated: October 29, 2025            By: */s/ Robert C. Van Arnam*
                                                     Robert C. Van Arnam (N.C. Bar No. 28838)
                                                     WILLIAMS MULLEN
                                                     P.O. Drawer 1000
                                                     Raleigh, NC 27602-1000
                                                     Telephone: (919) 981-4015
                                                     Fax: (919) 981-4300
                                                     rvanarnam@williamsmullen.com

                                                     *Counsel for Plaintiff Natera, Inc.*