# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOGENOMICS LABORATORIES, INC., <br><br> Defendant. | C.A. No. 1:23-CV-629-CCE-JLW |

## NEOGENOMICS' NOTICE OF CROSS-APPEAL

Notice is given that Defendant NeoGenomics Laboratories, Inc. ("NeoGenomics") appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered on September 29, 2025 (D.I. 579), and from all other rulings, conclusions, determinations, findings, opinions, and orders that were adverse to NeoGenomics. This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(3) because it is being filed within 14 days after the date Natera, Inc. filed its notice of appeal. NeoGenomics is simultaneously paying the required fee with this notice.

                                                 */s/ Aaron G. Fountain*
                                                 DARALYN J. DURIE*
                                                 MATTHEW I. KREEGER*
                                                 ANNIE A. LEE*
                                                 JACK WILLIAM HAISMAN*
                                                 MORRISON & FOERSTER LLP
                                                 425 Market Street
                                                 San Francisco, CA 94105
                                                 Tel: (415) 268-7000
                                                 Fax: (415) 268-7522
                                                 DDurie@mofo.com
                                                 MKreeger@mofo.com

1

AnnieLee@mofo.com
JHaisman@mofo.com

JOHN F. MORROW, JR.
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Tel: 336-721-3584
Fax: 336-733-8429
Email: John.Morrow@wbd-us.com

AARON G. FOUNTAIN*
HUI ZHAO*
MORRISON & FOERSTER
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (737) 309-0700
AFountain@mofo.com
HZhao@mofo.com

MATTHEW R. STEPHENS*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 720-5100
Fax: (858) 720-5125
MStephens@mofo.com

CHARLES CALHOUN PROVINE*
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
Fax: (202) 887-0763
CProvine@mofo.com

*Counsel for NeoGenomics Laboratories, Inc.*
*\*Special Appearance under Local Civil Rule 83.1(d)*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 10, 2025, I electronically filed the foregoing **NOTICE OF CROSS-APPEAL** with the Clerk of Court using the CM/ECF System.

Dated: November 10, 2025    */s/ Aaron G. Fountain*
   Aaron G. Fountain